# In The United States Court of Federal Claims

Cover Sheet **06-582C**

Plaintiff(s) or Petitioner(s)
H & R Services, Inc., an Alabama corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): William H. Hickman

Firm Name: Moricoli, Matula, Schovanec & Hickman

Post Office Box:

Street Address: 211 N. Robinson, Suite 1200

City-State-Zip: Oklahoma City, OK 73102-7114

Telephone & Facsimile Numbers: (405)235-3357; (405)232-6515

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No
**Application being submitted with Complaint

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 8

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M

See attached sheet for three-digit codes.

Amount Claimed: $ 203,211.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.