FILED
AUG 11 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

H & R SERVICES, INC.,
an Alabama corporation, Plaintiff

v.

Case No. 06-582 C

THE UNITED STATES OF AMERICA,
Defendant

PLAINTIFF, H & R SERVICES, INC.'S
DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the United States Court of Federal Claims, Plaintiff, H & R Services, Inc., an Alabama corporation ("H & R") submits this statement identifying all its parent corporations and listing any publicly held company that owns 10 percent or more of the party's stock.

H & R hereby states that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

In accordance with Local Rule 7.1, H & R will supplement this Disclosure Statement within a reasonable time of any changes in the information.

By: ______________________

William H. Hickman, OBA No. 18395
Jeremy R. Fitzpatrick, OBA No. 20204
MORICOLI, MATULA, SCHOVANEC & HICKMAN
Two Leadership Square
211 North Robinson, Suite 1200
Oklahoma City, OK 73102
Telephone: (405) 235-3357
Facsimile: (405) 232-6515

Attorneys for Plaintiff,
H & R Services, Inc.