IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| H & R SERVICES, INC., | ) | |
| | ) | |
| | ) | Electronic Filing |
| Plaintiff, | ) | |
| | ) | No. 06-582C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SEAN McNAMARA as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7573
Fax: (202) 514-8624

August 24, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ SEAN McNAMARA