# In the United States Court of Federal Claims

No. 06-582C

(Filed: October 6, 2006)

| | |
|---|---|
| ********************************* | * |
| | * |
| H&R SERVICES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************* | * |

**ORDER**

On October 4, 2006, counsel for Defendant filed with the Court an Unopposed Motion For An Enlargement of Time requesting 38 days, until November 17, 2006, to respond to Plaintiff's Complaint. For good cause shown, Defendant's motion is GRANTED.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge