IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| H&R SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-582 |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. Admits the allegations contained in the first sentence of paragraph 1 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 1. Admits the allegations contained in the second sentence of paragraph 1 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 1.

2. Admits the allegations contained in the first sentence of paragraph 2 to the extent supported by the "claim" cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 2. Denies the allegations contained in sentences two, three, four, and five of paragraph 2. Admits the allegations contained in sentence six of paragraph 2 to the extent supported by the claim cited, which is the best evidence of its contents.

3. Admits the allegations contained in paragraph 3 to the extent supported by the "final decision" cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Admits the allegations contained in the first and second sentences paragraph 4 to

the extent supported by the "claim" cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first and second sentences of paragraph 4. Denies the allegations contained in the third sentence of paragraph 4.

5. Admits the allegations contained in paragraph 5 to the extent supported by the final decision, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. The allegations contained in paragraph 6 are conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

7. Admits the allegations contained in the first sentence of paragraph 7 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 7. Admits the allegations contained in the second sentence of paragraph 7 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 7.

8. Admits the allegations contained in paragraph 8 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 8.

9. Denies.

10. Denies.

11. Denies.

12. Defendant's responses to paragraphs 1 through 11 of the complaint are incorporated by reference.

13. The allegations contained in paragraph 13 are conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

14. Denies.

15. Denies.

16. The allegations contained in paragraph 16 are conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

17. Denies.

18. The allegations contained in paragraph 18 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

19. Defendant's responses to paragraphs 1 through 18 of the complaint are incorporated by reference.

20. The allegations contained in paragraph 20 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

21. Defendant's responses to paragraphs 1 through 20 of the complaint are incorporated by reference.

22. The allegations contained in paragraph 22 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

23. The allegations contained in paragraph 23 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

24. Defendant's responses to paragraphs 1 through 23 of the complaint are incorporated by reference.

25. The allegations contained in paragraph 25 constitute conclusions of law and

plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

26. The allegations contained in paragraph 26 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

27. Defendant's responses to paragraphs 1 through 26 of the complaint are incorporated by reference.

28. The allegations contained in paragraph 28 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

29. Denies.

30. The allegations contained in paragraph 30 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

31. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 30, or to any relief whatsoever.

32. Denies each and every allegation not previously admitted or otherwise qualified.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

November 17, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of November, 2006, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara