# In the United States Court of Federal Claims

No. 06-582C

(Filed: January 25, 2007)

```
************************************* *
                                      *
H&R SERVICES, INC.                    *
                                      *
                 Plaintiff,           *
                                      *
 v.                                   *
                                      *
THE UNITED STATES,                    *
                                      *
                 Defendant.           *
                                      *
************************************* *
```

**PRELIMINARY SCHEDULING ORDER**

On January 25, 2007, the Court held a Preliminary Scheduling Conference with counsel for the parties pursuant to Appendix A to the Court's Rules. With the assistance and agreement of counsel, the Court established the following schedule and guidelines for discovery in this case:

1. Initial disclosures shall be exchanged by February 2, 2007;

2. Should counsel determine that expert witnesses are necessary, both parties shall disclose all expert witnesses and shall provide expert reports pursuant to Rule 26(a)(2) by May 11, 2007;

3. All such expert witnesses shall be made available for deposition by both parties no later than June 8, 2007;

4. The presumptive limit of 10 depositions per party will apply to this case pursuant to Rule 30(a)(2)(A);

5. Each party shall be permitted 35 interrogatories;

6. All discovery shall be completed by July 9, 2007;

7. The parties shall file all dispositive motions by August 10, 2007. Any response to such a motion shall be filed within 28 days of the motion to which it responds. (See Rule 7.2(c)).

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge