# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| H & R SERVICES, INC., an Alabama corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-582-C (Judge Wheeler) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

**COMES NOW,** Plaintiff and moves the Court to extend the following deadlines set forth in the Preliminary Scheduling Order entered by the Court on Janaury 25, 2007. In support hereof, Plaintiff states and alleges:

1. On January 25, 2007, the Court entered the Preliminary Scheduling Order.

2. The Preliminary Scheduling Order set forth a deadline of July 9, 2007, for discovery to be complete.

3. The Preliminary Scheduling Order also set forth a deadline of August 10, 2007 for parties to file dispositive motions.

4. On or about February 1, 2007, the parties exchanged Rule 26(a)(1) Initial Disclosures.

5. The extension is necessary to conduct discovery that was not originally contemplated and to conduct depositions that have not heretofore been conducted.

6. Counsel for Plaintiff has conferred with counsel for Defendant and is authorized to advise the Court that Defendant does not object to the requested extensions.

7. Plaintiff requests the Court to extend the discovery deadline from July 9, 2007, to October 5, 2007.

8. Plaintiff also requests the Court to extend the deadline for the filing of dispositive motions from August 10, 2007, to November 9, 2007.

9. Plaintiff has not previously requested an extension of deadlines. The granting of the requested extensions will not affect any other deadlines set by the Court or prejudice the rights of either of the parties.

WHEREFORE, Plaintiff respectfully request the Court grant this Motion.

s/William H. Hickman
William H. Hickman, OBA No. 18395
Jeremy R. Fitzpatrick, OBA No. 20204
MORICOLI, MATULA, SCHOVANEC
& HICKMAN
Two Leadership Square
211 North Robinson, Suite 1200 South
Oklahoma City, Oklahoma 73102-7114
Telephone: (405) 235-3357
Facsimile: (405) 232-6515

Attorneys for Plaintiff:
H & R Services, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of June, 2007, a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR EXTENSION OF DEADLINES OF PRELIMNINARY SCHEDULING ORDER** was mailed with postage prepaid, to the following:

Sean B. McNamara
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20005

s/William H. Hickman

whh\1263\2-17-CJ-05-4381-Mehta\Pleadings\Motion For Extension of Time