# In the United States Court of Federal Claims

No. 06-582C

(Filed: June 13, 2007)

```
**************************************** *
                                         *
H&R SERVICES, INC.                       *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

**AMENDED SCHEDULING ORDER**

On June 8, 2007, counsel for Plaintiff filed with the Court an unopposed motion for an enlargement of time. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the Preliminary Scheduling Order issued on January 25, 2007 is modified as follows:

1. All discovery shall be completed by October 5, 2007;

2. The parties shall file all dispositive motions by November 9, 2007. Any response to such a motion shall be filed within 28 days of the motion to which it responds. (See Rule 7.2(c)).

All other provisions in the January 25, 2007 Preliminary Scheduling Order remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge