**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **H & R SERVICES, INC.,** | **)** | |
| **an Alabama corporation,** | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 06-582** |
| | **)** | **(Judge Wheeler)** |
| | **)** | |
| | **)** | |
| **THE UNITED STATES,** | **)** | |
| **Defendant** | **)** | |

**NOTICE OF CHANGE OF ADDRESS OF WILLIAM H. HICKMAN**

**COMES NOW** William H. Hickman, the attorney of record for Plaintiff, H & R Services, Inc., and advises the Court of his change of address. As of August 31, 2007, the address for William H. Hickman shall be: Hickman & Fitzpatrick, PLLC, 119 N. Robinson, Suite 250, Oklahoma City, Oklahoma 73102. The telephone number is 405-605-2375, the facsimile number is 405-605-2374 and the e-mail is hickman@hickmanfitzpatrick.com

Respectfully submitted,
HICKMAN & FITZPATRICK, PLLC

s/William H. Hickman
William H. Hickman, OBA No. 18395
119 N. Robinson, Suite 250
Oklahoma City, Oklahoma 73102
Telephone: (405) 605-2375
Facsimile: (405) 605-2374

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing was mailed this 3rd day of October, 2007, to the following attorneys of record:

Sean B. McNamara
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20005

s/William H. Hickman