**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **H & R SERVICES, INC.,**<br>**an Alabama corporation,**<br>**Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-582**<br>**(Judge Wheeler)** |
| **THE UNITED STATES,**<br>**Defendant** | ) | |

**<u>JOINT MOTION TO EXTEND DEADLINES</u>**

Plaintiff and Defendant (the "Parties") respectfully request that the Court to extend the following deadline set forth in the Amended Scheduling Order entered by the Court on June 13, 2007. In support hereof, the Parties state and allege:

1. On June 13, 2007 the Court entered the Amended Scheduling Order.

2. The Amended Scheduling Order set forth a deadline of October 5, 2007, for discovery to be complete.

3. The Amended Scheduling Order also set forth a deadline of November 9, 2007 for parties to file dispositive motions.

4. The Parties request the Court to extend the discovery deadline from October 5, 2007 to November 16, 2007.

5. The Parties also request the Court to extend the deadline for the filing of dispositive motions from November 9, 2007 to December 3, 2007.

6. The granting of the requested extensions will not affect any other deadlines set by the Court or prejudice the rights of either of the Parties.

7. This extension is necessary to accommodate the scheduling of witnesses to be deposed in light of the end of the fiscal year and the scheduling difficulties involved with witnesses located in various states.

Respectfully submitted,

By:
s/ William H. Hickman
William H. Hickman, OBA No. 18395
HICKMAN & FITZPATICK, PLLC
119 N. Robinson, Suite 250
Oklahoma City, Oklahoma 73102
Telephone: (405) 605-2375
Facsimile: (405) 605-2374

Attorneys for Plaintiff
H & R Services, Inc.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

October 3, 2007

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing was mailed this 3rd day of October, 2007, to the following attorneys of record:

Sean B. McNamara
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20005

s/William H. Hickman