# In the United States Court of Federal Claims

No. 06-582C

(Filed: October 22, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| H&R SERVICES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

## AMENDED SCHEDULING ORDER

On October 3, 2007, counsel for the parties filed with the Court a joint motion to extend the deadlines set forth in the Amended Scheduling Order issued on June 13, 2007. For good cause shown, the parties' motion is GRANTED. The Court accepts the amended schedule as proposed in the parties' motion, and directs the parties to observe the following remaining deadlines:

1. All discovery shall be completed by November 16, 2007;

2. The parties shall file all dispositive motions by December 3, 2007. Any response to such a motion shall be filed within 28 days of the motion to which it responds. (See Rule 7.2(c)).

All other provisions in the January 25, 2007 Preliminary Scheduling Order remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge