**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **H & R SERVICES, INC.,**<br>**an Alabama corporation,**<br>**Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-582**<br>**(Judge Wheeler)** |
| **THE UNITED STATES,**<br>**Defendant** | ) | |

**JOINT MOTION TO EXTEND BRIEFING DEADLINES**

Plaintiff and defendant respectfully request that the Court extend the deadline for dispositive motions set forth in the Amended Scheduling Order entered by the Court on October 22, 2007. In the Court's October 22, 2007 order, the Court required the parties to file dispositive motions by December 3, 2007. We respectfully request that the Court revise this deadline and enter the schedule proposed below.

Between November 6, 2007, and November 14, 2007, the parties conducted seven depositions and exchanged thousands of pages of documents. Because time was necessary to prepare transcripts of the depositions, the parties' witnesses have yet to read and sign their depositions. Further, counsel for both parties are still reviewing the transcripts and the documents exchanged. Accordingly, the parties require more time to prepare dispositive motions.

The parties agree that a consecutive briefing schedule would be more efficient and helpful to the Court than simultaneous briefing. The parties thus propose the following schedule:

- Defendant will file a motion for summary judgment by December 19, 2007.

- Plaintiff will file a response to defendant's motion and file any cross motion for summary judgment by January 18, 2008.
- Defendant will file its response to plaintiff's motion, if any, and reply to plaintiff's response by February 8, 2008.
- Plaintiff will file its reply to defendant's response, if any, by February 22, 2008.

Respectfully submitted,

By:
s/ William H. Hickman
William H. Hickman, OBA No. 18395
HICKMAN & FITZPATICK, PLLC
119 N. Robinson, Suite 250
Oklahoma City, Oklahoma 73102
Telephone: (405) 605-2375
Facsimile: (405) 605-2374
Attorneys for Plaintiff
H & R Services, Inc.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

November 27, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of November, 2007, a copy of the foregoing "JOINT MOTION TO EXTEND BRIEFING DEADLINES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara