# In the United States Court of Federal Claims

No. 06-582C

(Filed: November 28, 2007)

*************************************** *
*
H&R SERVICES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**AMENDED SCHEDULING ORDER**

On November 27, 2007, counsel for the parties filed with the Court a joint motion to extend the deadlines for dispositive motions set forth in the Amended Scheduling Order issued on October 22, 2007. For good cause shown, the parties' motion is GRANTED. The Court accepts the amended schedule as proposed in the parties' motion, and directs the parties to observe the following remaining deadlines:

1. Defendant shall file any motion for summary judgment by December 19, 2007;

2. Plaintiff shall file its response or cross motion for summary judgment, if any, by January 18, 2008;

3. Defendant shall file its response to Plaintiff's motion, if any, and reply to Plaintiff's response by February 8, 2008;

4. Plaintiff shall file its reply to Defendant's response, if any, by February 22, 2008.

All other provisions in the January 25, 2007 Preliminary Scheduling Order remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge