# APPENDIX

**Index to Appendix**

Excerpts from Contract DABT39-00-C-4032 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-39 (Tab 1)

Excerpts from H & R's bid abstract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40-74 (Tab 2)

Modifications to H & R's contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75-476 (Tab 3)

Excerpts from H & R letter, dated March 1, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . 478-90 (Tab 4)

Army letter, dated March 14, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 491-92 (Tab 5)

H & R email, dated March 14, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 493 (Tab 6)

Excerpts from H & R letter and attachments, dated April 12, 2005 . . . . . . . . . . 494-514 (Tab 7)

Army letter, dated April 27, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 515-520 (Tab 8)

H & R letter, dated June 15, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 521-22 (Tab 9)

E-mail from Carl Reimer, dated August 10, 2005 . . . . . . . . . . . . . . . . . . . . . . . . 523-26 (Tab 10)

Army letter, dated August 11, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 527-29 (Tab 11)

H & R claim, dated March 14, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 530-32 (Tab 12)

Army letter, dated March 28, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 533-35 (Tab 13)

H & R letter, dated May 12, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 536-576 (Tab 14)

Army letter (Final decision of contracting officer) dated June 20, 2006 . . . . . . . 577-79 (Tab 15)

Exhibit 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 580-81 (Tab 16)

Excerpts from Exhibit 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 582-594 (Tab 17)

Excerpts from Exhibit 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 595-601 (Tab 18)

Excerpts from Exhibit 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 602-609 (Tab 19)

Excerpts from Exhibit 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 610-626 (Tab 20)

Deposition of Carl Reimer, dated November 7, 2007 . . . . . . . . . . . . . . . . . . . 627-653B (Tab 21)

Deposition of Peter Webb, dated November 7, 2007 . . . . . . . . . . . . . . . . . . . 654-688A (Tab 22)

Deposition of Sharel McAdoo, dated November 8, 2007 . . . . . . . . . . . . . . . . 689-726A (Tab 23)

Deposition of Annette Arkeketa-Rendon, dated November 13, 2007 . . . . . . . 727-761B (Tab 24)

Deposition of Roger Hall, dated November 14, 2007 . . . . . . . . . . . . . . . . . . . . 762-777 (Tab 25)

Deposition of Jeannette Hairston, dated November 14, 2007 . . . . . . . . . . . . . . 778-789 (Tab 26)

Deposition of Wilburt Monroe, dated November 14, 2007 . . . . . . . . . . . . . . . . 790-800 (Tab 27)