01/00/00 12:00A P.002

08-22-2000 10:31AM DOC, FORT SILL, OK TO 99118275 P.02

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30

1. REQUISITION NUMBER: W44DQ7-0068-N01C
PAGE 1 OF 32
2. CONTRACT NO.: DABT39-00-C-4832
3. AWARD/EFFECTIVE DATE: 01-Oct-2000
4. ORDER NUMBER:
5. SOLICITATION NUMBER: DABT39-00-B-1001
6. SOLICITATION ISSUE DATE: 06-Jun-2000
7. FOR SOLICITATION INFORMATION CALL: a. NAME: Laura L. Wheeler
b. TELEPHONE NUMBER (No Collect Calls): 580-442-3225
8. OFFER DUE DATE/LOCAL TIME: 05-Jul-2000 15:00

9. ISSUED BY: CODE DABT39
DIRECTORATE OF CONTRACTING
PO BOX 33501
FT SILL OK 73503-0501
TEL: (580)442-3225/4315
FAX: (580)442-4621

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE: 100% FOR
[X] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 7349
SIZE STANDARD: $12 million

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING
14. METHOD OF SOLICITATION: [ ] RFQ [X] IFB [ ] RFP

15. DELIVER TO: CODE DABT39
DIRECTORATE OF CONTRACTING
ATTN: LAURIE WHEELER
PO BOX 33501
FORT SILL OK 73503-0501

16. ADMINISTERED BY: CODE
DIRECTORATE OF CONTRACTING
LAURIE WHEELER 580-442-3225
CONT SPT DIV
wheelerl@sill.army.mil
FORT SILL, OK 73503 0501

17a. CONTRACTOR/OFFEROR: CODE 0DWS5 FACILITY CODE
H & K SERVICES INC.
ROGER HALL
1488 WEATHERLY ROAD 101
HUNTSVILLE AL 35815
TELEPHONE NO. 256-885-5860

18a. PAYMENT WILL BE MADE BY: CODE
CREDIT CARD/FORT SILL, OK
TO BE PAID BY GOVERNMENT
IMPAC CREDIT CARD
FORT SILL, OK

e-mail for
Contracting Officer:
mcadoos@sill.army.mil

17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a, UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

25. ACCOUNTING AND APPROPRIATION DATA: See Schedule
26. TOTAL AWARD AMOUNT: $228,021.38

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[X] 29. AWARD OF CONTRACT: REFERENCE DABT39-00-B-1001 OFFER DATED 05-Jul-2000. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE

30a. SIGNATURE OF OFFEROR/CONTRACTOR: [signature]
30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT): Hope Hall Pres.
30c. DATE SIGNED: 8-22-00

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER): Sharel S. McAdoo
31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT): SHAREL S. MCADOO
31c. DATE SIGNED: 8-22-00

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER [ ] PARTIAL [ ] FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32c. DATE

36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
37. CHECK NUMBER

38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE

42a. RECEIVED BY (Print)
42b. RECEIVED AT (Location)
42c. DATE REC'D (YY/MM/DD)
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212



EXHIBIT
1
PENGAD 800-631-6989

SECTION SF 1449 CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | NON PERSONAL SERVICES: | | | | |

FFP - Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

BASE PERIOD: 1 October 2000 through 30 September 2001.

SEE PARAGRAPH 22.1 FOR DEFINITION OF "DIRECT COST" AND "REIMBURSABLE" CUSTOMERS.
PURCHASE REQUEST NUMBER W44DQ7-0068-N010

SUBJECT TO THE AVAILABILITY OF FUNDS

NET AMT $228,921.36

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $6,033.59 | $72,403.08 |
| 0001AA | ROUTINE WORK (DIRECT COST CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.0159 | = | $6,033.59 | x | 12 MO | = | $72,403.08 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

SUBJECT TO THE AVAILABILITY OF FUNDS

NET AMT $72,403.08

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $8,885.67 | $106,628.04 |
| 0001AB | ROUTINE WORK (REIMBURSABLE CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.0324 | = | $8,885.67 | x | 12 MO | = | $106,628.04 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

SUBJECT TO THE AVAILABILITY OF FY01 FUNDS

NET AMT $106,628.04

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $4,157.52 | $49,890.24 |
| 0001AC | LATRINES, SHOWER AND LOCKER ROOMS | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4,157.52 | x | 12 MO | = | $49,890.24 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

SUBJECT TO THE AVAILABILITY OF FY01 FUNDS

NET AMT $49,890.24

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | NON PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.<br><br>OPTION PERIOD ONE: 1 October 2001 through 30 September 2002.<br>PURCHASE REQUEST NUMBER W44DQ7-0068-N010 | | | | |

NET AMT $228,921.36 Total

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $6,033.59 | $72,403.08 |
| 0002AA | ROUTINE WORK (DIRECT COST CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.0159 | = | $6,033.59 | x | 12 MO | = | $72,403.08 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $72,403.08

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $8,885.67 | $106,628.04 |
| 0002AB | ROUTINE WORK (REIMBURSABLE CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.0324 | = | $8,885.67 | x | 12 MO | = | $106,628.04 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $106,628.04

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $4,157.52 | $49,890.24 |
| 0002AC | LATRINES, SHOWER AND LOCKER ROOMS | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4,157.52 | x | 12 MO | = | $49,890.24 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $49,890.24

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | NON PERSONAL SERVICES: | | | | |

FFP - Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

BASE PERIOD: 1 October 2002 through 30 September 2003.
PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $228,921.36

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $6,033.59 | $72,403.08 |
| 0003AA | ROUTINE WORK (DIRECT COST CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.0159 | = | $6,033.59 | x | 12 MO | = | $72,403.08 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $72,403.08

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $8,885.67 | $106,628.04 |
| 0003AB | ROUTINE WORK (REIMBURSABLE CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.0324 | = | $8,885.67 | x | 12 MO | = | $106,628.04 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $106,628.04

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $4,157.52 | $49,890.24 |
| 0003AC | LATRINES, SHOWER AND LOCKER ROOMS | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4,157.52 | x | 12 MO | = | $49,890.24 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $49,890.24

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | NON PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices. | | | | |

OPTION PERIOD THREE: 1 October 2003 through 30 September 2004.
PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $221,022.96

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $6,033.59 | $72,403.08 |
| 0004AA | ROUTINE WORK (DIRECT COST CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.0159 | = | $6,033.59 | x | 12 MO | = | $72,403.08 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $72,403.08

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $8,227.47 | $98,729.64 |
| 0004AB | ROUTINE WORK (REIMBURSABLE CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.0300 | = | $8,227.47 | x | 12 MO | = | $98,729.64 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $98,729.64

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $4,157.52 | $49,890.24 |
| 0004AC | LATRINES, SHOWER AND LOCKER ROOMS | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4,157.52 | x | 12 MO | = | $49,890.24 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $49,890.24

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | NON PERSONAL SERVICES:<br>Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.<br><br>OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005.<br>PURCHASE REQUEST NUMBER W44DQ7-0068-N010 | | | | |
| | | | | NET AMT | $221,022.96 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $6,033.59 | $72,403.08 |
| 0005AA | ROUTINE WORK (DIRECT COST CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.0159 | = | $6,033.59 | x | 12 MO | = | $72,403.08 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

| | |
|---|---|
| NET AMT | $72,403.08 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $8,227.47 | $98,729.64 |
| 0005AB | ROUTINE WORK (REIMBURSABLE CUSTOMERS) | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.000 | = | $8,227.47 | x | 12 MO | = | $98,729.64 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $98,729.64

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 12.00 | Months | $4,157.52 | $49,890.24 |
| 0005AC | LATRINES, SHOWER AND LOCKER ROOMS | | | | |

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4,157.52 | x | 12 MO | = | $49,890.24 |

PURCHASE REQUEST NUMBER W44DQ7-0068-N010

NET AMT $49,890.24

TOTAL AMOUNT, BASE PERIOD THROUGH OPTION PERIOD FOUR (CLINS 0001 THRU 0005AC) $1,128,810.00

SCOPE OF WORK

1. Scope of Work. The Contractor shall provide labor, management, supervision, personnel, tools, chemicals, equipment, materials, and supplies required to perform custodial services at Fort Sill, Oklahoma. The work shall be conducted in accordance with (IAW) the terms and conditions of this contract and standard commercial practices for custodial services. Facilities to be serviced consist of major headquarters, administrative areas, libraries and latrines.

2. Hours of Operation. Normal hours for operations shall be Monday through Friday from 7:30 a.m. to 4:00 p.m. for day cleaning and 4:00 p.m. to 6:00 a.m. for night cleaning, excluding legal public holidays, as set forth in Title 5, United States Code (USC) 6103 (a).

2.1 Legal Public Holidays.

New Year's Day, 1 January
Martin Luther King Jr.'s Birthday, third Monday in January
President' Day, third Monday in February
Memorial Day, last Monday in May
Independence Day, 4 July
Labor Day, first Monday in September
Columbus Day, second Monday in October
Veterans Day, 11 November
Thanksgiving Day, fourth Thursday in November
Christmas Day, 25 December

3. Installation Closures. When a holiday, training holiday (designated by the Commanding General) or an unforeseen installation closure occurs on a regularly scheduled day of work, the Government will have the following options:

3.1 Reschedule the work to be performed the following workday, unless the following day is a Saturday, Sunday, or legal public holiday and routine work is not scheduled for Saturday, Sunday, or holiday.

3.2 Reschedule the work on any day as determined by the Contracting Officer.

3.3 For those daily tasks that are not rescheduled, the Government will withhold payment for the service not rescheduled.

4. Personnel. The Contractor shall provide the names, addresses, and telephone numbers of the Project Manager and Alternate to the Contracting Officer 10 calendar days prior to contract start date. The Contractor shall provide notice, in writing, to the Contracting Officer 5 working days in advance of any change of Project Manager or Alternate. Contractor employees shall be able to understand, speak, read, and write the English language.

4.1 The Contractor shall provide an on-site Project Manager or a designated representative to be physically present during the normal hours of operation to act with full authority for the Contractor. This individual shall be responsible for the supervision, overall administration, and coordination of the required services. The Project Manager shall be the point of contact with the Government and have the authority to act or make decisions for the Contractor.

4.2 An Alternate Project Manager shall be designated to act for the Project Manager when work is being performed at hours other than as listed above or during absences of the Project Manager, such as illness and vacation.

4.3 The Project Manager or Alternate shall return calls from the Contracting Officer within 30 minutes during normal working hours (7:30 a.m. to 4:00 p.m.). During non-working hours (after 4:00 p.m. and on weekends and holidays), the Project Manager or Alternate shall return all calls from the Contracting Officer within 2 hours.

4.4 The Contractor shall train all personnel that will be performing services required by this contract.

5. Contractor personnel shall wear Contractor-furnished name badges while performing tasks specified in this contract. Badges shall contain, as a minimum, the employee's name and the Contractor's trade name. Badges shall be worn on outer clothing.

5.1 Contractor personnel shall not enter any Restricted or Sensitive Area without escort by an appropriately cleared Government employee. To gain access to facilities where no representative is on hand to permit entry, the Contractor shall contact the Contracting Officer.

5.2 Contractor personnel who discover classified material in the course of their duties shall bring the material under positive control and report it immediately to their supervisor. The supervisor shall report the discovery immediately to the Contracting Officer.

6. The Contractor shall not release any news (including photographs and films, public announcements, or denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program without the prior written approval of the Contracting Officer.

7. The Contractor shall submit a Quality Control Plan to the Contracting Officer, for review and approval, 10 calendar days prior to contract start date. As a minimum, the Plan shall include:

7.1 An inspection system covering the services to be performed as specified in this contract. The system shall specify areas to be inspected on either a scheduled or unscheduled basis, how often inspections will be accomplished, and the job title of the individuals who will perform the inspection.

7.2 A method for identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable.

7.3 The Contractor shall maintain a file of inspections or tests conducted, to include any corrective actions taken. The file shall be retained by the Contractor and made available to the Contracting Officer upon request. This file shall be subject to Government review any time during performance of the contract. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract.

8. The Contractor shall appoint in writing, a Key Custodian and shall provide a copy of the appointment letter to the Contracting Officer not later than 15 calendar days prior to contract start date and within 24 hours of any change. The Key Custodian shall be responsible for issuing, controlling, safeguarding, and accounting for keys IAW AR 190-51 and USAFACFS Regulation 190-1. The Contractor shall:

8.1 Prohibit duplication of keys by anyone other than the Government. The Contractor shall also prohibit the use of Government issued keys by a person other than authorized Contractor employees.

8.2 Reimburse the Government for replacement of locks and re-keying required as a result of the Contractor or Contractor personnel losing keys. If a key is lost or duplicated, the Contractor shall replace locks and keys for that system.

8.3 Report any occurrence of lost or stolen keys telephonically to the Contracting Officer within 30 minutes of the discovery of loss. The Contractor shall provide the Contracting Officer a written report by close of business the next day, providing all details of lost or stolen key occurrence.

8.4 Upon completion or termination of this contract, the Contractor shall tag the keys by building number and return keys to Contracting Officer.

8.5 Contractor personnel shall secure buildings before leaving by locking doors and windows or make positive determination that building officials are present and notified of their departure.

9. Thirty calendar days prior to the completion of the contract, a transition period shall be made available by the Contractor at which time management personnel of the incoming work force may observe operations of the incumbent Contractor.

10. The Contractor will be provided access to facilities as required to accomplish performance under this contract. The Contractor shall not permit any person access to the facilities except Contractor personnel engaged in the performance of work required in this contract.

11. The Contractor shall provide a written Labor Report to the Contracting Officer on the first regular workday of each month. This report shall contain, as a minimum, the total number of employees, full and part-time, the total number of hours each employee has worked, and each employee's hourly wage.

12. Each workday, the Contractor shall provide to the Contracting Officer a written report of the previous day's work. The report shall include, as a minimum, areas not serviced, building/room number, reason for no service or problems encountered and any temporary changes in time schedules.

13. The occupants of buildings receiving custodial services may make janitorial closets and/or storage areas available to the Contractor. The Contractor shall coordinate with the building monitors for the availability and use of such space. Areas that are assigned to the Contractor shall be maintained using the same cleanliness standards as the rest of the building.

14. The Government will furnish water, electricity, sewage disposal, and natural gas necessary for performance of work under this contract. The Contractor shall make no changes to electrical outlets in buildings listed in this contract. The Contractor and his personnel shall not utilize telephones located in buildings receiving service unless prior consent is obtained from the Contracting Officer.

15. The Contractor shall furnish all materials, supplies, and vehicles necessary to comply with the requirements of this contract. Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operated using existing building circuits. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaces, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area specified in this contract. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. All applicable Material Safety Data Sheets (MSDS) shall be provided to the Contracting Officer prior to contract start date.

16. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

17. The Government will not be liable for loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

18. The following list of supplies required is for informational purposes only. It is not meant to be all-inclusive:

Toilet paper
Rolled towels
Single fold towels
Multi-fold towels

Plastic trash bags: large, medium, small
Bar soap
Liquid hand soap

19. The square footage listed in the bid schedule has been computed by physical measurements of the area to be cleaned. The Floor Plans, Technical Exhibit 3, show the location of these areas. Drawings have been reduced in scale and the measurements therein are not accurate. Shaded areas as shown on the drawings shall not be cleaned. The List of Buildings to Receive Custodial Service, Technical Exhibit 1, shows a consolidated schedule of buildings per bid item.

20. The Government reserves the right to add or delete buildings or portions of buildings, change days of service, and specify cleaning times in buildings as required to meet customer's schedules at no increase in the square foot price. The Contracting Officer will notify the Contractor telephonically as these changes occur. These changes will be confirmed by a modification to the contract at the end of each month.

21. If buildings (or areas of buildings) are added during the month and service for less than a month, a payment will be calculated on the following basis:

$$\frac{\text{Days Service x Square Feet of Serviced Area x Unit Price}}{\text{Number of work Days for Pay Item During Month}} = \text{Payment Due}$$

All buildings or areas added shall be calculated as above, and the sum of all monetary amounts added to the base payment. If buildings (or area of buildings) to be serviced are deducted during the month, deductions to the base payment will be calculated as follows:

$$\frac{\text{Days Removed from Service x Square feet of Serviced Area x Unit Price}}{\text{Number of Work Days for Pay Item During Month}} = \text{Amount}$$

All buildings or areas to be added or deducted will be calculated as above, and the sum of all monetary amounts added to or deducted from the base payment.

22. SPECIFIC TASKS TO BE PERFORMED:

22.1 <u>Routine Custodial Service:</u>

Direct Cost Customers (CLINS 0001AA, 0002AA, 0003AA, 0004AA and 0005AA) shall receive the following services every Friday (unless otherwise indicated on Technical Exhibit 1):

Reimbursable Customers (CLINS 0001AB, 0002AB, 0003AB, 0004AB and 0005AB) shall receive the following services every Tuesday and Friday (unless otherwise indicated on Technical Exhibit 1):

22.1.1. <u>Floor maintenance:</u> The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas as indicated on the floor plans. Chairs, trash receptacles, and movable items shall be tilted or moved to clean the floor underneath. The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. After the carpeted floor has been completely vacuumed, it shall be free of visible litter, soil, and embedded grit. After non-carpeted floors have been mopped, the entire floor shall have a uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration. Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used to perform floor maintenance.

22.1.2. <u>Trash removal</u>. Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of Technical Manuals, Army Regulations, and books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest

outside trash collection point or dumpster. Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs

22.1.3. Clean drinking fountains. The Contractor shall clean drinking fountains to remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

22.1.4. Spot clean. The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces

22.1.5 Regular dusting. The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks.

22.1.6 Carpet-type entrance mats shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats shall be swept or vacuumed to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

22.2 Latrines, Shower Rooms and Locker Rooms: (CLINS 0001AC, 0002AC, 0003AC, 0004AC and 0005AC) shall receive the following services every workday, Monday through Friday:

22.2.1. Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

22.2.2. Resupply toilet tissue, towels, and hand soap (bar and/or liquid). All wall-mounted soap dispensers will be utilized. Bar soap will be substituted if no wall-mounted liquid soap dispenser is available. Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

22.2.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toilet bowls, commodes, and urinals by descaling.

22.2.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

22.2.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

22.2.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

22.2.7 The Contractor shall spot clean areas to remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures. After spot cleaning, the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

22.3. "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, detergent residue, or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand.

22.4 The Contractor shall prepare a Task and Frequency Chart similar to the one shown in Technical Exhibit 2 (TE-2). The form shall be submitted to the Contracting Officer 10 working days prior to contract start date. A Task and Frequency Chart shall be completed by the Contractor for each building to be cleaned under this contract. The Contractor shall ensure that a copy is posted in the Women's latrine of each building receiving custodial service.

22.5 The Contractor shall spray-buff floors once per month. The Contractor shall sweep floors prior to spray-buffing. Areas accessible to the floor machine shall be spray-buffed. After spray-buffing, the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

22.6 The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

22.7 Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for a reduction in contract payment.

22.8 The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes that contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

22.9 In addition to routine work, the Contractor shall perform the following special requirement tasks for buildings listed below:

22.9.1 Buildings 455, 1640, 1950, 2875, 2934 and 4700. The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides each day routine service is scheduled.

22.9.2 Buildings 1945 and 1950. The Contractor shall maintain sidewalks and trash receptacles and ashtrays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster.

22.9.3 The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entranceways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following buildings with the Contracting Officer.

| | | | | |
|---|---|---|---|---|
| 340 | 1005 | 1721 | 2913 | 3281 |
| 455 | 1640 | 1803 | 2934 | 4121 |
| 461 | 1645 | 2593 | 3166 | 4700 |
| 462 | 1651 | 2595 | 3268 | |
| 652 | 1655 | 2719 | 3280 | |

**CONTRACT PERIOD**

Any contract awarded as a result of bids submitted under this Invitation for Bids shall extend from 1 October 2000, or date of contract award, whichever is later, through 30 September 2001, unless sooner terminated under the terms of the contract.

NOTE: Exercise of the Government's option(s) to extend this contract may extend the above 20 September 2001 date to as late as 30 September 2005.

**OPTION TO EXTEND SERVICES**

(a) Services described herein may be extended as described at FAR 52.217-8 by the Contracting Officer's written notice to the Contractor anytime before contract expiration or within 30 calendar days after funds for the exercise of the option become available, whichever is later. This option is intended to protect the Government from disruption of mission essential service in the event of unusual administrative problems or other extenuating circumstances.

(b) No legal liability on the part of the Government for payment of any money for performance under any option beyond 30 September of the contract year shall arise unless and until funds are made available to the Contracting Officer for such performance and notice of such availability, to be confirmed in writing by the Contracting Officer, is given to the Contractor.

**IMPAC PAYMENT**

(a) The Government will process payments for supplies/services rendered under this contract through the Government-wide Commercial Purchase Card (IMPAC). The Contractor shall maintain the capability to accept the Government IMPAC Credit Card during the life of this contract.

(b) Within 3 working days after the beginning of each month, the Contractor shall submit to the Contracting Officer an invoice for services performed during the preceding month in accordance with FAR Clause 52.212-4, paragraph (g). The Contractor shall furnish the Contracting Officer a credit card receipt of the transaction within 24 hours after performance of services.

**SERVICE CONTRACT ACT WAGE DETERMINATIONS OF THE SECRETARY OF LABOR**

This contract is subject to the provisions of the Service Contract Act of 1965 (P.L. 89-286) and the requirements of the Service Contract Act, as amended by P.L. 92-473, 9 October 1972. Attention is invited to the obligation of the Contractor under Section 4(c) of the amended Service Contract Act. The Contractor, in performing this contract, shall adhere to the provisions of said Act and the regulations of the Secretary of Labor. Any questions regarding the extent of these obligations should be addressed to the Department of Labor.

**APPLICABLE WAGE DETERMINATION(S)**

The following U.S. Department of Labor Wage Determination is applicable to this procurement: (A copy of the wage determination is incorporated herein and made a part hereof (See Attachment A.))

| Wage Determination No. | Date |
|---|---|
| 94-2525 (Rev. 14) | 08/31/1999 |

**NOTICE OF COLLECTIVE BARGAINING AGREEMENT NEGOTIATIONS**

The Contractor shall notify the Contracting Officer thirty (30) calendar days prior to commencement of any collective bargaining agreement negotiations. The Contractor agrees to provide the Contracting Officer a copy of any collective bargaining agreement applicable to employees performing under this contract.

**FAIR LABOR STANDARDS ACT AMENDMENT (MAY 74)**

Notwithstanding any other provision of this contract, the minimum wage payment shall be as specified by P.L. 93-259 or the applicable Service Contract Act Wage Determination Rate, if any, whichever is greater.

**EQUIVALENT RATES FOR FEDERAL HIRES**

(See paragraph (c)(2) of FAR Clause 52.212-5.)

THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION.

| EMPLOYEE CLASS | MONETARY WAGE-FRINGE BENEFITS | |
|---|---|---|
| Supervisor | $13.48 | 32.45% |
| Work Leader | $9.88 | 32.45% |
| Janitor/Custodian | $8.32 | 32.45% |
| Typist | $8.98 | 32.45% |

**PERMITS, TAXES, LICENSES, ORDINANCES, AND REGULATIONS**

Contractor shall obtain all necessary permits, give all notices, pay all license fees and taxes, comply with all Federal, state, municipal, county, and local Board of Health ordinances, rules and regulations applicable to the business carried on under this contract, and be responsible for all applicable state sales and use taxes.

**CLAUSES INCORPORATED BY REFERENCE:**

| | | |
|---|---|---|
| 52.212-4 | Contract Terms and Conditions--Commercial Items | MAY ~~1999~~ 2001 |
| 52.219-6 | Notice Of Total Small Business Set-Aside | JUL 1996 |

Addendum to FAR Clause 52.212-4, Contract Terms and Conditions—Commercial Items ~~(MAY 99)~~ (MAY 01)

a. The following sentence is deleted from paragraph (g)(8): "Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment."

(b) Paragraph (i) is deleted in its entirety.

**CLAUSES INCORPORATED BY FULL TEXT**

**52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within the period specified in the Schedule.

(End of clause)

**52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT ~~(NOV 1999)~~** MAR 2000

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.

(End of clause)

**52.232-18 AVAILABILITY OF FUNDS (APR 1984)**

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal

liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

**52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (FEB ~~2000~~) 2001**

(a) The Contractor agrees to comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:

(1) 52.222-3, Convict Labor (E.O. 11755).

(2) 52.225-13, Restrictions on Certain Foreign Purchases (E.O.'s 12722, 12724, 13059, and 13067).

(3) 52.233-3, Protest after Award (31 U.S.C. 3553).

(b) The Contractor agrees to comply with the FAR clauses in this paragraph (b) which the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer shall check as appropriate.)

_XX_ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (41 U.S.C. 253g and 10 U.S.C. 2402).

_N/A_ (2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999).

_N/A_ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer).

_N/A_(4) (i) 52.219-5, Very Small Business Set-Aside (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

_N/A_(ii) Alternate I to 52.219-5.

_N/A_(iii) Alternate II to 52.219-5.

_XX_ (5) 52.219-8, Utilization of Small Business Concerns (15 U.S.C. 637 (d)(2) and (3)).

_XX_ (6) 52.219-9, Small Business Subcontracting Plan (15 U.S.C. 637 (d)(4)).

_XX_ (7) 52.219-14, Limitations on Subcontracting (15 U.S.C. 637(a)(14)).

_N/A_(8)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Concerns (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer.

_N/A_(ii) Alternate I of 52.219-23.

_N/A_(9) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

_N/A_(10) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

_XX_ (11) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

_XX_ (12) 52.222-26, Equal Opportunity (E.O. 11246).

_XX_ (13) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).

_XX_ (14) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793).

_XX_ (15) 52.222-37, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).

_N/A_(16) 52.225-1, Buy American Act--Balance of Payments Program--Supplies (41 U.S.C. 10a-10d).

_N/A_(17)(i) 52.225-3, Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note).

_N/A_(ii) Alternate I of 52.225-3.

_N/A_(iii) Alternate II of 52.225-3.

_N/A_(18) 52.225-5, Trade Agreements (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

_N/A_(19) 52.225-15, Sanctioned European Union Country End Products (E.O. 12849).

_N/A_(20) 52.225-16, Sanctioned European Union Country Services (E.O.12849).

(21) [Reserved]

_N/A_(22) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (31 U.S.C. 3332).

_N/A_(23) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (31 U.S.C. 3332).

_XX_(24) 52.232-36, Payment by Third Party (31 U.S.C. 3332).

_N/A_ (25) 52.239-1, Privacy or Security Safeguards (5 U.S.C. 552a).

_N/A_ (26) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (46 U.S.C. 1241).

(c) The Contractor agrees to comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer check as appropriate.)

_XX_ (1) 52.222-41, Service Contract Act of 1965, As amended (41 U.S.C. 351, et. seq.).

_XX_ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, et. seq.).

_XX_ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

_XX_ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act - Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

_N/A_ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreement (CBA) (41 U.S.C. 351, et seq.).

_N/A_ (6) 52.222-50, Nondisplacement of Qualified Workers (Executive Order 12933).

(d) Comptroller General Examination of Record. The Contractor agrees to comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause, other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial items or commercial components--

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 2012(a));

(3) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately-Owned U.S.- Flag Commercial Vessels (46 U.S.C. 1241)(flow down not required for subcontracts awarded beginning May 1, 1996).

(End of clause)

**ADDENDUM TO FAR 52.232-36 PAYMENT BY THIRD PARTY (MAY 1999)**

(g) The third party is:
US Bank
IMPAC Payment Services
PO Box 6347

Fargo, ND 58125-6347
(h) The purchase card to be used is:
GSA Smart Pay CARD (I.M.P.A.C.)

**252.212-7001 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (MAR 2000)**
DEC
(a) The Contractor agrees to comply with any clause that is checked on the following list of DFARS clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

_XX_252.205-7000 Provision of Information to Cooperative Agreement Holders (10 U.S.C. 2416).
_N/A_ 252.206-7000 Domestic Source Restriction (10 U.S.C. 2304)
_N/A_252.219-7003 Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts) (15 U.S.C. 637).
_XX_ 252.225-7001 Buy American Act and Balance of Payment Program (41 U.S.C. 10a-10d, E.O. 10582).
_N/A_ 252.225-7007 Buy American Act--Trade Agreements--Balance of Payments Program _____Alternate I (41 U.S.C.10a-10d, 19 U.S.C. 2501-2518, and 19 U.S.C. 3301 note).
_XX_ 252.225-7012 Preference for Certain Domestic Commodities.
_N/A_ 252.225-7014 Preference for Domestic Specialty Metals (10 U.S.C. 2241 note).
_N/A_ 252.225-7015 Preference for Domestic Hand or Measuring Tools (10 U.S.C. 2241 note).
_N/A_ 252.225-7021 Trade Agreements _N/A_Alternate I (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).
_N/A_ 252.225-7027 Limitation on Sales Commissions and Fees (12 U.S.C. 2779).
_N/A_ 252.225-7028 Exclusionary Policies and Practices of Foreign Governments (22 U.S.C. 2755).
_N/A_ 252.225-7029 Preference for United States or Canadian Air Circuit Breakers (10 U.S.C. 2534(a)(3)).
_N/A_ 252.225-7036 Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payment Program (_N/A_ Alternate I) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).
_N/A_ 252.227-7015 Technical Data--Commercial Items (10 U.S.C. 2320).
_N/A_ 252.227-7037 Validation of Restrictive Markings on Technical Data (10 U.S.C. 2321).
_N/A_ 252.243-7002 Certification of Requests for Equitable Adjustment (10 U.S.C. 2410).
_XX_252.247-7023 Transportation of Supplies by Sea (__N/A__Alternate I) (__N/A__Alternate II) (10 U.S.C. 2631).
_XX_252.247-7024 Notification of Transportation of Supplies by Sea (10 U.S.C. 2631).

(b) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (Federal Acquisition Regulation 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014 Preference for Domestic Specialty Metals, Alternate I (10 U.S.C. 2241 note).

252.247-7023 Transportation of Supplies by Sea (10 U.S.C. 2631).252.247-7024 Notification of Transportation of Supplies by Sea (10 U.S.C. 2631).

252.247-7024 Notification of Transportation of Supplies by Sea (10 U.S.C. 2631)

(End of clause)

**WAGE DETERMINATION NO: 94-2525 REV (14) AREA: TX,WICHITA FALLS**

***FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL***

| | |
|---|---|
| REGISTER OF WAGE DETERMINATION UNDER THE SERVICE CONTRACT ACT | U.S. DEPARTMENT OF LABOR |
| By direction of the Secretary of Labor | EMPLOYMENT STANDARDS ADMINISTRATION |
| | WAGE AND HOUR DIVISION |
| | Washington, D.C. 20210 |
| | Wage Determination No.: 94-2525 |
| | Revision No.: 14 |
| Division of Wage Determinations | Date of Last Revision: 08/31/1999 |

State): **Oklahoma**, Texas

Areas: **Oklahoma** COUNTIES OF Comanche, Cotton, Greer, Harmon, Jackson, Jefferson, Kiowa, Stephens, Tillman
Texas COUNTIES OF Archer, Baylor, Clay, Wichita, Wilbarger

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| Administrative Support and Clerical Occupations: | |
| 01011 Accounting Clerk I | $ 8.32 |
| 01012 Accounting Clerk II | $ 9.39 |
| 01013 Accounting Clerk III | $ 10.54 |
| 01014 Accounting Clerk IV | $ 11.79 |
| 01030 Court Reporter | $ 12.89 |
| 01050 Dispatcher, Motor Vehicle | $ 10.34 |
| 01060 Document Preparation Clerk | $ 7.73 |
| 01070 Messenger (Courier) | $ 6.34 |
| 01090 Duplicating Machine Operator | $ 7.73 |
| 01110 Film/Tape Librarian | $ 9.98 |
| 01115 General Clerk I | $ 6.97 |
| 01116 General Clerk II | $ 7.83 |
| 01117 General Clerk III | $ 8.50 |
| 01118 General Clerk IV | $ 9.55 |
| 01120 Housing Referral Assistant | $ 12.57 |
| 01131 Key Entry Operator I | $ 6.45 |
| 01132 Key Entry Operator II | $ 7.71 |
| 01191 Order Clerk I | $ 8.95 |
| 01192 Order Clerk II | $ 9.77 |
| 01261 Personnel Assistant (Employment) I | $ 9.07 |
| 01262 Personnel Assistant (Employment) II | $ 10.22 |
| 01263 Personnel Assistant (Employment) III | $ 11.46 |
| 01264 Personnel Assistant (Employment) IV | $ 12.82 |
| 01270 Production Control Clerk | $ 12.57 |
| 01290 Rental Clerk | $ 9.98 |
| 01300 Scheduler, Maintenance | $ 9.68 |

| | |
|---|---|
| 01311 Secretary I | $ 9.98 |
| 01312 Secretary II | $ 11.24 |
| 01313 Secretary III | $ 13.78 |
| 01314 Secretary IV | $ 14.01 |
| 01315 Secretary V | $ 14.82 |
| 01320 Service Order Dispatcher | $ 10.65 |
| 01341 Stenographer I | $ 12.18 |
| 01342 Stenographer II | $ 12.91 |
| 01400 Supply Technician | $ 14.01 |
| 01420 Survey Worker (Interviewer) | $ 11.24 |
| 01460 Switchboard Operator-Receptionist | $ 7.64 |
| 01510 Test Examiner | $ 11.24 |
| 01520 Test Proctor | $ 11.24 |
| 01531 Travel Clerk I | $ 7.40 |
| 01532 Travel Clerk II | $ 7.89 |
| 01533 Travel Clerk III | $ 8.28 |
| 01611 Word Processor I | $ 8.77 |
| 01612 Word Processor II | $ 9.81 |
| 01613 Word Processor III | $ 11.04 |
| Automatic Data Processing Occupations: | |
| 03010 Computer Data Librarian | $ 9.43 |
| 03041 Computer Operator I | $ 9.54 |
| 03042 Computer Operator II | $ 10.69 |
| 03043 Computer Operator III | $ 12.30 |
| 03044 Computer Operator IV | $ 16.12 |
| 03045 Computer Operator V | $ 17.89 |
| 03071 Computer Programmer I 1/ | $ 13.36 |
| 03072 Computer Programmer II 1/ | $ 16.23 |
| 03073 Computer Programmer III 1/ | $ 19.86 |
| 03074 Computer Programmer IV 1/ | $ 21.85 |
| 03101 Computer Systems Analyst I 1/ | $ 16.55 |
| 03102 Computer Systems Analyst II 1/ | $ 20.65 |
| 03103 Computer Systems Analyst III 1/ | $ 22.29 |
| 03160 Peripheral Equipment Operator | $ 9.43 |
| Automotive Service Occupations: | |
| 05005 Automobile Body Repairer, Fiberglass | $ 16.20 |
| 05010 Automotive Glass Installer | $ 14.54 |
| 05040 Automotive Worker | $ 14.54 |
| 05070 Electrician, Automotive | $ 15.35 |
| 05100 Mobile Equipment Servicer | $ 12.90 |
| 05130 Motor Equipment Metal Mechanic | $ 16.20 |
| 05160 Motor Equipment Metal Worker | $ 14.54 |
| 05190 Motor Vehicle Mechanic | $ 16.20 |
| 05220 Motor Vehicle Mechanic Helper | $ 12.05 |
| 05250 Motor Vehicle Upholstery Worker | $ 13.70 |
| 05280 Motor Vehicle Wrecker | $ 14.54 |
| 05310 Painter, Automotive | $ 15.35 |
| 05340 Radiator Repair Specialist | $ 14.54 |
| 05370 Tire Repairer | $ 12.90 |
| 05400 Transmission Repair Specialist | $ 16.20 |
| Food Preparation and Service Occupations: | |
| 07010 Baker | $ 10.14 |
| 07041 Cook I | $ 9.00 |
| 07042 Cook II | $ 10.14 |
| 07070 Dishwasher | $ 6.72 |
| 07100 Food Service Worker (Cafeteria Worker) | $ 6.72 |

| | |
|---|---|
| 07130 Meat Cutter | $ 11.53 |
| 07250 Waiter/Waitress | $ 7.29 |
| Furniture Maintenance and Repair Occupations: | |
| 09010 Electrostatic Spray Painter | $ 15.35 |
| 09040 Furniture Handler | $ 11.04 |
| 09070 Furniture Refinisher | $ 15.35 |
| 09100 Furniture Refinisher Helper | $ 12.05 |
| 09110 Furniture Repairer, Minor | $ 13.70 |
| 09130 Upholsterer | $ 15.35 |
| General Service and Support Occupations: | |
| 11030 Cleaner, Vehicles | $ 6.84 |
| 11060 Elevator Operator | $ 6.97 |
| 11090 Gardener | $ 8.60 |
| 11121 Housekeeping Aide I | $ 6.23 |
| 11122 Housekeeping Aide II | $ 6.87 |
| 11150 Janitor | $ 6.72 |
| 11210 Laborer, Grounds Maintenance | $ 7.83 |
| 11240 Maid or Houseman | $ 6.23 |
| 11270 Pest Controller | $ 10.99 |
| 11300 Refuse Collector | $ 6.72 |
| 11330 Tractor Operator | $ 9.00 |
| 11360 Window Cleaner | $ 7.29 |
| Health Occupations: | |
| 12020 Dental Assistant | $ 10.09 |
| 12040 Emergency Medical Technician/Paramedic Ambulance Driver | $ 10.09 |
| 12071 Licensed Practical Nurse I | $ 9.23 |
| 12072 Licensed Practical Nurse II | $ 10.37 |
| 12073 Licensed Practical Nurse III | $ 11.60 |
| 12100 Medical Assistant | $ 9.80 |
| 12130 Medical Laboratory Technician | $ 10.37 |
| 12160 Medical Record Clerk | $ 9.02 |
| 12190 Medical Record Technician | $ 12.49 |
| 12221 Nursing Assistant I | $ 6.55 |
| 12222 Nursing Assistant II | $ 7.36 |
| 12223 Nursing Assistant III | $ 8.03 |
| 12224 Nursing Assistant IV | $ 9.02 |
| 12250 Pharmacy Technician | $ 11.24 |
| 12280 Phlebotomist | $ 10.37 |
| 12311 Registered Nurse I | $ 13.99 |
| 12312 Registered Nurse II | $ 17.18 |
| 12313 Registered Nurse II, Specialist | $ 17.18 |
| 12314 Registered Nurse III | $ 20.71 |
| 12315 Registered Nurse III, Anesthetist | $ 20.71 |
| 12316 Registered Nurse IV | $ 24.82 |
| Information and Arts Occupations: | |
| 13002 Audiovisual Librarian | $ 15.69 |
| 13011 Exhibits Specialist I | $ 12.97 |
| 13012 Exhibits Specialist II | $ 14.49 |
| 13013 Exhibits Specialist III | $ 17.72 |
| 13041 Illustrator I | $ 12.97 |
| 13042 Illustrator II | $ 14.49 |
| 13043 Illustrator III | $ 17.72 |
| 13047 Librarian | $ 16.66 |
| 13050 Library Technician | $ 11.24 |
| 13071 Photographer I | $ 11.77 |
| 13072 Photographer II | $ 13.23 |

| | |
|---|---|
| 13073 Photographer III | $ 14.77 |
| 13074 Photographer IV | $ 17.72 |
| 13075 Photographer V | $ 21.45 |
| Laundry, Drycleaning, Pressing and Related Occups: | |
| 15010 Assembler | $ 5.79 |
| 15030 Counter Attendant | $ 5.79 |
| 15040 Dry Cleaner | $ 7.21 |
| 15070 Finisher, Flatwork, Machine | $ 5.79 |
| 15090 Presser, Hand | $ 5.79 |
| 15100 Presser, Machine, Drycleaning | $ 5.79 |
| 15130 Presser, Machine, Shirts | $ 5.79 |
| 15160 Presser, Machine, Wearing Apparel, Laundry | $ 5.79 |
| 15190 Sewing Machine Operator | $ 7.73 |
| 15220 Tailor | $ 8.16 |
| 15250 Washer, Machine | $ 6.21 |
| Machine Tool Operation and Repair Occupations: | |
| 19010 Machine-Tool Operator (Toolroom) | $ 15.35 |
| 19040 Tool and Die Maker | $ 21.47 |
| Materials Handling and Packing Occupations: | |
| 21010 Fuel Distribution System Operator | $ 14.84 |
| 21020 Material Coordinator | $ 11.30 |
| 21030 Material Expediter | $ 11.30 |
| 21040 Material Handling Laborer | $ 8.72 |
| 21050 Order Filler | $ 9.41 |
| 21071 Forklift Operator | $ 12.94 |
| 21080 Production Line Worker (Food Processing) | $ 9.94 |
| 21100 Shipping/Receiving Clerk | $ 9.73 |
| 21130 Shipping Packer | $ 9.69 |
| 21140 Store Worker I | $ 7.93 |
| 21150 Stock Clerk (Shelf Stocker; Store Worker II) | $ 9.98 |
| 21210 Tools and Parts Attendant | $ 11.04 |
| 21400 Warehouse Specialist | $ 9.94 |
| Mechanics and Maintenance and Repair Occupations: | |
| 23010 Aircraft Mechanic | $ 16.20 |
| 23040 Aircraft Mechanic Helper | $ 12.05 |
| 23050 Aircraft Quality Control Inspector | $ 18.16 |
| 23060 Aircraft Servicer | $ 13.70 |
| 23070 Aircraft Worker | $ 14.54 |
| 23100 Appliance Mechanic | $ 15.35 |
| 23120 Bicycle Repairer | $ 12.90 |
| 23125 Cable Splicer | $ 18.63 |
| 23130 Carpenter, Maintenance | $ 15.35 |
| 23140 Carpet Layer | $ 14.54 |
| 23160 Electrician, Maintenance | $ 18.68 |
| 23181 Electronics Technician, Maintenance I | $ 15.54 |
| 23182 Electronics Technician, Maintenance II | $ 16.36 |
| 23183 Electronics Technician, Maintenance III | $ 17.34 |
| 23260 Fabric Worker | $ 13.70 |
| 23290 Fire Alarm System Mechanic | $ 16.20 |
| 23310 Fire Extinguisher Repairer | $ 12.90 |
| 23340 Fuel Distribution System Mechanic | $ 16.20 |
| 23370 General Maintenance Worker | $ 14.54 |
| 23400 Heating, Refrigeration and Air-Conditioning Mechanic | $ 16.20 |
| 23430 Heavy Equipment Mechanic | $ 16.20 |
| 23440 Heavy Equipment Operator | $ 15.02 |

| | |
|---|---|
| 23460 Instrument Mechanic | $ 16.20 |
| 23470 Laborer | $ 9.50 |
| 23500 Locksmith | $ 15.35 |
| 23530 Machinery Maintenance Mechanic | $ 16.20 |
| 23550 Machinist, Maintenance | $ 16.40 |
| 23580 Maintenance Trades Helper | $ 12.05 |
| 23640 Millwright | $ 16.20 |
| 23700 Office Appliance Repairer | $ 15.35 |
| 23740 Painter, Aircraft | $ 15.35 |
| 23760 Painter, Maintenance | $ 15.35 |
| 23790 Pipefitter, Maintenance | $ 16.20 |
| 23800 Plumber, Maintenance | $ 15.35 |
| 23820 Pneudraulic Systems Mechanic | $ 16.20 |
| 23850 Rigger | $ 16.20 |
| 23870 Scale Mechanic | $ 14.54 |
| 23890 Sheet-Metal Worker, Maintenance | $ 16.20 |
| 23910 Small Engine Mechanic | $ 14.54 |
| 23930 Telecommunications Mechanic I | $ 18.63 |
| 23931 Telecommunications Mechanic II | $ 19.56 |
| 23950 Telephone Lineman | $ 18.63 |
| 23960 Welder, Combination, Maintenance | $ 16.20 |
| 23965 Well Driller | $ 16.20 |
| 23970 Woodcraft Worker | $ 16.20 |
| 23980 Woodworker | $ 12.90 |
| Personal Needs Occupations: | |
| 24570 Child Care Attendant | $ 7.63 |
| 24580 Child Care Center Clerk | $ 9.52 |
| 24600 Chore Aide | $ 6.62 |
| 24630 Homemaker | $ 10.61 |
| Plant and System Operation Occupations: | |
| 25010 Boiler Tender | $ 16.20 |
| 25040 Sewage Plant Operator | $ 15.35 |
| 25070 Stationary Engineer | $ 16.20 |
| 25190 Ventilation Equipment Tender | $ 12.05 |
| 25210 Water Treatment Plant Operator | $ 15.35 |
| Protective Service Occupations: | |
| 27004 Alarm Monitor | $ 8.38 |
| 27006 Corrections Officer | $ 11.06 |
| 27010 Court Security Officer | $ 11.91 |
| 27040 Detention Officer | $ 11.06 |
| 27070 Firefighter | $ 11.45 |
| 27101 Guard I | $ 7.38 |
| 27102 Guard II | $ 10.32 |
| 27130 Police Officer | $ 14.25 |
| Stevedoring/Longshoremen Occupational Services: | |
| 28010 Blocker and Bracer | $ 13.79 |
| 28020 Hatch Tender | $ 11.99 |
| 28030 Line Handler | $ 11.99 |
| 28040 Stevedore I | $ 11.30 |
| 28050 Stevedore II | $ 12.66 |
| Technical Occupations: | |
| 29010 Air Traffic Control Specialist, Center 2/ | $ 24.90 |
| 29011 Air Traffic Control Specialist, Station 2/ | $ 17.17 |
| 29012 Air Traffic Control Specialist, Terminal 2/ | $ 18.91 |
| 29023 Archeological Technician I | $ 10.45 |
| 29024 Archeological Technician II | $ 11.69 |

| | |
|---|---|
| 29025 Archeological Technician III | $ 14.49 |
| 29030 Cartographic Technician | $ 14.49 |
| 29035 Computer Based Training (CBT) Specialist/Instructor | $ 16.55 |
| 29040 Civil Engineering Technician | $ 14.49 |
| 29061 Drafter I | $ 10.33 |
| 29062 Drafter II | $ 12.81 |
| 29063 Drafter III | $ 14.42 |
| 29064 Drafter IV | $ 16.08 |
| 29081 Engineering Technician I | $ 9.87 |
| 29082 Engineering Technician II | $ 12.23 |
| 29083 Engineering Technician III | $ 13.75 |
| 29084 Engineering Technician IV | $ 15.29 |
| 29085 Engineering Technician V | $ 18.78 |
| 29086 Engineering Technician VI | $ 22.74 |
| 29090 Environmental Technician | $ 14.39 |
| 29100 Flight Simulator/Instructor (Pilot) | $ 20.65 |
| 29150 Graphic Artist | $ 14.39 |
| 29160 Instructor | $ 16.55 |
| 29210 Laboratory Technician | $ 11.21 |
| 29240 Mathematical Technician | $ 16.66 |
| 29361 Paralegal/Legal Assistant I | $ 12.93 |
| 29362 Paralegal/Legal Assistant II | $ 16.11 |
| 29363 Paralegal/Legal Assistant III | $ 19.71 |
| 29364 Paralegal/Legal Assistant IV | $ 23.83 |
| 29390 Photooptics Technician | $ 16.66 |
| 29480 Technical Writer | $ 19.00 |
| 29491 Unexploded Ordnance Technician I | $ 15.82 |
| 29492 Unexploded Ordnance Technician II | $ 19.15 |
| 29493 Unexploded Ordnance Technician III | $ 22.95 |
| 29494 Unexploded Safety Escort | $ 15.82 |
| 29495 Unexploded Sweep Personnel | $ 15.82 |
| 29620 Weather Observer, Senior 3/ | $ 12.20 |
| 29621 Weather Observer, Combined Upper Air & Surface Programs 3/ | $ 10.98 |
| 29622 Weather Observer, Upper Air 3/ | $ 10.98 |
| Transportation/Mobile Equipment Operation Occups: | |
| 31030 Bus Driver | $ 10.50 |
| 31260 Parking and Lot Attendant | $ 9.94 |
| 31290 Shuttle Bus Driver | $ 9.94 |
| 31300 Taxi Driver | $ 9.29 |
| 31361 Truckdriver, Light Truck | $ 9.94 |
| 31362 Truckdriver, Medium Truck | $ 10.50 |
| 31363 Truckdriver, Heavy Truck | $ 12.45 |
| 31364 Truckdriver, Tractor-Trailer | $ 12.45 |
| Miscellaneous Occupations: | |
| 99020 Animal Caretaker | $ 7.84 |
| 99030 Cashier | $ 6.26 |
| 99041 Carnival Equipment Operator | $ 8.41 |
| 99042 Carnival Equipment Repairer | $ 9.00 |
| 99043 Carnival Worker | $ 6.72 |
| 99050 Desk Clerk | $ 7.62 |
| 99095 Embalmer | $ 15.28 |
| 99300 Lifeguard | $ 7.82 |
| 99310 Mortician | $ 16.16 |
| 99350 Park Attendant (Aide) | $ 9.86 |
| 99400 Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | $ 7.82 |
| 99500 Recreation Specialist | $ 10.58 |

| | | |
|---|---|---|
| 99510 | Recycling Worker | $ 8.41 |
| 99610 | Sales Clerk | $ 7.82 |
| 99620 | School Crossing Guard (Crosswalk Attendant) | $ 6.72 |
| 99630 | Sports Official | $ 7.82 |
| 99658 | Survey Party Chief (Chief of Party) | $ 12.76 |
| 99659 | Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | $ 11.73 |
| 99660 | Surveying Aide | $ 8.57 |
| 99690 | Swimming Pool Operator | $ 9.46 |
| 99720 | Vending Machine Attendant | $ 8.41 |
| 99730 | Vending Machine Repairer | $ 10.14 |
| 99740 | Vending Machine Repairer Helper | $ 8.41 |

---

** Fringe Benefits Required For All Occupations Included In This Wage Determination **

HEALTH & WELFARE: $1.63 an hour or $65.20 a week or $282.53 a month.
VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 4.173)
HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

1/ Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See 29 CFR 4.156)

2/ APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3/ WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:
The contractor or subcontractor is required to furnish all

employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Second Supplement, dated August 1995, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE

{Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)}

When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the

authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

SAMPLE

TECHNICAL EXHIBIT 2

TASK AND FREQUENCY SCHEDULE

BUILDING NUMBER_____________ BID ITEM__________________

D = DAILY
2M = EVERY TWO WEEKS

| ROUTINE WORK | | M | T | W | TH | F | S | SU | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| TRASH REMOVAL | (D) | | | | | | | | |
| SWEEP, DUST, MOP | (D) | | | | | | | | |
| DAMP MOP | (D) | | | | | | | | |
| VACUUM CARPETS / RUGS | (D) | | | | | | | | |
| INTERIOR GLASS CLEANING | (2M) | | | | | | | | |
| CLEAN DRINKING FOUNTIAN | (D) | | | | | | | | |
| WALK-OFF/ENTRANCE MATS | (D) | | | | | | | | NOTE: BUILDING OCCUPANTS REGISTER COMPLAINTS TO MONITOR |
| SPOT CLEAN | (D) | | | | | | | | |
| CLEAN AND RESUPPLY LATRINES SHOWERS / LOCKER ROOMS | (D) | | | | | | | | NAME:______________ PHONE:______________ |
| DESCALE TOILET BOWLS AND URINALS | (D) | | | | | | | | |

FS FORM 638-R
REVISED MAR '00



SAMPLE

TECHNICA HIBIT 1
LIST OF BUILDINGS TO BE CLEANED

## DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq. ft.) | LATRINE (sq. ft.) | DAY / NIGHT |
|---|---|---|---|---|
| 160 | DPTM--Museum | 0 | 165 | D |
| 207 | Directorate of Civilian Personnel | 12,199 | 494 | D |
| 208 | DPTM--Tasc | 0 | 347 | D |
| 335 | DPTM--Museum | 0 | 160 | D |
| 346 | DPTM-Museum | 0 | 78 | D |
| 435 | DPTM--Museum | 0 | 114 | D |
| 436 | DPTM--Museum | 0 | 170 | D |
| 438 | DPTM--Museum | 0 | 274 | D |
| 441 | DPTM, Security Division | 3,002 | 60 | D |
| 455 | USAFAC--Headquarters Command | 37,425 | 784 | N |
| 462 | HQ Cmd, DOIM, IG, SJA | 27,215 | 1,110 | D/N |
| 463 | Chaplain | 6,595 | 888 | D |
| 652 | DOIM | 11,946 | 1,054 | D |
| 700N | DPTM - Training Service Center | 7,135 | 165 | D |
| 745 | FAS - 30th Regiment Student Post Office | 2,371 | 230 | D |
| 747 | DPTM-TASC Photo Lab | 831 | 174 | D |
| 750 | FAS, Fire Support and Combined Arms Operation Dept. | 352 | 1,311 | N |
| 755 | FAS-30th Regiment 3/8 FA (Prov) | 4,295 | 188 | N |
| 756 | FAS-30th Regiment 3/8 FA (Prov) | 4,111 | 171 | N |
| 758 | FAS-Resource Management Office | 4,211 | 333 | N |
| 759 | FAS-Marine Corps Artillery Detachment | 4,759 | 300 | N |
| 811 | FAS-Marine Corps Artillery Detachment | 2,921 | 444 | N |
| 930 | DOIM, Post Locator | 1,749 | 155 | D |
| 1005 | Chaplain | 6,172 | 119 | D |
| 1273 | DEQ, White Water Crossing--DPW | 0 | 500 | D |
| 1459 | DEQ | 714 | 53 | D |
| 1465 | DEQ | 1,582 | 48 | D |
| 1466 | DEQ | 1,010 | 0 | D |
| 1640 | DCA, Nye Library | 20,834 | 404 | Thurs N |

TECHNIC/ .HIBIT 1
LIST OF BUILDINGS TO BE CLEANED

| | | | | |
|---|---|---|---|---|
| 1643 | LEC | 0 | 240 | N |
| 1645 | DOIM-Phone Co. | 4,397 | 256 | D |
| 1651 | Red Cross | 6,737 | 254 | D |
| 1651 | Army Community Service | 3,385 | 254 | N |
| 1655 | TEXCOM Fire Support Test Directorate | 36,922 | 1,932 | D/N |
| 1670 | LEC, Vehicle / Weapons Registration | 169 | 70 | D |
| 1713 | DOD Thrift Store | 0 | 72 | D |
| 1721 | DCP, EEO | 5,603 | 180 | D |
| 1803 | Directorate of Contracting | 7,944 | 230 | D |
| 1935 | DPW Equipment Maint. | 0 | 450 | D |
| 1946 | DPW Data Systems/ Supply | 4,493 | 88 | D |
| 1950 | DPW | 16,381 | 582 | N |
| 2103 | DOIM, Publication Supply | 910 | 80 | D |
| 2192 | Consolidated Property Book DOL | 4,160 | 200 | D |
| 2515 | DEQ, Supply Division | 483 | 153 | D |
| 2583 | DPTM, Range Division | 667 | 109 | D |
| 2584 | DPTM, Range Division | 2,370 | 42 | N |
| 2585 | DPTM, NBC School | 2,320 | 300 | N |
| 2587 | DEQ, Compliance and Awareness Training Center | 3,142 | 162 | N |
| 2591 | EEO Classroom | 3,986 | 140 | N |
| 2592 | DEQ, Material and Waste Management Branch | 3,795 | 141 | D |
| 2593 | SJA, Legal Assistance | 2,677 | 96 | D |
| 2594 | Fort Sill Logistic Assistance Office (LAO) Army Material Cmd | 4,034 | 133 | D |
| 2595 | SJA, Claims Branch | 2,584 | 108 | D |
| 2596 | DOL | 3,190 | 104 | D |
| 2719 | DCA, Family Support Division | 850 | 131 | D |
| 2866 | DCA, ACAP Classroom /VA Assistance Office | 2,459 | 220 | N |
| 2868 | DCA, NAF Procurement Office | 2,496 | 172 | N |
| 2869 | DCA | 2,528 | 188 | N |
| 2870 | DCA, Drug and Alcohol Abuse Control Div | 2,434 | 126 | N |
| 2871 | DCA, Drug and Alcohol Abuse Control Div | 2,640 | 193 | D |
| 2874 | MP Det Case (CID) | 2,416 | 192 | D |
| 2875 | MP Det Case (CID) | 2,929 | 71 | D |
| 2913 | DCA, Army Career and Alumni Program | 3,676 | 179 | N |
| 2927 | AE Post Re-enlistment | 1,243 | 90 | D |

TECHNIC XHIBIT 1
LIST OF BUILDINGS TO BE CLEANED

| | | | | | |
|---|---|---|---|---|---|
| 2930 | DEQ | 1,765 | 121 | | N |
| 2936 | Military Intelligence Gp | 966 | 88 | | D |
| 2941 | DPW, FMO | 766 | 63 | | N |
| 2943 | DCA, Central Accounting Office | 3,281 | 300 | | D |
| 2951 | DOL, Carlson Travel | 2,345 | 180 | | D |
| 3168 | Chaplain | 2,977 | 288 | | N |
| 3280 | Chaplain | 7,065 | 300 | Mon | D |
| 3281 | DPTM, Education Center | 18,279 | 671 | | N |
| 3321 | DRMO | 1,021 | 107 | | D |
| 4121 | Chaplain, Frontier Chapel | 14,833 | 674 | | D |
| 4907 | DPTM, Henry Post Army Airfield/ OPHS/ Tower | 6,274 | 276 | | N |
| 4915 | DPTM, 82nd Medivac | 3,011 | 484 | | D |
| 5033 | US Army TMDE Support Center | 4,414 | 224 | | D |
| 5676 | DPW, Family Housing | 3,977 | 150 | | N |
| 5678 | FAS, 3d Regiment, International Student Division | 3,048 | 120 | | D |
| 5723 | DCA, Polo Field | 0 | 416 | | D |
| | **TOTAL - DIRECT COST CUSTOMERS** | **379,471** | **22,693** | | |

**TECHNICAL EXHIBIT 3**

**FLOOR PLANS**

**DABT39-00-B-1001**

DABT39-00-T-0037




Latrines only
165 SF
Bldg. 160


Eff 1 May 97
Eff 1 June 98
CLASSROOM
FLOOR PLAN, BLDG 207
NOTE: ALL CARPET EXCEPT AS INDICATED.

3-6

207

STAFF JUDGE ADVOCATE COORDINATION SHEET - PROCUREMENT CONTRACT
(TRADOC FAR SUPPL)

| | | |
|---|---|---|
| CONTRACT NO. | WRITER (Name and Telephone No.) | DATE |
| CONTRACTOR | REVIEWER (Name and Telephone No.) | DATE |
| SUPPL AGREEMENT NO. | BUYER (Name and Telephone No.)<br>Laurie Wheeler | DATE<br>16 Aug 00 |
| CHANGE ORDER NO. | BRANCH CHIEF (Name and Telephone No.)<br>Sharel S. McAdoo | DATE |
| AMENDMENT NO. | STAFF JUDGE ADVOCATE (Name and Telephone No.)<br>Joe Alford, Atty-Advisor | DATE<br>21 Aug 00 |

| PROCUREMENT COMMENT | JUDGE ADVOCATE COMMENT |
|---|---|
| 1. In accordance with TAI 1.601(100)(ii), attached for legal review is proposed award For Custodial Services, Fort Sill, OK. | There are no legal objections to the proposed award to H&R Services, Inc. of Huntsville, AL, subject to the proper certification of the availability of funds |
| 2. Request your review and comments as Soon as possible. | |
| Sharel S. McAdoo<br>SHAREL S. MCADOO<br>Contracting Officer | Joe E Alford<br>Attorney-Advisor |
| 1-Proposed award | |
| 2-Purchase request | |
| 3-Bid documents & verification | |
| 4-Abstract of Bids | |
| 5-MFR-Price Reasonableness/Responsibility | |
| 6-Pre-Award Survey | |
| 'thdrawal letter from 1st low bidder | |

TRADOC FORM 935-R, ELECTRONIC, WP 6.0, 21 MAY 98 CREATED BY FT SILL DOC 405-442-3053



EXHIBIT 2
PENGAD 800-631-6989

**SOLICITATION/CONTRACT/ORDER FOR MMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITIO BER: W44DQ7-00-N010
PAGE 1 OF 33

2. CONTRACT NO.: DABT39-00-C-4032
3. AWARD/EFFECTIVE DATE: 01-Oct-2000
4. ORDER NUMBER:
5. SOLICITATION NUMBER: DABT39-00-B-1001
6. SOLICITATION ISSUE DATE: 05-Jun-2000

7. FOR SOLICITATION INFORMATION CALL: a. NAME: Laura L. Wheeler
b. TELEPHONE NUMBER (No Collect Calls): 580-442-3225
8. OFFER DUE DATE/LOCAL TIME: 05-Jul-2000 13:00

9. ISSUED BY — CODE: DABT39
DIRECTORATE OF CONTRACTING
PO BOX 33501
FT SILL, OK 73503-0501
TEL:
FAX:

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE: 100 % FOR
[X] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 7349
SIZE STANDARD: $12 million

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13 a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13 b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [X] IFB [ ] RFP

15. DELIVER TO — CODE: DABT39
DIRECTORATE OF CONTRACTING
ATTN: LAURIE WHEELER
PO BOX 33501
FORT SILL, OK 73503-0501

16. ADMINISTERED BY — CODE:
DIRECTORATE OF CONTRACTING
LAURIE WHEELER 580-442-3225
CONT SPT DIV
wheelerl@sill.army.mil
FORT SILL, OK 73503 0501

17 a. CONTRACTOR/OFFEROR — CODE: 0GWS5 — FACILITY CODE:
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815
TELEPHONE NO. 256-885-5960

17 b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18 a. PAYMENT WILL BE MADE BY — CODE:
CREDIT CARD/FORT SILL, OK
TO BE PAID BY GOVERNMENT
IMPAC CREDIT CARD
FORT SILL, OK

18 b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18 a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA: **See Schedule**
26. TOTAL AWARD AMOUNT: **$228,921.36**

[ ] 27 a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED
[X] 27 b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

28. [X] CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE DABT39-00-B-1001 [X] OFFER DATED 02-Jul-2000. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE

30 a. SIGNATURE OF OFFEROR/CONTRACTOR
31 a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30 b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)
30 c. DATE SIGNED
31 b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
31 c. DATE SIGNED

32 a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER — [ ] PARTIAL [ ] FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

32 b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32 c. DATE
36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
37. CHECK NUMBER

38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41 a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41 b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41 c. DATE

42a. RECEIVED BY (Print)
42b. RECEIVED AT (Location)
42c. DATE REC'D (YY/MM/DD)
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

DRAFT

**PURCHASE REQUEST AND COMMITMENT**
For use of this form, see AR 37-1; the proponent agency is OASA(FM)

1. PURCHASE INSTRUMENT NO.
2. REQUISITION NO.: W44DQ7 0068 N010
3. DATE: 8 March 00
PAGE OF PAGES

4. TO: Contract Support Division
5. THRU:
6. FROM: Directorate of Public Works, Engineering Division, Fort Sill, Oklahoma 73503

It is requested that the supplies and services enumerated below or on attached list be

7. PURCHASED FOR: SERVICE
8. DELIVERED TO: Post Wide
9. NOT LATER THAN (Date)

The supplies and services listed below cannot be secured through normal supply channels or other Army supply sources in the immediate vicinity, and their procurement will not violate existing regulations pertaining to local purchases for stock, therefore, local procurement is necessary for the following reason: (Check appropriate box and complete item.)

10. NAME OF PERSON TO CALL FOR ADDITIONAL INFORMATION: Carl Riemer, Engineering Division
11. TELEPHONE NUMBER: (580) 442-4250

X 12. LOCAL PURCHASES AUTHORIZED AS THE NORMAL MEANS OF SUPPLY FOR THE FOREGOING BY: AR 420-10, 2 JUL 87

13. REQUISITIONING DISCLOSES NONAVAILABILITY OF ITEMS AND LOCAL PURCHASE IS AUTHORIZED BY

EMERGENCY SITUATION PRECLUDES USE OF REQUISITION CHANNELS FOR SECURING ITEM

| 14. ITEM | 15. DESCRIPTION OF SUPPLY OR SERVICES | 16. QUANTITY | 17. UNIT | 18. ESTIMATED UNIT PRICE a | TOTAL COST b |
|---|---|---|---|---|---|
| 1 | Furnish all labor and materials necessary to provide Service Contract for Custodial Services Postwide 01 Oct 2000 thru 30 Sep 2001. Work Order Number is KK00006-0S.<br>5201<br>7349 $12mil | 1 | JOB | $300,520.00 | $300,520.00 |

**FUND CERTIFICATION**

The supplies and services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been committed.

19. ACCOUNTING CLASSIFICATION AND AMOUNT
Statement is not a commitment of funds. Funds are not presently available for acquisition. No contract award will be made until appropriated funds available for contract payment. Funds are contingent upon Congress enacting appropriations. This statement is not a commitment of funds.

20. TYPED NAME AND TITLE OF CERTIFYING OFFICER: PATRICIA L. WALLER, Chief, BMD
21. SIGNATURE: [signature]
22. DATE: 8 Mar 00

23. DISCOUNT TERMS
'00MAR09 AM 8:11 RCVD

24. PURCHASE ORDER NUMBER

26. DELIVERY REQUIREMENTS
ARE MORE THAN 7 DAYS REQUIRED TO INSPECT AND ACCEPT THE REQUESTED GOODS OR SERVICES YES ☐ NO ☐
IF YES, NUMBER OF DAYS REQUIRED

25. THE FOREGOING ITEMS ARE REQUIRED NOT LATER THAN AS INDICATED ABOVE FOR THE FOLLOWING PURPOSE

27. TYPED NAME AND GRADE OF INITIATING OFFICER: DONALD W. PRICE, Ch, Engineering
28. SIGNATURE: [signature]
29. DATE: 8 Aug 00
30. TELEPHONE NUMBER: (580) 442-5708

31. TYPED NAME AND GRADE OF SUPPLY OFFICER
32. SIGNATURE
33. DATE

34. TYPED NAME AND GRADE OF APPROVING OFFICER OR DESIGNEE: GARY W. WRIGHT, Col, EN, Director of Public Works
35. SIGNATURE: [signature]
36. DATE: 9 Mar 00

DA FORM 3953, MAR 91 — EDITION OF AUG 76 IS OBSOLETE — USAPPC V2.00

215

**H & R SERVICES, INC.**

1428 Weatherly Rd.
Suite 101
Huntsville, Al
35803

Phone 256-885-5960 AL
Phone 865-774-1288 TN
Fax 256-881-1827

July 17, 2000

Sub: Verification of Bid
Sol: DABT39-00-B-1001
Janitorial Fort Sill OK

Dear Ms. Wheeler

We are pleased to confirm our Bid as submitted in reference to the solicitation. Our Firm looks forward to serving at Fort Sill.

Please contact Mr. Roger Hall at your convenicnce at 865-908-8076 phone / 865-774-1460 fax.

Sincerely,

Hope Hall

Hope M. Hall
President

H&R SERVICES INC.
1428 WEATHERLY RD 101
HUNTSVILLE, AL 35815
256-885-5960 FAX 256-881-1827

Department Of The Army
HQ U.S. ARMY FIELD ARTILLERY CENTER

FORT SILL OK

7-2-00

BID FOR SERVICES IFBDABT39-00-B-1001
CUSTODIAL SERVICES

We are pleased to submit our Bid for services as required for referenced solicitation. Our Bid contains the following:

TAB-1 STANDARD FORM 33

TAB-2 PRICE/SECTION B

TAB-3 CERTIFICATIONS SECTION K

TAB-4 PAST PREFORMANCE REFERENCE

This Firm looks forward to servicng at FT Sill if selected for award.

Sinerely

Hope M. Hall
President(A WOMAN OWNED SMALL BUSINESS)