CUSTODIAL SERVICES, FORT SILL, OK

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

| | | | |
|---|---|---|---|
| 1. REQUISITION NUMBER: W44DQ7-0 N010 | PAGE 1 OF 34 | | |
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER: DABT39-00-B-1001 |
| 6. SOLICITATION ISSUE DATE: 05-Jun-2000 | | | |
| 7. FOR SOLICITATION INFORMATION CALL | a. NAME: Laura L. Wheeler | b. TELEPHONE NUMBER (No Collect Calls): 580-442-3225 | 8. OFFER DUE DATE/LOCAL TIME: 05-Jul-2000 13:00 |

9. ISSUED BY CODE DABT39
DIRECTORATE OF CONTRACTING
PO BOX 33501
FT SILL, OK 73503-0501
TEL: (580)442-3225/4315
FAX: (580)442-4621

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE: 100 % FOR
[X] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 7349
SIZE STANDARD: $12 million

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13 a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13 b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [X] IFB [ ] RFP

15. DELIVER TO CODE DABT39
DIRECTORATE OF CONTRACTING
ATTN: LAURIE WHEELER
PO BOX 33501
FORT SILL, OK 73503-0501

16. ADMINISTERED BY CODE
SEE ITEM 9

17 a. CONTRACTOR/OFFEROR CODE 06W55 FACILITY CODE
H+R Services Inc.
1428 Westmeath Rd 101
Huntsville AL 35815
Duns. 624286480
TELEPHONE NO. 256-885-5960

18 a. PAYMENT WILL BE MADE BY CODE

17 b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18 b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18 a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT

[X] 27 a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[ ] 27 b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. [X] CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE [ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30 a. SIGNATURE OF OFFEROR/CONTRACTOR: Hope M Hall

31 a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30 b. NAME AND TITLE OF SIGNER (TYPE OR PRINT): Hope M. Hall

30 c. DATE SIGNED: 7-2-00

31 b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)

31 c. DATE SIGNED

32 a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
[ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32 b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32 c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41 a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41 b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41 c. DATE

42a. RECEIVED BY (Print)

42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

SECTION SF 1449 CONTINUATION SHEET

ITEM NO SUPPLIES/SERVICES
0001

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

BASE PERIOD: 1 October 2000 through 30 September 2001.
PURCHASE REQUEST NUMBER W44DQ7-0068-N010

**SEE PARAGRAPH 22.1 FOR DEFINITION OF "DIRECT COST" AND "REIMBURSABLE" CUSTOMERS.**

ITEM NO
0001AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $ .0159 | = | $6,033.59 | x | 12 MO | = | $ 72,403.06 |

ITEM NO
0001AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $ .0324 | = | $8,885.67 | x | 12 MO | = | $ 106,628.01 |

ITEM NO
0001AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4157.52 | x | 12 MO | = | $49,890.29 |

ITEM NO
0002

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD ONE: 1 October 2001 through 30 September 2002.

ITEM NO
0002AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.0159 | = | $6033.59 | x | 12 MO | = | $72,403.06 |

ITEM NO
0002AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.0324 | = | $8,885.67 | x | 12 MO | = | $106,628.01 |

ITEM NO
0002AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4,157.52 | x | 12 MO | = | $49,890.29 |

ITEM NO
0003

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

BASE PERIOD: 1 October 2002 through 30 September 2003.

ITEM NO
0003AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.01.59 | = | $6,033.59 | x | 12 MO | = | $72,403.06 |

ITEM NO
0003AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.0324 | = | $8,885.67 | x | 12 MO | = | $106,628.01 |

ITEM NO
0003AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4,157.52 | x | 12 MO | = | $49,890.29 |

ITEM NO
0004

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD THREE: 1 October 2003 through 30 September 2004.

ITEM NO
0004AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.0159 | = | $6033.59 | x | 12 MO | = | $72,403.06 |

ITEM NO
0004AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.0300. | = | $8227.47 | x | 12 MO | = | $98,729.64 |

ITEM NO
0004AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4157.52 | x | 12 MO | = | $49890.29 |

ITEM NO
0005

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005.

ITEM NO
0005AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $.0159 | = | $6033.59 | x | 12 MO | = | $72403.06 |

ITEM NO
0005AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $.0300 | = | $8227.47 | x | 12 MO | = | $98,729.64 |

ITEM NO
0005AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $.1144 | = | $4157.52 | | 12 MO | = | $49890.29 |

TOTAL AMOUNT, BASE PERIOD THROUGH OPTION PERIOD FOUR
(CLINS 0001 THRU 0005AC) $1,128,810.06

[redacted]

PAST PREFORMANCE

CONTRACT DABT01-97-D-0014
POST WIDE JANITORIAL SERVICE
FORT RUCKER AL.

POC CHARLOTTE CORKRAN
334-255-1067
FAX 334-255-1231

Our Firm has provided Post Wide Janitorial Service at this location for the past four years.Contract is currently operational total billed to date $2,161,634.00.

# ABSTRACT OF OFFERS

| SOLICITATION NO. | OPENING DATE | PAGE | OF | PAGES |
|---|---|---|---|---|
| DABT39-00-B-1001 | 5 July 00, 1:00 p.m. | | | |

ISSUING O.

Directorate of Contracting
Contract Support Team
PO Box 33501, ATZR-QD
Fort Sill, OK 73503-0501

SUPPLIES OR SERVICES *(General Description)*

Custodial Services, Fort Sill, OK

| NO. | NAME OF OFFEROR | ACCEPTANCE TIME* (Days) | BUSINESS SIZE L | BUSINESS SIZE S | ITEM NO. ► / QUANTITY ► / UNIT ► | | | | DELIVERY TIME** | F.O.B. POINT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SEE ATTACHED | | | | | $ | $ | $ | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

* *Indicate by an X a 60-day acceptance.*
** *Indicate by an X if offer conforms to delivery time specified in solicitation.*

I CERTIFY THAT I HAVE OPENED, READ AND RECORDED ON THIS ABSTRACT (AND CONTINUATION SHEETS, IF ANY) ALL OFFERS RECEIVED IN RESPONSE TO THE SOLICITATION.

TYPED NAME AND TITLE
SHAREL S. MCADOO, Contracting Officer

SIGNATURE
Sharel S. McAdoo

DATE
5 Jul 00

NSN 7540-01-142-9844
U.S. GOVERNMENT PRINTING OFFICE : 1990 0 - 279-543

1409-102

STANDARD FORM 1409 (Rev. 9-88)
Prescribed by GSA, FAR (48 CFR) 53.214(f)

BIDDER # 1
PureService Corporation
Oklahoma City, OK

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | QTY/ UNIT | ESTIMATED COST PER YEAR |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.03610 | = | $13,698.9031 | x | 12 mo | $164,386.8372 |
| 0001AB | 274,249 | x | $0.02480 | = | $6,801.3752 | x | 12 mo | $81,616.5024 |
| 0001AC | 36,342 | x | $0.14880 | = | $5,407.6896 | x | 12 mo | $64,892.2752 |
| TOTAL 0001AA - 0001AC | | | | | $25,907.9679 | | | $310,895.6148 |
| 0002AA | 379,471 | x | $0.03610 | = | $13,698.9031 | x | 12 mo | $164,386.8372 |
| 0002AB | 274,249 | x | $0.02480 | = | $6,801.3752 | x | 12 mo | $81,616.5024 |
| 0002AC | 36,342 | x | $0.14880 | = | $5,407.6896 | x | 12 mo | $64,892.2752 |
| TOTAL 0002AA - 0002AC | | | | | | | | $310,895.6148 |
| 0003AA | 379,471 | x | $0.03610 | = | $13,698.9031 | x | 12 mo | $164,386.8372 |
| 0003AB | 274,249 | x | $0.02480 | = | $6,801.3752 | x | 12 mo | $81,616.5024 |
| 0003AC | 36,342 | x | $0.14880 | = | $5,407.6896 | x | 12 mo | $64,892.2752 |
| TOTAL 0003AA - 0003AC | | | | | | | | $310,895.6148 |
| 0004AA | 379,471 | x | $0.03610 | = | $13,698.9031 | x | 12 mo | $164,386.8372 |
| 0004AB | 274,249 | x | $0.02480 | = | $6,801.3752 | x | 12 mo | $81,616.5024 |
| 0004AC | 36,342 | x | $0.14880 | = | $5,407.6896 | x | 12 mo | $64,892.2752 |
| TOTAL 0004AA - 0004AC | | | | | | | | $310,895.6148 |
| 0005AA | 379,471 | x | $0.03610 | | $13,698.9031 | x | 12 mo | $164,386.8372 |
| 0005AB | 274,249 | x | $0.02480 | | $6,801.3752 | x | 12 mo | $81,616.5024 |
| 0005AC | 36,342 | x | $0.14880 | | $5,407.6896 | x | 12 mo | $64,892.2752 |
| TOTAL 0005AA - 0005AC | | | | | | | | $310,895.6148 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,554,478.0740 |

BIDDER # 2
Inland Service Corp.
Lawton, OK

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | QTY/ UNIT | ESTIMATED COST PER YEAR |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.01685 | = | $6,394.0864 | x | 12 mo | $76,729.0362 |
| 0001AB | 274,249 | x | $0.03120 | = | $8,556.5688 | x | 12 mo | $102,678.8256 |
| 0001AC | 36,342 | x | $0.32990 | = | $11,989.2258 | x | 12 mo | $143,870.7096 |
| TOTAL 0001AA - 0001AC | | | | | $26,939.8810 | | | $323,278.5714 |
| 0002AA | 379,471 | x | $0.01580 | = | $5,995.6418 | x | 12 mo | $71,947.7016 |
| 0002AB | 274,249 | x | $0.02950 | = | $8,090.3455 | x | 12 mo | $97,084.1460 |
| 0002AC | 36,342 | x | $0.32110 | = | $11,669.4162 | x | 12 mo | $140,032.9944 |
| TOTAL 0002AA - 0002AC | | | | | | | | $309,064.8420 |
| 0003AA | 379,471 | x | $0.01580 | = | $5,995.6418 | x | 12 mo | $71,947.7016 |
| 0003AB | 274,249 | x | $0.02950 | = | $8,090.3455 | x | 12 mo | $97,084.1460 |
| 0003AC | 36,342 | x | $0.32110 | = | $11,669.4162 | x | 12 mo | $140,032.9944 |
| TOTAL 0003AA - 0003AC | | | | | | | | $309,064.8420 |
| 0004AA | 379,471 | x | $0.01580 | = | $5,995.6418 | x | 12 mo | $71,947.7016 |
| 0004AB | 274,249 | x | $0.02950 | = | $8,090.3455 | x | 12 mo | $97,084.1460 |
| 0004AC | 36,342 | x | $0.32110 | = | $11,669.4162 | x | 12 mo | $140,032.9944 |
| TOTAL 0004AA - 0004AC | | | | | | | | $309,064.8420 |
| 0005AA | 379,471 | x | $0.01580 | | $5,995.6418 | x | 12 mo | $71,947.7016 |
| 0005AB | 274,249 | x | $0.02950 | | $8,090.3455 | x | 12 mo | $97,084.1460 |
| 0005AC | 36,342 | x | $0.32110 | | $11,669.4162 | x | 12 mo | $140,032.9944 |
| TOTAL 0005AA - 0005AC | | | | | | | | $309,064.8420 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,559,537.9394 |

BIDDER # 3
Blackstone Consulting
Los Angeles, CA

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | QTY/ UNIT | ESTIMATED COST PER YEAR |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0400 | = | $15,178.8400 | x | 12 mo | $182,146.0800 |
| 0001AB | 274,249 | x | $0.0400 | = | $10,969.9600 | x | 12 mo | $131,639.5200 |
| 0001AC | 36,342 | x | $0.0500 | = | $1,817.1000 | x | 12 mo | $21,805.2000 |
| TOTAL 0001AA - 0001AC | | | | | $27,965.9000 | | | $335,590.8000 |
| 0002AA | 379,471 | x | $0.0400 | = | $15,178.8400 | x | 12 mo | $182,146.0800 |
| 0002AB | 274,249 | x | $0.0400 | = | $10,969.9600 | x | 12 mo | $131,639.5200 |
| 0002AC | 36,342 | x | $0.0500 | = | $1,817.1000 | x | 12 mo | $21,805.2000 |
| TOTAL 0002AA - 0002AC | | | | | | | | $335,590.8000 |
| 0003AA | 379,471 | x | $0.0400 | = | $15,178.8400 | x | 12 mo | $182,146.0800 |
| 0003AB | 274,249 | x | $0.0400 | = | $10,969.9600 | x | 12 mo | $131,639.5200 |
| 0003AC | 36,342 | x | $0.0500 | = | $1,817.1000 | x | 12 mo | $21,805.2000 |
| TOTAL 0003AA - 0003AC | | | | | | | | $335,590.8000 |
| 0004AA | 379,471 | x | $0.0400 | = | $15,178.8400 | x | 12 mo | $182,146.0800 |
| 0004AB | 274,249 | x | $0.0400 | = | $10,969.9600 | x | 12 mo | $131,639.5200 |
| 0004AC | 36,342 | x | $0.0500 | = | $1,817.1000 | x | 12 mo | $21,805.2000 |
| TOTAL 0004AA - 0004AC | | | | | | | | $335,590.8000 |
| 0005AA | 379,471 | x | $0.0400 | | $15,178.8400 | x | 12 mo | $182,146.0800 |
| 0005AB | 274,249 | x | $0.0400 | | $10,969.9600 | x | 12 mo | $131,639.5200 |
| 0005AC | 36,342 | x | $0.0500 | | $1,817.1000 | x | 12 mo | $21,805.2000 |
| TOTAL 0005AA - 0005AC | | | | | | | | $335,590.8000 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,677,954.0000 |

BIDDER # 4
Univeral Cleaning, Inc.
Lawton, OK

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | QTY/ UNIT | ESTIMATED COST PER YEAR |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0250 | = | $9,486.7750 | x | 12 mo | $113,841.3000 |
| 0001AB | 274,249 | x | $0.0340 | = | $9,324.4660 | x | 12 mo | $111,893.5920 |
| 0001AC | 36,342 | x | $0.0280 | = | $1,017.5760 | x | 12 mo | $12,210.9120 |
| TOTAL 0001AA - 0001AC | | | | | $19,828.8170 | | | $237,945.8040 |
| 0002AA | 379,471 | x | $0.0295 | = | $11,194.3945 | x | 12 mo | $134,332.7340 |
| 0002AB | 274,249 | x | $0.0385 | = | $10,558.5865 | x | 12 mo | $126,703.0380 |
| 0002AC | 36,342 | x | $0.0325 | = | $1,181.1150 | x | 12 mo | $14,173.3800 |
| TOTAL 0002AA - 0002AC | | | | | | | | $275,209.1520 |
| 0003AA | 379,471 | x | $0.0335 | = | $12,712.2785 | x | 12 mo | $152,547.3420 |
| 0003AB | 274,249 | x | $0.0425 | = | $11,655.5825 | x | 12 mo | $139,866.9900 |
| 0003AC | 36,342 | x | $0.0365 | = | $1,326.4830 | x | 12 mo | $15,917.7960 |
| TOTAL 0003AA - 0003AC | | | | | | | | $308,332.1280 |
| 0004AA | 379,471 | x | $0.0375 | = | $14,230.1625 | x | 12 mo | $170,761.9500 |
| 0004AB | 274,249 | x | $0.0465 | = | $12,752.5785 | x | 12 mo | $153,030.9420 |
| 0004AC | 36,342 | x | $0.0450 | = | $1,635.3900 | x | 12 mo | $19,624.6800 |
| TOTAL 0004AA - 0004AC | | | | | | | | $343,417.5720 |
| 0005AA | 379,471 | x | $0.0415 | | $15,748.0465 | x | 12 mo | $188,976.5580 |
| 0005AB | 274,249 | x | $0.0550 | | $15,083.6950 | x | 12 mo | $181,004.3400 |
| 0005AC | 36,342 | x | $0.0460 | | $1,671.7320 | x | 12 mo | $20,060.7840 |
| TOTAL 0005AA - 0005AC | | | | | | | | $390,041.6820 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,554,946.3380 |

BIDDER #5
C&L Service Corp.
Portsmouth, VA

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0180 | = | $6,830.4780 | x | 12 mo | $81,965.7360 |
| 0001AB | 274,249 | x | $0.0330 | = | $9,050.2170 | x | 12 mo | $108,602.6040 |
| 0001AC | 36,342 | x | $0.1500 | = | $5,451.3000 | x | 12 mo | $65,415.6000 |
| TOTAL 0001AA - 0001AC | | | | | $21,331.9950 | | | $255,983.9400 |
| 0002AA | 379,471 | x | $0.0180 | = | $6,830.4780 | x | 12 mo | $81,965.7360 |
| 0002AB | 274,249 | x | $0.0330 | = | $9,050.2170 | x | 12 mo | $108,602.6040 |
| 0002AC | 36,342 | x | $0.1500 | = | $5,451.3000 | x | 12 mo | $65,415.6000 |
| TOTAL 0002AA - 0002AC | | | | | | | | $255,983.9400 |
| 0003AA | 379,471 | x | $0.0180 | = | $6,830.4780 | x | 12 mo | $81,965.7360 |
| 0003AB | 274,249 | x | $0.0330 | = | $9,050.2170 | x | 12 mo | $108,602.6040 |
| 0003AC | 36,342 | x | $0.1500 | = | $5,451.3000 | x | 12 mo | $65,415.6000 |
| TOTAL 0003AA - 0003AC | | | | | | | | $255,983.9400 |
| 0004AA | 379,471 | x | $0.0180 | = | $6,830.4780 | x | 12 mo | $81,965.7360 |
| 0004AB | 274,249 | x | $0.0330 | = | $9,050.2170 | x | 12 mo | $108,602.6040 |
| 0004AC | 36,342 | x | $0.1500 | = | $5,451.3000 | x | 12 mo | $65,415.6000 |
| TOTAL 0004AA - 0004AC | | | | | | | | $255,983.9400 |
| 0005AA | 379,471 | x | $0.0180 | | $6,830.4780 | x | 12 mo | $81,965.7360 |
| 0005AB | 274,249 | x | $0.0330 | | $9,050.2170 | x | 12 mo | $108,602.6040 |
| 0005AC | 36,342 | x | $0.1500 | | $5,451.3000 | x | 12 mo | $65,415.6000 |
| TOTAL 0005AA - 0005AC | | | | | | | | $255,983.9400 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,279,919.7000 |

BIDDER # 6
Ace Services Inc.
Dunn, NC

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0220 | = | $8,348.3620 | x | 12 mo | $100,180.3440 |
| 0001AB | 274,249 | x | $0.0410 | = | $11,244.2090 | x | 12 mo | $134,930.5080 |
| 0001AC | 36,342 | x | $0.1940 | = | $7,050.3480 | x | 12 mo | $84,604.1760 |
| TOTAL 0001AA - 0001AC | | | | | $26,642.9190 | | | $319,715.0280 |
| 0002AA | 379,471 | x | $0.0220 | = | $8,348.3620 | x | 12 mo | $100,180.3440 |
| 0002AB | 274,249 | x | $0.0410 | = | $11,244.2090 | x | 12 mo | $134,930.5080 |
| 0002AC | 36,342 | x | $0.1940 | = | $7,050.3480 | x | 12 mo | $84,604.1760 |
| TOTAL 0002AA - 0002AC | | | | | | | | $319,715.0280 |
| 0003AA | 379,471 | x | $0.0220 | = | $8,348.3620 | x | 12 mo | $100,180.3440 |
| 0003AB | 274,249 | x | $0.0410 | = | $11,244.2090 | x | 12 mo | $134,930.5080 |
| 0003AC | 36,342 | x | $0.1940 | = | $7,050.3480 | x | 12 mo | $84,604.1760 |
| TOTAL 0003AA - 0003AC | | | | | | | | $319,715.0280 |
| 0004AA | 379,471 | x | $0.0220 | = | $8,348.3620 | x | 12 mo | $100,180.3440 |
| 0004AB | 274,249 | x | $0.0410 | = | $11,244.2090 | x | 12 mo | $134,930.5080 |
| 0004AC | 36,342 | x | $0.1940 | = | $7,050.3480 | x | 12 mo | $84,604.1760 |
| TOTAL 0004AA - 0004AC | | | | | | | | $319,715.0280 |
| 0005AA | 379,471 | x | $0.0220 | | $8,348.3620 | x | 12 mo | $100,180.3440 |
| 0005AB | 274,249 | x | $0.0410 | | $11,244.2090 | x | 12 mo | $134,930.5080 |
| 0005AC | 36,342 | x | $0.1940 | | $7,050.3480 | x | 12 mo | $84,604.1760 |
| TOTAL 0005AA - 0005AC | | | | | | | | $319,715.0280 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,598,575.1400 |

BIDDER # 7
Resource Management Consultants
Millington, TN 38053

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0182 | = | $6,906.3722 | x | 12 mo | $82,876.4664 |
| 0001AB | 274,249 | x | $0.0324 | = | $8,885.6676 | x | 12 mo | $106,628.0112 |
| 0001AC | 36,342 | x | $0.1485 | = | $5,396.7870 | x | 12 mo | $64,761.4440 |
| TOTAL 0001AA - 0001AC | | | | | $21,188.8268 | | | $254,265.9216 |
| 0002AA | 379,471 | x | $0.0182 | = | $6,906.3722 | x | 12 mo | $82,876.4664 |
| 0002AB | 274,249 | x | $0.0324 | = | $8,885.6676 | x | 12 mo | $106,628.0112 |
| 0002AC | 36,342 | x | $0.1485 | = | $5,396.7870 | x | 12 mo | $64,761.4440 |
| TOTAL 0002AA - 0002AC | | | | | | | | $254,265.9216 |
| 0003AA | 379,471 | x | $0.0182 | = | $6,906.3722 | x | 12 mo | $82,876.4664 |
| 0003AB | 274,249 | x | $0.0324 | = | $8,885.6676 | x | 12 mo | $106,628.0112 |
| 0003AC | 36,342 | x | $0.1485 | = | $5,396.7870 | x | 12 mo | $64,761.4440 |
| TOTAL 0003AA - 0003AC | | | | | | | | $254,265.9216 |
| 0004AA | 379,471 | x | $0.0183 | = | $6,944.3193 | x | 12 mo | $83,331.8316 |
| 0004AB | 274,249 | x | $0.0325 | = | $8,913.0925 | x | 12 mo | $106,957.1100 |
| 0004AC | 36,342 | x | $0.1486 | = | $5,400.4212 | x | 12 mo | $64,805.0544 |
| TOTAL 0004AA - 0004AC | | | | | | | | $255,093.9960 |
| 0005AA | 379,471 | x | $0.0183 | | $6,944.3193 | x | 12 mo | $83,331.8316 |
| 0005AB | 274,249 | x | $0.0325 | | $8,913.0925 | x | 12 mo | $106,957.1100 |
| 0005AC | 36,342 | x | $0.1486 | | $5,400.4212 | x | 12 mo | $64,805.0544 |
| TOTAL 0005AA - 0005AC | | | | | | | | $255,093.9960 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,272,985.7568 |

BIDDER # 8
Cardinal Maintenance Service
Grand Rapids, MI

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0095 | = | $3,604.9745 | x | 12 mo | $43,259.6940 |
| 0001AB | 274,249 | x | $0.0187 | = | $5,128.4563 | x | 12 mo | $61,541.4756 |
| 0001AC | 36,342 | x | $0.5595 | = | $20,333.3490 | x | 12 mo | $244,000.1880 |
| TOTAL 0001AA - 0001AC | | | | | $29,066.7798 | | | $348,801.3576 |
| 0002AA | 379,471 | x | $0.0095 | = | $3,604.9745 | x | 12 mo | $43,259.6940 |
| 0002AB | 274,249 | x | $0.0187 | = | $5,128.4563 | x | 12 mo | $61,541.4756 |
| 0002AC | 36,342 | x | $0.5595 | = | $20,333.3490 | x | 12 mo | $244,000.1880 |
| TOTAL 0002AA - 0002AC | | | | | | | | $348,801.3576 |
| 0003AA | 379,471 | x | $0.0095 | = | $3,604.9745 | x | 12 mo | $43,259.6940 |
| 0003AB | 274,249 | x | $0.0187 | = | $5,128.4563 | x | 12 mo | $61,541.4756 |
| 0003AC | 36,342 | x | $0.5595 | = | $20,333.3490 | x | 12 mo | $244,000.1880 |
| TOTAL 0003AA - 0003AC | | | | | | | | $348,801.3576 |
| 0004AA | 379,471 | x | $0.0095 | = | $3,604.9745 | x | 12 mo | $43,259.6940 |
| 0004AB | 274,249 | x | $0.0187 | = | $5,128.4563 | x | 12 mo | $61,541.4756 |
| 0004AC | 36,342 | x | $0.5595 | = | $20,333.3490 | x | 12 mo | $244,000.1880 |
| TOTAL 0004AA - 0004AC | | | | | | | | $348,801.3576 |
| 0005AA | 379,471 | x | $0.0095 | | $3,604.9745 | x | 12 mo | $43,259.6940 |
| 0005AB | 274,249 | x | $0.0187 | | $5,128.4563 | x | 12 mo | $61,541.4756 |
| 0005AC | 36,342 | x | $0.5595 | | $20,333.3490 | x | 12 mo | $244,000.1880 |
| TOTAL 0005AA - 0005AC | | | | | | | | $348,801.3576 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,744,006.7880 |

BIDDER # 9
H&R Services
Huntsville, AL

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0159 | = | $6,033.5889 | x | 12 mo | $72,403.0668 |
| 0001AB | 274,249 | x | $0.0324 | = | $8,885.6676 | x | 12 mo | $106,628.0112 |
| 0001AC | 36,342 | x | $0.1144 | = | $4,157.5248 | x | 12 mo | $49,890.2976 |
| TOTAL 0001AA - 0001AC | | | | | $19,076.7813 | | | $228,921.3756 |
| 0002AA | 379,471 | x | $0.0159 | = | $6,033.5889 | x | 12 mo | $72,403.0668 |
| 0002AB | 274,249 | x | $0.0324 | = | $8,885.6676 | x | 12 mo | $106,628.0112 |
| 0002AC | 36,342 | x | $0.1144 | = | $4,157.5248 | x | 12 mo | $49,890.2976 |
| TOTAL 0002AA - 0002AC | | | | | | | | $228,921.3756 |
| 0003AA | 379,471 | x | $0.0159 | = | $6,033.5889 | x | 12 mo | $72,403.0668 |
| 0003AB | 274,249 | x | $0.0324 | = | $8,885.6676 | x | 12 mo | $106,628.0112 |
| 0003AC | 36,342 | x | $0.1144 | = | $4,157.5248 | x | 12 mo | $49,890.2976 |
| TOTAL 0003AA - 0003AC | | | | | | | | $228,921.3756 |
| 0004AA | 379,471 | x | $0.0159 | = | $6,033.5889 | x | 12 mo | $72,403.0668 |
| 0004AB | 274,249 | x | $0.0300 | = | $8,227.4700 | x | 12 mo | $98,729.6400 |
| 0004AC | 36,342 | x | $0.1144 | = | $4,157.5248 | x | 12 mo | $49,890.2976 |
| TOTAL 0004AA - 0004AC | | | | | | | | $221,023.0044 |
| 0005AA | 379,471 | x | $0.0159 | | $6,033.5889 | x | 12 mo | $72,403.0668 |
| 0005AB | 274,249 | x | $0.0300 | | $8,227.4700 | x | 12 mo | $98,729.6400 |
| 0005AC | 36,342 | x | $0.1144 | | $4,157.5248 | x | 12 mo | $49,890.2976 |
| TOTAL 0005AA - 0005AC | | | | | | | | $221,023.0044 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,128,810.1356 |

BIDDER # 10
Associated Services
Pittsburgh, PA

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0140 | = | $5,312.5940 | x | 12 mo | $63,751.1280 |
| 0001AB | 274,249 | x | $0.0282 | = | $7,733.8218 | x | 12 mo | $92,805.8616 |
| 0001AC | 36,342 | x | $0.1853 | = | $6,734.1726 | x | 12 mo | $80,810.0712 |
| TOTAL 0001AA - 0001AC | | | | | $19,780.5884 | | | $237,367.0608 |
| 0002AA | 379,471 | x | $0.0140 | = | $5,312.5940 | x | 12 mo | $63,751.1280 |
| 0002AB | 274,249 | x | $0.0282 | = | $7,733.8218 | x | 12 mo | $92,805.8616 |
| 0002AC | 36,342 | x | $0.1853 | = | $6,734.1726 | x | 12 mo | $80,810.0712 |
| TOTAL 0002AA - 0002AC | | | | | | | | $237,367.0608 |
| 0003AA | 379,471 | x | $0.0140 | = | $5,312.5940 | x | 12 mo | $63,751.1280 |
| 0003AB | 274,249 | x | $0.0282 | = | $7,733.8218 | x | 12 mo | $92,805.8616 |
| 0003AC | 36,342 | x | $0.1853 | = | $6,734.1726 | x | 12 mo | $80,810.0712 |
| TOTAL 0003AA - 0003AC | | | | | | | | $237,367.0608 |
| 0004AA | 379,471 | x | $0.0140 | = | $5,312.5940 | x | 12 mo | $63,751.1280 |
| 0004AB | 274,249 | x | $0.0282 | = | $7,733.8218 | x | 12 mo | $92,805.8616 |
| 0004AC | 36,342 | x | $0.1853 | = | $6,734.1726 | x | 12 mo | $80,810.0712 |
| TOTAL 0004AA - 0004AC | | | | | | | | $237,367.0608 |
| 0005AA | 379,471 | x | $0.0140 | | $5,312.5940 | x | 12 mo | $63,751.1280 |
| 0005AB | 274,249 | x | $0.0282 | | $7,733.8218 | x | 12 mo | $92,805.8616 |
| 0005AC | 36,342 | x | $0.1853 | | $6,734.1726 | x | 12 mo | $80,810.0712 |
| TOTAL 0005AA - 0005AC | | | | | | | | $237,367.0608 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,186,835.3040 |

BIDDER # 11
WD Enterprise, Inc.
Wichita, KS

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | QTY/ UNIT | ESTIMATED COST PER YEAR |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0145 | = | $5,502.3295 | x | 12 mo | $66,027.9540 |
| 0001AB | 274,249 | x | $0.0215 | = | $5,896.3535 | x | 12 mo | $70,756.2420 |
| 0001AC | 36,342 | x | $0.0920 | = | $3,343.4640 | x | 12 mo | $40,121.5680 |
| TOTAL 0001AA - 0001AC | | | | | $14,742.1470 | | | $176,905.7640 |
| 0002AA | 379,471 | x | $0.0145 | = | $5,502.3295 | x | 12 mo | $66,027.9540 |
| 0002AB | 274,249 | x | $0.0215 | = | $5,896.3535 | x | 12 mo | $70,756.2420 |
| 0002AC | 36,342 | x | $0.0920 | = | $3,343.4640 | x | 12 mo | $40,121.5680 |
| TOTAL 0002AA - 0002AC | | | | | | | | $176,905.7640 |
| 0003AA | 379,471 | x | $0.0145 | = | $5,502.3295 | x | 12 mo | $66,027.9540 |
| 0003AB | 274,249 | x | $0.0215 | = | $5,896.3535 | x | 12 mo | $70,756.2420 |
| 0003AC | 36,342 | x | $0.0920 | = | $3,343.4640 | x | 12 mo | $40,121.5680 |
| TOTAL 0003AA - 0003AC | | | | | | | | $176,905.7640 |
| 0004AA | 379,471 | x | $0.0145 | = | $5,502.3295 | x | 12 mo | $66,027.9540 |
| 0004AB | 274,249 | x | $0.0215 | = | $5,896.3535 | x | 12 mo | $70,756.2420 |
| 0004AC | 36,342 | x | $0.0920 | = | $3,343.4640 | x | 12 mo | $40,121.5680 |
| TOTAL 0004AA - 0004AC | | | | | | | | $176,905.7640 |
| 0005AA | 379,471 | x | $0.0145 | | $5,502.3295 | x | 12 mo | $66,027.9540 |
| 0005AB | 274,249 | x | $0.0215 | | $5,896.3535 | x | 12 mo | $70,756.2420 |
| 0005AC | 36,342 | x | $0.0920 | | $3,343.4640 | x | 12 mo | $40,121.5680 |
| TOTAL 0005AA - 0005AC | | | | | | | | $176,905.7640 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $884,528.8200 |

BIDDER # 12
KIME Plus Services
Junction City, KS

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0270 | = | $10,245.7170 | x | 12 mo | $122,948.6040 |
| 0001AB | 274,249 | x | $0.0550 | = | $15,083.6950 | x | 12 mo | $181,004.3400 |
| 0001AC | 36,342 | x | $0.1900 | = | $6,904.9800 | x | 12 mo | $82,859.7600 |
| TOTAL 0001AA - 0001AC | | | | | $32,234.3920 | | | $386,812.7040 |
| 0002AA | 379,471 | x | $0.0270 | = | $10,245.7170 | x | 12 mo | $122,948.6040 |
| 0002AB | 274,249 | x | $0.0550 | = | $15,083.6950 | x | 12 mo | $181,004.3400 |
| 0002AC | 36,342 | x | $0.1900 | = | $6,904.9800 | x | 12 mo | $82,859.7600 |
| TOTAL 0002AA - 0002AC | | | | | | | | $386,812.7040 |
| 0003AA | 379,471 | x | $0.0270 | = | $10,245.7170 | x | 12 mo | $122,948.6040 |
| 0003AB | 274,249 | x | $0.0550 | = | $15,083.6950 | x | 12 mo | $181,004.3400 |
| 0003AC | 36,342 | x | $0.1900 | = | $6,904.9800 | x | 12 mo | $82,859.7600 |
| TOTAL 0003AA - 0003AC | | | | | | | | $386,812.7040 |
| 0004AA | 379,471 | x | $0.0270 | = | $10,245.7170 | x | 12 mo | $122,948.6040 |
| 0004AB | 274,249 | x | $0.0550 | = | $15,083.6950 | x | 12 mo | $181,004.3400 |
| 0004AC | 36,342 | x | $0.1900 | = | $6,904.9800 | x | 12 mo | $82,859.7600 |
| TOTAL 0004AA - 0004AC | | | | | | | | $386,812.7040 |
| 0005AA | 379,471 | x | $0.0270 | | $10,245.7170 | x | 12 mo | $122,948.6040 |
| 0005AB | 274,249 | x | $0.0550 | | $15,083.6950 | x | 12 mo | $181,004.3400 |
| 0005AC | 36,342 | x | $0.1900 | | $6,904.9800 | x | 12 mo | $82,859.7600 |
| TOTAL 0005AA - 0005AC | | | | | | | | $386,812.7040 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,934,063.5200 |

BIDDER # 13
Perfection Service Co.
Avondale Estates, GA

| | SQ FT | | PRICE PER SQ FT | | COST PER MONTH | | | |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 379,471 | x | $0.0320 | = | $12,143.0720 | x | 12 mo | $145,716.8640 |
| 0001AB | 274,249 | x | $0.0320 | = | $8,775.9680 | x | 12 mo | $105,311.6160 |
| 0001AC | 36,342 | x | $0.1444 | = | $5,247.7848 | x | 12 mo | $62,973.4176 |
| TOTAL 0001AA - 0001AC | | | | | $26,166.8248 | | | $314,001.8976 |
| 0002AA | 379,471 | x | $0.0320 | = | $12,143.0720 | x | 12 mo | $145,716.8640 |
| 0002AB | 274,249 | x | $0.0320 | = | $8,775.9680 | x | 12 mo | $105,311.6160 |
| 0002AC | 36,342 | x | $0.1444 | = | $5,247.7848 | x | 12 mo | $62,973.4176 |
| TOTAL 0002AA - 0002AC | | | | | | | | $314,001.8976 |
| 0003AA | 379,471 | x | $0.0320 | = | $12,143.0720 | x | 12 mo | $145,716.8640 |
| 0003AB | 274,249 | x | $0.0320 | = | $8,775.9680 | x | 12 mo | $105,311.6160 |
| 0003AC | 36,342 | x | $0.1444 | = | $5,247.7848 | x | 12 mo | $62,973.4176 |
| TOTAL 0003AA - 0003AC | | | | | | | | $314,001.8976 |
| 0004AA | 379,471 | x | $0.0320 | = | $12,143.0720 | x | 12 mo | $145,716.8640 |
| 0004AB | 274,249 | x | $0.0320 | = | $8,775.9680 | x | 12 mo | $105,311.6160 |
| 0004AC | 36,342 | x | $0.1444 | = | $5,247.7848 | x | 12 mo | $62,973.4176 |
| TOTAL 0004AA - 0004AC | | | | | | | | $314,001.8976 |
| 0005AA | 379,471 | x | $0.0320 | | $12,143.0720 | x | 12 mo | $145,716.8640 |
| 0005AB | 274,249 | x | $0.0320 | | $8,775.9680 | x | 12 mo | $105,311.6160 |
| 0005AC | 36,342 | x | $0.1444 | | $5,247.7848 | x | 12 mo | $62,973.4176 |
| TOTAL 0005AA - 0005AC | | | | | | | | $314,001.8976 |
| TOTAL ITEMS 0001 - 0005AC | | | | | | | | $1,570,009.4880 |

ATZR-QD (715k) August 15, 2000

MEMORANDUM FOR RECORD

SUBJECT: Determination of Responsible Bidder - Reasonableness of Price, DABT39-00-B-1001, Custodial Services, Fort Sill, OK

1. Subject solicitation was synopsized in the Commerce Business Daily set-aside for small business. IFBs were mailed to 72 prospective bidders. 13 bids were received.

2. The apparent low bidder (WD Enterprises, Wichita, KS, requested withdrawal of their bid. (See Tab B-4 of the contract file.)

3. The second low bidder (H&R Services, Huntsville, AL) was contacted and asked to verify their bid.

4. The following price analysis techniques were used to ensure a fair and reasonable price:

_X_ a. Comparison of bid prices with other bidders.

_X_ b. Comparison of proposed prices with independent Government Estimate.

5. The proposal was determined not to be materially unbalanced.

6. IAW FAR 9.103(b), H&R Services, Inc., is determined to be a responsible offeror based on information obtained when conducting an informal pre-award survey (See Tab C-2).

7. Based on the above information, the undersigned has determined that the price submitted by H&R Services, Inc. is reasonable and that the company is a responsible contractor.

8. Reference: FAR 14.407-2, Responsible Bidder - Reasonableness of Price.

Sharel S. McAdoo

SHAREL S. MCADOO
Contracting Officer

ATZR-QD (715k) August 2, 2000

MEMORANDUM FOR RECORD

SUBJECT: Pre-Award Survey for DABT39-00-B-1001, Custodial Services, Fort Sill, OK

**BANK REFERENCE:**

Commerce Funding Corporation, Vienna, VA, John Geraerdts, Vice President. (Phone: 800-899-8886, Fax: 703-893-3257)
See Attachment 1.

**TECHNICAL REFERENCES:**

Navy Contracting, Mayport, FL. Matt Sweeny, Contract Specialist, 215-697-9638. H&R Services performs a Mess Attendant contract in Mayport, FL. The contract was awarded in October 1996 at a cost of approximately $320,000 per year. H&R Services performs well. They have had some union problems as the contract is covered by a Collective Bargaining Agreement (CBA). These problems aren't necessarily the company's fault. No problems with the company's performance. They have exercised all option periods and intend to exercise FY01 option.

DOC, Fort Rucker, AL, Charlot Corkran, Contracting Officer (334-255-1067). H&R is in the third year of a three year contract at Fort Rucker. They have experienced no real problems with the company. H&R is easy to deal with on mods. H&R doesn't have a problem with running out of supplies. They try to cut corners now and then, but any resultant problems are easily worked out. (See PAR at Attachment 2.)

Laurie Wheeler
LAURIE WHEELER
Contract Specialist

# facsimile
**TRANSMITTAL**

| | |
|---|---|
| **to:** | Commerce Funding Corporation (ATTN: Ms. Gail Dorsey) |
| **fax #:** | 703-893-3257 |
| **re:** | Credit Reference |
| **date:** | 2 Aug 00 |
| **pages:** | 1 , including cover sheet. |

H&R Services, Inc., Huntsville, AL (Hope M. Hall, President) is the apparent low bidder on a contract for Custodial Services at Fort Sill, OK. I am conducting a pre-award survey to determine the responsibility of this contractor. Please complete the following information at your earliest convenience and fax to me at the number below. If you have any questions or problems releasing the information, please let me know. Thank you in advance.

HOW LONG HAS THE COMPANY HAD ACCOUNTS WITH YOUR INSTITUTION?
May, 1999

BANK BALANCE: (circle one)
LOW 4 HIGH 4 LOW 5 HIGH 5 LOW 6 HIGH 6 Other: ________

LOAN PAYMENT HISTORY: ________________________

RATING: Excellent (Good) Satisfactory Poor Unsatisfactory

PROBLEMS/COMMENTS: We provide secured line of credit for funding govt contracts. Collect from govt agencies via notice of assignment. Now funding sole contracts balances in low six figures

[signature] (Signed) Vice Pres (Title)

From the desk of...
Laurie Wheeler
Contract Specialist
DOC, Contract Support Division
PO Box 33501, Bldg. 1950
Fort Sill, OK 73503-0501

(580) 442-3225, -4315, -3906
Fax: (580) 442-4621

TOTAL P.01

01/00/00 12:00A P.002

JUL-18-00 01:06 PM P.02

For Of[illegible] Us[illegible]ly – To be used for deliberative source [illegible] purposes within the Execut[illegible] Bran[illegible] and for source selection and other delib[illegible] purposes within DOD

# Performance Assessment Report

◉ Interim ○ Final ○ Addendum Period Report: From: 1998/10/01 To: 1999/09/30

## SECTION I

1a. Contractor: H & R SERVICES INC
Division:
Street 1: 7500 S. MEMORIAL PKY STE. 102A
Street 2:
Street 3:
City: HUNTSVILLE
State: AL
Zip: 35802-
Country: USA
Place of Performance: FORT RUCKER, AL
1b. CAGE: 0GW55
1c. DUNS: 624286480

2a. Contract Number: DABT01-97-D-0014
2b. Modification Number:
2c. Del/Task Order No:
2d. Initial Value: (Base + Options) $2,130,540
2e. Current Value: $2,164,324
3a. Award Date: 1997/09/18
3b. Completion Date: 2000/09/30

## SECTION II

| | 4a. Contractor POC | | | 4b. Gov't Contract Specialist/Administrator | | |
|---|---|---|---|---|---|---|
| | Last | First | MI | Last | First | MI |
| Name: | HALL | HOPE | M | CORKRAN | CHARLOTTE | N |
| Position/Title: | PRESIDENT | | | CONTRACTING OFFICER | | |
| MACOM: | TRADOC | | | TRADOC | | |
| Street 1: | | | | Building 116 | | |
| Street 2: | | | | | | |
| Street 3: | POST OFFICE BOX 40 | | | | | |
| City | PIGEON FORGE | | | FORT RUCKER | | |
| State | TN | | | AL | | |
| Zip: | 37863- | | | 36362-5030 | | |
| Country: | USA | | | USA | | |
| Comm: | (423)-774-1288 | | | (334)-255-1067 | | |
| DSN: | - | | | 558-1067 | | |
| Fax Comm: | (423)-774-1460 | | | (334)-255-1231 | | |
| Fax DSN: | - | | | 558-1231 | | |
| Intl.: | — | | | — | | |
| Intl Fax: | — | | | — | | |
| Email: | hhall.com23 | | | CorkranC@rucker.army.mil | | |

-easy to deal with on mods
no real problems with the company
-in 3rd year of a 3 year contract
-don't have a problem running low on supplies - try to cut corners
most then but easily work problems out

For Official Use Only – To be used for deliberative source selection purposes within the Executive Branch and for source selection and other deliberative purposes within DOD

01/00/00 12:00A P.003

JUL-18-00 01:07 PM

P.03

For Of... Use ...ly – To be used for deliberative source ... purposes within the Execut... Bran... and for source selection and other delib... ...ve p... ...oses within DOD

## SECTION III

5. Method of Contract:
- (●) Sealed Bid
- ( ) Negotiated

6. Type of Contract:
- [X] FFP
- [ ] FP-EPA
- [ ] FPI
- [ ] FPR
- [ ] T&M
- [ ] CS
- [ ] CC
- [ ] CPIF
- [ ] CPAF
- [ ] CPFF
- [ ] Labor Hour
- [ ] ID/IQ
- [X] Rqmts
- [ ] Agreement
- [ ] Letter

7. Socio-economic Program:
- (●) SBSA
- ( ) HBCU/MI
- ( ) W/O
- ( ) SBIR
- ( ) Hub Zone
- ( ) SDBSA
- ( ) None

8. Competition:
- (●) Competed Action
- ( ) Not Available for Competition
- ( ) Follow on to Completed Action
- ( ) Not Competed

9. Type of Supply/Service:
- ( ) Commercial
- ( ) Non-Developmental Item
- (●) Non-Commercial

## SECTION IV

10. Business Sector:
- ( ) Space
- ( ) Ordnance
- ( ) Aircraft
- ( ) Training Systems
- ( ) Ground Vehicles
- ( ) Shipbuilding
- ( ) Other Systems
- ( ) Operations Support
- ( ) Information Technology
- ( ) Science & Technology
- (●) Services

11.a FSCs:

S201 - Custodial - Janitorial Services

11.b SICs:

7349 - Building Cleaning and Maintenance

12. Description of Requirement:

CUSTODIAL SERVICES FOR FORT RUCKER, ALABAMA FOR THE PERIOD 1 OCT 1997 THROUGH 30 SEP 1998 WITH TWO OPTION YEARS

13. Sub-Contractors:

For Official Use Only – To be used for deliberative source selection purposes within the Executive Branch and for source selection and other deliberative purposes within DOD

Ratings:

The following rating standards were used to evaluate the contractor's performance. The following ratings apply to all items in Section V.

Ratings
Exceptional (Dark Blue)
Very Good (Purple)
Satisfactory (Green)
Marginal (Yellow)
Unsatisfactory (Red)

SECTION V (All Business Sectors other than Systems)

14.

a. Quality of Product/Service (Very Good (Purple))
There were no noteworthy deficiencies.

b. Schedule (Very Good (Purple))
The contractor's schedules were maintained in accordance with the contract.

c. Cost Control (Satisfactory (Green))
NOT APPLICABLE

d. Business Relations (Very Good (Purple))
Contractor and employees are very pleasant to do business with. Work on modifications goes smoothly.

e. Management of Key Personnel (Exceptional (Dark Blue))
Key personnel are good to work with and make adjustments.

f. Other (Optional)

SECTION VI

15. Evaluator(s):

| | Last | First | MI | |
|---|---|---|---|---|
| Name: | CORKRAN | CHARLOTTE | | Date Approved by Evaluator: 2000/04/04 |
| Element: | Other | | | |

Commercial: (334)-255-1067 DSN: 558-1067
FAX Comm: (334)-255-1231 FAX DSN: 558-1231
International: --- Int FAX Comm: ---
E-Mail Address: corkranc@rucker.army.mil

16. Contracting Officer/Program Manager:

| | Last | First | MI | |
|---|---|---|---|---|
| Name: | CORKRAN | CHARLOTTE | | Date Approved by KO/PM: 2000/03/30 |

Commercial: (334)-255-1067 DSN: 558-1067
FAX Comm: (334)-255-1231 FAX DSN: 558-1231

01/00/00 12:00A P.005

JUL-18-00 01:08 PM P.04

For O' I U ly – To be used for deliberative source ·tio· rposes within the Execut. Bra... and for source selection and other delib. .ve ·. oses within DOD

International: —  Int FAX Comm: —
E-Mail Address: corkranc@rucker.army.mil

17. Contractor Review:

Name: Last HALL  First HOPE  MI M  Position/Title PRESIDENT
Date Contractor Received PAR: 2000/03/20  Date of Receipt of Contractor Response: 2000/03/30

Commercial: (423)-774-1288  DSN: -
FAX Comm: (423)-774-1460  FAX DSN: -
International: —  Int FAX Comm: —
E-Mail Address: hhall.com23
Contractor Comments follow (if applicable).

no entry

18. Reviewing Official:

Name: Last  First  MI  Date Referred:

Commercial: ()--  DSN: -
FAX Comm: ()--  FAX DSN: -
International: —  Int FAX Comm: —
E-Mail Address: this record is required by the system do not updat
Reviewing Official Comments follow (if applicable).  Date of Resolution:

no entry

19. Source Selection Availability.
Date of Final Review:  Date PAR entered into PPIMS:

For Official Use Only – To be used for deliberative source selection purposes within the Executive Branch and for source selection and other deliberative purposes within DOD

AUG-02-00 WED 04:18 PM COMMERCE FUNDING FAX NO. 7038933257 P. 01

COMMERCE FUNDING CORPORATION

1945 OLD GALLOWS ROAD, SUITE 205
VIENNA, VA 22182-3931

(703) 893-2150
FAX (703) 893-3257

# FAX TRANSMITTAL

DATE: 8/2/00 TIME: 4:25

TO: LAURIE WHEELER

COMPANY NAME: DOC FORT SILL

TELEPHONE #: ______ FAX: (580) 442-4621

FROM: JOHN GERAERDTS

NUMBER OF PAGES (INCLUDING COVER PAGE): 2

REGARDING: H & R SERVICES

MESSAGE: Credit Reference Follows

[signature]

*IMPORTANT: This message is intended ONLY for the individual or entity to which it is addressed and may contain information that is privileged and confidential. Disclosure of this information is prohibited under applicable law. If the reader of this message is not the intended recipient or the person delivering it, you are prohibited from disseminating, distributing or copying this communication. If you have received this message in error, please notify the sender immediately by phone (703) 893-2150, and return it to us at the above address via regular postal service. Thank you for your cooperation.*

*CUSTODIAL SERVICES*

*MODIFICATION BREAKDOWN*

*CONTRACT NO # DABT39-00-C-4032*

*AWARD AMOUNT $*

| MODIFICATION NO. | EFFECTIVE DATE | PURPOSE | $ INC/DEC | OPTION 4 CONTRACT AMOUNT | FY05 |
|---|---|---|---|---|---|
| P00019 | 30 NOV 04 | Correct Opt Yr 4 (P00017) estimated square footage | +$31,068.84 | $255,603.84 ($1,165,791.74) | |
| P00020 | 6 JAN 05 | Reflect correct Health and Welfare Rates | +13,708.80 | $269,312.64 ($1,179,500.54) | |
| P00021 | 25 JAN 05 | Add Bldgs and Square Footage | +325.44 | $269,638.08 ($1,179,825.98) | |
| P[illegible]2 | 1 APR 05 | Decrease Square Footage for the last 6 months of contract | -$697.86 | $268,940.22 ($1,179,128.12) | |
| P00023 | 14 JUN 05 | Administrative Change in APCs | NA | $268,940.22 ($1,179,128.12) | |
| P00024 | 28 Nov 05 | DOL Back Wages Owed | NA | $ 268,940.22 ($1,179,128.12) | |
| P00025 | 9 Feb 06 | Change Paying Ofc from Credit Card to DFAS for CLIN 0005AM | NA | $ 268,940.22 ($1,179,128.12) | |
| P00026 | 4 Apr 06 | Deobligate excess FY04 Funds | <777.99> | $ 252,241.89 ($ 1,178,350.14) | |
| P00027 | 25 Aug 06 | Modification to release funds to Dept. of labor & excess to KTR | — | $252,241.89 (1,178,350.14) | |
| | | | | | |
| | | | | | |
| | | | | | |



EXHIBIT 3

PENGAD 800-631-6989

00-C-4032

| MOD NO. | EFF. DATE | DESCRIPTION | $ INC/DEC | TOTAL AMT. / CURRENT YEAR | TOTAL CONTRACT AMOUNT |
|---|---|---|---|---|---|
| P00001 | 1Oct00 | Obligate FY01 funds | $207,567.84 | $207,567.84 | $207,567.84 |
| P00002 | 1Oct00 | Wayland H+W increase, add/delete Bldgs thru 1Apr01 | +3,624.85 | $211,192.69 | $211,192.69 |
| P00003 | 15May01 | Add CLIN 0001AD (p.u. shredded paper at DFAS, Bldg 4700) | +532.80 | $211,725.49 | $211,725.49 |
| P0000 4 | 31Aug01 | Add SF Bldgs 1945, 1950, + 2583 | +246.01 | 211,971.50 | 211,971.50 |
| P0000 5 | 22Sep01 | Option Period #1 (no $) | 0 | | Ø |
| P0000 6 | 2Oct01 | Obligate FY 02 Funds Option 1 | 219,738.48 | | 219,738.48 |
| P00007 | 8Nov01 | FY01 Total $212,175.97 P4+P7 Base = 0 Balance - paid | +204.47 | | |
| | | Base + Option 1 | | Total Contract $ | 431,914.45 |
| P0000 8 | 29Mar02 | Work Changes | -309.75 | | 431,604.70 |
| P0000 9 | 11Sep02 | Optional Year 2 | Ø | | 431,604.70 |
| P00010 | 28Sep02 | Work Changes | 2768.25 | | 434,372.95 |
| P00011 | 8Nov02 | Fund Optional Year 2 | 219,738.48 | | 654,111.43 |
| P 12 | NA | Software error (no mod) | | | |
| P13 | | | | | |
| P 14 | | Excercise Opt 3 | | | |
| P15 | 4Nov03 | Funds Opt 3 | | | |
| P16 | 2Sep04 | add Bldg 4908 | +995.40 | | |
| P17 | | Opt 4 | [illegible] | | |
| P18 | 6Oct04 | | -455.40 | | |
| | | | | | |

CONTRACT FILE INDEX (Continued)

## C - EVALUATION AND CONTRACT

| TAB NUMBER | | CHECK IF INCLUDED |
|---|---|---|
| C-1 | MISCELLANEOUS CORRESPONDENCE | |
| C-2 | REQUEST/REPORT OF PRE-AWARD SURVEY | ✓ |
| C-3 | DETERMINATION OF CONTRACTOR RESPONSIBILITY | ✓ |
| C-4 | SBA CERTIFICATION CONTRACTOR RESPONSIBILITY | |
| C-5 | SJA REVIEWS | |
| C-6 | CONTRACT REVIEW COMMITTEE & HQ TRADOC REVIEW | |
| C-7 | TRANSMITTALS Contract | |
| C-8 | CONTRACT/APPROVALS | ✓ |
| C-9 | CONTRACT MODIFICATIONS & SUPPORTING DOCUMENTATION | |
| C-10 | ~~CONTRACT DISTRIBUTION~~ Contract & Mods MISC. NOTES | ✓ |

DABT39-00-C-4032-P00024 -- CUSTODIAL SERVICES - Message (HTML)

File Edit View Insert Format Tools Actions Help

Reply | Reply to All | Forward

From: Greggs, Shari L Ms
Sent: Mon 11/28/2005 10:50 AM
To: Warner, Evans P Mr; Webb, Peter K Mr; Pickens, Toni L Ms; Hicks, Patricia A Ms
Cc: Arkeketa-Rendon, Annette Ms
Subject: DABT39-00-C-4032-P00024 -- CUSTODIAL SERVICES
Attachments: DABT39-00-C-4032-P00024 -- CUSTODIAL SVCS.pdf

Signed By: shari.greggs@us.army.mil

Here is modification P00024 to custodial contract DABT39-00-C-4032. This modification reflects the $3,400.00 deduction requested by Department of Labor. Copy of mod has been faxed to H & R Services, ATTN: Roger Hall.

*Shari L Greggs*
Contract Specialist
ACA-SR, Directorate of Contracting
COM – 580/442-5556 DSN – 639-5556
FAX – 580/442-8014 DSN – 639-8014
E-MAIL: greggss@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

P. O. BOX 33501
FORT SILL, OK 73503-0501
Phone: 580-442-5556
Fax: 580-442-8014

**DIRECTORATE OF CONTRACTING**

# Fax

| | | | |
|---|---|---|---|
| **To:** | H & R Services, ATTN: Roger Hall | **From:** | SHARI GREGGS |
| **Fax:** | 256-533-3176 | **Date:** | November 28, 2005 |
| **Phone** | 256-527-3083/533-0497 | **Pages:** | 5 |
| **Re:** | DABT39-00-C-4032-P00024 | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

**•Comments:**

Here is Modification P00024 to contract DABT39-00-C-4032 which reflects the decrease of the $3,400.00 on subject contract.

E-mail address: greggss@sill.army.mil

**AMENDMENT OF SOLICITATI MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 4

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00024 | 28-Nov-2005 | SEE SCHEDULE | |

6. ISSUED BY CODE W9124L
RT SILL
ORATE OF CONTRACTING
PO BOX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY (If other than item6) CODE W9124L
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-5556
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13)
01-Oct-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

E ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
52.222-41 Service Contract Act 1965

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: sgreggss0612
DABT39-00-C-4032 -- CUSTODIAL SERVICES, FORT SILL, OKLAHOMA

SEE CONTINUATION SHEET FOR ADDITIONAL INFORMATION.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER
TEL: 580-442-4604 EMAIL: annette.arkeketarendon@us.army.mil

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| ____ (Signature of person authorized to sign) | | BY [signature] Annette Arkeketa-Rendon (Signature of Contracting Officer) | 28-Nov-2005 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

1. The purpose of this modification is to reflect back wages contractor owes to employees. Deparment of Labor has determined contractor failed to pay the required prevailing wage rate and fringe benefits in the amount of $3,400.00which are due employees.

2. SUB-CLIN 0005AL is decreased by $3,400.00 and SUB-CLIN 0005AM is added to reflect the $3,400.00 owed to the Department of Labor for back wages owed.

3. Summary of changes shows a $0.01 increase. This is due to rounding within the PD2 system. There is actually no change in total contract amount. Total contract amount remains unchanged at $1,179,128.12.

4. All other contract terms and conditions remain unchanged.

CONTRACTING OFFICER: Annette Arkeketa-Rendon
580-442-6222
annette.arkeketarendon@sill.army.mil

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $0.01 from $1,179,128.12 to $1,179,128.13.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 0005AL
The unit price amount has decreased by $566.67 from $5,022.52 to $4,455.85.
The total cost of this line item has decreased by $3,400.00 from $30,135.12 to $26,735.12.

SUBCLIN 0005AM is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AM | | 1 | Each | $3,400.00 | $3,400.00 |

DEPARMENT OF LABOR DOLLARS OWED
FFP
This SUB-CLIN is to set aside the $3,400.00 dollars contractor owes for back wages. Dollars will be paid to Department of Labor.
FOB: Destination
PURCHASE REQUEST NUMBER: W44DQ70068N010

NET AMT $3,400.00

ACRN AC $3,400.00
CIN: 000000000000000000000000000000

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $0.01 from $1,179,128.12 to $1,179,128.13.

SUBCLIN 0005AL:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was decreased by $3,400.00 from $30,135.12 to $26,735.12

SUBCLIN 0005AM:
Funding on SUBCLIN 0005AM is initiated as follows:

ACRN: AC

CIN: 000000000000000000000000000000

Acctng Data: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168

Increase: $3,400.00

Total: $3,400.00

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item has been added to SUBCLIN 0005AM:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-APR-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AM:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0358 |
| RECIPIENT ADDRESS | 982565333176421047 |
| DESTINATION ID | |
| ST. TIME | 11/28 12:17 |
| TIME USE | 01'17 |
| PAGES SENT | 5 |
| RESULT | OK |

DABT39-00-C-4032

C-9

# MODIFICATION REVIEW CHECKLIST

**CONTRACT NUMBER** DABT39-00-C-4032 **Mod #** 27

(NA) ✓ 1. Sufficient funds are available.
a. Funding Strip

(NA) ✓ 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

(NA) ✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

NA 5. DD Form 2579 for new work over $10,000. (DFARS 219.201)

✓ 6. Reason for mod stated in Block 14.

NA 7. Technical review.

NA 8. Legal review. (mod exceeding $300,000)

NA 9. Release of claims included, if appropriate. All supplemental agreements. (FAR 43.204(c))

NA 10. Pre/Post Negotiation Memorandums approved.

NA 11. Modification amount (increase/decrease) stated and new contract amount provided. (See attached sample)

✓ 12. Action validated, approved, signed and distribution complete.

✓ 13. CAR properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Stephanie Murphree — 8/23/06
CONTRACT SPECIALIST ASSIGNED CONTRACT — DATE

Amber B. Vanhoozer — 8/23/06
CONTRACT SPECIALIST QUALITY REVIEWER — DATE
Attach Comments.

Annette Aubrey-Rendon — 8/24/06
CONTRACTING OFFICER — DATE

Revised November 2005

**Murphree, Stephanie C Ms**

**From:** Murphree, Stephanie C Ms
**:** Wednesday, August 23, 2006 10:15 AM
Warner, Evans P Mr; Richardson, Elizabeth C Ms
**Cc:** Hicks, Patricia A Ms; Arkeketa-Rendon, Annette Ms
**Subject:** DABT39-00-C-4032 CUSTODIAL SERVICES
**Signed By:** stephanie.murphree@us.army.mil

**Tracking:**

| Recipient | Read |
|---|---|
| Warner, Evans P Mr | Read: 8/23/2006 10:18 AM |
| Richardson, Elizabeth C Ms | Read: 8/23/2006 10:17 AM |
| Hicks, Patricia A Ms | |
| Arkeketa-Rendon, Annette Ms | |

ALL

ATTACHED IS MODIFICATION TO THE OLD CUSTODIAL CONTRACT TO MAKE PAYMENT TO THE DEPARTMENT OF LABOR AND RELEASE EXCESS FUNDS TO THE CONTRACTOR.

*Stephanie Murphree*
DA Intern
Contract Specialist
Directorate of Contracting
(580) 442-4315
fa ) 442-8014
st e.murphree@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

ACA, FORT SILL
DIRECTORATE OF CONTRACTING
PO BOX 33501
BLDG. 1803
FORT SILL, OK 73503-0501
FAX: (580) 442-8014

# Fax

| | | | |
|---|---|---|---|
| **To:** | H & R Services – Roger Hall | **From:** | Stephanie Murphree |
| **Fax:** | 256-533-3176 | **Pages:** | 23, including cover |
| **Phone:** | | **Date:** | 8/23/2006 |
| **Re:** | DABT39-00-C-4032 | **CC:** | |

**Urgent** **For Review** **Please Comment** **Please Reply** **Please Recycle**

● **Comments:**

Modification to release funds in the amount of $2,116.04. Payment request has been submitted for payment.

Thanks

Stephanie Murphree
580-442-4315

| .MPAC Convenience Checks - C .ri Lucus - Begin date 8-22-2006 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Date | PO/Request | | Unit/Item | | Check# | TaxID# | Amount of | Amount of |
| | | | | | | | Check | Fee |
| | | | | | | | | |
| .ug-06 | DABT39-00-C-0432 | | DPW | | 1001 | 63-0992062 | $1,283.96 | $21.83 |
| | | | Custodial Contract | | | | | |
| | | | | | | | | |
| Total | | | | | | | $36,954.55 | $628.29 |

SFCA-SR-SI

22 August 2006

MEMORANDUM FOR RECORD

SUBJECT: DABT39-00-C-4032, DEPARTMENT OF LABOR IMPAC CHECK PAYMENT

The Department of Labor does not have the capabilities to accept payment by credit cards. Reference the last paragraph of the attached letter dated August 4, 2006 from the Department of Labor "we ask that your agency remit a check in the amount of $1,283.96 made payable to Wage and Hour Division – Labor".

Annette Arkeketa-Rendon

ANNETTE ARKEKETA-RENDON
Contracting Officer

Check # 1001 paid to Dept. of Labor Wage + Hour Div.
23 Aug 06
[signature]

Original in G file