25L 533-3176

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 / 22 |
| 2. AMENDMENT/MODIFICATION NO. | P00027 |
| 3. EFFECTIVE DATE | 25-Aug-2006 |
| 4. REQUISITION/PURCHASE REQ. NO. | SEE SCHEDULE |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY CODE W9124L | ACA, FORT SILL<br>DIRECTORATE OF CONTRACTING<br>PO BOX 33501<br>1803 MACOMB ROAD<br>FORT SILL OK 73503 0501 |
| 7. ADMINISTERED BY (If other than item 6) CODE W9124L | ACA, FORT SILL<br>STEPHANIE MURPHREE<br>STEPHANIE.MURPHREE@SILL.ARMY.MIL<br>580-442-4315<br>FORT SILL OK 73503 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | H & R SERVICES INC.<br>ROGER HALL<br>PO BOX 175<br>OWENS CROSS ROAD AL 35763 |
| CODE | 0GWS5 |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | DABT39-00-C-4032 |
| X 10B. DATED (SEE ITEM 13) | 01-Oct-2000 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: smurphre06614
CUSTODIAL SERVICES, FORT SILL, OKLAHOMA.

PAYMENT FOR FUNDS WITHHELD. SEE CONTINUATION SHEET FOR CHANGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER<br>TEL: 580-442-4604 EMAIL: annette.arkeketarendon@us.army.mil |
| 15B. CONTRACTOR/OFFEROR | (Signature of person authorized to sign) |
| 15C. DATE SIGNED | |
| 16B. UNITED STATES OF AMERICA | BY Annette Arkeketa-Rendon (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 23-Aug-2006 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**
NARRATIVE

1. The purpose of this modification is to release funds withheld for back wages due to employees. The Department of Labor conducted an investigation and disclosed $1,283.96 in back wages due to contractor employees.

2. In September 2005, payment of $3,400.00 was withheld for these wages. The Department of Labor has determined that $1,283.96 is due and any amount withheld in excess of this may be released to the contractor.

3. Funds in the amount of $2,116.04 shall be released to subject contractor. This amount represents final payment.

4. Sub-CLIN's 0005AM AND 0005AN are applicable to this modification. Sub-CLIN 0005AM was created to reflect the $3,400.00 amount owed to the Department of Labor for back wages. Payment of $2,116.04 will be paid by credit card to subject contractor against Sub-CLIN 0005AM. Payment of $1,283.96 will be paid by IMPAC Check to the "Wage and Hour Division – Labor" against Sub-CLIN 0005AN.

5. Block 18a is changed to read

CREDIT CARD/FORT SILL, OK
TO BE PAID BY GOVERNMENT
PURCHASE CARD
FORT SILL, OK.

6. All other terms and conditions remain unchanged.

Contracting Officer: Annette Arkeketa-Rendon
annette.arkeketarendon@sill.army.mil
580-442-6222

APPLICABLE BID SCHEDULE

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AM | | 1 | Each | $2,116.04 | $2,116.04 |

WITHHOLDING DUE TO CONTRACTOR
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W44DQ70068N010

NET AMT $2,116.04

ACRN AC $2,116.04
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AN | | 1 | Each | $1,283.96 | $1,283.96 |

DEPARTMENT OF LABOR
FFP
This SUB-CLIN is to set aside the $3,400.00 dollars contractor owes for back wages. Dollars will be paid to Department of Labor.
FOB: Destination

NET AMT $1,283.96

ACRN AY $1,283.96
CIN: 000000000000000000000000000000

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The 'Payment will be made by' organization has changed from

DEFENSE FINANCE AND ACCOUNTING SERVICE
DFAS LAWTON
4700 MOW WAY ROAD
DEPT. 1791
FORT SILL OK 73503-1791

to

CREDIT CARD/FORT SILL, OK
TO BE PAID BY GOVERNMENT
PURCHASE CARD
FORT SILL OK

SUPPLIES OR SERVICES AND PRICES

Global Changes

CLIN 0001 -- SUBCLIN 0005AM
The WSC Equipment code 000 has been added.
The MDAP/MAIS Code 000 has been added.

SUBCLIN 0004AE
The PROG code S10 has been added.

SUBCLIN 0004AF
The PROG code S10 has been added.

SUBCLIN 0005AM
The CLIN description has changed from DEPARMENT OF LABOR DOLLARS OWED to WITHHOLDING DUE TO CONTRACTOR.
The CLIN extended description This SUB-CLIN is to set aside the $3,400.00 dollars contractor owes for back wages. Dollars will be paid to Department of Labor. has been deleted.
The unit price amount has decreased by $1,283.96 from $3,400.00 to $2,116.04.
The total cost of this line item has decreased by $1,283.96 from $3,400.00 to $2,116.04.

SUBCLIN 0005AN is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AN | | 1 | Each | $1,283.96 | $1,283.96 |

DEPARTMENT OF LABOR
FFP
This SUB-CLIN is to set aside the $3,400.00 dollars contractor owes for back wages. Dollars will be paid to Department of Labor.
FOB: Destination
PURCHASE REQUEST NUMBER: W44DQ70068N010

NET AMT $1,283.96

ACRN AY $1,283.96
CIN: 000000000000000000000000000000

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

SUBCLIN 0005AM:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 (CIN 000000000000000000000000000000) was decreased by $1,283.96 from $3,400.00 to $2,116.04

SUBCLIN 0005AN:
Funding on SUBCLIN 0005AN is initiated as follows:

ACRN: AY

CIN: 000000000000000000000000000000

Acctng Data: 21*2020000005710823257 96UB00026RB82TACCIMPACACCMCHECKTACC82S34031

Increase: $1,283.96

Total: $1,283.96

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item for CLIN 0001 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2000 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2000 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0001AA has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2000 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2000 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0001AB has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2000 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2000 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0001AC has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2000 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2000 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0001AD has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 15-MAY-2001 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 15-MAY-2001 TO 30-SEP-2001 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for CLIN 0002 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0002AA has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0002AB has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0002AC has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0002AD has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2001 TO 30-SEP-2002 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for CLIN 0003 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0003AA has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0003AB has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0003AC has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0003AD has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2002 TO 30-SEP-2003 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for CLIN 0004 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0004AA has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0004AB has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0004AC has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0004AD has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0004AE has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0004AF has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for CLIN 0005 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AA has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AB has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 31-MAR-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 31-MAR-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AC has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2004 TO 31-MAR-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 31-MAR-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AD has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AE has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AF has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AG has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AH has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-FEB-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-FEB-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AJ has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-FEB-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-FEB-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AK has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-APR-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-APR-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AL has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-APR-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-APR-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0005AN:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-APR-2006 TO 30-SEP-2006 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AN:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

U.S. Department of Labor

Employment Standards Administration
Wage & Hour Division
A. Maceo Smith Federal Building
525 Griffin Street, Room 800
Dallas, Texas 75202-5007

August 4, 2006

Annette Arkeketa-Rendon
Department of the Army
ACA, Fort Sill
Directorate of Contracting
PO Box 33501
1803 Macomb Road
Fort Sill, OK 73503-0501

Re: H & R Services, Inc. – Contractor
Contract No. DABT 39-00-C-0432
Our File No. 1403256

Dear Ms. Arkeketa-Rendon:

We conducted a McNamara-O'Hara Service Contract Act (SCA) and the Contract Work Hours and Safety Standards Act (CWHSSA) investigation of the subject contractor's performance on the above contract. Our investigation disclosed $1283.96 in SCA and CWHSSA back wages.

The employer did not agree to pay the back wages due. Consequently, on November 3, 2005, we requested that your agency withhold $3400.00 from funds due and owing the subject contractor. We were advised by you on November 3, 2005, that these funds had been withheld. Copies of these referenced documents are enclosed for your use.

The contractor has now agreed to the withholding of funds in the amount of $1283.96 from the subject contract and to the release and transfer of these funds to the Department of Labor for disbursement to the underpaid employees. A copy of the contractor agreeing to these terms is enclosed. Any amount in excess of $1283.96 may be released to the contractor, absent other legal retention.

Therefore, we ask that your agency remit a check in the amount of $1283.96 made payable to "Wage and Hour Division – Labor" and sent to the following address:

US Department of Labor – ESA – Wage Hour
P.O. Box 880905
Dallas, TX 75388-0905

Please indicate the name of the contractor and the above referenced file number so proper credit may be given.

Thank you for your cooperation in this matter. If you have any questions please contact Denise Flores of my staff at (972) 850-2648.

Sincerely,

for CYNTHIA C. WATSON
Regional Administrator

Enclosures

AUTHORIZATION FOR TRANSFER AND
DISBURSEMENT OF CONTRACT FUNDS

Re: H & R Services - Contractor
Contract No. DABT 39-00-C-0432
Our File No. 1403256

I hereby authorize the Contracting Officer, Annette Arkeketa-Rendon, to transfer to the Wage & Hour Division, U.S. Department of Labor, funds in the amount of $1283.96 from contract payments otherwise due H & R Services under Contract No. DABT 39-00-C-0432.

Furthermore, I authorize the Wage & Hour Division to disburse these transferred funds to the employees to satisfy wage underpayments under the McNamara-O'Hara Service Contract Act and Contract Work Hours and Safety Standards Act.

Signed [signature]

Dated 7-14-06

U. S. Department of Labor
ESA/Wage and Hour Division
Little Rock, AR District Office

JUL 28 2006

## VERIFICATION OF WITHHOLDING

Re: H & R Services, Inc. – Contractor
Contract No. DABT 39-00-C-0432

This is to verify that $ 3,400.00 has been withheld from funds due to cover underpayments under Contract Number DABT39-00-C-0432.

Signature: Annette Arkeketa-Rendon Date: 7NOV05

Name: Annette Arkeketa-Rendon
(Printed or Typed)

Title: Contracting Officer

Telephone Number: 580-442-6222

Return this form to: U.S. Department of Labor
Wage & Hour Division
Attention: Denise Flores
525 Griffin Street, Room 800
Dallas, Texas 75202-5007

972-850-2648 Phone
972-850-2601 Fax

**U.S. Department of Labor** Employment Standards Administration
Wage & Hour Division
A. Maceo Smith Federal Building
525 Griffin Street, Room 800
Dallas, Texas 75202-5007

November 3, 2005

Annette Arkeketa-Rendon
Department of the Army
ACA, Fort Sill
Directorate of Contracting
PO Box 33501
1803 Macomb Road
Fort Sill, OK 73503-0501

Re: H & R Services, Inc. – Contractor
Contract No. DABT 39-00-C-0432
Our File No. 1403256

Dear Ms. Arkeketa-Rendon:

This is in further reference to our labor standards investigation of the subject firm's performance on the above contract(s). On October 5, 2005, we requested your agency withhold funds in the amount of $15,245.23.

Our investigation has revealed that H & R Services, Inc. failed to pay the required prevailing wage rate and fringe benefits resulting in an estimated $3,400.00 in SCA back wages. Consequently, we are amending our original withholding request from $15,245.23 to **$3,400.00**. Any funds withheld in excess of $3,400.00 may be released to the contractor absent any other legal retention. The investigation is ongoing and the amount of back wages due may be amended.

We request that you advise us immediately if you have any information that the subject contractor has filed bankruptcy proceedings or if any creditor has filed a petition of involuntary bankruptcy against the subject contractor.

Should we succeed in securing direct payments to the employees or should there be any change in the amount noted, we will advise you immediately. Thank you for your continuing cooperation in this matter. If you have any questions, please contact Denise Flores at (972) 850-2648.

Please notify us in writing of your actions on this request. A withholding verification form is enclosed for your convenience.

Sincerely,

CYNTHIA C. WATSON
Regional Administrator

Enclosure

**Murphree, Stephanie C Ms**

**From:** Arkeketa-Rendon, Annette Ms
**t:** Monday, August 14, 2006 8:50 AM
**To:** Greggs, Shari L Ms; Murphree, Stephanie C Ms
**Subject:** FW: contract number DABT39-00-C-4032
**Signed By:** annette.arkeketarendon@us.army.mil

FYI
-----Original Message-----
**From:** Flores, Denise M - ESA [mailto:Flores.Denise@dol.gov]
**Sent:** Friday, August 04, 2006 10:02 AM
**To:** Arkeketa-Rendon, Annette Ms
**Subject:** contract number DABT39-00-C-4032

Hi Annette,

I have attached a signed release from H & R Services, Inc. to transfer funds in the amount of $1283.96, withheld on contract number DABT39-00-C-4032, to the Department of Labor. Any amount in excess of $1283.96 may be released to the contractor, absent any other legal retention. I have also placed hard copies of these documents in the mail today.

Please contact me with any questions.

Thanks for your help – Denise

**Greggs, Shari**

**From:** Morris, Ellen
**Sent:** Thursday, October 14, 1999 11:15 AM
**To:** Ballew, Judith A.
**Cc:** Greggs, Shari; Stoner, Rhonda; Means, Pat; Rodenas, Diana; Bennett, Mary; Wheeler, Laurie; Kendig, Marjorie K.; Landry, Steve J.; Hall, Larisa; McAdoo, Sharel
**Subject:** RE: IMPAC checks

The accounting classification for purchase orders to be paid using IMPAC Accommodation check ($2500 or less) is: 2112020000057108232579 6UB00026RB82TACCIMPACACCMCHECKTACC82S34031

Ellen Morris
Directorate of Contracting
PO Box 33501
Fort Sill, OK 73503-0501
Phone: 580-442-5053
Fax: 580-442-8014
morrise@doimex1.sill.army.mil

-----Original Message-----
**From:** Ballew, Judith A.
**Sent:** Thursday, October 14, 1999 10:41 AM
**To:** Morris, Ellen
**Subject:** IMPAC checks

Is there a change in the acctg other than the FY?

*Judy Ballew*
*Purchasing Agent*
*DOC Ft Sill OK*
*580-442-5204/2869*
*fax 580-442-3819/8014*
*DSN: 639*
*email: ballewj@doimex1.sill.army.mil*

Integrity@SPS Validation Report for Award DABT39-00-C-4032-U00027, 22 Aug 2006, 13:16:53hrs.

| Error Location | Interface Element | Error |
|---|---|---|
| ARMY INFO CLINs | ARMY INFO CLINs | *E-33400: ARMY USERS IGNORE MESSAGES WITH THIS ERROR NUMBER FOR INFO CLINs AND AWARDS PAID BY DFAS CAPS |
| CLIN 0001 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0001AA | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0001AB | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0001AC | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0002 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0003 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0004 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0005 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0005AM | CLIN Unit Price | *E-82112: UP has been changed. If invoices exist, vendor pay cannot accept the changes. DFARS 204.7106(b)(2)(i)(c). |
| CLIN 0005AN | FUND STRIP 03 = [*] | *E-83110: Miscellaneous Fund Format- Position 3 (FY) of the Funding Strip is invalid value or blank. Update Line Item Detail- Funding Tab. |

**Murphree, Stephanie C Ms**

**From:** Murphree, Stephanie C Ms
**Sent:** Monday, April 03, 2006 3:17 PM
**To:** Richardson, Elizabeth C Ms
**Subject:** DABT39-00-C-4032
**Signed By:** stephanie.murphree@us.army.mil

Liz,

Attached is the Deobligation mod requested for the subject contract.

*Stephanie Murphree*
DA Intern
Contract Specialist
Directorate of Contracting
(580) 442-4315
fax (580) 442-8014
stephanie.murphree@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 \| 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| 0026 | 03-Apr-2006 | SEE SCHEDULE | |

| 6. ISSUED BY CODE W9124L | 7. ADMINISTERED BY (If other than item 6) CODE W9124L |
|---|---|
| ACA, FORT SILL<br>DIRECTORATE OF CONTRACTING<br>PO BOX 33501<br>1803 MACOMB ROAD<br>FORT SILL OK 73503 0501 | ACA, FORT SILL<br>STEPHANIE MURPHREE<br>STEPHANIE.MURPHREE@SILL.ARMY.MIL<br>580-442-4315<br>FORT SILL OK 73503 |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032 |
| X | 10B. DATED (SEE ITEM 13) 01-Oct-2000 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 43.103(b) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: smurphre06277
CUSTODIAL SERVICES, FORT SILL, OKLAHOMA

SEE CONTINUATION SHEET FOR CHANGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER<br>TEL: 580-442-4604 EMAIL: annette.arkeketarendon@us.army.mil | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>03-Apr-2006 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**
NARRATIVE

1. The purpose of this modification is to deobligate excess fiscal year 2004 (FY04) funds.

2. This modification represents a decrease in the amount of $777.99.

3. Total contract amount for FY04 is changed from $253,019.88 to $252,241.89.

4. All other terms and conditions remain unchanged.

Contracting Officer: Annette Arkeketa-Rendon
580-442-6222
Annette.arkeketarendon@sill.army.mil

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $777.99 from $1,179,128.13 to $1,178,350.14.
The discount terms Net 30 Days has been deleted.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 0004AB
The pricing detail quantity has increased by 89,443.80 from 12.00 to 89,455.80.
The unit price amount has decreased by $7,509.49 from $7,510.49 to $1.00.
The total cost of this line item has decreased by $670.08 from $90,125.88 to $89,455.80.

SUBCLIN 0004AC
The pricing detail quantity has increased by 59,460.57 from 12.00 to 59,472.57.
The unit price amount has decreased by $4,964.04 from $4,965.04 to $1.00.
The total cost of this line item has decreased by $107.91 from $59,580.48 to $59,472.57.

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $777.99 from $1,179,128.13 to $1,178,350.14.

SUBCLIN 0004AB:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was decreased by $670.08 from $90,125.88 to $89,455.80

SUBCLIN 0004AC:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was decreased by $107.91 from $59,580.48 to $59,472.57

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item for SUBCLIN 0004AB has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0004AC has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

(End of Summary of Changes)

Integrity@SPS Validation Report for Award DABT39-00-C-4032-U00026, 03 Apr 2006, 10:05:07hrs.

| Error Location | Interface Element | Error |
|---|---|---|
| ARMY INFO CLINs | ARMY INFO CLINs | *E-33400: ARMY USERS IGNORE MESSAGES WITH THIS ERROR NUMBER FOR INFO CLINS AND AWARDS PAID BY DFAS CAPS |
| Award | Discount Terms | *W-81500: Discount Terms field is blank. Verify Discount Terms. Shift and double click on discount terms to input data. |
| CLIN 0001 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0001 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0001AA | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0001AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0001AB | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0001AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0001AC | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0001AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0001AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0002 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0003 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0003 - | Shipping Address | *E-33415: Ship To address information is not current version...please |

- CLIN set up with Qty of 1

old Shipping address

| Error Location | Interface Element | Error |
|---|---|---|
| DEL 1 | | check, then update line item* |
| CLIN 0003AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0003AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0003AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0003AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0004 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AB | CLIN Unit Price | *E-82112: UP has been changed. If invoices exist, vendor pay cannot accept the changes. DFARS 204.7106(b)(2)(i)(c). |
| CLIN 0004AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AC | CLIN Unit Price | *E-82112: UP has been changed. If invoices exist, vendor pay cannot accept the changes. DFARS 204.7106(b)(2)(i)(c). |
| CLIN 0004AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AE - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AF - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0005 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |

- reflects change this mod

| Error Location | Interface Element | Error |
|---|---|---|
| CLIN 0005AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AE - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AF - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AG - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AH - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AJ - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AK - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AL - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |

| | Obligated | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4AA | 101,861.88 | 8,495.92 | 8,495.92 | 8,473.63 | 8,488.49 | 8,488.49 | 8,488.49 | 8,488.49 | 8,488.49 | 8,488.49 | 8,488.49 | 8,488.49 | 8,488.49 | 0.00 |
| 4AB | 90,125.88 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 7,454.65 | 670.08 |
| 4AC | 59,580.48 | 4,955.23 | 4,955.23 | 4,965.04 | 4,955.23 | 4,955.23 | 4,955.23 | 4,955.23 | 4,955.23 | 4,955.23 | 4,955.23 | 4,955.23 | 4,955.23 | 107.91 |
| 4AD | 1,380.24 | 115.02 | 115.02 | 115.02 | 115.02 | 115.02 | 115.02 | 115.02 | 115.02 | 115.02 | 115.02 | 115.02 | 115.02 | 0.00 |
| 4AE | 33.09 | | | | | | | | | | | | 33.09 | 0.00 |
| 4AF | 38.31 | | | | | | | | | | | | 38.31 | 0.00 |
| | 253,019.88 | 21,020.82 | 21,020.82 | 21,008.34 | 21,013.39 | 21,013.39 | 21,013.39 | 21,013.39 | 21,013.39 | 21,013.39 | 21,013.39 | 21,013.39 | 21,084.79 | 777.99 |
| | | | | | | | | | | | | | 252,241.89 | |

Steph's spread

**Murphree, Stephanie C Ms**

**From:** Richardson, Elizabeth C Ms
**Sent:** Thursday, March 30, 2006 3:31 PM
**To:** Murphree, Stephanie C Ms
**Subject:** RE: Custodial Service Contract DABT39-00-C-4032
**Signed By:** liz.richardson1@us.army.mil

I apologize, it should be 82. They recently switched databases from 82 to 2W, but I should have cited the original line of accounting.

Thanks for keeping me straight.

*Liz Richardson*
RMO-IMA, DPW Budget Team
Bldg 462, Room 103
Fort Sill OK
(580) 442-3229 DSN 639-3229
liz.richardson1@us.army.mil

---

**From:** Murphree, Stephanie C Ms
**Sent:** Thursday, March 30, 2006 3:22 PM
**To:** Richardson, Elizabeth C Ms
**Subject:** Custodial Service Contract DABT39-00-C-4032

Liz,
Hey...working on this mod sent over to deob funds for the old custodial contract. Just wanted to send you the line of accounting we have set up.

2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031
2W is on the mod request

Not a big deal, just don't want something to bite me in the butt.

$670.08 CLIN 0004AB
$107.91 CLIN 0004AC

*Stephanie Murphree*
DA Intern
Contract Specialist
Directorate of Contracting
(580) 442-4315
fax (580) 442-8014
stephanie.murphree@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

DATE: 22 March 2006

MEMORANDUM FOR: DOC, ATTN: Annette Arkeketa-Rendon

SUBJECT: Custodial Service Contract (FY 04) DABT39-00-C-4032, Option Period 3 - 1 October 2003 – 30 September 2004, W44DQ7-0068-N010

1. Request a modification to the subject contract to reduce contract by $777.99 for remaining balance not used. The accounting classification is:

2142020000002AB6AJ13000000000252G2WK19HW44DQ70068N010K19H2W034031 4AB

4AB 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 $670.1

2. Point of contact is Liz Richardson, 2-3229.

4AC

107.91

Elizabeth C Richardson

for SHARYL LINDSEY
Senior Budget Analyst – DPW Team
IMA-RMO

FY 04 CUSTO

| FY | CLIN | P00014 | P00015 | P00016 | P00017 |
|---|---|---|---|---|---|
| | 0004AA | $ 101,861.88 | | | |
| | 0004AB | $ 90,125.88 | | | |
| | 0004AC | $ 59,580.48 | | | |
| | 0004AD | $ 1,380.24 | | | |
| | 0004AE | | | | $ 33.09 |
| | 0004AF | | | | $ 38.31 |
| 04 | | $ 252,948.48 | $ - | $ - | $ 71.40 |

| | Invoice # 20036<br>DOV# 230883<br>OCT | Invoice # 20037<br>DOV# 225571<br>NOV | Invoice # 20038<br>DOV# 233160<br>DEC | Invoice # 20039<br>DOV# 235673<br>JAN | Invoice # 20040<br>DOV# 231358<br>FEB |
|---|---|---|---|---|---|
| CLIN 004AA | $ 8,495.92 | $ 8,495.92 | $ 8,473.63 | $ 8,488.49 | $ 8,488.49 |
| CLIN 004AB | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 |
| CLIN 004AC | $ 4,955.23 | $ 4,955.23 | $ 4,965.04 | $ 4,955.23 | $ 4,955.23 |
| CLIN 004AD | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 |
| CLIN 004AE | | | | | |
| CLIN 004AF | | | | | |
| **TOTAL:** | **$ 21,020.82** | **$ 21,020.82** | **$ 21,008.34** | **$ 21,013.39** | **$ 21,013.39** |

REMAINING BALANCE ON CONTRACT - $777.99

DIAL SERVICE CONTRACT (W44DQ70068N010)

| P00018 | P00019 | P00020 | P00021 | P00022 | P00023 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| $ - | $ - | $ - | $ - | $ - | $ - |

| Invoice # 20041<br>DOV# 228989<br>MAR | Invoice # 20042<br>DOV# 224647<br>APR | Invoice # 2004<br>DOV# 223390<br>MAY | Invoice # 20043<br>DOV# 217342<br>JUN | Invoice # 20044<br>DOV# 220213<br>JUL | Invoice # 20044<br>DOV# 216288<br>AUG |
|---|---|---|---|---|---|
| $ 8,488.49 | $ 8,488.49 | $ 8,488.49 | $ 8,488.49 | $ 8,488.49 | $ 8,488.49 |
| $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 |
| $ 4,955.23 | $ 4,955.23 | $ 4,955.23 | $ 4,955.23 | $ 4,955.23 | $ 4,955.23 |
| $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 |
| **$ 21,013.39** | **$ 21,013.39** | **$ 21,013.39** | **$ 21,013.39** | **$ 21,013.39** | **$ 21,013.39** |

| | Total |
|---|---|
| $ | 101,861.88 |
| $ | 90,125.88 |
| $ | 59,580.48 |
| $ | 1,380.24 |
| $ | 33.09 |
| $ | 38.31 |
| $ | 253,019.88 |

**Invoice # 20045**
**DOV# 229030**

| | SEP | TOTAL |
|---|---|---|
| $ | 8,488.49 | **$ 101,861.88** |
| $ | 7,454.65 | **$ 89,455.80** |
| $ | 4,955.23 | **$ 59,472.57** |
| $ | 115.02 | **$ 1,380.24** |
| $ | 33.09 | **$ 33.09** |
| $ | 38.31 | **$ 38.31** |
| **$** | **21,084.79** | **$ 252,241.89** |

DATE: 22 March 2006

MEMORANDUM FOR: DOC, ATTN: Annette Arkeketa-Rendon

SUBJECT: Custodial Service Contract (FY 04) DABT39-00-C-4032, Option Period 3 - 1 October 2003 – 30 September 2004, W44DQ7-0068-N010

1. Request a modification to the subject contract to reduce contract by $777.99 for remaining balance not used. The accounting classification is:

2142020000002AB6AJ13000000000252G2WK19HW44DQ70068N010K19H2W034031

2. Point of contact is Liz Richardson, 2-3229.

for Elizabeth C Richardson
SHARYL LINDSEY
Senior Budget Analyst – DPW Team
IMA-RMO

FY 04 CUSTODIAL SERVICE CONTRACT (W44D(

| FY | CLIN | P00014 | P00015 | P00016 | P00017 | P00018 | P00019 |
|---|---|---|---|---|---|---|---|
| | 0004AA | $ 101,861.88 | | | | | |
| | 0004AB | $ 90,125.88 | | | | | |
| | 0004AC | $ 59,580.48 | | | | | |
| | 0004AD | $ 1,380.24 | | | | | |
| | 0004AE | | | | $ 33.09 | | |
| | 0004AF | | | | $ 38.31 | | |
| 04 | | $ 252,948.48 | $ - | $ - | $ 71.40 | $ - | $ - |

| | Invoice # 20036 DOV# 230883 OCT | Invoice # 20037 DOV# 225571 NOV | Invoice # 20038 DOV# 233160 DEC | Invoice # 20039 DOV# 235673 JAN | Invoice # 20040 DOV# 231358 FEB | Invoice # 20041 DOV# 228989 MAR | Invoice # 20042 DOV# 224647 APR |
|---|---|---|---|---|---|---|---|
| CLIN 004AA | $ 8,495.92 | $ 8,495.92 | $ 8,473.63 | $ 8,488.49 | $ 8,488.49 | $ 8,488.49 | $ 8,488.49 |
| CLIN 004AB | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 |
| CLIN 004AC | $ 4,955.23 | $ 4,955.23 | $ 4,965.04 | $ 4,955.23 | $ 4,955.23 | $ 4,955.23 | $ 4,955.23 |
| CLIN 004AD | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 |
| CLIN 004AE | | | | | | | |
| CLIN 004AF | | | | | | | |
| TOTAL: | $ 21,020.82 | $ 21,020.82 | $ 21,008.34 | $ 21,013.39 | $ 21,013.39 | $ 21,013.39 | $ 21,013.39 |

REMAINING BALANCE ON CONTRACT - $777.99

Q70068N010)

| P00020 | P00021 | P00022 | P00023 | Total |
|---|---|---|---|---|
| | | | | $ 101,861.88 |
| | | | | $ 90,125.88 |
| | | | | $ 59,580.48 |
| | | | | $ 1,380.24 |
| | | | | $ 33.09 |
| | | | | $ 38.31 |
| $ - | $ - | $ - | $ - | $ 253,019.88 |

| Invoice # 2004 DOV# 223390 MAY | Invoice # 20043 DOV# 217342 JUN | Invoice # 20044 DOV# 220213 JUL | Invoice # 20044 DOV# 216288 AUG | Invoice # 20045 DOV# 229030 SEP | TOTAL |
|---|---|---|---|---|---|
| $ 8,488.49 | $ 8,488.49 | $ 8,488.49 | $ 8,488.49 | $ 8,488.49 | $ 101,861.88 |
| $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 7,454.65 | $ 89,455.80 |
| $ 4,955.23 | $ 4,955.23 | $ 4,955.23 | $ 4,955.23 | $ 4,955.23 | $ 59,472.57 |
| $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 | $ 115.02 | $ 1,380.24 |
| | | | | $ 33.09 | $ 33.09 |
| | | | | $ 38.31 | $ 38.31 |
| $ 21,013.39 | $ 21,013.39 | $ 21,013.39 | $ 21,013.39 | $ 21,084.79 | $ 252,241.89 |

## MODIFICATION REVIEW CHECKLIST

**CONTRACT NUMBER** DABT39-00-C-4032 **Mod #** 25

NA 1. Sufficient funds are available.
  a. Funding Strip

NA 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

NA 5. DD Form 2579 for new work over $10,000. (DFARS 219.201)

✓ 6. Reason for mod stated in Block 14.

NA 7. Technical review.

NA 8. Legal review. (mod exceeding $300,000)

NA 9. Release of claims included, if appropriate. All supplemental agreements. (FAR 43.204(c))

NA 10. Pre/Post Negotiation Memorandums approved.

NA 11. Modification amount (increase/decrease) stated and new contract amount provided. (See attached sample)

✓ 12. Action validated, approved, signed and distribution complete.

NA 13. CAR properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

| | |
|---|---|
| [signature] | 9 Feb 06 |
| CONTRACT SPECIALIST ASSIGNED CONTRACT | DATE |
| [signature] | 9 Feb 06 |
| CONTRACT SPECIALIST QUALITY REVIEWER | DATE |

Attach Comments.

| | |
|---|---|
| [signature] | 9 Feb 06 |
| CONTRACTING OFFICER | DATE |

Revised Nove[redacted]5

**AMENDMENT OF SOLICITATI( MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: P00025
3. EFFECTIVE DATE: 09-Feb-2006
4. REQUISITION/PURCHASE REQ. NO.: SEE SCHEDULE
5. PROJECT NO.(If applicable)

6. ISSUED BY CODE W9124L
RT SILL
DRATE OF CONTRACTING
P_ __X 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY (If other than item 6) CODE W9124L
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-3604
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032
X 10B. DATED (SEE ITEM 13) 01-Oct-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X ; ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying .ce, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: sgreggss06201
DABT39-00-C-4032 -- CUSTODIAL SERVICES, FORT SILL, OKLAHOMA

SEE CONTINUATION SHEET FOR ADDITIONAL INFORMATION.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER
TEL: 580-442-4604 EMAIL: annette.arkeketarendon@us.army.mil

15B. CONTRACTOR/OFFEROR
__________
(_ure of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Annette Arkeketa-Rendon
(Signature of Contracting Officer)

16C. DATE SIGNED 09-Feb-2006

EXC__ . ION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

1. The purpose of this modification is to reflect the correct payment office in block 18a for payment of CLIN 0005AM only in the amount of $3,400.00. All other CLINS on this contract were paid by Government Purchase Card (GPC). There is only $3,400.00 remaining on this contract. These dollars will be paid to the Department of Labor.

2. Total amount of contract remains $1,179,128.12.

CONTRACTING OFFICER: ANNETTE ARKEKETA-RENDON
580-442-6222
annette.arkeketarendon@sill.army.mil

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The 'issued by' organization has changed from
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
1803 MACOMB ROAD
FORT SILL OK 73503-0501
to
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
PO BOX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

The 'administered by' organization has changed from
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-3906
FORT SILL OK
to
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-3604
FORT SILL OK

The 'Payment will be made by' organization has changed from
CREDIT CARD/FORT SILL, OK
TO BE PAID BY GOVERNMENT

PURCHASE CARD
FORT SILL OK
to
DEFENSE FINANCE AND ACCOUNTING SERVICE
DFAS LAWTON
4700 MOW WAY ROAD
DEPT. 1791
FORT SILL OK 73503-1791

(End of Summary of Changes)

Integrity@SPS Validation Report for Award DABT39-00-C-4032-U00025, 09 Feb 2006, 14:02:08hrs.

| Error Location | Interface Element | Error |
|---|---|---|
| ARMY INFO CLINs | ARMY INFO CLINs | *E-33400: ARMY USERS IGNORE MESSAGES WITH THIS ERROR NUMBER FOR INFO CLINs AND AWARDS PAID BY DFAS CAPS |
| CLIN 0001 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0001 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0001AA | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0001AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0001AB | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0001AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0001AC | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| CLIN 0001AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0001AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0002 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0002AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0003 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0003 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |

DABT39-00-C-4032-U00025, 09 Feb 2006, 14:02:08hrs.

| Error Location | Interface Element | Error |
|---|---|---|
| CLIN 0003AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0003AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0003AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0003AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0004 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AE - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0004AF - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0005 - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AA - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AB - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AC - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AD - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AE - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AF - | Shipping Address | *E-33415: Ship To address information is not current version...please |

| Error Location | Interface Element | Error |
|---|---|---|
| DEL 1 | | check, then update line item* |
| CLIN 0005AG - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AH - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AJ - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AK - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |
| CLIN 0005AL - DEL 1 | Shipping Address | *E-33415: Ship To address information is not current version...please check, then update line item* |

3

# MODIFICATION REVIEW CHECKLIST

CONTRACT NUMBER DABT39-00-C-4032 Mod # 24

✓ 1. Sufficient funds are available.
a. Funding Strip

NA 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

NA 5. DD Form 2579 for new work over $10,000. (DFARS 219.201)

✓ 6. Reason for mod stated in Block 14.

NA 7. Technical review.

NA 8. Legal review. (mod exceeding $300,000)

NA 9. Release of claims included, if appropriate. All supplemental agreements. (FAR 43.204(c))

NA 10. Pre/Post Negotiation Memorandums approved.

NA 11. Modification amount (increase/decrease) stated and new contract amount provided. (See attached sample)

✓ 12. Action validated, approved, signed and distribution complete.

NA 13. CAR properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Shari Greggs
CONTRACT SPECIALIST ASSIGNED CONTRACT — 28 Nov 05 DATE

Stephanie Murphree
CONTRACT SPECIALIST/QUALITY REVIEWER — 28 Nov 05 DATE
Attach Comments.

Annette Arboleda-Rendon
CONTRACTING OFFICER — 28 Nov 05 DATE

Revised November 2005

**AMENDMENT OF SOLICITATI MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 4

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00024 | 28-Nov-2005 | SEE SCHEDULE | |

6. ISSUED BY CODE W9124L
RT SILL
ORATE OF CONTRACTING
PO BOX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY (If other than item 6) CODE W9124L
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-5556
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13)
01-Oct-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

E ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying fice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
52.222-41 Service Contract Act 1965

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: sgreggss0612
DABT39-00-C-4032 -- CUSTODIAL SERVICES, FORT SILL, OKLAHOMA

SEE CONTINUATION SHEET FOR ADDITIONAL INFORMATION.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER
TEL: 580-442-4604 EMAIL: annette.arkeketarendon@us.army.mil

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Annette Arkeketa-Rendon
(Signature of Contracting Officer)

16C. DATE SIGNED
28-Nov-2005

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

1. The purpose of this modification is to reflect back wages contractor owes to employees. Deparment of Labor has determined contractor failed to pay the required prevailing wage rate and fringe benefits in the amount of $3,400.00which are due employees.

2. SUB-CLIN 0005AL is decreased by $3,400.00 and SUB-CLIN 0005AM is added to reflect the $3,400.00 owed to the Department of Labor for back wages owed.

3. Summary of changes shows a $0.01 increase. This is due to rounding within the PD2 system. There is actually no change in total contract amount. Total contract amount remains unchanged at $1,179,128.12.

4. All other contract terms and conditions remain unchanged.

CONTRACTING OFFICER: Annette Arkeketa-Rendon
580-442-6222
annette.arkeketarendon@sill.army.mil

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $0.01 from $1,179,128.12 to $1,179,128.13.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 0005AL
The unit price amount has decreased by $566.67 from $5,022.52 to $4,455.85.
The total cost of this line item has decreased by $3,400.00 from $30,135.12 to $26,735.12.

SUBCLIN 0005AM is added as follows:

| :TEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AM | | 1 | Each | $3,400.00 | $3,400.00 |

DEPARMENT OF LABOR DOLLARS OWED
FFP
This SUB-CLIN is to set aside the $3,400.00 dollars contractor owes for back wages. Dollars will be paid to Department of Labor.
FOB: Destination
PURCHASE REQUEST NUMBER: W44DQ70068N010

NET AMT $3,400.00

ACRN AC $3,400.00
CIN: 000000000000000000000000000000

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $0.01 from $1,179,128.12 to $1,179,128.13.

SUBCLIN 0005AL:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was decreased by $3,400.00 from $30,135.12 to $26,735.12

SUBCLIN 0005AM:
Funding on SUBCLIN 0005AM is initiated as follows:

ACRN: AC

CIN: 000000000000000000000000000000

Acctng Data: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168

Increase: $3,400.00

Total: $3,400.00

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item has been added to SUBCLIN 0005AM:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-APR-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AM:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

DABT39-00-C-4032-. 24, 28 Nov 2005, 09:22:34hrs.

Integrity@SPS Validation Report for Award DABT39-00-C-4032-U00024, 28 Nov 2005, 09:22:34hrs.

| Error Location | Interface Element | Error |
|---|---|---|
| [redacted] | | |
| CLIN 0001AA | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| [redacted] | | |
| CLIN 0001AB | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| [redacted] | | |
| CLIN 0001AC | CLIN Qty/Iss Cd | *W-82000: CLIN qty = 1 and unit of issue = LO or LS. Ensure Vendor has instructions for proper invoices if more than 1 delivery is expected. |
| [redacted] | | |

| Error Location | Interface Element | Error |
|---|---|---|
| [redacted] | | |

| Error Location | Interface Element | Error |
|---|---|---|
| [redacted] | | |

**Greggs, Shari L Ms**

**From:** Arkeketa-Rendon, Annette Ms
**Sent:** Thursday, November 03, 2005 4:53 PM
**To:** Greggs, Shari L Ms
**Subject:** DABT39-00-C-4032 Notification to Withhold
**Signed By:** annette.arkeketarendon@us.army.mil

Shari,

Please forward determination from Department of Labor to Mr. Hall. Please authorize payment with the witholding adjustment. We will follow up with a mod to the contract next week to reimburse Mr. Hall the withholding amount, Subject to Availability of Funds (SAF).

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
x: 580-442-8014
SN: 639
Email: annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

DEPARTMENT OF THE ARMY
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

3 NOV 2005

Directorate of Contracting

H & R Services Inc.
Roger Hall
P.O. Box 175
Owens Crossroads, Al 35763

Subject: Contract DABT39-00-C-4032, Withholding of Contract Payment

Mr. Hall,

IAW FAR clause 52.222-41, Service Contract Act 1965, we were notified by the U.S. Department of Labor, Employment Standards Administration, Wage & Hour Division, Regional Director to withhold the amount of $3,400.00 from payment to H & R Services to cover the underpayments under the subject contract number. Their investigation has revealed that H & R services failed to pay the required prevailing wage rate and fringe benefits in SCA back wages. The Department of Labor has also stated this investigation is ongoing and the amount of back wages due may be amended.

If you have any questions regarding this action, please call Shari Greggs at (580) 442-5556 or myself at (580) 442-6222 or Email me at annette.arkeketarendon@sill.army.mil.

Annette Arkeketa-Rendon

Annette Arkeketa-Rendon
Contracting Officer

**Greggs, Shari L Ms**

**From:** Arkeketa-Rendon, Annette Ms
**Sent:** Thursday, November 03, 2005 1:01 PM
**To:** 'Denise Flores'
**Cc:** Greggs, Shari L Ms
**Subject:** Wage Determination verification requested for DABT39-00-C-4032 Custodial Contract
**Importance:** High

Denise,

The following is the wage determination information that is incorporated in the subject contract:

| | | |
|---|---|---|
| Base Year | 1 OCT 2000-30 SEP 2001 | DOL WD 94-2525 (Rev 14) |
| Option Year 1 | 1 OCT 2001-30 SEP 2002 | DOL WD 94-2525 (Rev 20) |
| Option Year 2 | 1 OCT 2002-30 SEP 2003 | NONE |
| Option Year 3 | 1 OCT 2003-30 SEP 2004 | DOL WD 94-2525 (Rev 23) |
| Option Year 4 | 1 OCT 2004-30 SEP 2005 | DOL WD 94-2525 (Rev 24) |

Wage Determination increases are adjusted (or should be) at the option year renewal.

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
^rmy Contracting Agency, Southern Region
:t Sill Directorate of Contracting
ɔuilding 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

**Greggs, Shari L Ms**

**From:** Arkeketa-Rendon, Annette Ms
**Sent:** Monday, October 31, 2005 11:06 AM
**To:** Lindsey, Sharyl Ms
**Cc:** Greggs, Shari L Ms
**Subject:** DABT39-00-C-4032 Wage Determination increase 2002-2003
**Signed By:** annette.arkeketarendon@us.army.mil

Sharyl,

This is a heads up letting you know there will be a request from the Department of Labor (DOL) and the contractor to retroactively pay employees for wage/health/welfare increases that were due to the employees during FY 03. The amount will be approximately $17,424.90. DOL has been conducting an investigation of the custodial contract for several weeks and are just about through with their final investigative report of wages not paid to the contractor, H & R Services' employees. I'll have more information for you when they finalize their investigation.

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
·rt Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

# MODIFICATION REVIEW CHECKLIST

CONTRACT NUMBER DABT39-00-C-4032 Mod # 23

NA 1. Sufficient funds are available.

NA 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

✓ 5. Reason for mod stated in Block 14.

NA 6. Legal review (mod exceeding $100,000)

✓ 7. Mod contains statement on contract price.

✓ 8. Mod contains statement on period of performance.

NA 9. Release of claims included, if appropriate.

NA 10. Pre/Post Negotiation Memorandums approved.

✓ 11. Modification amount (increase/decrease) stated and new contract amount provided. (See SF 30 instructions contained on the following page)

✓ 12. Action validated, approved, signed and distribution complete.

NA 13. DD Form 350 properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Shari Greggs — 14 Jun 05

CONTRACT SPECIALIST — DATE

Annette Arkekata-Rendon — 14 Jun 05

CONTRACTING OFFICER — DATE

**AMENDMENT OF SOLICITAT 𝑁/MODIFICATION OF CONTRAC**

1. CONTRACT ID CODE: J

PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: P00023

3. EFFECTIVE DATE: 14-Jun-2005

4. REQUISITION/PURCHASE REQ. NO.: SEE SCHEDULE

5. PROJECT NO.(If applicable)

6. ISSUED BY CODE W9124L

'ORT SILL
;TORATE OF CONTRACTING
.OX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY (If other than item 6) CODE W9124L

ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-3906
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13) 22-Aug-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

'HE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ;ffice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DABT39-00-C-4032 -- CUSTODIAL SERVICES -- FORT SILL, OK

Modification is necessary to correct the APC in CLINS 0005AF and 0005AG from LA21 to read LD2C.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER
TEL: 580-442-4604 EMAIL: annette.arkeketarendon@sill.army.mil

15B. CONTRACTOR/OFFEROR

.ature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Annette Arkeketa-Rendon
(Signature of Contracting Officer)

16C. DATE SIGNED 14-Jun-2005

EX 'ION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

1. The purpose of this modification is to correct the APC in the line of accounting for CLINS 0005AF and 0005AG from LA21 to read LD2C.

2. All other terms and conditions remain unchanged and in full force and effect.

3. Contracting Officer: Annette Arkeketa-Rendon
580-442-6222
annette.arkeketarendon@sill.army.mil

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM
The 'administered by' organization has changed from
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-3604
FORT SILL OK
to
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-3906
FORT SILL OK

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

SUBCLIN 0005AF:

AD: 2152020000002AB6AJ1300000000025402WLA21W44DQ70068N010LA212W012168 was decreased by $431.88 from $431.88 to $0.00

AE: 2152020000002AB6AJ1300000000025402WLD2CW44DQ70068N010LD2C2W012168 was increased by $431.88 from $0.00 to $431.88
The contract ACRN AE has been added.

SUBCLIN 0005AG:

AE: 2152020000002AB6AJ1300000000025402WLD2CW44DQ70068N010LD2C2W012168 was increased by $465.72 from $0.00 to $465.72
The contract ACRN AE has been added.

AD: 2152020000002AB6AJ1300000000025402WLA21W44DQ70068N010LA212W012168 was decreased by $465.72 from $465.72 to $0.00

(End of Summary of Changes)

# MODIFICATION REVIEW CHECKLIST

CONTRACT NUMBER DABT39-00-C-4032 Mod # 22

✓ 1. Sufficient funds are available.

✓ 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

✓ 5. Reason for mod stated in Block 14.

NA 6. Legal review (mod exceeding $100,000)

✓ 7. Mod contains statement on contract price.

✓ 8. Mod contains statement on period of performance.

NA 9. Release of claims included, if appropriate.

NA 10. Pre/Post Negotiation Memorandums approved.

✓ 11. Modification amount (increase/decrease) stated and new contract amount provided. (See SF 30 instructions contained on the following page)

✓ 12. Action validated, approved, signed and distribution complete.

✓ 13. DD Form 350 properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Shari Greggs — 1 Apr 05
CONTRACT SPECIALIST — DATE

Annette Arkeketa Rendon — 1 Apr 05
CONTRACTING OFFICER — DATE

# AMENDMENT OF SOLICITAT /MODIFICATION OF CONTRAC

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 6

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00022 | 01-Apr-2005 | SEE SCHEDULE | |

| 6. ISSUED BY CODE W9124L | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| ORT SILL<br>TORATE OF CONTRACTING<br>PO BOX 33501<br>1803 MACOMB ROAD<br>FORT SILL OK 73503 0501 | ACA, FORT SILL<br>SHARI GREGGS<br>GREGGSS@SILL.ARMY.MIL<br>580-442-3604<br>FORT SILL OK |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13) 22-Aug-2000

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

IE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ffice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.212-4 Contract Terms and Conditions (OCT 2003)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DABT39-00-C-4032 -- CUSTODIAL SERVICES -- FORT SILL, OK

See summary of changes for additional information.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER<br>TEL: 580-442-4604 EMAIL: annette.arkeketarendon@sill.army.mil |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| ______ (Signature of person authorized to sign) | | BY Annette Arkeketa-Rendon (Signature of Contracting Officer) | 06-Apr-2005 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

1. The purpose of this modification is to decrease square footage in Bldg 467 for the remaining six (6) months of the contract, 1 April 2005 through 30 September 2005.

2. Sub-clin 0005AB period of performance has changed to 1 October 2004 through 31 March 2005. New sub-clin 0005AK reflects a decrease of 2,755 square feet in Bldg 467, new square footage is 200,924 X $0.0382 = $7,675.29 X 6 = $46,051.74, period of performance is 1 April 2005 through 30 September 2005.

3. Sub-clin 0005AC period of performance has changed to 1 October 2004 through 31 March 2005. New sub-clin 0005AL reflects a decrease of 89 square feet in Bldg 467, new square footage is 40,374 X $0.1244 = $5,022.52 X 6 = $30,135.12, period of performance is 1 April 2005 through 30 September 2005.

4. Total amount of Option Period Four (4) is changed from $269,638.08 to $268,940.22, a decrease of $697.86. Total amount of contract is changed from $1,179,825.98 to $1,179,128.12, total decrease of order is $697.86.

5. All other terms and conditions remain unchanged.

Contracting Officer: Annette Arekeketa-Rendon
580-442-6222
annette.arkeketarendon@sill.army.mil

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $697.86 from $1,179,825.98 to $1,179,128.12.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 0005AB

The CLIN extended description has changed from 203,679 (est. sq. ft.) X $0.0382 (cost per sq. ft.) = $7,780.53 (price per mo.) X 12 (mo.) = $93,366.36 (cost per yr.) to 203,679 (est. sq. ft.) X $0.0382 (cost per sq. ft.) = $7,780.53 (price per mo.) X 6 (mo.) = $46,683.18 (cost per yr.) Period of Performance: 1 October 2004 through 31 March 2005..

The pricing detail quantity has decreased by 6.00 from 12.00 to 6.00.

The total cost of this line item has decreased by $46,683.18 from $93,366.36 to $46,683.18.

SUBCLIN 0005AC

SUBCLIN 0005AB:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was decreased by $46,683.18 from $93,366.36 to $46,683.18

SUBCLIN 0005AC:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was decreased by $30,201.54 from $60,403.08 to $30,201.54

SUBCLIN 0005AK:
Funding on SUBCLIN 0005AK is initiated as follows:

ACRN: AC

Acctng Data: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168

Increase: $46,051.74

Total: $46,051.74

SUBCLIN 0005AL:
Funding on SUBCLIN 0005AL is initiated as follows:

ACRN: AC

Acctng Data: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168

Increase: $30,135.12

Total: $30,135.12

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item for SUBCLIN 0005AB has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-OCT-2004 TO 31-MAR-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0005AC has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 31-MAR-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0005AK:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-APR-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0005AL:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POP 01-APR-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AK:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AL:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

# MODIFICATION REVIEW CHECKLIST

CONTRACT NUMBER DABT39-00-C-4032 Mod # 21

✓ 1. Sufficient funds are available.

✓ 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

✓ 5. Reason for mod stated in Block 14.

NA 6. Legal review (mod exceeding $100,000)

✓ 7. Mod contains statement on contract price.

✓ 8. Mod contains statement on period of performance.

NA 9. Release of claims included, if appropriate.

NA 10. Pre/Post Negotiation Memorandums approved.

✓ 11. Modification amount (increase/decrease) stated and new contract amount provided. (See SF 30 instructions contained on the following page)

✓ 12. Action validated, approved, signed and distribution complete.

✓ 13. DD Form 350 properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Shari Driggs — 25 Jan 05
CONTRACT SPECIALIST — DATE

Annette Arkeketa-Rendon — 25 Jan 05
CONTRACTING OFFICER — DATE

| AMENDMENT OF SOLICITAT N/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE J | PAGE OF PAGES 1 \| 10 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00021 | 25-Jan-2005 | SEE SCHEDULE | |

6. ISSUED BY CODE W9124L
ORT SILL
DIRECTORATE OF CONTRACTING
PO BOX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY (If other than item 6) CODE
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-3604
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13)
22-Aug-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.212-4 Contract Terms and Conditions

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DABT39-00-C-4032-P00021 -- CUSTODIAL SERVICES, FORT SILL, OK

See summary of changes for additional information.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER
TEL: 580-442-4604 EMAIL: annette.arkeketarendon@sill.army.mil

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY Annette Arkeketa-Rendon (Signature of Contracting Officer) | 31-Jan-2005 |

EXCEPTION TO SF 30 APPROVED BY OIRM 11-84 30-105-04 STANDARD FORM 30 (Rev. 10-83) Prescribed by GSA FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

1. The purpose of this modification is to add buildings and square footage as identified in sub-clins 0005AH and 0005AJ. Additional funds in the amount of $325.44 are added.

2. Total amount of Option Period Four (4) is changed from $269,312.64 to $269,638.08, an increase of $325.44. Total amount of contract is changed from $1,179,500.54 to $1,179,825.98, total increase of order is $325.44.

3. Revised Schedule B is attached.

4. All other terms and conditions remain unchanged.

Contracting Officer: Annette Arekeketa-Rendon
580-442-6222
annette.arkeketarendon@sill.army.mil

REVISED SCHEDULE B

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | | | $0.00 | |
| | NON PERSONAL SERVICES:<br>FFP<br>Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.<br><br>OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005.<br>PURCHASE REQUEST NUMBER: W44DQ7-0068-N010 | | | | |

NET AMT $0.00

ACRN AC Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| J005AA | | 12 | Months | $9,261.13 | $111,133.56 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
467,734 (est. sq. ft.) X $0.0198 (cost per sq. ft.) = $9,261.13 (price per mo.) X 12 (mo.) = $111,133.56 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $111,133.56

ACRN AC Funded Amount $111,133.56
ACRN AL Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 12 | Months | $7,780.53 | $93,366.36 |

ROUTINE WORK (REIMBURSABLE CUSTOMERS)
FFP
203,679 (est. sq. ft.) X $0.0382 (cost per sq. ft.) = $7,780.53 (price per mo.) X 12 (mo.) = $93,366.36 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $93,366.36

ACRN AC Funded Amount $93,366.36
ACRN AM Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AC | | 12 | Months | $5,033.59 | $60,403.08 |

LATRINES, SHOWER AND LOCKER ROOMS
FFP
40,463 (est. sq. ft.) X $0.1244 (cost per sq. ft.) = $5,033.59 (price per mo.) X 12 (mo.) = $60403.08 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $60,403.08

ACRN AC Funded Amount $60,403.08
ACRN AN Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AD | | 12 | Months | $115.02 | $1,380.24 |

The Contractor shall remove bagged, shredded paper
FFP
at the points specified on the attached floor plans (Technical Exhibit 4) at DFAS, Bldg. 4700. The Contractor shall remove only closed and tied bags. The Contractor shall remove all full bags at Station #1 once per work day. The Contractor shall remove all full bags at Stations 2 through 7 each day the building receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $1,380.24

ACRN AC Funded Amount $1,380.24
ACRN AN Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| )005AE | | 12 | Months | $177.65 | $2,131.80 |

Remove trash in the breakroom
FFP
The Contractor shall remove all full bags of trash from the beakroom only at DFAS, Bldg. 4700 on Monday, Wednesday, and Thursday unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $2,131.80

ACRN AC Funded Amount $2,131.80

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AF | | 12 | Months | $35.99 | $431.88 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
Building 4908 -- 1818 SF X $.0198 = $35.99 X 12 = $431.88 -- Clean Days. For the period October 1, 2004 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $431.88

ACRN AD Funded Amount $431.88

FOB: Destination

Total yr. Dollars US. Unit Price 1.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AG | | 12 | Months | $38.81 | $465.72 |

LATRINES, SHOWERS, AND LOCKER ROOMS
FFP
Building 4908 -- 312 SF X $.1244 = $38.81 X 12 = $465.72 -- Clean Days, For the period October 1, 2004 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $465.72

ACRN AD Funded Amount (Qty) $465.72

sq. footage X # (sq ft) UP .013935

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AH | | 8 | Months | $21.78 | $174.24 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
Building 2875 -- 1100 SF x $.0198 = $21.78 X 8 MO = $174.24 -- Clean days. For the period February 1, 2005 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $174.24

ACRN AD Funded Amount $174.24

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AJ | | 8 | Months | $18.90 | $151.20 |

LATRINES, SHOWERS, AND LOCKER ROOMS
FFP
BLDG 4908 (81 SF) and BLDG 2875 (71 SF) -- 152 SF X $.1244 = $18.90 X 8 MO = $151.20 -- Clean Days, For the period February 1, 2005 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $151.20

ACRN AD Funded Amount $151.20

FOB: Destination

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $325.44 from $1,179,500.54 to $1,179,825.98.
The discount terms Net 30 Days has been added.

SUPPLIES OR SERVICES AND PRICES

CLIN 0004
The option status has changed from Option Exercised to No Status.
The cost constraint NTE has been deleted.

SUBCLIN 0004AA
The option status has changed from Option Exercised to No Status.
The cost constraint NTE has been deleted.

SUBCLIN 0004AB
The option status has changed from Option Exercised to No Status.
The cost constraint NTE has been deleted.

SUBCLIN 0004AC
The option status has changed from Option Exercised to No Status.
The cost constraint NTE has been deleted.

SUBCLIN 0004AD
The option status has changed from Option Exercised to No Status.
The cost constraint NTE has been deleted.

SUBCLIN 0004AE
The FSC code S201 has been added.
The SIC code 7349 has been added.
The NAICS code 561720 has been added.

SUBCLIN 0004AF
The FSC code S201 has been added.
The SIC code 7349 has been added.
The NAICS code 561720 has been added.

SUBCLIN 0005AH is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| )005AH | | 8 | Months | $21.78 | $174.24 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
Building 2875 -- 1100 SF x $.0198 = $21.78 X 8 MO = $174.24 -- Clean days. For the period February 1, 2005 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $174.24

ACRN AD Funded Amount $174.24

FOB: Destination

SUBCLIN 0005AJ is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AJ | | 8 | Months | $18.90 | $151.20 |

LATRINES, SHOWERS, AND LOCKER ROOMS
FFP
BLDG 4908 (81 SF) and BLDG 2875 (71 SF) -- 152 SF X $.1244 = $18.90 X 8 MO = $151.20 -- Clean Days, For the period February 1, 2005 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $151.20

ACRN AD Funded Amount $151.20

FOB: Destination

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $598.56 from $1,180,424.54 to $1,179,825.98.

SUBCLIN 0004AA:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was decreased by $468.60 from $102,330.48 to $101,861.88

SUBCLIN 0004AC:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was decreased by $455.40 from $60,035.88 to $59,580.48

SUBCLIN 0005AH:
Funding on SUBCLIN 0005AH is initiated as follows:

ACRN: AD

Acctng Data: 2152020000002AB6AJ1300000000025402WLA21W44DQ70068N010LA212W012168

Increase: $174.24

Total: $174.24

SUBCLIN 0005AJ:
Funding on SUBCLIN 0005AJ is initiated as follows:

ACRN: AD

Acctng Data: 2152020000002AB6AJ1300000000025402WLA21W44DQ70068N010LA212W012168

Increase: $151.20

Total: $151.20

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item has been added to SUBCLIN 0005AH:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-FEB-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0005AJ:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-FEB-2005 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AH:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AJ:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

# MODIFICATION REVIEW CHECKLIST

**CONTRACT NUMBER** DABT39-00-C-4032 **Mod #** 20

✓ 1. Sufficient funds are available.

✓ 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

✓ 5. Reason for mod stated in Block 14.

NA 6. Legal review (mod exceeding $100,000)

✓ 7. Mod contains statement on contract price.

✓ 8. Mod contains statement on period of performance.

NA 9. Release of claims included, if appropriate.

NA 10. Pre/Post Negotiation Memorandums approved.

✓ 11. Modification amount (increase/decrease) stated and new contract amount provided. (See SF 30 instructions contained on the following page)

✓ 12. Action validated, approved, signed and distribution complete.

✓ 13. DD Form 350 properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Shari Gregg
CONTRACT SPECIALIST — DATE 6 Jan 05

Annette A. ... -Rendon
CONTRACTING OFFICER — DATE 6 Jan 05

| AMENDMENT OF SOLICITAT N/MODIFICATION OF CONTRAC | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | J | 1 \| 8 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00020 | 06-Jan-2005 | SEE SCHEDULE | |

| 6. ISSUED BY CODE W9124L | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| ORT SILL<br>TORATE OF CONTRACTING<br>PO BOX 33501<br>1803 MACOMB ROAD<br>FORT SILL OK 73503 0501 | ACA, FORT SILL<br>SHARI GREGGS<br>GREGGSS@SILL.ARMY.MIL<br>580-442-3604<br>FORT SILL OK |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| H & R SERVICES INC.<br>ROGER HALL<br>PO BOX 175<br>OWENS CROSS ROAD AL 35763 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032 |
| CODE 0GWS5 FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 22-Aug-2000 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | IE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ffice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DABT39-00-C-4032 -- Custodial Services, Fort Sill, OK

See summary of changes for additional information.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER TEL: 580-442-4604 EMAIL: arketarendon@sill.army.mil | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>ature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY Annette Arkeketa-Rendon<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>10-Jan-2005 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243