SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

1. The purpose of this modification is to reflect correct health and welfare rates:

<u>**SUBCLIN 0005AA**</u>

**FROM**
467,734 (est. sq. ft) X $.0182 (cost per sq. ft) = $8,512.75 (price per mo.) X 12 (MO) = $102,153.00

**To**
467,734 (est. sq. ft) X $.0198 (cost per sq. ft) = $9,261.13 (price per mo.) X 12 (MO) = $111,133.56

An increase of $8,980.56

<u>**SUBCLIN 0005AB**</u>

**From**
203,679 (est. sq. ft) X $.0366 (cost per sq. ft.) = $7,454.65 (price per mo) X 12 (MO) = $89,455.80

**To**
203,679 (est. sq. ft) X $.0382 (cost per sq. ft.) = $7,780.53 (price per mo) X 12 (MO) = $93,366.36

An increase of $3,910.56

<u>**SUBCLIN 0005AC**</u>

**From**
40,463 (est. sq. ft) X $.1228 (cost per sq ft.) = $4,968.85 (price per mo.) X 12 (MO) = $59,626.20

**To**
40,463 (est. sq. ft) X $.1244 (cost per sq ft.) = $5,033.59 (price per mo.) X 12 (MO) = $60,403.08

An increase of $776.88

<u>**SUBCLIN 0005AD**</u>

No Change

<u>**SUBCLIN 0005AE**</u>

No Change

<u>**SUBCLIN 0005AF**</u>

Adding CLIN 0005AF as follows:

**FROM**
Building 4908 – 1818 SF X $.0182 – Clean Days For the period October 1, 2004 through September 30, 2005
1818 (est. sq. ft.) X $.0182 (cost per sq ft.) = $33.09 (price per mo.) X 12 (MO) = $397.08

**TO**
1818 (est. sq. ft.) X $.0198 (cost per sq ft.) = $35.99 (price per mo.) X 12 (MO) = $431.88

An increase of $34.80

SUBCLIN 0005AG

Adding CLIN 0005AG as follows:

**FROM**
Building 4908 – 312 SF X .1228 – Clean Days For the period October 1, 2004 through September 30, 2005
312 (est. sq. ft.) X .1228 (cost per sq st.) = $38.31 (price per mo.) X 12 (MO) = $459.72

**TO**
312 (est. sq. ft.) X .1244 (cost per sq st.) = $38.81 (price per mo.) X 12 (MO) = $465.72

An increase of $6.00

Total increase of order is $13,708.80

**Option Year Four estimated total will change from $255,603.84 to $269,312.64, an increase of $13,708.80.**

2. A revised Schedule B is enclosed.

3. All other terms and conditions remain unchanged and in full force and effect.

Contracting Officer: Annette Arkeketa-Rendon
580-442-6222
Annette.arkeketarendon@sill.army.mil

REVISED SCHEDULE B

0005 $0.00

NON PERSONAL SERVICES:
FFP
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $0.00

ACRN AC Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 12 | Months | $9,261.13 | $111,133.56 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
467,734 (est. sq. ft.) X $0.0198 (cost per sq. ft.) = $9,261.13 (price per mo.) X 12 (mo.) = $111,133.56 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

| | |
|---|---|
| NET AMT | $111,133.56 |
| ACRN AC Funded Amount | $111,133.56 |
| ACRN AL Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 12 | Months | $7,780.53 | $93,366.36 |

ROUTINE WORK (REIMBURSABLE CUSTOMERS)
FFP
203,679 (est. sq. ft.) X $0.0382 (cost per sq. ft.) = $7,780.53 (price per mo.) X 12 (mo.) = $93,366.36 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

| | |
|---|---|
| NET AMT | $93,366.36 |
| ACRN AC Funded Amount | $93,366.36 |
| ACRN AM Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AC | | 12 | Months | $5,033.59 | $60,403.08 |

LATRINES, SHOWER AND LOCKER ROOMS
FFP
40,463 (est. sq. ft.) X $0.1244 (cost per sq. ft.) = $5,033.59 (price per mo.) X 12 (mo.) = $60403.08 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $60,403.08

ACRN AC Funded Amount $60,403.08
ACRN AN Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AD | | 12 | Months | $115.02 | $1,380.24 |

The Contractor shall remove bagged, shredded paper
FFP
at the points specified on the attached floor plans (Technical Exhibit 4) at DFAS, Bldg. 4700. The Contractor shall remove only closed and tied bags. The Contractor shall remove all full bags at Station #1 once per work day. The Contractor shall remove all full bags at Stations 2 through 7 each day the building receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $1,380.24

ACRN AC Funded Amount $1,380.24
ACRN AN Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AE | | 12 | Months | $177.65 | $2,131.80 |

Remove trash in the breakroom
FFP
The Contractor shall remove all full bags of trash from the beakroom only at DFAS, Bldg. 4700 on Monday, Wednesday, and Thursday unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $2,131.80

ACRN AC Funded Amount $2,131.80

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AF | | 12 | Months | $35.99 | $431.88 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
Building 4908 -- 1818 SF X $.0198 = $35.99 X 12 = $431.88 -- Clean Days. For the period October 1, 2004 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $431.88

ACRN AD Funded Amount $431.88

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AG | | 12 | Months | $38.81 | $465.72 |

LATRINES, SHOWERS, AND LOCKER ROOMS
FFP
Building 4908 -- 312 SF X $.1244 = $38.81 X 12 = $465.72 -- Clean Days, For the period October 1, 2004 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $465.72

ACRN AD Funded Amount $465.72

FOB: Destination

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $13,708.80 from $1,165,791.74 to $1,179,500.54.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 0005AA

The CLIN extended description has changed from 467,734 (est. sq. ft.) X $0.0182 (cost per sq. ft.) = $8,512.75 (price per mo.) X 12 (mo.) = $102,153.00 (cost per yr.) to 467,734 (est. sq. ft.) X $0.0198 (cost per sq. ft.) = $9,261.13 (price per mo.) X 12 (mo.) = $111,133.56 (cost per yr.).

The unit price amount has increased by $748.38 from $8,512.75 to $9,261.13.

The total cost of this line item has increased by $8,980.56 from $102,153.00 to $111,133.56.

SUBCLIN 0005AB

The CLIN extended description has changed from 203,679 (est. sq. ft.) X $0.0366 (cost per sq. ft.) = $7,454.65 (price per mo.) X 12 (mo.) = $89,455.80 (cost per yr.) to 203,679 (est. sq. ft.) X $0.0382 (cost per sq. ft.) = $7,780.53 (price per mo.) X 12 (mo.) = $93,366.36 (cost per yr.).

The unit price amount has increased by $325.88 from $7,454.65 to $7,780.53.

The total cost of this line item has increased by $3,910.56 from $89,455.80 to $93,366.36.

SUBCLIN 0005AC

The CLIN extended description has changed from 40,463 (est. sq. ft.) X $0.1228 (cost per sq. ft.) = $4,968.85 (price per mo.) X 12 (mo.) = $59,626.20 (cost per yr.) to 40,463 (est. sq. ft.) X $0.1244 (cost per sq. ft.) = $5,033.59 (price per mo.) X 12 (mo.) = $60403.08 (cost per yr.).

The unit price amount has increased by $64.74 from $4,968.85 to $5,033.59.

The total cost of this line item has increased by $776.88 from $59,626.20 to $60,403.08.

SUBCLIN 0005AF

The CLIN extended description has changed from Building 4908 -- 1818 SF X $.0182 -- Clean Days. For the period October 1, 2004 through September 30, 2005. to Building 4908 -- 1818 SF X $.0198 = $35.99 X 12 = $431.88 -- Clean Days. For the period October 1, 2004 through September 30, 2005..

The unit price amount has increased by $2.90 from $33.09 to $35.99.

The total cost of this line item has increased by $34.80 from $397.08 to $431.88.

SUBCLIN 0005AG

The CLIN extended description has changed from Building 4908 -- 312 SF X $.1228 -- Clean Days, For the period October 1, 2004 through September 30, 2005. to Building 4908 -- 312 SF X $.1244 = $38.81 X 12 = $465.72 -- Clean Days, For the period October 1, 2004 through September 30, 2005..

The unit price amount has increased by $0.50 from $38.31 to $38.81.

The total cost of this line item has increased by $6.00 from $459.72 to $465.72.

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $13,708.80 from $1,166,715.74 to $1,180,424.54.

SUBCLIN 0005AA:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $8,980.56 from $102,153.00 to $111,133.56

SUBCLIN 0005AB:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $3,910.56 from $89,455.80 to $93,366.36

SUBCLIN 0005AC:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $776.88 from $59,626.20 to $60,403.08

SUBCLIN 0005AF:

AD: 2152020000002AB6AJ1300000000025402WLA21W44DQ70068N010LA212W012168 was increased by $34.80 from $397.08 to $431.88

SUBCLIN 0005AG:

AD: 2152020000002AB6AJ1300000000025402WLA21W44DQ70068N010LA212W012168 was increased by $6.00 from $459.72 to $465.72

(End of Summary of Changes)

# MODIFICATION REVIEW CHECKLIST

CONTRACT NUMBER DABT39-00-C-4032 Mod # 19

✓ 1. Sufficient funds are available.

✓ 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

✓ 5. Reason for mod stated in Block 14.

NA 6. Legal review (mod exceeding $100,000)

✓ 7. Mod contains statement on contract price.

✓ 8. Mod contains statement on period of performance.

NA 9. Release of claims included, if appropriate.

NA 10. Pre/Post Negotiation Memorandums approved.

✓ 11. Modification amount (increase/decrease) stated and new contract amount provided. (See SF 30 instructions contained on the following page)

✓ 12. Action validated, approved, signed and distribution complete.

✓ 13. DD Form 350 properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Shari Kregas | 30 Nov 04
CONTRACT SPECIALIST | DATE

Annette Aulichetta-Rendon | 30 Nov 04
CONTRACTING OFFICER | DATE

| AMENDMENT OF SOLICITAT N/MODIFICATION OF CONTRAC | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | J | 1 / 12 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00019 | 30-Nov-2004 | SEE SCHEDULE | |

| 6 ED BY CODE W9124L | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| ORT SILL<br>CTORATE OF CONTRACTING<br>PO BOX 33501<br>1803 MACOMB ROAD<br>FORT SILL OK 73503 0501 | ACA, FORT SILL<br>SHARI GREGGS<br>GREGGSS@SILL.ARMY.MIL<br>580-442-3604<br>FORT SILL OK |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| H & R SERVICES INC.<br>ROGER HALL<br>PO BOX 175<br>OWENS CROSS ROAD AL 35763 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032 |
| CODE 0GWS5 FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 22-Aug-2000 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

HE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DABT39-00-C-4032 -- Custodial Services, Fort Sill, Oklahoma

See Continuation Pages For Details

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER<br>TEL: 580-442-4604 EMAIL: arkeketarendon@sill.army.mil | |
| 15B. CONTRACTOR/OFFEROR<br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY *Annette Arkeketa-Rendon*<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>02-Dec-2004 |

EXCEPTION TO SF 30 30-105-04 STANDARD FORM 30 (Rev. 10-83)
APPROVED BY OIRM 11-84 Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**
NARRATIVE

1. The purpose of this modification is to correct Option year Four P00017 Est. Sq. Ft. and Cost per Foot as provided below:

**SUBCLIN 0005AA**

**From**
379,471 (est. sq. ft) X $.0159 (cost per sq. ft.) = $6,033.59 (price per mo.) X 12 (MO.) = $72,403.08

**To**
467,734 (est. sq. ft) X $.0182 (cost per sq. ft) = $8,512.75 (price per mo.) X 12 (MO) = $102,153.00

An increase of $29,749.92

**SUBCLIN 0005AB**

**From**
274,249 (est. sq. ft) X $.030 (cost per sq. ft.) = $8,227.47 (price per mo) X 12 (MO) = $98,729.64

**To**
203,679 (est. sq. ft) X $.0366 (cost per sq. ft.) = $7,454.65 (price per mo) X 12 (MO) = $89,455.80

A decrease of $9,273.84

**SUBCLIN 0005AC**

**From**
36,342 (est. sq. ft) X $.1144 (cost per sq. ft.) = $4,157.52 (price per mo.) X 12 (MO) = $49,890.24

**To**
40,463 (est. sq. ft) x $.1228 (cost per sq ft.) = $4,968.85 (price per mo.) X 12 (MO) = $59,626.20

An increase of $9,735.96

**SUBCLIN 0005AD**

No Change

**SUBCLIN 0005AE**

No Change

**SUBCLIN 0005AF**

Adding CLIN 0005AF as follows:

Building 4908 – 1818 SF X $.0182 – Clean Days For the period October 1, 2004 through September 30, 2005
1818 SF X $.0182 = $33.09 X 12 = $397.08

An increase of $397.08

**SUBCLIN 0005AG**

Adding CLIN 0005AG as follows:

Building 4908 – 312 SF X .1228 – Clean Days For the period October 1, 2004 through September 30, 2005

312 SF X .1228 = $38.31 X 12 = $459.72

An increase of $459.72

Total increase of order is $31,068.84

**Option Year Four estimated total will change from $224,535.00 to $255,603.84, an increase of $31,068.84.**

2. A revised Schedule B and TE1 are enclosed.

3. All other terms and conditions remain unchanged and in full force and effect.

Contracting Officer: Annette Arkeketa-Rendon
580-442-6222
Annette.arkeketarendon@sill.army.mil

REVISED SCHEDULE B

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | NON PERSONAL SERVICES:<br>FFP<br>Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.<br><br>OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005.<br>PURCHASE REQUEST NUMBER: W44DQ7-0068-N010 | | | $0.00 | |
| | | | | NET AMT | $0.00 |
| | ACRN AC Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 12 | Months | $8,512.75 | $102,153.00 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
467,734 (est. sq. ft.) X $0.0182 (cost per sq. ft.) = $8,512.75 (price per mo.) X 12 (mo.) = $102,153.00 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

| | |
|---|---|
| NET AMT | $102,153.00 |
| ACRN AC Funded Amount | $102,153.00 |
| ACRN AL Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 12 | Months | $7,454.65 | $89,455.80 |

ROUTINE WORK (REIMBURSABLE CUSTOMERS)
FFP
203,679 (est. sq. ft.) X $0.0366 (cost per sq. ft.) = $7,454.65 (price per mo.) X 12 (mo.) = $89,455.80 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

| | |
|---|---|
| NET AMT | $89,455.80 |
| ACRN AC Funded Amount | $89,455.80 |
| ACRN AM Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AC | | 12 | Months | $4,968.85 | $59,626.20 |

LATRINES, SHOWER AND LOCKER ROOMS
FFP
40,463 (est. sq. ft.) X $0.1228 (cost per sq. ft.) = $4,968.85 (price per mo.) X 12 (mo.) = $59,626.20 (cost per yr.)
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $59,626.20

ACRN AC Funded Amount $59,626.20
ACRN AN Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AD | | 12 | Months | $115.02 | $1,380.24 |

The Contractor shall remove bagged, shredded paper
FFP
at the points specified on the attached floor plans (Technical Exhibit 4) at DFAS, Bldg. 4700. The Contractor shall remove only closed and tied bags. The Contractor shall remove all full bags at Station #1 once per work day. The Contractor shall remove all full bags at Stations 2 through 7 each day the building receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $1,380.24

ACRN AC Funded Amount $1,380.24
ACRN AN Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AE | | 12 | Months | $177.65 | $2,131.80 |

Remove trash in the breakroom
FFP
The Contractor shall remove all full bags of trash from the beakroom only at DFAS, Bldg. 4700 on Monday, Wednesday, and Thursday unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $2,131.80

ACRN AC Funded Amount $2,131.80

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AF | | 12 | | $33.09 | $397.08 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
Building 4908 -- 1818 SF X $.0182 -- Clean Days. For the period October 1, 2004 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $397.08

ACRN AD Funded Amount $397.08

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AG | | 12 | | $38.31 | $459.72 |

LATRINES, SHOWERS, AND LOCKER ROOMS
FFP
Building 4908 -- 312 SF X $.1228 -- Clean Days, For the period October 1, 2004 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $459.72

ACRN AD Funded Amount $459.72

FOB: Destination

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $31,068.84 from $1,134,722.90 to $1,165,791.74.
The 'administered by' organization has changed from
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
1803 MACOMB ROAD
FORT SILL OK 73503-0501
to
ACA, FORT SILL
SHARI GREGGS
GREGGSS@SILL.ARMY.MIL
580-442-3604
FORT SILL OK

SUPPLIES OR SERVICES AND PRICES

CLIN 0005
The option status has changed from Option Exercised to No Status.

SUBCLIN 0005AA
The CLIN extended description has changed from Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 379,471 x $.0159 = $6033.59 to 467,734 (est. sq. ft.) X $0.0182 (cost per sq. ft.) = $8,512.75 (price per mo.) X 12 (mo.) = $102,153.00 (cost per yr.).
The unit price amount has increased by $2,479.16 from $6,033.59 to $8,512.75.
The option status has changed from Option Exercised to No Status.
The total cost of this line item has increased by $29,749.92 from $72,403.08 to $102,153.00.

SUBCLIN 0005AB
The CLIN extended description has changed from Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month x Unit = Cost per Year 274,249 x $.030 = $8227.47 x 12 MO = $98,729.64 to 203,679 (est. sq. ft.) X $0.0366 (cost per sq. ft.) = $7,454.65 (price per mo.) X 12 (mo.) = $89,455.80 (cost per yr.).
The unit price amount has decreased by $772.82 from $8,227.47 to $7,454.65.

The option status has changed from Option Exercised to No Status.
The total cost of this line item has decreased by $9,273.84 from $98,729.64 to $89,455.80.

SUBCLIN 0005AC

The CLIN extended description has changed from Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month x Unit = Cost per Year 36,342 x $.1144 = $4,157.52 x 12 MO = $49,890.24 to 40,463 (est. sq. ft.) X $0.1228 (cost per sq. ft.) = $4,968.85 (price per mo.) X 12 (mo.) = $59,626.20 (cost per yr.).

The unit price amount has increased by $811.33 from $4,157.52 to $4,968.85.
The option status has changed from Option Exercised to No Status.
The total cost of this line item has increased by $9,735.96 from $49,890.24 to $59,626.20.

SUBCLIN 0005AD

The option status has changed from Option Exercised to No Status.

SUBCLIN 0005AE

The option status has changed from Option Exercised to No Status.
The FSC code S201 has been added.
The PROG code S10 has been added.
The SIC code 7349 has been added.
The NAICS code 561720 has been added.

SUBCLIN 0005AF is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AF | | 12 | Months | $33.09 | $397.08 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
Building 4908 -- 1818 SF X $.0182 -- Clean Days. For the period October 1, 2004 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $397.08

ACRN AD Funded Amount $397.08

FOB: Destination

SUBCLIN 0005AG is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AG | | 12 | Months | $38.31 | $459.72 |

LATRINES, SHOWERS, AND LOCKER ROOMS
FFP
Building 4908 -- 312 SF X $.1228 -- Clean Days, For the period October 1, 2004 through September 30, 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $459.72

ACRN AD Funded Amount $459.72

FOB: Destination

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $31,068.84 from $1,135,646.90 to $1,166,715.74.

CLIN 0005:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168was increased by $0.00 from $0.00 to $0.00
The contract ACRN AC has been added.

SUBCLIN 0005AA:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $29,749.92 from $72,403.08 to $102,153.00

SUBCLIN 0005AB:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was decreased by $9,273.84 from $98,729.64 to $89,455.80

SUBCLIN 0005AC:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $9,735.96 from $49,890.24 to $59,626.20

SUBCLIN 0005AF:
Funding on SUBCLIN 0005AF is initiated as follows:

ACRN: AD

Acctng Data: 2152020000002AB6AJ1300000000025402WLA21W44DQ70068N010LA212W012168

Increase: $397.08

Total: $397.08

SUBCLIN 0005AG:
Funding on SUBCLIN 0005AG is initiated as follows:

ACRN: AD

Acctng Data: 2152020000002AB6AJ1300000000025402WLA21W44DQ70068N010LA212W012168

Increase: $459.72

Total: $459.72

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item for SUBCLIN 0004AE has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item for SUBCLIN 0004AF has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0005AE:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0005AF:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0005AG:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2004 TO 30-SEP-2005 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AF:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AG:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

# MODIFICATION REVIEW CHECKLIST

**CONTRACT NUMBER** DABT39-00-C-4032 **Mod #** 18

✓ 1. Sufficient funds are available.

✓ 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

✓ 5. Reason for mod stated in Block 14.

NA 6. Legal review (mod exceeding $100,000)

✓ 7. Mod contains statement on contract price.

✓ 8. Mod contains statement on period of performance.

NA 9. Release of claims included, if appropriate.

NA 10. Pre/Post Negotiation Memorandums approved.

✓ 11. Modification amount (increase/decrease) stated and new contract amount provided. (See SF 30 instructions contained on the following page)

✓ 12. Action validated, approved, signed and distribution complete.

✓ 13. DD Form 350 properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Patricia Highsmith — 6 Oct 04

CONTRACT SPECIALIST — DATE

Annette Ackerleth for [signature] — 6 Oct 04

CONTRACTING OFFICER — DATE

# AMENDMENT OF SOLICITA? N/MODIFICATION OF CONTRACT

| | | | | |
|---|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 / 3 | | | |
| 2. AMENDMENT/MODIFICATION NO. P00018 | 3. EFFECTIVE DATE 06-Oct-2004 | 4. REQUISITION/PURCHASE REQ. NO. SEE SCHEDULE | 5. PROJECT NO.(If applicable) | |
| 6. ISSUED BY CODE W9124L | | 7. ADMINISTERED BY (If other than item 6) CODE | | |

6. ISSUED BY:
ORT SILL
TORATE OF CONTRACTING
OX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY:
ACA, FORT SILL
PATRICIA HIGHSMITH
PATRICIA.HIGHSMITH@SILL.ARMY.MIL
580-442-4604
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13) 22-Aug-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
H & R SERVICES, FORT SILL, OK
SEE CONTINUATION PAGE FOR DETAILS

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER
TEL: 580-442-4604 EMAIL: arkeketarendon@sill.army.mil

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Annette Arkeketa-Rendon
(Signature of Contracting Officer)

16C. DATE SIGNED 13-Oct-2004

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

NARRATIVE

1. The purpose of this modification is to correct an administrative error, which occurred on P00016. As a result the following SubCLIN(s) are effected:

   a. SubCLIN0004AE: P00016, fund cite is increased by $33.09.

   b. SubCLIN0004AF: P00016, fund cite is increased by $38.31.

   c. The accounting date has changed for SubCIN(s) 0004 AE and 0004AF. The fund cite number is: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y8203403

   d. The total cost of this contract increased by $71.40

2. The total cost of this contract was decreased by 455.40 from $1,135,178.30 to $1,134,722.90

3. All other terms and condition remain the same.

Contracting Officer: Annette Arkeketa-Rendon
Annette.arkeketarendon@sill.army.mil
580-442-62222

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $455.40 from $1,135,178.30 to $1,134,722.90.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 0004AA

The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per month: 468,546 x $.0182 = $8,527.54 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 468,546 x $.0182 = $8,488.49.

SUBCLIN 0004AC

The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per

month: 40,741 x $0.1228 = $5,002.99. to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 40,741 x $0.1228 = $4965.04.

The unit price amount has decreased by $37.95 from $5,002.99 to $4,965.04.
The total cost of this line item has decreased by $455.40 from $60,035.88 to $59,580.48.

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

SUBCLIN 0004AA:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was increased by $468.60 from $101,861.88 to $102,330.48

AB: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031 was decreased by $468.60 from $468.60 to $0.00

SUBCLIN 0004AC:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was increased by $455.40 from $59,580.48 to $60,035.88

AB: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031 was decreased by $455.40 from $455.40 to $0.00

(End of Summary of Changes)

## MODIFICATION REVIEW CHECKLIST

**CONTRACT NUMBER** DABT39-00-C-4032 **Mod #** 17

✓ 1. Sufficient funds are available.

✓ 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30). (SAF)

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

✓ 5. Reason for mod stated in Block 14.

✓ 6. Legal review (mod exceeding $100,000)

✓ 7. Mod contains statement on contract price.

✓ 8. Mod contains statement on period of performance.

NA 9. Release of claims included, if appropriate.

NA 10. Pre/Post Negotiation Memorandums approved.

✓ 11. Modification amount (increase/decrease) stated and new contract amount provided. (See SF 30 instructions contained on the following page)

✓ 12. Action validated, approved, signed and distribution complete.

✓ 13. DD Form 350 properly completed and forwarded.

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Patricia Highsmith — 29 Sep 04
CONTRACT SPECIALIST — DATE

Annette Archuleta-Rendon — 29 Sep 04
CONTRACTING OFFICER — DATE

**AMENDMENT OF SOLICITATI( MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 26

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00017 | 01-Oct-2004 | SEE SCHEDULE | |

6. ISSUED BY — CODE W9124L
RT SILL
DIRECTORATE OF CONTRACTING
PO BOX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY (If other than item 6) — CODE
ACA, FORT SILL
PATRICIA HIGHSMITH
PATRICIA.HIGHSMITH@SILL.ARMY.MIL
580-442-4604
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032
X 10B. DATED (SEE ITEM 13) 01-Oct-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.217.9

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Custodial Services Contract, Fort Sill, OK
See Continuation Page For Details

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER<br>TEL: 580-442-4604 EMAIL: arkeketarendon@sill.army.mil | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY Annette Arkeketa-Rendon<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>29-Sep-2004 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

NARRATIVE

1.Pursuant to FAR Clause 52.217-9 "OPTION TO EXTEND THE TERM OF THE CONTRACT", this contract is hereby extended to cover the period from 1 October 2004 through 30 September 2005. Contract Line Item Numbers (CLINS) 0005 through 0005AE are applicable to Option Year Four.

2. The following list reflects FAR Clauses that have been changed or updated. A parenthesis denotes whether the clause is incorporated in full text or by reference. Clauses that have been updated and included in full text of the basic contract are included in full text in the Summary of Changes.

3.CLINS 0005AE was added to remove trash from the break room at DFAS, B4700 on Monday, Wednesday, and Thursday.

| **CLAUSE** | **TITLE** | **REF. / FULL** |
|---|---|---|
| 52.204-7 (NEW) | CENTRAL CONTRACTOR REGISTRATION (OCT 2003) | REFERENCE |
| 52.204-7004 (UPDATE) | ALTERNATES A (NEW TITLE) | REFERENCE |
| 52.212-4 (UPDATE) | CONTRACT TERMS AND CONDITIONS—COMMERCIAL ITEMS (OCT 2003) | FULL TEXT |
| 52.212-5 (UPDATE) | CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS—COMMERCIAL ITEMS (JUN 2004) | FULL TEXT |
| 252.212-7001 (UPDATE) | CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (JUN 2004) | FULL TEXT* |

*This clause was previously by reference; however, DFARS Clause 252.225-7001 Buy American Act and Balance of Payments Program (APR 2003) (41 U.S.C. 10a-10d, E.O. 10582) applies and is referenced within above clause

4. Revised Bid Schedule for Option Period Four is enclosed. All other terms and conditions remain the same.

5. The estimated total amount of the Option Year Four is $224,535.00

Contracting Officer: Annette Arkeketa-Rendon
Annette.Arkeketarendon@sill.army.mil
(580) 442-3854

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 EXERCISED OPTION | NON PERSONAL SERVICES: FFP | | | $0.00 | |

Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA EXERCISED OPTION | ROUTINE WORK (DIRECT COST CUSTOMERS) FFP | 12 | Months | $6,033.59 | $72,403.08 |

Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 379,471 x $.0159 = $6033.59
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $72,403.08

ACRN AC Funded Amount $72,403.08
ACRN AL Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 12 | Months | $8,227.47 | $98,729.64 |
| EXERCISED OPTION | ROUTINE WORK (REIMBURSABLE CUSTOMERS) | | | | |

FFP

Estimated x Price per sq.ft. = Cost per month x Qty/Unit = Estimated Sq. Feet Cost per Year

274,249 x $.030 = $8227.47 x 12 MO = $98,729.64

PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $98,729.64

ACRN AC Funded Amount $98,729.64
ACRN AM Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AC | | 12 | Months | $4,157.52 | $49,890.24 |
| EXERCISED OPTION | LATRINES, SHOWER AND LOCKER ROOMS | | | | |

FFP

Estimated x Price per sq.ft. = Cost per month x Qty/Unit = Estimated Sq. Feet Cost per Year

36,342 x $.1144 = $4,157.52 x 12 MO = $49,890.24

PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $49,890.24

ACRN AC Funded Amount $49,890.24
ACRN AN Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AD | | 12 | Months | $115.02 | $1,380.24 |
| EXERCISED OPTION | The Contractor shall remove bagged, shredded paper<br>FFP | | | | |

at the points specified on the attached floor plans (Technical Exhibit 4) at DFAS, Bldg. 4700. The Contractor shall remove only closed and tied bags. The Contractor shall remove all full bags at Station #1 once per work day. The Contractor shall remove all full bags at Stations 2 through 7 each day the building receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $1,380.24

ACRN AC Funded Amount $1,380.24
ACRN AN Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AE | | 12 | Months | $177.65 | $2,131.80 |
| EXERCISED OPTION | Remove trash in the breakroom<br>FFP | | | | |

The Contractor shall remove all full bags of trash from the beakroom only at DFAS, Bldg. 4700 on Monday, Wednesday, and Thursday unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash.

NET AMT $2,131.80

ACRN AC Funded Amount $2,131.80

FOB: Destination

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $224,535.00 from $910,643.30 to $1,135,178.30.

SUPPLIES OR SERVICES AND PRICES

CLIN 0005
The option status has changed from Option to Option Exercised.

SUBCLIN 0005AA
The CLIN extended description has changed from Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 393,698 x $.01587 = $6251.12 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 379,471 x $.0159 = $6033.59.
The unit price amount has decreased by $217.53 from $6,251.12 to $6,033.59.
The option status has changed from Option to Option Exercised.
The total cost of this line item has decreased by $2,610.36 from $75,013.44 to $72,403.08.

SUBCLIN 0005AB
The CLIN extended description has changed from Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month x Unit = Cost per Year 274,249 x $.02781 = $7,796.34 x 12 MO = $93,556.08 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month x Unit = Cost per Year 274,249 x $.030 = $8227.47 x 12 MO = $98,729.64.
The unit price amount has increased by $431.13 from $7,796.34 to $8,227.47.
The option status has changed from Option to Option Exercised.
The total cost of this line item has increased by $5,173.56 from $93,556.08 to $98,729.64.

SUBCLIN 0005AC
The option status has changed from Option to Option Exercised.

SUBCLIN 0005AD
The unit price amount has increased by $8.46 from $106.56 to $115.02.
The option status has changed from Option to Option Exercised.
The total cost of this line item has increased by $101.52 from $1,278.72 to $1,380.24.

SUBCLIN 0005AE is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AE<br>EXERCISED OPTION | Remove trash in the breakroom<br>FFP<br>The Contractor shall remove all full bags of trash from the beakroom only at DFAS, Bldg. 4700 on Monday, Wednesday, and Thursday unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash. | 12 | Months | $177.65 | $2,131.80 |

NET AMT $2,131.80

ACRN AC Funded Amount $2,131.80

FOB: Destination

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $224,535.00 from $911,111.90 to $1,135,646.90.

SUBCLIN 0005AA:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $72,403.08 from $0.00 to $72,403.08
The contract ACRN AC has been added.

SUBCLIN 0005AB:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $98,729.64 from $0.00 to $98,729.64
The contract ACRN AC has been added.

SUBCLIN 0005AC:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $49,890.24 from $0.00 to $49,890.24
The contract ACRN AC has been added.

SUBCLIN 0005AD:

AC: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168 was increased by $1,380.24 from $0.00 to $1,380.24
The contract ACRN AC has been added.

SUBCLIN 0005AE:
Funding on SUBCLIN 0005AE is initiated as follows:

ACRN: AC

Acctng Data: 2152020000002AB6AJ13000000000252G2WLD9EW44DQ70068N010LD9E2W012168

Increase: $2,131.80

Total: $2,131.80

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0005AE:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following have been added by full text:

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JUN 2004)

(a) The Contractor shall comply with the following Federal **Acquisition Regulation** (FAR) clause, which is incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items: 52.233-3, Protest after Award (AUG 1996) (31 U.S.C. 3553).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

XX (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JUL 1995), with Alternate I (OCT 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

___ (2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999) (U.S.C. 657a).

___ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer) (U.S.C. 657a).

___(4) (i) 52.219-5, Very Small Business Set-Aside (JUNE 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

____(ii) Alternate I (MAR 1999) to 52.219-5.

____(iii) Alternate II to (JUNE 2003) 52.219-5.

___ (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-6.

___ (iii) Alternate II (MAR 2004) of 52.219-6.

___ (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-7.

___ (iii) Alternate II (MAR 2004) of 52.219-7.

XX (7) 52.219-8, Utilization of Small Business Concerns (MAY 2004) (15 U.S.C. 637 (d)(2) and (3)).

XX_(8)(i) 52.219-9, Small Business Subcontracting Plan (JAN 2002) (15 U.S.C. 637(d)(4)).

___ (ii) Alternate I (OCT 2001) of 52.219-9

___(iii) Alternate II (OCT 2001) of 52.219-9.

XX (9) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).

___ (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (JUNE 2003) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

___ (ii) Alternate I (JUNE 2003) of 52.219-23.

___ (11) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCT 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (12) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004).

___ (14) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

___ (15) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (Jun 2004) (E.O. 13126).

XX (16) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

XX_(17) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

XX_(18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

XX_(19) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

XX_ (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

___ (21)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

___ (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

___ (22) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

___ (23)(i) 52.225-3, Buy American Act--Free Trade Agreements--Israeli Trade Act (JAN 2004) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78).

___ (ii) Alternate I (JAN 2004) of 52.225-3.

___ (iii) Alternate II (JAN 2004) of 52.225-3.

___ (24) 52.225-5, Trade Agreements (Jun 2004) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

___ (25) 52.225-13, Restrictions on Certain Foreign Purchases (OCT 2003) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of Treasury).

___ (26) 52.225-15, Sanctioned European Union Country End Products (FEB 2000) (E.O. 12849).

___ (27) 52.225-16, Sanctioned European Union Country Services (FEB 2000) (E.O. 12849).

___ (28) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

____ (29) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

____ (30) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

____ (31) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332).

XX__(32) 52.232-36, Payment by Third Party (MAY 1999) (31 U.S.C. 3332).

____ (33) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

____ (34)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (APR 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631).

____ (ii) Alternate I (APR 1984) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: [Contracting Officer check as appropriate.]

XX_(1) 52.222-41, Service Contract Act of 1965, as Amended (MAY 1989) (41 U.S.C. 351, et seq.).

XX_(2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

XX_(3) 52.222-43, Fair Labor Standards Act and Service Contract Act--Price Adjustment (Multiple Year and Option Contracts) (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

XX_(4) 52.222-44, Fair Labor Standards Act and Service Contract Act--Price Adjustment (February 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (April 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (December 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (April 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

The following have been modified:

<u>ATTACHMENT A</u>

94-2525 TX,WICHITA FALLS

WAGE DETERMINATION NO: 94-2525 REV (24)    AREA: TX,WICHITA FALLS

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2526

****************************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION WAGE AND HOUR DIVISION WASHINGTON D.C. 20210 |
| William W.Gross, Director — Division of Wage Determinations | Wage Determination No.: 1994-2525 Revision No.: 24 Date Of Revision: 07/23/2004 |

States: Oklahoma, Texas

Area: Oklahoma Counties of Comanche, Cotton, Greer, Harmon, Jackson, Jefferson, Kiowa, Stephens, Tillman
Texas Counties of Archer, Baylor, Clay, Wichita, Wilbarger

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support and Clerical Occupations | |
| 01011 - Accounting Clerk I | 10.22 |
| 01012 - Accounting Clerk II | 11.53 |
| 01013 - Accounting Clerk III | 12.95 |
| 01014 - Accounting Clerk IV | 14.47 |
| 01030 - Court Reporter | 14.67 |
| 01050 - Dispatcher, Motor Vehicle | 13.46 |
| 01060 - Document Preparation Clerk | 9.73 |
| 01070 - Messenger (Courier) | 8.26 |
| 01090 - Duplicating Machine Operator | 9.73 |
| 01110 - Film/Tape Librarian | 10.33 |
| 01115 - General Clerk I | 7.75 |
| 01116 - General Clerk II | 8.71 |
| 01117 - General Clerk III | 9.46 |
| 01118 - General Clerk IV | 10.62 |
| 01120 - Housing Referral Assistant | 14.32 |
| 01131 - Key Entry Operator I | 8.26 |
| 01132 - Key Entry Operator II | 9.86 |
| 01191 - Order Clerk I | 10.62 |
| 01192 - Order Clerk II | 11.59 |
| 01261 - Personnel Assistant (Employment) I | 10.86 |
| 01262 - Personnel Assistant (Employment) II | 12.24 |
| 01263 - Personnel Assistant (Employment) III | 13.62 |
| 01264 - Personnel Assistant (Employment) IV | 15.24 |
| 01270 - Production Control Clerk | 15.35 |
| 01290 - Rental Clerk | 10.33 |
| 01300 - Scheduler, Maintenance | 10.91 |
| 01311 - Secretary I | 10.91 |
| 01312 - Secretary II | 12.28 |
| 01313 - Secretary III | 15.06 |
| 01314 - Secretary IV | 15.31 |
| 01315 - Secretary V | 16.21 |
| 01320 - Service Order Dispatcher | 13.85 |
| 01341 - Stenographer I | 13.24 |
| 01342 - Stenographer II | 14.03 |
| 01400 - Supply Technician | 15.31 |
| 01420 - Survey Worker (Interviewer) | 12.60 |
| 01460 - Switchboard Operator-Receptionist | 9.55 |
| 01510 - Test Examiner | 12.28 |
| 01520 - Test Proctor | 12.28 |
| 01531 - Travel Clerk I | 9.53 |
| 01532 - Travel Clerk II | 10.28 |
| 01533 - Travel Clerk III | 10.83 |
| 01611 - Word Processor I | 10.96 |
| 01612 - Word Processor II | 12.24 |
| 01613 - Word Processor III | 13.79 |

| | |
|---|---|
| 03000 - Automatic Data Processing Occupations | |
| 03010 - Computer Data Librarian | 10.74 |
| 03041 - Computer Operator I | 12.06 |
| 03042 - Computer Operator II | 13.51 |
| 03043 - Computer Operator III | 15.55 |
| 03044 - Computer Operator IV | 20.38 |
| 03045 - Computer Operator V | 22.63 |
| 03071 - Computer Programmer I (1) | 15.90 |
| 03072 - Computer Programmer II (1) | 19.32 |
| 03073 - Computer Programmer III (1) | 23.64 |
| 03074 - Computer Programmer IV (1) | 26.00 |
| 03101 - Computer Systems Analyst I (1) | 20.42 |
| 03102 - Computer Systems Analyst II (1) | 25.47 |
| 03103 - Computer Systems Analyst III (1) | 27.49 |
| 03160 - Peripheral Equipment Operator | 12.29 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automotive Body Repairer, Fiberglass | 18.30 |
| 05010 - Automotive Glass Installer | 15.05 |
| 05040 - Automotive Worker | 15.05 |
| 05070 - Electrician, Automotive | 15.89 |
| 05100 - Mobile Equipment Servicer | 13.35 |
| 05130 - Motor Equipment Metal Mechanic | 16.77 |
| 05160 - Motor Equipment Metal Worker | 15.05 |
| 05190 - Motor Vehicle Mechanic | 16.77 |
| 05220 - Motor Vehicle Mechanic Helper | 12.47 |
| 05250 - Motor Vehicle Upholstery Worker | 14.18 |
| 05280 - Motor Vehicle Wrecker | 15.05 |
| 05310 - Painter, Automotive | 15.89 |
| 05340 - Radiator Repair Specialist | 15.05 |
| 05370 - Tire Repairer | 12.90 |
| 05400 - Transmission Repair Specialist | 16.77 |
| 07000 - Food Preparation and Service Occupations | |
| (not set) - Food Service Worker | 7.38 |
| 07010 - Baker | 10.49 |
| 07041 - Cook I | 9.32 |
| 07042 - Cook II | 10.49 |
| 07070 - Dishwasher | 6.96 |
| 07130 - Meat Cutter | 11.93 |
| 07250 - Waiter/Waitress | 7.55 |
| 09000 - Furniture Maintenance and Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 15.89 |
| 09040 - Furniture Handler | 11.43 |
| 09070 - Furniture Refinisher | 15.89 |
| 09100 - Furniture Refinisher Helper | 12.47 |
| 09110 - Furniture Repairer, Minor | 14.18 |
| 09130 - Upholsterer | 15.89 |
| 11030 - General Services and Support Occupations | |
| 11030 - Cleaner, Vehicles | 7.39 |
| 11060 - Elevator Operator | 7.68 |
| 11090 - Gardener | 9.73 |
| 11121 - House Keeping Aid I | 6.80 |
| 11122 - House Keeping Aid II | 7.69 |
| 11150 - Janitor | 7.83 |
| 11210 - Laborer, Grounds Maintenance | 8.86 |
| 11240 - Maid or Houseman | 6.80 |
| 11270 - Pest Controller | 12.47 |
| 11300 - Refuse Collector | 7.94 |
| 11330 - Tractor Operator | 10.20 |
| 11360 - Window Cleaner | 8.50 |
| 12000 - Health Occupations | |
| 12020 - Dental Assistant | 11.03 |
| 12040 - Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | 11.84 |
| 12071 - Licensed Practical Nurse I | 10.55 |
| 12072 - Licensed Practical Nurse II | 11.85 |
| 12073 - Licensed Practical Nurse III | 13.25 |
| 12100 - Medical Assistant | 9.80 |
| 12130 - Medical Laboratory Technician | 13.72 |
| 12160 - Medical Record Clerk | 9.77 |
| 12190 - Medical Record Technician | 13.54 |
| 12221 - Nursing Assistant I | 7.30 |

| | |
|---|---|
| 12222 - Nursing Assistant II | 8.21 |
| 12223 - Nursing Assistant III | 8.96 |
| 12224 - Nursing Assistant IV | 10.05 |
| 12250 - Pharmacy Technician | 12.19 |
| 12280 - Phlebotomist | 12.35 |
| 12311 - Registered Nurse I | 16.53 |
| 12312 - Registered Nurse II | 20.30 |
| 12313 - Registered Nurse II, Specialist | 20.30 |
| 12314 - Registered Nurse III | 24.47 |
| 12315 - Registered Nurse III, Anesthetist | 24.47 |
| 12316 - Registered Nurse IV | 29.32 |
| 13000 - Information and Arts Occupations | |
| 13002 - Audiovisual Librarian | 18.56 |
| 13011 - Exhibits Specialist I | 15.43 |
| 13012 - Exhibits Specialist II | 17.25 |
| 13013 - Exhibits Specialist III | 21.09 |
| 13041 - Illustrator I | 15.43 |
| 13042 - Illustrator II | 17.25 |
| 13043 - Illustrator III | 21.09 |
| 13047 - Librarian | 18.81 |
| 13050 - Library Technician | 11.63 |
| 13071 - Photographer I | 12.18 |
| 13072 - Photographer II | 13.69 |
| 13073 - Photographer III | 15.29 |
| 13074 - Photographer IV | 18.34 |
| 13075 - Photographer V | 22.20 |
| 15000 - Laundry, Dry Cleaning, Pressing and Related Occupations | |
| 15010 - Assembler | 6.84 |
| 15030 - Counter Attendant | 6.84 |
| 15040 - Dry Cleaner | 8.24 |
| 15070 - Finisher, Flatwork, Machine | 6.84 |
| 15090 - Presser, Hand | 6.84 |
| 15100 - Presser, Machine, Drycleaning | 6.84 |
| 15130 - Presser, Machine, Shirts | 6.84 |
| 15160 - Presser, Machine, Wearing Apparel, Laundry | 6.84 |
| 15190 - Sewing Machine Operator | 9.16 |
| 15220 - Tailor | 9.85 |
| 15250 - Washer, Machine | 7.44 |
| 19000 - Machine Tool Operation and Repair Occupations | |
| 19010 - Machine-Tool Operator (Toolroom) | 15.89 |
| 19040 - Tool and Die Maker | 22.22 |
| 21000 - Material Handling and Packing Occupations | |
| 21010 - Fuel Distribution System Operator | 15.36 |
| 21020 - Material Coordinator | 15.28 |
| 21030 - Material Expediter | 15.28 |
| 21040 - Material Handling Laborer | 9.03 |
| 21050 - Order Filler | 9.74 |
| 21071 - Forklift Operator | 13.39 |
| 21080 - Production Line Worker (Food Processing) | 11.95 |
| 21100 - Shipping/Receiving Clerk | 10.11 |
| 21130 - Shipping Packer | 10.15 |
| 21140 - Store Worker I | 9.83 |
| 21150 - Stock Clerk (Shelf Stocker; Store Worker II) | 12.40 |
| 21210 - Tools and Parts Attendant | 12.57 |
| 21400 - Warehouse Specialist | 11.95 |
| 23000 - Mechanics and Maintenance and Repair Occupations | |
| 23010 - Aircraft Mechanic | 16.77 |
| 23040 - Aircraft Mechanic Helper | 12.47 |
| 23050 - Aircraft Quality Control Inspector | 18.80 |
| 23060 - Aircraft Servicer | 14.18 |
| 23070 - Aircraft Worker | 15.05 |
| 23100 - Appliance Mechanic | 15.89 |
| 23120 - Bicycle Repairer | 12.90 |
| 23125 - Cable Splicer | 19.28 |
| 23130 - Carpenter, Maintenance | 15.89 |
| 23140 - Carpet Layer | 15.05 |
| 23160 - Electrician, Maintenance | 19.33 |
| 23181 - Electronics Technician, Maintenance I | 16.57 |
| 23182 - Electronics Technician, Maintenance II | 17.45 |
| 23183 - Electronics Technician, Maintenance III | 18.50 |

| | |
|---|---|
| 23260 - Fabric Worker | 14.18 |
| 23290 - Fire Alarm System Mechanic | 16.77 |
| 23310 - Fire Extinguisher Repairer | 13.35 |
| 23340 - Fuel Distribution System Mechanic | 16.77 |
| 23370 - General Maintenance Worker | 15.05 |
| 23400 - Heating, Refrigeration and Air Conditioning Mechanic | 16.77 |
| 23430 - Heavy Equipment Mechanic | 16.77 |
| 23440 - Heavy Equipment Operator | 15.55 |
| 23460 - Instrument Mechanic | 16.77 |
| 23470 - Laborer | 9.83 |
| 23500 - Locksmith | 15.89 |
| 23530 - Machinery Maintenance Mechanic | 16.77 |
| 23550 - Machinist, Maintenance | 16.97 |
| 23580 - Maintenance Trades Helper | 12.47 |
| 23640 - Millwright | 16.77 |
| 23700 - Office Appliance Repairer | 15.89 |
| 23740 - Painter, Aircraft | 15.89 |
| 23760 - Painter, Maintenance | 15.89 |
| 23790 - Pipefitter, Maintenance | 18.16 |
| 23800 - Plumber, Maintenance | 15.89 |
| 23820 - Pneudraulic Systems Mechanic | 16.77 |
| 23850 - Rigger | 16.77 |
| 23870 - Scale Mechanic | 15.05 |
| 23890 - Sheet-Metal Worker, Maintenance | 16.77 |
| 23910 - Small Engine Mechanic | 15.05 |
| 23930 - Telecommunication Mechanic I | 19.49 |
| 23931 - Telecommunication Mechanic II | 20.46 |
| 23950 - Telephone Lineman | 19.28 |
| 23960 - Welder, Combination, Maintenance | 16.77 |
| 23965 - Well Driller | 16.77 |
| 23970 - Woodcraft Worker | 16.77 |
| 23980 - Woodworker | 13.35 |
| 24000 - Personal Needs Occupations | |
| 24570 - Child Care Attendant | 7.90 |
| 24580 - Child Care Center Clerk | 9.86 |
| 24600 - Chore Aid | 6.85 |
| 24630 - Homemaker | 10.98 |
| 25000 - Plant and System Operation Occupations | |
| 25010 - Boiler Tender | 16.77 |
| 25040 - Sewage Plant Operator | 15.89 |
| 25070 - Stationary Engineer | 16.77 |
| 25190 - Ventilation Equipment Tender | 12.47 |
| 25210 - Water Treatment Plant Operator | 15.89 |
| 27000 - Protective Service Occupations | |
| (not set) - Police Officer | 14.75 |
| 27004 - Alarm Monitor | 9.87 |
| 27006 - Corrections Officer | 12.60 |
| 27010 - Court Security Officer | 12.33 |
| 27040 - Detention Officer | 12.60 |
| 27070 - Firefighter | 11.85 |
| 27101 - Guard I | 8.98 |
| 27102 - Guard II | 12.19 |
| 28000 - Stevedoring/Longshoremen Occupations | |
| 28010 - Blocker and Bracer | 14.27 |
| 28020 - Hatch Tender | 13.38 |
| 28030 - Line Handler | 13.38 |
| 28040 - Stevedore I | 12.61 |
| 28050 - Stevedore II | 14.15 |
| 29000 - Technical Occupations | |
| 21150 - Graphic Artist | 17.12 |
| 29010 - Air Traffic Control Specialist, Center (2) | 30.50 |
| 29011 - Air Traffic Control Specialist, Station (2) | 21.03 |
| 29012 - Air Traffic Control Specialist, Terminal (2) | 23.16 |
| 29023 - Archeological Technician I | 12.07 |
| 29024 - Archeological Technician II | 13.49 |
| 29025 - Archeological Technician III | 16.73 |
| 29030 - Cartographic Technician | 18.84 |
| 29035 - Computer Based Training (CBT) Specialist/ Instructor | 19.03 |
| 29040 - Civil Engineering Technician | 17.25 |
| 29061 - Drafter I | 11.92 |

| | |
|---|---|
| 29062 - Drafter II | 14.79 |
| 29063 - Drafter III | 16.64 |
| 29064 - Drafter IV | 18.56 |
| 29081 - Engineering Technician I | 11.75 |
| 29082 - Engineering Technician II | 14.56 |
| 29083 - Engineering Technician III | 16.36 |
| 29084 - Engineering Technician IV | 18.20 |
| 29085 - Engineering Technician V | 22.36 |
| 29086 - Engineering Technician VI | 27.07 |
| 29090 - Environmental Technician | 17.12 |
| 29100 - Flight Simulator/Instructor (Pilot) | 23.74 |
| 29160 - Instructor | 20.82 |
| 29210 - Laboratory Technician | 15.29 |
| 29240 - Mathematical Technician | 18.62 |
| 29361 - Paralegal/Legal Assistant I | 13.74 |
| 29362 - Paralegal/Legal Assistant II | 17.12 |
| 29363 - Paralegal/Legal Assistant III | 20.95 |
| 29364 - Paralegal/Legal Assistant IV | 25.32 |
| 29390 - Photooptics Technician | 18.56 |
| 29480 - Technical Writer | 24.88 |
| 29491 - Unexploded Ordnance (UXO) Technician I | 19.38 |
| 29492 - Unexploded Ordnance (UXO) Technician II | 23.45 |
| 29493 - Unexploded Ordnance (UXO) Technician III | 28.11 |
| 29494 - Unexploded (UXO) Safety Escort | 19.38 |
| 29495 - Unexploded (UXO) Sweep Personnel | 19.38 |
| 29620 - Weather Observer, Senior (3) | 15.49 |
| 29621 - Weather Observer, Combined Upper Air and Surface Programs (3) | 13.94 |
| 29622 - Weather Observer, Upper Air (3) | 13.94 |
| 31000 - Transportation/ Mobile Equipment Operation Occupations | |
| 31030 - Bus Driver | 12.36 |
| 31260 - Parking and Lot Attendant | 10.29 |
| 31290 - Shuttle Bus Driver | 11.63 |
| 31300 - Taxi Driver | 10.86 |
| 31361 - Truckdriver, Light Truck | 11.18 |
| 31362 - Truckdriver, Medium Truck | 12.14 |
| 31363 - Truckdriver, Heavy Truck | 13.25 |
| 31364 - Truckdriver, Tractor-Trailer | 13.25 |
| 99000 - Miscellaneous Occupations | |
| 99020 - Animal Caretaker | 8.11 |
| 99030 - Cashier | 7.36 |
| 99041 - Carnival Equipment Operator | 11.01 |
| 99042 - Carnival Equipment Repairer | 11.79 |
| 99043 - Carnival Worker | 8.80 |
| 99050 - Desk Clerk | 7.89 |
| 99095 - Embalmer | 19.38 |
| 99300 - Lifeguard | 9.42 |
| 99310 - Mortician | 19.38 |
| 99350 - Park Attendant (Aide) | 12.79 |
| 99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 10.19 |
| 99500 - Recreation Specialist | 10.95 |
| 99510 - Recycling Worker | 9.93 |
| 99610 - Sales Clerk | 9.24 |
| 99620 - School Crossing Guard (Crosswalk Attendant) | 7.94 |
| 99630 - Sport Official | 10.19 |
| 99658 - Survey Party Chief (Chief of Party) | 14.53 |
| 99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 13.35 |
| 99660 - Surveying Aide | 9.76 |
| 99690 - Swimming Pool Operator | 10.16 |
| 99720 - Vending Machine Attendant | 9.03 |
| 99730 - Vending Machine Repairer | 10.89 |
| 99740 - Vending Machine Repairer Helper | 9.03 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.59 an hour or $103.60 a week or $448.93 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or

successor; 3 weeks after 10 years, and 4 after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary

affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

LOCAL CLAUSES

**AWARD FOR BASE PERIOD ONLY**

Any award made as a result of this solicitation will be for the base period only and will not include any option period.

**CONTRACT PERIOD**

Any contract awarded as a result of bids submitted under this Invitation for Bids shall extend from 1 October 2000, or date of contract award, whichever is later, through 30 September 2001, unless sooner terminated under the terms of the contract.

NOTE: Exercise of the Government's option(s) to extend this contract may extend the above 20 September 2001 date to as late as 30 September 2005.

**OPTION TO EXTEND SERVICES**

(a) Services described herein may be extended as described at FAR 52.217-8 by the Contracting Officer's written notice to the Contractor anytime before contract expiration or within 30 calendar days after funds for the exercise of the option become available, whichever is later. This option is intended to protect the Government from disruption of mission essential service in the event of unusual administrative problems or other extenuating circumstances.

(b) No legal liability on the part of the Government for payment of any money for performance under any option beyond 30 September of the contract year shall arise unless and until funds are made available to the Contracting Officer for such performance and notice of such availability, to be confirmed in writing by the Contracting Officer, is given to the Contractor.

**IMPAC PAYMENT**

(a) The Government will process payments for supplies/services rendered under this contract through the Government-wide Commercial Purchase Card (IMPAC). The Contractor shall maintain the capability to accept the Government IMPAC Credit Card during the life of this contract.

(b) Within 3 working days after the beginning of each month, the Contractor shall submit to the Contracting Officer an invoice for services performed during the preceding month in accordance with FAR Clause 52.212-4, paragraph (g). The Contractor shall furnish the Contracting Officer a credit card receipt of the transaction within 24 hours after performance of services.

**SERVICE CONTRACT ACT WAGE DETERMINATIONS OF THE SECRETARY OF LABOR**

This contract is subject to the provisions of the Service Contract Act of 1965 (P.L. 89-286) and the requirements of the Service Contract Act, as amended by P.L. 92-473, 9 October 1972. Attention is invited to the obligation of the Contractor under Section 4(c) of the amended Service Contract Act. The Contractor, in performing this contract, shall adhere to the provisions of said Act and the regulations of the Secretary of Labor. Any questions regarding the extent of these obligations should be addressed to the Department of Labor.

**APPLICABLE WAGE DETERMINATION(S)**

The following U.S. Department of Labor Wage Determination is applicable to this procurement: (A copy of the wage determination is incorporated herein and made a part hereof (See Attachment A.))

| Wage Determination No. | Date |
|---|---|
| 94-2525 (Rev. 20) | 07/23/2004 |

**NOTICE OF COLLECTIVE BARGAINING AGREEMENT NEGOTIATIONS**

The Contractor shall notify the Contracting Officer thirty (30) calendar days prior to commencement of any collective bargaining agreement negotiations. The Contractor agrees to provide the Contracting Officer a copy of any collective bargaining agreement applicable to employees performing under this contract.

**FAIR LABOR STANDARDS ACT AMENDMENT (MAY 74)**

Notwithstanding any other provision of this contract, the minimum wage payment shall be as specified by P.L. 93-259 or the applicable Service Contract Act Wage Determination Rate, if any, whichever is greater.

**EQUIVALENT RATES FOR FEDERAL HIRES**

(See paragraph (c)(2) of FAR Clause 52.212-5.)

THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION.

| EMPLOYEE CLASS | MONETARY WAGE | FRINGE BENEFITS |
|---|---|---|
| Supervisor | $15.96 | 32.85% |
| Work Leader | $11.69 | 32.85% |
| Janitor/Custodian | $ 9.83 | 32.85% |
| Typist | $10.62 | 32.85% |

**PERMITS, TAXES, LICENSES, ORDINANCES, AND REGULATIONS**

Contractor shall obtain all necessary permits, give all notices, pay all license fees and taxes, comply with all Federal, state, municipal, county, and local Board of Health ordinances, rules and regulations applicable to the business carried on under this contract, and be responsible for all applicable state sales and use taxes.

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days (insert the period of time within which the Contracting Officer may exercise the option).

(End of clause)

252.212-7001 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (JUN 2004)

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

____ 52.203-3 Gratuities (APR 1984) (10 U.S.C. 2207).

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

XX 252.205-7000 Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).

____252.219-7003 Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts) (APR 1996) (15 U.S.C. 637).

____ 252.219-7004 Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program) (JUN 1997) (15 U.S.C. 637 note).

_XX_ 252.225-7001 Buy American Act and Balance of Payment Program (APR 2003) (41 U.S.C. 10a-10d, E.O. 10582).

_XX_ 252.225-7012 Preference for Certain Domestic Commodities (JUN 2004) (10.U.S.C. 2533a).

____ 252.225-7014 Preference for Domestic Specialty Metals (APR 2003) (10 U.S.C. 2533a).

____ 252.225-7015 Preference for Domestic Hand or Measuring Tools (APR 2003) (10 U.S.C. 2533a).

____ 252.225-7016 Restriction on Acquisition of Ball and Roller Bearings (MAY 2004) (____Alternate I) (APR 2003) (10 U.S.C. 2534 and Section 8099 of Public Law 104-61 and similar sections in subsequent DoD appropriations acts).

____ 252.225-7021 Trade Agreements (JUN 2004) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).

____ 252.225-7027 Restriction on Contingent Fees for Foreign Military Sales (APR 2003) (22 U.S.C. 2779).

____ 252.225-7028 Exclusionary Policies and Practices of Foreign Governments (APR 2003) (22 U.S.C. 2755).

____ 252.225-7036 Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payment Program (JAN 2004) (_____Alternate I) (JAN 2004) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).

____ 252.225-7038 Restriction on Acquisition of Air Circuit Breakers (APR 2003) (10 U.S.C. 2534(a)(3)).

_____ 252.226-7001 Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (Oct 2003) (Section 8021 of Pub. L. 107-248).

____ 252.227-7015 Technical Data--Commercial Items (NOV 1995) (10 U.S.C. 2320).

____ 252.227-7037 Validation of Restrictive Markings on Technical Data (SEP 1999) (10 U.S.C. 2321).

____ 252.232-7003 Electronic Submission of Payment Requests (JAN 2004) (10 U.S.C. 2227).

____ 252.243-7002 Requests for Equitable Adjustment (MAR 1998) (10 U.S.C. 2410).

_XX_252.247-7023 Transportation of Supplies by Sea (MAY 2002) (______Alternate I) (MAR 2000) (______Alternate II) (MAR 2000) (____Alternate III (May 2002).

XX_ 252.247-7024 Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (Federal Acquisition Regulation 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014 Preference for Domestic Specialty Metals, Alternate I (APR 2003) (10 U.S.C. 2533a).

252.247-7023 Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).

252.247-7024 Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631)

(End of clause)

The following have been deleted:

| | | |
|---|---|---|
| 52.212-5 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items | MAY 2001 |

The following were previously included by reference and are now included by full text:

52.212-4 CONTRACT TERMS AND CONDITIONS-- COMMERCIAL ITEMS (OCT 2003)

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement or any excusable delay, setting for the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice. (1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include--

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment.--

(1) Items accepted. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) Prompt payment. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(3) Electronic Funds Transfer (EFT). If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) Discount. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(5) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(t) Central Contractor Registration (CCR). (1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(2)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in FAR subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

(End of clause)

The following included by reference have been revised:

| | | |
|---|---|---|
| 52.217-9 | Option To Extend The Term Of The Contract | MAR 2000 |
| 52.219-6 | Notice Of Total Small Business Set-Aside | JUL 1996 |

The following included by full text have been revised:

52.232-18 AVAILABILITY OF FUNDS (APR 1984)

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

(End of clause)

52.232-36 PAYMENT BY THIRD PARTY (MAY 1999)

(a) General. The Contractor agrees to accept payments due under this contract, through payment by a third party in lieu of payment directly from the Government, in accordance with the terms of this clause. The third party and, if applicable, the particular Governmentwide commercial purchase card to be used are identified elsewhere in this contract.

(b) Contractor payment request. In accordance with those clauses of this contract that authorize the Contractor to submit invoices, contract financing requests, other payment requests, or as provided in other clauses providing for payment to the Contractor, the Contractor shall make such payment requests through a charge to the Government account with the third party, at the time and for the amount due in accordance with the terms of this contract.

(c) Payment. The Contractor and the third party shall agree that payments due under this contract shall be made upon submittal of payment requests to the third party in accordance with the terms and conditions of an agreement between the Contractor, the Contractor's financial agent (if any), and the third party and its agents (if any). No payment shall be due the Contractor until such agreement is made. Payments made or due by the third party under this clause are not payments made by the Government and are not subject to the Prompt Payment Act or any implementation thereof in this contract.

(d) Documentation. Documentation of each charge against the Government's account shall be provided to the Contracting Officer upon request.

(e) Assignment of claims. Notwithstanding any other provision of this contract, if any payment is made under this clause, then no payment under this contract shall be assigned under the provisions of the assignment of claims terms of this contract or the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

(f) Other payment terms. The other payment terms of this contract shall govern the content and submission of payment requests. If any clause requires information or documents in or with the payment request, that is not provided in the third party agreement referenced in paragraph (c) of this clause, the Contractor shall obtain instructions from the Contracting Officer before submitting such a payment request.

(End of clause)

(End of Summary of Changes)

DEPARTMENT OF THE ARMY
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

September 17, 2004

Directorate of Contracting

H & R Services Inc.
Attn: Roger Hall
P. O. Box 175
Owens Cross Road, AL 35763

Dear Mr. Hall:

This letter is referencing modification P00017, which was to add custodial services for building 4908. The modification number P00017 was assigned to this action in error. The correct modification number for this action is P00016. Enclosed you will find a revised modification P00016 to add custodial services for building 4908. Please sign and fax this modification to 580-442-8014.

If you should have any concerns, please call me at 442-4604.

Sincerely,

Vicki Highsmith
Vicki Highsmith
Contract Specialist

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 7

2. AMENDMENT/MODIFICATION NO.: P00016
3. EFFECTIVE DATE: 02-Sep-2004
4. REQUISITION/PURCHASE REQ. NO.: SEE SCHEDULE
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE W9124L
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
PO BOX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY (If other than item 6) CODE
ACA, FORT SILL
PATRICIA HIGHSMITH
PATRICIA.HIGHSMITH@SILL.ARMY.MIL
580-442-4004
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GW35
FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032
X 10B. DATED (SEE ITEM 13) 22-Aug-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
FAR 43.103 (a)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Continuation Pages For Details

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Roger Hall, G.M.

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
TEL: EMAIL:

15B. CONTRACTOR/OFFEROR
[signature]
(Signature of person authorized to sign)

15C. DATE SIGNED
9/7/04

16B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

16C. DATE SIGNED

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

September 17, 2004

Directorate of Contracting

H & R Services Inc.
Attn: Roger Hall
P. O. Box 175
Owens Cross Road, AL 35763

Dear Mr. Hall:

This letter is referencing modification P00017, which was to add custodial services for building 4908. The modification number P00017 was assigned to this action in error. The correct modification number for this action is P00016. Enclosed you will find a revised modification P00016 to add custodial services for building 4908. Please sign and fax this modification to 580-442-8014.

If you should have any concerns, please call me at 442-4604.

Sincerely,

Vicki Highsmith
Contract Specialist

# AMENDMENT OF SOLICITAT N/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 / 7 | | |
| 2. AMENDMENT/MODIFICATION NO. P00016 | 3. EFFECTIVE DATE 02-Sep-2004 | 4. REQUISITION/PURCHASE REQ. NO. SEE SCHEDULE | 5. PROJECT NO.(If applicable) |
| 6. ISSUED BY CODE W9124L<br>)RT SILL<br>ORATE OF CONTRACTING<br>r.. BOX 33501<br>1803 MACOMB ROAD<br>FORT SILL OK 73503 0501 | | 7. ADMINISTERED BY (If other than item 6) CODE<br>ACA, FORT SILL<br>PATRICIA HIGHSMITH<br>PATRICIA.HIGHSMITH@SILL.ARMY.MIL<br>580-442-4604<br>FORT SILL OK | |

| | | |
|---|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>H & R SERVICES INC.<br>ROGER HALL<br>PO BOX 175<br>OWENS CROSS ROAD AL 35763 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032 |
| CODE 0GWS5 FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 22-Aug-2000 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. IS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 43.103 (a) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Continuation Pages For Details

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TEL: EMAIL: | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

EX TION TO SF 30
A D BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

For Helicopter Support.

DABT39-00-C-4032
P00016
Page 2 of 7

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**
NARRATIVE
CUSTODIAL SERVICES, FORT SILL, OK.

1. The purpose of this modification is to adjust line items to reflect additional work as stated below.

2. Line Item 0004AE amount has an overall increase of $33.09 The following breakdown applies to this line item:

| Add | SF | Cost per SF | Clean Days | Cost Sept | costt per Month | Total Cost |
|---|---|---|---|---|---|---|
| B4908 | 1818 | .0182 | 30/30 | $33.09 | $33.09 | |

3. Line Item 0004AF amount is changed from $ 38.31 The following breakdown applies to this line item:

| Add | SF | Cost per SF | Clean Days | Cost Sept | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|
| B4908 | 312 | .1228 | 30/30 | $38.31 | $38.31 | |

4. Total increase $71.40.

5. Accounting and Appropriation Data for this modification is as follows:
2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031.

6. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

Contracting Officer: Annette Arkeketa-Rendon
Annette.arkeketarendon@sill.army.mil
580-442-62222

**SUMMARY OF CHANGES**

33.09
38.31
$71.40

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $526.80 from $910,116.50 to $910,643.30.
The discount terms Net 30 Days has been deleted.

SUPPLIES OR SERVICES AND PRICES

CLIN 0001
The PROG code S10 has been added.

One time cost? for FY 04.

SUBCLIN 0001AA
The PROG code S10 has been added.

SUBCLIN 0001AB
The PROG code S10 has been added.

SUBCLIN 0001AC
The PROG code S10 has been added.

SUBCLIN 0001AD
The PROG code S10 has been added.

CLIN 0002
The PROG code S10 has been added.

SUBCLIN 0002AA
The PROG code S10 has been added.

SUBCLIN 0002AB
The PROG code S10 has been added.

SUBCLIN 0002AC
The PROG code S10 has been added.

SUBCLIN 0002AD
The PROG code S10 has been added.

CLIN 0003
The PROG code S10 has been added.

SUBCLIN 0003AA
The PROG code S10 has been added.

SUBCLIN 0003AB
The PROG code S10 has been added.

SUBCLIN 0003AC
The PROG code S10 has been added.

SUBCLIN 0003AD
The PROG code S10 has been added.

CLIN 0004
The PROG code S10 has been added.

SUBCLIN 0004AA
The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per month: 466,728 x $.0182 = $8,488.49 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 468,546 x $.0182 = $8,527.54.
The PROG code S10 has been added.

SUBCLIN 0004AB
The PROG code S10 has been added.

SUBCLIN 0004AC
The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per month: 40,429 x $0.1228 = $4,965.04 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 40,741 x $0.1228 = $5,002.99..
The unit price amount has increased by $37.95 from $4,965.04 to $5,002.99.
The PROG code S10 has been added.
The total cost of this line item has increased by $455.40 from $59,580.48 to $60,035.88.

SUBCLIN 0004AD
The PROG code S10 has been added.

CLIN 0005
The PROG code S10 has been added.

SUBCLIN 0005AA
The PROG code S10 has been added.

SUBCLIN 0005AB
The PROG code S10 has been added.

SUBCLIN 0005AC
The PROG code S10 has been added.

SUBCLIN 0005AD
The PROG code S10 has been added.

SUBCLIN 0004AE is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AE | | 1 | Months | $33.09 | $33.09 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
Building 4908 1818 SF X .0182 clean days. Effective September 1, 2004.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $33.09

ACRN AB Funded Amount $33.09

FOB: Destination

SUBCLIN 0004AF is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AF | | 1 | Months | $38.31 | $38.31 |

LATRINES SHOWERS AND LOCKER ROOMS
FFP
BUILDING 4908, 312 SF X .1228. Effective 1 SEP 04
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $38.31

ACRN AB Funded Amount $38.31

FOB: Destination

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $995.40 from $910,116.50 to $911,111.90.

SUBCLIN 0004AA:

AB: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031 was increased by $468.60 from $0.00 to $468.60
The contract ACRN AB has been added.

SUBCLIN 0004AC:

AB: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031 was increased by $455.40 from $0.00 to $455.40
The contract ACRN AB has been added.

SUBCLIN 0004AE:
Funding on SUBCLIN 0004AE is initiated as follows:

ACRN: AB

Acctng Data: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031

Increase: $33.09

Total: $33.09

SUBCLIN 0004AF:
Funding on SUBCLIN 0004AF is initiated as follows:

ACRN: AB

Acctng Data: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031

Increase: $38.31

Total: $38.31

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item for SUBCLIN 0004AA has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0004AE:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0004AF:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0004AE:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for SUBCLIN 0004AF:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

# AMENDMENT OF SOL[illegible] [illegible]N/MODIFICATION OF CONTRACT

1. CONTRACT [illegible]DE: J [illegible]
PAGE OF PAGES: 1 | 7

2. AMENDMENT/MODIFICATION NO.: P00016
3. EFFECTIVE DATE: 02-Sep-2004
4. REQUISITION/PURCHASE REQ. NO.: SEE SCHEDULE
5. PROJECT NO.(If applicable):

6. I[illegible]ED BY — CODE: W9124L
[illegible]RT SILL
[illegible]ORATE OF CONTRACTING
P[illegible] BOX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

7. ADMINISTERED BY (If other than item 6) — CODE:
ACA, FORT SILL
PATRICIA HIGHSMITH
PATRICIA.HIGHSMITH@SILL.ARMY.MIL
580-442-4604
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032
X 10B. DATED (SEE ITEM 13) 22-Aug-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[illegible]HE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying [illegible]ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[illegible]IS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
FAR 43.103 (a)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Continuation Pages For Details

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER
TEL: 580-442-4604 EMAIL: arkeketarendon@sill.army.mil

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Annette Arkeketa-Rendon
(Signature of Contracting Officer)

16C. DATE SIGNED
17-Sep-2004

EX[illegible]ON TO SF 30
A[illegible]D BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**
NARRATIVE
CUSTODIAL SERVICES, FORT SILL, OK.

1. The purpose of this modification is to adjust line items to reflect additional work as stated below.

2. Line Item 0004AE amount has an overall increase of $33.09 The following breakdown applies to this line item:

| Add | SF | Cost per SF | Clean Days | Cost Sept | costt per Month | Total Cost |
|---|---|---|---|---|---|---|
| B4908 | 1818 | .0182 | 30/30 | $33.09 | $33.09 | |

3. Line Item 0004AF amount is changed from $ 38.31 The following breakdown applies to this line item:

| Add | SF | Cost per SF | Clean Days | Cost Sept | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|
| B4908 | 312 | .1228 | 30/30 | $38.31 | $38.31 | |

4. Total increase $71.40.

5. Accounting and Appropriation Data for this modification is as follows:
2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031.

6. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

Contracting Officer: Annette Arkeketa-Rendon
Annette.arkeketarendon@sill.army.mil
580-442-62222

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $526.80 from $910,116.50 to $910,643.30.
The discount terms Net 30 Days has been deleted.

SUPPLIES OR SERVICES AND PRICES

CLIN 0001
The PROG code S10 has been added.

SUBCLIN 0001AA
The PROG code S10 has been added.

SUBCLIN 0001AB
The PROG code S10 has been added.

SUBCLIN 0001AC
The PROG code S10 has been added.

SUBCLIN 0001AD
The PROG code S10 has been added.

CLIN 0002
The PROG code S10 has been added.

SUBCLIN 0002AA
The PROG code S10 has been added.

SUBCLIN 0002AB
The PROG code S10 has been added.

SUBCLIN 0002AC
The PROG code S10 has been added.

SUBCLIN 0002AD
The PROG code S10 has been added.

CLIN 0003
The PROG code S10 has been added.

SUBCLIN 0003AA
The PROG code S10 has been added.

SUBCLIN 0003AB
The PROG code S10 has been added.

SUBCLIN 0003AC
The PROG code S10 has been added.

SUBCLIN 0003AD
The PROG code S10 has been added.

CLIN 0004
The PROG code S10 has been added.

SUBCLIN 0004AA
The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per month: 466,728 x $.0182 = $8,488.49 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 468,546 x $.0182 = $8,527.54.
The PROG code S10 has been added.

SUBCLIN 0004AB
The PROG code S10 has been added.

SUBCLIN 0004AC
The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per month: 40,429 x $0.1228 = $4,965.04 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 40,741 x $0.1228 = $5,002.99..
The unit price amount has increased by $37.95 from $4,965.04 to $5,002.99.
The PROG code S10 has been added.
The total cost of this line item has increased by $455.40 from $59,580.48 to $60,035.88.

SUBCLIN 0004AD
The PROG code S10 has been added.

CLIN 0005
The PROG code S10 has been added.

SUBCLIN 0005AA
The PROG code S10 has been added.

SUBCLIN 0005AB
The PROG code S10 has been added.

SUBCLIN 0005AC
The PROG code S10 has been added.

SUBCLIN 0005AD
The PROG code S10 has been added.

SUBCLIN 0004AE is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AE | | 1 | Months | $33.09 | $33.09 |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP
Building 4908 1818 SF X .0182 clean days. Effective September 1, 2004.
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $33.09

ACRN AB Funded Amount $33.09

FOB: Destination

SUBCLIN 0004AF is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AF | | 1 | Months | $38.31 | $38.31 |

LATRINES SHOWERS AND LOCKER ROOMS
FFP
BUILDING 4908, 312 SF X .1228. Effective 1 SEP 04
PURCHASE REQUEST NUMBER: W44DQ7-0068-N010

NET AMT $38.31

ACRN AB Funded Amount $38.31

FOB: Destination

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $995.40 from $910,116.50 to $911,111.90.

SUBCLIN 0004AA:

AB: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031 was increased by $468.60 from $0.00 to $468.60
The contract ACRN AB has been added.

SUBCLIN 0004AC:

AB: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031 was increased by $455.40 from $0.00 to $455.40
The contract ACRN AB has been added.

SUBCLIN 0004AE:
Funding on SUBCLIN 0004AE is initiated as follows:

ACRN: AB

Acctng Data: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031

Increase: $33.09

Total: $33.09

SUBCLIN 0004AF:
Funding on SUBCLIN 0004AF is initiated as follows:

ACRN: AB

Acctng Data: 2142020000002AB6AJ13000000000254082K12YW44DQ70068N010K12Y82034031

Increase: $38.31

Total: $38.31

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item for SUBCLIN 0004AA has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2003 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>ATZR-EEZ/CONSTRUCTION BR<br>1950 BARBOUR RD<br>FORT SILL OK 73503-5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0004AE:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0004AF:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-SEP-2004 TO 30-SEP-2004 | N/A | DIRECTORATE OF PUBLIC WORKS<br>EVANS P. WARNER<br>CONSTRUCTION BR., BLDG. 1950<br>FORT SILL OK 73503 5100<br>580-442-3898<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0004AE:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for SUBCLIN 0004AF:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

# Purchase Request

**Description**
CUSTODIAL CONTRAC

**Purchase Request Number**
W44DQ7-006 J-0002

**Requisition Date**
30-Aug-2004

**DPAS Priority Rating**

**Priority**

**Requesting Office**
DIRECTORATE OF PUBLIC WORKS
PAT HICKS
BUILDING 1950
FORT SILL OK 73503 5100

Tel: 580-442-5175 Fax:

**Type of Action**

- [ ] Small Purchase
- [x] Competed Contract
- [ ] Non-competed Contract
- [ ] Manufacturer Sole Source
- [ ] Delivery Order
- [ ] Task Order
- [ ] Grants/Coops Agreement
- [ ] Sealed Bid
- [ ] FSS/GSA Schedule
- [ ] Commercial
- [ ] NIB / NISH / FPI

**Issuing Office**
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
PO BOX 33501
1803 MACOMB ROAD
FORT SILL OK 73503 0501

Tel: 580-442-6561 Fax: 580-442-3819

**Ship To** **Code**

**See Line Item Detail for "Ship To" Addresses**

**Suggested Supply Source**

**Suggested Vendor(s)**

**Comments**
POC IS CARL RIEMER @ (580) 442-4620.

DRAFT

## Line Item Summary

| | |
|---|---|
| Total Cost | $71.40 |
| Total Funding | $71.40 |

**See Attached Page(s) for Line Item Detail**

## Contract Data

**Suggested Type of Contract**

**See Line Item Detail for Proposed Individual CLIN Contract Types**

**Suggested Contracting Officer's Representative(s)**

**No CORs Defined**

**Suggested Contract/Agreement Information**

Contract/Agreement Number:

- [x] Delivery Order
- [ ] Modification
- [ ] Association

**Suggested Preference Program**
No Preference / Not Listed

**KO Notes**
**See Attached for KO Notes**

ELECTRONIC FORM PR-001, AUG 95

| **Contract Data (cont'd)** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>TQ CONTRACT / W44DQ7-0068-N010-0002 | PAGE<br>2 of 6 |
|---|---|---|

**KO Notes**

DRAFT

## Delivery / Task Order

## Additional Data

**Additional Point of Contact (POC) Information**

Phone:
Fax:

**Property Officer Information**

Phone:
Fax:

**J/A Number:**
**Execution Method:**
**Pr… Number:**
**…Codes:**

**Proposal Due:**
**Date:**

**Security Clearance Required**

- [X] Unclassified
- [ ] Confidential
- [ ] Secret
- [ ] Top Secret

ELECTRONIC FORM PR-001 (cont'd), AUG 95

Section Supplies or Services and Price

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1,818 | Square Foot | $0.0182 | $33.09 |

CUSTODIAL CONTRACT, DABT39-00-C-4032
FFP
Modification is requested to the subject contract effective upon contracting officer's approval to incorporate the following changes:Add Building 4908, Bid Item 004AA SF 1818 ; Cost per SF equals 30/30 clean days. This modification represents an overall increase of $71.40 The accounting classificatiion is as follows:
PURCHASE REQUEST NUMBER: W44DQ7--0068-N010-0002

| | |
|---|---|
| NET AMT | $33.09 |
| Funded Amount | $33.09 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 312 | Square Foot | $0.1228 | $38.31 |

CUSTODIAL CONTRACT, DABT39-00-C-4032
FFP
Modification is requested to the subject contract effective upon contracting officer's approval to incorporate the following changes:Add Building 4908, Bid Item 004AC SF 312 ; Cost per SF equals 30/30 clean days. This modification represents an overall increase of $71.40
PURCHASE REQUEST NUMBER: W44DQ7--0068-N010-0002

| | |
|---|---|
| NET AMT | $38.31 |
| Funded Amount | $38.31 |

FOB: Destination

Section Inspection and Acceptance

INSPECTION AND ACCEPTANCE

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | N/A |

Section Deliveries and Performance

DELIVERIES AND PERFORMANCE

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | 30-AUG-2004 | 1,818 | N/A<br>FOB: Destination | |
| 0002 | 30-AUG-2004 | 312 | N/A<br>FOB: Destination | |

Section Contract Administration Data

## CONTRACT ADMINISTRATION DATA

2142020000002AB6AJ130000000000254082K12YW44DQ70068N010K12Y82034031
AMOUNT: $71.40

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 6

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00015 | 01-Oct-2003 | SEE SCHEDULE | |

6. ISSUED BY CODE W9124L
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
1803 MACOMB ROAD
FORT SILL OK 73503-0501

7. ADMINISTERED BY (If other than item 6) CODE
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13)
22-Aug-2000

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
Funding Modification

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Custodial Services, Fort Sill, OK

Provide Funds for Fiscal Year 2004 and Update Electronic Data in the Contract Database

SEE CONTINUATION PAGES FOR DETAILS

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
RAYMOND J. DRYZ / CONTRACTING OFFICER
TEL: 580-442-4315 EMAIL: dryzr@sill.army.mil

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY Raymond J. Dryz (Signature of Contracting Officer) | 04-Nov-2003 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $0.00 from $910,116.50 to $910,116.50.
The 'issued by' organization has changed from
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
P.O. BOX 33501
FORT SILL OK 73503-0501
to
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
1803 MACOMB ROAD
FORT SILL OK 73503-0501

The 'administered by' organization has changed from
ACA, FORT SILL
RAY DRYZ
DRYZR@SILL.ARMY.MIL
580-442-4315
FORT SILL OK
to
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
1803 MACOMB ROAD
FORT SILL OK 73503-0501

The 'Payment will be made by' organization has changed from
CREDIT CARD/FORT SILL, OK
TO BE PAID BY GOVERNMENT
IMPAC CREDIT CARD
FORT SILL OK
to
CREDIT CARD/FORT SILL, OK
TO BE PAID BY GOVERNMENT
PURCHASE CARD
FORT SILL OK

The contractor organization has changed from
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815
to
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

SUPPLIES OR SERVICES AND PRICES

Global Changes

CLIN 0001 -- SUBCLIN 0005AD
The NAICS code 561720 has been added.

SUBCLIN 0001AA
The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month 393,698 x $.0171 = $6732.24 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 393,698 x $.0171 = $6732.24.

SUBCLIN 0001AB
The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month 204,151 x $.0336 = $6,859.47 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 204,151 x $.0336 = $6,859.47.

SUBCLIN 0001AC
The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month 34,429 x $.1144 = $3,938.68 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 34,429 x $.1144 = $3,938.68.

SUBCLIN 0002AA
The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month 402,090.5 x $.01587 = $6,381.155 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 402,090.5 x $.01587 = $6,381.155.

SUBCLIN 0002AB
The CLIN extended description has changed from Estimated Price Cost per Sq. Feet x per sq.ft. = month 280,972 x $.02781 = $7,813.83 to Estimated Price Cost per Sq. Feet x per sq.ft. = month 280,972 x $.02781 = $7,813.83.

SUBCLIN 0002AC
The CLIN extended description has changed from Estimated Price Cost per Sq. Feet x per sq.ft. = month 36,843 x $.1144 = $4,214.87 to Estimated Price Cost per Sq. Feet x per sq.ft. = month 36,843 x $.1144 = $4,214.87.

SUBCLIN 0003AA

The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month 393,698 x $.01587 = $6251.12 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 393,698 x $.01587 = $6251.12.

SUBCLIN 0003AB

The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month x Unit = Cost per Year274,249 x $.02781 = $7,796.34 x 12 MO = $93,556.08 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month x Unit = Cost per Year 274,249 x $.02781 = $7,796.34 x 12 MO = $93,556.08.

SUBCLIN 0003AC

The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month x Unit = Cost per Year 36,342 x $.1144 = $4,157.52 x 12 MO = $49,890.24 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month x Unit = Cost per Year 36,342 x $.1144 = $4,157.52 x 12 MO = $49,890.24.

SUBCLIN 0004AA

The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per month: 466,728 x $.0182 = $8,488.49 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 466,728 x $.0182 = $8,488.49.

SUBCLIN 0004AB

The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per month: 205,120 x$.0366 = $7,510.49 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 205,120 x $.0366 = $7,510.49.

SUBCLIN 0004AC

The CLIN extended description has changed from Estimated Sq. Feet x Price per sq. ft. = Cost per month: 40,429 x$0.1228 = $4,965.04 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 40,429 x $0.1228 = $4,965.04.

SUBCLIN 0005AA

The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month 393,698 x $.01587 = $6251.12 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month 393,698 x $.01587 = $6251.12.

SUBCLIN 0005AB

The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month x Unit = Cost per Year274,249 x $.02781 = $7,796.34 x 12 MO = $93,556.08 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month x Unit = Cost per Year 274,249 x $.02781 = $7,796.34 x 12 MO = $93,556.08.

SUBCLIN 0005AC

The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month x Unit = Cost per Year 36,342 x $.1144 = $4,157.52 x 12 MO = $49,890.24 to Estimated Price Cost per Qty/ Estimated Sq. Feet x per sq.ft. = month x Unit = Cost per Year 36,342 x $.1144 = $4,157.52 x 12 MO = $49,890.24.

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $252,948.48 from $657,168.02 to $910,116.50.

CLIN 0001:

AP: 21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031was increased by $0.00 from $0.00 to $0.00
The contract ACRN AP has been added.

CLIN 0004:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031was increased by $0.00 from $0.00 to $0.00
The contract ACRN AA has been added.

SUBCLIN 0004AA:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was increased by $101,861.88 from $0.00 to $101,861.88
The contract ACRN AA has been added.

SUBCLIN 0004AB:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was increased by $90,125.88 from $0.00 to $90,125.88
The contract ACRN AA has been added.

SUBCLIN 0004AC:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was increased by $59,580.48 from $0.00 to $59,580.48
The contract ACRN AA has been added.

SUBCLIN 0004AD:

AA: 2142020000002AB6AJ13000000000252G82K19HW44DQ70068N010K19H82034031 was increased by $1,380.24 from $0.00 to $1,380.24
The contract ACRN AA has been added.

(End of Summary of Changes)

# FAX FORM

**FROM:** RAYMOND J DRYZ
ACA/DIRECTORATE
OF CONTRATING
FORT SILL, OK
VOICE: 580-442-4315 FAX:
580-442-4621
EMAIL: dryzr@sill.army.mil

**TO:** Hope Hall Huntsville AL

| Company Name | Work Phone | Work Extension | Fax Number |
|---|---|---|---|
| H & R Services, Inc. | (256) 527-3083 | | (256) 533-3176 |

Subject DABT39-00-C-4032, Custodial, Fort Sill, OK

Notes

FAX HAS 2 PAGES INCLUDING THIS COVER

Mr and Ms Hall:

Attached is the executed page 1 of modification 0014 to the subject contract.

Thanks for your quick response to my fax. I am looking forward to another year of the great service you have always provided Fort Sill under this contract.

Feel free to call if there are any questions.

Thank you,

Raymond J. Dryz
Contracting Officer

#14

Tuesday, September 23, 2003

# FAX FORM

**FROM:** RAYMOND J DRYZ
ACA/DIRECTORATE
OF CONTRATING
FORT SILL, OK
VOICE: 580-442-4315 FAX:
580-442-4621
EMAIL: dryzr@sill.army.mil

**TO:** Hope Hall Huntsville AL

| Company Name | Work Phone | Work Extension | Fax Number |
|---|---|---|---|
| H & R Services, Inc. | (256) 527-3083 | | (256) 533-3176 |

Subject DABT39-00-C-4032, Custodial, Fort Sill, OK

Notes

FAX HAS 18 PAGES INCLUDING THIS COVER

Mr and Ms Hall:

Attached is modification 0014 to the subject contract. This modification exercises option year 3. Note that the modification is subject to the availability of FY04 funds. Also note that unit prices have been modified to accommodate the full amount of the increase you asked for to pay for the new wage rate and health and welfare benefits.

To accept modification, simply sign and fax back the SF 30, page one, of the modification. Also follow up with a mailed copy of the original. To ensure execution of the modification prior to year end, I request you fax back the signed copy no later than Wednesday, September 24, 2003.

Feel free to call if there are any questions.

Thank you,

Raymond J. Dryz
Raymond J. Dryz
Contracting Officer

Monday, September 22, 2003

HALL 865-436-3980 p.2

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 \| 17 | | |
| 2. AMENDMENT/MODIFICATION NO. P00014 | 3. EFFECTIVE DATE 01-Oct-2003 | 4. REQUISITION/PURCHASE REQ. NO. SEE SCHEDULE | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE DABK35<br>ACA, FORT SILL<br>DIRECTORATE OF CONTRACTING<br>1803 MACOMB ROAD<br>FORT SILL OK 73503-0501 | | 7. ADMINISTERED BY (If other than item 6) CODE DABK35<br>ACA, FORT SILL<br>RAY DRYZ<br>DRYZR@SILL.ARMY.MIL<br>580-442-4315<br>FORT SILL OK | |

| | |
|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>H & R SERVICES INC.<br>ROGER HALL<br>1428 WEATHERLY ROAD 101<br>HUNTSVILLE AL 35815 | 9A. AMENDMENT OF SOLICITATION NO.<br>9B. DATED (SEE ITEM 11)<br>X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032<br>X 10B. DATED (SEE ITEM 13) 22-Aug-2000 |
| CODE 0GWS5 FACILITY CODE | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>Mutual Consent |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Custodial Services, Fort Sill, Oklahoma.

SEE ATTACHED CONTINUATION PAGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>Hope M. Hall President | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>RAYMOND J. DRYZ<br>Contracting Officer<br>TEL: EMAIL: | |
| 15B. CONTRACTOR/OFFEROR<br>Hope M Hall<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>9/23/03 | 16B. UNITED STATES OF AMERICA<br>BY Raymond J. Dryz<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>23 Sep 03 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $252,948.48 from $657,168.02 to $910,116.50.
The remittance address change checkbox not checked has been added.

SUPPLIES OR SERVICES AND PRICES

CLIN 0004
The option status has changed from Option to Option Exercised.
The cost constraint NTE has been added.

SUBCLIN 0004AA
The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month 393,698 x $.01587 = $6251.12 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 466,728 x $.0182 = $8,488.49.
The unit price amount has increased by $2,237.37 from $6,251.12 to $8,488.49.
The option status has changed from Option to Option Exercised.
The cost constraint NTE has been added.
The total cost of this line item has increased by $26,848.44 from $75,013.44 to $101,861.88.

SUBCLIN 0004AB
The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month x Unit = Cost per Year274,249 x $.02781 = $7,796.34 x 12 MO = $93,556.08 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 205,120 x$.0366 = $7,510.49.
The unit price amount has decreased by $285.85 from $7,796.34 to $7,510.49.
The option status has changed from Option to Option Exercised.
The cost constraint NTE has been added.
The total cost of this line item has decreased by $3,430.20 from $93,556.08 to $90,125.88.

SUBCLIN 0004AC
The CLIN extended description has changed from Estimated Price Cost per Qty/ EstimatedSq. Feet x per sq.ft. = month x Unit = Cost per Year 36,342 x $.1144 = $4,157.52 x 12 MO = $49,890.24 to Estimated Sq. Feet x Price per sq. ft. = Cost per month: 40,429 x$0.1228 = $4,965.04.
The unit price amount has increased by $807.52 from $4,157.52 to $4,965.04.
The option status has changed from Option to Option Exercised.
The cost constraint NTE has been added.
The total cost of this line item has increased by $9,690.24 from $49,890.24 to $59,580.48.

SUBCLIN 0004AD
The unit price amount has increased by $8.46 from $106.56 to $115.02.
The option status has changed from Option to Option Exercised.
The cost constraint NTE has been added.
The total cost of this line item has increased by $101.52 from $1,278.72 to $1,380.24.

INSPECTION AND ACCEPTANCE

The Acceptance/Inspection Schedule for CLIN 0001 has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0001AA has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0001AB has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0001AC has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0001AD has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for CLIN 0002 has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0002AA has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0002AB has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0002AC has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0002AD has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for CLIN 0003 has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0003AA has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0003AB has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0003AC has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for SUBCLIN 0003AD has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | Destination | N/A |

The Acceptance/Inspection Schedule for CLIN 0004 has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for CLIN 0004:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for SUBCLIN 0004AA has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for SUBCLIN 0004AA:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for SUBCLIN 0004AB has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for SUBCLIN 0004AB:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for SUBCLIN 0004AC has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for SUBCLIN 0004AC:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for SUBCLIN 0004AD has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for SUBCLIN 0004AD:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for CLIN 0005 has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for CLIN 0005:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for SUBCLIN 0005AA has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for SUBCLIN 0005AA:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for SUBCLIN 0005AB has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for SUBCLIN 0005AB:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for SUBCLIN 0005AC has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for SUBCLIN 0005AC:

DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

The Acceptance/Inspection Schedule for SUBCLIN 0005AD has been changed from:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

To:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | Destination | Government |

The following Technical Office was added for SUBCLIN 0005AD:
DIRECTORATE OF PUBLIC WORKS
EVANS P. WARNER
CONSTRUCTION BR., BLDG. 1950
FORT SILL OK 73503-5100

(End of Summary of Changes)

**The following items are applicable to this modification:**
CUSTODIAL SERVICE, FORT SILL,

1. The reason for this modification is to exercise Option Year Three, October 1, 2003 through September 30, 2004, line items 0004 through 0004AD of the contract. This option is exercised in accordance with contract clause 52.217-9, Option To Extend The Term Of The Contract (MAR 2000). Also changes are being made to the unit prices for Option Year Three and the formula used to calculate charges for partial months of services.

2. Changed line items and pricing are as indicated in the "Summary of Changes" above. Also, the exercise of this option is not presently funded. Contract clause 52.232-18, Availability of Funds, is therefore applicable to this modification.

3. Wage Determination 94-2525 REV (23) is applicable to this option year. A copy of this wage determination is attached to this modification.

4. The revised computational square foot per month unit prices indicated in the "Summary of Changes" are applicable to the option year three services and all additions or deletions to these services throughout the entire option year. These prices were revised to reimburse the Contractor for his increased and allowable costs due to the new wage determination applicable to the option. Note the following unit prices:

0004AA: $0.0182 per square foot per month
0004AB: $0.0366 per square foot per month
0004AC: $0.1228 per square foot per month

5. Two new formulas are applicable when computing additions or deletions to the contract that do not occur at the beginning or the end of a calendar month. These formulas apply to all additions or deletions during option years three and four, i.e. Line Item Nos. 0004 through 0005AD. The formulas assume a 30-day month for all months of the year regardless of the actual length of the particular month they apply to. The formulas read thus: