**When service is added:** The pro-rated price (PRP) of service for a partial month = (30 minus calendar day service commenced) divided by 30 multiplied by the unit price (UP) for the month; or PRP =((30 - date service commenced)/30)* UP. For example when service under line item 0004AA commences on February 14 for a 1000 square foot building, the PRP for February equals ((30 – 14) /30) * 1000* $0.0182 = $9.71

**When service is deleted:** The pro-rated price (PRP) of service for a partial month = (date of last day of service divided by 30) times the unit price (UP) for the month; or PRP = (last day of service / 30) * UP. For example when the last day of service under line item 0004AA is February 14 for a 1000 square foot building, the PRP for February equals (14 / 30) * 1000 * $0.0182 = $8.49.

6. Also prices under line item Nos. 0004AA through 0004AD are designated with the cost constraint of NTE (Not To Exceed) by this modification. Unless he receives prior written authorization from the Contracting Officer, the contractor may perform less but may not perform greater quantities of services each month than those quantities authorized by the contract and its most current modification.

7. All other terms and conditions remain the same.

8. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

Contracting Officer: Raymond J. Dryz (dryzr@sill.army.mil)

# ATTACHMENT 1

**WAGE DETERMINATION NO: 94-2525 REV (23) AREA: TX,WICHITA FALLS**

WAGE DETERMINATION NO: 94-2525 REV (23) AREA: TX,WICHITA FALLS
REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR
***FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL***
| WASHINGTON D.C. 20210

| | |
|---|---|
| | Wage Determination No.: 1994-2525 |
| William W.Gross Division of | Revision No.: 23 |
| Director Wage Determinations | Date Of Last Revision: 05/30/2003 |

States: **Oklahoma**, Texas
Area: **Oklahoma** Counties of **Comanche**, Cotton, Greer, Harmon, Jackson, Jefferson,
Kiowa, Stephens, Tillman
Texas Counties of Archer, Baylor, Clay, Wichita, Wilbarger

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support and Clerical Occupations | |
| 01011 - Accounting Clerk I | 10.12 |
| 01012 - Accounting Clerk II | 11.42 |
| 01013 - Accounting Clerk III | 12.83 |
| 01014 - Accounting Clerk IV | 14.34 |
| 01030 - Court Reporter | 13.34 |
| 01050 - Dispatcher, Motor Vehicle | 13.46 |
| 01060 - Document Preparation Clerk | 9.20 |
| 01070 - Messenger (Courier) | 7.51 |
| 01090 - Duplicating Machine Operator | 9.20 |
| 01110 - Film/Tape Librarian | 10.33 |
| 01115 - General Clerk I | 7.75 |
| 01116 - General Clerk II | 8.71 |
| 01117 - General Clerk III | 9.46 |
| 01118 - General Clerk IV | 10.62 |
| 01120 - Housing Referral Assistant | 13.02 |
| 01131 - Key Entry Operator I | 8.11 |
| 01132 - Key Entry Operator II | 9.68 |
| 01191 - Order Clerk I | 9.84 |
| 01192 - Order Clerk II | 10.74 |
| 01261 - Personnel Assistant (Employment) I | 10.80 |
| 01262 - Personnel Assistant (Employment) II | 12.17 |
| 01263 - Personnel Assistant (Employment) III | 13.54 |
| 01264 - Personnel Assistant (Employment) IV | 15.15 |
| 01270 - Production Control Clerk | 14.33 |
| 01290 - Rental Clerk | 10.33 |
| 01300 - Scheduler, Maintenance | 10.03 |
| 01311 - Secretary I | 10.34 |
| 01312 - Secretary II | 11.64 |
| 01313 - Secretary III | 14.27 |
| 01314 - Secretary IV | 14.51 |
| 01315 - Secretary V | 15.36 |
| 01320 - Service Order Dispatcher | 13.85 |
| 01341 - Stenographer I | 12.61 |

| | |
|---|---|
| 01342 - Stenographer II | 13.36 |
| 01400 - Supply Technician | 14.51 |
| 01420 - Survey Worker (Interviewer) | 11.63 |
| 01460 - Switchboard Operator-Receptionist | 9.55 |
| 01510 - Test Examiner | 11.64 |
| 01520 - Test Proctor | 11.64 |
| 01531 - Travel Clerk I | 8.76 |
| 01532 - Travel Clerk II | 9.45 |
| 01533 - Travel Clerk III | 9.96 |
| 01611 - Word Processor I | 9.96 |
| 01612 - Word Processor II | 11.13 |
| 01613 - Word Processor III | 12.54 |
| 03000 - Automatic Data Processing Occupations | |
| 03010 - Computer Data Librarian | 9.76 |
| 03041 - Computer Operator I | 11.81 |
| 03042 - Computer Operator II | 13.23 |
| 03043 - Computer Operator III | 15.23 |
| 03044 - Computer Operator IV | 19.96 |
| 03045 - Computer Operator V | 22.16 |
| 03071 - Computer Programmer I (1) | 15.90 |
| 03072 - Computer Programmer II (1) | 19.32 |
| 03073 - Computer Programmer III (1) | 23.64 |
| 03074 - Computer Programmer IV (1) | 26.00 |
| 03101 - Computer Systems Analyst I (1) | 18.56 |
| 03102 - Computer Systems Analyst II (1) | 23.15 |
| 03103 - Computer Systems Analyst III (1) | 24.99 |
| 03160 - Peripheral Equipment Operator | 12.29 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automotive Body Repairer, Fiberglass | 18.30 |
| 05010 - Automotive Glass Installer | 15.05 |
| 05040 - Automotive Worker | 15.05 |
| 05070 - Electrician, Automotive | 15.89 |
| 05100 - Mobile Equipment Servicer | 13.35 |
| 05130 - Motor Equipment Metal Mechanic | 16.77 |
| 05160 - Motor Equipment Metal Worker | 15.05 |
| 05190 - Motor Vehicle Mechanic | 16.77 |
| 05220 - Motor Vehicle Mechanic Helper | 12.47 |
| 05250 - Motor Vehicle Upholstery Worker | 14.18 |
| 05280 - Motor Vehicle Wrecker | 15.05 |
| 05310 - Painter, Automotive | 15.89 |
| 05340 - Radiator Repair Specialist | 15.05 |
| 05370 - Tire Repairer | 12.90 |
| 05400 - Transmission Repair Specialist | 16.77 |
| 07000 - Food Preparation and Service Occupations | |
| (not set) - Food Service Worker | 6.96 |
| 07010 - Baker | 10.49 |
| 07041 - Cook I | 9.32 |
| 07042 - Cook II | 10.49 |
| 07070 - Dishwasher | 6.96 |
| 07130 - Meat Cutter | 11.93 |
| 07250 - Waiter/Waitress | 7.55 |
| 09000 - Furniture Maintenance and Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 15.89 |
| 09040 - Furniture Handler | 11.43 |
| 09070 - Furniture Refinisher | 15.89 |
| 09100 - Furniture Refinisher Helper | 12.47 |
| 09110 - Furniture Repairer, Minor | 14.18 |
| 09130 - Upholsterer | 15.89 |
| 11030 - General Services and Support Occupations | |
| 11030 - Cleaner, Vehicles | 7.08 |
| 11060 - Elevator Operator | 7.68 |
| 11090 - Gardener | 9.69 |
| 11121 - House Keeping Aid I | 6.45 |
| 11122 - House Keeping Aid II | 7.29 |
| 11150 - Janitor | 7.41 |
| 11210 - Laborer, Grounds Maintenance | 8.82 |
| 11240 - Maid or Houseman | 6.45 |
| 11270 - Pest Controller | 11.80 |
| 11300 - Refuse Collector | 7.22 |
| 11330 - Tractor Operator | 10.15 |

| | |
|---|---|
| 11360 - Window Cleaner | 8.04 |
| 12000 - Health Occupations | |
| 12020 - Dental Assistant | 10.93 |
| 12040 - Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | 11.84 |
| 12071 - Licensed Practical Nurse I | 10.55 |
| 12072 - Licensed Practical Nurse II | 11.85 |
| 12073 - Licensed Practical Nurse III | 13.25 |
| 12100 - Medical Assistant | 9.80 |
| 12130 - Medical Laboratory Technician | 13.72 |
| 12160 - Medical Record Clerk | 9.77 |
| 12190 - Medical Record Technician | 13.54 |
| 12221 - Nursing Assistant I | 7.10 |
| 12222 - Nursing Assistant II | 7.98 |
| 12223 - Nursing Assistant III | 8.71 |
| 12224 - Nursing Assistant IV | 9.77 |
| 12250 - Pharmacy Technician | 12.19 |
| 12280 - Phlebotomist | 12.35 |
| 12311 - Registered Nurse I | 15.71 |
| 12312 - Registered Nurse II | 19.29 |
| 12313 - Registered Nurse II, Specialist | 19.29 |
| 12314 - Registered Nurse III | 23.25 |
| 12315 - Registered Nurse III, Anesthetist | 23.25 |
| 12316 - Registered Nurse IV | 27.86 |
| 13000 - Information and Arts Occupations | |
| 13002 - Audiovisual Librarian | 18.56 |
| 13011 - Exhibits Specialist I | 15.43 |
| 13012 - Exhibits Specialist II | 17.25 |
| 13013 - Exhibits Specialist III | 21.09 |
| 13041 - Illustrator I | 15.43 |
| 13042 - Illustrator II | 17.25 |
| 13043 - Illustrator III | 21.09 |
| 13047 - Librarian | 17.24 |
| 13050 - Library Technician | 11.63 |
| 13071 - Photographer I | 12.18 |
| 13072 - Photographer II | 13.69 |
| 13073 - Photographer III | 15.29 |
| 13074 - Photographer IV | 18.34 |
| 13075 - Photographer V | 22.20 |
| 15000 - Laundry, Dry Cleaning, Pressing and Related Occupations | |
| 15010 - Assembler | 6.50 |
| 15030 - Counter Attendant | 6.50 |
| 15040 - Dry Cleaner | 7.49 |
| 15070 - Finisher, Flatwork, Machine | 6.50 |
| 15090 - Presser, Hand | 6.50 |
| 15100 - Presser, Machine, Drycleaning | 6.50 |
| 15130 - Presser, Machine, Shirts | 6.50 |
| 15160 - Presser, Machine, Wearing Apparel, Laundry | 6.50 |
| 15190 - Sewing Machine Operator | 8.33 |
| 15220 - Tailor | 9.09 |
| 15250 - Washer, Machine | 7.06 |
| 19000 - Machine Tool Operation and Repair Occupations | |
| 19010 - Machine-Tool Operator (Toolroom) | 15.89 |
| 19040 - Tool and Die Maker | 22.22 |
| 21000 - Material Handling and Packing Occupations | |
| 21010 - Fuel Distribution System Operator | 15.36 |
| 21020 - Material Coordinator | 13.89 |
| 21030 - Material Expediter | 13.89 |
| 21040 - Material Handling Laborer | 9.03 |
| 21050 - Order Filler | 9.74 |
| 21071 - Forklift Operator | 13.39 |
| 21080 - Production Line Worker (Food Processing) | 10.86 |
| 21100 - Shipping/Receiving Clerk | 10.07 |
| 21130 - Shipping Packer | 10.15 |
| 21140 - Store Worker I | 9.04 |
| 21150 - Stock Clerk (Shelf Stocker; Store Worker II) | 11.39 |
| 21210 - Tools and Parts Attendant | 11.43 |
| 21400 - Warehouse Specialist | 10.86 |
| 23000 - Mechanics and Maintenance and Repair Occupations | |
| 23010 - Aircraft Mechanic | 16.77 |
| 23040 - Aircraft Mechanic Helper | 12.47 |

| | |
|---|---|
| 23050 - Aircraft Quality Control Inspector | 18.80 |
| 23060 - Aircraft Servicer | 14.18 |
| 23070 - Aircraft Worker | 15.05 |
| 23100 - Appliance Mechanic | 15.89 |
| 23120 - Bicycle Repairer | 12.90 |
| 23125 - Cable Splicer | 19.28 |
| 23130 - Carpenter, Maintenance | 15.89 |
| 23140 - Carpet Layer | 15.05 |
| 23160 - Electrician, Maintenance | 19.33 |
| 23181 - Electronics Technician, Maintenance I | 16.57 |
| 23182 - Electronics Technician, Maintenance II | 17.45 |
| 23183 - Electronics Technician, Maintenance III | 18.50 |
| 23260 - Fabric Worker | 14.18 |
| 23290 - Fire Alarm System Mechanic | 16.77 |
| 23310 - Fire Extinguisher Repairer | 13.35 |
| 23340 - Fuel Distribution System Mechanic | 16.77 |
| 23370 - General Maintenance Worker | 15.05 |
| 23400 - Heating, Refrigeration and Air Conditioning Mechanic | 16.77 |
| 23430 - Heavy Equipment Mechanic | 16.77 |
| 23440 - Heavy Equipment Operator | 15.55 |
| 23460 - Instrument Mechanic | 16.77 |
| 23470 - Laborer | 9.83 |
| 23500 - Locksmith | 15.89 |
| 23530 - Machinery Maintenance Mechanic | 16.77 |
| 23550 - Machinist, Maintenance | 16.97 |
| 23580 - Maintenance Trades Helper | 12.47 |
| 23640 - Millwright | 16.77 |
| 23700 - Office Appliance Repairer | 15.89 |
| 23740 - Painter, Aircraft | 15.89 |
| 23760 - Painter, Maintenance | 15.89 |
| 23790 - Pipefitter, Maintenance | 18.16 |
| 23800 - Plumber, Maintenance | 15.89 |
| 23820 - Pneudraulic Systems Mechanic | 16.77 |
| 23850 - Rigger | 16.77 |
| 23870 - Scale Mechanic | 15.05 |
| 23890 - Sheet-Metal Worker, Maintenance | 16.77 |
| 23910 - Small Engine Mechanic | 15.05 |
| 23930 - Telecommunication Mechanic I | 19.49 |
| 23931 - Telecommunication Mechanic II | 20.46 |
| 23950 - Telephone Lineman | 19.28 |
| 23960 - Welder, Combination, Maintenance | 16.77 |
| 23965 - Well Driller | 16.77 |
| 23970 - Woodcraft Worker | 16.77 |
| 23980 - Woodworker | 13.35 |
| 24000 - Personal Needs Occupations | |
| 24570 - Child Care Attendant | 7.90 |
| 24580 - Child Care Center Clerk | 9.86 |
| 24600 - Chore Aid | 6.85 |
| 24630 - Homemaker | 10.98 |
| 25000 - Plant and System Operation Occupations | |
| 25010 - Boiler Tender | 16.77 |
| 25040 - Sewage Plant Operator | 15.89 |
| 25070 - Stationary Engineer | 16.77 |
| 25190 - Ventilation Equipment Tender | 12.47 |
| 25210 - Water Treatment Plant Operator | 15.89 |
| 27000 - Protective Service Occupations | |
| (not set) - Police Officer | 14.75 |
| 27004 - Alarm Monitor | 9.04 |
| 27006 - Corrections Officer | 11.45 |
| 27010 - Court Security Officer | 12.33 |
| 27040 - Detention Officer | 11.45 |
| 27070 - Firefighter | 11.85 |
| 27101 - Guard I | 8.72 |
| 27102 - Guard II | 12.19 |
| 28000 - Stevedoring/Longshoremen Occupations | |
| 28010 - Blocker and Bracer | 14.27 |
| 28020 - Hatch Tender | 13.11 |
| 28030 - Line Handler | 13.11 |
| 28040 - Stevedore I | 11.70 |
| 28050 - Stevedore II | 13.86 |

| | |
|---|---|
| 29000 - Technical Occupations | |
| 21150 - Graphic Artist | 17.12 |
| 29010 - Air Traffic Control Specialist, Center (2) | 28.21 |
| 29011 - Air Traffic Control Specialist, Station (2) | 19.46 |
| 29012 - Air Traffic Control Specialist, Terminal (2) | 21.43 |
| 29023 - Archeological Technician I | 12.07 |
| 29024 - Archeological Technician II | 13.49 |
| 29025 - Archeological Technician III | 16.73 |
| 29030 - Cartographic Technician | 18.84 |
| 29035 - Computer Based Training (CBT) Specialist/ Instructor | 18.71 |
| 29040 - Civil Engineering Technician | 17.25 |
| 29061 - Drafter I | 11.92 |
| 29062 - Drafter II | 14.79 |
| 29063 - Drafter III | 16.64 |
| 29064 - Drafter IV | 18.56 |
| 29081 - Engineering Technician I | 11.75 |
| 29082 - Engineering Technician II | 14.56 |
| 29083 - Engineering Technician III | 16.36 |
| 29084 - Engineering Technician IV | 18.20 |
| 29085 - Engineering Technician V | 22.36 |
| 29086 - Engineering Technician VI | 27.07 |
| 29090 - Environmental Technician | 17.12 |
| 29100 - Flight Simulator/Instructor (Pilot) | 23.15 |
| 29160 - Instructor | 20.82 |
| 29210 - Laboratory Technician | 13.90 |
| 29240 - Mathematical Technician | 18.56 |
| 29361 - Paralegal/Legal Assistant I | 13.74 |
| 29362 - Paralegal/Legal Assistant II | 17.12 |
| 29363 - Paralegal/Legal Assistant III | 20.95 |
| 29364 - Paralegal/Legal Assistant IV | 25.32 |
| 29390 - Photooptics Technician | 17.24 |
| 29480 - Technical Writer | 22.62 |
| 29491 - Unexploded Ordnance (UXO) Technician I | 17.93 |
| 29492 - Unexploded Ordnance (UXO) Technician II | 21.70 |
| 29493 - Unexploded Ordnance (UXO) Technician III | 26.01 |
| 29494 - Unexploded (UXO) Safety Escort | 17.93 |
| 29495 - Unexploded (UXO) Sweep Personnel | 17.93 |
| 29620 - Weather Observer, Senior (3) | 14.08 |
| 29621 - Weather Observer, Combined Upper Air and Surface Programs (3) | 12.67 |
| 29622 - Weather Observer, Upper Air (3) | 12.67 |
| 31000 - Transportation/ Mobile Equipment Operation Occupations | |
| 31030 - Bus Driver | 12.36 |
| 31260 - Parking and Lot Attendant | 10.29 |
| 31290 - Shuttle Bus Driver | 11.63 |
| 31300 - Taxi Driver | 10.86 |
| 31361 - Truckdriver, Light Truck | 11.18 |
| 31362 - Truckdriver, Medium Truck | 11.81 |
| 31363 - Truckdriver, Heavy Truck | 12.89 |
| 31364 - Truckdriver, Tractor-Trailer | 12.89 |
| 99000 - Miscellaneous Occupations | |
| 99020 - Animal Caretaker | 8.11 |
| 99030 - Cashier | 7.06 |
| 99041 - Carnival Equipment Operator | 10.01 |
| 99042 - Carnival Equipment Repairer | 10.72 |
| 99043 - Carnival Worker | 8.00 |
| 99050 - Desk Clerk | 7.89 |
| 99095 - Embalmer | 17.93 |
| 99300 - Lifeguard | 9.42 |
| 99310 - Mortician | 17.93 |
| 99350 - Park Attendant (Aide) | 11.84 |
| 99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 9.30 |
| 99500 - Recreation Specialist | 10.95 |
| 99510 - Recycling Worker | 9.03 |
| 99610 - Sales Clerk | 8.40 |
| 99620 - School Crossing Guard (Crosswalk Attendant) | 7.22 |
| 99630 - Sport Official | 9.30 |
| 99658 - Survey Party Chief (Chief of Party) | 13.21 |
| 99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 12.14 |
| 99660 - Surveying Aide | 8.87 |
| 99690 - Swimming Pool Operator | 10.16 |

| | |
|---|---|
| 99720 - Vending Machine Attendant | 9.03 |
| 99730 - Vending Machine Repairer | 10.89 |
| 99740 - Vending Machine Repairer Helper | 9.03 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:
HEALTH & WELFARE: $2.36 an hour or $94.40 a week or $409.07 a month
VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years, and 4 after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)
HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)
THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):
1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)
2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.
3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).
HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges. A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically

designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed. The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).
2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.
3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).
4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.
5) The contracting officer transmits the Wage and Hour decision to the contractor.
6) The contractor informs the affected employees.
Information required by the Regulations must be submitted on SF 1444 or bond paper. When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.
&&&&&&&&&&

ATZR-EEC 13 May 2003

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Patrician Wilkinson

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective May 14, 2003, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost May | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2855 | 003AA | 8910 | .0171 | 2 /5 | 60.94 | 152.36 | $670.08 |
| B2855 | 003AC | 391 | .1144 | 12/21 | 25.56 | 44.73 | $204.48 |

2. Request additions per Tommy Grizzle/ Toni Pickens E-mails.

3. This modification represents an overall increase of $874.56 for the remainder of the contract period. The accounting classification is as follows:

21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031

for Toni L Pickens
Debbie Anschutz
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'03JUL18 AM 8:05 RCVD




'03JUL18 AM 8:05 RCVD




'03JUL18 AM 8:05 RCVD

467

# FAX FORM

| | | | | |
|---|---|---|---|---|
| **FROM:** | RAYMOND J DRYZ ACA/DIRECTORATE OF CONTRATING | FORT SILL, OK | VOICE: 580-442-4315 FAX: 580-442-4621 EMAIL: dryzr@sill.army.mil | |
| **TO:** | Hope Hall | Huntsville | AL | |

| Company Name | Work Phone | Work Extension | Fax Number |
|---|---|---|---|
| H & R Services, Inc. | (256) 527-3083 | | (256) 533-3176 |

Subject DABT39-00-C-4032, Custodial, Fort Sill, OK

Notes

FAX HAS 14 PAGES INCLUDING THIS COVER

Ms. Hall:

Attached is letter of intent for option year 3. I request you acknowledge by return fax.

Thank you,

Raymond J. Dryz
Contracting Officer

Thanks
Ryan. [illegible] 03

Wednesday, July 23, 2003



IO 'J I20h 2hh OOC HU7I 'IOO IOIUIIOO OO4 03AUG04 AM 7:20 RCVD

SFCA-SR-SIB (715k) 5-Jan-04

MEMORANDUM FOR Don Price, IMSC/DPW, Fort Sill, OK

SUBJECT: DABT39-00-C-4032, Custodial Contract, Fort Sill, OK

1. References:

a. Memorandum from Evans P. Warner, IMSC/DPW to Patrician Wilkinson, ACA/DOC, on subject contract, dated 1 Oct 2003 (attached).
b. Memorandum from Evans P. Warner, IMSC/DPW to Patrician Wilkinson, ACA/DOC, on subject contract, dated 3 Dec 2003 (attached).
c. Spreadsheet, Option Year Oct 2003 Through Sep 2004, "Requests For Modification", on subject contract, dated 5 Jan 2004 (attached).
d. Spreadsheet, Option Year Oct 2003 Through Sep 2004, "Payment History", on subject contract, dated 5 Jan 2004 (attached).

2. The purpose of this memorandum is to request that you resubmit the memorandums referenced at 1a and 1b through PR Web. The memorandums provide additional funding for the contract and PR Web is the only source of documents this office will accept when funding is being added to a contract.

3. For your convenience, the spreadsheet at reference 1c recalculates the pricing information from the memorandums. Note the increases in individual line items calculated in the spreadsheet. Also a second spreadsheet, reference 1d, shows the actual amounts approved and paid for the months of Oct 2003 and Nov 2003. Note that line item 0004AA was overpaid for those months, an error that this office will correct by deducting the excess amount paid for the line item from the payment for Dec 2003. Also I request you to instruct your staff to not approve deliveries of services in excess of the monthly "Max Allowed" amount provided in the contract. The "Max Allowed" amount applies to each line item individually as well as to the montly aggregate of all line items. The "Max Allowed" for each line item may only be increased by modification to the contract.

4. Point of Contact is the undersigned at 2-4315/3225, dryzr@sill.army.mil.

Raymond J. Dryz

RAYMOND J. DRYZ
Contracting Officer

CF W/Attachements

File
E-Mail Recipients

ATZR-EEC

Oct 1, 2003

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Patrician Wilkinson

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective Oct 1, 2003, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Cost per Month | Total Cost |
|---|---|---|---|---|---|
| B758 | 004AA | 1968 | .0182 | (35.84) | (429.84) |
| B5676 | 004AA | 999 | .0182 | (18.18) | (218.16) |
| B5676 | 004AC | 100 | .1228 | (12.28) | (147.36) |
| | | | | | (795.36) |
| **Add** | | | | | |
| B5678 | 004AA | 3048 | .0182 | 55.37 | 665.64 |
| B5678 | 004AC | 120 | .1228 | 14.74 | 176.88 |
| | | | | | $842.52 |
| | | | | **Total** | **$47.16** |

2. B758 Occupant, United States Field Artillery Assn. is requesting the west portion of the building be deleted due to security issues.

B5678 is requesting service be reinstated. As per Request for mod dated 3 Mar 2003, the building was under repair and the occupant temporarily moved to B5676.

3. This modification represents an overall increase of **$47.16** for the remainder of the contract period. The accounting classification is as follows:

21420200000057108232000000000252G82K19HW44DQ70068N010K19H82034031

for Toni L. Pickens

Debbie Anschutz
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'03OCT08 AM 9:01 RCVD

470

ATZR-EEC

Dec 3, 2003

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Patrician Wilkinson

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective Dec 5, 2003, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean days | Cost Dec | Cost per Month | Total |
|---|---|---|---|---|---|---|---|
| B3325 | 004AA | 925 | .0182 | 27/30 | 15.12 | 16.83 | 166.59 |
| B3325 | 004AC | 111 | .1228 | 27/30 | 12.15 | 13.63 | 134.82 |
| | | | | | | **Total** | **$301.41** |

2. This modification represents an overall increase of **$301.41** for the remainder of the contract period. The accounting classification is as follows:

21420200000057108232000000000252G82K19HW44DQ70068N010K19H82034031

for Charlene Conley
Debbie Anschutz
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'03DEC04 AM 9:33 RCVD

# AMENDMENT OF SOLICITA? N/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J

PAGE OF PAGES: 1 | 4

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00013 | 16-Dec-2002 | SEE SCHEDULE | |

6. ISSUED BY CODE DABK35
'ORT SILL
TORATE OF CONTRACTING
.JOX 33501
FORT SILL OK 73503-0501

7. ADMINISTERED BY (If other than item 6) CODE DABK35
ACA, FORT SILL
RAY DRYZ
DRYZR@SILL.ARMY.MIL
580-442-4315
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13)
22-Aug-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying 'fice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

.IS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
Constructive Acceptance of Work

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DABT39-00-C-4032, Custodial Services, Fort Sill, Oklahoma.

SEE CONTINUATION SHEET

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | RAYMOND J. DRYZ / CONTRACTING OFFICER<br>TEL: 580-442-4315 EMAIL: dryzr@sill.army.mil | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY Raymond J. Dryz<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>28-Aug-2003 |

EXC"PTION TO SF 30
AF 'D BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

SECTION SF 1449 - CONTINUATION SHEET
DABT39-00-C-4032

1. The reason for this modification is to add and subtract work to the contract added and subtracted previously by constructive acceptance.

2. The work added and subtracted is as follows:

**Effective 16 Dec 02**

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Dec | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B700 | 0003AA | 3656 | 0.0171 | 2/4 | 31.26 | 62.52 | 593.92 |
| B700 | 0003AC | 1122 | 0.1144 | 11/22 | 64.18 | 128.36 | 963.31 |
| TOTAL | | | | | | | 1557.25 |

**Effective 1 Mar 03**

| Delete | Bid Item | SF | Cost per SF | Clean Days | | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2515 | 0003AA | 483 | -0.0171 | 4/4 | | -8.26 | -57.82 |
| B2515 | 0003AC | 153 | -0.1144 | 21/21 | | -17.5 | -122.5 |
| TOTAL | | | | | | | -180.32 |

**Effective 3 Mar 03**

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B5678 | 0003AA | 3048 | -0.0171 | 4/4 | -52.12 | -52.12 | -364.84 |
| B5678 | 0003AC | 120 | -0.1144 | 21/21 | -13.73 | -13.73 | -96.11 |
| Add | | | | | | | |
| B5676 | 0003AA | 999 | 0.0171 | 4/4 | 17.08 | 17.08 | 119.56 |
| B5676 | 0003AC | 100 | 0.1144 | 21/21 | 11.44 | 11.44 | 80.08 |
| TOTAL | | | | | | | -261.31 |

**Effective 24 Mar 03**

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3161 | 0003AA | 5349 | 0.0171 | 1/4 | 22.87 | 91.47 | 823.23 |
| B3161 | 0003AC | 504 | 0.1144 | 6/26 | 16.49 | 57.66 | 518.94 |
| TOTAL | | | | | | | 1342.17 |

**Effective 1 Apr 03**

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Apr | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2869 | 003AA | 2528 | 0.0171 | 4/4 | 43.23 | 43.23 | 259.38 |
| B2869 | 003AC | 188 | 0.1144 | 22/22 | 21.51 | 21.51 | 129.06 |
| B2868 | 003AA | 2528 | 0.0171 | 4/4 | 43.23 | 43.23 | 259.38 |
| B2868 | 003AC | 188 | 0.1144 | 22/22 | 21.51 | 21.51 | 129.06 |
| | | | | | | | |
| Delete | | | | | | | |
| B2874 | 003AA | 2416 | -0.0171 | | -41.31 | -41.31 | -247.86 |
| B2874 | 003AC | 192 | -0.1144 | | -21.96 | -21.96 | -131.76 |
| B2875 | 003AA | 2929 | -0.0171 | | -50.09 | -50.09 | -300.54 |
| B2875 | 003AC | 71 | -0.1144 | | -8.12 | -8.12 | -48.72 |
| B747 | 003AA | 831 | -0.0171 | | -14.21 | -14.21 | -85.26 |
| B747 | 003AC | 174 | -0.1144 | | -19.91 | -19.91 | -119.46 |
| TOTAL | | | | | | | -156.72 |

**Effective 14 May 03**

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost May | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2855 | 003AA | 8910 | 0.0171 | 2/5 | 60.94 | 152.36 | 670.08 |
| B2855 | 003AC | 391 | 0.1144 | 12/21 | 25.56 | 44.73 | 204.48 |
| TOTAL | | | | | | | 874.56 |

**Effective 1 Aug 03**

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Aug | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B340 | 003AB | 1441 | -0.0336 | | | | -96.82 |
| B340 | 003AC | 97 | -0.1144 | | | | -22.2 |
| TOTAL | | | | | | | -119.02 |

3. The changes in line items and funding are as indicated in the Summary of Changes below.

4. Since the changes in the line items contained in this modification have been prorated over the entire 12 month term of the current contract option year, the Contractor is entitled, by reason of this modification, to the full yearly amount shown in the summary of changes below. Therefore, an invoice for the month of September 2003 that adds the amounts not paid for each of the previous 11 months of the year to the charges for September 2003 is an acceptable invoice.

5. All other terms and conditions remain the same.

**SUMMARY OF CHANGES**

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $3,056.59 from $654,111.43 to $657,168.02.

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 0003AA
The unit price amount has increased by $139.10 from $6,251.12 to $6,390.22.
The total cost of this line item has increased by $1,669.22 from $75,013.44 to $76,682.664.

SUBCLIN 0003AB
The unit price amount has decreased by $8.07 from $7,796.34 to $7,788.27.
The total cost of this line item has decreased by $96.82 from $93,556.08 to $93,459.264.

SUBCLIN 0003AC
The unit price amount has increased by $123.68 from $4,157.52 to $4,281.20.
The total cost of this line item has increased by $1,484.18 from $49,890.24 to $51,374.424.

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $3,056.59 from $654,111.43 to $657,168.02.

SUBCLIN 0003AA:

AX: 2132020000005710823200000000252G82K19HW44DQ70100N011K19H82034031 was increased by $1,669.22 from $75,013.44 to $76,682.66

SUBCLIN 0003AB:

AX: 2132020000005710823200000000252G82K19HW44DQ70100N011K19H82034031 was decreased by $96.82 from $93,556.08 to $93,459.26

SUBCLIN 0003AC:

AX: 2132020000005710823200000000252G82K19HW44DQ70100N011K19H82034031 was increased by $1,484.18 from $49,890.24 to $51,374.42

(End of Summary of Changes)

12

Was not done

# IN..ıVIDUAL CONTRACTING ACTIO.. REPORT

Report Control Symbol DD-AT&L(M)1014

A1 Type of Report 0 (0) Original; (1) Canceling; or (2); Correcting
A2 Report Number 000008
A3 Contracting Office
A3A Reporting Agency FIPS 95 Code 2100
A3B Contracting Office Code DABK35
A4 Name of Contracting Office ACA, FORT SILL
B1 Contract Identification Information
B1A Contract Number DABT3900C4032
B1B Origin of Contract A (A) DoD; (B) NASA; or (C) Other Non-DoD Agency
B1C Bundled Contract N (Y) Yes; or (N) No
B1D Bundled Contract Exception ____ (A) Mission Critical; (B) OMB Circular A-76; or (C) Other
B1E Performance-Based Service Contract Y (Y) Yes; or (N) No
B2 Modification, Order, or Other ID Number P00011
B3 Action Date *(yyyymmdd)* 20021119
B4 Completion Date *(yyyymmdd)* 20050930
B5 Contractor Identification Information
B5A Contractor Identification Number (DUNS) 624286480
B5B Government Agency N (Y) Yes; or (N) No
B5D Contractor Name and Division Name
Contractor H & R SERVICES INC.
Division ____
B5E Contractor Address
Street or PO Box 1428 WEATHERLY ROAD 101□□
City or Town HUNTSVILLE
State or Country AL Zip Code 35815
B5F Taxpayer Identification Number 630992062
B5G Parent Taxpayer Identification Number ____
B5H Parent Name ____
B6 Principal Place of Performance
B6A City or Place Code 27300
B6B State or Country Code 40
B6C City or Place and State or Country Name Fort Sill (U.S. Army), Oklahoma
B7 Type Obligation 1 (1) Obligation; (2) Deobligation; or (3) No Dollars Obligated or Deobligated
B8 Obligated or Deobligated Dollars *(Enter whole dollars only)* $219,738
B9 Foreign Military Sale N (Y) Yes; or (N) No
B10 Multiyear Contract N (Y) Yes; or (N) No
B11 Total Estimated Contract Value *(Enter whole dollars only)* $0
B12 Principal Product or Service
B12A Federal Supply Class or Service Code S201
B12B DoD Claimant Program Code S10
B12C Program, System, or Equipment Code 000
B12D NAICS Code 561720
B12E Name or Description CUSTODIAL - JANITORIAL SERVICES

**IN..IVIDUAL CONTRACTING ACTIO.. REPORT**

Report Control Symbol DD-AT&L(M)1014

B12F EPA-Designated Product(s) __E__ (A) EPA-Designated Product(s) with Minimum Recovered Material Content; (B) FAR 23.405(c)(1) Justification; (C) FAR 23.405(c)(2) Justification; (D) FAR 23.405(c)(3) Justification;or (E) No EPA-Designated Product(s) Acquired

B12G Recovered Material Clauses _____(A) FAR 52.223-4; or (B) FAR 52.223-4 and FAR 52.223-9

B13 Kind of Action

B13A Contract or Order __3__ (1) Letter Contract; (3) Definitive Contract; (4) Order under an Agreement; (5) Order under Indefinite-Delivery Contract; (6) Order under Federal Schedule; (7) BPA Order under Federal Schedule; (8) Order from JWOD or UNICOR; or (9) Award under FAR Part 13

B13B Type of Indefinite-Delivery Contract ___ (A) Requirements Contract (FAR 52.216-21); (B) Indefinite-Quantity Contract (FAR 52.216-22); or (C) Definite-Quantity Contract (FAR 52.216-20)

B13C Multiple or Single Award Indefinite-Delivery Contract___ (M) Multiple Award; or (S) Single Award

B13D Modification __C__ (A) Additional Work (new agreement); (B) Additional Work (other); (C) Funding Action; (D) Change Order; (E) Termination for Default; (F) Termination for Convenience; (G) Cancellation; (H) Exercise of an Option; or (J) Definitization

B13E Multiple Award Contract Fair Opportunity____ (A) Fair Opportunity Process; (B) Urgency; (C) One/Unique Source; (D) Follow-On Contract; or (E) Minimum Guarantee

B13F Indefinite-Delivery Contract Use____ (A) Government-Wide; (B) DoD-Wide; (C) DoD Department or Agency Only; or (D) Contracting Office Only

B13G Indefinite-Delivery Contract Ordering Period Ending Date *(yyyymmdd)* ______________

B14 CICA Applicability __B__ (A) Pre-CICA; (B) CICA Applicable; (C) Simplified Acquisition Procedures Other than FAR Subpart 13.5; or (D) Simplified Acquisition Procedures Pursuant to FAR Subpart 13.5

B15 Information Technology Products or Services____ (A) Commercially Available Off-the-Shelf Item; (B) Other Commercial Item of Supply; (C) Nondevelopmental Item Other than Commercial Item; (D) Other Noncommercial Item of Supply; (E) Commercial Service; or (F) Noncommercial Service.

B16 Clinger-Cohen Act Planning Compliance____(Y) Yes; or (N) No

**Do not complete Part C if Line B5B is coded Y.**

C1 Synopsis __A__ (A) Synopsis Only; (B) Combined Synopsis/Solicitation; or (N) Not Synopsized

C2 Reason Not Synopsized____ (A) Urgency; (B) FAR 5.202(a)(13); (C) SBA/OFPP Pilot Program; or (Z) Other Reason

C3 Extent Competed __A__ (A) Competed Action; (B) Not Available for Competition; (C) Follow-On to Competed Action; or (D) Not Competed

C4 Sea Transportation __N__ (Y) Yes - Positive Response to DFARS 252.247-7022 or 252.212-7000(c)(2); (N) No - Negative Response to DFARS 252.247-7022 or 252.212-7000(c)(2); or (U) Unknown - No Response or Provision Not Included in Solicitation

## INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

C5 Type of Contract J (A) Fixed-Price Redetermination; (J) Firm-Fixed-Price; (K) Fixed-Price Economic Price Adjustment; (L) Fixed-Price Incentive; (M) Fixed-Price-Award-Fee; (R) Cost-Plus-Award-Fee; (S) Cost Contract; (T) Cost-Sharing; (U) Cost-Plus-Fixed-Fee; (V) Cost-Plus-Incentive-Fee; (Y) Time-and-Materials; or (Z) Labor-Hour

C6 Number of Offerors Solicited 2 (1) One; or (2) More than One

C7 Number of Offers Received 13

C8 Solicitation Procedures K (A) Full and Open Competition - Sealed Bid; (B) Full and Open Competition - Competitive Proposal; (C) Full and Open Competition - Combination; (D) Architect-Engineer; (E) Basic Research; (F) Multiple Award Schedule; (G) Alternative Sources; (K) Set-Aside; or (N) Other than Full and Open Competition

C9 Authority for Other Than Full and Open Competition ___ (1A) Unique Source; (1B) Follow-On Contract; (1C) Unsolicited Research Proposal; (1D) Patent or Data Rights; (1E) Utilities; (1F) Standardization; (1G) Only One Source - Other; (2A) Urgency; (3A) Particular Sources; (4A) International Agreement; (5A) Authorized by Statute; (5B) Authorized Resale; (6A) National Security; or (7A) Public Interest

C10 Subject to Labor Standards Statutes C (A) Walsh-Healey Act; (C) Service Contract Act; (D) Davis-Bacon Act; or (Z) Not Applicable

C11 Cost or Pricing Data N (Y) Yes - Obtained; (N) No - Not Obtained; or (W) Not Obtained - Waived

C12 Contract Financing Z (A) FAR 52.232-16; (C) Percentage of Completion Progress Payments; (D) Unusual Progress Payments or Advance Payments; (E) Commerical Financing; (F) Performance-Based Financing; or (Z) Not Applicable

C13 Foreign Trade Data

C13A Place of Manufacture ___ (A) U.S.; or (B) Foreign

C13B Country of Origin Code ______

C14 Commercial Items Y (Y) Yes - FAR 52.212-4 Included; or (N) No - FAR 52.212-4 Not Included

**Do not complete Part D If Line B5B is coded Y, or if Line B13A is coded 6.**

D1 Type of Contractor

D1A Type of Entity B (A) Small Disadvantaged Business (SDB) Performing in U.S.; (B) Other Small Business (SB) Performing in U.S.; (C) Large Business Performing in U.S.; (D) JWOD Participating Nonprofit Agency; (F) Hospital; (L) Foreign Concern or Entity; (M) Domestic Firm Performing Outside U.S.; (T) Historically Black College or University (HBCU); (U) Minority Institution (MI); (V) Other Educational; or (Z) Other Nonprofit

D1B Women-Owned Business Y (Y) Yes; (N) No; or (U) Uncertified

D1C HUBZone Representation Y (Y) Yes; or (N) No

D1D Ethnic Group ___ (A) Asian-Indian American; (B) Asian-Pacific American; (C) Black American; (D) Hispanic American; (E) Native American; (F) Other SDB Certified or Determined by SBA; or (Z) No Representation

D1E Veteran-Owned Small Business ___ (A) Service-Disabled Veteran; or (B) Other Veteran

# INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

D2 Reason Not Awarded to SDB _C_ (A) No Known SDB Source; (B) SDB Not Solicited; (C) SDB Solicited and No Offer Received; (D) SDB Solicited and Offer Was Not Low; or (Z) Other Reason

D3 Reason Not Awarded to SB ___ (A) No Known SB Source; (B) SB Not Solicited; (C) SB Solicited and No Offer Received; (D) SB Solicited and Offer Was Not Low; or (Z) Other Reason

D4 Set-Aside or Preference Program

D4A Type of Set-Aside _B_ (A) None; (B) Total SB Set-Aside; (C) Partial SB Set-Aside; (D) Section 8(a) Set-Aside or Sole Source; (E) Total SDB Set-Aside; (F) HBCU or MI - Total Set-Aside; (G) HBCU or MI - Partial Set-Aside; (H) Very Small Business Set-Aside; (J) Emerging Small Business Set-Aside; (K) HUBZone Set-Aside or Sole Source; (L) Combination HUBZone and 8(a)

D4B Type of Preference _A_ (A) None; (B) SDB Price Evaluation Adjustment - Unrestricted; (C) SDB Preferential Consideration - Partial SB Set-Aside; (D) HUBZone Price Evaluation Preference; or (E) Combination HUBZone Price Evaluation Preference and SDB Price Evaluation Adjustment

D4C Premium Percent __________

D7 Small Business Innovation Research (SBIR) Program _A_ (A) Not a SBIR Program Phase I, II, or III; (B) SBIR Program Phase I Action; (C) SBIR Program Phase II Action; or (D) SBIR Program Phase III Action

D8 Subcontracting Plan - SB, SDB, HBCU, or MI _B_ (A) Plan Not Included - No Subcontracting Possibilities; (B) Plan Not Required; (C) Plan Required - Incentive Not Included; or (D) Plan Required - Incentive Included

D9 Small Business Competitiveness Demonstration Program _N_ (Y) Yes; or (N) No

D10 Size of Small Business ___

| Employees | | Annual Gross Revenues |
|---|---|---|
| | (A) 50 or fewer | (M) $1 million or less |
| | (B) 51 - 100 | (N) Over $1 million - $2 million |
| | (C) 101 - 250 | (P) Over $2 million- $3.5 million |
| | (D) 251 - 500 | (R) Over $3.5 million- $5 million |
| | (E) 501 - 750 | (S) Over $5 million - $10 million |
| | (F) 751 - 1,000 | (T) $10 million - $17 million |
| | (G) Over 1,000 | (U) Over $17 million |

D11 Emerging Small Business ____ (Y) Yes; or (N) No

E1 Contingency, Humanitarian, or Peacekeeping Operation ___ (Y) Yes; or Leave Blank

E2 Cost Accounting Standards Clause ___ (Y) Yes; or Leave Blank

E3 Requesting Agency Code (FIPS 95) __________

E4 Requesting Activity Code _W44DQ7_

E5 Number of Actions _000001_

E6 Payment by GPC ___ (Y) Yes; or Leave Blank

F1 Name of Contracting Officer or Representative RAY DRYZ

F2 Signature Ray Dryz

F3 Telephone Number 580-442-3225

F4 Date *(yyyymmdd)* 20021120

**AMENDMENT OF SOLI( ATION/MODIFICATION OF CONTR_ _T**

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00011 | 3. EFFECTIVE DATE 19-Nov-2002 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |

6. ED BY — CODE DABK35
ORT SILL
_CTORATE OF CONTRACTING
P.O. BOX 33501
FORT SILL OK 73503-0501

7. ADMINISTERED BY (If other than item 6) — CODE DABK35
ACA, FORT SILL
RAY DRYZ
DRYZR@SILL.ARMY.MIL
580-442-4315
FORT SILL OK

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815

CODE 0GWS5 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13) 01-Oct-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A.THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ ' ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ıce, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C.THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D.OTHER (Specify type of modification and authority)
FAR 52. 232-18

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See SF30 Continuation Page for details.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RAY DRYZ / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR ______ 'nature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 19-Nov-2002 |

E: ON TO SF 30
AI. ED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

481

Dist ✓

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

CUSTODIAL SERVICES, FORT SILL, OK.
1. Reference Modification No. P00009. Currently funds in the amount of $219,738.48 are available (Optional Year 2) as described in the Appropriation Act for Fiscal Year 2003 as provided by the United States Congress. You will be notified in writing of any changes in funding laws that would alter contract requirements prior to any required changes in performance.
2. The Accounting Classification for this modification is as follows:
21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 $219,738.48.
3. The effective date of this modification is October 1, 2002 (reflecting funding for Optional Year Two). The effective date shown in block 3 of the SF30 Modification Form is inserted solely to accommodate business rules required for electronic data interchange between different government computer systems.

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The issued by organization has changed from
DIRECTORATE OF CONTRACTING
PO BOX 33501
FT SILL, OK 73503-0501
to
ACA, FORT SILL
DIRECTORATE OF CONTRACTING
P.O. BOX 33501
FORT SILL, OK 73503-0501

Summary for the Payment Office

As a result of this modification, the total funded amount of the contract is increased by $219,738.48 from $434,372.95 to $654,111.43

SUB-CLIN :0003AA
AX: 21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is increased by $75,013.44 from $0.00 to $75,013.44

SUB-CLIN :0003AB
AX: 21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is increased by $93,556.08 from $0.00 to $93,556.08

SUB-CLIN :0003AC
AX: 21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is increased by $49,890.24 from $0.00 to $49,890.24

SUB-CLIN :0003AD
AX: 21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is increased by $1,278.72 from $0.00 to $1,278.72

DATE: 8 November 2002

MEMORANDUM FOR: DOC

DESCRIPTION: Custodial Contract

1. Funds in the amount of $219,738.48 are available and committed for the above contract. The accounting classification for basic contract is:

2132020000005710823200000000252G82K19H W44DQ70100N011 K19H82034031

2. Point of contact is Paula Grizzle, 2-6096.

DEBORAH A. ANSCHUTZ
Acting C, Business Mgt Div
Directorate of Public Works

'02NOV08 AM10:16

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 6 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00010 | 28-Sep-2002 | | |

| 6. ISSUED BY CODE DABT39 | 7. ADMINISTERED BY (If other than item 6) CODE DABK35 |
|---|---|
| DIRECTORATE OF CONTRACTING<br>BOX 33501<br>FT SILL OK 73503-0501 | ACA, FORT SILL<br>RAY DRYZ<br>DRYZR@SILL.ARMY.MIL<br>580-442-4315<br>FORT SILL OK |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032
X 10B. DATED (SEE ITEM 13) 01-Oct-2000

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
Adjustment Based on Verbal Changes, April - Sep 2002

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CUSTODIAL SERVICES, FORT SILL, OK

See Continuation Sheet

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | RAY DRYZ / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY [signature] (Signature of Contracting Officer) | 28-Sep-2002 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

1. The reason for this modification is to adjust the funding on line items 0002 through 0002AD of the contract. These adjustments are required to bring the contract up to date with changes in the service verbally agreed to between 1 Apr 02 through 30 Sep 02.

2. Service additions and deletions are per the following table:

| Effective Date | Bldg No | Line Item | Add (SF) | Delete (SF) | Total Cost For Option Year One($) |
|---|---|---|---|---|---|
| 01 Apr 02 | 1925 | 0002AC | 110 | | 75.48 |
| 10 Jun 02 | 4700 | 0002AA | 21946 | | 1407.30 |
| 10 Jun 02 | 4700 | 0002AC | 525 | | 225.18 |
| 10 Jun 02 | 4700 | 0002AA | | 234 | (15.00) |
| 01 Jul 02 | 5676 | 0002AA | | 3977 | (204.03) |
| 01 Jul 02 | 5676 | 0002AC | | 150 | (51.48) |
| 01 Jul 02 | 2868 | 0002AA | | 2496 | (128.04) |
| 01 Jul 02 | 2868 | 0002AC | | 172 | (59.04) |
| 01 Jul 02 | 2869 | 0002AA | | 2528 | (129.69) |
| 01 Jul 02 | 2869 | 0002AC | | 188 | (64.53) |
| 01 Jul 02 | 2943 | 0002AA | | 3281 | (168.33) |
| 01 Jul 02 | 2943 | 0002AC | | 300 | (34.32) |
| 01 Aug 02 | 3040 | 0002AA | 1385 | | 47.36 |
| 01 Aug 02 | 3040 | 0002AA | 14715 | | 503.26 |
| 01 Aug 02 | 3040 | 0002AC | 2499 | | 571.76 |
| 01 Sep 02 | 3162 | 0002AA | 16930 | | 289.50 |
| 01 Sep 02 | 3162 | 0002AC | 1079 | | 123.44 |
| 01 Sep 02 | 3164 | 0002AA | 15419 | | 263.66 |
| 01 Sep 02 | 3164 | 0002AC | 1012 | | 115.77 |

3. The contract is modified to reflect these services pro-rated over the entire year. Therefore the Contractor shall invoice to collect the full amount of this modification by invoicing for the full amount of each line item not collected from previous invoices.

4. Changes in contract amounts and funding, as well as administrative changes to the contract, are as indicated in the Revised Price Schedule and the Summary of Changes below.

5.The effective date of the Modification is 1 October 2001. The effective date shown in block 3 of the SF 30 Modification Form is inserted solely to accommodate business rules required for electronic data interchange between different government computer systems.

6. All other terms and conditions remain the same.

7. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

## REVISED PRICE SCHEDULE

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | .00 | | $0.00 | $0.00 NTE |

NON PERSONAL SERVICES:
FFP - Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD ONE: 1 October 2001 through 30 September 2002.
PURCHASE REQUEST NUMBER W44DQ7-0100-N011

NET AMT $0.00

ACRN AW Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AA | | 12.00 | Months | $6,381.155 | $76,573.86 NTE |

ROUTINE WORK (DIRECT COST CUSTOMERS)
FFP –

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month |
|---|---|---|---|---|
| 402,090.5 | x | $.01587 | = | $6,381.155 |

PURCHASE REQUEST NUMBER W44DQ7-0100-N011

NET AMT $76,573.86

ACRN AW Funded Amount $76,573.86

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AB | | 12.00 | Months | $7,813.83 | $93,765.96 NTE |

ROUTINE WORK (REIMBURSABLE CUSTOMERS)
FFP –

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month |
|---|---|---|---|---|
| 280,972 | x | $.02781 | = | $7,813.83 |

PURCHASE REQUEST NUMBER W44DQ7-0100-N011

NET AMT $93,765.96

ACRN AW Funded Amount $93,765.96

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AC | | 12.00 | Months | $4,214.87 | $50,578.44 NTE |

LATRINES, SHOWER AND LOCKER ROOMS
FFP –

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month |
|---|---|---|---|---|
| 36,843 | x | $.1144 | = | $4,214.87 |

PURCHASE REQUEST NUMBER W44DQ7-0100-N011

NET AMT $50,578.44

ACRN AW Funded Amount $50,578.44

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AD | | 12.00 | Months | $106.56 | $1,278.72 NTE |

The Contractor shall remove bagged, shredded paper
FFP - at the points specified on the attached floor plans (Technical Exhibit 4) at DFAS, Bldg. 4700. The Contractor shall remove only closed and tied bags. The Contractor shall remove all full bags at Station #1 once per work day. The Contractor shall remove all full bags at Stations 2 through 7 each day the building receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.
PURCHASE REQUEST NUMBER W44DQ7-0100-N011

NET AMT $1,278.72

ACRN AW Funded Amount $1,278.72

AW: 21220200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
AMOUNT: $222,196.98

## SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The administered by organization has been added.
ACA, FORT SILL
RAY DRYZ
DRYZR@SILL.ARMY.MIL
580-442-4315
FORT SILL, OK

The total cost has increased from $651,343.18 by $2,768.25 to $654,111.43

Changes in Section SF 1449

CLIN 0002

The cost constraint NTE has been added.

SUB-CLIN 0002AA

The total CLIN cost has increased from $74,707.97 by $1,865.89 to $76,573.86
The CLIN extended description has changed from Estimated Price
Cost per Qty/ Estimated
Sq. Feet x per sq.ft.
= month

393,698 x $.01587 = $6251.12 to Estimated
Price Cost per Qty/
Estimated
Sq. Feet x per sq.ft. = month

402,090.5 x
$.01587 = $6,381.155
The period of performance start date has changed from 18-Mar-2002 to 01-Oct-2001
The cost constraint NTE has been added.
The unit price amount has increased from $6,225.66417 by $155.49083 to $6,381.155

SUB-CLIN 0002AB

The total CLIN cost has increased from $93,765.91 by $0.05 to $93,765.96
The CLIN extended description has changed from Estimated Price
Cost per Qty/ Estimated
Sq. Feet x per sq.ft.
= month x Unit = Cost per Year

274,249 x
$.02781 = $7,796.34 x 12 MO = $93,556.08 to Estimated
Price Cost per
Sq. Feet x per sq.ft. = month

280,972 x $.02781 = $7,813.83
The period of performance start date has changed from 18-Mar-2002 to 01-Oct-2001
The cost constraint NTE has been added.
The unit price amount has increased from $7,813.82583 by $0.00417 to $7,813.83

SUB-CLIN 0002AC

The total CLIN cost has increased from $49,676.13 by $902.31 to $50,578.44
The CLIN extended description has changed from Estimated Price
Cost per Qty/ Estimated

Sq. Feet x per sq.ft.
= month x Unit = Cost per Year

36,342 x
$.1144 = $4,157.52 x 12 MO = $49,890.24 to Estimated
Price Cost per
Sq. Feet x per sq.ft. =
month
36,843 x $.1144 = $4,214.87
The cost constraint NTE has been added.
The unit price amount has increased from $4,139.6775 by $75.1925 to $4,214.87

SUB-CLIN 0002AD

The cost constraint NTE has been added.

Summary for the Payment Office

As a result of this modification, the total funded amount of the contract is increased by $2,768.25 from $431,604.70 to $434,372.95

SUB-CLIN :0002AA
AW: 21220200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is increased by $76,573.86 from $0.00 to $76,573.86

AT: 21220200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is decreased by $74,707.97 from $74,707.97 to $0.00

SUB-CLIN :0002AB
AW: 21220200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is increased by $93,765.96 from $0.00 to $93,765.96

AU: 21220200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is decreased by $93,765.91 from $93,765.91 to $0.00

SUB-CLIN :0002AC
AW: 21220200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is increased by $50,578.44 from $0.00 to $50,578.44

AV: 21220200000057108232000000000252G82K19HW44DQ70100N011K19H82034031 000000000000
is decreased by $49,676.13 from $49,676.13 to $0.00

# PURCHASE REQUEST AND COMMITMENT

For use of this form, see AR 37-1; the proponent agency is OASA(FM)

1. PURCHASE INSTRUMENT NO.

2. REQUISITION NO. W44DQ7 0100 N011

3. DATE 10 APRIL 2001

PAGE OF PAGES

4. TO: Contract Support Division

5. THRU:

6. FROM: Directorate of Public Works
Engineering Division
Fort Sill, Oklahoma 73503

It is requested that the supplies and services enumerated below or on attached list be

7. PURCHASED FOR SERVICE CONTRACT

8. DELIVERED TO Post Wide

9. NOT LATER THAN *(Date)*

The supplies and services listed below cannot be secured through normal supply channels or other Army supply sources in the immediate vicinity, and their procurement will not violate existing regulations pertaining to local purchases for stock, therefore, local procurement is necessary for the following reason: *(Check appropriate box and complete item.)*

X 12. LOCAL PURCHASES AUTHORIZED AS THE NORMAL MEANS OF SUPPLY FOR THE FOREGOING BY AR 420-10, 2 JUL 87

13. REQUISITIONING DISCLOSES NONAVAILABILITY OF ITEMS AND LOCAL PURCHASE IS AUTHORIZED BY

EMERGENCY SITUATION PRECLUDES USE OF REQUISITION CHANNELS FOR SECURING ITEM

10. NAME OF PERSON TO CALL FOR ADDITIONAL INFORMATION: Carl Riemer, Engineering Division

11. TELEPHONE NUMBER: (580) 442-4250

| 14. ITEM | 15. DESCRIPTION OF SUPPLY OR SERVICES | 16. QUANTITY | 17. UNIT | 18. ESTIMATED UNIT PRICE a | TOTAL COST b |
|---|---|---|---|---|---|
| 1 | Furnish all labor and materials necessary to provide Service Contract for CUSTODIAL<br><br>01 Oct 2001 thru 30 Sep 2002.<br>Work Order Number KK00006-1S<br><br>AWARD OPTION #1<br><br>FSC S201 | 1 | JOB | $215,000.00 | $215,000.00 |

## FUND CERTIFICATION

The supplies and services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been committed.

19. ACCOUNTING CLASSIFICATION AND AMOUNT
212202000000 57 1082 32000000000 252G 82 K19H W44DQ7 0100 N011 K19H 82 034031

FUNDS ARE CONTINGENT UPON CONGRESS ENACTING APPROPRIATIONS.

20. TYPED NAME AND TITLE OF CERTIFYING OFFICER: PATRICIA L. WALLER, Chief, BMD

21. SIGNATURE: Patricia Waller

22. DATE: 10 Apr 01

23. DISCOUNT TERMS

24. PURCHASE ORDER NUMBER

25. THE FOREGOING ITEMS ARE REQUIRED NOT LATER THAN AS INDICATED ABOVE FOR THE FOLLOWING PURPOSE

26. DELIVERY REQUIREMENTS
ARE MORE THAN 7 DAYS REQUIRED TO INSPECT AND ACCEPT THE REQUESTED GOODS OR SERVICES YES ☐ NO ☐
IF YES, NUMBER OF DAYS REQUIRED

27. TYPED NAME AND GRADE OF INITIATING OFFICER: DONALD W. PRICE, Ch, Engineering

28. SIGNATURE: [signature]

29. DATE: 10 Apr 01

30. TELEPHONE NUMBER: (580) 442-5708

31. TYPED NAME AND GRADE OF SUPPLY OFFICER

32. SIGNATURE

33. DATE

34. TYPED NAME AND GRADE OF APPROVING OFFICER OR DESIGNEE: GARY W. WRIGHT, Col, EN, Director of Public Works

35. SIGNATURE: [signature]

36. DATE: 11 Apr 01

3953, MAR 91 EDITION OF AUG 76 IS OBSOLETE USAPPC V2.00

491

ATZR-EEC 26 August 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 Sep 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Sept | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3162 | 02AA | 16930 | .0171 | 4/4 | $289.50 | $ 289.50 | $289.50 |
| B3162 | 02AC | 1079 | .1144 | 20/20 | $123.44 | $123.44 | $123.44 |
| B3164 | 02AA | 15419 | .0171 | 4/4 | $263.66 | $263.66 | $263.66 |
| B3164 | 02AC | 1012 | .1144 | 20/20 | $115.77 | $115.77 | $115.77 |

2. (AG) Adjutant General is requesting custodial service for these two buildings. Request approved (see attached e-mail.

3. This modification represents an overall increase of $792.37 for the remainder of the contract period. The accounting classification is as follows:

011

21220200000057108232000000000252G82K19HW44DQ70100N~~010~~K19H82034031

Patricia Waller

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Herschel W. Tuck For

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'02SEP27 AM10:46 RCVD

ATZR-EEC

30 July 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 Aug 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Aug | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3040 | 02AA | 1385 | .0171 | 5/5 | $23.68 | $23.68 | $47.36 |

2. Occupant failed to include stairwells in their request.

3. This modification represents an overall increase of $47.36 for the remainder of the contract period. The accounting classification is as follows:

0LL
212202000000571082320000000000252G82K19HW44DQ70100N010K19H82034031

for Jamie Bressman
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Haskel W. Touch for
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'02SEP27 AM10:46 RCVD

ATZR-EEC 29 July 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, Aug 1,2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Aug | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3040 | 02AA | 14715 | .0171 | 5/5 | $251.63 | $251.63 | $252.63 |
| B3040 | 02AC | 2499 | .1144 | 22/22 | $285.88 | $285.88 | $285.88 |

2. Occupant has become dissatisfied with the service currently being provided by the correctional facility.

3. This modification represents an overall increase of $1075.02 for the remainder of the contract period. The accounting classification is as follows:

2122020000005710823200000000252G82K19HW44DQ70100N010K19H82034031

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'02SEP27 AM10:46 RCVD

494

ATZR-EEC Jun 26, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz
SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 July 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost July | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B5676 | 02AA | 3977 | .0171 | 4/4 | (68.01) | (68.01) | (204.03) |
| B5676 | 02AC | 150 | .1144 | 22/22 | (17.16) | (17.16) | (51.48) |
| B2868 | 02AA | 2496 | .0171 | 4/4 | (42.68) | (42.68) | (128.04) |
| B2868 | 02AC | 172 | .1144 | 22/22 | (19.68) | (19.68) | (59.04) |
| B2869 | 02AA | 2528 | .0171 | 4/4 | (43.23) | (43.23) | (129.69) |
| B2869 | 02AC | 188 | .1144 | 22/22 | (21.51) | (21.51) | (64.53) |
| B2943 | 02AA | 3281 | .0171 | 4/4 | (56.11) | (56.11) | (168.33) |
| B2943 | 02AC | 300 | .1144 | 22/22 | ( 34.32) | (34.32) | (34.32) |

2. DCA and Family Housing have relocated their offices to B4700.

3. This modification represents an overall decrease of ($839.46) for the remainder of the contract period. The accounting classification is as follows:

2122020000005710823200000000252G82K19HW44DQ70100N0~~10~~K19H82034031

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'02SEP27 AM10:46 RCVD

ATZR-EEC

Jun 26, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz
SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 10 June 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost June | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B4700 | 02AA | 234 | .0171 | 3/4 | (3.00) | (4.00) | (15.00) |

2. DCA and Family Housing have relocated their offices to B4700. There was a miscalculation of 234 SF.

3. This modification represents an overall decrease of ($15.00) for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N~~010~~ 011 K19H82034031

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'02SEP27 AM10:46 RCVD

ATZR-EEC

June 5, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 10 June 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost June | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B4700 | 02AA | 21946 | .0171 | 3/4 | $281.46 | $375.28 | $1407.30 |
| B4700 | 02AC | 525 | .1144 | 15/20 | $45.00 | $60.06 | $225.18 |

2. ACS has moved and occupied the 1st floor North side of B4700.

3. This modification represents an overall ~~decrease~~/increase of $1632.48 for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N0~~10~~K19H82034031 11 PB

for Jamie Bressman
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'02SEP27 AM10:46 RCVD

ATZR-EEC

Apr 1, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

325779M4

1. Request a modification to the subject contract, Apr 1, 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Apr | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B1925 | 002AC | 110 | .1144 | 28/28 | $12.58 | $12.58 | $75.48 |

2. This modification represents an overall increase of $75.48 for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N0~~10~~K19H82034031 11

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'02SEP27 AM10:46 RCVD

ATZR-EEC 14 Mar 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, 18 Mar 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3168 | 002AA | 2,977 | .0171 | 2/5 | ($20.36) | ($50.91) | ($ 325.82) |
| B3168 | 002AC | 288 | .1144 | 11/22 | ($16.47) | ($32.94) | ($214.11) |
| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
| B5030 | 002AB | 969 | .0336 | 4/9 | $14.47 | $32.56 | $209.83 |
| B1721 | 002AA | 186 | .0171 | 2/5 | $ 1.27 | $ 3.18 | $ 20.35 |

2. B3168 & B463, Chaplains Office has moved to B2934 and DPTM Security Div. Has occupied B463. This leaves only B3168 vacant. See attached email.

3. B5030 is adding a converted kitchen area on the 1st floor. See attached email.

4. B1721 is adding the entry way of EEO office. See attached email.

5. This modification represents an overall decrease of ($309.75) for the remainder of the contract period. The accounting classification is as follows:

2122020000005710823200000000252G82K19HW44DQ70100N010K19H82034031

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW