ATZR-EEC 26 August 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 Sep 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Sept | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3162 | 02AA | 16930 | .0171 | 4/4 | $289.50 | $ 289.50 | $289.50 |
| B3162 | 02AC | 1079 | .1144 | 20/20 | $123.44 | $123.44 | $123.44 |
| B3164 | 02AA | 15419 | .0171 | 4/4 | $263.66 | $263.66 | $263.66 |
| B3164 | 02AC | 1012 | .1144 | 20/20 | $115.77 | $115.77 | $115.77 |

2. (AG) Adjutant General is requesting custodial service for these two buildings. Request approved (see attached e-mail.

3. This modification represents an overall increase of $792.37 for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N010K19H82034031

Patricia Waller

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Harold W. Tucker

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

For

Superceded 27 Sep 02

ATZR-EEC

30 July 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 Aug 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Aug | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3040 | 02AA | 1385 | .0171 | 5/5 | $23.68 | $23.68 | $47.36 |

2. Occupant failed to include stairwells in their request.

3. This modification represents an overall increase of $47.36 for the remainder of the contract period. The accounting classification is as follows:

2122020000057108232000000000252G82K19HW44DQ70100N010K19H82034031

for James Bressman
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Henkel W. Tuck for
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

Superceded
27 Sep 02

ATZR-EEC

29 July 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, Aug 1,2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Aug | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3040 | 02AA | 14715 | .0171 | 5/5 | $251.63 | $251.63 | $252.63 |
| B3040 | 02AC | 2499 | .1144 | 22/22 | $285.88 | $285.88 | $285.88 |

2. Occupant has become dissatisfied with the service currently being provided by the correctional facility.

3. This modification represents an overall increase of $1075.02 for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N010K19H82034031

for Jamie Bressman
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Herschel W. Turk
EVANS P. WARNER for
C, Construction Branch
Engineering Division, DPW

superceded 27 Sep 02

ATZR-EEC

Jun 26, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz
SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 July 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost July | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B5676 | 02AA | 3977 | .0171 | 4/4 | (68.01) | (68.01) | (204.03) |
| B5676 | 02AC | 150 | .1144 | 22/22 | (17.16) | (17.16) | (51.48) |
| B2868 | 02AA | 2496 | .0171 | 4/4 | (42.68) | (42.68) | (128.04) |
| B2868 | 02AC | 172 | .1144 | 22/22 | (19.68) | (19.68) | (59.04) |
| B2869 | 02AA | 2528 | .0171 | 4/4 | (43.23) | (43.23) | (129.69) |
| B2869 | 02AC | 188 | .1144 | 22/22 | (21.51) | (21.51) | (64.53) |
| B2943 | 02AA | 3281 | .0171 | 4/4 | (56.11) | (56.11) | (168.33) |
| B2943 | 02AC | 300 | .1144 | 22/22 | ( 34.32) | (34.32) | (34.32) |

2. DCA and Family Housing have relocated their offices to B4700.

3. This modification represents an overall decrease of ($839.46) for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N010K19H82034031

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

superceded
27 Sep 02

ATZR-EEC

Jun 26, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz
SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 10 June 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost June | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B4700 | 02AA | 234 | .0171 | 3/4 | (3.00) | (4.00) | (15.00) |

2. DCA and Family Housing have relocated their offices to B4700. There was a miscalculation of 234 SF .

3. This modification represents an overall decrease of ($15.00) for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N010K19H82034031

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

Superceded 27 Sep 02

ATZR-EEC

June 5, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 10 June 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost June | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B4700 | 02AA | 21946 | .0171 | 3/4 | $281.46 | $375.28 | $1407.30 |
| B4700 | 02AC | 525 | .1144 | 15/20 | $45.00 | $60.06 | $225.18 |

2. ACS has moved and occupied the 1st floor North side of B4700 .

3. This modification represents an overall ~~decrease~~/increase of $1632.48 for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N010K19H82034031

for Jamie Brennan

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

Superceded 27 Sep 02

ATZR-EEC

Apr 1, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

3 2 5 7 7 9 M 4

1. Request a modification to the subject contract, Apr 1, 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Apr | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B1925 | 002AC | 110 | .1144 | 28/28 | $12.58 | $12.58 | $75.48 |

2. This modification represents an overall increase of $75.48 for the remainder of the contract period. The accounting classification is as follows:

212202000000571082320000000000252G82K19HW44DQ70100N010K19H82034031

fo Linda W Carter
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

superceded
27 Sep 02

ATZR-EEC

14 Mar 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, 18 Mar 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3168 | 002AA | 2,977 | .0171 | 2/5 | ($20.36) | ($50.91) | ($ 325.82) |
| B3168 | 002AC | 288 | .1144 | 1/22 | ($16.47) | ($32.94) | ($214.11) |
| **Add** | **Bid Item** | **SF** | **Cost per SF** | **Clean Days** | **Cost Mar** | **Cost per Month** | **Total Cost** |
| B5030 | 002AB | 969 | .0336 | 4/9 | $14.47 | $32.56 | $209.83 |
| B1721 | 002AA | 186 | .0171 | 2/5 | $ 1.27 | $ 3.18 | $ 20.35 |

2. B3168 & B463, Chaplains Office has moved to B2934 and DPTM Security Div. Has occupied B463. This leaves only B3168 vacant. See attached email.

3. B5030 is adding a converted kitchen area on the 1st floor. See attached email.

4. B1721 is adding the entry way of EEO office. See attached email.

5. This modification represents an overall decrease of ($309.75) for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N010K19H82034031

for Linda W. Carter

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

superceded 27 Sep 02

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 / 3 |
| 2. AMENDMENT/MODIFICATION NO. | ?00009 |
| 3. EFFECTIVE DATE | 01-Oct-2002 |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY — CODE DABT39 | DIRECTORATE OF CONTRACTING<br>PO BOX 33501<br>FT SILL OK 73503-0501 |
| 7. ADMINISTERED BY (If other than item 6) — CODE | See Item 6 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | H & R SERVICES INC.<br>ROGER HALL<br>1425 WEATHERLY ROAD 101<br>HUNTSVILLE AL 35815 |
| CODE | 0GWS5 |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | DABT39-00-C-4032 |
| X 10B. DATED (SEE ITEM 13) | 01-Oct-2000 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
Options Clause

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Custodial Contract, Fort Sill OK, Award Option Year 2

See Continuation Page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | Roger Hall |
| 15B. CONTRACTOR/OFFEROR | [signature] (Signature of person authorized to sign) |
| 15C. DATE SIGNED | 9/11/02 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | RAY DRYZ, CONTRACTING OFFICER |
| 16B. UNITED STATES OF AMERICA | BY [signature] (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 11 Sep 02 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

02SEP11 AM11:04 RCVD

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

1. The reason for this modification is to exercise option year 2, October 1 2002 through September 30 2003, line items 0003 through 0003AD of the contract. This option is exercised in accordance with contract clause 52.217-9 Option To Extend The Term Of The Contract (MAR 2000).

2. Changes are as indicated in the summary of changes below. As indicated below, the exercise of this option is not presently funded. Contract clause 52.232-18, Availability of Funds, is therefore applicable to this modification.

3. All other terms and conditions remain the same.

4. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

Contracting Officer: Ray Dryz (dryzr@sill.army.mil).

## SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The administered by organization has been deleted.
The total cost has increased from $431,604.70 by $219,738.48 to $651,343.18

Changes in Section SF 1449

SUB-CLIN 0002AD

The FSC code S201 has been added.
The SIC code 7349 has been added.

CLIN 0003

The Option set forth in CLIN 0003 has been exercised

SUB-CLIN 0003AA

The Option set forth in CLIN 0003AA has been exercised

SUB-CLIN 0003AB

The Option set forth in CLIN 0003AB has been exercised

SUB-CLIN 0003AC

The Option set forth in CLIN 0003AC has been exercised

SUB-CLIN 0003AD

The Option set forth in CLIN 0003AD has been exercised
The FSC code S201 has been added.
The SIC code 7349 has been added.

SUB-CLIN 0004AD

The FSC code S201 has been added.
The SIC code 7349 has been added.

SUB-CLIN 0005AD

The FSC code S201 has been added.
The SIC code 7349 has been added.

Summary for the Payment Office

As a result of this modification, the total funded amount of the contract is increased by $0.00 from $431,604.70 to $431,604.70

# FAX FORM

**FROM:** RAY DRYZ, DIRECTORATE OF CONTRATING — FORT SILL, OK — VOICE: 580-442-4315 FAX: 580-442-4621 EMAIL: dryzr@sill.army.mil

**TO:** Roger Hall Huntsville AL

| Company Name | Work Phone | Work Extension | Fax Number |
|---|---|---|---|
| H & R Services, Inc. | (256) 533-5889 | | (256) 539-8531 |

Subject DABT39-00-C-4032, Custodial, Fort Sill, OK

Notes

FAX HAS 2 PAGES INCLUCING THIS COVER

Mr. Hall:

Attached is the signed Modification P0009. Thank you for your quick action in providing your signature to the document.

Sincerely,

Ray Dryz
Contracting Officer

Wednesday, September 11, 2002

09/11/2002 12:08 FAX H&R Services, Inc 001
SEP-11-2002 WED 10:09 AM DOC CONTRACT SUP. TECH

# FAX FORM

FROM: RAY DRYZ, DIRECTORATE OF CONTRATING FORT SILL, OK VOICE: 580-442-4315 FAX: 580-442-4621 EMAIL: dryzr@sill.army.mil

TO: Roger Hall Huntsville AL

| Company Name | Work Phone | Work Extension | Fax Number |
| --- | --- | --- | --- |
| H & R Services, Inc. | (256) 533-5889 | | (256) 539-8531 |

Subject DABT39-00-C-4032, Custodial, Fort Sill, OK

Notes

**FAX HAS 4 PAGES INCLUCING THIS COVER**

**Mr. Hall:**

**Attached is Modification P0009. Exercising the 2nd option year on the subject contract. I request you sign and return, via return fax, the signature page on the modification. Feel free to call or e-mail if you have questions.**

**Sincerely,**

**Ray Dryz**
**Contracting Officer**

Return to Ray
Thanks
R

Wednesday, September 11, 2002

b1300

'02SEP11 AM11:34 RCVD

512

# AMENDMENT OF SOLICITATI..N/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 \| 2 |
| 2. AMENDMENT/MODIFICATION NO. | P00008 |
| 3. EFFECTIVE DATE | 18-Mar-2002 |
| 4. REQUISITION/PURCHASE REQ. NO. | W44DQ7-0068-N010 |
| 5. PROJECT NO.(If applicable) | |
| 6. ...ED BY CODE DABT39 | ...ORATE OF CONTRACTING<br>...X 33501<br>FT SILL OK 73503-0501 |
| 7. ADMINISTERED BY (If other than item 6) CODE | DIRECTORATE OF CONTRACTING<br>DEWAYNE COCHRANE<br>CONT SPT DIV 580-442-3225<br>COCHRAND@SILL.ARMY.MIL<br>FORT SILL OK 73503 0501 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | H & R SERVICES INC.<br>ROGER HALL<br>PO BOX 175<br>OWENS CROSS ROAD AL 35763 |
| CODE | 0GWS5 |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | DABT39-00-C-4032 |
| X 10B. DATED (SEE ITEM 13) | 01-Oct-2000 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | ...E ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ...ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | ...HIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 43.103 (A) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CUSTODIAL SERVICES, FORT SILL, OK.

See continuation page for details.

Contracting Officer: Ray Dryz
dryzr@sill.army.mil

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | RAY DRYZ / CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | |
| 15C. DATE SIGNED | |
| 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | [signature] |
| 16C. DATE SIGNED | 29-Mar-2002 |

E... ...ON TO SF 30
A... ...ED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

1. Request a modification to the subject contract, 18 Mar 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3168 | 002AA | 2,977 | .0171 | 2/5 | ($20.36) | ($50.91) | ($325.82) |
| B3168 | 002AC | 288 | .1144 | 11/22 | ($16.47) | ($32.94) | ($214.11) |

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B5030 | 002AB | 969 | .0336 | 4/9 | $14.47 | $32.56 | $209.83 |
| B1721 | 002AA | 186 | .0171 | 2/5 | $ 1.27 | $ 3.18 | $ 20.35 |

2. B3168 & B463, Chaplains Office has moved to B2934 and DPTM Security Div. Has occupied B463. This leaves only B3168 vacant. See attached email.

3. B5030 is adding a converted kitchen area on the 1st floor. See attached email.

4. B1721 is adding the entry way of EEO office. See attached email.

5. This modification represents an overall decrease of ($309.75) for the remainder of the contract period.
   The contract amount is changed from $431914.45 to $431,604.70.
   The accounting classification is as follows:

   2122020000005710823200000000252G82K19HW44DQ70100N010K19H82034031

6. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

Contracting Officer: Ray Dryz (dryzr@sill.army.mil)

ATZR-EEC 14 Mar 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, 18 Mar 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3168 | 002AA | 2,977 | .0171 | 2/5 | ($20.36) | ($50.91) | ($ 325.82) |
| B3168 | 002AC | 288 | .1144 | 11/22 | ($16.47) | ($32.94) | ($214.11) |
| **Add** | **Bid Item** | **SF** | **Cost per SF** | **Clean Days** | **Cost Mar** | **Cost per Month** | **Total Cost** |
| B5030 | 002AB | 969 | .0336 | 4/9 | $14.47 | $32.56 | $209.83 |
| B1721 | 002AA | 186 | .0171 | 2/5 | $ 1.27 | $ 3.18 | $ 20.35 |

2. B3168 & B463, Chaplains Office has moved to B2934 and DPTM Security Div. Has occupied B463. This leaves only B3168 vacant. See attached email.

3. B5030 is adding a converted kitchen area on the 1st floor. See attached email.

4. B1721 is adding the entry way of EEO office. See attached email.

5. This modification represents an overall decrease of ($309.75) for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N010K19H82034031

for PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

**Webb, Peter K Mr**

**From:** McCarty, John W Mr
**Sent:** Monday, March 11, 2002 1:17 PM
**To:** Webb, Peter K Mr
**Subject:** RE: Questions about Chaplain moves and janitorial

You are absolutely right. My mistake. Thanks.

-----Original Message-----
**From:** Webb, Peter K Mr
**Sent:** Monday, March 11, 2002 1:09 PM
**To:** McCarty, John W Mr
**Subject:** RE: Questions about Chaplain moves and janitorial

Are you sure it's not B3168 instead of 3169?

-----Original Message-----
**From:** McCarty, John W Mr
**Sent:** Monday, March 11, 2002 1:06 PM
**To:** Webb, Peter K Mr
**Subject:** Questions about Chaplain moves and janitorial

Pete, Chaplain is moved from 463 and 3169 to 2934. 2934 had a janitorial contract by DEQ which I believe was funded from external sources and when DEQ moved out they cancelled the janitorial. I do not know if Chaplain has janitorial services, if they do 2934 is going to need to be added back to your list of janitorial services. 463 will be occupied by DPTM Security Division located in building 441. If DPTM Security Division had janitorial services it will need to move to 463. Both of these organizaitions will have an resultant increase in janitored space. Building 3169 belongs to the Chaplain. If this building has janitorial services it can be stopped as soon as the Chaplain turns in the building. Let me know if you needed something else. John


FIRST FLOOR PLAN, BLDG. 5030
SCALE 1/8"=1'-0"
AREA TO BE CLEANED
889 TILE
80 TILE
Porch
classroom
Rm 106
Rm 108
Rm 109
Rm 110
Rm 111
Rm 112
Rm 122
conf Rm
stairs - concrete
120 sf
25 landing
3830 - AT

**DABT3. C-4032**
**CUSTODIAL SERVICES**
**H R SERVICES**

| | Mod # 6 | Mod # 7 Base | Mod # 8 | Total |
|---|---|---|---|---|
| 0002AA | 75,013.44 | | (305.47) | 74,707.97 |
| 0002AB | 93,556.08 | | 209.83 | 93,765.91 |
| 0002AC | 49,890.24 | | (214.11) | 49,676.13 |
| 0002AD | 1,278.72 | | | 1,278.72 |
| Total | 219,738.48 | 0.00 | (309.75) | 219,428.73 |


DEPARTMENT OF THE ARMY
DIRECTORATE OF PUBLIC WORKS
FORT SILL, OKLAHOMA
RENOVATE BLDG. 1721
FLOOR PLAN
98022-P01
AREA TO BE CLEANED
120 TILE
1666 CARP.
Lat 180 QT
Car 5603
FLOOR PLAN
COMPUTER ROOM
FILE / STORAGE
TRAINING ROOM
JOB INFO.
MEETING ROOM
STOR.
COURT ROOM
OFFICE
DIR. EEO OFFICE
MEN
WOMEN
MAIN ENTRANCE

**Webb, Peter K Mr**

**From:** Nelson, Janet E Ms
**Sent:** Monday, March 11, 2002 10:53 AM
**To:** Webb, Peter K Mr
**Cc:** Carter, Linda W Ms; Conley, Charlene M Ms
**Subject:** RE: custodial additions

Pete
Dennis' people said they would pay and I think we can handle the other tid-bit to be added to the contract.
Please mod - thanks

Linda
These mods will be appearing soon - the money is there. It could be as high as $440.00 - that still is okay if they put in 12 months. thanks!

Charlene
Please print a copy of this and put in "to do folder" so we can add to 1SE042 in case I forget! thanks!

-----Original Message-----
**From:** Webb, Peter K Mr
**Sent:** Monday, March 11, 2002 8:49 AM
**To:** Nelson, Janet E Ms
**Subject:** custodial additions

Hey,
Dennis Grey.. B5030 wants to add 969sf in the kitchen area = $32.56/mo
Grace Ross... B1721 EEO wants to add 186sf at the entryway=$3.18/mo

1. Request a modification to the subject contract, 18 Mar 2002, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3168 | 002AA | 2,977 | .0171 | 2/5 | ($20.36) | ($50.91) | ($325.82) |
| B3168 | 002AC | 288 | .1144 | 11/22 | ($16.47) | ($32.94) | ($214.11) |

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B5030 | 002AB | 969 | .0336 | 4/9 | $14.47 | $32.56 | $209.83 |
| B1721 | 002AA | 186 | .0171 | 2/5 | $ 1.27 | $ 3.18 | $ 20.35 |

2. B3168 & B463, Chaplains Office has moved to B2934 and DPTM Security Div. Has occupied B463. This leaves only B3168 vacant. See attached email.

3. B5030 is adding a converted kitchen area on the 1st floor. See attached email.

4. B1721 is adding the entry way of EEO office. See attached email.

5. This modification represents an overall decrease of ($309.75) for the remainder of the contract period.
The contract amount is changed from $431914.45 to $431,604.70.
The accounting classification is as follows:

2122020000005710823200000000252G82K19HW44DQ70100N010K19H82034031

6. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

Contracting Officer: Ray Dryz (dryzr@sill.army.mil)

**DABT3 -4032**
**CUSTODIAL SERVICES**
**H R SERVICES**

| | Mod # 6 | Mod # 7 Base | Mod # 8 | Total |
|---|---|---|---|---|
| 0002AA | 75,013.44 | | (305.47) | 74,707.97 |
| 0002AB | 93,556.08 | | 209.83 | 93,765.91 |
| 0002AC | 49,890.24 | | (214.11) | 49,676.13 |
| 0002AD | 1,278.72 | | | 1,278.72 |
| Total | 219,738.48 | 0.00 | (309.75) | 219,428.73 |

# INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

A1 Type of Report 0 (0) Original; (1) Canceling; or (2) Correcting
A2 Report Number 000057
A3 Contracting Office
A3A Reporting Agency FIPS 95 Code 2100
A3B Contracting Office Code BT39
A4 Name of Contracting Office DIRECTORATE OF CONTRACTING
B1 Contract Identification Information
B1A Contract Number DABT39-99-C-4032
B1B Origin of Contract A (A) DoD; (B) NASA; or (C) Other Non-DoD Agency
B1C Bundled Contract N (Y) Yes; or (N) No
B1D Bundled Contract Exception ____ (A) Mission Critical; (B) OMB Circular A-76; or (C) Other
B1E Performance-Based Service Contract N (Y) Yes; or (N) No
B2 Modification, Order, or Other ID Number P00007
B3 Action Date *(yyyymmdd)* 20001001
B4 Completion Date *(yyyymmdd)* 20050930
B5 Contractor Identification Information
B5A Contractor Identification Number (DUNS) ________
B5B Government Agency N (Y) Yes; or (N) No
B5C Reserved
B5D Contractor Name and Division Name
Contractor H & R SERVICES, INC.
Division ________
B5E Contractor Address
Street or PO Box 1428 WEATHERLY ROAD 101
City or Town HUNTSVILLE
State or Country AL Zip Code 35815
B5F Taxpayer Identification Number 630992062
B5G Parent Taxpayer Identification Number ________
B5H Parent Name ________
B6 Principal Place of Performance
B6A City or Place Code 27300
B6B State or Country Code 40
B6C City or Place and State or Country Name FORT SILL (U.S. ARMY), OKLAHOMA
B7 Type Obligation 1 (1) Obligation; (2) Deobligation; or (3) No Dollars Obligated or Deobligated
B8 Obligated or Deobligated Dollars *(Enter Whole Dollars Only)* $204
B9 Foreign Military Sale N (Y) Yes; or (N) No
B10 Multiyear Contract N (Y) Yes; or (N) No
B11 Total Estimated Contract Value *(Enter Whole Dollars Only)* $0
B12 Principal Product or Service
B12A Federal Supply Class or Service Code S201
B12B DoD Claimant Program Code S10
B12C Program, System, or Equipment Code 000
B12D NAICS Code 561720
B12E Name or Description CUSTODIAL SERVICES, FORT SILL, OK
B12F EPA-Designated Product(s) E (A) EPA-Designated Product(s) with Minimum Recovered Material Content; (B) FAR 23.405(c)(1) Justification; (C) FAR 23.405(c)(2) Justification; (D) FAR 23.405(c)(3) Justification; or (E) No EPA-Designated Product(s) Acquired
B12G Recovered Material Clauses _____ (A) FAR 52.223-4; or (B) FAR 52.223-4 and FAR 52.223-9

DD FORM 350, OCT 2001
Previous edition is obsolete.

## INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

B13 Kind of Action

B13A Contract or Order _3_ (1) Letter Contract; (3) Definitive Contract; (4) Order under an Agreement; (5) Order under Indefinite-Delivery Contract; (6) Order under Federal Schedule; (7) BPA Order under Federal Schedule; (8) Order from Procurement List; or (9) Award under FAR Part 13

B13B Type of Indefinite-Delivery Contract ____ (A) Requirements Contract (FAR 52.216-21); (B) Indefinite-Quantity Contract (FAR 52.216-22); or (C) Definite-Quantity Contract (FAR 52.216-20)

B13C Multiple or Single Award Indefinite-Delivery Contract ____ (M) Multiple Award; or (S) Single Award

B13D Modification _D_ (A) Additional Work (new agreement); (B) Additional Work (other); (C) Funding Action; (D) Change Order; (E) Termination for Default; (F) Termination for Convenience; (G) Cancellation; (H) Exercise of an Option; or (J) Definitization

B13E Multiple Award Contract Fair Opportunity _____ (A) Fair Opportunity Process; (B) Urgency; (C) One/Unique Source; (D) Follow-On Contract; or (E) Minimum Guarantee

B13F Indefinite-Delivery Contract Use ____ (A) Government-Wide; (B) DoD-Wide; (C) DoD Department or Agency Only; or (D) Contracting Office Only

B13G Indefinite-Delivery Contract Ordering Period Ending Date (*yyyymmdd*) __________________

B14 CICA Applicability _B_ (A) Pre-CICA; (B) CICA Applicable; (C) Simplified Acquisition Procedures Other than FAR Subpart 13.5; or (D) Simplified Acquisition Procedures Pursuant to FAR Subpart 13.5

B15 Information Technology Products or Services ____(A) Commercially Available Off-the-Shelf Item; (B) Other Commercial Item of Supply; (C) Nondevelopmental Item Other than Commercial Item; (D) Other Noncommercial Item of Supply; (E) Commercial Service; or (F) Noncommercial Service.

B16 Clinger-Cohen Act Planning Compliance _N_ (Y) Yes; or (N) No

**Do not complete Part C if Line B5B is coded Y.**

C1 Synopsis _A_ (A) Synopsis Only; (B) Combined Synopsis/Solicitation; or (N) Not Synopsized

C2 Reason Not Synopsized ____ (A) Urgency; (B) FAR 5.202(a)(13); or (Z) Other Reason

C3 Extent Competed _A_ (A) Competed Action; (B) Not Available for Competition; (C) Follow-On to Competed Action; or (D) Not Competed

C4 Sea Transportation _U_ (Y) Yes - Positive Response to DFARS 252.247-7022 or 252.212-7000(c)(2); (N) No - Negative Response to DFARS 252.247-7022 or 252.212-7000(c)(2); or (U) Unknown - No Response or Provision Not Included in Solicitation

C5 Type of Contract _K_ (A) Fixed-Price Redetermination; (J) Firm-Fixed-Price; (K) Fixed-Price Economic Price Adjustment; (L) Fixed-Price Incentive; (M) Fixed-Price-Award-Fee; (R) Cost-Plus-Award-Fee; (S) Cost Contract; (T) Cost-Sharing; (U) Cost-Plus-Fixed-Fee; (V) Cost-Plus-Incentive-Fee; (Y) Time-and-Materials; or (Z) Labor-Hour

C6 Number of Offerors Solicited _2_(1) One; or (2) More than One

C7 Number of Offers Received _13_

C8 Solicitation Procedures _K_ (A) Full and Open Competition – Sealed Bid; (B) Full and Open Competition – Competitive Proposal; (C) Full and Open Competition – Combination; (D) Architect-Engineer; (E) Basic Research; (F) Multiple Award Schedule; (G) Alternative Sources; (K) Set-Aside; or (N) Other than Full and Open Competition

C9 Authority for Other Than Full and Open Competition ____ (1A) Unique Source; (1B) Follow-On Contract; (1C) Unsolicited Research Proposal; (1D) Patent or Data Rights; (1E) Utilities; (1F) Standardization; (1G) Only One Source – Other; (2A) Urgency; (3A) Particular Sources; (4A) International Agreement; (5A) Authorized by Statute; (5B) Authorized Resale; (6A) National Security; or (7A) Public Interest

## INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

C10 Subject to Labor Standards Statutes _C_ (A) Walsh-Healey Act; (C) Service Contract Act; (D) Davis-Bacon Act; or (Z) Not Applicable

C11 Cost or Pricing Data _N_ (Y) Yes – Obtained; (N) No – Not Obtained; or (W) Not Obtained - Waived

C12 Contract Financing _Z_ (A) FAR 52.232-16; (C) Percentage of Completion Progress Payments; (D) Unusual Progress Payments or Advance Payments; (E) Commercial Financing; (F) Performance-Based Financing; or (Z) Not Applicable

C13 Foreign Trade Data

C13A Place of Manufacture ____ (A) U.S.; or (B) Foreign

C13B Country of Origin Code _______

C14 Commercial Item _Y_ (Y) Yes – FAR 52.212-4 Included; or (N) No – FAR 52.212-4 Not Included

**Do not complete Part D if Line B5B is coded Y or if Line B13A is coded 6.**

D1 Type of Contractor

D1A Type of Entity _B_ (A) Small Disadvantaged Business (SDB) Performing in U.S.; (B) Other Small Business (SB) Performing in U.S.; (C) Large Business Performing in U.S.; (D) JWOD Participating Nonprofit Agency; (F) Hospital; (L) Foreign Concern or Entity; (M) Domestic Firm Performing Outside U.S.; (T) Historically Black College or University (HBCU); (U) Minority Institution (MI); (V) Other Educational or (Z) Other Nonprofit

D1B Women-Owned Business _Y_ (Y) Yes; (N) No; or (U) Uncertified

D1C HUBZone Representation _N_ (Y) Yes; or (N) No

D1D Ethnic Group ____ (A) Asian-Indian American; (B) Asian-Pacific American; (C) Black American; (D) Hispanic American; (E) Native American; (F) Other SDB Certified or Determined by SBA; or (Z) No Representation

D1E Veteran-Owned Small Business ____ (A) Service-Disabled Veteran; or (B) Other Veteran

D2 Reason Not Awarded to SDB _A_ (A) No Known SDB Source; (B) SDB Not Solicited; (C) SDB Solicited and No Offer Received; (D) SDB Solicited and Offer Was Not Low; or (Z) Other Reason

D3 Reason Not Awarded to SB ____ (A) No Known SB Source; (B) SB Not Solicited; (C) SB Solicited and No Offer Received; (D) SB Solicited and Offer Was Not Low; or (Z) Other Reason

D4 Set-Aside or Preference Program

D4A Type of Set-Aside _B_ (A) None; (B) Total SB Set-Aside; (C) Partial SB Set-Aside; (D) Section 8(a) Set-Aside or Sole Source; (E) Total SDB Set-Aside; (F) HBCU or MI – Total Set-Aside; (G) HBCU or MI – Partial Set-Aside; (H) Very Small Business Set-Aside; (J) Emerging Small Business Set-Aside; (K) HUBZone Set-Aside or Sole Source; (L) Combination HUBZone and 8(a)

D4B Type of Preference _A_ (A) None; (B) SDB Price Evaluation Adjustment – Unrestricted; (C) SDB Preferential Consideration - Partial SB Set-Aside; (D) HUBZone Price Evaluation Preference; or (E) Combination HUBZone Price Evaluation Preference and SDB Price Evaluation Adjustment

D4C Premium Percent __________

D5-D6 Reserved

D7 Small Business Innovation Research (SBIR) Program _A_ (A) Not a SBIR Program Phase I, II, or III; (B) SBIR Program Phase I Action; (C) SBIR Program Phase II Action; or (D) SBIR Program Phase III Action

D8 Subcontracting Plan - SB, SDB, HBCU, or MI _B_ (A) Plan Not Included – No Subcontracting Possibilities; (B) Plan Not Required; (C) Plan Required – Incentive Not Included; or (D) Plan Required – Incentive Included

D9 Small Business Competitiveness Demonstration Program _N_ (Y) Yes; or (N) No

# INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

D10 Size of Small Business ____

Employees
(A) 50 or fewer
(B) 51 - 100
(C) 101 - 250
(D) 251 - 500
(E) 501 - 750
(F) 751 - 1000
(G) Over 1000

Annual Gross Revenues
(M) $1 million or less
(N) Over $1 million - $2 million
(P) Over $2 million - $3.5 million
(R) Over $3.5 million - $5 million
(S) Over $5 million - $10 million
(T) Over $10 million - $17 million
(U) Over $17 million.

D11 Emerging Small Business ____ (Y) Yes; or (N) No
E1 Contingency, Humanitarian, or Peacekeeping Operation ____ (Y) Yes; or Leave Blank
E2 Cost Accounting Standards Clause ____ (Y) Yes; or Leave Blank
E3 Non-DoD Requesting Agency Code (FIPS 95) ________
E4 Requesting Activity Code ________
E5 Number of Actions ________
F1 Name of Contracting Officer or Representative RAY DRYZ
F2 Signature Ray Dryz
F3 Telephone Number (580)442-3225
F4 Date (*yyyymmdd*) 20020211

**AMENDMENT OF SOLICI .ATION/MODIFICATION OF CONTRA..**

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00007
3. EFFECTIVE DATE: 01-Oct-2000
4. REQUISITION/PURCHASE REQ. NO.: W44DQ7-0068-N010
5. PROJECT NO.(If applicable)

6 D BY CODE DABT39
ORATE OF CONTRACTING
PO BOX 33501
FT SILL OK 73503-0501

7. ADMINISTERED BY (If other than item 6) CODE
DIRECTORATE OF CONTRACTING
DEWAYNE COCHRANE
CONT SPT DIV 580-442-3225
COCHRAND@SILL.ARMY.MIL
FORT SILL OK 73503 0501

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032
X 10B. DATED (SEE ITEM 13) 01-Oct-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying .ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
SEE CONTINUATION PAGE FOR DETAILS.

5 NOV 01 10:10

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Hope M. Hall
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): RAY DRYZ

15B. CONTRACTOR/OFFEROR: [signature] Hope Hall
(Signature of person authorized to sign)
15C. DATE SIGNED: 1 Nov 01

16B. UNITED STATES OF AMERICA
BY [signature] Ray Dryz
(Signature of Contracting Officer)
16C. DATE SIGNED: NOV 8 2001

EX.. .N TO SF 30
APP.. .ED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

CUSTODIAL SERVICES AT FORT SILL, OK.

1. The purpose of this modification is to add $204.47 for retroactive pay increases for the period of 1 Oct 00 thru 1 May 01.
2. The accounting code for this modification is as follows: 21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031.
3. Line Item 0001AA amount is changed from $80,206.99 to $80,411.46, an increase of $204.47.
4. Total contract amount is changed from $431,709.98 to $431,914.45.
5. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

Contracting Officer: Ray Dryz (dryzr@sill.army.mil)

10 Oct 01

MEMORANDUM FOR: Contract Support Division, ATTN: Sharel McAdoo

SUBJECT: W44DQ70068-N010, CUSTODIAL CONTRACT

1. Funds in the amount of $204.47 are available for the above contract. The accounting classifications are as follows:

   21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031
   $204.47.

2. Point of contact is Linda Carter 442-6096.

Linda W Carter

PATRICIA L. WALLER
C, Business Management Division
Directorate of Public Works

0001AA

'01 OCT 10 PM 2:37 RCVD

# INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

| | | |
|---|---|---|
| A1 | Type of Report | 0 (0) Original; (1) Canceling; or (2) Correcting |
| A2 | Report Number | 000056 |
| A3 | Contracting Office | |
| A3A | Reporting Agency FIPS 95 Code | 2100 |
| A3B | Contracting Office Code | BT39 |
| A4 | Name of Contracting Office | DIRECTORATE OF CONTRACTING |
| B1 | Contract Identification Information | |
| B1A | Contract Number | DABT39-99-C-4032 |
| B1B | Origin of Contract | A (A) DoD; (B) NASA; or (C) Other Non-DoD Agency |
| B1C | Bundled Contract | N (Y) Yes; or (N) No |
| B1D | Bundled Contract Exception | ____ (A) Mission Critical; (B) OMB Circular A-76; or (C) Other |
| B1E | Performance-Based Service Contract | N (Y) Yes; or (N) No |
| B2 | Modification, Order, or Other ID Number | P00006 |
| B3 | Action Date (*yyyymmdd*) | 20011001 |
| B4 | Completion Date (*yyyymmdd*) | 20050930 |
| B5 | Contractor Identification Information | |
| B5A | Contractor Identification Number (DUNS) | |
| B5B | Government Agency | N (Y) Yes; or (N) No |
| B5C | Reserved | |
| B5D | Contractor Name and Division Name | |
| | Contractor | H & R SERVICES, INC. |
| | Division | |
| B5E | Contractor Address | |
| | Street or PO Box | 1428 WEATHERLY ROAD 101 |
| | City or Town | HUNTSVILLE |
| | State or Country | AL Zip Code 35815 |
| B5F | Taxpayer Identification Number | 630992062 |
| B5G | Parent Taxpayer Identification Number | |
| B5H | Parent Name | |
| B6 | Principal Place of Performance | |
| B6A | City or Place Code | 27300 |
| B6B | State or Country Code | 40 |
| B6C | City or Place and State or Country Name | FORT SILL (U.S. ARMY), OKLAHOMA |
| B7 | Type Obligation | 1 (1) Obligation; (2) Deobligation; or (3) No Dollars Obligated or Deobligated |
| B8 | Obligated or Deobligated Dollars *(Enter Whole Dollars Only)* | $219,738 |
| B9 | Foreign Military Sale | N (Y) Yes; or (N) No |
| B10 | Multiyear Contract | N (Y) Yes; or (N) No |
| B11 | Total Estimated Contract Value *(Enter Whole Dollars Only)* | $0 |
| B12 | Principal Product or Service | |
| B12A | Federal Supply Class or Service Code | S201 |
| B12B | DoD Claimant Program Code | S10 |
| B12C | Program, System, or Equipment Code | 000 |
| B12D | NAICS Code | 561720 |
| B12E | Name or Description | CUSTODIAL SERVICES, FORT SILL, OK |
| B12F | EPA-Designated Product(s) | E (A) EPA-Designated Product(s) with Minimum Recovered Material Content; (B) FAR 23.405(c)(1) Justification; (C) FAR 23.405(c)(2) Justification; (D) FAR 23.405(c)(3) Justification; or (E) No EPA-Designated Product(s) Acquired |
| B12G | Recovered Material Clauses | _____ (A) FAR 52.223-4; or (B) FAR 52.223-4 and FAR 52.223-9 |

DD FORM 350, OCT 2001 
Previous edition is obsolete.

# INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

B13 Kind of Action

B13A Contract or Order __3__ (1) Letter Contract; (3) Definitive Contract; (4) Order under an Agreement; (5) Order under Indefinite-Delivery Contract; (6) Order under Federal Schedule; (7) BPA Order under Federal Schedule; (8) Order from Procurement List; or (9) Award under FAR Part 13

B13B Type of Indefinite-Delivery Contract ____ (A) Requirements Contract (FAR 52.216-21); (B) Indefinite-Quantity Contract (FAR 52.216-22); or (C) Definite-Quantity Contract (FAR 52.216-20)

B13C Multiple or Single Award Indefinite-Delivery Contract ____ (M) Multiple Award; or (S) Single Award

B13D Modification __H__ (A) Additional Work (new agreement); (B) Additional Work (other); (C) Funding Action; (D) Change Order; (E) Termination for Default; (F) Termination for Convenience; (G) Cancellation; (H) Exercise of an Option; or (J) Definitization

B13E Multiple Award Contract Fair Opportunity _____ (A) Fair Opportunity Process; (B) Urgency; (C) One/Unique Source; (D) Follow-On Contract; or (E) Minimum Guarantee

B13F Indefinite-Delivery Contract Use ____ (A) Government-Wide; (B) DoD-Wide; (C) DoD Department or Agency Only; or (D) Contracting Office Only

B13G Indefinite-Delivery Contract Ordering Period Ending Date (*yyyymmdd*) ________________

B14 CICA Applicability __B__ (A) Pre-CICA; (B) CICA Applicable; (C) Simplified Acquisition Procedures Other than FAR Subpart 13.5; or (D) Simplified Acquisition Procedures Pursuant to FAR Subpart 13.5

B15 Information Technology Products or Services ____(A) Commercially Available Off-the-Shelf Item; (B) Other Commercial Item of Supply; (C) Nondevelopmental Item Other than Commercial Item; (D) Other Noncommercial Item of Supply; (E) Commercial Service; or (F) Noncommercial Service.

B16 Clinger-Cohen Act Planning Compliance __N__ (Y) Yes; or (N) No

**Do not complete Part C if Line B5B is coded Y.**

C1 Synopsis __A__ (A) Synopsis Only; (B) Combined Synopsis/Solicitation; or (N) Not Synopsized

C2 Reason Not Synopsized ____ (A) Urgency; (B) FAR 5.202(a)(13); or (Z) Other Reason

C3 Extent Competed __A__ (A) Competed Action; (B) Not Available for Competition; (C) Follow-On to Competed Action; or (D) Not Competed

C4 Sea Transportation __U__ (Y) Yes - Positive Response to DFARS 252.247-7022 or 252.212-7000(c)(2); (N) No - Negative Response to DFARS 252.247-7022 or 252.212-7000(c)(2); or (U) Unknown - No Response or Provision Not Included in Solicitation

C5 Type of Contract __K__ (A) Fixed-Price Redetermination; (J) Firm-Fixed-Price; (K) Fixed-Price Economic Price Adjustment; (L) Fixed-Price Incentive; (M) Fixed-Price-Award-Fee; (R) Cost-Plus-Award-Fee; (S) Cost Contract; (T) Cost-Sharing; (U) Cost-Plus-Fixed-Fee; (V) Cost-Plus-Incentive-Fee; (Y) Time-and-Materials; or (Z) Labor-Hour

C6 Number of Offerors Solicited __2__(1) One; or (2) More than One

C7 Number of Offers Received __13__

C8 Solicitation Procedures __K__ (A) Full and Open Competition – Sealed Bid; (B) Full and Open Competition – Competitive Proposal; (C) Full and Open Competition – Combination; (D) Architect-Engineer; (E) Basic Research; (F) Multiple Award Schedule; (G) Alternative Sources; (K) Set-Aside; or (N) Other than Full and Open Competition

C9 Authority for Other Than Full and Open Competition ____ (1A) Unique Source; (1B) Follow-On Contract; (1C) Unsolicited Research Proposal; (1D) Patent or Data Rights; (1E) Utilities; (1F) Standardization; (1G) Only One Source – Other; (2A) Urgency; (3A) Particular Sources; (4A) International Agreement; (5A) Authorized by Statute; (5B) Authorized Resale; (6A) National Security; or (7A) Public Interest

**INDIVIDUAL CONTRACTING ACTION REPORT**

Report Control Symbol DD-AT&L(M)1014

C10 Subject to Labor Standards Statutes __C__ (A) Walsh-Healey Act; (C) Service Contract Act; (D) Davis-Bacon Act; or (Z) Not Applicable
C11 Cost or Pricing Data __N__ (Y) Yes – Obtained; (N) No – Not Obtained; or (W) Not Obtained - Waived
C12 Contract Financing __Z__ (A) FAR 52.232-16; (C) Percentage of Completion Progress Payments; (D) Unusual Progress Payments or Advance Payments; (E) Commercial Financing; (F) Performance-Based Financing; or (Z) Not Applicable
C13 Foreign Trade Data
C13A Place of Manufacture ____ (A) U.S.; or (B) Foreign
C13B Country of Origin Code _______
C14 Commercial Item __Y__ (Y) Yes – FAR 52.212-4 Included; or (N) No – FAR 52.212-4 Not Included

**Do not complete Part D if Line B5B is coded Y or if Line B13A is coded 6.**

D1 Type of Contractor
D1A Type of Entity __B__ (A) Small Disadvantaged Business (SDB) Performing in U.S.; (B) Other Small Business (SB) Performing in U.S.; (C) Large Business Performing in U.S.; (D) JWOD Participating Nonprofit Agency; (F) Hospital; (L) Foreign Concern or Entity; (M) Domestic Firm Performing Outside U.S.; (T) Historically Black College or University (HBCU); (U) Minority Institution (MI); (V) Other Educational or (Z) Other Nonprofit
D1B Women-Owned Business __Y__ (Y) Yes; (N) No; or (U) Uncertified
D1C HUBZone Representation __N__ (Y) Yes; or (N) No
D1D Ethnic Group ____ (A) Asian-Indian American; (B) Asian-Pacific American; (C) Black American; (D) Hispanic American; (E) Native American; (F) Other SDB Certified or Determined by SBA; or (Z) No Representation
D1E Veteran-Owned Small Business ____ (A) Service-Disabled Veteran; or (B) Other Veteran
D2 Reason Not Awarded to SDB __A__ (A) No Known SDB Source; (B) SDB Not Solicited; (C) SDB Solicited and No Offer Received; (D) SDB Solicited and Offer Was Not Low; or (Z) Other Reason
D3 Reason Not Awarded to SB ____ (A) No Known SB Source; (B) SB Not Solicited; (C) SB Solicited and No Offer Received; (D) SB Solicited and Offer Was Not Low; or (Z) Other Reason
D4 Set-Aside or Preference Program
D4A Type of Set-Aside __B__ (A) None; (B) Total SB Set-Aside; (C) Partial SB Set-Aside; (D) Section 8(a) Set-Aside or Sole Source; (E) Total SDB Set-Aside; (F) HBCU or MI – Total Set-Aside; (G) HBCU or MI – Partial Set-Aside; (H) Very Small Business Set-Aside; (J) Emerging Small Business Set-Aside; (K) HUBZone Set-Aside or Sole Source; (L) Combination HUBZone and 8(a)
D4B Type of Preference __A__ (A) None; (B) SDB Price Evaluation Adjustment – Unrestricted; (C) SDB Preferential Consideration - Partial SB Set-Aside; (D) HUBZone Price Evaluation Preference; or (E) Combination HUBZone Price Evaluation Preference and SDB Price Evaluation Adjustment
D4C Premium Percent __________
D5-D6 Reserved
D7 Small Business Innovation Research (SBIR) Program __A__ (A) Not a SBIR Program Phase I, II, or III; (B) SBIR Program Phase I Action; (C) SBIR Program Phase II Action; or (D) SBIR Program Phase III Action
D8 Subcontracting Plan - SB, SDB, HBCU, or MI __B__ (A) Plan Not Included – No Subcontracting Possibilities; (B) Plan Not Required; (C) Plan Required – Incentive Not Included; or (D) Plan Required – Incentive Included
D9 Small Business Competitiveness Demonstration Program __N__ (Y) Yes; or (N) No

## INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

D10 Size of Small Business ____

Employees
(A) 50 or fewer
(B) 51 - 100
(C) 101 - 250
(D) 251 - 500
(E) 501 - 750
(F) 751 - 1000
(G) Over 1000

Annual Gross Revenues
(M) $1 million or less
(N) Over $1 million - $2 million
(P) Over $2 million - $3.5 million
(R) Over $3.5 million - $5 million
(S) Over $5 million - $10 million
(T) Over $10 million - $17 million
(U) Over $17 million.

D11 Emerging Small Business ____ (Y) Yes; or (N) No

E1 Contingency, Humanitarian, or Peacekeeping Operation ____ (Y) Yes; or Leave Blank

E2 Cost Accounting Standards Clause ____ (Y) Yes; or Leave Blank

E3 Non-DoD Requesting Agency Code (FIPS 95) ________

E4 Requesting Activity Code ________

E5 Number of Actions ________

F1 Name of Contracting Officer or Representative RAY DRYZ

F2 Signature Ray Dryz

F3 Telephone Number (580)442-3225

F4 Date (*yyyymmdd*) 20020211

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1

2. AMENDMENT/MODIFICATION NO.: P00006
3. EFFECTIVE DATE: 01-Oct-2001
4. REQUISITION/PURCHASE REQ. NO.: W44DQ7-0068-N010
5. PROJECT NO.(If applicable):

6. ISSUED BY — CODE: DABT39
DIRECTORATE OF CONTRACTING
PO BOX 33501
FT SILL OK 73503-0501

7. ADMINISTERED BY (If other than item 6) — CODE:
DIRECTORATE OF CONTRACTING
DEWAYNE COCHRANE
CONT SPT DIV 580-442-3225
COCHRAND@SILL.ARMY.MIL
FORT SILL OK 73503 0501

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815

CODE 0GWS5 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO.: DABT39-00-C-4032
X 10B. DATED (SEE ITEM 13): 01-Oct-2000

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
FAR 52.217-9

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CUSTODIAL SERVICES AT FORT SILL, OKLAHOMA

FY02 FUNDS ARE AVAILABLE FOR THIS PROCUREMENT.

TOTAL ESTIMATED AMOUNT OF THE CONTRACT FOR FY02 IS $219,738.48.

ACCOUNTING AND APPROPRIATION DATA:
2122020000005710823200000000252G82K19HW44DQ70100N011K19H82034031

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
RAY DRYZ / CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Ray Dryz
(Signature of Contracting Officer)

16C. DATE SIGNED
02-Oct-2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

HJ 65 ATH

107th CONGRESS

1st Session

**H. J. RES. 65**

Making continuing appropriations for the fiscal year 2002, and for other purposes.

**IN THE HOUSE OF REPRESENTATIVES**

**September 24, 2001**

Mr. YOUNG of Florida introduced the following joint resolution; which was considered and agreed to

---

**JOINT RESOLUTION**

Making continuing appropriations for the fiscal year 2002, and for other purposes.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums are hereby appropriated, out of any money in the Treasury not otherwise appropriated, and out of applicable corporate or other revenues, receipts, and funds, for the several departments, agencies, corporations, and other organizational units of Government for fiscal year 2002, and for other purposes, namely:

SEC. 101. (a)(1) Such amounts as may be necessary under the authority and conditions provided in the applicable appropriations Act for fiscal year 2001 for continuing projects or activities including the costs of direct loans and loan guarantees (not otherwise specifically provided for in this joint resolution) which were conducted in fiscal year 2001 and for which appropriations, funds, or other authority would be available in the following appropriations Acts:

(A) the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2002;

(B) the Departments of Commerce, Justice, and State, the Judiciary, and Related Agencies Appropriations Act, 2002, notwithstanding section 15 of the State Department Basic Authorities Act of 1956, section 313 of the Foreign Relations Authorization Act, Fiscal Years 1994 and 1995 (Public Law 103-236), and section 504(a)(1) of the National Security Act of 1947 (50 U.S.C. 414(a)(1));

(C) the Energy and Water Development Appropriations Act, 2002;

(D) the Foreign Operations, Export Financing, and Related Programs Appropriations Act, 2002, notwithstanding section 10 of Public Law 91-672 and section 15 of the State Department Basic Authorities Act of 1956;

(E) the Department of the Interior and Related Agencies Appropriations Act, 2002;

(F) the Legislative Branch Appropriations Act, 2002;

(G) the Military Construction Appropriations Act, 2002;

(H) the Department of Transportation and Related Agencies Appropriations Act, 2002;

(I) the Treasury and General Government Appropriations Act, 2002; and

(J) the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act,

2002:

*Provided*, That whenever the amount which would be made available or the authority which would be granted in these Acts as passed by the House and Senate as of October 1, 2001, is different than that which would be available or granted under current operations, th pertinent project or activity shall be continued at a rate for operations not exceeding the current rate: *Provided further*, That whenever there is no amount made available under any of these appropriations Acts as passed by the House and Senate as of October 1, 2001, fc a continuing project or activity which was conducted in fiscal year 2001 and for which there is fiscal year 2002 funding included in th budget request, the pertinent project or activity shall be continued at the rate for current operations under the authority and conditions provided in the applicable appropriations Act for fiscal year 2001.

(2) Whenever the amount which would be made available or the authority which would be granted under an Act listed in this subsectio as passed by the House as of October 1, 2001, is different from that which would be available or granted under such Act as passed by the Senate as of October 1, 2001, the pertinent project or activity shall be continued at a rate for operations not exceeding the current rate and under the authority and conditions provided in the applicable appropriations Act for fiscal year 2001.

(3) Whenever an Act listed in this subsection has been passed by only the House or only the Senate as of October 1, 2001, the pertinent project or activity shall be continued under the appropriation, fund, or authority granted by the one House at a rate for operations not exceeding the current rate and under the authority and conditions provided in the applicable appropriations Act for fiscal year 2001: *Provided*, That whenever there is no amount made available under any of these appropriations Acts as passed by the House or the Senate as of October 1, 2001, for a continuing project or activity which was conducted in fiscal year 2001 and for which there is fiscal year 2002 funding included in the budget request, the pertinent project or activity shall be continued at the rate for current operations under the authority and conditions provided in the applicable appropriations Act for fiscal year 2001.

(b) Such amounts as may be necessary under the authority and conditions provided in the applicable appropriations Act for fiscal year 2001 for continuing projects or activities including the costs of direct loans and loan guarantees (not otherwise specifically provided for in this joint resolution) which were conducted in fiscal year 2001, at a rate for operations not exceeding the current rate, and for which appropriations, funds, or other authority was made available in the following appropriations Acts:

(1) the Department of Defense Appropriations Act, 2001, notwithstanding section 504(a)(1) of the National Security Act of 1947 (50 U.S.C. 414(a)(1)); and

(2) the Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2001; and

(3) the District of Columbia Appropriations Act, 2001.

SEC. 102. No appropriation or funds made available or authority granted pursuant to section 101 for the Department of Defense shall be used for new production of items not funded for production in fiscal year 2001 or prior years, for the increase in production rates above those sustained with fiscal year 2001 funds, or to initiate, resume, or continue any project, activity, operation, or organization which are defined as any project, subproject, activity, budget activity, program element, and subprogram within a program element and for investment items are further defined as a P-1 line item in a budget activity within an appropriation account and an R-1 line item which includes a program element and subprogram element within an appropriation account, for which appropriations, funds, or other authority were not available during fiscal year 2001: *Provided*, That no appropriation or funds made available or authority granted pursuant to section 101 for the Department of Defense shall be used to initiate multi-year procurements utilizing advance procurement funding for economic order quantity procurement unless specifically appropriated later.

SEC. 103. Appropriations made by section 101 shall be available to the extent and in the manner which would be provided by the pertinent appropriations Act.

SEC. 104. No appropriation or funds made available or authority granted pursuant to section 101 shall be used to initiate or resume any project or activity for which appropriations, funds, or other authority were not available during fiscal year 2001.

SEC. 105. No provision which is included in an appropriations Act listed in section 101(a) but which was not included in the applicable appropriations Act for fiscal year 2001 and which by its terms is applicable to more than one appropriation, fund, or authority shall be applicable to any appropriation, fund, or authority provided in this joint resolution.

SEC. 106. Appropriations made and authority granted pursuant to this joint resolution shall cover all obligations or expenditures incurred for any program, project, or activity during the period for which funds or authority for such project or activity are available under this joint resolution.

... or activity provided for in this joint resolution shall be available until (a) ... appropriations Act, appropriations and funds made ... Houses without any provision for su( ... oject or activity, or (b) the enactment into la ... the applicable appropriations Act by both ... enactment into law of an appropriation for ... or (c) October 16, 2001, whi... ...ver first occurs.

SEC. 108. Expenditures made pursuant to this joint resolution shall be charged to the applicable appropriation, fund, or authorization whenever a bill in which such applicable appropriation, fund, or authorization is contained is enacted into law.

SEC. 109. No provision in any appropriations Act for fiscal year 2002 listed in section 101(a) that makes the availability of any appropriation provided therein dependent upon the enactment of additional authorizing or other legislation shall be effective before the date set forth in section 107(c) of this joint resolution.

SEC. 110. Appropriations and funds made available by or authority granted pursuant to this joint resolution may be used without regard to the time limitations for submission and approval of apportionments set forth in section 1513 of title 31, United States Code, but nothing herein shall be construed to waive any other provision of law governing the apportionment of funds.

SEC. 111. This joint resolution shall be implemented so that only the most limited funding action of that permitted in the joint resolution shall be taken in order to provide for continuation of projects and activities.

SEC. 112. Notwithstanding any other provision of this joint resolution, except section 107, for those programs that had high initial rates of operation or complete distribution of fiscal year 2001 appropriations at the beginning of that fiscal year because of distributions of funding to States, foreign countries, grantees or others, similar distributions of funds for fiscal year 2002 shall not be made and no grants shall be awarded for such programs funded by this resolution that would impinge on final funding prerogatives.

SEC. 113. Activities authorized by sections 1319 and 1336(a) of the National Flood Insurance Act of 1968 (42 U.S.C. 4001 et seq.) may continue through the date specified in section 107(c) of this joint resolution.

SEC. 114. Activities authorized by title V of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act, 1998, may continue through the date specified in section 107(c) of this joint resolution.

SEC. 115. Activities authorized by section 7 of the Export-Import Bank Act of 1945 (12 U.S.C. 635f) and section 1(c) of Public Law 103-428, may continue through the date specified in section 107(c) of this joint resolution.

SEC. 116. Activities authorized by chapter 2 of title II of the Trade Act of 1974 shall continue through the date specified in section 107 ( ... this joint resolution.

SEC. 117. Activities authorized by subsection (f) of section 403 of Public Law 103-356 may continue through the date specified in section 107(c) of this joint resolution.

SEC. 118. Notwithstanding any other provision of this joint resolution, except section 107, the Library of Congress may temporarily transfer to the revolving fund established under section 103 of Public Law 106-481 amounts to continue program operations at a rate not exceeding the rate under authority applicable prior to October 1, 2001.

SEC. 119. Of amounts provided by section 101 of this joint resolution, for projects and activities that would be funded under the heading `International Organizations and Conferences, Contributions to International Organizations' in the Departments of Commerce, Justice, and State, the Judiciary, and Related Agencies Appropriations Act, 2001, $100,000,000 may be made available only pursuant to ı certification by the Secretary of State that the United Nations has taken no action in calendar year 2001 prior to the date of enactment of this Act to increase funding for any United Nations program without identifying an offsetting decrease elsewhere in the United ... lations budget and cause the United Nations to exceed the budget for the biennium 2000-2001 of $2,535,700,000.

EC. 120. Notwithstanding any other provision of this joint resolution, in the event that H.R. 1088, the Investor and Capital Markets ...e Relief Act, or other legislation to amend section 6(b) of the Securities Act of 1933 (15 U.S.C. 77f(b)), and sections 13(e), 14(g), ...d 31 of the Securities Exchange Act of 1934 (15 U.S.C. 78m(e), 78n(g), and 78ee), is enacted into law during the period covered by ...s joint resolution, the fees, charges, and assessments authorized by such sections, as amended, shall be deposited and credited as ...setting collections to the account that provides appropriations to the Securities and Exchange Commission.

... 121. Collection and use of maintenance fees as authorized by section 4(i) and 4(k) of the Federal Insecticide, Fungicide, and

Rodenticide Act (7 U.S.C. Sec. 136a-1(i) and (k)) may continue through the date specified in section 107(c) of this joint resolution. Prohibitions against collecting `other fees' as described in section 4(i)(6) of the Federal Insecticide, Fungicide, and Rodenticide Act (7 U.S.C. 136a-1(i)(6)) shall continue in effect through the date specified in section 107(c) of this joint resolution.

SEC. 122. Notwithstanding section 106 of this joint resolution, funds made available in Public Law 107-38 are not limited by the terms and conditions of this joint resolution.

*END*

**Lucas, Gerri Mrs**

**From:** Stark, William Mr
**Sent:** Saturday, September 29, 2001 11:12 AM
**To:** Delozier, Kathy Mrs
**Cc:** Anthony, Steve; Ballew, Judith; Bennett, Mary; Carmen, Lee; Dryz, Ray; Greggs, Shari; Hall, Larisa; Hill, Gary; Hill, Joseph; Juan, Franco; Kendig, Marjorie; Koehn, Raymond; Landry, Steve; Langford, Linda; Lucas, Gerri; Mc Neal, Diane; McAdoo, Sharel; McKinzie, Sharon; Morris, Ellen; Rodenas, Diana; Roulain, Rhonda; Slagle, Lisa G..; Stoner, Rhonda; Thomas, Peggy; Wilkinson, Patricia
**Subject:** RE: CRA for 02

Kathy, thanks.

DOC: CRA is in place.

**William T. Stark**
Directorate of Contracting
Phone: (580) 442-5351/ 3904
DSN 639-5351/ 3904
FAX: (580) 442-8014
eMail: starkw@sill.army.mil

-------------------------Sensitive/Close-Hold-------------------------------
This document is for use within the Department of Defense (DoD). It may not be released outside DoD unless authorized by law or regulation, directed by a contracting officer, or pursuant to the direction of a management official in the conduct of official business (it may be provided to contractors to support official business). This prohibition continues until the office originating the document determines the document is no longer sensitive. Improper release of this document may result in disciplinary or administrative action.
---------------------------------------------------------------------------

-----Original Message-----
**From:** Delozier, Kathy Mrs
**Sent:** Saturday, September 29, 2001 11:01 AM
**To:** Stark, William Mr
**Subject:** FW: CRA for 02

Bill per your request yesterday I am providing update on CRA from Mr. Hanson. See below. CRA effective through 16 Oct 01.

-----Original Message-----
**From:** Hanson, Robert L Jr Mr
**Sent:** Saturday, September 29, 2001 10:16 AM
**To:** Johnston, Frances Ms; Milam, Barbara Ms; Delozier, Kathy Mrs; Kitchens, Ronald V Mr; Ross, Brenda Mrs
**Subject:** FW: CRA for 02

Fyi, the President has signed the FY2002 Continuing Resolution Authority (CRA). PBAS will be loaded with FY2002 budget authority that will be effective on 1 October. The CRA is available through October 16, 2001.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 / 2 |
| 2. AMENDMENT/MODIFICATION NO. | P00005 |
| 3. EFFECTIVE DATE | 01-Oct-2001 |
| 4. REQUISITION/PURCHASE REQ. NO. | W44DQ7-0068-N010 |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY CODE DABT39 | DIRECTORATE OF CONTRACTING<br>PO BOX 33501<br>FT SILL OK 73503-0501 |
| 7. ADMINISTERED BY (If other than item 6) CODE | DIRECTORATE OF CONTRACTING<br>GERRI LUCAS 580-442-3904<br>INSTALLATION SERVICES DIV<br>LUCASG@SILL.ARMY.MIL<br>FORT SILL OK 73503 0501 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | H & R SERVICES INC.<br>ROGER HALL<br>1428 WEATHERLY ROAD 101<br>HUNTSVILLE AL 35815 |
| CODE | 0GWS5 |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | DABT39-00-C-4032 |
| X 10B. DATED (SEE ITEM 13) | 01-Oct-2000 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods. (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.217-9

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CUSTODIAL SERVICES
FORT SILL, OKLAHOMA

SEE CONTINUATION SHEET FOR CHANGES

DUPLICATE ORIGINAL

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | ROGER HALL, G.M. |
| 15B. CONTRACTOR/OFFEROR | [signature] (Signature of person authorized to sign) |
| 15C. DATE SIGNED | 9-21-01 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | RAY DRYZ, Contracting Officer |
| 16B. UNITED STATES OF AMERICA | BY [signature] (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 22 Sep 01 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DABT39-00-C-4032
P00005
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

1. Pursuant to the provisions of FAR Clause 52.217-9, "OPTION TO EXTEND THE TERM OF THE CONTRACT (NOV 1999)" this contract is hereby extended to cover the first option period, 1 October 2001 through 30 September 2002. The price shall be as set forth in the Bid Schedule, Items 0002 through 0002AD.

2. Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor received notice of such availability, to be confirmed in writing by the Contracting Officer (Reference FAR 52.232-18).

3. The following changes are incorporated in and made a part of the contract effective 1 October 2001:

a. Paragraph entitled "APPLICABLE WAGE DETERMINATION(S)", U.S. Department Of Labor Wage Determination 95-2525 (Rev. 20 dated 06/21/2001) is applicable to the first option period. (See Attachment 1.)

b. Far Clause 52.212-4, "CONTRACT TERMS AND CONDITIONS-COMMERCIAL ITEMS", date is changed from "MAY 1999" to "MAY 2001".

c. FAR Clause 52.217-9, "OPTION TO EXTEND THE TERM OF THE CONTRACT", date is changed from "NOV1999" to MAR 2000".

d. FAR Clause 52.212-5, "CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS-COMMERCIAL ITEMS", date is changed from "FEB 2000" to "FEB 2001". FAR Clauses 52.219-14 and 52.225-13 in the updated clause are applicable to this contract.

4. Total amount of the first option period is changed from $216,049.20 to $219,738.48 an increase of $3,689.28.

5. All other terms and conditions remain the same.

ATZR-QD 17 Sep 01

MEMORANDUM FOR RECORD

SUBJECT: POST/PRICE NEGOTIATION MEMORANDUM (PNM)

I. Solicitation Number: DABT39-00-C-4032, Modification P00004, Custodial Services, Fort Sill, OK.

II. Contract Type: Firm Fixed Price

III. Brief description of requirement: Modify contract for additional work.

IV. Extent of Competition: DPW Inspection submitted requests for additional work in the amount of $246.01.

V. Basis for Award: Award of this modification is based on the terms stated in the contract bid schedule.

VI. Contract Amount: Contract amount is changed from $211,725.49 to $211,971.50, an increase of $246.01.

REVIEW/APPROVAL:

Prepared by:
Contract Specialist ________________________ Date_17 Sep 01_
DEWAYNE COCHRANE

Reviewed by:
Contracting Officer : ________________________ Date_17 Sep 01_
RAY DRYZ

# INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

A1 Type of Report 0 (0) Original; (1) Canceling; or (2); Correcting
A2 Report Number 000243
A3 Contracting Office
A Reporting Agency FIPS 95 Code 2100
A Contracting Office Code BT39
A4 Name of Contracting Office DIRECTORATE OF CONTRACTING
B1 Contract Identification Information
B1A Contract Number DABT3900C4032
B1B Origin of Contract A (A) DoD; (B) NASA; or (C) Other Non-DoD Agency
B1C Bundled Contract N (Y) Yes; or (N) No
B1D Performance-Based Service Contract Y (Y) Yes; or (N) No
B1E Reserved
B2 Modification, Order, or Other ID Number P00004
B3 Action Date *(yyyymmdd)* 20010917
B4 Completion Date *(yyyymmdd)* 20050930
B5 Contractor Identification Information
B5A Contractor Identification Number (DUNS) 624286480
B5B Government Agency N (Y) Yes; or (N) No
B5C CAGE Code 0GWS5
B5D Contractor Name and Division Name
Contractor H & R SERVICES INC.
Division
B5E Contractor Address
Street or PO Box 1428 WEATHERLY ROAD 101□□
City or Town HUNTSVILLE
State or Country AL Zip Code 35815
B5F Taxpayer Identification Number 630992062
B5 Parent Taxpayer Identification Number
E Parent Name
B6 Principal Place of Performance
B6A City or Place Code 27300
B6B State or Country Code 40
B6C City or Place and State or Country Name Fort Sill (U.S. Army), Oklahoma
B7 Type Obligation 1 (1) Obligation; or (2) Deobligation
B8 Total Dollars *(Enter whole dollars only)* $246
B9 Foreign Military Sale N (Y) Yes; or (N) No
B10 Multiyear Contract N (Y) Yes; or (N) No
B11 Total Multiyear Value *(Enter whole dollars only)* $0
B12 Principal Product or Service
B12A Federal Supply Class or Service Code S201
B12B DoD Claimant Program Code S10
B12C Program, System, or Equipment Code 000
B12D NAICS Code 561720
B12E Name or Description CUSTODIAL - JANITORIAL SERVICES
B13 Kind of Contracting Action
B13A Contract or Order 3 (1) Letter Contract; (3) Definitive Contract; (4) Order under an Agreement; (5) Order under Indefinite-Delivery Contract; (6) Order or Call under Federal Schedule; (8) Order from Procurement List; or (9) Purchase Order or Call

## INDIVIDUAL CONTRACTING ACTION REPORT

Report Co. Symbol DD-AT&L(M)1014

B13B Type of Indefinite-Delivery Contract___ (A) Requirements Contract (FAR 52.216-21); (B) Indefinite-Quantity Contract (FAR 52.216-22); or (C) Definite-Quantity Contract (FAR 52.216-20)

Multiple or Single Award Indefinite-Delivery Contract ___ (M) Multiple Award; or (S) Single Award

B13D Modification _B_ (A) Additional Work (new agreement); (B) Additional Work (other); (C) Funding Action; (D) Change Order; (E) Termination for Default; (F) Termination for Convenience; (G) Cancellation; (H) Exercise of an Option; or (J) Definitization of a Letter Contract

B14 CICA Applicability _B_ (A) Pre-CICA; (B) CICA Applicable; (C) Simplified Acquisition Procedures Other than FAR Subpart 13.5; or (D) Simplified Acquisition Procedures Pursuant to FAR Subpart 13.5

**Do not complete Part C if Line B5B is coded Y.**

C1 Synopsis _A_ (A) Synopsis Only; (B) Combined Synopsis/Solicitation; or (N) Not Synopsized

C2 Reason Not Synopsized___ (A) Urgency; (B) Single, Governmentwide Point of Entry; or (Z) Other Reason

C3 Extent Competed _A_ (A) Competed Action; (B) Not Available for Competition; (C) Follow-On to Competed Action; or (D) Not Competed

C4 Sea Transportation _N_ (Y) Yes - Positive Response to DFARS 252.247-7022 or 252.212-7000(c)(2); (N) No - Negative Response to DFARS 252.247-7022 or 252.212-7000(c)(2); or (U) Unknown - No Response or Provision Not Included in Solicitation

C5 Type of Contract _J_ (A) Fixed-Price Redetermination; (J) Firm-Fixed-Price; (K) Fixed-Price Economic Price Adjustment; (L) Fixed-Price Incentive; (M) Fixed-Price-Award-Fee; (R) Cost-Plus-Award-Fee; (S) Cost Contract; (T) Cost-Sharing; (U) Cost-Plus-Fixed-Fee; (V) Cost-Plus-Incentive-Fee; (Y) Time-and-Materials; or (Z) Labor-Hour

C6 Number of Offerors Solicited _2_ (1) One; or (2) More than One

C7 Number of Offers Received _013_

C8 Solicitation Procedures _K_ (A) Full and Open Competition - Sealed Bid; (B) Full and Open Competition - Competitive Proposal; (C) Full and Open Competition - Combination; (D) Architect-Engineer; (E) Basic Research; (F) Multiple Award Schedule; (G) Alternative Sources; (K) Set-Aside; or (N) Other than Full and Open Competition

C9 Authority for Other Than Full and Open Competition ___ (1A) Unique Source; (1B) Follow-On Contract; (1C) Unsolicited Research Proposal; (1D) Patent or Data Rights; (1E) Utilities; (1F) Standardization; (1G) Only One Source - Other; (2A) Urgency; (3A) Particular Sources; (4A) International Agreement; (5A) Authorized by Statute; (5B) Authorized Resale; (6A) National Security; or (7A) Public Interest

C10 Subject to Labor Standards Statutes _C_ (A) Walsh-Healey Act; (C) Service Contract Act; (D) Davis-Bacon Act; or (Z) Not Applicable

C11 Cost or Pricing Data _N_ (Y) Yes - Obtained; (N) No - Not Obtained; or (W) Not Obtained - Waived

C12 Contract Financing _Z_ (A) FAR 52.232-16; (C) Percentage of Completion Progress Payments; (D) Unusual Progress Payments or Advance Payments; (E) Commerical Financing; (F) Performance-Based Financing; or (Z) Not Applicable

C13 Foreign Trade Data

C13A Place of Manufacture____ (A) U.S.; or (B) Foreign

C13B Country of Origin Code ______

C14 Commercial Items _Y_ (Y) Yes - FAR 52.212-4 Included; or (N) No - FAR 52.212-4 Not Included

## INDIVIDUAL CONTRACTING ACTION REPORT

Report C... Symbol DD-AT&L(M)1014

**Do not complete Part D If Line B5B is coded Y, or if Line B13A is coded 6.**

D1 Type of Contractor

D1A Type of Entity _B_ (A) Small Disadvantaged Business (SDB) Performing in U.S.; (B) Other Small Business (SB) Peforming in U.S.; (C) Large Business Performing in U.S.; (D) JWOD Participating Nonprofit Agency; (F) Hospital; (L) Foreign Concern or Entity; (M) Domestic Firm Performing Outside U.S.; (T) Historically Black College or University (HBCU); (U) Minority Institution (MI); (V) Other Educational; or (Z) Other Nonprofit

D1B Women-Owned Business _Y_ (Y) Yes; (N) No; or (U) Uncertified

D1C HUBZone Representation _Y_ (Y) Yes; or (N) No

D1D Ethnic Group ___ (A) Asian-Indian American; (B) Asian-Pacific American; (C) Black American; (D) Hispanic American; (E) Native American; (F) Other SDB Certified or Determined by SBA; or (Z) No Representation

D1E Veteran-Owned Small Business ___ (A) Service-Disabled Veteran; or (B) Other Veteran

D2 Reason Not Awarded to SDB _C_ (A) No Known SDB Source; (B) SDB Not Solicited; (C) SDB Solicited and No Offer Received; (D) SDB Solicited and Offer Was Not Low; or (Z) Other Reason

D3 Reason Not Awarded to SB ___ (A) No Known SB Source; (B) SB Not Solicited; (C) SB Solicited and No Offer Received; (D) SB Solicited and Offer Was Not Low; or (Z) Other Reason

D4 Set-Aside or Preference Program

D4A Type of Set-Aside _B_ (A) None; (B) Total SB Set-Aside; (C) Partial SB Set-Aside; (D) Section 8(a) Set-Aside or Sole Source; (E) Total SDB Set-Aside; (F) HBCU or MI Total Set-Aside; (G) HBCU or MI Partial Set-Aside; (H) Very Small Business Set-Aside; (J) Emerging Small Business Set-Aside; (K) HUBZone Set-Aside or Sole Source; or (L) Combination HUBZone and 8(a)

D4B Type of Preference _A_ (A) None; (B) SDB Price Evaluation Adjustment - Unrestricted; (C) SDB Preferential Consideration - Partial SB Set-Aside; (D) HUBZone Price Evaluation Preference; or (E) HUBZone Price Evaluation Preference and SDB Price Evaluation Adjustment

L Premium Percent ________

D5-D6 Reserved

D7 Small Business Innovation Research (SBIR) Program _A_ (A) Not a SBIR Program Phase I, II, or III; (B) SBIR Program Phase I Action; (C) SBIR Program Phase II Action; or (D) SBIR Program Phase III Action

D8 Subcontracting Plan - SB, SDB, HBCU, or MI _B_ (A) Plan Not Included - No Subcontracting Possibilities; (B) Plan Not Required; (C) Plan Required - Incentive Not Included; or (D) Plan Required - Incentive Included

D9 Small Business Competitiveness Demonstration Program _N_ (Y) Yes; or (N) No

D10 Size of Small Business ___

| Employees | | Annual Gross Revenues | |
|---|---|---|---|
| (A) | 50 or fewer | (M) | $1 million or less |
| (B) | 51 - 100 | (N) | $1,000,001 - $2 million |
| (C) | 101 - 250 | (P) | $2,000,001 - $3.5 million |
| (D) | 251 - 500 | (R) | $3,500,001 - $5 million |
| (E) | 501 - 750 | (S) | $5,000,001 - $10 million |
| (F) | 751 - 1,000 | (T) | $10,000,001 - $17 million |
| (G) | Over 1,000 | (U) | Over $17 million |

D11 Emerging Small Business ___ (Y) Yes; or (N) No

E1 Contingency, Humanitarian, or Peacekeeping Operation __ (Y) Yes; or Leave Blank

E2 Cost Accounting Standards Clause ___ (Y) Yes; or Leave Blank

E3 Non-DoD Requesting Agency Code (FIPS 95)_________

E4 Non-DoD Requesting Office Code__________

E5-E7 Reserved

E8 Number of Contracting Actions _000001_