## INDIVIDUAL CONTRACTING ACTION REPORT

Report Control Symbol DD-AT&L(M)1014

F1 Name of Contracting Officer or Representative RAY DRYZ
Signature Ray Dryz
F3 Telephone Number 580-442-3225
F4 Date *(yyyymmdd)* 20010918

09/17/01 02:49P P.002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00004
3. EFFECTIVE DATE: 31-Aug-2001
4. REQUISITION/PURCHASE REQ. NO.: W44DQ7-0068-N010
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE DABT39
DIRECTORATE OF CONTRACTING
PO BOX 33501
FT SILL OK 73503-0501

7. ADMINISTERED BY (If other than item 6) CODE
DIRECTORATE OF CONTRACTING
DEWAYNE COCHRANE
CONT SPT DIV 580-442-3225
COCHRAND@SILL.ARMY.MIL
FORT SILL OK 73503 0501

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
PO BOX 175
OWENS CROSS ROAD AL 35763

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032
X 10B. DATED (SEE ITEM 13) 01-Oct-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer . ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43.103(A)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
CUSTODIAL SERVICES, FORT SILL, OK.
See continuation page for details.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Hope M Hall President
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): RAY DRYZ CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 9-10-01
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: SEP 17 2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

CUSTODIAL SERVICES, FORT SILL, OK.

1. The purpose of this modification is to adjust line items to reflect additional work as shown on the attached drawing pages and as stated below.

2. Line Item 0001AA amount is changed from $79,976.98 to $80,206.99, an increase of $230.01. The following breakdown applies to this line item:

| Add | SF | Cost per SF | Clean Days | Cost May | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|
| 1945 | 2371 | .0171 | 4/4 | $40.54 | $40.54 | $202.72 |
| 1950 | 348 | .0171 | 4/4 | $5.95 | $5.95 | $17.85 |

| Add | SF | Cost per SF | Clean Days | Cost **August** | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|
| 2583 | 276 | .0171 | 5/5 | $4.72 | $4.72 | $9.44 |

3. Line Item 0001AC amount is changed from $47,279.26 to $47,295.26, an increase of $16.00. The following breakdown applies to this line item:

| Add | SF | Cost per SF | Clean Days | Cost May | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|
| 1945 | 28 | .1144 | 21/22 | $3.05 | $3.20 | $16.00 |

4. Total amount of contract for FY01 is changed from $211,725.49 to $211,971.50, an increase of $246.01.

5. Accounting and Appropriation Data for this modification is as follows:
21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031.

6. The Contractor's address is changed to "PO Box 175, Owens Cross Road, Al 35763" as shown in block 8 of this modification.

7. In consideration of the modification agreed to herein as complete equitable adjustment for the above changes, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustment attributable to such facts or circumstances giving rise to this modification.

Contracting Officer: Ray Dryz (dryzr@sill.army.mil)


UPSTAIRS BREAKROOM
1945 WEST END
1827 SF
28 LAT
new work
mod 4
CARP
255
CON
390
544
LAT
28
56
AT
#65
19
25
27


FLOOR PLAN BLDG. 2583, 2587, 2590, 2593
SCALE 1/8"=1'-0"
← added 16 July 90
new work mod 4
Car 667
Lat 64
32X12 CARP
added 1 Aug 90
40X6 CON
add 1 Feb 94
Car
381
70
84
132
240
49
AT



PARTIAL FIRST FLOOR PLAN
SCALE 1/8"=1'-0"
SECOND FLOOR
AREAS TO BE ADDED
348 SQ.FT.
Housing call
carpet
W/L 30
M/L 34
carpet 576
Lot 64 AT
Bldg 1950
01 JUL 02 PM12:07


551

H+R Services
PO Box 175
Owens Cross Road
AL 35763

Mod ✓ name
(#4) Done

Monroe - 351-6805

256-5335889

Fax 256-539-8531

# AMENDMENT OF SOLI[…]ATION/MODIFICATION OF CONTR[…]T

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 / 2 |
| 2. AMENDMENT/MODIFICATION NO. | P00004 |
| 3. EFFECTIVE DATE | 31-Aug-2001 |
| 4. REQUISITION/PURCHASE REQ. NO. | W44DQ7-0068-N010 |
| 5. PROJECT NO.(If applicable) | |
| 6. […]ED BY CODE DABT39 | […]TORATE OF CONTRACTING<br>[…]X 33501<br>FT SILL OK 73503-0501 |
| 7. ADMINISTERED BY (If other than item 6) CODE | DIRECTORATE OF CONTRACTING<br>DEWAYNE COCHRANE<br>CONT SPT DIV 580-442-3225<br>COCHRAND@SILL.ARMY.MIL<br>FORT SILL OK 73503 0501 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | H & R SERVICES INC.<br>ROGER HALL<br>PO BOX 175<br>OWENS CROSS ROAD AL 35763 |
| CODE | 0GWS5 |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | DABT39-00-C-4032 |
| X 10B. DATED (SEE ITEM 13) | 01-Oct-2000 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ […] ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying […]ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X […]HIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43.103(A)

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
CUSTODIAL SERVICES, FORT SILL, OK.
See continuation page for details.

KR rec'd 10 Sep 01 sent same date — 17 Sep 01

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) |
| 15C. DATE SIGNED | 16C. DATE SIGNED |

E[…]ON TO SF 30
A[…]ED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

256-533-5889

August 1 Sep 01

# TECHNICAL EXHIBIT 1
## LIST OF BUILDINGS TO BE CLEANED

### DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN ( sq. ft. ) | LATRINE ( sq. ft. ) | DAY / NIGHT |
|---|---|---|---|---|
| 160 | DPTM--Museum | 0 | 165 | D |
| 208 | DPTM--Tasc | 0 | 347 | D |
| 335 | DPTM--Museum | 0 | 160 | D |
| 346 | DPTM-Museum | 0 | 78 | D |
| 435 | DPTM--Museum | 0 | 114 | D |
| 436 | DPTM--Museum | 0 | 170 | D |
| 438 | DPTM--Museum | 0 | 274 | D |
| 441 | DPTM, Security Division | 3,002 | 60 | D |
| 455 | USAFAC--Headquarters Command | 37,425 | 784 | N |
| 462 | HQ Cmd, DOIM, IG, SJA | 27,215 | 1,110 | D/N |
| 463 | Chaplain | 6,595 | 888 | D |
| 652 | DOIM | 11,946 | 1,054 | D |
| 745 | FAS - 30th Regiment Student Post Office | 2,371 | 230 | D |
| 747 | DPTM-TASC Photo Lab | 831 | 174 | D |
| 750 | FAS, Fire Support and Combined Arms Operation Dept. | 352 | 1,311 | N |
| 755 | FAS-30th Regiment 3/8 FA (Prov) | 4,295 | 188 | N |
| 756 | FAS-30th Regiment 3/8 FA (Prov) | 4,111 | 171 | N |
| 758 | FAS-Resource Management Office | 4,211 | 333 | N |
| 759 | FAS-Marine Corps Artillery Detachment | 4,759 | 300 | N |
| 811 | FAS-Marine Corps Artillery Detachment | 2,921 | 444 | N |
| 930 | DOIM, Post Locator | 1,749 | 155 | D |
| 1005 | Chaplain | 6,172 | 119 | D |
| 1273 | DEQ, White Water Crossing--DPW | 0 | 500 | D |
| 1451 | DEQ, Land Management | 1,060 | 95 | D |
| 1459 | DEQ | 714 | 53 | D |

1 Sep 01

| | | | | |
|---|---|---|---|---|
| 1465 | DEQ | 1,582 | 48 | D |
| 1466 | DEQ | 1,010 | 0 | D |
| 1640 | DCA, Nye Library | 20,834 | 404 | Thurs N |
| 1643 | LEC | 0 | 240 | N |
| 1645 | DOIM-Phone Co. | 4,397 | 256 | D |
| 1651 | Red Cross | 6,737 | 254 | D |
| 1651 | Army Community Service | 3,385 | 254 | N |
| 1655 | TEXCOM Fire Support Test Directorate | 36,922 | 1,932 | D/N |
| 1670 | LEC, Vehicle / Weapons Registration | 169 | 70 | D |
| 1713 | DOD Thrift Store | 0 | 72 | D |
| 1721 | DCP, EEO | 5,603 | 180 | D |
| 1803 | Directorate of Contracting | 7,944 | 230 | D |
| 1935 | DPW Equipment Maint. | 0 | 450 | D |
| 1945 | SKA/ confined space | 2,371 | 28 | D |
| 1946 | DPW Data Systems/ Supply | 4,493 | 88 | D |
| 1950 | DPW | 16,729 | 582 | N |
| 1953 | SKE Offices | 684 | 62 | D |
| 2103 | DOIM, Publication Supply | 910 | 80 | D |
| 2192 | Consolidated Property Book DOL | 4,160 | 200 | D |
| 2515 | DEQ, Supply Division | 483 | 153 | D |
| 2583 | DPTM, Range Division | 943 | 109 | D |
| 2584 | DPTM, Range Division | 2,370 | 42 | N |
| 2585 | DPTM, NBC School | 2,320 | 300 | N |
| 2587 | DEQ, Compliance and Awareness Training Center | 3,142 | 162 | N |
| 2591 | EEO Classroom | 3,986 | 140 | N |
| 2592 | DEQ, Material and Waste Management Branch | 3,795 | 141 | D |
| 2593 | SJA, Legal Assistance | 2,677 | 96 | D |
| 2594 | Fort Sill Logistic Assistance Office (LAO) Army Material Cmd | 4,034 | 133 | D |
| 2595 | SJA, Claims Branch | 2,584 | 108 | D |
| 2596 | DOL | 3,190 | 104 | D |
| 2719 | DCA, Family Support Division | 850 | 131 | D |
| 2866 | DCA, ACAP Classroom /VA Assistance Office | 2,459 | 220 | N |
| 2868 | DCA, NAF Procurement Office | 2,496 | 172 | N |
| 2869 | DCA | 2,528 | 188 | N |
| 2870 | DCA, Drug and Alcohol Abuse Control Div | 2,434 | 126 | N |

Technical Exhibit 1
DABT' ̃-C-4032 Mod. P00002 ? ?

1 Sep 01

| | | | | | |
|---|---|---|---|---|---|
| 2871 | DCA, Drug and Alcohol Abuse Control Div | 2,640 | 193 | | D |
| 2874 | MP Det Case (CID) | 2,416 | 192 | | D |
| 2875 | MP Det Case (CID) | 2,929 | 71 | | D |
| 2913 | DCA, Army Career and Alumni Program | 3,676 | 179 | | N |
| 2927 | AE Post Re-enlistment | 1,243 | 90 | | D |
| 2930 | DEQ | 1,765 | 121 | | N |
| 2934 | DEQ, CEIHOT | 20,367 | 1,618 | | N |
| 2936 | Military Intelligence Gp | 966 | 88 | | D |
| 2941 | DPW, FMO | 766 | 63 | | N |
| 2943 | DCA, Central Accounting Office | 3,281 | 300 | | D |
| 2951 | DOL, Carlson Travel | 2,345 | 180 | | D |
| 3168 | Chaplain | 2,977 | 288 | | N |
| 3280 | Chaplain | 7,065 | 300 | Mon | D |
| 3281 | DPTM, Education Center | 18,279 | 671 | | N |
| 3321 | DRMO | 1,021 | 107 | | D |
| 4121 | Chaplain, Frontier Chapel | 14,833 | 674 | | D |
| 4907 | DPTM, Henry Post Army Airfield/ OPHS/ Tower | 6,274 | 276 | | N |
| 4915 | DPTM, 82nd Medivac | 3,011 | 484 | | D |
| 5033 | US Army TMDE Support Center | 4,414 | 224 | | D |
| 5676 | DPW, Family Housing | 3,977 | 150 | | N |
| 5678 | FAS, 3d Regiment, International Student Division | 3,048 | 120 | | D |
| 5723 | DCA, Polo Field | 0 | 416 | | D |
| 700N | DPTM | 4,999 | 624 | | D |
| 700N | DPTM - Training Service Center | 7,135 | 165 | | D |
| | **TOTAL** | **397,377** | **24,626** | | |

1 Sep 01

TECHNICAL EXHIBIT 1
LIST OF BUILDINGS TO BE CLEANED

REIMBURSABLE CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq.ft.) | LATRINE (sq.ft.) | DAY/NIGHT |
|---|---|---|---|---|
| 340 | Defense Printing Service | 1,441 | 97 | D |
| 461 | CECOM, Software Engineering, Fire Support | 12,614 | 760 | D |
| 467 | CECOM, Fire Support Software Engineering | 3,892 | 161 | D |
| 700S | TELOS | 18,618 | 1,356 | D |
| 700S | CECOM , FATDS (net) | 18,758 | 0 | D |
| 911 | TRADOC Regional Coordinating Element F | 2,260 | 118 | D |
| 954 | Fire Direction Data Manager Support Facility (KODAR) | 1,107 | 40 | D |
| 1945 | Corps of Engineers | 2,738 | 363 | N |
| 2287 | Aviation and Missile Command | 837 | 139 | D |
| 2769 | 2d Simulation Excercise Group 1st Bde (BCST) 75th Div. | 2,248 | 192 | D |
| 2770 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,043 | 208 | D |
| 2771 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,758 | 208 | D |
| 2778 | Defense Investigative Service/Lawton Resident Agency | 1,511 | 73 | D |
| 2872 | 5045 th Garrison Support Unit | 2,503 | 220 | D |
| 2873 | 5045 th Garrison Support Unit | 2,522 | 257 | D |
| 3166 | DFAS | 10,944 | 521 | D |
| 3354 | 122nd Arcom, ECS GS | 1,759 | 342 | D |
| 4700 | DFAS | 84,120 | 3,245 | D |
| 4922 | 1475th Logistic Support Battalion, 75th Infantry Div. (E) | 10,110 | 353 | D |
| 5030 | US Army Readiness Gp, Ft. Sill | 19,368 | 1,240 | D |
| | **TOTAL** | **204,151** | **9,893** | |

ATZR-EEC May 2, 2001

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Sharel McAdoo

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective May ~~2~~ 4 ,2001, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost May | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| 1945 | 01AA | 2371 | .0171 | 4/4 | $40.54 | $40.54 | $202.72 |
| 1945 | 01AC | 28 | .1144 | 21/22 | $3.05 | $3.20 | $16.00 |

3. This modification represents an overall increase of $218.72 for the remainder of the contract period. The accounting classification is as follows:

21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031

for Marsheena Fox

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

558

Confirmed w/ Jeanette 3 May 01

'01 MAY 02 AM 9:56 RCVD


1945 WEST END
1827 SF
28 LAT
N
UPSTAIRS BREAKROO
544
CAR
CON
CAR
390
CON
117
CAR
CARP
255
56
CON
LAT
28
AT
465


1945 WEST END
1827 SF
28 LAT
N
UPSTAIRS BREAKROOM
AT
465
19
544
CAR
CON
CAR
390
CON
117
CAR
56
CON
LAT
28
255
CARP
25
27

ATZR-EEC

2 July 2001

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Sharel McAdoo

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective July 3, 2001, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost May | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| 1950 | 01AA | 348 | .0171 | 4/4 | ~~$11.69~~ 5.95 | ~~$11.69~~ 5.95 | $35.07 17.85 |

2. This modification represents an overall increase of ~~$35.07~~ 17.85 for the remainder of the contract period.
The accounting classification is as follows:

21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031

For Charlene Conley
PATRICIA L. WALLER
C, BMD, DPW

3. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'01 JUL 02 PM12:08 RCVD

561

865-908-8076
~~590-4~~

Confirmed w/ Roger Hall 2 Jul 01

Hand/ Tr...th.../ D...


SECOND FLOOR
PARTIAL FIRST FLOOR PLAN
SCALE: 1/8"=1'-0"
'01 JUL 02 PM 12:07 RCVD
CARP 143
W/L 30
M/L 34
CARP
CARP
2.05 CARP
20
Carpet
AREAS TO BE ADDED
348 SQ.FT.
Housing call
carpet 576
Bldg 1950

562

ATZR-EEC

Aug 2, 2001

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Sharel McAdoo

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective date, to incorporate the following changes:

| ADD | Bid Item | SF | Cost per SF | Clean Days | Cost Aug | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2583 | 001AA | 276 | .0171 | 5/5 | $4.72 | $4.72 | $9.44 |

2. Range Control requesting carpeted office space be added per Sharel McAdoo and Sam Gerace, effective Aug 3 2001.

3. This modification represents an overall increase of $9.44 for the remainder of the contract period. The accounting classification is as follows:

2112020000005710823200000000252G82K19HW44DQ70068N010K19H82034031

for Charlene Corley
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

**Webb, Peter K Mr** C todial

**From:** Hovis, Larry S Mr
**Sent:** Monday, July 30, 2001 3:22 PM
**To:** Webb, Peter K Mr
**ubject:** FW: Custodial Contract Bldg. 2583

For your Information and action if needed.

-----Original Message-----
**From:** McAdoo, Sharel Ms
**Sent:** Monday, July 30, 2001 3:19 PM
**To:** Hovis, Larry S Mr
**Subject:** FW: Custodial Contract Bldg. 2583

See, no good deed goes unpunished. Please see what two rooms Sam Gerace wants added to the custodial contract. Then we have to find out if range/safety is reimbursable or direct cost. If they are reimbursable, tell Sam how much money he needs to send you. .

**Sharel S. McAdoo**
Contracting Officer
Chief, Contract Support Team
580-442-3225/3906
mcadoos@sill.army.mil

-----Original Message-----
**From:** **Gerace, Sam Mr**
**Sent:** Monday, July 30, 2001 3:08 PM
**To:** McAdoo, Sharel Ms
**Cc:** Jones, Scotty L Mr
**Subject:** Custodial Contract Bldg. 2583

ˀue,

.ᐟer our conversation today, request 2 additional rooms be included for cleaning in Bldg. 2583, Range division, DPTM.

Sam


FLOOR PLAN BLDG. 2583, 2587, 2590, 2593
SCALE 1/8"=1'-0"
added 1 Feb 94
added 1 Aug 90
added 16 July 90
381
Car
70
84
132
240
Car 667
Lat 64

1 Dec 01

**TECHNICAL EXHIBIT 1**
**LIST OF BUILDINGS TO BE CLEANED**

**DIRECT COST CUSTOMERS**

| BLDG. | OCCUPANT | ADMIN ( sq. ft. ) | LATRINE ( sq. ft. ) | DAY / NIGHT |
|---|---|---|---|---|
| 160 | DPTM--Museum | 0 | 165 | D |
| 208 | DPTM--Tasc | 0 | 347 | D |
| 335 | DPTM--Museum | 0 | 160 | D |
| 346 | DPTM-Museum | 0 | 78 | D |
| 435 | DPTM--Museum | 0 | 114 | D |
| 436 | DPTM--Museum | 0 | 170 | D |
| 438 | DPTM--Museum | 0 | 274 | D |
| 441 | DPTM, Security Division | 3,002 | 60 | D |
| 455 | USAFAC--Headquarters Command | 37,425 | 784 | N |
| 462 | HQ Cmd, DOIM, IG, SJA | 27,215 | 1,110 | D/N |
| 463 | Chaplain | 6,595 | 888 | D |
| 652 | DOIM | 11,946 | 1,054 | D |
| 745 | FAS - 30th Regiment Student Post Office | 2,371 | 230 | D |
| 747 | DPTM-TASC Photo Lab | 831 | 174 | D |
| 750 | FAS, Fire Support and Combined Arms Operation Dept. | 352 | 1,311 | N |
| 755 | FAS-30th Regiment 3/8 FA (Prov) | 4,295 | 188 | N |
| 756 | FAS-30th Regiment 3/8 FA (Prov) | 4,111 | 171 | N |
| 758 | FAS-Resource Management Office | 4,211 | 333 | N |
| 759 | FAS-Marine Corps Artillery Detachment | 4,759 | 300 | N |
| 811 | FAS-Marine Corps Artillery Detachment | 2,921 | 444 | N |
| 930 | DOIM, Post Locator | 1,749 | 155 | D |
| 1005 | Chaplain | 6,172 | 119 | D |
| 1273 | DEQ, White Water Crossing--DPW | 0 | 500 | D |
| 1451 | DEQ, Land Management | 1,060 | 95 | D |
| 1459 | DEQ | 714 | 53 | D |



T'

'01DEC03 PM

| | | | | |
|---|---|---|---|---|
| 1465 | DEQ | 1,582 | 48 | D |
| 1466 | DEQ | 1,010 | 0 | D |
| 1640 | DCA, Nye Library | 20,834 | 404 | Thurs N |
| 1643 | LEC | 0 | 240 | N |
| 1645 | DOIM-Phone Co. | 4,397 | 256 | D |
| 1651 | Red Cross | 6,737 | 254 | D |
| 1651 | Army Community Service | 3,385 | 254 | N |
| 1655 | TEXCOM Fire Support Test Directorate | 36,922 | 1,932 | D/N |
| 1670 | LEC, Vehicle / Weapons Registration | 169 | 70 | D |
| 1713 | DOD Thrift Store | 0 | 72 | D |
| 1721 | DCP, EEO | 5,603 | 180 | D |
| 1803 | Directorate of Contracting | 7,944 | 230 | D |
| 1935 | DPW Equipment Maint. | 0 | 450 | D |
| 1945 | SKA/ confined space | 2,371 | 28 | D |
| 1946 | DPW Data Systems/ Supply | 4,493 | 88 | D |
| 1950 | DPW | 16,729 | 582 | N |
| 1953 | SKE Offices | 684 | 62 | D |
| 2103 | DOIM, Publication Supply | 910 | 80 | D |
| 2192 | Consolidated Property Book DOL | 4,160 | 200 | D |
| 2515 | DEQ, Supply Division | 483 | 153 | D |
| 2583 | DPTM, Range Division | 943 | 109 | D |
| 2584 | DPTM, Range Division | 2,370 | 42 | N |
| 2585 | DPTM, NBC School | 2,320 | 300 | N |
| 2587 | DEQ, Compliance and Awareness Training Center | 3,142 | 162 | N |
| 2591 | EEO Classroom | 3,986 | 140 | N |
| 2592 | DEQ, Material and Waste Management Branch | 3,795 | 141 | D |
| 2593 | SJA, Legal Assistance | 2,677 | 96 | D |
| 2594 | Fort Sill Logistic Assistance Office (LAO) Army Material Cmd | 4,034 | 133 | D |
| 2595 | SJA, Claims Branch | 2,584 | 108 | D |
| 2596 | DOL | 3,190 | 104 | D |
| 2719 | DCA, Family Support Division | 850 | 131 | D |
| 2866 | DCA, ACAP Classroom /VA Assistance Office | 2,459 | 220 | N |
| 2868 | DCA, NAF Procurement Office | 2,496 | 172 | N |
| 2869 | DCA | 2,528 | 188 | N |
| 2870 | DCA, Drug and Alcohol Abuse Control Div | 2,434 | 126 | N |

1 Dec 01

| | | | | | |
|---|---|---|---|---|---|
| 2871 | DCA, Drug and Alcohol Abuse Control Div | 2,640 | 193 | | D |
| 2874 | MP Det Case (CID) | 2,416 | 192 | | D |
| 2875 | MP Det Case (CID) | 2,929 | 71 | | D |
| 2913 | DCA, Army Career and Alumni Program | 3,676 | 179 | | N |
| 2927 | AE Post Re-enlistment | 1,243 | 90 | | D |
| 2930 | DEQ | 1,765 | 121 | | N |
| 2934 | DEQ, CEIHOT | 20,367 | 1,618 | | N |
| 2936 | Military Intelligence Gp | 966 | 88 | | D |
| 2941 | DPW, FMO | 766 | 63 | | N |
| 2943 | DCA, Central Accounting Office | 3,281 | 300 | | D |
| 2951 | DOL, Carlson Travel | 2,345 | 180 | | D |
| 3168 | Chaplain | 2,977 | 288 | | N |
| 3280 | Chaplain | 7,065 | 300 | Mon | D |
| 3281 | DPTM, Education Center | 18,279 | 671 | | N |
| 3321 | DRMO | 1,021 | 107 | | D |
| 4121 | Chaplain, Frontier Chapel | 14,833 | 674 | | D |
| 4907 | DPTM, Henry Post Army Airfield/ OPHS/ Tower | 6,274 | 276 | | N |
| 4915 | DPTM, 82nd Medivac | 3,011 | 484 | | D |
| 5033 | US Army TMDE Support Center | 4,414 | 224 | | D |
| 5676 | DPW, Family Housing | 3,977 | 150 | | N |
| 5678 | FAS, 3d Regiment, International Student Division | 3,048 | 120 | | D |
| 5723 | DCA, Polo Field | 0 | 416 | | D |
| 700N | DPTM | 4,999 | 624 | | D |
| 700N | DPTM - Training Service Center | 7,135 | 165 | | D |
| | **TOTAL** | **397,377** | **24,626** | | |

Technical Exhibit 1
DABT3ʳ C-4032 Mod. P00002 TF

## TECHNICAL EXHIBIT 1
## LIST OF BUILDINGS TO BE CLEANED

1 Dec 01

### REIMBURSABLE CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq.ft.) | LATRINE (sq.ft.) | DAY/NIGHT |
|---|---|---|---|---|
| 340 | Defense Printing Service | 1,441 | 97 | D |
| 461 | CECOM, Software Engineering, Fire Support | 12,614 | 760 | D |
| 467 | CECOM, Fire Support Software Engineering | 3,892 | 161 | D |
| 700S | TELOS | 18,618 | 1,356 | D |
| 700S | CECOM , FATDS (net) | 18,758 | 0 | D |
| 911 | TRADOC Regional Coordinating Element F | 2,260 | 118 | D |
| 954 | Fire Direction Data Manager Support Facility (KODAR) | 1,107 | 40 | D |
| 1945 | Corps of Engineers | 2,738 | 363 | N |
| 2287 | Aviation and Missile Command | 837 | 139 | D |
| 2769 | 2d Simulation Excercise Group 1st Bde (BCST) 75th Div. | 2,248 | 192 | D |
| 2770 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,043 | 208 | D |
| 2771 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,758 | 208 | D |
| 2778 | Defense Investigative Service/Lawton Resident Agency | 1,511 | 73 | D |
| 2872 | 5045 th Garrison Support Unit | 2,503 | 220 | D |
| 2873 | 5045 th Garrison Support Unit | 2,522 | 257 | D |
| 3166 | DFAS | 10,944 | 521 | D |
| 3354 | 122nd Arcom, ECS GS | 1,759 | 342 | D |
| 4700 | DFAS | 84,120 | 3,245 | D |
| 4922 | 1475th Logistic Support Battalion, 75th Infantry Div. (E) | 10,110 | 353 | D |
| 5030 | US Army Readiness Gp, Ft. Sill | 19,368 | 1,240 | D |
| | **TOTAL** | **204,151** | **9,893** | |

MAY-10-2001 THU 08:06 AM 'C CONTRACT SUP. TEAM 580 442 4 P. 02

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 / 2 |
| 2. AMENDMENT/MODIFICATION NO. | 00003 |
| 3. EFFECTIVE DATE | 15-May-2001 |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY CODE DABT39 | DIRECTORATE OF CONTRACTING<br>PO BOX 33501<br>FT SILL OK 73503-0501 |
| 7. ADMINISTERED BY (If other than item 6) CODE | DIRECTORATE OF CONTRACTING<br>LAURIE WHEELER 580-442-3226<br>CONT SPT DIV<br>WHEELERL@SILL.ARMY.MIL<br>FORT SILL OK 73503 0501 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | H & R SERVICES INC.<br>ROGER HALL<br>1425 WEATHERLY ROAD 141<br>HUNTSVILLE AL 35816 |
| CODE | 0GW85 |
| FACILITY CODE | |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | DABT39-00-C-4032 |
| X 10B. DATED (SEE ITEM 13) | 01-Oct-2000 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43.103(a)

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CUSTODIAL SERVICES, FORT SILL, OK

Contracting Officer's e-mail: dryzr@sill.army.mil

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | Hope M. Hall |
| 15B. CONTRACTOR/OFFEROR | Hope M Hall (Signature of person authorized to sign) |
| 15C. DATE SIGNED | 5/16/01 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | RAY DRYZ CONTRACTING OFFICER |
| 16B. UNITED STATES OF AMERICA | BY Ray Dryz (Signature of Contracting Officer) |
| 16C. DATE SIGNED | MAY 18 2001 |

EXCEPTION TO SF 30 APPROVED BY OIRM 11-84 30-105-04 STANDARD FORM 30 (Rev. 10-83) Prescribed by GSA FAR (48 CFR) 53.243

570

05/17/01 04:18P P.002

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

1. Contract Line Item (CLIN) 0001AD is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 5.00 | Months | $106.56 | $532.80 |

The Contractor shall remove bagged, shredded paper at the points specified on the attached floor plans (Technical Exhibit 4) at DFAS, Bldg. 4700. The Contractor shall remove only closed and tied bags. The Contractor shall remove all full bags at Station #1 once per work day. The Contractor shall remove all full bags at Stations 2 through 7 each day the building receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.
PURCHASE REQUEST NUMBER W44DQ7-006-N010

NET AMT $532.80

2. Total amount of the contract for FY01 is changed from $211,192.69 to $211,725.49, a net increase of $532.80.

3. Accounting and Appropriation Data:

21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031



#1
#2
#3
FIRST FLOOR
STATION #1 / ONCE A DAY
STATIONS #2-7 / TUES. & FRI.
SHREADDED PAPER PICK UP


SECOND FLOOR


ACCOUNTING
THIRD FLOOR PLAN
#6
#5
14712
Admin 17678
Loft 685
Stairwell
LAWTON-FORT SILL OPLOC
THIRD FLOOR PLAN

574


FOURTH FLOOR PLAN
LAWTON-FORT SILL OPLOC
17023
TEAM ROOM 150
TEAM ROOM 150
243
VENDING 120
WOMEN
MEN
COMP. RM
240
GENERAL OFFICE AREA
#7
WOMEN 173
MEN 173
STAIR
Admin - 17683
Lot - 685
stairwell -
575


GROUND FLOOR
Lot 37B
Admin
Hallway
Snack/Vend
Stairwell
12,657

# DIRECTORATE of CONTRACTING

## Contract Support Team

PO Box 33501, Bldg. 1950
Fort Sill, OK 73503-0501
(580) 442-3225/4315
Fax: (580) 442-4621

*Date:* May 10, 2001

*To:* H&R Services

*Fax:* 865-774-1460

*Re:* Custodial Services, Fort Sill, OK

*Sender:* Laurie Wheeler

*YOU SHOULD RECEIVE 8 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (580) 442-3225/4315.*

---

**This proposal was provided by Mr. Monroe. If you any questions, please call. Please sign and return by fax to 580-442-4621.**



H&R SERVICES, INC
P.O. BOX 40
SEVIERVILLE, TN 37868
PHONE: (865) 774-1288
FAX: 774-1460

TO: L. Wheeler DATE: 5-18-01
FROM: [illegible] PAGES: 2

COMMENTS: We have been out of town till today. Sorry.

[illegible]

2.

PLEASE LET KNOW US KNOW IF YOU RECIEVE THIS FAX IN ERROR.



05/17/01 04:18P P.001

ATZR-EEC

May 2, 2001

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Sharel McAdoo

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 2 May 2001, to incorporate the following changes at Bldg. 4700, DFAS:

a. The occupant is requiring the contractor to remove bagged shredded paper, which is outside the current scope of work.

b. In this requirement the contractor shall remove only these items per the furnished attached floor plan.

c. The contractor shall remove the items at station #1 once a day, each work day and the items at stations #2-7 once a day on Tuesday and Friday unless otherwise directed by contracting officer.

d. D.O.C. shall provide a separate line item cost code.

e. The contractor shall dispose of these items as normal trash, in the appropriate receptacles.

f. The occupant is to supply the plastic trash bags and have them tied and ready for disposal on the appropriate days.

g. The contractor is only to remove closed and tied bags and not to remove any opened partial bags.

2. This modification represents an overall increase of $106.56 per month and $532.80 for the remainder of the contract period. The accounting classification is as follows:

21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031

for Deborah Lofland

PATRICIA L. WALLER
C, BMD, DPW

3 ~~4~~. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

# AMENDMENT OF SOLICITAT[illegible]N/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 / 3 | | |
| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE 01-Oct-2000 | 4. REQUISITION/PURCHASE REQ. NO. W44DQ7-0068-N010 | 5. PROJECT NO.(If applicable) |
| 6. [illegible]D BY [illegible]RATE OF CONTRACTING F[illegible] [illegible]X 33501 FT SILL OK 73503-0501 — CODE DABT39 | | 7. ADMINISTERED BY (If other than item 6) CODE — DIRECTORATE OF CONTRACTING LAURIE WHEELER 580-442-3225 CONT SPT DIV WHEELERL@SILL.ARMY.MIL FORT SILL OK 73503 0501 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
H & R SERVICES INC.
ROGER HALL
1428 WEATHERLY ROAD 101
HUNTSVILLE AL 35815

CODE 0GWS5 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. DABT39-00-C-4032

X 10B. DATED (SEE ITEM 13) 01-Oct-2000

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ [illegible]BOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying [illegible]e, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.222-41and Para. 20

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, [X] is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CUSTODIAL SERVICES, FORT SILL, OK

Contracting Officer's e-mail: dryzr@sill.army.mil

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) Hope Hall President | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RAY DRYZ CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR [signature] (Si[illegible]ture of person authorized to sign) | 15C. DATE SIGNED 5-01-01 | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED MAY 0 4 2001 |

EXC[illegible] [illegible]TO SF 30
APP[illegible] [illegible]BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

580

'01 MAY 03 AM10:15 RCVD

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

1. Effective 1 Oct 00, wage determination 94-2525 (Rev. 14) dated 8/31/99 is deleted and the attached wage determination 1994-2525 (Rev. 15) dated 6/4/2000 is substituted therefor.

a. The price per sq. ft. for CLINS 0001AA and 0001AB are increased as follows due to an increase in hourly wage for Janitors and an increase in H&W benefits:

| CLIN | Estimated Sq. Feet | | Price Per Sq. Ft. | | Cost Per Month | | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| 0001AA | 368,332 | x | $.0171 | = | $6,298.48 | x | 12 MO | = | $75,581.73 |
| 0001AB | 231,082 | x | $.0336 | = | $7,764.36 | x | 12 MO | = | $93,172.26 |

b. This change represents a net increase of $8,631.51.

2. The following changes are made in accordance with FAR Clause 52.243-1 (Alt I), Changes—Fixed Price, and the Scope of Work, Paragraph

a. Effective 1 Nov 001, Bldg. 2934 (20,367 SF) is deleted from CLIN 0001AB.

20,367 SF x $.0336 per SF = $684.33 per mo. x 11 mo. = ($7,527.63)

b. Effective 1 Nov 00, Bldg. 2285 (1,565 SF) is deleted from CLIN 0001AB.

1,565 SF x $.0336 per SF = $52.58 per mo. x 11 mo. = ($578.38)

c. Effective 1 Nov 00, Bldg. 2285 (132 SF) is deleted from CLIN 0001AC.

132 SF x $.1144 per SF = $15.10 per mo. x 11 mo. = ($166.10)

d. Effective 1 Nov 00, Bldg. 2934 (20,367 SF) is added to CLIN 0001AA.

20,367 SF x $.0171 per SF = $348.28 per mo. x 11 mo. = $3,831.08

e. Effective 12 Mar 01, Bldg. 700N is deleted from CLIN 0001AB.

4,999 SF x $.0336 per SF = $167.97 x 6/9 mo. = ($111.98)
4,999 SF x $.0336 per SF = $167.97 x 6 mo. = ($1,007.82)

f. Effective 12 Mar 01, Bldg. 700N is added to CLIN 0001AA.

4,999 SF x $.0171 per SF = $85.48 x 3/5 mo. = $51.29
4,999 SF x $.0159 per SF = $85.48 x 6 mo. = $512.88

3. The contract is modified to reflect the square footage as of 1 Apr 01:

a. The schedule of services is changed to read as follows:

| CLIN | SQ. FT. | PRICE PER SF | PRICE PER MO |
|---|---|---|---|
| 0001AA | 393,698 | $.0171 | $6,732.24 |
| 0001AB | 204,151 | $.0336 | $6,859.47 |
| 0001AC | 34,429 | $.1144 | $3,938.68 |

4. Pages TE 1-1 through TE 1-4, Technical Exhibit 1, are deleted and attached revised pages TE 1-1 through TE 1-4 (dated 1 Apr 01) are substituted therefor.

5. Total amount of the contract for FY01 is changed from $207,567.84 to $211,192.69 a net increase of $3,624.85.

6. Accounting and Appropriation Data is:

21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031

7. All other terms and conditions remain unchanged.

1 Apr 01

## TECHNICAL EXHIBIT 1
## LIST OF BUILDINGS TO BE CLEANED

DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN ( sq. ft. ) | LATRINE ( sq. ft. ) | DAY / NIGHT |
|---|---|---|---|---|
| 160 | DPTM--Museum | 0 | 165 | D |
| 208 | DPTM--Tasc | 0 | 347 | D |
| 335 | DPTM--Museum | 0 | 160 | D |
| 346 | DPTM-Museum | 0 | 78 | D |
| 435 | DPTM--Museum | 0 | 114 | D |
| 436 | DPTM--Museum | 0 | 170 | D |
| 438 | DPTM--Museum | 0 | 274 | D |
| 441 | DPTM, Security Division | 3,002 | 60 | D |
| 455 | USAFAC--Headquarters Command | 37,425 | 784 | N |
| 462 | HQ Cmd, DOIM, IG, SJA | 27,215 | 1,110 | D/N |
| 463 | Chaplain | 6,595 | 888 | D |
| 652 | DOIM | 11,946 | 1,054 | D |
| 700N | DPTM | 4,999 | 624 | D |
| 700N | DPTM - Training Service Center | 7,135 | 165 | D |
| 745 | FAS - 30th Regiment Student Post Office | 2,371 | 230 | D |
| 747 | DPTM-TASC Photo Lab | 831 | 174 | D |
| 750 | FAS, Fire Support and Combined Arms Operation Dept. | 352 | 1,311 | N |
| 755 | FAS-30th Regiment 3/8 FA (Prov) | 4,295 | 188 | N |
| 756 | FAS-30th Regiment 3/8 FA (Prov) | 4,111 | 171 | N |
| 758 | FAS-Resource Management Office | 4,211 | 333 | N |
| 759 | FAS-Marine Corps Artillery Detachment | 4,759 | 300 | N |
| 811 | FAS-Marine Corps Artillery Detachment | 2,921 | 444 | N |
| 930 | DOIM, Post Locator | 1,749 | 155 | D |
| 1005 | Chaplain | 6,172 | 119 | D |
| 1273 | DEQ, White Water Crossing--DPW | 0 | 500 | D |
| 1451 | DEQ, Land Management | 1,060 | 95 | D |
| 1459 | DEQ | 714 | 53 | D |

| | | | | |
|---|---|---|---|---|
| 1465 | DEQ | 1,582 | 48 | D |
| 1466 | DEQ. | 1,010 | 0 | D |
| 1640 | DCA, Nye Library | 20,834 | 404 | Thurs N |
| 1643 | LEC | 0 | 240 | N |
| 1645 | DOIM-Phone Co. | 4,397 | 256 | D |
| 1651 | Red Cross | 6,737 | 254 | D |
| 1651 | Army Community Service | 3,385 | 254 | N |
| 1655 | TEXCOM Fire Support Test Directorate | 36,922 | 1,932 | D/N |
| 1670 | LEC, Vehicle / Weapons Registration | 169 | 70 | D |
| 1713 | DOD Thrift Store | 0 | 72 | D |
| 1721 | DCP, EEO | 5,603 | 180 | D |
| 1803 | Directorate of Contracting | 7,944 | 230 | D |
| 1935 | DPW Equipment Maint. | 0 | 450 | D |
| 1946 | DPW Data Systems/ Supply | 4,493 | 88 | D |
| 1950 | DPW | 16,381 | 582 | N |
| 2103 | DOIM, Publication Supply | 910 | 80 | D |
| 2192 | Consolidated Property Book DOL | 4,160 | 200 | D |
| 2515 | DEQ, Supply Division | 483 | 153 | D |
| 2583 | DPTM, Range Division | 667 | 109 | D |
| 2584 | DPTM, Range Division | 2,370 | 42 | N |
| 2585 | DPTM, NBC School | 2,320 | 300 | N |
| 2587 | DEQ, Compliance and Awareness Training Center | 3,142 | 162 | N |
| 2591 | EEO Classroom | 3,986 | 140 | N |
| 2592 | DEQ, Material and Waste Management Branch | 3,795 | 141 | D |
| 2593 | SJA, Legal Assistance | 2,677 | 96 | D |
| 2594 | Fort Sill Logistic Assistance Office (LAO) Army Material Cmd | 4,034 | 133 | D |
| 2595 | SJA, Claims Branch | 2,584 | 108 | D |
| 2596 | DOL | 3,190 | 104 | D |
| 2719 | DCA, Family Support Division | 850 | 131 | D |
| 2866 | DCA, ACAP Classroom /VA Assistance Office | 2,459 | 220 | N |
| 2868 | DCA, NAF Procurement Office | 2,496 | 172 | N |
| 2869 | DCA | 2,528 | 188 | N |
| 2870 | DCA, Drug and Alcohol Abuse Control Div | 2,434 | 126 | N |
| 2871 | DCA, Drug and Alcohol Abuse Control Div | 2,640 | 193 | D |
| 2874 | MP Det Case (CID) | 2,416 | 192 | D |
| 2875 | MP Det Case (CID) | 2,929 | 71 | D |
| 2913 | DCA, Army Career and Alumni Program | 3,676 | 179 | N |

| | | | | | |
|---|---|---|---|---|---|
| 2927 | AE Post Re-enlistment | 1,243 | 90 | | D |
| 2930 | DEQ | 1,765 | 121 | | N |
| 2934 | DEQ, CEIHOT | 20,367 | 1,618 | | N |
| 2936 | Military Intelligence Gp | 966 | 88 | | D |
| 2941 | DPW, FMO | 766 | 63 | | N |
| 2943 | DCA, Central Accounting Office | 3,281 | 300 | | D |
| 2951 | DOL, Carlson Travel | 2,345 | 180 | | D |
| 3168 | Chaplain | 2,977 | 288 | | N |
| 3280 | Chaplain | 7,065 | 300 | Mon | D |
| 3281 | DPTM, Education Center | 18,279 | 671 | | N |
| 3321 | DRMO | 1,021 | 107 | | D |
| 4121 | Chaplain, Frontier Chapel | 14,833 | 674 | | D |
| 4907 | DPTM, Henry Post Army Airfield/ OPHS/ Tower | 6,274 | 276 | | N |
| 4915 | DPTM, 82nd Medivac | 3,011 | 484 | | D |
| 5033 | US Army TMDE Support Center | 4,414 | 224 | | D |
| 5676 | DPW, Family Housing | 3,977 | 150 | | N |
| 5678 | FAS, 3d Regiment, International Student Division | 3,048 | 120 | | D |
| 5723 | DCA, Polo Field | 0 | 416 | | D |
| | **TOTAL** | **393,698** | **24,536** | | |

1 Apr 01

# TECHNICAL EXHIBIT 1
## LIST OF BUILDINGS TO BE CLEANED

### REIMBURSABLE CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq.ft.) | LATRINE (sq.ft.) | DAY/NIGHT |
|---|---|---|---|---|
| 340 | Defense Printing Service | 1,441 | 97 | D |
| 461 | CECOM, Software Engineering, Fire Support | 12,614 | 760 | D |
| 467 | CECOM, Fire Support Software Engineering | 3,892 | 161 | D |
| 700S | TELOS | 18,618 | 1,356 | D |
| 700S | CECOM , FATDS (net) | 18,758 | 0 | D |
| 911 | TRADOC Regional Coordinating Element F | 2,260 | 118 | D |
| 954 | Fire Direction Data Manager Support Facility (KODAR) | 1,107 | 40 | D |
| 1945 | Corps of Engineers | 2,738 | 363 | N |
| 2287 | Aviation and Missile Command | 837 | 139 | D |
| 2769 | 2d Simulation Excercise Group 1st Bde (BCST) 75th Div. | 2,248 | 192 | D |
| 2770 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,043 | 208 | D |
| 2771 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,758 | 208 | D |
| 2778 | Defense Investigative Service/Lawton Resident Agency | 1,511 | 73 | D |
| 2872 | 5045 th Garrison Support Unit | 2,503 | 220 | D |
| 2873 | 5045 th Garrison Support Unit | 2,522 | 257 | D |
| 3166 | DFAS | 10,944 | 521 | D |
| 3354 | 122nd Arcom, ECS GS | 1,759 | 342 | D |
| 4700 | DFAS | 84,120 | 3,245 | D |
| 4922 | 1475th Logistic Support Battalion, 75th Infantry Div. (E) | 10,110 | 353 | D |
| 5030 | US Army Readiness Gp, Ft. Sill | 19,368 | 1,240 | D |
| | **TOTAL** | **204,151** | **9,893** | |

REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

William W. Gross
Director

Division of
Wage Determinations

Wage Determination No.: 1994-2525
Revision No.: 15
Date of Last Revision: 06/04/2000

States: Oklahoma, Texas

Area: Oklahoma Counties of Comanche, Cotton, Greer, Harmon, Jackson, Jefferson, Kiowa, Stephens, Tillman
Texas Counties of Archer, Baylor, Clay, Wichita, Wilbarger

** Fringe Benefits Required Follow the Occupational Listing **

| OCCUPATION TITLE | MINIMUM WAGE RATE |
|---|---|
| **Administrative Support and Clerical Occupations** | |
| Accounting Clerk I | 8.61 |
| Accounting Clerk II | 9.72 |
| Accounting Clerk III | 10.91 |
| Accounting Clerk IV | 12.20 |
| Court Reporter | 13.34 |
| Dispatcher, Motor Vehicle | 10.70 |
| Document Preparation Clerk | 8.00 |
| Duplicating Machine Operator | 8.00 |
| Film/Tape Librarian | 10.33 |
| General Clerk I | 7.21 |
| General Clerk II | 8.10 |
| General Clerk III | 8.80 |
| General Clerk IV | 9.88 |
| Housing Referral Assistant | 13.01 |
| Key Entry Operator I | 6.68 |
| Key Entry Operator II | 7.98 |
| Messenger (Courier) | 6.56 |
| Order Clerk I | 9.26 |
| Order Clerk II | 10.11 |
| Personnel Assistant (Employment) I | 9.39 |
| Personnel Assistant (Employment) II | 10.58 |
| Personnel Assistant (Employment) III | 11.86 |
| Personnel Assistant (Employment) IV | 13.27 |
| Production Control Clerk | 13.01 |
| Rental Clerk | 10.33 |
| Scheduler, Maintenance | 10.02 |
| Secretary I | 10.33 |
| Secretary II | 11.63 |
| Secretary III | 14.26 |
| Secretary IV | 14.50 |
| Secretary V | 15.34 |

| | |
|---|---|
| Service Order Dispatcher | 11.02 |
| Stenographer I | 12.61 |
| Stenographer II | 13.36 |
| Supply Technician | 14.50 |
| Survey Worker (Interviewer) | 11.63 |
| Switchboard Operator-Receptionist | 7.91 |
| Test Examiner | 11.63 |
| Test Proctor | 11.63 |
| Travel Clerk I | 7.72 |
| Travel Clerk II | 8.27 |
| Travel Clerk III | 8.68 |
| Word Processor I | 9.08 |
| Word Processor II | 10.15 |
| Word Processor III | 11.43 |

**Automatic Data Processing Occupations**

| | |
|---|---|
| Computer Data Librarian | 9.76 |
| Computer Operator I | 9.87 |
| Computer Operator II | 11.06 |
| Computer Operator III | 12.73 |
| Computer Operator IV | 16.68 |
| Computer Operator V | 18.52 |
| Computer Programmer I (1) | 13.83 |
| Computer Programmer II (1) | 16.80 |
| Computer Programmer III (1) | 20.56 |
| Computer Programmer IV (1) | 22.61 |
| Computer Systems Analyst I (1) | 17.13 |
| Computer Systems Analyst II (1) | 21.37 |
| Computer Systems Analyst III (1) | 23.07 |
| Peripheral Equipment Operator | 9.76 |

**Automotive Service Occupations**

| | |
|---|---|
| Automotive Body Repairer, Fiberglass | 16.77 |
| Automotive Glass Installer | 15.05 |
| Automotive Worker | 15.05 |
| Electrician, Automotive | 15.89 |
| Mobile Equipment Service | 13.35 |
| Motor Equipment Metal Mechanic | 16.77 |
| Motor Equipment Metal Worker | 15.05 |
| Motor Vehicle Mechanic | 16.77 |
| Motor Vehicle Mechanic Helper | 12.47 |
| Motor Vehicle Upholstery Worker | 14.18 |
| Motor Vehicle Wrecker | 15.05 |
| Painter, Automotive | 15.89 |
| Radiator Repair Specialist | 15.05 |
| Tire Repairer | 12.90 |
| Transmission Repair Specialist | 16.77 |

**Food Preparation and Service Occupations**

| | |
|---|---|
| Baker | 10.49 |
| Cook I | 9.32 |
| Cook II | 10.49 |
| Dishwasher | 6.96 |
| Food Service Worker | 6.96 |
| Meat Cutter | 11.93 |
| Waiter/Waitress | 7.55 |

**Furniture Maintenance and Repair Occupations**

| | |
|---|---|
| Electrostatic Spray Painter | 15.89 |
| Furniture Handler | 11.43 |
| Furniture Refinisher | 15.89 |
| Furniture Refinisher Helper | 12.47 |
| Furniture Repairer, Minor | 14.18 |
| Upholsterer | 15.89 |

**General Services and Support Occupations**

| | |
|---|---|
| Cleaner, Vehicles | 7.08 |
| Elevator Operator | 7.21 |
| Gardener | 8.90 |
| House Keeping Aid I | 6.45 |
| House Keeping Aid II | 7.11 |
| Janitor | 6.96 |
| Laborer, Grounds Maintenance | 8.10 |
| Maid or Houseman | 6.45 |
| Pest Controller | 11.37 |
| Refuse Collector | 6.96 |
| Tractor Operator | 9.32 |
| Window Cleaner | 7.55 |

**Health Occupations**

| | |
|---|---|
| Dental Assistant | 10.93 |
| Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | 10.93 |
| Licensed Practical Nurse I | 9.23 |
| Licensed Practical Nurse II | 10.37 |
| Licensed Practical Nurse III | 11.60 |
| Medical Assistant | 9.80 |
| Medical Laboratory Technician | 10.37 |
| Medical Record Clerk | 9.77 |
| Medical Record Technician | 13.54 |
| Nursing Assistant I | 7.10 |
| Nursing Assistant II | 7.98 |
| Nursing Assistant III | 8.71 |
| Nursing Assistant IV | 9.77 |
| Pharmacy Technician | 12.19 |
| Phlebotomist | 10.37 |
| Registered Nurse I | 13.99 |
| Registered Nurse II | 17.18 |
| Registered Nurse II, Specialist | 17.18 |

| | |
|---|---|
| Registered Nurse III | 20.71 |
| Registered Nurse III, Anesthetist | 20.71 |
| Registered Nurse IV | 24.82 |
| **Information and Arts Occupations** | |
| Audiovisual Librarian | 16.24 |
| Exhibits Specialist I | 13.42 |
| Exhibits Specialist II | 15.00 |
| Exhibits Specialist III | 18.34 |
| Illustrator I | 13.42 |
| Illustrator II | 15.00 |
| Illustrator III | 18.34 |
| Librarian | 17.24 |
| Library Technician | 11.63 |
| Photographer I | 12.18 |
| Photographer II | 13.69 |
| Photographer III | 15.29 |
| Photographer IV | 18.34 |
| Photographer V | 22.20 |
| **Laundry, Dry Cleaning, Pressing and Related Occupations** | |
| Assembler | 5.94 |
| Counter Attendant | 5.94 |
| Dry Cleaner | 7.49 |
| Finisher, Flatwork, Machine | 5.94 |
| Presser, Hand | 5.94 |
| Presser, Machine, Drycleaning | 5.94 |
| Presser, Machine, Shirts | 5.94 |
| Presser, Machine, Wearing Apparel, Laundry | 5.94 |
| Sewing Machine Operator | 8.02 |
| Tailor | 8.49 |
| Washer, Machine | 6.45 |
| **Machine Tool Operation and Repair Occupations** | |
| Machine-Tool Operator (Toolroom) | 15.89 |
| Tool and Die Maker | 22.22 |
| **Material Handling and Packing Occupations** | |
| Forklift Operator | 13.39 |
| Fuel Distribution System Operator | 15.36 |
| Material Coordinator | 11.70 |
| Material Expediter | 11.70 |
| Material Handling Laborer | 9.03 |
| Order Filler | 9.74 |
| Production Line Worker (Food Processing) | 10.29 |
| Shipping Packer | 10.03 |
| Shipping/Receiving Clerk | 10.07 |
| Stock Clerk (Shelf Stocker; Store Worker II) | 10.33 |
| Store Worker I | 8.21 |

| | |
|---|---|
| Tools and Parts Attendant | 11.43 |
| Warehouse Specialist | 10.29 |

**Mechanics and Maintenance and Repair Occupations**

| | |
|---|---|
| Aircraft Mechanic | 16.77 |
| Aircraft Mechanic Helper | 12.47 |
| Aircraft Quality Control Inspector | 18.80 |
| Aircraft Servicer | 14.18 |
| Aircraft Worker | 15.05 |
| Appliance Mechanic | 15.89 |
| Bicycle Repairer | 12.90 |
| Cable Splicer | 19.28 |
| Carpenter, Maintenance | 15.89 |
| Carpet Layer | 15.05 |
| Electrician, Maintenance | 19.33 |
| Electronics Technician, Maintenance I | 16.08 |
| Electronics Technician, Maintenance II | 16.93 |
| Electronics Technician, Maintenance III | 17.95 |
| Fabric Worker | 14.18 |
| Fire Alarm System Mechanic | 16.77 |
| Fire Extinguisher Repairer | 13.35 |
| Fuel Distribution System Mechanic | 16.77 |
| General Maintenance Worker | 15.05 |
| Heating, Refrigeration and Air Conditioning Mechanic | 16.77 |
| Heavy Equipment Mechanic | 16.77 |
| Heavy Equipment Operator | 15.55 |
| Instrument Mechanic | 16.77 |
| Laborer | 9.83 |
| Locksmith | 15.89 |
| Machinery Maintenance Mechanic | 16.77 |
| Machinist, Maintenance | 16.97 |
| Maintenance Trades Helper | 12.47 |
| Millwright | 16.77 |
| Office Appliance Repairer | 15.89 |
| Painter, Aircraft | 15.89 |
| Painter, Maintenance | 15.89 |
| Pipefitter, Maintenance | 16.77 |
| Plumber, Maintenance | 15.89 |
| Pneudraulic Systems Mechanic | 16.77 |
| Rigger | 16.77 |
| Scale Mechanic | 15.05 |
| Sheet-Metal Worker, Maintenance | 16.77 |
| Small Engine Mechanic | 15.05 |
| Telecommunication Mechanic I | 19.28 |
| Telecommunication Mechanic II | 20.24 |
| Telephone Lineman | 19.28 |
| Welder, Combination, Maintenance | 16.77 |
| Well Driller | 16.77 |
| Woodcraft Worker | 16.77 |

| | |
|---|---|
| Woodworker | 13.35 |
| **Miscellaneous Occupations** | |
| Animal Caretaker | 8.11 |
| Carnival Equipment Operator | 8.70 |
| Carnival Equipment Repairer | 9.32 |
| Carnival Worker | 6.96 |
| Cashier | 6.48 |
| Desk Clerk | 7.89 |
| Embalmer | 16.57 |
| Lifeguard | 8.09 |
| Mortician | 16.57 |
| Park Attendant (Aide) | 10.21 |
| Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 8.09 |
| Recreation Specialist | 10.95 |
| Recycling Worker | 8.70 |
| Sales Clerk | 8.09 |
| School Crossing Guard (Crosswalk Attendant) | 6.96 |
| Sport Official | 8.09 |
| Survey Party Chief (Chief of Party) | 13.21 |
| Surveying Aide | 8.87 |
| Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 12.14 |
| Swimming Pool Operator | 9.79 |
| Vending Machine Attendant | 8.70 |
| Vending Machine Repairer | 10.49 |
| Vending Machine Repairer Helper | 8.70 |
| **Personal Needs Occupations** | |
| Child Care Attendant | 7.90 |
| Child Care Center Clerk | 9.85 |
| Chore Aid | 6.85 |
| Homemaker | 10.98 |
| **Plant and System Operation Occupations** | |
| Boiler Tender | 16.77 |
| Sewage Plant Operator | 15.89 |
| Stationary Engineer | 16.77 |
| Ventilation Equipment Tender | 12.47 |
| Water Treatment Plant Operator | 15.89 |
| **Protective Service Occupations** | |
| Alarm Monitor | 8.67 |
| Corrections Officer | 11.45 |
| Court Security Officer | 12.33 |
| Detention Officer | 11.45 |
| Firefighter | 11.85 |
| Guard I | 7.64 |
| Guard II | 10.68 |
| Police Officer I | 14.75 |

**Stevedoring/Longshoremen Occupations**

| | |
|---|---|
| Blocker and Bracer | 14.27 |
| Hatch Tender | 12.41 |
| Line Handler | 12.41 |
| Stevedore I | 11.70 |
| Stevedore II | 13.10 |

**Technical Occupations**

| | |
|---|---|
| Air Traffic Control Specialist, Center (2) | 26.07 |
| Air Traffic Control Specialist, Station (2) | 17.98 |
| Air Traffic Control Specialist, Terminal (2) | 19.79 |
| Archeological Technician I | 10.82 |
| Archeological Technician II | 12.10 |
| Archeological Technician III | 15.00 |
| Cartographic Technician | 15.00 |
| Civil Engineering Technician | 15.00 |
| Computer Based Training (CBT) Specialist/ Instructor | 17.13 |
| Drafter I | 10.69 |
| Drafter II | 13.26 |
| Drafter III | 14.92 |
| Drafter IV | 16.64 |
| Engineering Technician I | 10.22 |
| Engineering Technician II | 12.66 |
| Engineering Technician III | 14.23 |
| Engineering Technician IV | 15.83 |
| Engineering Technician V | 19.44 |
| Engineering Technician VI | 23.54 |
| Environmental Technician | 14.89 |
| Flight Simulator/Instructor (Pilot) | 21.37 |
| Graphic Artist | 14.89 |
| Instructor | 17.13 |
| Laboratory Technician | 11.60 |
| Mathematical Technician | 17.24 |
| Paralegal/Legal Assistant I | 13.38 |
| Paralegal/Legal Assistant II | 16.67 |
| Paralegal/Legal Assistant III | 20.40 |
| Paralegal/Legal Assistant IV | 24.66 |
| Photooptics Technician | 17.24 |
| Technical Writer | 19.67 |
| Unexploded (UXO) Safety Escort | 16.57 |
| Unexploded (UXO) Sweep Personnel | 16.57 |
| Unexploded Ordnance (UXO) Technician I | 16.57 |
| Unexploded Ordnance (UXO) Technician II | 20.05 |
| Unexploded Ordnance (UXO) Technician III | 24.02 |
| Weather Observer, Combined Upper Air and Surface Programs (3) | 11.36 |
| Weather Observer, Senior (3) | 12.63 |
| Weather Observer, Upper Air (3) | 11.36 |

**Transportation/ Mobile Equipment Operation Occupations**

| | |
|---|---|
| Bus Driver | 10.87 |
| Parking and Lot Attendant | 10.29 |
| Shuttle Bus Driver | 10.29 |
| Taxi Driver | 9.62 |
| Truckdriver, Heavy Truck | 12.89 |
| Truckdriver, Light Truck | 10.29 |
| Truckdriver, Medium Truck | 10.87 |
| Truckdriver, Tractor-Trailer | 12.89 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $1.92 an hour or $76.80 a week or $332.80 a month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years, and 4 after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as

dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

| | 0001AA | 0001AB | 0001AC | | |
|---|---|---|---|---|---|
| Mod 1 | $ 70,277.76 | $ 89,844.72 | $ 47,445.36 | $ 207,567.84 | |
| Wage & H/W | $ 5,303.97 | $ 3,327.54 | | | |
| | $ 75,581.73 | $ 93,172.26 | $ 47,445.36 | $ 216,199.35 | |
| B2934 | | $ (7,537.63) | | | |
| B2285 | | $ (578.38) | $ (166.10) | | |
| B2934 | $ 3,831.08 | | | | |
| 700N | $ 564.17 | $ (1,119.80) | | | |
| | $ 79,976.98 | $ 83,936.45 | $ 47,279.26 | $ 211,192.69 | |
| | | | | $ 3,624.85 | Increase |

| Mod 1 | 0001AA | 0001AB | 0001AC |
| --- | --- | --- | --- |
| Mod 1 | 368,332 | 231,082 | 34,561 |
| B2934 | | (20,367) | |
| B2285 | | (1,565) | (132) |
| B2934 | 20,367 | | |
| 700N | 4,999 | (4,999) | |
| | 393,698 | 204,151 | 34,429 |

ATZR-EB 13 APR 01

MEMORANDUM FOR: DOC

SUBJECT: Custodial Contract

1. Funds are available in the amount of $3,873.75 for contract W44DQ70068N010 due wage increase.

2. Accounting classification is as follows:

2112020000057108232000000000252G82K19HW44DQ70068N010K19H82034031

3. Point of contact for this action is Janet Nelson, 2-5730.

Janet Nelson

Patricia Waller
C, Business Management Div
Directorate of Public Works

31 Jan 01

396•48×
12•=
4,757•76*

4,757•76+
4,655•4−
102•36*

JM FOR: Contract Support Division, ATTN: Laurie Wheeler

4DQ70068N010, Custodial Contract

amount of $102.36 are approved for the above contract. The accounting is as follows:

057108232000000000252G82K19HW44DQ70068N010K19H82034031

2. Point of contact is Janet Nelson, 442-5730.

for Janet Nelson
PATRICIA L. WALLER
C, Business Management Division
Directorate of Public Works

ATZR-EB 12 JAN 01

MEMORANDUM FOR: DOC

SUBJECT: Custodial Contract

1. Funds are available in the amount of $4,655.40 for contract W44DQ70068N010 due wage increase.

2. Accounting classification is as follows:

   21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031

3. Point of contact for this action is Janet Nelson, 2-5730.

for Janet Nelson

Patricia Waller
C, Business Management Div
Directorate of Public Works

'01 JAN 12 AM 9:18 RCVD

ATZR-EEC

1 NOV 00

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Sharel McAdoo

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 Nov 00, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Nov | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2934 | 001AB | 20367 | ~~.0324~~ .0336 | 8/8 | ~~($659.89)~~ 684.33 | ~~($659.89)~~ (684.33) | ~~($7258.79)~~ (7527.63) |
| B2285 | 001AB | 1565 | ~~.0324~~ .0336 | 8/8 | ~~($50.71)~~ 52.58 | ~~($50.71)~~ 52.58 | ~~($557.77)~~ (578.38) |
| B2285 | 001AC | 132 | .1144 | 20/20 | ($15.10) | ($15.10) | ($166.10) |
| **Add** | **Bid Item** | **SF** | **Cost per SF** | **Clean Days** | **Cost Nov** | **Cost per Month** | **Total Cost** |
| B2934 | 001AA | 20367 | ~~.0159~~ .0171 | 4/4 | ~~$323.84~~ 348.28 | ~~$323.84~~ 348.28 | ~~$3562.24~~ 3,831.08 |

2. B2285 Single Stock Fund Admin Office is vacant. Custodial service is no longer required. B2934 CEIHOT, DEQ has moved from a reimbursable to direct cost customer, latrine service will remain the same.

3. This modification represents an overall decrease of ~~($4370.42)~~ for the remainder of the contract period. The accounting classification is as follows:

21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031 ~~(-$4370.42)~~ ($4,441.03)

for Marsheena Fox
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'00 OCT 26 PM 2:18 RCVD

601

Confirmed w/ Jeanette 27 Oct 00

ATZR-EEC

6 Mar 01

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Sharel McAdoo

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 12 Mar 01, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| 700n | 01AB | 4999 | ~~.0324~~ .0336 | 6/9 | ~~($107.98)~~ 111.98 | ~~($161.97)~~ 167.97 | ~~($1079.80)~~ (1,119.80) |

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| 700n | 01AA | 4999 | ~~.0159~~ .0171 | 2/5 3 | ~~$31.79~~ ~~47.04~~ 51.29 | ~~$79.48~~ 85.48 | ~~$508.67~~ ~~524.57~~ 564.17 |

3. This modification represents an overall decrease of ~~($571.13)~~ (555.23) for the remainder of the contract period. The accounting classification is as follows:

2112020000005710823200000000252G82K19HW44DQ70068N010K19H82034031 ~~($571.13)~~ ~~(555.23)~~ (555.63)

Linda W Carter for
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

602

Confirmed w/ Jeanette 9 Mar 01 (dw)

'01 MAR 06 PM 2:46 RCVD

ATZR-EEC 1 NOV 00

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Sharel McAdoo

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 Nov 00, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Nov | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2934 | 001AB | 20367 | .0324 | 8/8 | ($659.89) | ($659.89) | ($7258.79) |
| B2285 | 001AB | 1565 | .0324 | 8/8 | ($50.71) | ($50.71) | ($557.77) |
| B2285 | 001AC | 132 | .1144 | 20/20 | ($15.10) | ($15.10) | ($166.10) |
| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Nov | Cost per Month | Total Cost |
| B2934 | 001AA | 20367 | .0159 | 4/4 | $323.84 | $323.84 | $3562.24 |

2. B2285 Single Stock Fund Admin Office is vacant. Custodial service is no longer required. B2934 CEIHOT, DEQ has moved from a reimbursable to direct cost customer, latrine service will remain the same.

3. This modification represents an overall decrease of ($4370.42) for the remainder of the contract period. The accounting classification is as follows:

21120200000057108232000000000252G82K19HW44DQ70068N010K19H82034031 ( $4370.42)

for Marsheena Fox

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'00 OCT 26 PM 2:18 RCVD



Confirmed w/ Jeanette 27 Oct 00 hw

ATZR-EEC 6 Mar 01

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Sharel McAdoo

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 12 Mar 01, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| 700n | 01AB | 4999 | .0324 | 6/9 | ($107.98) | ($161.97) | ($1079.80) |

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| 700n | 01AA | 4999 | .0159 | ~~2~~/5 3 | ~~$31.79~~ 47.69 | $79.48 | ~~$508.67~~ 524.57 |

3. This modification represents an overall decrease of ~~($571.13)~~ (555.23) for the remainder of the contract period. The accounting classification is as follows:

2112020000005710823200000000252G82K19HW44DQ70068N010K19H82034031 ~~($571.13)~~ (555.23)

for Linda W Carter
PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

604

Confirmed w/ Jeanette 9 Mar 01

'01 MAR06 PM 2:46 RCVD

**CORRECT PRICE INCREASE (Laurie's method)**

| | | |
|---|---|---|
| Total increase - H&W | $387.95 | per month |
| - Wages | $324.01 | per month |
| TOTAL | $711.96 | per month |

65% to CLIN 0001AA = $462.77

35% to CLIN 0001AB = $249.19

| | CURRENT COST PER MONTH | | |
|---|---|---|---|
| 0001AA | $5,856.48 | + 462.77 | = $6,319.25 / 368,332 sq. ft. = $.0171 per sq. ft. |
| | 368,332 sq. ft. x .0171 = $6,298.48 per month | | |
| 0001AB | $7,487.06 | + 249.19 | = $7,736.25 / 231,082 sq. ft. = $.0336 per sq. ft. (ROUNDED) |
| | 231,082 sq. ft. x .0336 = $7,764.36 per month | | |

| | 0001AA | 0001AB |
|---|---|---|
| Current mo. price | $6,298.48 | $7,764.360 |
| Mo. Price after H&W Increase | -$5,856.48 | -$7,487.06 |
| TOTAL MO. INCREASE | $442.00 | $277.30 |

CONTRACTOR PROPOSED $711.96 PER MONTH. DUE TO ROUNDING, TOTAL INCREASE WILL BE $719.30 PER MONTH.
(NOTE: 0001AA actually rounds to .0172 and 0001AB actually rounds to .0335. However, this nets an increase of $733.02 per month. In order to achieve an increase as close to $711.96 per month as possible, the price per square foot was adjusted as outlined above.)

SUBJECT: DABT39-00-C-4032, CUSTODIAL SERVICES, FORT SILL, OK
DATE: 28-Mar-01 AUTHOR: Ray Dryz, DOC

Below are allowable price increases for the subject contract for the FY01. The increases are required by the modification of the contract to to include wage determination 1994-2525, Revision 15. This price increase and modificatin will be retroactive to 1 Oct 2000.

**REVISED PRICE BY SF**

| ITEM | QTY | UNIT | UNIT PRICE/MO | UNIT PRICE/MO | PRICE/MO | PRICE/YR | Price Increase/mo | Price Increase/year |
|---|---|---|---|---|---|---|---|---|
| 0001AA | 368,332 | SF | $0.017127 | $0.017127 | $6,308.26 | $75,699.17 | $451.79 | $5,421.43 |
| 0001AB | 231,082 | SF | $0.033453 | $0.033453 | $7,730.33 | $92,763.91 | $243.27 | $2,919.23 |
| 0001AC | 34,561 | SF | $0.114400 | $0.114400 | $3,953.78 | $47,445.34 | $0.00 | $0.00 |
| TOTALS | | | | | | | $695.05 | $8,340.66 |

**REVISED PRICE BY CATEGORY OF INCREASE**

| ITEM | HEALTH AND WELFARE Price Increase/mo | HEALTH AND WELFARE Price Increase/year | WAGES Price Increase/mo | WAGES Price Increase/year |
|---|---|---|---|---|
| 0001AA | $245.44 | $2,945.24 | $206.35 | $2,476.18 |
| 0001AB | $132.16 | $1,585.90 | $111.11 | $1,333.33 |
| 0001AC | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | $377.60 | $4,531.14 | $317.46 | $3,809.51 |
| GRAND TOTAL | | | | $8,340.66 |

per mo.

Wage incr.= $324.01 per mo. ($210.61-AA / $113.40-AB)

H+W incr. = $387.95 per mo. ($252.17-AA / $135.78-AB)

AA-65%
AB-35%

VR

# Conversation Record

from the desk of Ray Dryz

| Call Date | Call Time | | |
|---|---|---|---|
| 3/27/01 | 2:00 PM | | |
| **Subject** | | | |
| 00-C-4032, Custodial | | | |
| **First Name** | **Last Name** | **City** | **State/Province** |
| Roger | Hall | Pigeon Forge | TN |
| **Company Name** | **Title** | **Work Phone** | **Work Extension** |
| H & R Services, Inc. | President | (865) 908-8076 | |
| **Mobile Phone** | **Fax Number** | **Email Name** | |
| | | | |

**Conversation Notes**

Ray: I have been assigned to be your contracting officer. I am working this issue of a contract increase due to a new wage determination. In your letter dated 2-7-2001, you had $.005 for G/L. What was that for? Is it allowable? If so under what name? I left a message with your wife Friday.

Roger: Sorry for calling back so late - I just got back from my son's wedding today. G/L is general and liability insurance. It is required insurance and goes up when the price of the contract goes up. It has been a while since I read the rules. However if the rules do not allow it, that is OK with me. It is not a whole lot of money anyway. Go ahead and finish up the modification without including the insurance.

Ray: Will do. And that is all I had to discuss. Thanks for the call back.

02/07/01 04:23P P.001

B

# H & R SERVICES, INC.

GEORGIA
118 C. MEMORIAL DR.
HINESVILLE, GA 31313
912-876-3642
912-876-2367 (FAX)

TENNESSEE
P.O. BOX 40
PIGEON FORGE, TN 37868
865-774-1288
865-774-1460 (FAX)

ALABAMA
1428 WEATHERLY RD.
HUNTSVILLE, AL 35803
256-885-5960
256-881-1827 (FAX)

Royce
908-8071

DATE: 2-7-01

FROM: R. Hall

TO: L. Wheeler.

PAGES INCLUDING COVER PAGE: 6

COMMENTS:

Q Call-me.

Thanks

IF YOU DID NOT RECEIVE ALL THE PAGES PLEASE CONTACT ME.

Director of Contracting
Fort Sill, OK 73503-0501

2-07-01

Contract: DABT 39-00-C-4032

Sub: Proposal/Increase
Wage Determination 1994-2525
Revision 15

Dear Ms. Wheeler,

The following is a revised proposal for wage increases as referenced:

1. Proposal: New Rate 6.96
Old Rate 6.72
.24 Increase

Labor Cost
.0765% .018 FICA
.0080% .001 FUTA
.0512% .012 Workman Comp.
.005% .005 G/L

Total .276 Cents Per Hour

2. Total Hours- From Monthly Report:

| October | November | December | January |
|---|---|---|---|
| 1203.5 | 1156.25 | 1079 | 1257 |

Total = 4695.75 = x .276 cents = $1,296.02

Total Adjustment = $1,296.02 / 4 Months

3. Total (Annual for Wage Portion) Estimated:

Average Per Month: 1174 x 12 mo. = 14,088 Hours

x

Average Increase Per Hour: .276 .276 cents

or

3,888.28 Annual

If any further information is required please contact Roger Hall at (865) 908-8076, further request .65 % of increase in 001AA and .35 % in 001AB.

Sincerely,

Roger Hall
President

H&R SERVICES INC.
1930 N.W. FERRIS STE. # 2
LAWTON, OK. 73501

DIRECTORATE OF CONTRACTING
CONTRACTING SPT. DIV. ATZR-QD
ATTN: LAURA WHEELER
POST OFFICE BOX 33189

1 FEBUARY 2001

RE: DABT 39-00-C-4032 MANHOUR REPORT 31 JANUARY 2001

| NAME | FULL/PART TIME | RATE | H&W | TOTAL HRS. |
|---|---|---|---|---|
| WILBERT MONROE | FULL TIME | SALARY | | |
| JEANETTE HAIRSTON | FULL TIME | SALARY | | |
| ROBERT ALLEN | PART TIME | $ 6.72 | $ 1.92 | 54 |
| RODGER BAKER | PART TIME | 6.72 | 1.92 | 48.5 |
| CHARLES BROWN | PART TIME | 6.72 | 1.92 | 66.25 |
| SHARON GODLESWKI | PART TIME | 6.72 | 1.92 | 138 |
| EVERETT HAIRSTON | PART TIME | 6.72 | 1.92 | 85 |
| CASEY JONES | PART TIME | 6.72 | 1.92 | 45.75 |
| PATRICIA MALOULY | PART TIME | 6.72 | 1.92 | 118.5 |
| CALVIN McCARGO | PART TIME | 6.72 | 1.92 | 99.75 |
| GERALDINE MIMMS | PART TIME | 6.72 | 1.92 | 91 |
| GREGORY PUFALL | PART TIME | 6.72 | 1.92 | 138 |
| GRETA PUFALL | PART TIME | 6.72 | 1.92 | 53.5 |
| TINA PUFALL | PART TIME | 6.72 | 1.92 | 91 |
| JEFFERY STALEY | PART TIME | 6.72 | 1.92 | 101.75 |
| ILSE TEMPLETON | PART TIME | 6.72 | 1.92 | 24.75 |
| KAREN VANTERPOOL | PART TIME | 6.72 | 1.92 | 91.25 |

TOTAL NUMBER OF MANHOURS FOR JANUARY 2001 ________________ 1257

TOTAL NUMBER OF EMPOLYEES ________________ 17

WILBERT MONROE
PROJECT MANAGER

611

H&R SERVICES INC.
1930 N.W.FERRIS STE. 2
LAWTON, OK. 73507

DIRECTORATE OF CONTRACTING
CONTRACTING SPT. DIV. ATZR-QD
ATTN: LAURA WHEELER
POST OFFICE BOX 33189

1 DECEMBER 2000

RE: DABT 39-00-C-4032 MANHOUR REPORT 30 NOVEMBER 2000

| NAME | FULL/PART TIME | RATE | H&W | TOTAL HRS. |
|---|---|---|---|---|
| WILBERT MONROE | FULL TIME | SALARY | | |
| JEANETTE HAIRSTON | FULL TIME | SALARY | | |
| ROBERT ALLEN | PART TIME | $ 6.72 | $ 1.92 | 34.25 |
| CHARLES BROWN | PART TIME | 6.72 | 1.92 | 75.75 |
| RODGER BAKER | PART TIME | 6.72 | 1.92 | 30 |
| SHARON GODLESWKI | PART TIME | 6.72 | 1.92 | 153 |
| EVERETT HAIRSTON | PART TIME | 6.72 | 1.92 | 85.75 |
| CASEY JONES | PART TIME | 6.72 | 1.92 | 36.25 |
| PATRICIA MALOULY | PART TIME | 6.72 | 1.92 | 114.25 |
| CALVIN Mc CARGO | PART TIME | 6.72 | 1.92 | 76.75 |
| GERALDINE MIMMS | PART TIME | 6.72 | 1.92 | 76.75 |
| CORRINA MOORE | PART TIME | 6.72 | 1.92 | 12.5 |
| GREGORY PUFALL | PART TIME | 6.72 | 1.92 | 131.5 |
| GRETA PUFALL | PART TIME | 6.72 | 1.92 | 68 |
| TINA PUFALL | PART TIME | 6.72 | 1.92 | 13.5 |
| HAROLD SCRUGGS | PART TIME | 6.72 | 1.92 | 55.5 |
| KAREN VANTERPOOL | PART TIME | 6.72 | 1.92 | 80.25 |
| JEFFERY STALEY | PART TIME | 6.72 | 1.92 | 112.25 |

TOTAL NUMBER OF MANHOURS FOR NOVEMBER 2000 ---------------- 1156.25

TOTAL NUMBER OF EMPOLYEES ---------------------------------- 18

WILBERT MONROE
PROJECT MANAGER

612

02/07/01 04:23P P.006

FROM : HR SERVICES FAX NO. : 5803519346 Nov. 28 2000 04:28PM P2

Ft Sill

H & R SERVICES INC.
1930 NW. FERRIS SUITE #2
LAWTON, OK. 73507

DIRECTORATE OF CONTRACTING
CONTRACTING SPT. DIV. ATZR-QD
ATTN: LAURA WHEELER
POST OFFICE BOX 33189

28 NOVEMBER 2000

RE: DABT 39-00-C-4032 MANHOUR REPORT 31 OCTOBER 2000

| NAME | FULL/PART TIME | RATE | H&W | TOTAL HRS. |
|---|---|---|---|---|
| WILBERT MONROE | FULL TIME | SALARY | | |
| JEANETTE HAIRSTON | FULL TIME | SALARY | | |
| LESTER MEALS | FULL TIME | SALARY | | |
| ROBERT ALLEN | PART TIME | 6.72 | 1.92 | 60 |
| CHARLES BROWN | PART TIME | 6.72 | 1.92 | 73.5 |
| SHARON GODLESWKI | PART TIME | 6.72 | 1.92 | 145.75 |
| EVERETT HAIRSTON | PART TIME | 6.72 | 1.92 | 86.5 |
| CASEY JONES | PART TIME | 6.72 | 1.92 | 48.5 |
| PATRICIA MALOULY | PART TIME | 6.72 | 1.92 | 118 |
| CALVIN Mc CARGO | PART TIME | 6.72 | 1.92 | .96 |
| GERALDINE MIMMS | PART TIME | 6.72 | 1.92 | 92.5 |
| CORRINA MOORE | PART TIME | 6.72 | 1.92 | 47.25 |
| GRETA PUFALL | PART TIME | 6.72 | 1.92 | 71.75 |
| GREGORY PUFALL | PART TIME | 6.72 | 1.92 | 84.25 |
| HAROLD SCRUGGS | PART TIME | 6.72 | 1.92 | 117.5 |
| JEFFERY STALEY | PART TIME | 6.72 | 1.92 | 83.75 |
| KAREN VANTERPOOL | PART TIME | 6.72 | 1.92 | 78.25 |

TOTAL NUMBER OF MANHOURS FOR OCTOBER 2000-------------- 1203.5

TOTAL NUMBER OF EMPLOYEES ---------------------------17

Wilbert Monroe
WILBERT MONROE
PROJECT MANAGER

01/10/01 03:18P P.001

# H & R SERVICES, INC.


**GEORGIA**
118 C. MEMORIAL DR.
HINESVILLE, GA 31313
912-876-3642
912-876-2367 (FAX)

**TENNESSEE**
P.O. BOX 40
PIGEON FORGE, TN 37868
865-774-1288
865-774-1460 (FAX)

**ALABAMA**
1428 WEATHERLY RD.
HUNTSVILLE, AL 35803
256-885-5960
256-881-1827 (FAX)


DATE: 1-10-01

FROM: Roger

TO: L. Wheeler

PAGES INCLUDING COVER PAGE: 2

COMMENTS:

Thanks.

[signature]

IF YOU DID NOT RECEIVE ALL THE PAGES PLEASE CONTACT ME.

01/10/01 03:18P P.002

DIRECTORATE OF CONTRACTING
ATTN: L. WHEELER
FT. SILL, OK

H & R Services, Inc
Huntsville, AL

January 10, 2001

Sub: Wage Increase
Contract DABT39-00-C-4032

Ms. Wheeler,

Respectfully request the submitted increase based on wage/health and welfare effective October 1, 2000, be credited to line item : 001AA- 65% of increase
001AB- 35 % of increase

Please contact the undersigned if any further information is required.

Sincerely,

Hope Hall
President

**Wheeler, Laurie Ms**

**From:** McAdoo, Sharel Ms
**Sent:** Wednesday, January 10, 2001 3:56 PM
**To:** Wheeler, Laurie Ms
**Cc:** Webb, Peter K Mr
**Subject:** H&W Increase for H&R

Pete has looked at the three months we have had H&R under contract. The number of hours they proposed for the calculation of the new rate is within the range of "statistically acceptable." Therefore, I think we can use the new rate calculation attached as a beginning point in the modification.

H&R H&W.xls

**Sharel S. McAdoo**
Contracting Officer
Chief, Contract Support Team
580-442-3225/3906
mcadoos@sill.army.mil

| EMPLOYEE | 1-Oct | 16-Oct | TOTAL | OLD H&W | NEW H&W | INCREASE | |
|---|---|---|---|---|---|---|---|
| A | 29 | 31 | 60 | $ 97.80 | $ 115.20 | $ 17.40 | |
| B | 33.75 | 39.75 | 73.5 | $ 119.81 | $ 141.12 | $ 21.32 | |
| G | 65.75 | 80 | 145.75 | $ 237.57 | $ 279.84 | $ 42.27 | |
| H | 38 | 48.5 | 86.5 | $ 141.00 | $ 166.08 | $ 25.09 | |
| J | 21.25 | 27.25 | 48.5 | $ 79.06 | $ 93.12 | $ 14.07 | |
| M | 45 | 73 | 118 | $ 192.34 | $ 226.56 | $ 34.22 | |
| MC | 39 | 57 | 96 | $ 156.48 | $ 184.32 | $ 27.84 | |
| MO | 20.75 | 26.5 | 47.25 | $ 77.02 | $ 90.72 | $ 13.70 | |
| MI | 44.75 | 47.75 | 92.5 | $ 150.78 | $ 177.60 | $ 26.83 | |
| P | 28.75 | 43 | 71.75 | $ 116.95 | $ 137.76 | $ 20.81 | |
| PU | 36.5 | 47.75 | 84.25 | $ 137.33 | $ 161.76 | $ 24.43 | |
| S | 50.25 | 67.25 | 117.5 | $ 191.53 | $ 225.60 | $ 34.08 | |
| ST | 51 | 32.75 | 83.75 | $ 136.51 | $ 160.80 | $ 24.29 | |
| V | 34.5 | 43.75 | 78.25 | $ 127.55 | $ 150.24 | $ 22.69 | |
| **TOTAL** | 538.25 | 665.25 | 1203.5 | | | $ 349.02 | |
| | | | | | | | |
| **FICA** | 0.0765 | | | | | $ 26.70 | |
| **FUTA** | 0.008 | | | | | $ 2.79 | |
| **SUTA** | 0.027 | | | | | $ 9.42 | |
| | | | | | | $ 387.93 | |
| 0001AA | 368332 | $ 0.02 | $ 5,856.48 | $ 252.15 | $ 6,108.63 | | **$ 0.0166** |
| 0001AB | 231082 | $ 0.03 | $ 7,487.06 | $ 135.78 | $ 7,622.83 | | **$ 0.0330** |
| | | | | $ 387.93 | **$ 4,655.16** | | |

**Wheeler, Laurie Ms**

**From:** McAdoo, Sharel Ms
**Sent:** Wednesday, January 10, 2001 3:11 PM
**To:** Wheeler, Laurie Ms
**Subject:** H&W for H&R

Using the number of hours that they provided, here's what I came up with.

H&R H&W.xls

**Sharel S. McAdoo**
Contracting Officer
Chief, Contract Support Team
580-442-3225/3906
mcadoos@sill.army.mil

| EMPLOYEE | 1-Oct | 16-Oct | TOTAL | OLD H&W | NEW H&W | INCREASE | |
|---|---|---|---|---|---|---|---|
| A | 29 | 31 | 60 | $ 97.80 | $ 115.20 | $ 17.40 | |
| B | 33.75 | 39.75 | 73.5 | $ 119.81 | $ 141.12 | $ 21.32 | |
| G | 65.75 | 80 | 145.75 | $ 237.57 | $ 279.84 | $ 42.27 | |
| H | 38 | 48.5 | 86.5 | $ 141.00 | $ 166.08 | $ 25.09 | |
| J | 21.25 | 27.25 | 48.5 | $ 79.06 | $ 93.12 | $ 14.07 | |
| M | 45 | 73 | 118 | $ 192.34 | $ 226.56 | $ 34.22 | |
| MC | 39 | 57 | 96 | $ 156.48 | $ 184.32 | $ 27.84 | |
| MO | 20.75 | 26.5 | 47.25 | $ 77.02 | $ 90.72 | $ 13.70 | |
| MI | 44.75 | 47.75 | 92.5 | $ 150.78 | $ 177.60 | $ 26.83 | |
| P | 28.75 | 43 | 71.75 | $ 116.95 | $ 137.76 | $ 20.81 | |
| PU | 36.5 | 47.75 | 84.25 | $ 137.33 | $ 161.76 | $ 24.43 | |
| S | 50.25 | 67.25 | 117.5 | $ 191.53 | $ 225.60 | $ 34.08 | |
| ST | 51 | 32.75 | 83.75 | $ 136.51 | $ 160.80 | $ 24.29 | |
| V | 34.5 | 43.75 | 78.25 | $ 127.55 | $ 150.24 | $ 22.69 | |
| **TOTAL** | 538.25 | 665.25 | 1203.5 | | | $ 349.02 | |
| | | | | | | | |
| **FICA** | 0.0765 | | | | | $ 26.70 | |
| **FUTA** | 0.008 | | | | | $ 2.79 | |
| **SUTA** | 0.027 | | | | | $ 9.42 | |
| | | | | | | $ 387.93 | |
| 0001AA | 368332 | $ 0.02 | $ 5,856.48 | $ 252.15 | $ 6,108.63 | | **$ 0.0166** |
| 0001AB | 231082 | $ 0.03 | $ 7,487.06 | $ 135.78 | $ 7,622.83 | | **$ 0.0330** |
| | | | | | | | |
| | | | | $ 387.93 | **$ 4,655.16** | | |

November 21, 2000

Directorate of Contracting

H&R Services
1428 Weatherly Road 101
Hunstville, AL 35815

Dear Ms. Hall,

Reference contract number DABT39-00-C-4032, Custodial Services, Fort Sill, OK.

The following contractual items are unresolved. I ask that you give them your immediate attention:

a. Paragraph 11 of the scope of work requires you to provide a written labor report to the Contracting Officer on the first regular workday of each month. I have not yet received one for the month of October 2000.

b. On August 23, 2000, I requested a proposal to incorporate an updated US Department of Labor Wage Determination. I have not yet received your response.

c. You submitted letters appointing Lester Meals as Alternate Key Custodian and Assistant Project Manager/QC. Since Mr. Meals is no longer with your company, please submit current appointment letters.

If you have any questions, please contact me or Laurie Wheeler at (580) 442-3225 or 442-4315 or by e-mail at mcadoos@sill.army.mil or wheelerl@sill.army.mil.

Sincerely,

Sharel S. McAdoo
Contracting Officer

09/22/00 11:58A P.002

**H & R Services,Inc.**

P.O. Box 40
Pigeon Forge, TN
37863

Phone 865-774-1288
Fax 865-774-1460

SEPTEMBER 22,2000

Contracting Officer
Att. Sharel S. McAdoo
P.O. Box 33501
Ft. Sill, OK 73503-0501

Contract Number: DABT39-00-C-4032
Subject: Appointment of Key Custodian

Dear Ms. McAdoo,

The following individuals are appointed as follows:

- Lester Meals, Alternate Custodian
- Ms. Jenette Hariston, Key Custodian

These appointed individuals will perform positions indicated in contract. Any changes to these appointments will be under separate correspondence.

Hope Hall

Hope Hall

President

**H & R Services,Inc.**

P.O. Box 40
Pigeon Forge, TN
37863

Phone 865-774-1288
Fax 865-774-1460

September 21, 2000

Contracting Officer
Att. Sharel S. McAdoo
P.O. Box 33501
Ft. Sill, OK 73503-0501

Dear Ms. McAdoo,

The following individuals are appointed as follows:

- Wilbert Monroe, Project Manager
- Lester Meals, Assistant Project Manager/QC
- Ms. Jenette Hariston, Alternate Project Manager/OC/Adminstrator

These appointed individuals will perform positions indicated in contract. Any changes to these appointments will be under separate correspondence.

Hope Hall

Hope Hall

President

09/22/00 11:58A P.001

# H & R Services, Inc.

**Georgia**
118 C. Memorial Dr.
Hinesville, GA 31313
912-876-3642
912-876-2367 fax

**Tennessee**
P.O. Box 40
Pigeon Forge, Tn 37868
865-774-1288
865-774-1460 fax

**Alabama**
1428 Weatherly Rd.
Huntsville, Al 35803
256-885-5960
256-881-1827 fax

DATE: 9-22-00

FROM: Roger Hall

TO: L. Wheeler S. Mac Doo

PAGES INCLUDING COVER PAGE: 3

COMMENTS: Key Custodian
Also copy of Hubzone
Certificate for your
Info.

Thanks
R Hall

IF DIDN'T RECEIVE ALL PAGES PLEASE CONTACT ME!

09/22/00 11:58A P.003

AUG-23-00 10:20 A H+RSERVICES 1 2+876+2367 P.02

AUG-23-2000 11:10 202 205 7167 P.01-01

U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

AUG 23 2000

Hope M. Hall, President
H&R Services, Inc.
1 8 C. Memorial Drive
Hinesville, GA 31313

Dear Mrs. Hall:

Welcome to the HUBZone Empowerment Contracting Program. I am pleased to advise you that your application for certification as a "qualified HUBZone small business concern (SBC)" has been approved. Your firm is now eligible to receive HUBZone contracting opportunities, and will be included in the listing of qualified HUBZone small business concerns found on the Internet at http://www.sba.gov/hubzone. This certification is effective the date of this letter.

The HUBZone Certification will continue provided that your firm remains in compliance with continuing program eligibility requirements and re-certifies, to SBA, that it remains a qualified HUBZone SBC. Within 30 days of your anniversary date, SBA will contact you to initiate the re-certification process. Failure to respond to this request for re-certification will result in SBA proposing the de-certification of your firm (13 CFR 126.100-500). Please be advised, at any time during your firm's participation in the HUBZone Program, SBA may conduct a program examination to validate program eligibility and/or continued program compliance (13 CFR § 126.402).

We note that your firm has registered in SBA's PRO-*Net* system. In order to receive maximum benefit from the HUBZone Empowerment Contracting Program it is strongly suggested that you update your firm's profile in PRO *Net*. PRO-*Net* is a premier marketing tool for small businesses seeking to do business with the Federal government. It is also a source that Federal agencies will check to determine if your firm has been certified by SBA and eligible to receive contracts under the HUBZone program. If you need assistance in updating your PRO-*Net* profile, please email us at PRONET@SBA.GOV.

Although your firm was approved under Primary Standard Industrial Classification (SIC) Code 5812, this does not prevent your firm being awarded contracts under other SIC Codes, as long as the firm is qualified to perform. In this regard, please note that you are responsible for researching and identifying potential contracts that may be available through the HUBZone Empowerment Contracting Program. However, the SBA can assist you in this effort through our Government Contracting web-site at www.sba.gov/GC. This site provides a wide array of valuable Federal contract marketing material, including identification of specific contracting opportunities and points of contact at SBA and Federal acquisition agencies. I encourage you to make full use of the very valuable information on this web-site. Also, although your status as a certified HUBZone greatly improves your access to Federal contracts, this certification does not guarantee contract awards. Your ability to research opportunities and bid competitively will be the key to your success in this program.

Good luck in your business endeavors!

Sincerely,

Michael McHale
Associate Administrator
HUBZone Empowerment Contracting Program

TOTAL P.01

**Wheeler, Laurie Ms**

**From:** Hovis, Larry S Mr
**Sent:** Monday, September 18, 2000 2:16 PM
**To:** Wheeler, Laurie Ms
**Subject:** FW: Custodial Line Items

FYI, Ms Wheeler

-----Original Message-----
From: MOSS, JUNE [mailto:JUNE.MOSS@DFAS.MIL]
Sent: Monday, September 18, 2000 1:55 PM
To: 'hovisl@sill.army.mil'
Subject: Custodial Line Items

Steve,

We have 47 stalls from the ground floor to the 4th floor. We gave a case of the seat cover to Mills some time ago to use. There is one box (50 covers) per stall. We figure they last 4-6 weeks as we haven't bought any more and assume either the contractor is buying them or we have no complaints at this time.

Any further questions, please let me know.

June Moss
?-0190

add to N+W increase mod.

73503-0501
August 23, 2000

Directorate of Contracting

H&R Services
1428 Weatherly Road 101
Hunstville, AL 35815

Dear Ms. Hall,

Reference contract number DABT39-00-C-4032, Custodial Services, Fort Sill, OK.

In accordance with U.S. Department of Labor Memorandum No. 193 dated May 18, 2000 (Attachment 1), all service contracts awarded on or after June 1, 2000, must include an updated Service Contract Act wage determination with a health and welfare (H&W) fringe benefit of $1.92 per hour.

At Attachment 2 is a copy of the revised wage determination that is applicable to your contract. Please submit a proposed increase in contract price, per line item, based on the additional H&W rate. Include with your proposal documentation to show how you arrived at the proposed increase in price.

If you have any questions, please contact me or Laurie Wheeler at (580) 442-3225 or 442-4315 or by e-mail at mcadoos@sill.army.mil or wheelerl@sill.army.mil.

Sincerely,

SMc

Sharel S. McAdoo
Contracting Officer

U.S. DOL Employme Standards Administrat ı
Wage and Hour Division
Compliance Assistance Materials

---

Disclaimer

May 18, 2000

MEMORANDUM NO. 193

TO: ALL CONTRACTING AGENCIES OF THE FEDERAL GOVERNMENT AND CONTRACTING AGENCIES OF THE DISTRICT OF COLUMBIA

FROM: T. MICHAEL KERR
ADMINISTRATOR

SUBJECT: Service Contract Act Health and Welfare Fringe Benefit Changes

: ordance with the requirements of Section 4.52 of Regulations, 29 CFR Part 4, the prevailing health and welfare fringe benefits issued under the McNamara O'Hara Service Contract Act (SCA) will be increased on June 1, 2000. As prescribed by the regulations, the new benefit rate is derived from the latest Bureau of Labor Statistics Employment Cost Index (ECI) summary of Employer Cost for Employee Compensation. Effective June 1, 2000, the new **SCA health and welfare single benefit rate will be $1.92 per hour or $76.80 per week or $332.80 per month.**

**Solicitation/Contracts Affected**

All Invitation for Bids opened, or other service contracts awarded on or after June 1, 2000, must include an updated SCA WD issued in accordance with the regulatory health and welfare fringe benefit determination methodology. In order to facilitate expedited processing of requests for updated WDs on solicitations that currently contain a WD with the $1.63 per hour benefit level, contracting agencies:

> May contact the Department of Labor on (202) 693-0529 between the hours of 8:15 a.m. and 4:45 p.m. and provide the SF 98 number, and the WD number(s) and revision(s) that were provided with the old health and welfare rate in it. Beginning June 1, updated WDs will be mailed within 24 hours of the telephone request for an update. Contracting Officers operating under a Memorandum of Understanding (MOU) for on-line access to SCA WDs should obtain their revised WDs in accordance with the provisions of the MOU.

**Wage Determination for the State of Hawaii** **627**

Jnder Section 2(a) (2) of the Service Contract Act, fringe benefit payments that are required by state law may not be used to satisfy the employer's fringe benefit obligations. In Hawaii, most employers are required by law to provide health insurance coverage for their employers. Therefore, employer contributions that are made to satisfy the employer's obligations under the Hawaii mandated pre-paid Health Care Act may not be credited toward meeting the contractor's obligations under SCA. The SCA WDs have addressed this issue in the past by excluding the health insurance portion. Currently, most Hawaii WDs specify health and welfare benefit amount

of $.68 per hour.

Consistent with past practices, and in recognition of the fact that Hawaii law requires employer's to provide health care coverage for most employees, SCA WDs for Hawaii will continue to exclude the health insurance portion of the benefits for all employees on whose behalf the employer provides benefits pursuant to the Hawaii prepaid Health Care Act. However, all employers are not required to make and, in fact, do not in some instances make contributions for certain employees under the Hawaii law, and the reduced fringe level is not appropriate for these employees. Therefore, effective June 1, 2000 the new SCA health and welfare fringe benefit rate for Hawaii will be:

> **$.70 per hour for all employees on whose behalf the contractor provides health care benefits pursuant to the Hawaii prepaid Health Care Act. For those employee's who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $1.92. For information regarding the Hawaii's prepaid Health Care Act, please contact the Hawaii Employer's Council; P.O. Box 29699; Honolulu, HI 96820-2099; telephone number 1-800-836-1511.**

---

DOL Home Page | ESA Home Page | Top of Page | WHD Info

**Wheeler, Laurie Ms**

**From:** Wheeler, Laurie Ms
**Sent:** Wednesday, December 06, 2000 9:16 AM
**To:** 'H&R Services'
**Subject:** Increase for Health and Welfare Benefits

I received your fax on the increase in health and welfare benefits. I also need something from you stating how you want to apply this to the contract line items, to include new square footage prices. Please submit as soon as possible.

1/4/00- asked Roger again for this info.

11/30/00 11:48A P.001

580.442.4621

# H & R SERVICES, INC.

GEORGIA
118 C. MEMORIAL DR.
HINESVILLE, GA 31313
912-876-3642
912-876-2367 (FAX)

TENNESSEE
P.O. BOX 40
PIGEON FORGE, TN 37868
~~865-774-1288~~
865-774-1460 (FAX)

ALABAMA
1428 WEATHERLY RD.
HUNTSVILLE, AL 35803
256-885-5960
256-881-1827 (FAX)

DATE: 11-30-00

FROM: R. Hall

TO: L. Wheeler

PAGES INCLUDING COVER PAGE: 3

COMMENTS:

Wage Data'
Sorry this is late
I thought it had
been completed!

R Hall

My phone if Q
865-908-8076

IF YOU DID NOT RECEIVE ALL THE PAGES PLEASE CONTACT ME.

11/30/00 11:48A P.002

# H & R Services, Inc.

Huntsville, Alabama
Phone: (256) 885-5960
FAX: (256) 881-1827

November 30, 2000

Department of the Army
Headquarters, US Army Field Artillery Center
Fort Sill, Oklahoma 73503-5100

Attn: Sharel S. McAdoo, Contracting Officer

Re: Contract Number DABT39-00-C-4032

Please find enclosed documentation to support our request for an increase in the above referenced contract based on Wage Determination effective 10/1/00.

We respectfully request an increase of $387.95 per month to cover these increased rates. If any further information is required, please feel free to contact the undersigned.

Thank You,

Hope Hall
President

"Professionalism thru Organization"

11/30/00 11:48A P.003

FT. SILL, OKLAHOMA
WAGE DETERMINATION HEALTH AND WELFARE INCREASE EFFECTIVE 10/1/00

PAYROLL INFORMAITON

| EMPLOYEE | HOURS WORKED 10/1-10/15 | 0/16-10/3 | Total Hrs Worked | H & W Old Rate $1.63 | H & W New Rate $1.92 | Increase In H & W |
|---|---|---|---|---|---|---|
| Allen, Robert | 29.00 | 31.00 | 60.00 | $97.80 | $115.20 | $17.40 |
| Brown, Charles | 33.75 | 39.75 | 73.50 | $119.81 | $141.12 | $21.32 |
| Godlewski, Sharon | 65.75 | 80.00 | 145.75 | $237.57 | $279.84 | $42.27 |
| Hairison, Everett | 38.00 | 48.50 | 86.50 | $141.00 | $166.08 | $25.09 |
| Jones, Casey | 21.25 | 27.25 | 48.50 | $79.06 | $93.12 | $14.07 |
| Malonly, Patricia | 45.00 | 73.00 | 118.00 | $192.34 | $226.56 | $34.22 |
| McCargo, Calvin | 39.00 | 57.00 | 96.00 | $156.48 | $184.32 | $27.84 |
| Moore, Corrina | 20.75 | 26.50 | 47.25 | $77.02 | $90.72 | $13.70 |
| Mimms, Geraldine | 44.75 | 47.75 | 92.50 | $150.78 | $177.60 | $26.83 |
| Pufall, Greta | 28.75 | 43.00 | 71.75 | $116.95 | $137.76 | $20.81 |
| Pufall, Gregory | 36.50 | 47.75 | 84.25 | $137.33 | $161.76 | $24.43 |
| Scruggs, Harold | 50.25 | 67.25 | 117.50 | $191.53 | $225.60 | $34.08 |
| Staley, Jeffery | 51.00 | 32.75 | 83.75 | $136.51 | $160.80 | $24.29 |
| Vanderpool, Karen | 34.50 | 43.75 | 78.25 | $127.55 | $150.24 | $22.69 |
| | 538.25 | 665.25 | 1203.50 | $1,961.71 | $2,310.72 | $349.02 |

DIFFERENCE IN HEALTH AND WELFARE FOR 1 MONTH $349.02

| | |
|---|---|
| RATE INCREASE | $349.02 |
| FICA .0765 | $26.70 |
| FUTA 0.008 | $2.80 |
| SUTA .0270 | $9.43 |
| TOTAL INCREASE | $387.95 |

# H & R Services, Inc.

Huntsville, Alabama
Phone: (256) 885-5960
FAX: (256) 881-1827

November 30, 2000

Department of the Army
Headquarters, US Army Field Artillery Center
Fort Sill, Oklahoma 73503-5100

Attn: Sharel S. McAdoo, Contracting Officer

Re: Contract Number DABT39-00-C-4032

Please find enclosed documentation to support our request for an increase in the above referenced contract based on Wage Determination effective 10/1/00.

We respectfully request an increase of $387.95 per month to cover these increased rates. If any further information is required, please feel free to contact the undersigned.

Thank You,

Hope Hall

Hope Hall
President

"Professionalism thru Organization"

FT. SILL, OKLAHOMA
WAGE DETERMINATION HEALTH AND WELFARE INCREASE EFFECTIVE 10/1/00

PAYROLL INFORMAITON

| EMPLOYEE | HOURS WORKED 10/1-10/15 | 0/16-10/3 | Total Hrs Worked | H & W Old Rate $1.63 | H & W New Rate $1.92 | Increase In H & W |
|---|---|---|---|---|---|---|
| Allen, Robert | 29.00 | 31.00 | 60.00 | $97.80 | $115.20 | $17.40 |
| Brown, Charles | 33.75 | 39.75 | 73.50 | $119.81 | $141.12 | $21.32 |
| Godlewski, Sharon | 65.75 | 80.00 | 145.75 | $237.57 | $279.84 | $42.27 |
| Hairison, Everett | 38.00 | 48.50 | 86.50 | $141.00 | $166.08 | $25.09 |
| Jones, Casey | 21.25 | 27.25 | 48.50 | $79.06 | $93.12 | $14.07 |
| Malonly, Patricia | 45.00 | 73.00 | 118.00 | $192.34 | $226.56 | $34.22 |
| McCargo, Calvin | 39.00 | 57.00 | 96.00 | $156.48 | $184.32 | $27.84 |
| Moore, Corrina | 20.75 | 26.50 | 47.25 | $77.02 | $90.72 | $13.70 |
| Mimms, Geraldine | 44.75 | 47.75 | 92.50 | $150.78 | $177.60 | $26.83 |
| Pufall, Greta | 28.75 | 43.00 | 71.75 | $116.95 | $137.76 | $20.81 |
| Pufall, Gregory | 36.50 | 47.75 | 84.25 | $137.33 | $161.76 | $24.43 |
| Scruggs, Harold | 50.25 | 67.25 | 117.50 | $191.53 | $225.60 | $34.08 |
| Staley, Jeffery | 51.00 | 32.75 | 83.75 | $136.51 | $160.80 | $24.29 |
| Vanderpool. Karen | 34.50 | 43.75 | 78.25 | $127.55 | $150.24 | $22.69 |
| | 538.25 | 665.25 | 1203.50 | $1,961.71 | $2,310.72 | $349.02 |

14

# EMPLOYEES
NOV 18
DEC 16
AUG 16

DIFFERENCE IN HEALTH AND WELFARE FOR 1 MONTH $349.02

| | |
|---|---|
| RATE INCREASE | $349.02 |
| FICA .0765 | $26.70 |
| FUTA 0.008 | $2.80 |
| SUTA .0270 | $9.43 |
| TOTAL INCREASE | $387.95 |

AVG TOTAL HRS 1146 08

FROM : HR SERVICES FAX NO. : 5803519346 Oct. 31 2000 04:32PM P2

1. Lester meals - due following:

~~250.00~~ 150.00 Regular salary
250.00 vacation
~~500.00~~ Total
$400.00 Total

**H&R SERVICES**

PAYROLL PERIOD 16 - 31 OCT. 00.

FORT SILL

| Employee Name | Hours Worked | Rate of Pay | OT Hrs | OT Pay | Misc Pay/ Reimb / (Deduction) | Cash Benefit in Lieu of | Health & Welfare | Holiday Hours | Holiday Pay | Vacation Hours | Vacation Pay | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allen, Robert | 31 | | | | | | | | | | | |
| Brown, Charles | 39.75 | | | | | | | | | | | |
| Godlewski, Sharon | 80 | | | | | | | | | | | |
| Hairston, Everett | 48.5 | | | | | | | | | | | |
| Hairston, Jeanette | SAL. | 650.00 | Two weeks. | | | | | | | | | |
| Jones, Casey | 27.25 | | | | | | | | | | | |
| Malouly, Patricia | 73 | | | | | | | | | | | |
| McCargo, Calvin | 57 | | | | | | | | | | | |
| Meals, Lester | SAL. | | | | | | | | | 1WK. | | |
| Monroe, Wilbert | SAL. | 900.00 | o/ | | | | | | | | | |
| Moore Corinna | 26.5 | | | | | | | | | | | |
| Mimms, Geraldine | 47.75 | | | | | | | | | | | |
| Pufall, Greta | 43 | | | | | | | | | | | |
| Pufall, Gregory | 47.75 | | | | | | | | | | | |
| Scruggs, Harold | 67.25 | | | | | | | | | | | |
| Staley, Jeffery | 32.75 | | | | | | | | | 1WK. | | |
| Karen Vanterpool | 43.76 | | | | | | | | | | | |
| TOTALS | 665.25 | | | | | | | | | | | |

2. J. Hairston due the difference from her base salary last time