# CONTENTS
# CLAIM CONTRACT# DABT39-00-C-4032

**TAB -1:** **Cost Summary**

**TAB -2:** **Payroll Summary**

**TAB -3:** **Supply Cost / Empire Paper**

**TAB -4:** **Billed Invoice / Amounts**

**TAB -5:** **Building's Effected**

Revised Cost Summary:

| 1. | Labor- | Supplies- | Total | Revenue | Loss |
|---|---|---|---|---|---|
| Jan-Dec 2002 | 211,197.20 + | 23,784.11= | 234,981.31- | 219,538.19= | -15,443.19 |
| Jan-Dec 2003 | 232,188.38 + | 33,477.79= | 265,666.17- | 228,881.99= | 36,781.18 |
| Jan-Dec 2004 | 268,498.67 + | 39,073.39= | 302,572.06- | 252,877.34= | 49,694.72 |

2. Direct G+A / Petty Cash / Rent / Utilities
   We averaged by month as follows:

   Rent= 600.00
   Petty cash= 300.00
   <u>Utilities= 150.00</u> (include
   1150.00 per month or 13,800.00 annual

3. Profit * .03% Annual X Revenue.
   Calculated at .03% X total Revenue for the year.

4. Totals - (Loss added to Item - #2-3)

| | | | | | | |
|---|---|---|---|---|---|---|
| | 02- | 15,443.19 loss | 03- | 36,784.18 | 04- | 49,694.12 |
| | G/A- | 13,800.00 | G/A- | 13,800.00 | G/A- | 13,800.00 |
| | Profit- | 6,586.14 | Profit- | 6,866.45 | Profit- | 9,077.16 |
| Total= | | 35,829.33 | | 57,450.63 | | 72,571.28 |

5. Total Loss 02 - 03 - 04 $165,851.24

2:27 PM

02/18/05

# H & R Services, Inc.
## Employee Earnings Summary
October 5, 2001

| | Salary | Hourly R... | Vacation Ho... | Mileage Reimb... | TOTAL |
|---|---|---|---|---|---|
| Allen, Robert L | 0.00 | 250.56 | 0.00 | 8.05 | 258.61 |
| Baker, Rodger T | 0.00 | 208.80 | 0.00 | 21.00 | 229.80 |
| Brown, Charles E | 0.00 | 222.72 | 0.00 | 18.90 | 241.62 |
| Godlewski, Sharon A | 0.00 | 353.22 | 0.00 | 0.00 | 353.22 |
| Hairston, Evert L | 0.00 | 309.72 | 285.36 | 18.90 | 613.98 |
| Hairston, Jeanette | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| King, Edward | 0.00 | 556.80 | 0.00 | 4.20 | 561.00 |
| Malouly, Patricia E | 0.00 | 403.68 | 0.00 | 18.90 | 422.58 |
| Mimms, Geraldine | 0.00 | 236.64 | 0.00 | 0.00 | 236.64 |
| Monroe, Wilbert | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| Pufall, Gregory A | 0.00 | 466.32 | 0.00 | 0.00 | 466.32 |
| Pufall, Greta M | 0.00 | 99.18 | 0.00 | 10.50 | 109.68 |
| Pufall, Tina R | 0.00 | 257.52 | 0.00 | 0.00 | 257.52 |
| Staley, Jeffery L | 0.00 | 556.80 | 0.00 | 4.20 | 561.00 |
| Templeton, Ilse | 0.00 | 217.50 | 0.00 | 18.90 | 236.40 |
| Vanterpool, Karen D | 0.00 | 304.50 | 0.00 | 18.90 | 323.40 |
| TOTAL | 1700.00 | 4,443.96 | 285.36 | 142.45 | 6,571.77 |

10:59 AM

03/02/05

# H & R Services, Inc.
## Employee Earnings Summary
### October 20, 2001

| | Salary | Hourly R... | Vacation Ho... | H\W | Mileage Reimb... | TOTAL |
|---|---|---|---|---|---|---|
| Allen, Robert L | 0.00 | 187.92 | 0.00 | 51.84 | 18.90 | 258.66 |
| Baker, Rodger T | 0.00 | 261.00 | 0.00 | 72.00 | 18.90 | 351.90 |
| Brown, Charles E | 0.00 | 245.34 | 0.00 | 67.68 | 18.90 | 331.92 |
| Godlewski, Sharon A | 0.00 | 410.64 | 0.00 | 113.28 | 0.00 | 523.92 |
| Hairston, Evert L | 0.00 | 139.20 | 285.36 | 38.40 | 8.40 | 471.36 |
| Hairston, Jeanette | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| King, Edward | 0.00 | 553.32 | 0.00 | 152.64 | 0.00 | 705.96 |
| Malouly, Patricia E | 0.00 | 548.10 | 0.00 | 203.96 | 0.00 | 752.06 |
| Mimms, Geraldine | 0.00 | 461.10 | 0.00 | 127.01 | 0.00 | 588.11 |
| Monroe, Wilbert | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| Pufall, Gregory A | 0.00 | 480.24 | 0.00 | 132.48 | 0.00 | 612.72 |
| Pufall, Greta M | 0.00 | 318.42 | 0.00 | 87.26 | 0.00 | 405.68 |
| Pufall, Tina R | 0.00 | 410.64 | 0.00 | 113.28 | 0.00 | 523.92 |
| Staley, Jeffery L | 0.00 | 95.70 | 0.00 | 25.82 | 0.00 | 121.52 |
| Templeton, Ilse | 0.00 | 297.54 | 0.00 | 81.50 | 0.00 | 379.04 |
| Vanterpool, Karen D | 0.00 | 422.82 | 0.00 | 116.06 | 0.00 | 538.88 |
| TOTAL | 1700.00 | 4,831.98 | 285.36 | **** | 65.10 | 8,265.65 |

A - Labor - Contract# DABT39-00-C-4032

Included in this Folder are payrolls to include quarterly summary. This period is from 4th quarter -2001 thru 4th quarter of 2004.

These payrolls are Direct cost plus a tax base of .0765 FICA + .0080 FUTA only.

9:36 AM

02/02/05

# H & R Services, Inc.
## Employee Earnings Summary
### January through March 2002

| | Salary | Hourly R... | Vacation Hou... | H\W | Mileage Reimbu... | TOTAL |
|---|---|---|---|---|---|---|
| Allen, Robert L | 0.00 | 1,110.12 | 0.00 | 305.08 | 115.50 | 1,530.70 |
| Baker, Rodger T | 0.00 | 1,316.02 | 375.84 | 308.94 | 102.90 | 2,103.70 |
| Bennett, Terry | 0.00 | 471.54 | 0.00 | 129.50 | 39.90 | 640.94 |
| Brown, Charles E | 0.00 | 1,430.28 | 118.32 | 392.44 | 119.70 | 2,060.74 |
| Godlewski, Sharon A | 0.00 | 2,604.78 | 201.84 | 718.37 | 48.30 | 3,573.29 |
| Hairston, Evert L | 0.00 | 1,926.18 | 0.00 | 529.44 | 119.70 | 2,575.32 |
| Hairston, Jeanette | 4,738.46 | 0.00 | 0.00 | 0.00 | 0.00 | 4,738.46 |
| King, Edward | 0.00 | 2,877.96 | 0.00 | 792.76 | 4.20 | 3,674.92 |
| Malouly, Patricia E | 0.00 | 2,550.84 | 431.52 | 702.52 | 115.50 | 3,800.38 |
| Mimms, Geraldine | 0.00 | 1,665.18 | 0.00 | 458.78 | 0.00 | 2,123.96 |
| Monroe, Wilbert | 5,330.77 | 0.00 | 0.00 | 0.00 | 0.00 | 5,330.77 |
| Pufall, Gregory A | 0.00 | 2,568.24 | 250.56 | 665.08 | 2.10 | 3,485.98 |
| Pufall, Greta M | 0.00 | 1,184.94 | 0.00 | 325.34 | 115.50 | 1,625.78 |
| Pufall, Tina R | 0.00 | 1,543.38 | 0.00 | 424.62 | 0.00 | 1,968.00 |
| Staley, Jeffery L | 0.00 | 1,024.86 | 0.00 | 282.14 | 25.20 | 1,332.20 |
| Templeton, Ilse | 0.00 | 1,491.18 | 233.16 | 410.21 | 119.70 | 2,254.25 |
| Vanterpool, Karen D | 0.00 | 1,854.84 | 0.00 | 510.34 | 113.40 | 2,478.58 |
| TOTAL | ***** | 25,620.34 | 1,611.24 | **** | 1,041.60 | 45,297.97 |

3,465.29 FICA
362.38 FUTA

49,125.64

2:29 PM

02/18/05

# H & R Services, Inc.
## Employee Earnings Summary
January 5, 2002

| | Salary | Hourly R... | Mileage Reimb... | TOTAL |
|---|---|---|---|---|
| Allen, Robert L | 0.00 | 182.70 | 16.80 | 199.50 |
| Baker, Rodger T | 0.00 | 69.60 | 8.40 | 78.00 |
| Brown, Charles E | 0.00 | 207.06 | 16.80 | 223.86 |
| Godlewski, Sharon A | 0.00 | 435.00 | 14.70 | 449.70 |
| Hairston, Evert L | 0.00 | 301.02 | 16.80 | 317.82 |
| Hairston, Jeanette | 800.00 | 0.00 | 0.00 | 800.00 |
| King, Edward | 0.00 | 494.16 | 2.10 | 496.26 |
| Malouly, Patricia E | 0.00 | 250.56 | 12.60 | 263.16 |
| Mimms, Geraldine | 0.00 | 267.96 | 0.00 | 267.96 |
| Monroe, Wilbert | 900.00 | 0.00 | 0.00 | 900.00 |
| Pufall, Gregory A | 0.00 | 421.08 | 0.00 | 421.08 |
| Pufall, Greta M | 0.00 | 182.70 | 14.70 | 197.40 |
| Pufall, Tina R | 0.00 | 254.04 | 0.00 | 254.04 |
| Staley, Jeffery L | 0.00 | 532.44 | 12.60 | 545.04 |
| Templeton, Ilse | 0.00 | 227.94 | 16.80 | 244.74 |
| Vanterpool, Karen D | 0.00 | 269.70 | 14.70 | 284.40 |
| TOTAL | 1700.00 | 4,095.96 | 147.00 | 5,942.96 |

2:28 PM

02/18/05

# H & R Services, Inc.
## Employee Earnings Summary
January 20, 2002

| | Salary | Hourly R... | Vacation H... | Mileage Reimb... | TOTAL |
|---|---|---|---|---|---|
| Allen, Robert L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Baker, Rodger T | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Brown, Charles E | 0.00 | 264.48 | 0.00 | 21.00 | 285.48 |
| Godlewski, Sharon A | 0.00 | 428.04 | 0.00 | 0.00 | 428.04 |
| Hairston, Evert L | 0.00 | 330.60 | 0.00 | 21.00 | 351.60 |
| Hairston, Jeanette | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| King, Edward | 0.00 | 494.16 | 0.00 | 0.00 | 494.16 |
| Malouly, Patricia E | 0.00 | 487.20 | 0.00 | 21.00 | 508.20 |
| Mimms, Geraldine | 0.00 | 292.32 | 0.00 | 0.00 | 292.32 |
| Monroe, Wilbert | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| Pufall, Gregory A | 0.00 | 466.32 | 0.00 | 0.00 | 466.32 |
| Pufall, Greta M | 0.00 | 208.80 | 0.00 | 21.00 | 229.80 |
| Pufall, Tina R | 0.00 | 283.62 | 0.00 | 0.00 | 283.62 |
| Staley, Jeffery L | 0.00 | 403.68 | 0.00 | 12.60 | 416.28 |
| Templeton, Ilse | 0.00 | 257.52 | 0.00 | 21.00 | 278.52 |
| Vanterpool, Karen D | 0.00 | 292.32 | 0.00 | 18.90 | 311.22 |
| TOTAL | 1700.00 | 4,209.06 | 0.00 | 136.50 | 6,045.56 |

B. - Supply Cost - Contract # DABT39-00-C-4032

Included in this Folder is a Direct Print-Out from Empire Paper. Also attached are delivery invoices to the site at Fort Sill. Empire Paper will also provide any further information required.

Supply Cost

Included in this Section is A monthly List of Invoices
with Attached - Delivery Invoices to the site at
Fort Sill, Ok.

H_r

| CUSTOMER_NAME | ORDER_NUMBER | ORDER_DATE | TOT_GROSS_AMT | |
|---|---|---|---|---|
| H & R SERVICES | L41495-00 | 09/29/00 | $1,558.25 | |
| H & R SERVICES | L41517-00 | 09/29/00 | $300.80 | $1,859.05 |
| H & R SERVICES | L41495-01 | 10/04/00 | $32.16 | |
| H & R SERVICES | L41671-00 | 10/04/00 | $206.39 | |
| H & R SERVICES | L41692-00 | 10/05/00 | -$17.91 | |
| H & R SERVICES | L41724-00 | 10/05/00 | $69.24 | |
| H & R SERVICES | L41780-00 | 10/10/00 | $420.72 | |
| H & R SERVICES | L42193-00 | 10/16/00 | $16.88 | |
| H & R SERVICES | L42156-00 | 10/17/00 | $360.19 | |
| H & R SERVICES | L42438-00 | 10/19/00 | $33.80 | |
| H & R SERVICES | L42473-00 | 10/19/00 | -$22.38 | |
| H & R SERVICES | L42533-00 | 10/23/00 | $345.39 | |
| H & R SERVICES | L42574-01 | 10/25/00 | $469.78 | |
| H & R SERVICES | L42731-00 | 10/26/00 | $30.95 | |
| H & R SERVICES | L42855-00 | 10/30/00 | $478.04 | $2,423.25 |
| H & R SERVICES | L43005-00 | 11/01/00 | $2,218.98 | |
| H & R SERVICES | L43197-00 | 11/06/00 | $370.92 | |
| H & R SERVICES | L43457-00 | 11/13/00 | $328.02 | |
| H & R SERVICES | L43878-00 | 11/20/00 | $360.10 | |
| H & R SERVICES | L44062-00 | 11/27/00 | $323.20 | $3,601.22 |
| H & R SERVICES | L44413-00 | 12/04/00 | $364.29 | |
| H & R SERVICES | L44730-00 | 12/11/00 | $0.00 | |
| H & R SERVICES | L44731-00 | 12/11/00 | $378.68 | |
| H & R SERVICES | L44967-00 | 12/15/00 | -$130.48 | |
| H & R SERVICES | L45024-00 | 12/18/00 | $280.93 | |
| H & R SERVICES | L45260-00 | 12/26/00 Bayou Hall | $237.18 | $1,130.60 |
| H & R SERVICES | L45436-00 | 01/02/01 | $334.81 | |
| H & R SERVICES | L45662-00 | 01/08/01 | $291.05 | |
| H & R SERVICES | L46117-00 | 01/16/01 | $330.23 | |
| H & R SERVICES | L46377-00 | 01/22/01 | $317.62 | |
| H & R SERVICES | L46444-00 | 01/23/01 | $21.23 | |
| H & R SERVICES | L46709-00 | 01/29/01 | $356.38 | $1,651.32 |
| H & R SERVICES | L46979-00 | 02/05/01 | $391.84 | |
| H & R SERVICES | L47101-00 | 02/06/01 | $6.61 | |
| H & R SERVICES | L47358-00 | 02/12/01 | $416.24 | |
| H & R SERVICES | L47783-00 | 02/20/01 | $373.44 | |
| H & R SERVICES | L48081-00 | 02/26/01 | $388.00 | $1,576.13 |
| H & R SERVICES | L48429-00 | 03/05/01 | $408.15 | |
| H & R SERVICES | L48674-00 | 03/08/01 | $13.40 | |
| H & R SERVICES | L48752-00 | 03/12/01 | $450.20 | |
| H & R SERVICES | L48940-00 | 03/14/01 | $12.55 | |
| H & R SERVICES | L48966-00 | 03/15/01 | $67.52 | |
| H & R SERVICES | L49048-00 | 03/16/01 | -$67.52 | |
| H & R SERVICES | L49100-00 | 03/19/01 | $416.34 | |
| H & R SERVICES | L49233-00 | 03/21/01 | $101.28 | |
| H & R SERVICES | L49408-00 | 03/26/01 | $265.00 | |
| H & R SERVICES | L49470-00 | 03/27/01 | $121.20 | |
| H & R SERVICES | L49500-00 | 03/27/01 | -$50.64 | |
| H & R SERVICES | L49704-00 | 03/30/01 | -$16.88 | $1,720.60 4948.65 |
| H & R SERVICES | L49715-00 | 04/02/01 | $13.40 | |
| H & R SERVICES | L49720-00 | 04/02/01 | $15.98 | |

Monthly Totals

H_r

| | | | | | |
|---|---|---|---|---|---|
| H & R SERVICES | L49742-00 | 04/03/01 | $365.60 | | |
| H & R SERVICES | L50062-00 | 04/09/01 | $398.46 | | |
| H & R SERVICES | L50382-00 | 04/16/01 | $474.16 | | |
| H & R SERVICES | L50509-00 | 04/17/01 | $0.00 | | |
| H & R SERVICES | L50712-00 | 04/23/01 | $453.64 | | |
| H & R SERVICES | L50890-00 | 04/26/01 | $40.16 | | |
| H & R SERVICES | L51022-00 | 04/30/01 | $516.40 | | |
| H & R SERVICES | L51036-00 | 04/30/01 | -$40.16 | $2,237.64 | |
| H & R SERVICES | L51350-00 | 05/07/01 | $466.52 | | |
| H & R SERVICES | L51706-00 | 05/15/01 | $452.89 | | |
| H & R SERVICES | L52005-00 | 05/21/01 | $453.32 | | |
| H & R SERVICES | 106100-00 | 05/31/01 | $392.02 | $1,764.75 | |
| H & R SERVICES | 106754-00 | 06/06/01 | $450.24 | | |
| H & R SERVICES | 107165-00 | 06/08/01 | $42.33 | | |
| H & R SERVICES | 107801-00 | 06/13/01 | $293.84 | | |
| H & R SERVICES | 107801-01 | 06/13/01 | $86.75 | | |
| H & R SERVICES | 108817-00 | 06/20/01 | $441.75 | | |
| H & R SERVICES | 110087-00 | 06/27/01 | $423.99 | $1,738.90 | 5741.29 |
| H & R SERVICES | 110824-00 | 07/05/01 | $437.34 | | |
| H & R SERVICES | 111651-00 | 07/11/01 | $401.23 | | |
| H & R SERVICES | 112760-00 | 07/18/01 | $271.06 | | |
| H & R SERVICES | 112760-01 | 07/18/01 | $118.23 | | |
| H & R SERVICES | 113514-00 | 07/20/01 | $20.08 | | |
| H & R SERVICES | 113862-00 | 07/25/01 | $420.94 | $1,668.88 | |
| H & R SERVICES | 114885-00 | 08/01/01 | $475.13 | | |
| H & R SERVICES | 116029-00 | 08/07/01 | $410.52 | | |
| H & R SERVICES | 117072-00 | 08/15/01 | $457.75 | | |
| H & R SERVICES | 118128-00 | 08/20/01 | $401.27 | | |
| H & R SERVICES | 119240-00 | 08/27/01 | $429.09 | $2,173.76 | |
| H & R SERVICES | 120215-00 | 09/04/01 | $395.33 | | |
| H & R SERVICES | 121174-00 | 09/10/01 | $389.70 | | |
| H & R SERVICES | 122261-00 | 09/17/01 | $413.95 | | |
| H & R SERVICES | 123366-00 | 09/21/01 | $406.32 | $1,605.30 | 5447.94 |
| H & R SERVICES | 124377-00 | 10/01/01 | $435.43 | | |
| H & R SERVICES | 125455-00 | 10/08/01 | $483.94 | | |
| H & R SERVICES | 126793-00 | 10/17/01 | $421.35 | | |
| H & R SERVICES | 127782-00 | 10/25/01 | $452.47 | | |
| H & R SERVICES | 128806-00 | 10/26/01 | $462.95 | $2,256.14 | |
| H & R SERVICES | 129744-00 | 11/05/01 | $374.03 | | |
| H & R SERVICES | 130746-00 | 11/15/01 | $453.20 | | |
| H & R SERVICES | 131806-00 | 11/19/01 | $336.92 | | |
| H & R SERVICES | 132434-00 | 11/26/01 | $373.99 | | |
| H & R SERVICES | 133501-00 | 11/30/01 | $351.95 | $1,890.09 | |
| H & R SERVICES | 134550-00 | 12/10/01 | $438.29 | | |
| H & R SERVICES | 135563-00 | 12/20/01 | $421.35 | | |
| H & R SERVICES | 136489-00 | 12/27/01 | $437.00 | | |
| H & R SERVICES | 136979-00 | 12/31/01 | $336.19 | $1,632.83 | 5779.06 |
| H & R SERVICES | 137704-00 | 01/07/02 | $237.90 | | |
| H & R SERVICES | 138744-00 | 01/14/02 | $342.57 | | |
| H & R SERVICES | 139135-00 | 01/15/02 | -$20.08 | | |
| H & R SERVICES | 139842-00 | 01/18/02 | $453.20 | | |
| H & R SERVICES | 140945-00 | 01/31/02 | $336.92 | | |

H_r

| | | | | | |
|---|---|---|---|---|---|
| H & R SERVICES | 140955-00 | 01/31/02 | $51.43 | $1,401.94 | |
| H & R SERVICES | 141791-00 | 02/04/02 | $383.07 | | |
| H & R SERVICES | 142992-00 | 02/14/02 | $440.84 | | |
| H & R SERVICES | 143812-00 | 02/21/02 | $400.95 | | |
| H & R SERVICES | 143812-01 | 02/21/02 | $20.40 | | |
| H & R SERVICES | 144904-00 | 02/25/02 | $357.44 | $1,602.70 | |
| H & R SERVICES | 145878-00 | 03/04/02 | $368.77 | | |
| H & R SERVICES | 146950-00 | 03/11/02 | $321.57 | | |
| H & R SERVICES | 147156-00 | 03/14/02 | $69.40 | | |
| H & R SERVICES | 147981-00 | 03/18/02 | $460.10 | | |
| H & R SERVICES | 149083-00 | 03/25/02 | $468.79 | $1,688.63 | 4693.27 |
| H & R SERVICES | 150122-00 | 04/04/02 | $489.60 | | |
| H & R SERVICES | 151113-00 | 04/08/02 | $273.79 | | |
| H & R SERVICES | 151476-00 | 04/11/02 | $118.23 | | |
| H & R SERVICES | 152177-00 | 04/15/02 | $435.85 | | |
| H & R SERVICES | 153269-00 | 04/19/02 | $420.82 | | |
| H & R SERVICES | 153272-00 | 04/19/02 | $26.80 | | |
| H & R SERVICES | 154210-00 | 04/29/02 | $480.77 | $2,245.86 | |
| H & R SERVICES | 155334-00 | 05/06/02 | $446.94 | | |
| H & R SERVICES | 156435-00 | 05/13/02 | $402.72 | | |
| H & R SERVICES | 156557-00 | 05/16/02 | $40.80 | | |
| H & R SERVICES | 156571-00 | 05/16/02 | $21.10 | | |
| H & R SERVICES | 157598-00 | 05/20/02 | $401.44 | | |
| H & R SERVICES | 158556-00 | 05/30/02 | $495.04 | $1,808.04 | |
| H & R SERVICES | 159354-00 | 06/04/02 | $443.86 | | |
| H & R SERVICES | 160428-00 | 06/10/02 | $52.05 | | |
| H & R SERVICES | 160434-00 | 06/10/02 | $17.35 | | |
| H & R SERVICES | 160301-00 | 06/14/02 | $437.62 | | |
| H & R SERVICES | 161363-00 | 06/17/02 | $378.86 | | |
| H & R SERVICES | 162376-00 | 06/24/02 | $462.60 | $1,792.34 | 5846.24 |
| H & R SERVICES | 163436-00 | 07/01/02 | $407.68 | | |
| H & R SERVICES | 164171-00 | 07/08/02 | $491.37 | | |
| H & R SERVICES | 165244-00 | 07/15/02 | $420.27 | | |
| H & R SERVICES | 166403-00 | 07/25/02 | $420.27 | | |
| H & R SERVICES | 167202-00 | 07/29/02 | $432.26 | $2,171.85 | |
| H & R SERVICES | 167202-01 | 08/01/02 | $21.75 | | |
| H & R SERVICES | 168164-00 | 08/05/02 | $511.60 | | |
| H & R SERVICES | 169298-00 | 08/14/02 | $249.53 | | |
| H & R SERVICES | 169298-01 | 08/15/02 | $138.80 | | |
| H & R SERVICES | 169898-00 | 08/15/02 | $113.52 | | |
| H & R SERVICES | 170160-00 | 08/19/02 | $292.16 | | |
| H & R SERVICES | 170160-01 | 08/19/02 | $157.64 | | |
| H & R SERVICES | 171188-00 | 08/26/02 | $490.17 | $1,975.17 | |
| H & R SERVICES | 172001-00 | 09/03/02 | $15.78 | | |
| H & R SERVICES | 172240-00 | 09/03/02 | $389.03 | | |
| H & R SERVICES | 172463-00 | 09/04/02 | $104.10 | | |
| H & R SERVICES | 172338-00 | 09/05/02 | $155.53 | | |
| H & R SERVICES | 173055-00 | 09/09/02 | $335.09 | | |
| H & R SERVICES | 174118-00 | 09/16/02 | $571.41 | | |
| H & R SERVICES | 175088-00 | 09/23/02 | $467.15 | | |
| H & R SERVICES | 176021-00 | 09/30/02 | $532.25 | $2,570.34 | 6717.36 |
| H & R SERVICES | 177089-00 | 10/07/02 | $536.55 | | |

H_r

| | | | | | |
|---|---|---|---|---|---|
| H & R SERVICES | 177887-00 | 10/14/02 | $499.32 | | |
| H & R SERVICES | 179011-00 | 10/21/02 | $474.64 | | |
| H & R SERVICES | 180419-00 | 10/28/02 | $138.80 | | |
| H & R SERVICES | 180008-00 | 10/31/02 | $339.42 | $1,988.73 | |
| H & R SERVICES | 181316-00 | 11/04/02 | $492.84 | | |
| H & R SERVICES | 182530-00 | 11/12/02 | $509.48 | | |
| H & R SERVICES | 183737-00 | 11/18/02 | $488.57 | | |
| H & R SERVICES | 185080-00 | 11/25/02 | $459.04 | $1,949.93 | |
| H & R SERVICES | 185909-00 | 12/04/02 | $496.53 | | |
| H & R SERVICES | 187055-00 | 12/09/02 | $449.78 | | |
| H & R SERVICES | 188310-00 | 12/16/02 | $561.17 | | |
| H & R SERVICES | 189416-00 | 12/23/02 | $632.00 | | |
| H & R SERVICES | 190066-00 | 12/30/02 | $449.40 | $2,588.88 | 6527.54 |
| H & R SERVICES | 190915-00 | 01/06/03 | $480.89 | | |
| H & R SERVICES | 191019-00 | 01/06/03 | $26.80 | | |
| H & R SERVICES | 192269-00 | 01/13/03 | $495.05 | | |
| H & R SERVICES | 193547-00 | 01/20/03 | $496.53 | | |
| H & R SERVICES | 194424-00 | 01/23/03 | $99.00 | | |
| H & R SERVICES | 194843-00 | 01/27/03 | $569.03 | | |
| H & R SERVICES | 194859-00 | 01/27/03 | $14.48 | | |
| H & R SERVICES | 194884-00 | 01/27/03 | $9.21 | $2,190.99 | |
| H & R SERVICES | 196117-00 | 02/03/03 | $629.41 | | |
| H & R SERVICES | 197507-00 | 02/10/03 | $595.42 | | |
| H & R SERVICES | 198644-00 | 02/17/03 | $658.81 | | |
| H & R SERVICES | 199914-00 | 02/24/03 | $537.95 | $2,421.59 | |
| H & R SERVICES | 201059-00 | 03/03/03 | $731.95 | | |
| H & R SERVICES | 202400-00 | 03/10/03 | $656.12 | | |
| H & R SERVICES | 203683-00 | 03/17/03 | $654.94 | | |
| H & R SERVICES | 204889-00 | 03/24/03 | $643.24 | | |
| H & R SERVICES | 206135-00 | 03/31/03 | $607.66 | | |
| H & R SERVICES | 206233-00 | 03/31/03 | $18.10 | $3,312.01 | 7924.59 |
| H & R SERVICES | 206135-01 | 04/03/03 | $14.72 | | |
| H & R SERVICES | 207558-00 | 04/07/03 | $685.11 | | |
| H & R SERVICES | 208965-00 | 04/14/03 | $597.60 | | |
| H & R SERVICES | 210304-00 | 04/21/03 | $650.83 | | |
| H & R SERVICES | 211606-00 | 04/28/03 | $703.95 | $2,652.21 | |
| H & R SERVICES | 213013-00 | 05/05/03 | $714.93 | | |
| H & R SERVICES | 214504-00 | 05/12/03 | $710.29 | | |
| H & R SERVICES | 215981-00 | 05/19/03 | $591.66 | | |
| H & R SERVICES | 216162-00 | 05/19/03 | $126.70 | | |
| H & R SERVICES | 215981-01 | 05/22/03 | $45.00 | | |
| H & R SERVICES | 217228-00 | 05/27/03 | $632.22 | $2,820.80 | |
| H & R SERVICES | 218528-00 | 06/02/03 | $668.30 | | |
| H & R SERVICES | 218528-01 | 06/05/03 | $13.88 | | |
| H & R SERVICES | 220253-00 | 06/09/03 | $660.92 | | |
| H & R SERVICES | 221668-00 | 06/16/03 | $628.22 | | |
| H & R SERVICES | 221668-01 | 06/17/03 | $61.20 | | |
| H & R SERVICES | 223048-00 | 06/23/03 | $685.08 | | |
| H & R SERVICES | 224402-00 | 06/30/03 | $641.26 | $3,358.86 | 8831.87 |
| H & R SERVICES | 225417-00 | 07/07/03 | $641.05 | | |
| FEDERAL CONTRACT & ASSOC | 227099-00 | 07/14/03 | $437.40 | | |
| FEDERAL CONTRACT & ASSOC | 227099-01 | 07/17/03 | $249.00 | | |

H_r

| | | | | | |
|---|---|---|---|---|---|
| FEDERAL CONTRACT & ASSOC | 228481-00 | 07/21/03 | $647.90 | | |
| FEDERAL CONTRACT & ASSOC | 230278-00 | 07/28/03 | $763.75 | $2,739.10 | |
| H & R SERVICES | 231533-00 | 08/04/03 | $649.79 | | |
| H & R SERVICES | 232953-00 | 08/11/03 | $650.53 | | |
| H & R SERVICES | 233329-00 | 08/14/03 | $21.75 | | |
| H & R SERVICES | 234446-00 | 08/18/03 | $647.09 | | |
| H & R SERVICES | 234592-00 | 08/21/03 | $20.40 | | |
| H & R SERVICES | 234786-00 | 08/21/03 | $21.24 | | |
| H & R SERVICES | 235775-00 | 08/25/03 | $609.84 | | |
| H & R SERVICES | 235775-01 | 08/28/03 | $40.80 | | |
| H & R SERVICES | 236033-00 | 08/28/03 | $86.75 | $2,748.19 | |
| H & R SERVICES | 236916-00 | 09/02/03 | $665.62 | | |
| H & R SERVICES | 238322-00 | 09/04/03 | $40.80 | | |
| H & R SERVICES | 238665-00 | 09/08/03 | $501.22 | | |
| H & R SERVICES | 238855-00 | 09/08/03 | $61.20 | | |
| H & R SERVICES | 240254-00 | 09/15/03 | $668.45 | | |
| H & R SERVICES | 241794-00 | 09/22/03 | $553.63 | | |
| H & R SERVICES | 243417-00 | 09/29/03 | $718.69 | $3,209.61 | 8696.87 |
| H & R SERVICES | 244766-00 | 10/06/03 | $567.54 | | |
| H & R SERVICES | 245483-00 | 10/09/03 | $585.94 | | |
| H & R SERVICES | 245483-01 | 10/16/03 | $20.40 | | |
| H & R SERVICES | 247706-00 | 10/20/03 | $619.49 | | |
| H & R SERVICES | 249084-00 | 10/27/03 | $682.38 | $2,475.75 | |
| H & R SERVICES | 250579-00 | 11/03/03 | $709.55 | | |
| H & R SERVICES | 251961-00 | 11/10/03 | $642.84 | | |
| H & R SERVICES | 253445-00 | 11/17/03 | $726.08 | | |
| H & R SERVICES | 253862-00 | 11/20/03 | $21.75 | | |
| H & R SERVICES | 254953-00 | 11/24/03 | $593.73 | | |
| H & R SERVICES | 255061-00 | 11/24/03 | $27.76 | | |
| H & R SERVICES | 255137-00 | 11/26/03 | $61.20 | | |
| H & R SERVICES | 255141-00 | 11/26/03 | -$65.25 | $2,717.66 | |
| H & R SERVICES | 255863-00 | 12/02/03 | $547.35 | | |
| H & R SERVICES | 257298-00 | 12/08/03 | $581.35 | | |
| H & R SERVICES | 258996-00 | 12/15/03 | $694.58 | | |
| H & R SERVICES | 259877-00 | 12/18/03 | $42.48 | | |
| H & R SERVICES | 260326-00 | 12/22/03 | $571.29 | | |
| H & R SERVICES | 261065-00 | 12/31/03 | $394.00 | $2,831.05 | 8024.46 |
| H & R SERVICES | 262030-00 | 01/08/04 | $344.59 | | |
| H & R SERVICES | 263455-00 | 01/12/04 | $474.53 | | |
| H & R SERVICES | 263696-00 | 01/15/04 | $41.50 | | |
| H & R SERVICES | 264703-00 | 01/19/04 | $658.76 | | |
| H & R SERVICES | 266393-00 | 01/26/04 | $502.04 | $2,021.42 | |
| H & R SERVICES | 268015-00 | 02/02/04 | $639.85 | | |
| H & R SERVICES | 269461-00 | 02/09/04 | $437.63 | | |
| H & R SERVICES | 269644-00 | 02/10/04 | $277.60 | | |
| H & R SERVICES | 270282-00 | 02/12/04 | $103.92 | | |
| H & R SERVICES | 270824-00 | 02/16/04 | $564.91 | | |
| H & R SERVICES | 271396-00 | 02/19/04 | $51.23 | | |
| H & R SERVICES | 272289-00 | 02/23/04 | $739.80 | $2,814.94 | |
| H & R SERVICES | 273855-00 | 03/01/04 | $688.61 | | |
| H & R SERVICES | 273929-00 | 03/01/04 | $21.75 | | |
| H & R SERVICES | 275297-00 | 03/08/04 | $560.51 | | |

H_r

| | | | | | |
|---|---|---|---|---|---|
| H & R SERVICES | 275319-00 | 03/08/04 | -$9.69 | | |
| H & R SERVICES | 276723-00 | 03/15/04 | $710.36 | | |
| H & R SERVICES | 278022-00 | 03/22/04 | $710.66 | | |
| H & R SERVICES | 275297-01 | 03/25/04 | $9.53 | | |
| H & R SERVICES | 276723-01 | 03/25/04 | $9.53 | | |
| H & R SERVICES | 278022-01 | 03/25/04 | $9.53 | | |
| H & R SERVICES | 279351-00 | 03/29/04 | $684.33 | $3,395.12 | 8231,48 |
| H & R SERVICES | 280339-00 | 04/01/04 | $691.20 | | |
| H & R SERVICES | 280761-00 | 04/05/04 | $833.80 | | |
| H & R SERVICES | 280986-00 | 04/06/04 | $21.75 | | |
| H & R SERVICES | 281170-00 | 04/06/04 | $32.50 | | |
| H & R SERVICES | 282221-00 | 04/12/04 | $699.76 | | |
| H & R SERVICES | 282783-00 | 04/15/04 | $6.00 | | |
| H & R SERVICES | 283508-00 | 04/19/04 | $695.30 | | |
| H & R SERVICES | 283729-00 | 04/22/04 | $94.87 | | |
| H & R SERVICES | 285012-00 | 04/26/04 | $886.23 | $3,961.41 | |
| H & R SERVICES | 286650-00 | 05/03/04 | $767.97 | | |
| H & R SERVICES | 287944-00 | 05/10/04 | $748.49 | | |
| H & R SERVICES | 289417-00 | 05/17/04 | $582.63 | | |
| H & R SERVICES | 290921-00 | 05/24/04 | $736.50 | | |
| H & R SERVICES | 291205-00 | 05/25/04 | $21.75 | $2,857.34 | |
| H & R SERVICES | 292256-00 | 06/01/04 | $728.10 | | |
| H & R SERVICES | 293439-00 | 06/07/04 | $590.21 | | |
| H & R SERVICES | 294831-00 | 06/14/04 | $685.37 | | |
| H & R SERVICES | 296124-00 | 06/21/04 | $661.18 | | |
| H & R SERVICES | 297533-00 | 06/28/04 | $806.69 | $3,471.55 | 10,290.30 |
| H & R SERVICES | 298675-00 | 07/06/04 | $737.92 | | |
| H & R SERVICES | 299591-00 | 07/08/04 | $723.70 | | |
| H & R SERVICES | 300023-00 | 07/12/04 | $664.48 | | |
| H & R SERVICES | 301238-00 | 07/15/04 | -$12.11 | | |
| H & R SERVICES | 301480-00 | 07/19/04 | $726.24 | | |
| H & R SERVICES | 302859-00 | 07/26/04 | $765.15 | $3,605.38 | |
| H & R SERVICES | 304311-00 | 08/02/04 | $693.44 | | |
| H & R SERVICES | 304464-00 | 08/05/04 | $18.26 | | |
| H & R SERVICES | 305455-00 | 08/09/04 | $735.92 | | |
| H & R SERVICES | 307248-00 | 08/16/04 | $780.37 | | |
| H & R SERVICES | 308705-00 | 08/23/04 | $741.94 | | |
| H & R SERVICES | 310246-00 | 08/30/04 | $911.95 | | |
| H & R SERVICES | 310246-01 | 08/31/04 | $64.47 | $3,946.35 | |
| H & R SERVICES | 311638-00 | 09/07/04 | $729.23 | | |
| H & R SERVICES | 311638-01 | 09/07/04 | $12.11 | | |
| H & R SERVICES | 313587-00 | 09/13/04 | $708.45 | | |
| H & R SERVICES | 313587-01 | 09/16/04 | $44.00 | | |
| H & R SERVICES | 315612-00 | 09/20/04 | $656.08 | | |
| H & R SERVICES | 317263-00 | 09/27/04 | $756.04 | | |
| H & R SERVICES | 317605-00 | 09/30/04 | $22.00 | $2,927.91 | 10,479.64 |
| H & R SERVICES | 319200-00 | 10/04/04 | $888.93 | | |
| H & R SERVICES | 319439-00 | 10/05/04 | $23.11 | | |
| H & R SERVICES | 320464-00 | 10/11/04 | $868.58 | | |
| H & R SERVICES | 322761-00 | 10/18/04 | $806.70 | | |
| H & R SERVICES | 324386-00 | 10/25/04 | $846.35 | $3,433.67 | |
| H & R SERVICES | 326116-00 | 11/01/04 | $541.52 | | |

H_r

| | | | | |
|---|---|---|---|---|
| H & R SERVICES | 326116-01 | 11/04/04 | $298.80 | |
| H & R SERVICES | 327335-00 | 11/04/04 | $83.29 | |
| H & R SERVICES | 328056-00 | 11/08/04 | $862.28 | |
| H & R SERVICES | 329104-00 | 11/15/04 | $588.67 | |
| H & R SERVICES | 329104-01 | 11/15/04 | $73.71 | |
| H & R SERVICES | 330215-00 | 11/16/04 | $125.46 | |
| H & R SERVICES | 331201-00 | 11/22/04 | $761.03 | |
| H & R SERVICES | 331201-01 | 11/24/04 | $42.33 | |
| H & R SERVICES | 332193-00 | 11/29/04 | $753.02 | $4,130.11 |
| H & R SERVICES | 334026-00 | 12/06/04 | $727.06 | |
| H & R SERVICES | 335692-00 | 12/13/04 | $786.83 | |
| H & R SERVICES | 337125-00 | 12/28/04 | $611.63 | |
| H & R SERVICES | 338892-00 | 12/30/04 | $149.40 | |
| H & R SERVICES | 338912-00 | 12/30/04 | $209.62 | |
| H & R SERVICES | 338991-00 | 12/30/04 | $23.65 | $2,508.19 10,071.97 |
| H & R SERVICES | 340600-00 | 01/10/05 | $765.70 | |
| H & R SERVICES | 342017-00 | 01/17/05 | $832.55 | |
| H & R SERVICES | 344063-00 | 01/24/05 | $774.04 | |
| H & R SERVICES | 345834-00 | 01/31/05 | $859.34 | $3,231.63 |
| H & R SERVICES | 346507-00 | 02/03/05 | $0.00 | |
| H & R SERVICES | 347339-00 | 02/07/05 | $926.99 | |
| H & R SERVICES | 348951-00 | 02/14/05 | $896.95 | |

H & R Services, Inc.
P.O. Box 175
Owens Crossroads, Al 35763

INVOICE FOR SERVICES

| | 2002 | | 2003 | | 2004 |
|---|---|---|---|---|---|
| JAN. | 17710.14 | JAN. | 19347.92 | JAN. | 21300.32 |
| FEB. | 17914.61 | FEB. | 19347.92 | FEB. | 21013.39 |
| MAR. | 17689.06 | MAR. | 19387.30 | MAR. | 21013.39 |
| APR. | 17674.62 | APR. | 19258.50 | APR. | 21013.39 |
| MAY | 17674.62 | MAY | 19345.00 | MAY | 21013.39 |
| JUN. | 17998.08 | JUN. | 19455.59 | JUN. | 21013.39 |
| JUL. | 17803.27 | JUL. | 20052.11 | JUL. | 21013.39 |
| AUG. | 18364.46 | AUG. | 20052.11 | AUG. | 21013.39 |
| SEPT. | 19156.84 | SEPT. | 9545.81 | SEPT. | 21013.39 |
| OCT. | 19156.84 | OCT. | 21020.82 | OCT. | 21084.79 |
| NOV. | 19156.84 | NOV. | 21020.82 | NOV. | 21084.79 |
| DEC. | 19238.81 | DEC. | 21048.09 | DEC. | 21300.32 |
| TOTAL | 219,538.19 | | 228,881.99 | | 252,877.34 |

H & R SERVICES
1428 Weatherly Rd.
Huntsville, AL. 35815

INVOICE FOR SERVICES

| | 2002 | | 2003 | | 2004 |
|---|---|---|---|---|---|
| JAN, | 17710.14 | JAN. | 19347.92 | JAN. | 21300.32 |
| FEB. | 17914.61 | FEB. | 19347.92 | FEB. | 21013.39 |
| MAR. | 17689.06 | MAR. | 19387.3 | MAR. | 21013.39 |
| APR. | 17674.62 | APR. | 19258.5 | APR. | 21013.39 |
| MAY. | 17674.62 | MAY. | 19345 | MAY. | 21013.39 |
| JUN. | 17998.08 | JUN. | 19455.59 | JUN. | 21013.39 |
| JUL. | 17803.27 | JUL. | 20052.11 | JUL. | 21013.39 |
| AUG. | 18364.46 | AUG. | 20052.11 | AUG. | 21013.39 |
| SEPT. | 19156.84 | SEPT. | 19545.81 | SEPT. | 21013.39 |
| OCT. | 19156.84 | OCT. | 21020.82 | OCT. | 21084.79 |
| NOV. | 19156.84 | NOV. | 21020.82 | NOV. | 21084.79 |
| DEC. | 19238.81 | DEC. | 21048.09 | DEC. | 21300.32 |

2001

| | |
|---|---|
| OCT. | 17710.14 |
| NOV. | 17710.14 |
| DEC. | 17709.94 |

H & R S ervices

8 NOVEMBER 2004

Re: Per Request

| | | |
|---|---|---|
| # | 455 | Daily & Weekend Work. |
| # | 700 | North & South Classes during the week & weekends. |
| # | 811 | AIT Marines. |
| # | 1651 | Red Cross 24 hrs. duty 7 days a week. |
| # | 2769 | Reserve.s |
| # | 2770 | Reserve & Drill daily & on weekends. |
| # | 2771 | Reserves & Drill. |
| # | 2855 | Reserves & Drill. |
| # | 2868 | CID 24 hrs. duty. |
| # | 2869 | CID 24 hrs. duty. |
| # | 2872 | Reserves Drill. |
| # | 2873 | Reserves Drill & weekends. |
| # | 2934 | Training Police Sec. Personnel. |
| # | 3040 | 5 Days a wk. & weekends Classes Civ. & Military. |
| # | 3161 | Ft. Sill in & out processing. |
| # | 3162 | Ft. Sill in & out processing. |
| # | 3164 | Ft. Sill in & out processing. |
| # | 3281 | Classes 5 days a wk. & 5;30pm-9pm 5 days a wk. & On Sat. |
| # | 4700 | Increased personnel plus work on weekends. |
| # | 4915 | Army Reserves increase training daily & on weekends. |
| # | 4922 | Army Reserves training daily. |
| # | 5030 | Ft. Sill in & out processing. |

DEPARTMENT OF THE ARMY
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

April 27, 2005

Directorate of Contracting

H & R Services Inc.
Roger Hall
P.O. Box 175
Owens Crossroads, Al 35763

Subject: Contract DABT39-00-C-4032, Response to Request for Claim

I have reviewed the subject request submitted by Mr. Monroe on 14 APR 05. Your claim is denied for the following reasons:

1. The Government has compensated increased square footage requirements through the life of this contract. The government has also provided labor rate increases IAW the Service Contract Act Wage Determinations of the Secretary of Labor.

2. This is a Firm Fixed Price Contract which was solicited as an IFB award. The government accepted your proposal based on the Square Foot Price = Unit Price(s) you proposed (Square Foot Price X Estimated Square Footage). You agreed to these terms and conditions by accepting the award and exercised options.

3. Your letter and documents do not support an increase of services that correlate to an increase of requirements at Fort Sill, but are a listing of supplies. Furthermore, you state in Tab 3 that the supplies you have listed were delivered to Fort Sill. The Packing/Delivery/Invoice Slips you provided show the delivery of your company's supplies wer^t ^o H. & R. Services, 1920 Ferris Ste.. 2. Lawton, Oklahoma 73501. Please referenc contractor will provide, contract.

4. In paragraph clarify who Ms. Moody reference.

5. Please refer and Conditions – Comı **52.233-1 which expla the submission and c**

7002 2030 0005 9840 8006

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0419 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KV6869 |
| Total Postage & Fees | $ 4.42 | 04/27/05 |

Sent To H & R Services Inc.
Street, Apt. No.; or PO Box No. PO Box 175
City, State, ZIP+4 Owens Crossroads, AL 35763
PS Form 3800, June 2002 See Reverse for Instructions

Total Cost: 4.42
Base Rate: 0.37
SERVICES
Certified Mail 2.30
70022030000598408006
Rtn Recpt (Green Card) 1.75
Subtotal 0.00
Total 0.00
Number of Items Sold: 1
Thank You
Please come again!

EXHIBIT
8
PENGAD 800-631-6989

If you have any questions regarding this letter please call me at 580-442-6222, or Contract Specialist Shari Greggs 580-442-3906.

Annette Arkeketa-Rendon

Annette Arkeketa-Rendon
Contracting Officer

**Arkeketa-Rendon, Annette Ms**

**ʌ:** Arkeketa-Rendon, Annette Ms
**Sent:** Wednesday, April 27, 2005 10:56 AM
**To:** 'Roger Hall'
**Cc:** Greggs, Shari L Ms; Alford, Joe E Mr
**Subject:** Request for Claim Response
**Signed By:** annette.arkeketarendon@us.army.mil

Please see attached.

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Em^il· annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

4-27-05
Roger Hall called and couldn't open the attachment on his Email.

**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

April 27, 2005

Directorate of Contracting

H & R Services Inc.
Roger Hall
P.O. Box 175
Owens Crossroads, Al 35763

Subject: Contract DABT39-00-C-4032, Response to Request for Claim submitted 14 April 2005

Mr. Hall,

I have reviewed the subject request submitted by Mr. Monroe on 14 APR 05. Your claim is denied for the following reasons:

1. The Government has compensated increased square footage requirements through the life of this contract. The government has also provided labor rate increases IAW the Service Contract Act Wage Determinations of the Secretary of Labor.

2. This is a Firm Fixed Price Contract which was solicited as an IFB award. The government accepted your proposal based on the Square Foot Price = Unit Price(s) you proposed (Square Foot Price X Estimated Square Footage). You agreed to these terms and conditions by accepting the award and exercised options.

3. Your letter and documents do not support an increase of services that correlate to an increase of requirements at Fort Sill, but are a listing of supplies. Furthermore, you state in Tab 3 that the supplies you have listed were delivered to Fort Sill. The Packing/Delivery/Invoice Slips you provided show the delivery of your company's supplies went to H. & R. Services, 1920 Ferris Ste., 2, Lawton, Oklahoma 73501. Please reference the Statement of Work Paragraph (1), which states what the contractor will provide, which includes supplies, to meet the terms and conditions of this contract.

4. In paragraph two of your subject letter, you reference "Ms. Moody." Please clarify who Ms. Moody is? I believe you have made an incorrect Contracting Officer reference.

5. Please reference the subject contract clause, FAR 52.212-4 Contract Terms and Conditions – Commercial Items (d) Disputes clause. **This clause references FAR 52.233-1 which explains the disputes process. The contractor must comply with the submission and certification requirements prescribed in 52.233-1.**

If you have any questions regarding this letter please call me at 580-442-6222, or Contract Specialist Shari Greggs 580-442-3906.

Annette Arkeketa-Rendon

Annette Arkeketa-Rendon
Contracting Officer

**FAX**

Date: 27 APR 05

Pages including cover: 3 including cover.

TO: Roger Hall

FAX: (256) 533-3176

FROM:

**Annette Arkeketa-Rendon**
**Contracting Officer**
**Department of the Army**
**Army Contracting Agency, Southern Region**
**Fort Sill Directorate of Contracting**
**Building 1803, P.O. Box 33501**
**Fort Sill, Oklahoma 73503-0501**

**Comm: 580-442-6222**
**Fax: 580-442-8014**
**DSN: 639**
**Email: annette.arkeketarendon@sill.army.mil**

Subject: Response to Request for Claim.

H & R Services, Inc.
P.O. Box 175
Owens Crossroads, Al 35763

June 15, 2005

Directorate of Contracting
Attn: Annette Arkeketa - Rendon
Contracting Officer

Reference: Revised Claim Submission
Contract : DABT39-00-C-4032 (custodial)

Dear Ms. Rendon,

The following is provided to be included in previous submission concerning increase in Labor / Supply Cost at Fort Sill.

Certification Statement: I certify that the claim is made in good faith, that the supporting data (originally submitted) are accurate and complete to the best of my knowledge and belief that the amount requested accurately reflects the contract adjustment for which this contractor believes the Government is Liable, I am duly authorized to certify this claim on behalf of the contractor.

Sincerely,

Roger Hall
G.M.
Phone: 256-694-9933
Fax: 256-533-3176

-5 JUL 2005 09 01

EXHIBIT
PENGAD 800-631-6989
9

It is further requested this document be added to original submission. In answer to your letter of April 27, 2005. The following issue and addressed for your review.

1. **Paragraph -2, Letter April 27, 2005**
Answer: We agreed and discussed supply usage factor with Ms. Mcadoo and L. Wheeler supplies proposed an amount discussed was determined by contracting to be adequate to support the installation, however troop levels and usage increased substantially since that date. Request to resolve and prove our position, We request your authorization to contract the Post Commanding General to established the actual increase for this period as well as the OIC of the installation supply to request under FOIA the actual increase the installation has had in all areas of support and mission.

2. **Paragraph 3, Letter Dated April 27, 2005.**
It is defined in the FAR and ruled by GAO. The Government increased the original scope of work, from the estimated amounts of both supplies and labor due to the mission increase at Fort Sill. It also allows a contractor to request an adjustment when the original usage increase in both labor/supply exceeds 10% from original estimate. Certainly you could not expect small business to support a mission increase without a monetary adjustment. I believe the increase in operation budget requirements for Fort Sill further proves our position as fact.

3. Paragraph 4, Letter April 27, 2005
Mr. Moody was mistake should have read Ms. Macadoo.

It is our position, to request information . Supplies are delivered to the Ferris Ave Office which supports only Fort Sill as required by contract, which was inspected by the Government at time of Award. All supplies with a complete audit trail directly to buildings supported by this Firm on Fort Sill is available for review by your office or audit of the supplies again at any time or at your discretion.

It again is stated we will contact the Commanding General and any other source which may help our Firm prove both the Labor & Supply Cost increase are due to the increased mission at Fort Sill.

Sincerely,

Roger Hall
G.M.

**FAX**

Date: 9 AUG 2005

Pages including cover: 2 including cover.

TO: Carl Riemer

FAX: 2-6923

FROM:

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil

Subject: CLAIM OF $165,851.24 by H & R Services.
Please see attached building list and review. Contractor requests an adjustment based on mission increase at Fort Sill for Jan – Dec 2002, Jan –Dec 2003, Jan – Dec 2004. Cited buildings in attachment increased in supply and labor and has filed a claim as stated above.

PENGAD 800-631-6989 EXHIBIT 10

H & R S ervices

8 NOVEMBER 2004

Re: Per Request

| | | |
|---|---|---|
| # | 455 | Daily & Weekend Work. |
| # | 700 | North & South Classes during the week & weekends. |
| # | 811 | AIT Marines. |
| # | 1651 | Red Cross 24 hrs. duty 7 days a week. |
| # | 2769 | Reserve.s |
| # | 2770 | Reserve & Drill daily & on weekends. |
| # | 2771 | Reserves & Drill. |
| # | 2855 | Reserves & Drill. |
| # | 2868 | CID 24 hrs. duty. |
| # | 2869 | CID 24 hrs. duty. |
| # | 2872 | Reserves Drill. |
| # | 2873 | Reserves Drill & weekends. |
| # | 2934 | Training Police Sec. Personnel. |
| # | 3040 | 5 Days a wk. & weekends Classes Civ. & Military. |
| # | 3161 | Ft. Sill in & out processing. |
| # | 3162 | Ft. Sill in & out processing. |
| # | 3164 | Ft. Sill in & out processing. |
| # | 3281 | Classes 5 days a wk. & 5;30pm-9pm 5 days a wk. & On Sat. |
| # | 4700 | Increased personnel plus work on weekends. |
| # | 4915 | Army Reserves increase training daily & on weekends. |
| # | 4922 | Army Reserves training daily. |
| # | 5030 | Ft. Sill in & out processing. |



FROM : JR SERVICES FAX NO. : 5803516805 Mar. 16 2005 04:40PM P2

## Arkeketa-Rendon, Annette Ms

**From:** Riemer, Carl L Mr

**Sent:** Wednesday, August 10, 2005 7:10 AM

**To:** Arkeketa-Rendon, Annette Ms

**Subject:** fax sent

The list of buildings that you sent for review are admin buildings and the work in these buildings have not changed without compensating the Contractor from the time the contract started in 2000. Also, you may want to go back and take a look at all of the buildings / square footage that have been deleted from the contract. I'll go thru the list and tell you what I know about each building....

B. 455 daily & weekend work, Post HQ; admin, this building has always been like this, no increase of service required by the Contractor.
B. 700 classroom; this building has always been like this, no increase of service required by the Contractor.
B. 811 FAS-Marines Detachment; admin, this building has always been like this, no increase of service required by the Contractor.
B. 1651 Red Cross 24 hrs. 7 days a week; this building has always been like this, no increase of service.
B. 2769 Reserves; was in contract but changed occupancy, no increase of service required by the Contractor.
B. 2770 Reserves; was in contract but changed occupancy, no increase of service required by the Contractor.
B. 2771 Reserves; was in contract but changed occupancy, no increase of service required by the Contractor.
B. 2855 Reserves; added to the contract on 14 May '03. Contractor has been compensated for additional work. (P00013)
B. 2868 CID; moved from 2874 to 2868 on 1 April '03. no increase of service required by the Contractor.
B. 2869 CID; moved from 2875 to 2869 on 1 April '03. no increase of service required by the Contractor.
B. 2872 Reserves; added to contract on 30 Nov. '04, the Contractor has been compensated. (P00019)
B. 2873 Reserves; added to contract on 30 Nov. '04, the Contractor has been compensated. (P00019)
B. 2934 DEQ, CEIHOT, admin and classrooms / on 30 Nov. '04 the Chaplin took over the building and now has less traffic than it did when DEQ was in charge.
B. 3040 Battle Lab, I-See-O Hall; added to contract on 30 Nov. '04, the Contractor has been compensated. (P00019)
B. 3161 AG; added to contract on 30 Nov. '04, the Contractor has been compensated. (P00019)
B. 3162 AG; added to contract on 30 Nov. '04, the Contractor has been compensated. (P00019)
B. 3164 AG; added to contract on 30 Nov. '04, the Contractor has been compensated. (P00019)
B. 3281 classroom; this building has always been like this, no increase of service required by the Contractor.
B. 4700 DFAS; additional work was added to contract on 15 May '01, the Contractor has been compensated. (P00003)
B. 4915 DPTM, 82nd Medivac; this building has always been like this, no increase of service required by the Contractor.
B. 4922 1475th Logistic Support Battalion; this building has always been like this, no increase of service required by the Contractor.
B. 5030 US Army Readiness Gp; this building has always been like this, no increase of service required by the Contractor.

I hope this will help you........

> -----Original Message-----
> **From:** Arkeketa-Rendon, Annette Ms
> **Sent:** Tuesday, August 09, 2005 2:07 PM
> **To:** Riemer, Carl L Mr
> **Subject:** fax sent

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

file cy

**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

August 11, 2005

H & R Services Inc.
Roger Hall
P.O. Box 175
Owens Crossroads, Al 35763

Subject: Contract DABT39-00-C-4032, Final Decision to Contractor Certified-Claim submitted 5 JUL 2005

... Hall

... submitted by Mr. Monroe on 5 JUL 2005. ... the amount of $165,851.24. My decision as ... s claim for the following reasons:

... mpensated increased requirements through ... e, your claim includes labor rate increases ... d by the government IAW the Service Contract ... review the subject contract and modifications, ... uitable adjustments when performance ... ecreased.

... ce Contract which was solicited as an IFB ... ed your proposal based on the Square Foot Price ... quare Foot Price X Estimated Square Footage). ... conditions by accepting the award and exercised ... ervices provided pricing and equitable ... ract modifications of requirement increases.

... nitted documents that do not correlate to any ... & R Services claim. Also, references in your claim ... rs have not been specified.

... n of Information Act (FOIA) information. Please ... id Crutcher, (580) 442-3907 or e-mail david

... authorization to contact the Post Commanding ... ual increases at the installation; once again, I ... contract and modifications. Increase and decrease

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
H & R SERVICES INC.
ATTN: ROGER HALL
PO BOX 175
OWENS CROSSROADS, AL 35763

2. Article Number (Transfer from service label) 7003

AA/SG

PS Form 3811, August 2001 Domestic Re...

7003 2260 000... 5401 6708

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

AA/SG

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

UNIT ID: 0419
Postmark Here
Clerk: KJHCK9
08/15/05

Sent To H & R SERVICES INC.
Street, Apt. No.; or PO Box No. ATTN: ROGER HALL PO BOX 175
City, State, ZIP+4 OWENS CROSSROADS, AL 357...

See Reverse for Instructions

EXHIBIT 11
PENGAD 800-631-6989

7003 2260 0007 5401 6708

file cy

**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

August 11, 2005

H & R Services Inc.
Roger Hall
P.O. Box 175
Owens Crossroads, Al 35763

Subject: Contract DABT39-00-C-4032, Final Decision to Contractor Certified-Claim submitted 5 JUL 2005

Mr. Hall,

I have reviewed the subject request submitted by Mr. Monroe on 5 JUL 2005. H & R services submitted a claim in the amount of $165,851.24. My decision as the Contracting Officer is to deny this claim for the following reasons:

1. The Government has compensated increased requirements through the life of this contract. Furthermore, your claim includes labor rate increases which you have been compensated by the government IAW the Service Contract Act Wage Determinations. Please review the subject contract and modifications, which provide information and equitable adjustments when performance requirements have increased or decreased.

2. This is a Firm Fixed Price Contract which was solicited as an IFB award. The government accepted your proposal based on the Square Foot Price = Unit Price(s) you proposed (Square Foot Price X Estimated Square Footage). You agreed to these terms and conditions by accepting the award and exercised options. Furthermore, H & R Services provided pricing and equitable adjustments in the subject contract modifications of requirement increases.

3. H & R Services submitted documents that do not correlate to any specific increase supporting H & R Services claim. Also, references in your claim to FAR and GAO case numbers have not been specified.

You have requested Freedom of Information Act (FOIA) information. Please submit FOIA requests to David Crutcher, (580) 442-3907 or e-mail david crutcher@us.army.mil.

You have also requested my authorization to contact the Post Commanding General for information of actual increases at the installation; once again, I request you review the basic contract and modifications. Increase and decrease



7003 2260 0007 5401 6708

equitable adjustments have been met IAW the terms and conditions of this contract.

IAW FAR 33.211(a)(4) and 41 USC 605, this is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of 100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

If you have any questions regarding this letter please call me at 580-442-6222, or Contract Specialist Shari Greggs 580-442-3906.

Annette Arkeketa-Rendon

Annette Arkeketa-Rendon
Contracting Officer

MORICOLI, HARRIS & COTTINGHAM
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
TWO LEADERSHIP SQUARE
211 N. ROBINSON, SUITE 1200
OKLAHOMA CITY, OKLAHOMA 73102-7114
TELEPHONE (405) 235-3357 • FAX (405) 232-6515
E-Mail: mhcok@mhcok.com

JOHN C. MORICOLI, JR.
MICHAEL G. HARRIS *
DALE E. COTTINGHAM
BRIAN R. MATULA
PHILIP A. SCHOVANEC
WILLIAM H. HICKMAN
CARON C. LOFFLAND
JEREMY R. FITZPATRICK

*Also admitted in California

WRITER'S E-MAIL ADDRESS
whickman@mhcok.com

15 MAR 2006 13 58

March 14, 2006

Ms. Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
ACA, Fort Sill
Directorate of Contracting
P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

RE: H & R Services, Inc. - Contractor
Contract: DABT39-00-C-4032
Request for Equitable Adjustment

Dear Ms. Arkeketa-Rendon:

I represent H & R Services, Inc. concerning the referenced contract. My client has previously requested an equitable adjustment pursuant to the changes clause in the subject contract. This equitable adjustment was for $165,851.24 for the period of time from January 2002 through December 2004. On August 11, 2005, you issued your final decision denying this claim.

I hereby request an equitable adjustment on the subject contract for the period of time from January 2005 through September 2005. The requested adjustment is for additional building, labor and supply requirements, which were incurred by my client during the year 2005. As a result of the increased population at Fort Sill and the resultant increase in use of the subject facilities, my client has suffered a loss in the amount of $37,359.76 for the months of January 2005 through September 2005.

EXHIBIT 12
PENGAD 800-631-6989

15 MAR 2006 13 58

March 14, 2006
Page 2

The following is a summary of the loss incurred by my client:

**Revised Cost Summary:**
**Jan. - Sep. 2005**

| | Labor | Bldg. | Supplies | TOTAL |
|---|---|---|---|---|
| **Actual Costs** | $206,572.18 | $5,400.00 | $48,500.00 | $ 260,472.18 |
| **Paid Invoices** | | | | <$222,912.42> |
| **Actual Loss** | | | | **$ 37,359.76** |

The additional buildings, labor and supplies required of my client were a direct result of the increased usage of the facilities at Fort Sill in connection with the Iraq War effort, which were not contemplated at the time of contracting. Therefore, my client respectfully requests that it be reimbursed for the additional costs incurred in connection with the contract.

Please do not hesitate to contact me with any questions or requests for additional information. I look forward to a favorable response.

Very truly yours,

William H. Hickman

WHH/jrf

whh\1359-H&R\Arkeketa-Rendon-contractingofficer-ltr-1

MORICOLI, HARRIS & COTTINGHAM

15 MAR 2006 13 58

March 14, 2006
Page 2

The following is a summary of the loss incurred by my client:

**Revised Cost Summary:**
**Jan. - Sep. 2005**

| | Labor | Bldg. | Supplies | TOTAL |
|---|---|---|---|---|
| **Actual Costs** | $206,572.18 | $5,400.00 | $48,500.00 | $ 260,472.18 |
| **Paid Invoices** | | | | <$222,912.42> |
| **Actual Loss** | | | | **$ 37,359.76** |

$37,559.76? my note

The additional buildings, labor and supplies required of my client were a direct result of the increased usage of the facilities at Fort Sill in connection with the Iraq War effort, which were not contemplated at the time of contracting. Therefore, my client respectfully requests that it be reimbursed for the additional costs incurred in connection with the contract.

Please do not hesitate to contact me with any questions or requests for additional information. I look forward to a favorable response.

Very truly yours,

William H. Hickman

WHH/jrf

whh\1359-H&R\Arkeketa-Rendon-contractingofficer-ltr-1

**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

28 MAR 2006

William H. Hickman
Maricoli, Harris & Cottingham
Attorneys at Law
Two Leadership Square
211 N. Robinson, Suite 1200
Oklahoma City, Oklahoma 73102-7114

Subject: Contract [redacted] ... stment letter dated 14

7003 2260 0007 5479 5825

or on the front if space permits.

1. Article Addressed to:
William H. Hickman
Maricoli, Harris, + Cottingham
Attorneys at Law
Two Leadership Square
211 N. Robinson, Suite 1200
Oklahoma City, OK. 73102-7114

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Kelly Ellison ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kelly Ellison
C. Date of Delivery 3-30-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

SM

2. Article Number
(Tran...

PS For...

2595-02-M-1540

... n the amount of ... d does not provide the ... uation of your request

... B award. The ... Square Foot Price = ... Footage). H & R ... vard, exercised ... are foot requirement ... by the contract.

... quirements through ... te increases IAW the ... r. Please review ... d equitable ... requirements have increased or decreased.

2. I cannot evaluate H & R's claim for the reasons provided. Please provide the building ... hat H & R Services is seeking reimbursement for. I will ... weeks (NLT 12 APR 2006) to allow you time to respond ... stions, please call me at 580-442-6222.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provid...
For delivery information visit our website at www.usps.com®

OFFICIAL USE
OKLAHOMA CITY OK 73102

| | | |
|---|---|---|
| Postage | $ 0.39 | UNIT ID: 0419 |
| Certified Fee | 2.40 | |
| Return Reciept Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: TYFKKB |
| To... e & Fees | $ 4.64 | 03/29/06 |

Sent To William Hickman SM
Street, Apt. No.; or PO Box No. 211 N. Robinson, Suite 1200
City, State, ZIP+4 Oklahoma City, OK. 73102-7114

PS Form 3800, June 2002

Annette Arkeketa-Rendon
Contracting Officer

EXHIBIT 13
PENGAD 800-631-6989

**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

28 MAR 2006

William H. Hickman
Maricoli, Harris & Cottingham
Attorneys at Law
Two Leadership Square
211 N. Robinson, Suite 1200
Oklahoma City, Oklahoma 73102-7114

Subject: Contract DABT39-00-C-4032, Request for Equitable adjustment letter dated 14 MAR 2006.

Mr. Hickman,

I have reviewed the subject request for an equitable adjustment, in the amount of $37,359.76, received 15 MAR 2006. The information you provided does not provide the government with enough information to provide an adequate evaluation of your request for the following reasons:

1. This is a Firm Fixed Price Contract which was solicited as an IFB award. The government accepted H & R Services Inc's proposal based on the Square Foot Price = Unit Price(s) as proposed (Square Foot Price X Estimated Square Footage). H & R Services agreed to these terms and conditions by accepting the award, exercised options, and modifications for subsequent increase/decreased square foot requirement changes. H & R's pricing includes supplies and labor, as required by the contract.

2. The Government has compensated increased square footage requirements through the life of this contract. The government has also provided labor rate increases IAW the Service Contract Act Wage Determinations of the Secretary of Labor. Please review your contract and modifications, which provide information and equitable adjustments when performance requirements have increased or decreased.

3. I cannot evaluate H & R's claim for the reasons provided. Please provide the building numbers and supply usage that H & R Services is seeking reimbursement for. I will withhold a final decision for two weeks (NLT 12 APR 2006) to allow you time to respond to this reply. If you have any questions, please call me at 580-442-6222.

Annette Arkeketa-Rendon

Annette Arkeketa-Rendon
Contracting Officer

**Arkeketa-Rendon, Annette Ms**

---

**From:** Arkeketa-Rendon, Annette Ms
**Sent:** Tuesday, March 28, 2006 4:00 PM
**To:** 'William H. Hickman'
**Cc:** Murphree, Stephanie C Ms
**Signed By:** annette.arkeketarendon@us.army.mil

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

28MAR2006 PDF ltr. Reply attached w/ this Email.

aar.

**MORICOLI, HARRIS & COTTINGHAM**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
TWO LEADERSHIP SQUARE
211 N. ROBINSON, SUITE 1200
OKLAHOMA CITY, OKLAHOMA 73102-7114
TELEPHONE (405) 235-3357 • FAX (405) 232-6515
E-Mail: mhcok@mhcok.com

JOHN C. MORICOLI, JR.
MICHAEL G. HARRIS *
DALE E. COTTINGHAM
BRIAN R. MATULA
PHILIP A. SCHOVANEC
WILLIAM H. HICKMAN
CARON C. LOFFLAND
JEREMY R. FITZPATRICK

*Also admitted in California

WRITER'S E-MAIL ADDRESS
whickman@mhcok.com

May 12, 2006

Ms. Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
ACA, Fort Sill
Directorate of Contracting
P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

16 MAY 2006 14

RE: H & R Services, Inc. - Contractor
Contract: DABT39-00-C-4032
Request for Equitable Adjustment

Dear Ms. Arkeketa-Rendon:

Enclosed are additional documents concerning H & R Services, Inc.'s request for equitable adjustment in the amount of $37,359.76 for the months of January 2005 through September 2005.

Please do not hesitate to contact me with any questions or requests for additional information. I look forward to a favorable response.

Very truly yours,

William H. Hickman

WHH/jrf

EXHIBIT 14
PENGAD 800-631-6989

From: Empire Paper Co. To: AMANDA Page: 2/40 Date: 4/12/2006 10:25:44 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE R TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 340600-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 01/10/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 2 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | 24.57 | 49.14 | Y |
| | 9 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 20.91 | 188.19 | Y |
| | 9 CS | 4 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 20.83 | 187.47 | Y |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | 27.90 | 27.90 | Y |
| | 1 CS | 6 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 14.20 | 14.20 | Y |

NOTE: THANK YOU

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 765.70 |
| FUEL SURCHARGE : | | 2.00 |
| 4.500 % Sales Tax on | 765.70 | 34.46 |
| .500 % Sales Tax on | 765.70 | 3.83 |
| 3.250 % Sales Tax on | 765.70 | 24.89 |
| TOTAL : | | 830.88 |

TOTAL WEIGHT: 726.660 LBS TOTAL CUBIC VOLUME: 66.700

Paid by cash wired.

* * * END OF INVOICE * * *

From: Empire Paper Co To: AMANDA Page: 2/15 Date: 4/10/2006 8:38:52 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE ( TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 342017-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 01/17/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 9 CS | 2 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 20.83 | 187.47 | Y |
| | 9 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 20.91 | 188.19 | Y |
| | 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 24.57 | 73.71 | Y |
| | 1 CS | 5 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 21.59 | 21.59 | Y |
| | 1 CS | 6 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | 27.90 | 27.90 | Y |
| | 1 CS | 7 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 14.20 | 14.20 | Y |
| | CS | 8 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | 20.69 | 20.69 | Y |

```
III N   N V   V   OOO   III   CCCC  EEEEE
 I  NN  N V   V  O   O   I   C      E
 I  N N N V   V  O   O   I   C      EEE
 I  N  NN  V V   O   O   I   C      E
III N   N   V     OOO   III   CCCC  EEEEE
```

SUB-TOTAL : 832.55

FUEL SURCHARGE : 2.00

| | | |
|---|---|---|
| 4.500 % Sales Tax on | 832.55 | 37.46 |
| .500 % Sales Tax on | 832.55 | 4.16 |
| 3.250 % Sales Tax on | 832.55 | 27.06 |

TOTAL : 903.23

TOTAL WEIGHT: 783.480 LBS TOTAL CUBIC VOLUME: 69.960

* * * END OF INVOICE * * *

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE( .T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

****( **********
* INVOICE NUMBER *
* 344063-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 01/24/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 8 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | 23.00 | 184.00 | Y |
| | 3 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 3 | CS | 22.94 | 68.82 | Y |
| | 2 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | 27.11 | 54.22 | Y |
| | 2 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | 27.90 | 55.80 | Y |
| | 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | 20.69 | 20.69 | Y |
| | 1 CS | 7 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 14.20 | 14.20 | Y |
| | 1 CS | 8 | RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | 51.43 | 51.43 | Y |
| | 1 CS | 9 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | 26.08 | 26.08 | Y |

```
III N   N V   V  000  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    000  III  CCCC EEEEE
```

SUB-TOTAL : 774.04

FUEL SURCHARGE : 2.00

4.500 % Sales Tax on 774.04 34.83
.500 % Sales Tax on 774.04 3.87
3.250 % Sales Tax on 774.04 25.16

TOTAL : 839.90

TOTAL WEIGHT: 667.540 LBS TOTAL CUBIC VOLUME: 58.570

* * * END OF INVOICE * * *

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE ..T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 345834-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 01/31/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 1 CS | 3 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | 27.90 | 27.90 | Y |
| | 1 CS | 4 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 14.20 | 14.20 | Y |
| | 9 CS | 5 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 22.94 | 206.46 | Y |
| | 9 CS | 6 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 23.00 | 207.00 | Y |
| | 5 CS | 7 | MMM-20WHT | 20" WHITE POLISH PAD 5/CS | 5 | CS | 4.73 | 23.65 | Y |

```
III N   N V   V  000   III  CCCC EEEEE
 I  NN  N V   V 0   0  I   C     E
 I  N N N V   V 0   0  I   C     EEE
 I  N  NN  V V  0   0  I   C     E
III N   N   V    000   III  CCCC EEEEE
```

SUB-TOTAL : 859.34

FUEL SURCHARGE : 2.00

| | | |
|---|---|---|
| 4.500 % Sales Tax on | 859.34 | 38.67 |
| .500 % Sales Tax on | 859.34 | 4.30 |
| 3.250 % Sales Tax on | 859.34 | 27.93 |

TOTAL : 932.24

TOTAL WEIGHT: 768.760 LBS TOTAL CUBIC VOLUME: 75.790

* * * END OF INVOICE * * *