From: Empire Paper Co To: AMANDA Page: 6/40 Date: 4/1?/2006 10:25:46 AM

| | | |
|---|---|---|
| ******************<br>* CUSTOMER NUMBER *<br>* 403373 *<br>****************** | PLEASE [illegible] T TO NEW ADDRESS<br>EMPIRE PAPER CO<br>2708 CENTRAL FREEWAY EAST<br>WICHITA FALLS, TX 76301-8050 | ****[illegible] **********<br>* INVOICE NUMBER *<br>* 346507-00 *<br>****************** |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 02/03/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 CS | 1 | GPC-26008 | NATURAL ROLL TOWEL<br>NOTE: REPLACING DAMAGED CARTON | 12/350' | 1 | CS | 0.00 | 0.00 | Y |

```
III  N   N  V   V   000   III   CCCC  EEEEE
 I   NN  N  V   V  0   0   I   C      E
 I   N N N  V   V  0   0   I   C      EEE
 I   N  NN   V V   0   0   I   C      E
III  N   N    V     000   III   CCCC  EEEEE
```

SUB-TOTAL : .00

TOTAL : .00

TOTAL WEIGHT: 22.100 LBS TOTAL CUBIC VOLUME: 1.940

* * * END OF INVOICE * * * Paid by cash wired

From: Empire Paper Co. To: AMANDA Page: 5/15 Date: 4/10/2006 8:38:53 AM

```
******************          PLEASE  T TO NEW ADDRESS            ******************
* CUSTOMER NUMBER *         EMPIRE PAPER CO                     * INVOICE  NUMBER *
*     403373      *         2708 CENTRAL FREEWAY EAST           *    347339-00    *
******************          WICHITA FALLS, TX 76301-8050        ******************
```

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 02/07/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 10 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 10 | CS | 22.94 | 229.40 | Y |
| | 9 CS | 4 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 23.00 | 207.00 | Y |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | 27.90 | 27.90 | Y |
| | 1 CS | 6 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 21.59 | 21.59 | Y |
| | 1 CS | 7 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | 20.69 | 20.69 | Y |
| | CS | 8 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 14.20 | 14.20 | Y |
| | 1 CS | 9 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | 26.08 | 26.08 | Y |

```
III N   N V   V  000   III  CCCC EEEEE
 I  NN  N V   V O   O   I  C     E
 I  N N N V   V O   O   I  C     EEE
 I  N  NN  V V  O   O   I  C     E
III N   N   V    000   III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 926.99 |
| FUEL SURCHARGE : | | 2.00 |
| 4.500 % Sales Tax on | 926.99 | 41.71 |
| .500 % Sales Tax on | 926.99 | 4.63 |
| 3.250 % Sales Tax on | 926.99 | 30.13 |
| TOTAL : | | 1005.46 |

TOTAL WEIGHT: 831.080 LBS TOTAL CUBIC VOLUME: 73.690

* * * END OF INVOICE * * *

From: Empire Paper Co To: AMANDA Page: 6/15 Date: 4/10/2006 8:38:53 AM

| | | |
|---|---|---|
| ****************** <br> * CUSTOMER NUMBER * <br> * 403373 * <br> ****************** | PLEASE IT TO NEW ADDRESS <br> EMPIRE PAPER CO <br> 2708 CENTRAL FREEWAY EAST <br> WICHITA FALLS, TX 76301-8050 | **** *********** <br> * INVOICE NUMBER * <br> * 348951-00 * <br> ****************** |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 02/14/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 8 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | 23.00 | 184.00 | Y |
| | 9 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 22.94 | 206.46 | Y |
| | 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | 27.90 | 27.90 | Y |
| | 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | 20.69 | 20.69 | Y |
| | 1 CS | 7 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 14.20 | 14.20 | Y |
| | 1 CS | 8 | DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | 42.33 | 42.33 | Y |
| | 1 CS | 9 | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | 21.24 | 21.24 | Y |

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 896.95 |
| FUEL SURCHARGE : | | 2.00 |
| 4.500 % Sales Tax on | 896.95 | 40.36 |
| .500 % Sales Tax on | 896.95 | 4.48 |
| 3.250 % Sales Tax on | 896.95 | 29.15 |
| TOTAL : | | 972.94 |

TOTAL WEIGHT: 814.080 LBS TOTAL CUBIC VOLUME: 69.700

* * * END OF INVOICE * * *

From: Empire Paper Co To: AMANDA Page: 7/15 Date: 4/10/2006 8:38:54 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE [illegible]IT TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 350320-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 02/21/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 9 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 23.00 | 207.00 | Y |
| | 9 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 22.94 | 206.46 | Y |
| | 2 CS | 4 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | 30.69 | 61.38 | Y |
| | 1 CS | 5 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | 22.76 | 22.76 | Y |
| | 1 CS | 6 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 15.63 | 15.63 | Y |
| | 3 CS | 7 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |

NOTE: THANK YOU

```
III N   N V   V   OOO   III   CCCC  EEEEE
 I  NN  N V   V  O   O   I   C      E
 I  N N N  V V   O   O   I   C      EEE
 I  N  NN  V V   O   O   I   C      E
III N   N   V     OOO   III   CCCC  EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 893.36 |
| FUEL SURCHARGE : | | 2.00 |
| 4.500 % Sales Tax on | 893.36 | 40.20 |
| .500 % Sales Tax on | 893.36 | 4.47 |
| 3.250 % Sales Tax on | 893.36 | 29.03 |
| TOTAL : | | 969.06 |

TOTAL WEIGHT: 786.340 LBS TOTAL CUBIC VOLUME: 69.960

* * * END OF INVOICE * * *

From: Empire Paper Co. To: AMANDA Page: 8/15 Date: 4/10/2006 8:38:54 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE [illegible]T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 351207-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 02/24/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 1 CS | 1 | EPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | 26.08 | 26.08 | Y |
| | 1 CS | 2 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 23.24 | 23.24 | Y |

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N  V V  O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 49.32 |
| FUEL SURCHARGE : | | 2.00 |
| 4.500 % Sales Tax on | 49.32 | 2.22 |
| .500 % Sales Tax on | 49.32 | .25 |
| 3.250 % Sales Tax on | 49.32 | 1.60 |
| TOTAL : | | 55.39 |

TOTAL WEIGHT: 44.100 LBS TOTAL CUBIC VOLUME: 2.610

* * * END OF INVOICE * * *

From: Empire Paper Co. To: AMANDA Page: 9/15 Date: 4/10/2006 8:38:54 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE IT TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 352194-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 02/28/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 8 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | 23.00 | 184.00 | Y |
| | 9 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 22.94 | 206.46 | Y |
| | 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | 30.69 | 30.69 | Y |
| | 1 CS | 6 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 15.63 | 15.63 | Y |
| | 10 CS ( 10 CS) | 7 | TII-LLG200 | LG P.F. LATEX GLOVE MED 10/100 | 10 | BX | 5.23 | 52.30 | Y |

INVOICE

SUB-TOTAL : 869.21

FUEL SURCHARGE : 2.00

4.500 % Sales Tax on 869.21 39.11
.500 % Sales Tax on 869.21 4.35
3.250 % Sales Tax on 869.21 28.25

TOTAL : 942.92

TOTAL WEIGHT: 919.260 LBS TOTAL CUBIC VOLUME: 75.920

* * * END OF INVOICE * * *

From: Empire Paper Co. To: AMANDA Page: 10/15 Date: 4/10/2006 8:38:55 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE[illegible] T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 354022-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 03/07/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE | 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 2 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL | 12/350' | 2 | CS | 27.11 | 54.22 | Y |
| | 7 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL | 16/250 | 7 | CS | 23.00 | 161.00 | Y |
| | 7 CS | 4 | GPC-23504 | NATURAL SINGLEFOLD TOWEL | 16/250 | 7 | CS | 22.94 | 160.58 | Y |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER | 16MI10/25 | 1 | CS | 30.69 | 30.69 | Y |
| | 1 CS | 6 | G4L-00000001 | 24X24 CORELESS LINER | 6MIC20/50 | 1 | CS | 15.63 | 15.63 | Y |
| | 5 CS ( 5 CS) | 7 | MMM-20WHT | 20" WHITE POLISH PAD | 5/CS | 5 | EA | 4.73 | 23.65 | Y |

NOTE: THANK YOU

```
III  N   N  V   V   OOO   III   CCCC  EEEEE
 I   NN  N  V   V  O   O   I   C      E
 I   N N N  V   V  O   O   I   C      EEE
 I   N  NN   V V   O   O   I   C      E
III  N   N    V     OOO   III   CCCC  EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 694.77 |
| FUEL SURCHARGE : | | 2.00 |
| 4.500 % Sales Tax on | 694.77 | 31.26 |
| .500 % Sales Tax on | 694.77 | 3.47 |
| 3.250 % Sales Tax on | 694.77 | 22.58 |
| TOTAL : | | 754.08 |

TOTAL WEIGHT: 617.260 LBS TOTAL CUBIC VOLUME: 61.850

* * * END OF INVOICE * * *

From: Empire Paper Co To: AMANDA Page: 11/15 Date: ...0/2006 8:38:55 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEAS[illegible] ...IT TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 355814-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 03/14/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 1 CS | 3 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | 26.08 | 26.08 | Y |
| | 9 CS | 4 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 22.94 | 206.46 | Y |
| | 9 CS | 5 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 23.00 | 207.00 | Y |
| | 2 CS | 6 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | 30.69 | 61.38 | Y |
| | 1 CS | 7 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | 22.76 | 22.76 | Y |
| | 1 CS | 8 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 15.63 | 15.63 | Y |

```
III N   N V   V  000   III  CCCC EEEEE
 I  NN  N V   V O   O  I   C     E
 I  N N N V   V O   O  I   C     EEE
 I  N  NN  V V  O   O  I   C     E
III N   N   V    000  III  CCCC EEEEE
```

SUB-TOTAL : 919.44

FUEL SURCHARGE : 2.00

| | | |
|---|---|---|
| 4.500 % Sales Tax on | 919.44 | 41.37 |
| .500 % Sales Tax on | 919.44 | 4.60 |
| 3.250 % Sales Tax on | 919.44 | 29.88 |

TOTAL : 997.29

TOTAL WEIGHT: 811.540 LBS TOTAL CUBIC VOLUME: 71.910

* * * END OF INVOICE * * *

From: Empire Paper Co. To: AMANDA Page: 12/15 Date: 4/10/2006 8:38:55 AM

| | | |
|---|---|---|
| * CUSTOMER NUMBER * | PLEASE REMIT TO NEW ADDRESS | * INVOICE NUMBER * |
| * 403373 * | EMPIRE PAPER CO | * 357186-00 * |
| | 2708 CENTRAL FREEWAY EAST | |
| | WICHITA FALLS, TX 76301-8050 | |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 03/21/05 | /R SER | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 9 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 22.94 | 206.46 | Y |
| | 9 CS | 4 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 23.00 | 207.00 | Y |
| | 2 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | 30.69 | 61.38 | Y |
| | 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | 22.76 | 22.76 | Y |
| | 1 CS | 7 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 15.63 | 15.63 | Y |
| | 1 CS | 8 | G4L-00000003 | 24X33 CORELESS LINER 6MIC20/50 | 1 | CS | 24.23 | 24.23 | Y |
| | 1 CS | 9 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 23.24 | 23.24 | Y |

```
III N  N V   V  OOO  III  CCCC EEEEE
 I  NN N V   V O   O  I  C     E
 I  N N N V  V O   O  I  C     EEE
 I  N  NN  V V O   O  I  C     E
III N   N   V   OOO  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 891.03 |
| FUEL SURCHARGE : | | 2.00 |
| 4.500 % Sales Tax on | 891.03 | 40.10 |
| .500 % Sales Tax on | 891.03 | 4.46 |
| 3.250 % Sales Tax on | 891.03 | 28.96 |
| TOTAL : | | 966.55 |

TOTAL WEIGHT: 773.260 LBS TOTAL CUBIC VOLUME: 66.280

* * * END OF INVOICE * * *

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE IT TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 358583-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 03/28/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 9 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 22.94 | 206.46 | Y |
| | 9 CS | 4 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 23.00 | 207.00 | Y |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | 30.69 | 30.69 | Y |
| | 1 CS | 6 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 15.63 | 15.63 | Y |
| | 1 CS | 7 | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | 21.24 | 21.24 | Y |
| | 1 PL | 8 | SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | 53.28 | 53.28 | Y |
| | 1 CS | 9 | RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | 51.43 | 51.43 | Y |

```
III N  N V   V  000  III  CCCC EEEEE
 I  NN N V   V O   O  I  C     E
 I  N N N V  V O   O  I  C     EEE
 I  N  NN  V V O   O  I  C     E
III N   N   V   000  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 965.86 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 965.86 | 43.46 |
| .500 % Sales Tax on | 965.86 | 4.83 |
| 3.250 % Sales Tax on | 965.86 | 31.39 |
| TOTAL : | | 1048.04 |

TOTAL WEIGHT: 856.760 LBS TOTAL CUBIC VOLUME: 72.170

* * * END OF INVOICE * * *

| | | |
|---|---|---|
| ****************** | PLEASE [illegible]IT TO NEW ADDRESS | ****************** |
| * CUSTOMER NUMBER * | EMPIRE PAPER CO | * INVOICE NUMBER * |
| * 403373 * | 2708 CENTRAL FREEWAY EAST | * 360156-00 * |
| ****************** | WICHITA FALLS, TX 76301-8050 | ****************** |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 04/01/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 9 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | CS | 23.00 | 207.00 | Y |
| | 9 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | 22.94 | 206.46 | Y |
| | 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | 30.69 | 30.69 | Y |
| | 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | 22.76 | 22.76 | Y |
| | 1 CS | 7 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | 37.60 | 37.60 | Y |
| | 1 CS | 8 | DIA-9800 | 2.50Z DEOD SOAP UNWRAP 1/200 | 1 | CS | 42.33 | 42.33 | Y |
| | 10 CS ( 10 CS) | 9 | TII-LLG200 | LG P.F. LATEX GLOVE MED 10/100 | 10 | BX | 5.23 | 52.30 | Y |
| | 1 CS | 10 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | 26.08 | 26.08 | Y |

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

| | |
|---|---|
| SUB-TOTAL : | 1005.35 |
| FUEL SURCHARGE : | 2.50 |
| 4.500 % Sales Tax on 1005.35 | 45.24 |
| .500 % Sales Tax on 1005.35 | 5.03 |
| 3.250 % Sales Tax on 1005.35 | 32.67 |
| TOTAL : | 1090.79 |

TOTAL WEIGHT: 1018.780 LBS TOTAL CUBIC VOLUME: 81.250

* * * END OF INVOICE * * *

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE REMIT TO NEW ADDRESS
EI PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
.VOICE NUMBER *
* 361818-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 04/11/05 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE | 96/1000 | 6 | CS | 49.80 | 298.80 | Y |
| | 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL | 12/350' | 3 | CS | 27.11 | 81.33 | Y |
| | 6 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL | 16/250 | 6 | CS | 23.00 | 138.00 | Y |
| | 7 CS | 4 | GPC-23504 | NATURAL SINGLEFOLD TOWEL | 16/250 | 7 | CS | 22.94 | 160.58 | Y |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI | 10/25 | 1 | CS | 30.69 | 30.69 | Y |
| | 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI | 20/25 | 1 | CS | 22.76 | 22.76 | Y |
| | 1 CS | 7 | G4L-00000001 | 24X24 CORELESS LINER 6MIC | 20/50 | 1 | CS | 16.11 | 16.11 | Y |
| | 2 GL | 8 | SPA-44504 | SUPER SPRAY BUFF | 4/GL | 2 | GL | 11.45 | 22.90 | Y |
| | 5 CS ( 5 CS) | 9 | MMM-20WHT | 20" WHITE POLISH PAD | 5/CS | 5 | EA | 4.73 | 23.65 | Y |

NOTE: THANK YOU

```
III N   N V   V  000  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    000  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 794.82 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 794.82 | 35.77 |
| .500 % Sales Tax on | 794.82 | 3.97 |
| 3.250 % Sales Tax on | 794.82 | 25.83 |
| TOTAL : | | 862.89 |

TOTAL WEIGHT: 699.780 LBS TOTAL CUBIC VOLUME: 68.290

* * * END OF INVOICE * * *

From: Empire Paper Co To: AMANDA Page: 18/40 Date: 4/[illegible]2006 10:25:50 AM

| | | |
|---|---|---|
| * CUSTOMER NUMBER * 403373 | PLEASE [illegible]T TO NEW ADDRESS<br>EMPIRE PAPER CO<br>2708 CENTRAL FREEWAY EAST<br>WICHITA FALLS, TX 76301-8050 | * INVOICE NUMBER * 370118-00 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 05/17/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL DELIVERY INSTRUCTIONS: ROGER EVANS WILL DELIVER
SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 CS | 1 | SPA-7120 | GERMICIDAL BOWL CLEANER | 12/QT | 1 | CS | 21.24 | 21.24 | Y |
| | 1 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL | 12/350' | 1 | CS | 27.11 | 27.11 | Y |

```
III N   N V   V  000   III  CCCC EEEEE
 I  NN  N V   V 0   0   I  C     E
 I  N N N V   V 0   0   I  C     EEE
 I  N  NN  V V  0   0   I  C     E
III N   N   V    000   III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 48.35 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 48.35 | 2.18 |
| .500 % Sales Tax on | 48.35 | .24 |
| 3.250 % Sales Tax on | 48.35 | 1.57 |
| TOTAL : | | 54.84 |

TOTAL WEIGHT: 52.100 LBS TOTAL CUBIC VOLUME: 3.060

* * * END OF INVOICE * * *

Paid By Cash Wired

From: Empire Paper Co. To: AMANDA Page: 19/40 Date: 4/1?/2006 10:25:50 AM

```
******************                PLEASE!   T TO NEW ADDRESS              *****  **********
* CUSTOMER NUMBER *               EMPIRE PAPER CO                          * INVOICE  NUMBER *
*     403373      *               2708 CENTRAL FREEWAY EAST                *    370442-00    *
******************                WICHITA FALLS, TX 76301-8050             ******************

          SOLD TO: H & R SERVICES                  SHIP TO: H & R SERVICES INC
                   PO BOX 175                               1930 FERRIS STE 3
                   OWENS CROSSROAD, AL 35763                LAWTON, OK 73501

  SALESMAN          DATE      CUSTOMER
NUMBER  NAME      INVOICED   ORDER NUMBER   TERMS        SHIP VIA      F.O.B.
 26 EVANS         05/18/05                  COD          OUR TRUCK     CUSTOMER

SPECIAL DELIVERY INSTRUCTIONS: ROGER EVANS WILL DELIVER
SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING  INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE
```

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 1 CS | 1 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 23.24 | 23.24 | Y |

```
III  N   N  V   V   OOO   III   CCCC  EEEEE
 I   NN  N  V   V  O   O   I   C      E
 I   N N N  V   V  O   O   I   C      EEE
 I   N  NN   V V   O   O   I   C      E
III  N   N    V     OOO   III   CCCC  EEEEE
```

| | | | |
|---|---|---|---|
| SUB-TOTAL : | | | 23.24 |
| FUEL SURCHARGE : | | | 2.50 |
| 4.500 % Sales Tax on | | 23.24 | 1.05 |
| .500 % Sales Tax on | | 23.24 | .12 |
| 3.250 % Sales Tax on | | 23.24 | .76 |
| TOTAL : | | | 27.67 |

TOTAL WEIGHT: 18.900 LBS TOTAL CUBIC VOLUME: .660

* * * END OF INVOICE * * * Paid by cash wired

From: Empire Paper Co To: AMANDA Page: 20/40 Date: 4/ /2006 10:25:51 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE [illegible]IT TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

**** ***********
* INVOICE NUMBER *
* 372552-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 05/31/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL DELIVERY INSTRUCTIONS: ROGER EVANS WILL DELIVER
SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 CS | 1 | CPC-26008 | NATURAL ROLL TOWEL | 12/350' | 1 | CS | 27.11 | 27.11 | Y |
| | 1 CS | 2 | RCM-25122073 | 1/2 FOLD SEAT COVER | 20/250 | 1 | CS | 51.43 | 51.43 | Y |

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

SUB-TOTAL : 78.54

4.500 % Sales Tax on 78.54 3.53
.500 % Sales Tax on 78.54 .39
3.250 % Sales Tax on 78.54 2.55

TOTAL : 85.01

TOTAL WEIGHT: 54.100 LBS TOTAL CUBIC VOLUME: 2.940

* * * END OF INVOICE * * *

Paid by cash wired.

From: Empire Paper Co. To: AMANDA Page: 21/40 Date: 4/12/2006 10:25:51 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE [illegible] TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 374465-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 06/07/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL DELIVERY INSTRUCTIONS: ROGER EVANS WILL DELIVER
SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |

```
III N   N V   V   OOO   III   CCCC EEEEE
 I  NN  N V   V  O   O   I   C     E
 I  N N N V   V  O   O   I   C     EEE
 I  N  NN  V V   O   O   I   C     E
III N   N   V     OOO   III   CCCC EEEEE
```

SUB-TOTAL : 298.80

4.500 % Sales Tax on 298.80 13.45
.500 % Sales Tax on 298.80 1.49
3.250 % Sales Tax on 298.80 9.71

TOTAL : 323.45

TOTAL WEIGHT: 273.600 LBS TOTAL CUBIC VOLUME: 30.000

*** END OF INVOICE *** Paid by Cash Wired.

From: Empire Paper Co. To: AMANDA Page: 22/40 Date: 4/12/2006 10:25:51 AM

```
******************                PLEASE (    : TO NEW ADDRESS        *****(   *********
* CUSTOMER NUMBER *               EMPIRE PAPER CO                     * INVOICE  NUMBER *
*      403373     *               2708 CENTRAL FREEWAY EAST           *    376113-00    *
******************                WICHITA FALLS, TX 76301-8050        ******************

        SOLD TO: H & R SERVICES                   SHIP TO: H & R SERVICES INC
                 PO BOX 175                                1930 FERRIS STE 3
                 OWENS CROSSROAD, AL 35763                 LAWTON, OK 73501

 SALESMAN       DATE      CUSTOMER
NUMBER  NAME   INVOICED  ORDER NUMBER   TERMS       SHIP VIA      F.O.B.
 26 EVANS      06/13/05                 COD         OUR TRUCK     CUSTOMER

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING  INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE
```

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 23.24 | 23.24 | Y |
| | 1 CS | 3 | G4L-00000003 | 24X33 CORELESS LINER 6MIC20/50 | 1 | CS | 24.23 | 24.23 | Y |
| | 1 CS | 4 | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | 21.24 | 21.24 | Y |
| | 1 CS ( 10 BX) | 5 | SAF-81075L | LG P.F.STRETCH VINYL GL010/100 | 10 | BX | 3.92 | 39.20 | Y |

```
III  N   N  V   V   000   III   CCCC  EEEEE              SUB-TOTAL :     356.91
 I   NN  N  V   V  O   O   I   C      E
 I   N N N  V   V  O   O   I   C      EEE            FUEL SURCHARGE :       2.50
 I   N  NN   V V   O   O   I   C      E
III  N   N    V     000   III   CCCC  EEEEE
                                      4.500 % Sales Tax on    356.91        16.06
                                       .500 % Sales Tax on    356.91         1.78
                                      3.250 % Sales Tax on    356.91        11.60
                                                                    -------------
                                                             TOTAL :      388.85

TOTAL WEIGHT:     313.520  LBS     TOTAL CUBIC VOLUME:      28.640
```

*** END OF INVOICE *** Paid By Cash Wired

From: Empire Paper Co. To: AMANDA Page: 23/40 Date: 4/12/2006 10:25:52 AM

```
******************                PLEASE    T TO NEW ADDRESS          *****  *********
* CUSTOMER NUMBER *               EMPIRE PAPER CO                      * INVOICE NUMBER *
*      403373     *               2708 CENTRAL FREEWAY EAST            *   377069-00    *
******************                WICHITA FALLS, TX 76301-8050         ******************

        SOLD TO: H & R SERVICES                  SHIP TO: H & R SERVICES INC
                 PO BOX 175                               1930 FERRIS STE 3
                 OWENS CROSSROAD, AL 35763                LAWTON, OK 73501

 SALESMAN        DATE      CUSTOMER
NUMBER  NAME   INVOICED   ORDER NUMBER   TERMS        SHIP VIA       F.O.B.
 26 EVANS      06/16/05                  COD          OUR TRUCK      CUSTOMER

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING  INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE
```

| HM | QUANTITY | LN ITEM NUMBER DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|
| | 2 CS | 1 SCA-TS1636E MAIN ST 1PLY TISSUE | 96/1000 | 2 | CS | 49.80 | 99.60 | Y |

```
        III  N   N  V   V   000   III   CCCC  EEEEE                    SUB-TOTAL :     99.60
         I   NN  N  V   V  O   O   I   C      E
         I   N N N  V   V  O   O   I   C      EEE
         I   N  NN   V V   O   O   I   C      E
        III  N   N    V     000   III   CCCC  EEEEE
                                        4.500 % Sales Tax on    99.60            4.48
                                         .500 % Sales Tax on    99.60             .50
                                        3.250 % Sales Tax on    99.60            3.24
                                                                          -------------
                                                                    TOTAL :    107.82

TOTAL WEIGHT:      91.200  LBS      TOTAL CUBIC VOLUME:      10.000
```

* * * END OF INVOICE * * * Paid by Cash Wired.

From: Empire Paper Co. To: AMANDA Page: 24/40 Date: 4/12/2006 10:25:52 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE ( TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

****** *********
* INVOICE NUMBER *
* 377894-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 06/20/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE | 96/1000 | 8 | CS | 49.80 | 398.40 | Y |

```
III N   N V   V  000  III  CCCC EEEEE
 I  NN  N V   V 0   0  I  C     E
 I  N N N V   V 0   0  I  C     EEE
 I  N  NN  V V  0   0  I  C     E
III N   N   V    000  III  CCCC EEEEE
```

SUB-TOTAL : 398.40

FUEL SURCHARGE : 2.50

4.500 % Sales Tax on 398.40 17.93
.500 % Sales Tax on 398.40 1.99
3.250 % Sales Tax on 398.40 12.95

TOTAL : 433.77

TOTAL WEIGHT: 364.800 LBS TOTAL CUBIC VOLUME: 40.000

Paid by Cash Wired.

* * * END OF INVOICE * * *

From: Empire Paper Co. To: AMANDA Page: 25/40 Date: 4/12/2006 10:25:52 AM

```
******************                PLEASE R     TO NEW ADDRESS          ******  *********
* CUSTOMER NUMBER *               EMPIRE PAPER CO                      * INVOICE  NUMBER *
*      403373     *               2708 CENTRAL FREEWAY EAST            *.    379451-00    *
******************                WICHITA FALLS, TX 76301-8050         ******************
```

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 06/27/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | 49.80 | 298.80 | Y |

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 298.80 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 298.80 | 13.45 |
| .500 % Sales Tax on | 298.80 | 1.49 |
| 3.250 % Sales Tax on | 298.80 | 9.71 |
| TOTAL : | | 325.95 |

TOTAL WEIGHT: 273.600 LBS TOTAL CUBIC VOLUME: 30.000

Paid by Cash wired.

* * * END OF INVOICE * * *

From: Empire Paper Co. To: AMANDA Page: 26/40 Date: 4/12/2006 10:25:53 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE [illegible]T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 380848-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 07/05/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 4 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE .96/1000 | 4 | CS | 49.80 | 199.20 | Y |
| | 1 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 1 | CS | 27.11 | 27.11 | Y |
| | 1 CS | 3 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 23.24 | 23.24 | Y |

```
III  N   N V   V   OOO   III   CCCC  EEEEE
 I   NN  N V   V  O   O   I   C      E
 I   N N N V   V  O   O   I   C      EEE
 I   N  NN  V V   O   O   I   C      E
III  N   N   V     OOO   III   CCCC  EEEEE
```

SUB-TOTAL : 249.55

FUEL SURCHARGE : 2.50

| | | |
|---|---|---|
| 4.500 % Sales Tax on | 249.55 | 11.23 |
| .500 % Sales Tax on | 249.55 | 1.25 |
| 3.250 % Sales Tax on | 249.55 | 8.11 |

TOTAL : 272.64

TOTAL WEIGHT: 223.400 LBS TOTAL CUBIC VOLUME: 22.600

* * * END OF INVOICE * * * Paid by Cash Wired

From: Empire Paper Co. To: AMANDA Page: 27/40 Date: 4/12/2006 10:25:53 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE I TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 382418-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 07/11/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 4 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | 49.80 | 199.20 | Y |
| | 1 CS ( 4 GL) | 2 | SPA-30054 | PLUS 5 DRY FOAM SHAMPOO 4/GL | 4 | GL | 7.21 | 28.84 | Y |

III N N V V OOO III CCCC EEEEE
I NN N V V O O I C E
I N N N V V O O I C EEE
I N NN V V O O I C E
III N N V OOO III CCCC EEEEE

| | | |
|---|---|---|
| SUB-TOTAL : | | 228.04 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 228.04 | 10.26 |
| .500 % Sales Tax on | 228.04 | 1.14 |
| 3.250 % Sales Tax on | 228.04 | 7.41 |
| TOTAL : | | 249.35 |

TOTAL WEIGHT: 219.400 LBS TOTAL CUBIC VOLUME: 21.120

*** END OF INVOICE *** Paid by Cash Wired

From: Empire Paper Co. To: AMANDA Page: 28/40 Date: 4/12/2006 10:25:53 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE ? TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 383683-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 07/18/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 TII-LLG200 | LG P.F. LATEX GLOVE MED 10/100 | 1 | CS | 46.15 | 46.15 | Y |

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

SUB-TOTAL : 295.15

FUEL SURCHARGE : 2.50

| | | |
|---|---|---|
| 4.500 % Sales Tax on | 295.15 | 13.28 |
| .500 % Sales Tax on | 295.15 | 1.48 |
| 3.250 % Sales Tax on | 295.15 | 9.59 |

TOTAL : 322.00

TOTAL WEIGHT: 247.000 LBS TOTAL CUBIC VOLUME: 25.900

* * * END OF INVOICE * * * Paid by Cash Wired.

1100

From: Empire Paper Co. To: AMANDA Page: 29/40 Date: 4/12/2006 10:25:54 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE [illegible] T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 384853-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 07/25/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE | 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | | | | NOTE: THANK YOU | | | | | | |

INVOICE

SUB-TOTAL : 249.00

FUEL SURCHARGE : 2.50

4.500 % Sales Tax on 249.00 11.21
.500 % Sales Tax on 249.00 1.25
3.250 % Sales Tax on 249.00 8.09

TOTAL : 272.05

TOTAL WEIGHT: 228.000 LBS TOTAL CUBIC VOLUME: 25.000

*** END OF INVOICE *** Paid by Cash Wired.

From: Empire Paper Co. To: AMANDA Page: 30/40 Date: 4/12/2006 10:25:54 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE REMIT TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 385973-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 08/01/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | 23.18 | 23.18 | Y |

```
III N  N V  V  000  III  CCCC EEEEE
 I  NN N V  V 0   0  I  C     E
 I  N N N V  V 0   0  I  C     EEE
 I  N  NN  V V 0   0  I  C     E
III N  N   V   000  III  CCCC EEEEE
```

SUB-TOTAL : 272.18

FUEL SURCHARGE : 2.50

| | | |
|---|---|---|
| 4.500 % Sales Tax on | 272.18 | 12.25 |
| .500 % Sales Tax on | 272.18 | 1.36 |
| 3.250 % Sales Tax on | 272.18 | 8.85 |

TOTAL : 297.14

TOTAL WEIGHT: 258.000 LBS TOTAL CUBIC VOLUME: 26.120

Paid by Cash Wired

*** END OF INVOICE ***

From: Empire Paper Co. To: AMANDA Page: 31/40 Date: 4/12/2006 10:25:54 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

****** **********
* INVOICE NUMBER *
* 386986-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 08/08/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE | 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL | 12/350' | 1 | CS | 27.11 | 27.11 | Y |

```
III N   N V   V  000  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N  V V  O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    000  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 276.11 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 276.11 | 12.42 |
| .500 % Sales Tax on | 276.11 | 1.38 |
| 3.250 % Sales Tax on | 276.11 | 8.97 |
| TOTAL : | | 301.38 |

TOTAL WEIGHT: 250.100 LBS TOTAL CUBIC VOLUME: 26.940

* * * END OF INVOICE * * * Paid By Cash Wired.

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 387824-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 08/15/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | TII-LLG200 | LG P.F. LATEX GLOVE MED 10/100 | 1 | CS | 46.15 | 46.15 | Y |

```
III N   N V   V  OOO   III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N V   V O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 295.15 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 295.15 | 13.28 |
| .500 % Sales Tax on | 295.15 | 1.48 |
| 3.250 % Sales Tax on | 295.15 | 9.59 |
| TOTAL : | | 322.00 |

TOTAL WEIGHT: 247.000 LBS TOTAL CUBIC VOLUME: 25.900

*** END OF INVOICE *** Paid By Cash Wired.

1104

From: Empire Paper Co. To: AMANDA Page: 33/40 Date: 4/12/2006 10:25:55 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE! T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

****: **********
* INVOICE NUMBER *
* 389010-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 08/22/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 23.24 | 23.24 | Y |

```
III N   N V   V  OOO   III   CCCC  EEEEE
 I  NN  N V   V O   O   I   C      E
 I  N N N V   V O   O   I   C      EEE
 I  N  NN  V V  O   O   I   C      E
III N   N   V    OOO   III   CCCC  EEEEE
```

SUB-TOTAL : 272.24

FUEL SURCHARGE : 2.50

4.500 % Sales Tax on 272.24 12.25
.500 % Sales Tax on 272.24 1.36
3.250 % Sales Tax on 272.24 8.85

TOTAL : 297.20

TOTAL WEIGHT: 246.900 LBS TOTAL CUBIC VOLUME: 25.660

* * * END OF INVOICE * * * Paid By Cash Wired.

From: Empire Paper Co. To: AMANDA Page: 34/40 Date: 4/12/2006 10:25:55 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE [illegible] T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 390004-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 26 EVANS | 08/29/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | 23.18 | 23.18 | Y |
| | | | | NOTE: THANK YOU | | | | | |

```
III N   N V   V  000  III  CCCC EEEEE
 I  NN  N V   V 0   0  I  C     E
 I  N N N V   V 0   0  I  C     EEE
 I  N  NN  V V  0   0  I  C     E
III N   N   V    000  III  CCCC EEEEE
```

SUB-TOTAL : 272.18

FUEL SURCHARGE : 2.50

4.500 % Sales Tax on 272.18 12.25
.500 % Sales Tax on 272.18 1.36
3.250 % Sales Tax on 272.18 8.85

TOTAL : 297.14

TOTAL WEIGHT: 258.000 LBS TOTAL CUBIC VOLUME: 26.120

Paid By Cash Wired.

*** END OF INVOICE ***

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE ' T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* INVOICE NUMBER *
* 391456-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 40 HOWARD | 09/06/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | G4L-00000003 | 24X33 CORELESS LINER 6MIC20/50 | 1 | CS | 24.23 | 24.23 | Y |

```
III N  N V  V  000  III CCCC EEEEE
 I  NN N V  V 0   0  I  C    E
 I  N N N V  V 0   0  I  C    EEE
 I  N NN  V V  0   0  I  C    E
III N  N   V    000  III CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 273.23 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 273.23 | 12.30 |
| .500 % Sales Tax on | 273.23 | 1.37 |
| 3.250 % Sales Tax on | 273.23 | 8.88 |
| TOTAL : | | 298.28 |

TOTAL WEIGHT: 241.620 LBS TOTAL CUBIC VOLUME: 25.660

* * * END OF INVOICE * * *

Paid By Cash Wired

From: Empire Paper Co. To: AMANDA Page: 36/40 Date: 4/12/2006 10:25:56 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE ' T TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

***** **********
* INVOICE NUMBER *
* 392426-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 40 HOWARD | 09/12/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE | 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL | 12/350' | 1 | CS | 27.11 | 27.11 | Y |
| | 0 CS (B/O .25 CS) | | SPA-44504 | SUPER SPRAY BUFF | 4/GL | 0 | GL | 12.02 | 0.00 | Y |

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I  C     E
 I  N N N  V V  O   O  I  C     EEE
 I  N  NN  V V  O   O  I  C     E
III N   N   V    OOO  III  CCCC EEEEE
```

SUB-TOTAL : 276.11

FUEL SURCHARGE : 2.50

| | | |
|---|---|---|
| 4.500 % Sales Tax on | 276.11 | 12.42 |
| .500 % Sales Tax on | 276.11 | 1.38 |
| 3.250 % Sales Tax on | 276.11 | 8.97 |

TOTAL : 301.38

TOTAL WEIGHT: 250.100 LBS TOTAL CUBIC VOLUME: 26.940

Paid By Cash Wired

*** END OF INVOICE ***

From: Empire Paper Co. To: AMANDA Page: 37/40 Date: 4/12/2006 10:25:56 AM

| | | |
|---|---|---|
| ****************** | PLEASE ? TO NEW ADDRESS | ***** ********* |
| * CUSTOMER NUMBER * | EMPIRE PAPER CO | * INVOICE NUMBER * |
| * 403373 * | 2708 CENTRAL FREEWAY EAST | * 392426-01 * |
| ****************** | WICHITA FALLS, TX 76301-8050 | ****************** |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 40 HOWARD | 09/15/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 GL | 3 | SPA-44504 | SUPER SPRAY BUFF | 4/GL | 1 | GL | 12.02 | 12.02 | Y |

```
III N  N V  V  000  III  CCCC EEEEE
 I  NN N V  V 0   0  I  C     E
 I  N NN V  V 0   0  I  C     EEE
 I  N NN  V V 0   0  I  C     E
III N  N   V   000  III  CCCC EEEEE
```

SUB-TOTAL : 12.02

4.500 % Sales Tax on 12.02 .54
.500 % Sales Tax on 12.02 .06
3.250 % Sales Tax on 12.02 .39

TOTAL : 13.01

TOTAL WEIGHT: 9.250 LBS TOTAL CUBIC VOLUME: .280

Paid By Cash Wired

* * * END OF INVOICE * * *

From: Empire Paper Co. To: AMANDA Page: 38/40 Date: 4/12/2006 10:25:57 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE REL TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******* *******
* INVOICE NUMBER *
* 392947-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 40 HOWARD | 09/15/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | T X |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 CS | 1 | RCM-25122073 | 1/2 FOLD SEAT COVER | 20/250 | 1 | CS | 51.43 | 51.43 | Y |
| | 1 CS ( 4 GL) | 2 | SPA-30054 | PLUS 5 DRY FOAM SHAMPOO | 4/GL | 4 | GL | 7.57 | 30.28 | Y |

III N N V V 000 III CCCC EEEEE
I NN N V V 0 0 I C E
I N N N V V 0 0 I C EEE
I N NN V V 0 0 I C E
III N N V 000 III CCCC EEEEE

SUB-TOTAL : 81.71

FUEL SURCHARGE : 2.50

4.500 % Sales Tax on 81.71 3.68
.500 % Sales Tax on 81.71 .41
3.250 % Sales Tax on 81.71 2.66

TOTAL : 90.96

TOTAL WEIGHT: 69.000 LBS TOTAL CUBIC VOLUME: 2.120

Paid By Cash Wired.

* * * END OF INVOICE * * *

1110

From: Empire Paper Co. To: AMANDA Page: 39/40 Date: 4/12/2006 10:25:57 AM

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE RE TO NEW ADDRESS
EMPIRE PAPER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******* *******
* INVOICE NUMBER *
* 393619-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 40 HOWARD | 09/19/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |
| | 1 CS | 2 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | 23.24 | 23.24 | Y |

```
III N   N V   V  OOO  III  CCCC EEEEE
 I  NN  N V   V O   O  I   C    E
 I  N N N V   V O   O  I   C    EEE
 I  N  NN  V V  O   O  I   C    E
III N   N   V    OOO  III  CCCC EEEEE
```

| | | |
|---|---|---|
| SUB-TOTAL : | | 272.24 |
| FUEL SURCHARGE : | | 2.50 |
| 4.500 % Sales Tax on | 272.24 | 12.25 |
| .500 % Sales Tax on | 272.24 | 1.36 |
| 3.250 % Sales Tax on | 272.24 | 8.85 |
| TOTAL : | | 297.20 |

TOTAL WEIGHT: 246.900 LBS TOTAL CUBIC VOLUME: 25.660

Paid By Cash Wired

* * * END OF INVOICE * * *

******************
* CUSTOMER NUMBER *
* 403373 *
******************

PLEASE REMIT TO NEW ADDRESS
EMPI APER CO
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301-8050

******************
* CE NUMBER *
* 394702-00 *
******************

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD, AL 35763

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON, OK 73501

| SALESMAN NUMBER NAME | DATE INVOICED | CUSTOMER ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 40 HOWARD | 09/26/05 | | COD | OUR TRUCK | CUSTOMER |

SPECIAL SHIPPING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM
SPECIAL BILLING INSTRUCTIONS: DELVR BEFORE 9AM IF POSSIBLE

| HM | QUANTITY | LN | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | UM | UNIT PRICE | EXTENDED PRICE | TX |
|---|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | 49.80 | 249.00 | Y |

```
III N   N V   V   000   III   CCCC  EEEEE
 I  NN  N V   V  O   O   I   C      E
 I  N N N V   V  O   O   I   C      EEE
 I  N  NN  V V   O   O   I   C      E
III N   N   V     000   III   CCCC  EEEEE
```

SUB-TOTAL : 249.00

FUEL SURCHARGE : 2.50

4.500 % Sales Tax on 249.00 11.21
.500 % Sales Tax on 249.00 1.25
3.250 % Sales Tax on 249.00 8.09

TOTAL : 272.05

TOTAL WEIGHT: 228.000 LBS TOTAL CUBIC VOLUME: 25.000

Paid By Cash Wired,

* * * END OF INVOICE * * *

41 PM
9/08/05

# H & R Service-, Inc.
## Payroll Summary
### January 5 - 10, 2005

| | Ballou, Madlen S. | | | Brown, Charles E | | | Coward, Ansel J. | |
|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Jan 5 - 10, 05 | Hours | Rate | Jan 5 - 10, 05 | Hours | Rate |
| Employee Wages, Taxes and Adjustments | | | | | | | | |
| Gross Pay | | | | | | | | |
| Salary | | | 0.00 | | | 0.00 | | |
| Hourly Rate | 35.25 | 7.41 | 261.20 | 34 | 7.41 | 251.94 | 43.75 | 7.41 |
| H/W — 2.36 rate | | | 82.95 | | | 80.24 | | |
| Mileage Reimbursement | | | 18.90 | | | 18.90 | | |
| Total Gross Pay | | | 363.05 | | | 351.08 | | |
| Adjusted Gross Pay | | | 363.05 | | | 351.08 | | |
| Taxes Withheld | | | | | | | | |
| Federal Withholding | | | 0.00 | | | -4.00 | | |
| Medicare Employee | | | -5.26 | | | -5.09 | | |
| Social Security Employee | | | -22.51 | | | -21.77 | | |
| OK - Withholding | | | -7.00 | | | -4.00 | | |
| Total Taxes Withheld | | | -34.77 | | | -34.86 | | |
| Net Pay | | | 328.28 | | | 316.22 | | |
| Employer Taxes and Contributions | | | | | | | | |
| Federal Unemployment | | | 2.90 | | | 2.81 | | |
| Medicare Company | | | 5.26 | | | 5.09 | | |
| Social Security Company | | | 22.51 | | | 21.77 | | |
| OK - Unemployment Company | | | 9.80 | | | 9.48 | | |
| Total Employer Taxes and Contributions | | | 40.47 | | | 39.15 | | |

1113

Def. App. 576

**DEPARTMENT OF THE ARMY**
US ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

20 JUNE 2006

William H. Hickman
Maricoli, Harris & Cottingham
Attorneys at Law
Two Leadership Square
211 N. Robinson, Suite 1200
Oklahoma City, Oklahoma 73102-7114

Subject: Contract DABT39-00-C-4032, Final Decision to Contractor Claim submitted 14 MAR 2006 and 12 MAY 2006.

Mr. Hickman,

1. The documents attached to your claim received 12 MAY 2006 does not provide the information requested by the government in the letter sent to you 28 MAR 2006. The government requested building numbers and supply usage that H & R Services is seeking reimbursement in the amount of $37,359.76, submitted in your claim received 14 MAR 2006. Providing the government a stack of invoices and payroll documents, with no summarization or explanation of how the contract cost supports a request for an equitable adjustment in the amount of $37,359.76, is inadequate.

2. As stated previously in the letter sent to you on 28 MAR 2006, the subject contract is a Firm Fixed Price contract which was solicited as an Invitation for Bid (IFB). The award was made to H & R Service Inc's proposal based on the Square Foot Price = Unit Price(s) as proposed (Square Foot Price X Estimated Square Footage). The Square foot price included labor and supplies. When the contract increased or decreased, an equitable adjustment was made by modification, which paid H & R services for increases

[...] footage. These
[...]ontract.

[...]ervices request for an
[...]equest for an equitable

[...]sion of the Contracting
[...]ontract appeals. If you
[...]ceive this decision, mail
[...]ct appeals and provide a
[...] is taken. The notice
[...], and identify the contract
[...]ract appeals, you may,
[...]rocedure for claims of
[...]000 or less. Instead of

SENDER: COMPLETE THIS SECTION

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.39 | 0419 |
| Certified Fee | $2.40 | 32 |
| Return Reciept Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.64 | 06/22/2006 |

William H. Hickman
Street, Apt. No.; or PO Box No. 211 N. Robinson, Suite 1200
City, State, ZIP+4 Oklahoma City, OK 73102-7114

PS Form 3800, June 2002 See Reverse for Instructions

COMPLETE THIS SECTION ON DELIVERY

Ellison ☐ Agent ☐ Addressee
Printed Name) Ellison C. Date of Delivery 6-23-06
[...]ress different from item 1? ☐ Yes
[...]elivery address below: ☐ No

[...]ail ☐ Express Mail
☐ Return Receipt for Merchandise
[...]ail ☐ C.O.D.
[...]livery? (Extra Fee) ☐ Yes

[...]840 7573

102595-02-M-1540

1220

EXHIBIT
15

PENGAD 800-631-6989

DEPARTMENT OF THE ARMY
US ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

20 JUNE 2006

William H. Hickman
Maricoli, Harris & Cottingham
Attorneys at Law
Two Leadership Square
211 N. Robinson, Suite 1200
Oklahoma City, Oklahoma 73102-7114

Subject: Contract DABT39-00-C-4032, Final Decision to Contractor Claim submitted 14 MAR 2006 and 12 MAY 2006.

Mr. Hickman,

1. The documents attached to your claim received 12 MAY 2006 does not provide the information requested by the government in the letter sent to you 28 MAR 2006. The government requested building numbers and supply usage that H & R Services is seeking reimbursement in the amount of $37,359.76, submitted in your claim received 14 MAR 2006. Providing the government a stack of invoices and payroll documents, with no summarization or explanation of how the contract cost supports a request for an equitable adjustment in the amount of $37,359.76, is inadequate.

2. As stated previously in the letter sent to you on 28 MAR 2006, the subject contract is a Firm Fixed Price contract which was solicited as an Invitation for Bid (IFB). The award was made to H & R Service Inc's proposal based on the Square Foot Price = Unit Price(s) as proposed (Square Foot Price X Estimated Square Footage). The Square foot price included labor and supplies. When the contract increased or decreased, an equitable adjustment was made by modification, which paid H & R services for increases or decreases to the contract, based on the adjustment of square footage. These changes were agreed to by H & R Services over the life of the contract.

3. The information you have provided does not support H & R Services request for an equitable adjustment; therefore, it is my decision to deny your request for an equitable adjustment.

4. IAW FAR 33.211(a)(4) and 41 USC 605, this is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of

appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

5. If you have any questions regarding this letter please call me at at 580-442-6222, or Email annette.arkeketarendon@sill.army.mil.

Annette Arkeketa-Rendon

Annette Arkeketa-Rendon
Contracting Officer

TECHNICAL EXHIBIT 6

SUPPLY ITEMS

(1 Page)

DABT39-95-B-0026



PENGAD 800-631-6989
EXHIBIT
16

# TECHNICAL EXHIBIT 6

## SUPPLY ITEMS

SUPPLY ITEMS

Estimated monthly usage of supply items is as follows:

| | | |
|---|---|---|
| Towel, Paper; Single Fold 5-1/2" Depth | 3,622 | Pks |
| Towel, Paper; Multi-Fold 3-1/2" Depth | 565 | Pks |
| Towel, Paper; 400 Ft Roll | 200 | Rolls |
| Tissue, Toilet, Single Ply, 1000 Sht | 1,585 | Rolls |
| Bag, Plastic, 10 Gallon | 4,285 | Each |
| Bag, Plastic, 32 Gallon | 2,571 | Each |
| Soap, Liquid, Toilet | 2 | Gallons |
| Soap, Toilet, 2-oz. Cake | 5,785 | Cakes |
| Carpet Cleaner | 10 | Gallons |
| Spot Remover | 1 | Gallon |
| Floor Stripper | 10 | Gallons |
| Floor Was | 10 | Gallons |
| Floor Machine Pads | 7 | Pads |

# PURCHASE REQUEST AND COMMITMENT

For use of this form, see AR 37-1; the proponent agency is OASA(FM)

1. PURCHASE INSTRUMENT NO.

2. REQUISITION NO. W44DQ7 0068 N010

3. DATE 8 March 00

PAGE OF PAGES

4. TO: Contract Support Division

5. THRU:

6. FROM: Directorate of Public Works
Engineering Division
Fort Sill, Oklahoma 73503

It is requested that the supplies and services enumerated below or on attached list be

7. PURCHASED FOR SERVICE

8. DELIVERED TO Post Wide

9. NOT LATER THAN (Date)

The supplies and services listed below cannot be secured through normal supply channels or other Army supply sources in the immediate vicinity, and their procurement will not violate existing regulations pertaining to local purchases for stock, therefore, local procurement is necessary for the following reason: (Check appropriate box and complete item.)

10. NAME OF PERSON TO CALL FOR ADDITIONAL INFORMATION: Carl Riemer, Engineering Division

11. TELEPHONE NUMBER: (580) 442-4250

✓ 12. LOCAL PURCHASES AUTHORIZED AS THE NORMAL MEANS OF SUPPLY FOR THE FOREGOING BY: AR 420-10, 2 JUL 87

13. REQUISITIONING DISCLOSES NONAVAILABILITY OF ITEMS AND LOCAL PURCHASE IS AUTHORIZED BY

EMERGENCY SITUATION PRECLUDES USE OF REQUISITION CHANNELS FOR SECURING ITEM

| 14. ITEM | 15. DESCRIPTION OF SUPPLY OR SERVICES | 16. QUANTITY | 17. UNIT | 18. ESTIMATED UNIT PRICE a | 18. ESTIMATED TOTAL COST b |
|---|---|---|---|---|---|
| 1 | Furnish all labor and materials necessary to provide Service Contract for Custodial Services Postwide<br>01 Oct 2000 thru 30 Sep 2001.<br>Work Order Number is KK00006-0S.<br>5201<br>7349 $12mil | 1 | JOB | $300,520.00 | $300,520.00 |

## FUND CERTIFICATION

The supplies and services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been committed.

19. ACCOUNTING CLASSIFICATION AND AMOUNT
Statement is not a commitment of funds. Funds are not presently available for acquisition. No contract award will be made until appropriated funds available for contract payment. Funds are contingent upon Congress enacting appropriations. This statement is not a commitment of funds.

20. TYPED NAME AND TITLE OF CERTIFYING OFFICER: for PATRICIA L. WALLER, Chief, BMD

21. SIGNATURE: Linda R Thompson

22. DATE: 8 Mar 00

23. DISCOUNT TERMS
'00MAR09 AM 8:11 RCVD

24. PURCHASE ORDER NUMBER

25. THE FOREGOING ITEMS ARE REQUIRED NOT LATER THAN AS INDICATED ABOVE FOR THE FOLLOWING PURPOSE

26. DELIVERY REQUIREMENTS
ARE MORE THAN 7 DAYS REQUIRED TO INSPECT AND ACCEPT THE REQUESTED GOODS OR SERVICES YES ☐ NO ☐
IF YES, NUMBER OF DAYS REQUIRED

27. TYPED NAME AND GRADE OF INITIATING OFFICER: for DONALD W. PRICE, Ch, Engineering

28. SIGNATURE: [signature]

29. DATE: 8 aug 00

30. TELEPHONE NUMBER: (580) 442-5708

31. TYPED NAME AND GRADE OF SUPPLY OFFICER

32. SIGNATURE

33. DATE

34. TYPED NAME AND GRADE OF APPROVING OFFICER OR DESIGNEE: for GARY W. WRIGHT, Col, EN, Director of Public Works

35. SIGNATURE: Dennis J Hegyes

36. DATE: 9 Mar 00

EXHIBIT 17
PENGAD 800-631-6989

DA FORM 3953, MAR 91 EDITION OF AUG 76 IS OBSOLETE USAPPC V2.00

ATZR-EE

March 7, 2000

MEMORANDUM FOR Chief Contract Support Division, ATTN: Sharel McAdoo

SUBJECT: New Custodial Contract, Fort Sill, Oklahoma

1. Enclosed are (1) original, two (2) copies and one (1) 3 ½" disk of the subject solicitation for 1 October 2000 through 30 September 2005.

2. The Government estimate is enclosed. The purchase request will be sent at a later date.

3. A request for wage rates from the Department of Labor is as follows:

| | | |
|---|---|---|
| Supervisor | WS 2/2 | 2 Each |
| Work Leader | WL 2/2 | 2 Each |
| Janitor/Custodian | WG 1/2 | 15 Each |
| Typist | WG 2/2 | 1 Each |

4. Point of contact is Carl L. Riemer, Engineering Division, 442-4250.

for DONALD W. PRICE
Chief, Engineering Division

'00MAR07 PM 3:55 RCVD

SCOPE OF WORK (CONT'D)

DESCRIPTION, SPECIFICATIONS AND WORK STATEMENT

1. Scope of Work. The Contractor shall provide labor, management, supervision, personnel, tools, chemicals, equipment, materials, and supplies required to perform custodial services at Fort Sill, Oklahoma. The work shall be conducted in accordance with (IAW) the terms and conditions of this contract. The Contractor shall perform work that meets or exceeds the standards and rates of tolerance specified or included in applicable referenced documents or directives.

1.1 The Contractor shall perform related administrative services necessary to perform this contract. Examples are: quality control; maintenance of accurate and complete records and files.

1.2 Area of Responsibility. Work is to be performed at Fort Sill, Oklahoma. Facilities to be serviced consist of major headquarters, admin areas, libraries and latrines.

2. Background Information. Fort Sill, Oklahoma is the U.S. Army Field Artillery Center, located in the southwestern part of the state. The Center provides training for all branches of the Armed Forces and allies and is of high visibility.

3. Hours of Operation. Normal hours for operations shall be Monday thru Friday from 7:00 a.m. to 4:00 p.m. for day cleaning and 4:00 p.m. to 6:00 a.m. for night cleaning, excluding legal public holidays, as set forth in Title 5, United States Code (USC) 6103 (a).

3.1 Legal Public Holidays.

New Year's Day, 1 January
Martin Luther King JR's Birthday, third Monday in January
President' Day, third Monday in February
Memorial Day, last Monday in May
Independence Day, 4 July
Labor Day, first Monday in September
Columbus Day, second Monday in October
Veterans Day, 11 November
Thanksgiving Day, fourth Thursday in November
Christmas Day, 25 December

4. Installation Closures. When an unforeseen installation closure occurs on a regularly scheduled day of work, the Government will have the following options:

4.1 Reschedule the work to be performed the following workday, unless the following day is a Saturday, Sunday, or legal public holiday and routine work is not scheduled for Saturday, Sunday, or holiday.

4.2 Reschedule the work on any day as determined by the Contracting Officer.

4.3 The Contracting Officer will negotiate with the Contractor to determine those positions that are essential and work that must be performed during installation closures.

4.4 For those daily tasks that are not rescheduled, the Government will deduct the payment for the