SCOPE OF WORK (CONT'D)

service not rescheduled.

5. Personnel. The Contractor shall provide the names, addresses, and telephone numbers of the Project Manager and Alternate to the Contracting Officer 10 calendar days prior to contract start date. The Contractor shall provide notice, in writing, to the Contracting Officer 24 hours in advance of any change of Project Manager or Alternate. The Project Manager and Alternate shall be able to understand, speak, read, and write the English language.

5.1 The Contractor shall provide an on-site Project Manager or a designated representative to be physically present during the normal hours of operation to act with full authority for the Contractor. This individual shall be responsible for the supervision, overall administration, and coordination of the required services. The Project Manager shall be the point of contact with the Government and have the authority to act or make decisions for the Contractor.

5.2 An alternate shall be designated to act for the Project Manager when work is being performed at hours other than as listed above or during absences of the Project Manager, such as illness and vacation.

5.3 The Project Manager or Alternate shall return calls from the Contracting Officer within 30 minutes during normal working hours (7:00 a.m. to 4:00 p.m.). During nonworking hours (after 4:00 p.m. and on weekends and holidays), the Project Manager or Alternate shall return all calls from the Contracting Officer within 2 hours.

5.4 The Contractor shall provide personnel who are trained to perform required services as specified in this contract.

6. The Contractor shall safeguard classified supplies, material, and documents in accordance with Department of Defense (DOD) 5220.22M, Army Regulation (AR) 380-5, and United States Army Field Artillery Center and Fort Sill (USAFACFS) Supplement to AR 380-5.

6.1 Contractor personnel shall not enter any Restricted or Sensitive Area without escort by an appropriately cleared Government employee. To gain access to facilities where no representative is on hand to permit entry, the Contractor shall contact the Contracting Officer.

6.2 Contractor personnel who discover classified material in the course of their duties shall bring the material under positive control and report it immediately to their supervisor. The supervisor shall report the discovery immediately to the Contracting Officer.

7. The Contractor shall obtain vehicle registration for Contractor-owned vehicles and shall require Contractor personnel to obtain vehicle registration for privately-owned vehicles at the Law Enforcement Command, Vehicle Registration Section, Building 1670. Vehicles shall be registered within five working days after contract start date, or within 2 working days when a new employee is hired after the contract start date. The Contractor shall contact the Vehicle Registration Section to cancel registrations within two working days when an employee is no longer in the service of the Contractor and two working days prior to the completion or termination of the contract.

8. The Contractor shall prepare and submit reports and other data incidental to the performance of service as specified in Technical Exhibit (TE) 1.

9. The Contractor shall not release any news (including photographs and films, public announcements, or

SCOPE OF WORK (CONT'D)

denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program without the prior written approval of the Contracting Officer.

10. The Contractor shall submit a Management Plan to the Contracting Officer, for review and approval, 15 calendar days prior to contract start date. The Management Plan shall reflect an understanding of tasks specified in this contract and describe an approach to satisfy these requirements. The Plan shall be implemented on contract start date. Any revision to the Management Plan, after contract award, shall have the approval of the Contracting Officer. As a minimum, the Plan shall include:

10.1 A Quality Control Plan shall be established and maintained by the Contractor to assure the requirements of the contract are provided as specified. The Program shall include the following:

10.1.1 An inspection system covering the services to be performed as specified in this contract. The system shall specify areas to be inspected on either a scheduled or unscheduled basis, how often inspection will be accomplished, and the job title of the individuals who will perform the inspection.

10.1.2 A method for identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable.

10.1.3 Maintenance of a file of inspections conducted by the Contractor and the corrective action taken. The Contractor shall maintain a file of inspections or tests conducted, to include any corrective actions taken. The file shall be retained by the Contractor and made available to the Contracting Officer as required. This file shall be subject to Government review any time during performance of the contract. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract.

11. The Contractor shall appoint in writing, a Key Custodian and shall provide a copy of the appointment letter to the Contracting Officer not later than 15 calendar days prior to contract start date and within 24 hours of any change. The Key Custodian shall be responsible for issuing, controlling, safeguarding, and accounting for keys IAW AR 190-51 and USAFACFS Regulation 190-1. The Contractor shall:

11.1 Prohibit duplication of keys by anyone other than the Government. The Contractor shall also prohibit the use of Government issued keys by a person other than authorized Contractor employees.

11.2 Reimburse the Government for replacement of locks and rekeying that is required as a result of the Contractor or Contractor personnel losing keys. If a key is lost or duplicated, locks and keys for that system shall be replaced by the Contractor.

11.3 Report any occurrence of lost or stolen keys telephonically to the Contracting Officer within 30 minutes of the discovery of loss. The Contractor shall provide the Contracting Officer a written report by close of business the next day, providing all details of lost or stolen key occurrence.

11.4 Upon completion or termination of this contract, the Contractor shall tag the keys by building number and return keys to Contracting Officer.

11.5 Contractor personnel shall secure buildings before leaving by locking doors and windows or make positive determination that building officials are present and notified of their departure.

12. The first 30 calendar days of Contractor performance will constitute the phase-in period. Although the Contractor is responsible for fulfilling contractual requirements during this period, the Government recognizes

SCOPE OF WORK (CONT'D)

that performance may be below the acceptable quality (AQL) level required during sustained Contractor operations. For this reason, the Government will be evaluating performance in accordance with the relaxed AQL specified in the Performance Requirements Summary for the phase-in period. The Contractor shall provide to the Contracting Officer a phase-in plan, in writing, prior to contract start date.

13. Thirty calendar days prior to the completion of the contract, a transition period shall be made available by the Contractor at which time management personnel of the incoming work force may observe operations of the incumbent Contractor.

14. The Project Manager shall meet with the Quality Assurance Evaluator and Contracting Officer every two weeks during the first two months of the contract. Meetings will be held as often as necessary thereafter as determined by the Contracting Officer. However, a meeting will be held each time a Contract Discrepancy Report is issued. A mutual effort shall be made by the Contractor and Contracting Officer to resolve problems identified. The written minutes, prepared by the Government representative present at these meetings shall be signed by the Project Manager, Contracting Officer, and Quality Assurance Evaluator. Should the Contractor not concur with the minutes, the Contractor shall state, in writing to the Contracting Officer, within 24 hours, any areas that he/she does not concur.

15. Payments for project work will not be made until that work has been performed in accordance with contract specifications. If project work has not been started by the scheduled time, the Government reserves the right to cancel all or part of that project work prior to work start resulting in no payment due to the Contractor.

16. Access to Facilities.

16.1 The Contractor will be provided access to facilities as required to accomplish performance under this contract.

16.2 The Contractor shall not permit any person access to the facilities except those Contractor personnel engaged in the performance of work required in this contract.

17. The Contractor shall provide a Labor Report to the Contracting Officer on the first regular workday of each month. This report shall contain the total number of employees, full and part-time, the total number of hours each employee has worked, and each employee's hourly wage.

18. The Contractor shall contact the Contracting Officer each workday, Monday through Friday, by telephone, between 7:30 a.m. and 8:00 a.m. with a verbal report of the previous day's work. The report shall include, as a minimum, areas not serviced, building/room number, reason for no service or problems encountered, project work completed and any temporary changes in time schedules.

19. Local building storage areas (janitorial closets) may be provided by the occupants of buildings receiving custodial services. The Contractor shall coordinate with the building monitor for the availability and use of such space. Areas that are assigned to the Contractor shall be maintained using the same cleanliness standards as the rest of the building.

20. The Government will furnish water, electricity, sewage disposal, and natural gas during the performance of this contract. The Contractor shall make no changes to outlets in buildings listed in this contract. The Contractor and his personnel shall not utilize telephones located in buildings receiving service unless prior consent is obtained from the Contracting Officer.

SCOPE OF WORK (CONT'D)

21. The Contractor shall furnish materials, tools, chemicals, detergents, floor finishes, sealers, equipment and supplies that conform to the requirements of applicable Federal Specifications listed in this contract. Those not covered by Federal Specifications shall be approved by the Contracting Officer before use. The Contractor shall furnish an adequate supply of cleaning and polishing materials, plastic bags, tools, and any other necessary items at the work site.

22. The Contractor shall furnish materials, supplies, vehicles, and equipment which are not specified herein as Government-furnished and which are necessary to comply with the requirements of this contract. A list shall be submitted to the Contracting Officer 10 calendar days prior to contract start date detailing the equipment to be used in the performance of this contract. Revisions to the list shall be submitted to the Contracting Officer 5 calendar days prior to any changes. Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operated using existing building circuits. Vacuum cleaners shall be heavy duty commercial upright and wet/dry tank type.

22.1 The Government will not be liable for loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

23. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaced, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area specified in this contract. Materials used in the performance of this contract shall be approved by the Contracting Officer.

24. The Contractor shall furnish tools necessary to perform the work defined in this contract. As a minimum, the Contractor shall have the tools listed in TE 4.

25. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. Chemicals used in performance of tasks specified in this contract shall be approved by the Contracting Officer. The following types of cleaning chemicals with applicable specifications shall be used by the Contractor:

25.1 Natural Detergent. Federal Specification P-D-225A, Int Am-1. A synthetic neutral detergent concentrate.

25.2 Germicidal Detergent. Federal Specification O-D-1277A. A quaternary ammonium germicidal detergent concentrate.

25.3 Cleaning Compound, Toilet Bowl. Federal Specification P-C-447C. An acid type bowl cleaner.

25.4 Glass Cleaner. Federal Specification P-G-406D.

25.5 Polish, Metal. Federal Specification P-P-556D (1). A stainless steel cleaner and polish.

25.6 Metal-Linked Polymer Floor Finish. Approved brand. A metal-linker polymer floor finish, slip resistant.

25.7 Solvent Wax. Federal Specification P-W-158E. A slip resistant solvent wax.

SCOPE OF WORK (CONT'D)

25.8 Water Emulsion Concrete and Terrazzo Seal. Federal Specification P-F-430C.

25.9 Antistatic Rug Compound.

25.10 Gum Remover.

25.11 Cleaning Compound, Rug and Upholstery. Federal Specification P-C-1632B, Int Am-1. Carpet and rug shampoo.

25.11.1 Water Extraction Method, Dry Foam Method, and Spot Cleaning Solutions. Instructions provided by the manufacturer of the equipment and materials shall be followed during their use.

25.12 Spot Remover.

26. The Contractor shall furnish supplies listed at TE 6 as necessary to perform the services in this contract. Samples shall be submitted to the Contracting Officer for approval prior to contract start date and within 5 working days of a change. Materials shall meet or exceed the quality of the items indicated by the Federal Specifications listed at TE 6.

27. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

28. SPECIFIC TASKS TO BE PERFORMED:

28.1 Custodial Services: The Contractor shall provide custodial services IAW the Task and Frequency Chart listed in TE 2. Floor plans of individual buildings and areas to be serviced are provided at TE 6.

28.2 The Contractor shall furnish a work schedule to the Contracting Officer prior to contract start date that indicates the building or area, the day, time (within 30 minutes), and date of the prescribed frequency that the work shall be performed. The schedule shall be made in 3 copies on FS Form 638-R by individual buildings and by floors. An example is at TE 4. Upon approval by the Contracting Officer, 1 copy each of the schedule will be furnished to the Contractor and building monitor. Deviations from the work schedule shall be submitted to the Contracting Officer for approval as soon as possible prior to requested change. The Contracting Officer will provide approval in writing to changes in the work schedule.

28.3 The Contractor shall perform routine work at the intervals indicated in TE 2, Task and Frequency Chart. Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for the issuance of a Contract Discrepancy Report to the Contractor.

28.3.1 The Contractor shall remove waste generated between cleaning service to include emptying waste baskets, cigarette butt receptacles, and other trash containers within the area and return each to its initial location. Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of TM's, AR's, and

books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest outside trash collection point.

28.3.2 Washing of Trash Receptacles and Containers. The Contractor shall damp wipe the exterior of designer/closed system waste containers and receptacles with a neutral detergent to remove soil.

28.3.3 The Contractor shall perform floor maintenance. Chairs, trash receptacles, and movable items shall be tilted or moved to clean floor underneath. After receiving floor maintenance, the entire floor shall have uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration's. Floors, unless otherwise stated as having carpet or specified elsewhere as having a floor finish, shall have a uniform coating of nonskid floor finish applied. Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations.

28.3.3.1 The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used to perform floor maintenance. Dirt shall be removed and placed in trash containers.

28.3.3.2 The Contractor shall sweep floors prior to damp mopping floors with a neutral detergent. The Contractor shall use a mop, mop bucket, wringer, and a neutral detergent solution to remove soil and nonpermanent stains. "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. The cleaning solution shall be changed periodically as required. After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, boot black marks, detergent residue, or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand. A germicidal detergent shall be used in the mopping solution for latrine floors.

28.3.4 The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. Carpeted surfaces shall include areas under and around trash receptacles, desks, chairs, and other furniture and furnishings. After the carpeted floor has been completely vacuumed it shall be free of visible litter, soil, and embedded grit. The Contractor shall vacuum carpet in areas as specified.

28.3.4.1 Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs.

28.3.4.2 The Contractor shall treat rugs and carpets with an antistatic rug compound to eliminate rug or carpet shock.

28.3.5 Carpet-type entrance mats, inside or outside the building, shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats, inside or outside the building, shall be swept, vacuumed, or hosed down outside to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

SCOPE OF WORK (CONT'D)

28.3.6 The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces.

28.3.7 The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks. The Contractor shall not dust table tops, chairs, cabinet tops, and sofas/couches in classrooms.

28.3.8 The Contractor shall clean drinking fountains to remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

28.3.9 Latrines, Shower Rooms, and Locker Rooms. The Contractor shall clean and supply latrines, shower rooms, and locker rooms as follows:

28.3.9.1 Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

28.3.9.2 Resupply toilet tissue, towels, and hand soap (bar and/or liquid). Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

28.3.9.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toiler bowls, commodes, and urinals by descaling.

28.3.9.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

28.3.9.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

28.3.9.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

28.3.10 The Contractor shall spot clean areas to remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures with a neutral detergent. Germicidal detergent shall be used in latrines, locker rooms, break areas, and drinking fountains. Brass hardware, aluminum bars, and other metal on doors and cigarette urns shall be polished with a polishing compound. After spot cleaning the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

28.3.11 The Contractor shall spray-buff floors every two weeks. The Contractor shall sweep floors prior to spray-buffing. The Contractor shall use a single disc floor machine, buffing pad, and spray bottle containing a solution of cleaner and acrylic wax to restore a uniform gloss and protective finish to the floor. Areas accessible to the floor machine shall be spray-buffed. After spray-buffing the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

SCOPE OF WORK (CONT'D)

28.4 The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

28.5 The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes which contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

28.6 In addition to routine work and project work, the Contractor shall perform the following special requirement tasks for buildings listed below.

28.6.1 Buildings 455, 1640, 1950, 2875, 2934 and 4700. The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides (IAW TE 2 Schedule). Metal shall be polished to maintain a clean and polished appearance.

28.6.2 Buildings 1945 and 1950. The Contractor shall maintain sidewalks and trash receptables and ash trays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster. Service shall be performed in the daytime of the day schedule for routine work. Areas to be serviced are indicated on the floor plans at TE 6.

28.7 The Contractor shall perform required service on days and times indicated in Technical Exhibit 2. Changes or deletions will be given to the Contractor by the Contracting Officer as they occur.

28.8 The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entrance ways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following Buildings with the Contracting Officer.

<u>Buildings</u>:

| | | |
|---|---|---|
| 455 | 1005 | 1655 |
| 461 | 1640 | 3168 |
| 462 | 1645 | 3280 |
| 652 | 1651 | |

TECHNICAL EXHIBIT 4

SUPPLY ITEMS

(1 Page)

TECHNICAL EXHIBIT 4

SUPPLY ITEMS

Estimated monthley usage of supply items is as follows:

| | | |
|---|---|---|
| Toilet paper | | 13 cases |
| Rolled towels | | 8 cases |
| Single fold towels | | 38 cases |
| Multi-fold towles | | 12 cases |
| Trash bags, | large | 4 cases |
| | medium | 3 cases |
| | small | 2 cases |
| Plastic gloves | | 2 cases |
| Dust mop oil | | 1 gallon |
| Toilet bowl cleaner | | 2 cases |
| Spray buff cleaner | | 2 gallons |
| ? General purpose cleaner | | 2 gallons |
| Windax | | 1/2 pint |
| Bar soap | | 1 case |
| Liquid hand soap | | 5 gallons |

Original SOL

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: W44DQ75126N001

PAGE 1 OF 68

2. CONTRACT NO.

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER: W9124J-05-R-1003

6. SOLICITATION ISSUE DATE: 08-Aug-2005

7. FOR SOLICITATION INFORMATION CALL: a. NAME: DIANE R. COOK; b. TELEPHONE NUMBER (No Collect Calls): 210-221-4145

8. OFFER DUE DATE/LOCAL TIME: 04:00 PM 26 Aug 2005

9. ISSUED BY — CODE: W9124J

SOUTHERN REGION CONTRACTING CENTER-WEST
ATTN: SFCA-SR-CC-W
2107 17TH STREET
BLDG. 4197, SUITE 15
FT SAM HOUSTON TX 78234-5015

TEL: 210-221-5930 (DSN 471)
FAX: 210-221-4452

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE: 100 % FOR
[ ] SMALL BUSINESS
[X] HUBZONE SMALL BUSINESS
[ ] 8(A)

NAICS: 561720
SIZE STANDARD: $14MIL

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO — CODE: W44DQ7

DIRECTORATE OF PUBLIC WORKS FORT SILL OK
CARL RIEMER
ENGINEERING DIVISION
FORT SILL OK 73503
TEL: 580-442-4620 FAX:

16. ADMINISTERED BY — CODE

17a. CONTRACTOR/ OFFEROR — CODE: OGW55

H&R Services,Inc
118-C Memorial Pkwy
Hinesville,Ga 31313

Main Office: 1930 Ferris Ave
Lawton,Ok 73501
580-351-6805

TEL.

FACILITY CODE

18a. PAYMENT WILL BE MADE BY — CODE

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 0 COPIES
[ ] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE
[ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

31c. DATE SIGNED

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)

TEL:

EMAIL:

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

EXHIBIT 19

PENGAD 800-631-6989

Def. App. 395

HR0724

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AE | | 1 | Unit | 150.00 | |
| OPTION | CONTRACTOR MANPOWER REPORTING<br>FFP<br>In Accordance With (IAW) Performance Work Statement (PWS) Paragraphs 21.0 through 21.1. | | | | |
| | | | | | 150.00 |
| | | | | NET AMT | |

FOB: Destination

PERFORMANCE WORK STATEMENT

PERFORMANCE WORK STATEMENT (PWS)

1. Scope of Work. The Contractor shall provide labor, management, supervision, personnel, tools, chemicals, equipment, materials, and supplies required to perform custodial services at Fort Sill, Oklahoma. The work shall be conducted in accordance with (IAW) the terms and conditions of this contract and commercial practices for custodial services. Facilities to be serviced consist of major headquarters, administrative areas, libraries and latrines.

2. Hours of Operation. Normal hours for operations shall be Monday thru Friday from 7:30 a.m. to 4:00 p.m. for day cleaning and 4:00 p.m. to 12:00 a.m. for night cleaning, excluding legal public holidays, as set forth in Title 5, United States Code (USC) 6103 (a).

3. Installation Closures. When an unforeseen installation closure occurs on a regularly scheduled day of work, the Government will have the following options:

3.1. Reschedule the work to be performed the following workday, unless the following day is a Saturday, Sunday, or legal public holiday and routine work is not scheduled for Saturday, Sunday, or holiday.

3.2. Reschedule the work on any day as determined by the Contracting Officer (KO) or the Contracting Officer's Representative (COR).

4. Personnel. The Contractor shall provide the names, addresses, and telephone numbers of the Project Manager and Alternate to the KO and the COR within 10 calendar days prior to contract start date. The Contractor shall provide notice, in writing, to the KO and the COR within 5 working days in advance of any change of Project Manager or Alternate. Contractor employees shall be able to understand, speak, read, and write the English language.

4.1. The Contractor shall provide an on-site Project Manager or a designated representative to be physically present from 7:30 a.m. to 4:00 p.m., Monday thru Friday. This individual shall be responsible for the supervision, overall administration, and coordination of the required services. The Project Manager shall be the point of contact with the Government and shall have the authority to act or make decisions for the Contractor.

4.2. An Alternate Project Manager shall be designated to act for the Project Manager when work is being performed at night from 4:00 p.m. to 12:00 a.m. or during absences of the Project Manager, such as illness and vacation.

4.3. The Project Manager or Alternate shall return calls from the KO or the COR within 30 minutes during normal working hours (7:30 a.m. to 4:00 p.m.). During night cleaning hours (after 4:00 p.m. and on weekends and holidays), the Project Manager or Alternate shall return all calls from the KO or the COR within 2 hours.

5. Contractor personnel shall wear Contractor-furnished name badges while performing tasks specified in this contract. Badges shall contain as a minimum, the employee's name and the Contractor's trade name. Badges shall be worn on outer clothing.

5.1. Contractor personnel shall not enter any Restricted or Sensitive Area without escort by an appropriately cleared Government employee. To gain access to facilities where no representative is on hand to permit entry, the Contractor shall contact the KO or the COR.

5.2. Contractor personnel who discover classified material in the course of their duties shall bring the material under positive control and report it immediately to their supervisor. The supervisor shall report the discovery immediately to the KO or the COR.

6. The Contractor shall not release any news (including photographs and films, public announcements, or denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program without the prior written approval of the KO.

7. Contractor shall maintain:

7.1. An inspection system covering the services to be performed as specified in this work statement. The system shall specify areas to be inspected on either a scheduled or unscheduled basis, how often inspection will be accomplished and the job title of the individuals who will perform the inspection.

7.2. A method for identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable.

7.3. The Contractor shall maintain a file of inspections, to include any corrective actions taken. The file shall be retained by the Contractor and made available to the KO and/or the COR as required. This file shall be subject to Government review any time during performance of the contract. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract.

8. The Contractor shall appoint, in writing, a Key Custodian and shall provide a copy of the appointment letter to the KO and the COR not later than 15 calendar days prior to contract start date and within 24 hours of any change. The Key Custodian shall be responsible for issuing, controlling, safeguarding, and accounting for keys IAW AR 190-51 and USAFACFS Regulation 190-1. The Contractor shall:

8.1. Prohibit duplication of keys by anyone other than the Government. The Contractor shall also prohibit the use of Government issued keys by a person other than authorized Contractor employees.

8.2. Reimburse the Government for replacement of locks and re-keying that is required as a result of the Contractor or Contractor personnel losing keys. If a key is lost or duplicated, the Contractor shall replace locks and keys for that system.

8.3. Report any occurrence of lost or stolen keys telephonically to the KO or the COR within 30 minutes of the discovery of loss. The Contractor shall provide the KO or the COR a written report by close of business the next day, providing all details of lost or stolen key occurrence.

8.4. Upon completion or termination of this contract, the Contractor shall tag the keys by building number and return keys to the COR.

8.5. Contractor personnel shall secure buildings before leaving by locking doors and windows or make positive determination that building officials are present and notified of their departure.

9. The Contractor shall not permit any person access to the facilities except those Contractor personnel engaged in the performance of work required in this contract.

10. The Contractor shall provide a written Labor Report to the COR by the first workday of each month. This report shall contain, as a minimum, the total number of employees, full and part-time, the total number of hours each employee has worked, and each employee's hourly wage.

11. Each workday, the Contractor shall provide to the COR a verbal report of the previous day's work. The report shall include, as a minimum, areas not serviced, building/room number, reason for no service or problems encountered and any temporary changes in time schedules.

12. The occupants of buildings receiving custodial service will have a janitorial closets and/or storage area available to the Contractor. The Contractor shall coordinate with the building monitor for the availability and use of such space. Areas that are assigned to the Contractor shall be maintained using the same cleanliness standards as the rest of the building.

13. The Government will furnish water, electricity, sewage disposal, and natural gas during the performance of this contract. The Contractor shall make no changes to outlets in buildings listed in this contract. The Contractor and its personnel shall not use telephones located in buildings receiving service unless prior consent is obtained from the KO.

14. Contractor's equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operate using existing building circuits. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaces, furniture, or other items being cleaned. Materials bearing Department of Transportation (DOT) red label (acid) shall not be used in any building or area. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. All applicable Material Safety Data Sheets (MSDS) shall be provided to the KO and the COR 10 calendar days prior to contract start date.

15. The Government will not be liable for the loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

16. The following is a list of supplies that shall be furnished by the Contractor. The list of supplies is for informational purposes only and not meant to be all-inclusive. See Technical Exhibit E for an estimated monthly usage of the following supplies.

| | |
|---|---|
| Toilet paper | Plastic trash bags: large, medium, small |
| Rolled towels | Bar soap |
| Single fold towels | Liquid soap |
| Multi-fold towels | |

17. The square footage listed in the bid schedule has been computed by physical measurements of the area to be cleaned. The contractor shall verify all measurements in the field and report significant (more than 25 square feet) discrepancies to the contracting officer and the COR. The Floor Plans, Technical Exhibit C, show the location of these areas. Drawings have been reduced in scale and the measurements therein are not accurate. Shaded areas as shown on the drawings shall not be cleaned. The list of buildings to receive custodial service, Technical Exhibit A, shows a consolidated schedule of buildings per bid item.

18. The Government reserves the right to add or delete buildings or portions of buildings, change days of service, and specify cleaning times in buildings as required to meet the customer's schedules at no increase in the square foot price. The KO will notify the contractor telephonically as these changes occur. These changes will be confirmed by a modification to the contract at the end of each month.

19. If buildings (or areas of buildings) are added during the month and service for less than a month, a payment will be calculated on the following basis:

Days Service x Square Feet of Serviced Area x Unit Price = Payment Due
Number of work Days for Pay Items During Month

All building or areas added shall be calculated as above, and the sum of all monetary amounts added to the base payment.

Days removed from Service x Square feet of Serviced Area x Unit Price = Amount
Number of work Days for Pay Item During Month

All buildings or areas to be deleted shall be calculated as above, and the sum of all monetary amounts deducted from the base payment.

20. SPECIFIC TASKS TO BE PERFORMED:

20.1. Routine Custodial Service:

20.1.1. Floor maintenance: The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas. After carpeted floor has been vacuumed, it shall be free of visible litter, soil and embedded grit. After non-carpeted floors have been mopped, the entire floor shall have a uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration. Floor maintenance solutions shall be removed from baseboards, furniture and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations. Baseboards, furniture and equipment shall not be damaged by equipment being used to perform floor maintenance.

20.1.2. Trash removal: Boxes, cans and papers placed near a trash receptacle shall be removed. Boxes exceeding 14" x 14" (flattened), recycle papers (shredded) and excessive amounts of Technical Manuals, Army Regulations and books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted thoroughly prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may have fallen on the floor or ground during the removal. The trash shall be deposited in the nearest outside trash collection point or dumpster.

20.1.3. Clean drinking fountains: The Contractor shall clean drinking fountains to remove trash, soil, streaks and smudges, and disinfect porcelain and polish metal surfaces including the orifices and drains on drinking fountain cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges and other removable scale.

20.1.4. Spot clean: The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks and water marks from glass interior partitions, walls, doors, display cases, pictures and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray and drip marks shall be removed from adjacent surfaces.

20.1.5. Regular dusting: The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter and dry soil from the horizontal surfaces of chairs, table tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors and stair rails from a height of 7 feet to the top of the finished floor. The Contractor shall not dust office desk.

20.1.6. Carpet mats and rugs: Carpet type entrance mats shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats shall be swept or vacuumed to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location. Rugs and

carpet mats shall be spot cleaned as necessary. The Contractor shall remove gum, grease, paint and other sticky substances from carpet and rugs.

20.2. Latrines, Showers Rooms and Locker Rooms:

20.2.1. Remove trash, dust, spots clean, sweep floors and damp mop with a disinfectant.

20.2.2. Resupply toilet tissue, towels and hand soap (bar and/or liquid): All wall-mounted liquid soap dispensers shall be filled with liquid soap and the Contractor shall not substitute bar soap unless no wall mounted liquid soap receptacle is available in the latrine. Latrines shall be stocked so that supplies do not run out before the next service is due.

20.2.3. Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping and related surfaces. Remove scale, scum, mineral deposits and rust stains from toilet bowls, commodes and urinals.

20.2.4. Clean and disinfect partitions, stalls, stall doors and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl and basin.

20.2.5. Clean mirrors, soap dishes, towel and soap dispensers and exposed pipes, valves and miscellaneous fixtures.

20.2.6. After completion of the above task, the latrines, shower rooms and locker rooms shall be free of streaks, stains, trash, grit and other removable soil.

20.2.7. The Contractor shall spot clean areas to remove smudges, fingerprints, marks and streaks from washable surfaces of walls, partitions, doors and fixtures. After spot cleaning, the surface shall have a clean, uniform appearance, free of streaks, spots and soil.

20.3. "Caution Wet Floor" signs shall be placed at entrances and on mop buckets. After being damped mopped, the floor shall have a uniform appearance with no streaks, swirl marks, detergent residue or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls and baseboards. The Contractor shall remove strands and strings in the area.

20.4. The Contractor shall prepare a Task and Frequency Chart similar to the one shown in Technical Exhibit D. A Task and Frequency Chart shall be completed by the Contractor for each building to be cleaned. The Contractor shall ensure that a copy is posted in the janitor's closet of each building receiving custodial service.

20.5. The Contractor shall spray-buff floors once per month. The Contractor shall sweep floors prior to spray buffing. After spray buffing, the entire floor shall have a uniform, glossy appearance, free of scuffmarks, heel marks and other stains. Spray-buff solution shall be removed from baseboards, furniture and trash receptacles.

20.6. The Contractor shall keep supplies, equipment and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment and machines at the end of each work day period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

20.7. The Contractor shall store combustible materials in accordance with the installation's fire and safety directives. Rags, mops or brushes that contain any residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

20.8. In addition to routine work, the Contractor shall perform the following special requirement task for buildings listed below:

20.8.1. Buildings 455, 1640, 1950, 2875, 2934 and 4700; The Contractor shall clean entrance doors, metal push bars and plates, kick plates and frames and trim on both sides each day routine service is scheduled.

20.8.2. Buildings 1945 and 1950; The Contractor shall maintain sidewalks and trash receptacles and ashtrays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster.

20.8.3. The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entranceways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following buildings with the COR.

| | | | | |
|---|---|---|---|---|
| 340 | 1005 | 1721 | 2913 | 3281 |
| 455 | 1640 | 1803 | 2934 | 4121 |
| 461 | 1645 | 2593 | 3166 | 4700 |
| 462 | 1651 | 2595 | 3168 | |
| 652 | 1655 | 2719 | 3280 | |

20.9. DFAS, Building 4700:

20.9.1. The Contractor shall remove full bags of trash from the break room only at DFAS, building 4700 on Monday, Wednesday and Thursday. The Contractor shall dispose of these items as normal trash.

20.9.2. The Contractor shall remove bagged, shredded paper at the points specified on the floor plans at Technical Exhibit C. The Contractor shall remove only closed and tied bags. The Contractor shall remove full bags at Station #1 once per workday. The Contractor shall remove full bags at Stations 2 through 7 each day the building receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the COR. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.

21.0 CONTRACTOR MANPOWER REPORTING (CMR) The Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs) operates and maintains a secure Army data collection site where the contractor shall report ALL contractor manpower (including subcontractor manpower) required for performance of this contract. The contractor shall completely fill in all the information in the format using the following web address: https:\\contractormanpower.army.pentagon.mil. The required information includes: (1) Contracting Office, Contracting Officer, Contracting Officer's Technical Representative; (2) Contract number, including task or delivery order number; (3) Beginning and ending dates covered by reporting period; (4) Contractor name, address, phone number, e-mail address, identity of contractor employee entering data; (5) Estimated direct labor hours (including sub-contractors); (6) Estimated direct labor dollars paid this reporting period (including sub-contractors); (7) Total payments (including sub-contractors); (8) Predominant Federal Service Code (FSC) reflecting services provided by contractor (and separate predominant FSC for each sub-contractor if different); (9) Estimated data collection cost; (10) Organizational title associated with Unit Identification Code (UIC) for the Army Requiring Activity (the Army Requiring Activity is responsible for providing the contractor with its UIC for the purposes of reporting this information); (11) Locations where contractor and sub-contractors perform the work (specified by zip code in the United States and nearest city, country, when in an overseas location, using standardized nomenclature provided on website); (12) Presence of deployment or contingency contract language; and (13) Number of contractor and sub-contractor employees deployed in theater this reporting period (by country). As part of its submission, the contractor will also provide the estimated total cost (if any) incurred to comply with this reporting requirement. Reporting period will be the period of performance not to exceed 12 months ending 30 September of each government fiscal year and must be reported by 31 October of each calendar year. Contractors may use a direct XML data transfer to the database server or fill in the fields on the website. The XML direct transfer is a format for transferring files from

# INFORMATION TO OFFERORS OR QUOTERS

Section A – Cover Sheet

| 1. SOLICITATION NUMBER | 2. (X one) | |
|---|---|---|
| DABT39-95-B-0026 | X | a. SEALED BID |
| | | b. NEGOTIATED (RFP) |
| | | c. NEGOTIATED (RFQ) |

## INSTRUCTIONS

NOTE THE AFFIRMATIVE ACTION REQUIREMENT OF THE EQUAL OPPORTUNITY CLAUSE WHICH MAY APPLY TO THE CONTRACT RESULTING FROM THIS SOLICITATION.

You are cautioned to note the "Certification of Non-Segregated Facilities" in the solicitation. Failure to agree to the certification will render your reply nonresponsive to the terms of solicitations involving awards of contracts exceeding $25,000 which are not exempt from the provisions of the Equal Opportunity clause.

"Fill-ins" are provided on the face and reverse of Standard Form 18 and Parts I and IV of Standard Form 33, or other solicitation documents and Sections of Table of Contents in this solicitation and should be examined for applicability.

See the provision of this solicitation entitled either "Late Bids, Modifications of Bids or Withdrawal of Bids" or "Late Proposals, Modifications of Proposals and Withdrawals of Proposals."

When submitting your reply, the envelope used must be plainly marked with the Solicitation Number, as shown above and the date and local time set forth for bid opening or receipt of proposals in the solicitation document.

If NO RESPONSE is to be submitted, detach this sheet from the solicitation, complete the information requested on reverse, fold, affix postage, and mail. NO ENVELOPE IS NECESSARY.

Replies must set forth full, accurate, and complete information as required by this solicitation (including attachments). The penalty for making false statements is prescribed in 18 U.S.C. 1001.

3. ISSUING OFFICE (Complete mailing address, including Zip Code)

DIRECTORATE OF CONTRACTING
CONTRACT SPT DIV, ATZR-QD
P.O. BOX 33189 BLDG 1950
FORT SILL OK 73503-0189

4. ITEMS TO BE PURCHASED (Brief description)

Custodial Services, Fort Sill, Oklahoma

5. PROCUREMENT INFORMATION (X and complete as applicable)

| | |
|---|---|
| | a. THIS PROCUREMENT IS UNRESTRICTED |
| X | b. THIS PROCUREMENT IS A 100 % SET-ASIDE FOR ONE OF THE FOLLOWING (X one). (See Section C of the Table of Contents in this solicitation for details of the set-aside.) |

| | | | | | |
|---|---|---|---|---|---|
| X | (1) SmDisBus (SDB) | | (2) Labor Surplus Area Concerns | | (3) Combined Small Business/Labor Area Concerns |

6. ADDITIONAL INFORMATION

It is the obligation of the bidder to thoroughly read the solicitation as a whole and understand the requirements stated therein. Questions or requests for clarification of this solictiation shall be submitted in writing and must be received in the Directorate of Contracting, Fort Sill, OK, not later than 01 June 1995.

BIDDER SHALL COMPLETE THE SOLICITATION AND SUBMIT AN ORIGINAL AND THREE COPIES TO: DIRECTORATE OF CONTRACTING, ATTN: PO BOX 33189, FORT SILL, OK 73503-0189.

PAY PARTICULAR ATTENTION TO: Page K-2, para. K.3, "Requirement for Certificate of Procurement Integrity". FAILURE TO COMPLETE THIS CERTIFICATION SHALL RENDER THE BID NONRESPONSIVE.

7. POINT OF CONTACT FOR INFORMATION

| a. NAME (Last, First, Middle Initial) | b. ADDRESS (Include Zip Code) |
|---|---|
| Rodriguez, Ramon A. a25 | DIRECTORATE OF CONTRACTING<br>CONTRACT SPT DIV, ATZR-QD<br>P.O. BOX 33189 BLDG 1950<br>FORT SILL OK 73503-0189 |
| c. TELEPHONE NUMBER (Include Area Code and Extension) (NOCOLLECT CALLS)<br>(405) 442-4315 | |

DD Form 1707, MAR 89 Previous editions are obsolete. 61/089

EXHIBIT 26
PENGAD 800-631-6989

| 8. REASONS FOR NO RESPONSE (X all that apply) | | | |
|---|---|---|---|
| | a. CANNOT COMPLY WITH SPECIFICATIONS | | b. CANNOT MEET DELIVERY REQUIREMENT |
| | c. UNABLE TO IDENTIFY THE ITEM(S) | | d. DO NOT REGULARLY MANUFACTURE OR SELL THE TYPE OF ITEMS INVOLVED |
| | e. OTHER (Specify) | | |

| 9. MAILING LIST INFORMATION (X one) | | | | |
|---|---|---|---|---|
| | YES | | NO | WE DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE TYPE OF ITEM(S) INVOLVED. |

| 10. RESPONDING FIRM | | | |
|---|---|---|---|
| a. COMPANY NAME | | b. ADDRESS (Include ZIP Code) | |
| c. ACTION OFFICER | | | |
| (1) Typed or Printed Name (Last, First, Middle Initial) | (2) Title | (3) Signature | (4) Date Signed (YYMMDD) |

DD Form 1707 Reverse, MAR 89

FOLD ---------------------------------------- FOLD

FOLD ---------------------------------------- FOLD

FROM

AFFIX
STAMP
HERE

| SOLICITATION NUMBER | |
|---|---|
| DABT39-95-B-0026 | |
| DATE (YYMMDD) | LOCAL TIME |
| 95/06/19 | 1:00 PM |

TO

DIRECTORATE OF CONTRACTING
CONTRACT SPT DIV, ATZR-QD
P.O. BOX 33189 BLDG 1950
FORT SILL OK 73503-0189

CUSTODIAL SERVICES, FORT SILL, OK

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▶ RATING

PAGE 1 OF PAGES 117

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | DABT39-95-B-0026 | [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 05/19/95 | W44DQ7-5060-N192 |

7. ISSUED BY CODE csd
DIRECTORATE OF CONTRACTING
CONTRACT SPT DIV, ATZR-QD
P.O. BOX 33189 BLDG 1950
FORT SILL OK 73503-0189

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 3 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in DOC, Bldg 1950, Fort Sill, OK until 1:00 PM (Hour) local time 06/19/95 (Date)

CAUTION – LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: ▶ A. NAME: Ramon Rodriguez a25 — B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS): (405) 442-4315

## 11. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I – THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 24 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 12 | | | PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 32 | X | J | LIST OF ATTACHMENTS | 1 |
| X | D | PACKAGING AND MARKING | 1 | | | PART IV – REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 19 |
| X | F | DELIVERIES OR PERFORMANCE | 1 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 1 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 13 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 11 | X | M | EVALUATION FACTORS FOR AWARD | 1 |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calender days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|---|
| | % | % | % | % |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY
CAGE: CEC:

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO. (Include area code)

15C. [ ] CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304 (c) ( ) [ ] 41 U.S.C. 253 (c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ▶ ITEM G.1

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE
DFAS, ATTN: DFAS-IN/EM-TJA (A/P)
PO Box 33328, Fort Sill, OK 73503-0328

26. NAME OF CONTRACTING OFFICER (Type or Print)

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT – Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

NSN 7540-01-152-8064
PREVIOUS EDITION NOT USABLE



STANDARD FORM 33 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(c)

SECTION C (CONT'D)

C.4 CONTRACTOR-FURNISHED ITEMS:

C.4.1 General. The Contractor shall furnish materials, tools, chemicals, detergents, floor finishes, sealers, equipment and supplies that conform to the requirements of applicable Federal Specifications listed in this contract. Those not covered by Federal Specifications shall be approved by the Contracting Officer before use. The Contractor shall furnish an adequate supply of cleaning and polishing materials, plastic bags, tools, and any other necessary items at the work site.

C.4.2 Equipment: The Contractor shall furnish materials, supplies, vehicles, and equipment which are not specified herein as Government-furnished and which are necessary to comply with the requirements of this contract. A list shall be submitted to the Contracting Officer no later than 10 calendar days prior to contract start date detailing the equipment to be used in the performance of this contract. Revisions to the list shall be submitted to the Contracting Officer 5 calendar days prior to any changes. Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operated using existing building circuits. Vacuum cleaners shall be heavy duty commercial upright and wet/dry tank type.

C.4.2.1 The Government will not be liable for loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

C.4.3 Materials. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaced, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area specified in this contract. Materials used in the performance of this contract shall be approved by the Contracting Officer.

C.4.3.1 Samples. The Contractor shall submit samples of liquid type materials to the Contracting Officer no later than 15 calendar days prior to contract start date for inspection. Samples shall have identification labels affixed to the container. The Contractor may submit alternate samples. Samples found to be unacceptable by the Contracting Officer shall be replaced by the Contractor. Only Contracting Officer approved materials shall be used.

C.4.4 Tools. The Contractor shall furnish tools necessary to perform the work defined in this contract. As a minimum, the

SECTION C (CONT'D)

Contractor shall have the tools listed in TE 5.

C.4.5 Chemicals. The Contractor shall furnish chemicals necessary to perform the work defined in this contract. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. Chemicals used in performance of tasks specified in this contract shall be approved by the Contracting Officer as specified in C.4.3.1. The following types of cleaning chemicals with applicable specifications shall be used by the Contractor:

C.4.5.1 Natural Detergent. Federal Specification P-D-225A, Int Am-1. A synthetic neutral detergent concentrate.

C.4.5.2 Germicidal Detergent. Federal Specification O-D-1277A. A quaternary ammonium germicidal detergent concentrate.

C.4.5.3 Cleaning Compound, Toilet Bowl. Federal Specification P-C-447C. An acid type bowl cleaner.

C.4.5.4 Glass Cleaner. Federal Specification P-G-406D.

C.4.5.5 Polish, Metal. Federal Specification P-P-556D (1). A stainless steel cleaner and polish.

C.4.5.6 Metal-Linked Polymer Floor Finish. Approved brand. A metal-linker polymer floor finish, slip resistant.

C.4.5.7 Floor Finish Remover. Federal Specification P-R-1760. An ammoniated floor finish remover.

C.4.5.8 Solvent Wax. Federal Specification P-W-158E. A slip resistant solvent wax.

C.4.5.9 Water Emulsion Concrete and Terrazzo Seal. Federal Specification P-F-430C.

C.4.5.10 Antistatic Rug Compound.

C.4.5.11 Gum Remover.

C.4.5.12 Cleaning Compound, Rug and Upholstery. Federal Specification P-C-1632B, Int Am-1. Carpet and rug shampoo.

C.4.5.12.1 Water Extraction Method, Dry Foam Method, and Spot Cleaning Solutions. Instructions provided by the manufacturer of the equipment and materials shall be followed during their use.

SECTION C (CONT'D)

C.4.5.13 Spot Remover.

C.4.6 Supplies. The Contractor shall furnish supplies listed at TE 6 as necessary to perform the services in this contract. Samples shall be submitted to the Contracting Officer for approval no later than 10 calendar days prior to contract start date and within 5 working days of a change.

C.4.7 Government Inspections. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

# TECHNICAL EXHIBIT 6

## SUPPLY ITEMS

(1 Page)

DABT39-95-B-0026

# TECHNICAL EXHIBIT 6

## SUPPLY ITEMS

SUPPLY ITEMS

Estimated monthly usage of supply items is as follows:

| | | |
|---|---|---|
| Towel, Paper; Single Fold 5-1/2" Depth | 3,622 | Pks |
| Towel, Paper; Multi-Fold 3-1/2" Depth | 565 | Pks |
| Towel, Paper; 400 Ft Roll | 200 | Rolls |
| Tissue, Toilet, Single Ply, 1000 Sht | 1,585 | Rolls |
| Bag, Plastic, 10 Gallon | 4,285 | Each |
| Bag, Plastic, 32 Gallon | 2,571 | Each |
| Soap, Liquid, Toilet | 2 | Gallons |
| Soap, Toilet, 2-oz. Cake | 5,785 | Cakes |
| Carpet Cleaner | 10 | Gallons |
| Spot Remover | 1 | Gallon |
| Floor Stripper | 10 | Gallons |
| Floor Was | 10 | Gallons |
| Floor Machine Pads | 7 | Pads |

CONTRACT FILE INDEX (Continued)

## A - PRE-SOLICITATION DOCUMENTS

| TAB NUMBER | | CHECK IF INCLUDED |
|---|---|---|
| A-1 | MISCELLANEOUS CORRESPONDENCE | |
| A-2 | DD FORM 1391, PROJECT DOCUMENTS, PURCHASE REQUEST, COST ESTIMATE, PRELIMINARY SOW REVIEWS, ETC. | |
| A-3 | SECURITY REQUIREMENTS DOCUMENTATION, DD FORM 254 | ✓ |
| A-4 | NOTICE OF INTENTION, SF 98 | |
| A-5 | SMALL BUSINESS COORDINATION, DA FORM 1877 SECTION 8(A) CORRESPONDENCE | ✓ |
| A-6 | D & F (ALL TYPES) | ✓ |
| A-7 | PRE-INVITATION NOTICE/RESPONSES | |
| A-8 | ADVANCE CONTRACTING PLAN | |
| A-9 | BIDDER'S MAILING LIST | |
| A-10 | SYNOPSIS | ✓ |
| A-11 | PRE-BID CONFERENCE/NOTICE/MINUTES/SITE VISIT | ✓ |
| A-12 | CONTRACT REVIEW COMMITTEE & HQ TRADOC REVIEW COMMENTS | |
| A-13 | SJA REVIEW, | ✓ |
| A-14 | IFP/RFP (INCLUDING AMENDMENTS) | ✓ (Separate folder) |

EXHIBIT 35
PENGAD 800-631-6989



TRADOC Form 939-R, May 85

## BID SCHEDULE

ITEM NO. — SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2).

0001. BASE PERIOD: 1 October 2000 through 30 September 2001.

0001AA. SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $ ______ | = | $______ | x | 12 MO | = | $___________ |

0001AB. SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $ _____ | = | $________ | x | 12 MO | = | $_________ |

0001AC. SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $ _____ | = | $________ | x | 12 MO | = | $ _________ |

TOTAL ESTIMATED AMOUNT, ITEM 0001AA. THROUGH 0001AC. $___________

approval of cleaning supplies; stocking bathrooms

SCOPE OF WORK (CONT'D)

25.8 Water Emulsion Concrete and Terrazzo Seal. Federal Specification P-F-430C.

25.9 Antistatic Rug Compound.

25.10 Gum Remover.

25.11 Cleaning Compound, Rug and Upholstery. Federal Specification P-C-1632B, Int Am-1. Carpet and rug shampoo.

25.11.1 Water Extraction Method, Dry Foam Method, and Spot Cleaning Solutions. Instructions provided by the manufacturer of the equipment and materials shall be followed during their use.

25.12 Spot Remover.

as a minimum

26. The Contractor shall furnish supplies listed at TE 6 as necessary to perform the services in this contract. Samples shall be submitted to the Contracting Officer for approval prior to contract start date and within 5 working days of a change. Materials shall meet or exceed the quality of the items indicated by the Federal Specifications listed at TE 6.

27. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

28. SPECIFIC TASKS TO BE PERFORMED:

28.1 Custodial Services: The Contractor shall provide custodial services IAW the Task and Frequency Chart listed in TE 2. Floor plans of individual buildings and areas to be serviced are provided at TE 6.

Task + Frequency Chart (TE-8) shall be completed for each building →

28.2 The Contractor shall furnish a work schedule to the Contracting Officer prior to contract start date that indicates the building or area, the day, time (within 30 minutes), and date of the prescribed frequency that the work shall be performed. The schedule shall be made in 3 copies on FS Form 638-R by individual buildings and by floors. An example is at TE 4. Upon approval by the Contracting Officer, 1 copy each of the schedule will be furnished to the Contractor and building monitor. Deviations from the work schedule shall be submitted to the Contracting Officer for approval as soon as possible prior to requested change. The Contracting Officer will provide approval in writing to changes in the work schedule.

28.3 The Contractor shall perform routine work at the intervals indicated in TE 2, Task and Frequency Chart. Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for the issuance of a Contract Discrepancy Report to the Contractor.

28.3.1 The Contractor shall remove waste generated between cleaning service to include emptying waste baskets, cigarette butt receptacles, and other trash containers within the area and return each to its initial location. Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of TM's, AR's, and

SCOPE OF WORK (CONT'D)

books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest outside trash collection point.

28.3.2 Washing of Trash Receptacles and Containers. The Contractor shall damp wipe the exterior of designer/closed system waste containers and receptacles with a neutral detergent to remove soil.

28.3.3 The Contractor shall perform floor maintenance. Chairs, trash receptacles, and movable items shall be tilted or moved to clean floor underneath. After receiving floor maintenance, the entire floor shall have uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration's. ~~Floors, unless otherwise stated as having carpet or specified elsewhere as having a floor finish, shall have a uniform coating of nonskid floor finish applied.~~ Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations.

28.3.3.1 The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas *as indicated on the floor plans*. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used to perform floor maintenance. ~~Dirt shall be removed and placed in trash containers.~~

28.3.3.2 ~~The Contractor shall sweep floors prior to damp mopping floors with a neutral detergent. The Contractor shall use a mop, mop bucket, wringer, and a neutral detergent solution to remove soil and nonpermanent stains.~~ "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. ~~The cleaning solution shall be changed periodically as required.~~ After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, ~~boot black marks~~, detergent residue, or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand. ~~A germicidal detergent shall be used in the mopping solution for latrine floors.~~

28.3.4 The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. ~~Carpeted surfaces shall include areas under and around trash receptacles, desks, chairs, and other furniture and furnishings.~~ After the carpeted floor has been completely vacuumed it shall be free of visible litter, ~~soil, and~~ embedded grit. ~~The Contractor shall vacuum carpet in areas as specified.~~

28.3.4.1 Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs.

28.3.4.2 The Contractor shall treat rugs and carpets with an antistatic rug compound to eliminate rug or carpet shock.

28.3.5 Carpet-type entrance mats, ~~inside or outside the building,~~ shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats, ~~inside or outside the building,~~ shall be swept *or* vacuumed~~, or hosed down outside~~ to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

SCOPE OF WORK (CONT'D)

28.3.6 The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces.

28.3.7 The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks. ~~The Contractor shall not dust table tops, chairs, cabinet tops, and sofas/couches in classrooms.~~

28.3.8 The Contractor shall clean drinking fountains to remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

28.3.9 Latrines, Shower Rooms, and Locker Rooms. The Contractor shall clean and supply latrines, shower rooms, and locker rooms as follows:

28.3.9.1 Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

28.3.9.2 Resupply toilet tissue, towels, and hand soap (bar and/or liquid). Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

28.3.9.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toilet bowls, commodes, and urinals by descaling.

28.3.9.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

28.3.9.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

28.3.9.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

28.3.10 The Contractor shall spot clean areas to remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures. ~~with a neutral detergent. Germicidal detergent shall be used in latrines, locker rooms, break areas, and drinking fountains. Brass hardware, aluminum bars, and other metal on doors and cigarette urns shall be polished with a polishing compound.~~ After spot cleaning, the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

28.3.11 The Contractor shall spray-buff floors every two weeks. The Contractor shall sweep floors prior to spray-buffing. ~~The Contractor shall use a single disc floor machine, buffing pad, and spray bottle containing a solution of cleaner and acrylic wax to restore a uniform gloss and protective finish to the floor.~~ Areas accessible to the floor machine shall be spray-buffed. After spray-buffing, the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

SCOPE OF WORK (CONT'D)

28.4 The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

28.5 The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes which contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

28.6 In addition to routine work ~~and project work~~, the Contractor shall perform the following special requirement tasks for buildings listed below.

28.6.1 Buildings 455, 1640, 1950, 2875, 2934 and 4700. The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides (IAW TE 2 Schedule). ~~Metal shall be polished to maintain a clean and polished appearance.~~

28.6.2 Buildings 1945 and 1950. The Contractor shall maintain sidewalks and trash receptables and ash trays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster. ~~Service shall be performed in the daytime of the day schedule for routine work.~~ Areas to be serviced are indicated on the floor plans at TE 6.

28.7 The Contractor shall perform ~~required service~~ on days and ~~times~~ indicated in ~~Technical Exhibit 2.~~ Changes or deletions will be given to the Contractor by the ~~Contracting~~ Officer as they occur.

28.8 The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entrance ways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following Buildings with the Contracting Officer.

<u>Buildings</u>:

| | | | | | |
|---|---|---|---|---|---|
| 455 ✓ | 1005 ✓ | 1655 ✓ | 1803 ✓ | 2913 ✓ | 3166 |
| 461 ✓ | 1640 ✓ | ~~3168~~ 1721 ✓ | 2593 ✓ | 2934 ✓ | |
| 462 ✓ | 1645 ✓ | ~~3280~~ | 2595 ✓ | 3168 ✓ | |
| 652 ✓ | 1651 ✓ | 4700 ✓ | 2719 ✓ | 3280 ✓ | |
| 340 ✓ | | | | 3281 ✓ | |
| | | | | 4121 ✓ | |

TECHNICAL EXHIBIT 1
DELIVERABLES (REPORTS)

| Reference | Title | Format | Required Date | Number of Cys | Dist. |
|---|---|---|---|---|---|
| 5. | Project Manager and Alternate | Contractor's choice | 10 calendar days prior to start date and 24 hours in advance of any change | 2 | 1-KO 1-File |
| 10. | Management Plan | Contractor's choice | 15 calendar days prior to contract start date and within 3 work days before any change. | 2 | 1-KO 1-File |
| 11. | Key Custodian | Contractor's choice | NLT 15 calendar days prior to contract start date and within 3 working days before any change | 2 | 1-KO 1-File |
| 11.3 | Lost key report | Contractor's choice | Telephonically within 30 minutes after discovery of loss; written report by COB the next work day. | 2 | 1-KO 1-File |
| 12. | Phase-In plan | Contractor's choice | 15 calendar days prior to contract start date. | 2 | 1-KO 1-File |
| 14. | Performance Evaluation Meeting | Contractor's choice | Within 24 hours after non-concurrence of minutes. | 2 | 1-KO 1-File |
| 17. | Labor Report | Contractor's choice | First regular work day of each month | 2 | 1-KO 1-File |
| 18. | Daily Work Report | Contractor's choice | Each work day, Monday through Friday. Between 7:30 a.m. and 8:00 a.m. with a verbal report. | 1 | 1-KO |

TECHNICAL EXHIBIT 1 (CONT'D)
DELIVERABLES (REPORTS)

| Reference | Title | Format | Required Date | Number of Cys | Dis. |
|---|---|---|---|---|---|
| 22. | Equipment List | Contractor's choice | NLT 10 calendar days prior to contract start date and within 5 calendar days prior to ant change | 2 | 1-KO<br>1-File |
| 26. | Supplies | Contractor's choice | NLT 10 calendar days prior to contract start date and within 5 working days before any change | 1 | 1-KO |
| 28.2 | Work Schedule | FS Form 638-R | NLT 15 calendar days prior to contract start date and NLT 10 work days prior to change | 3 | 3-KO |

# TECHNICAL EXHIBIT 2

1. Bid items receive custodial services as indicated below:

<u>DAILY</u>
Trash Removal
Sweep, Dust Mop
Damp Mop
Descale Toilet Bowls/Commodes and Urinals
Clean and Resupply Latrines, Shower/locker Rooms

<u>ONCE WEEKLEY – DIRECT COST CUSTOMERS</u>
<u>TWICE WEEKLY – REIMBURSABLE COST CUSTOMERS</u>
Vacuum Carpets, Rugs, Walk-off/Entrance Mats
Clean Drinking Fountains
Spot Clean

<u>WEEKLY (W)</u>
Washing of Trash Receptacles/Containers
Clean Chalkboards and Liquid Chalk Writing Systems, Trays and Tracks

<u>EVERY 2 WEEKS (2M)</u>
Regular Dusting
Interior Glass Cleaning
Spray Buffing

2. Buildings listed below as Direct Cost Customers (Schedule One) shall have one day per week routine custodial service every Friday. Bid Items 0001AA, 0002AA, 0003AA, 0004AA and 0005AA.

3. Buildings listed below as Reimbursable Customers (Schedule Two) shall have two day per week routine custodial service, Tuesday and Friday (unless otherwise directed by the Contracting Officer). Bid Items 0001AB, 0002AB, 0003AB, 0004AB and 0005AB.

4. All buildings listed below (Schedule Three) shall have five day per week service for toiled/shower rooms only, Monday through Friday. Bid Items 0001AC, 0002AC, 0003AC, 0004AC and 0005AC.

TECHNICAL EXHIBIT 3

TOOLS

delete?

Spray Bottles
Sponges
Dust Mop
Wet Mop
Putty Scrapers
Dust Pan
Mop Buckets and Wringers
Toilet Bowl Mops
Rubber Gloves
Push Brooms
Radiator Brushes
Vacuum cleaner (upright)
Floor machine (buffer)
Snow Shovel

TECHNICAL EXHIBIT 4

SUPPLY ITEMS

List of supplies, may not be all inclusive.

Estimated monthley usage of supply items is as follows:

| | | |
|---|---|---|
| Toilet paper | | 13 cases |
| Rolled towels | | 8 cases |
| Single fold towels | | 38 cases |
| Multi-fold towles | | 12 cases |
| Trash bags, | large | 4 cases |
| | medium | 3 cases |
| | small | 2 cases |
| ~~Plastic gloves~~ | | 2 cases |
| ~~Dust mop oil~~ | | 1 gallon |
| ~~Toilet bowl cleaner~~ | | 2 cases |
| ~~Spray buff cleaner~~ | | 2 gallons |
| ? ~~General purpose cleaner~~ | | 2 gallons |
| ~~Windax~~ | | 1/2 pint |
| Bar soap | | 1 case |
| Liquid hand soap | | 5 gallons |

# CONTRACT DISCREPANCY REPORT

| | | |
|---|---|---|
| 1. CONTRACT NUMBER | 2. REPORT NUMBER FOR THIS DISCREPANCY | |
| 3. TO: *(Contractor and Managers Name)* | 4. FROM: *(Name of QAE)* | |
| 5. DATES | | |
| PREPARED | RETURNED BY CONTACTOR | ACTION COMPLETE |
| 6. DISCREPANCY OR PROBLEM *(Describe in detail: include reference to SOW/Directive: attach continuation sheet if necessary.)* | | |
| 7. SIGNATURE OF CONTRACTING OFFICER | | |
| 8. TO: *(Contracting Officer)* | FROM: *(Contractor)* | |
| 10. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRANCE: ATTACH CONTINUATION SHEET IF NECESSARY. *(Cite applicable Q.C. program procedures or new Q.C. procedures.)* | | |
| 10. SIGNATURE OF CONTRACTOR REPRESENTATIVE | DATE | |
| 11. GOVERNMENT EVALUATION *(Acceptance, partial acceptance, rejection: attach continuation sheet if necessary.)* | | |
| 12. GOVERNMENT ACTIONS *(Payment deduction, cure notice, show cause, other.)* | | |

CLOSE OUT

| | NAME-TITLE | SIGNATURE | DATE |
|---|---|---|---|
| CONTRACTOR NOTIFIED | | | |
| QAE | | | |
| ACO | | | |

FS Form 912
(DEA) 1 Dec 85

Def. App. 621

SCOPE OF WORK (CONT'D)

21. The Contractor shall furnish materials, tools, chemicals, detergents, floor finishes, sealers, equipment and supplies that ~~conform to the requirements of applicable Federal Specifications listed in~~ this contract. Those not covered by Federal Specifications shall be approved by the Contracting Officer before use. The Contractor shall furnish an adequate supply of cleaning and polishing materials, plastic bags, tools, and any other necessary items at the work site. Liquid soap ^ trash ^

22. The Contractor shall furnish materials, supplies, vehicles, and equipment which are not specified herein as Government-furnished and which are necessary to comply with the requirements of this contract. A list shall be submitted to the Contracting Officer 10 calendar days prior to contract start date detailing the equipment to be used in the performance of this contract. Revisions to the list shall be submitted to the Contracting Officer 5 calendar days prior to any changes. Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operated using existing building circuits. Vacuum cleaners shall be heavy duty commercial upright and wet/dry tank type. — w/ HEPA Filter?

22.1 The Government will not be liable for loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

23. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaced, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area specified in this contract. Materials used in the performance of this contract shall be approved by the Contracting Officer.

24. The Contractor shall furnish tools necessary to perform the work defined in this contract. As a minimum, the Contractor shall have the tools listed in TE 4.

25. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. Chemicals used in performance of tasks specified in this contract shall be approved by the Contracting Officer. ~~The following types of cleaning chemicals with applicable specifications shall be used by the Contractor:~~

~~25.1 Natural Detergent. Federal Specification P-D-225A, Int Am-1. A synthetic neutral detergent concentrate.~~

~~25.2 Germicidal Detergent. Federal Specification O-D-1277A. A quaternary ammonium germicidal detergent concentrate.~~

~~25.3 Cleaning Compound, Toilet Bowl. Federal Specification P-C-447C. An acid type bowl cleaner.~~

~~25.4 Glass Cleaner. Federal Specification P-G-406D.~~

~~25.5 Polish, Metal. Federal Specification P-P-556D (1). A stainless steel cleaner and polish.~~

~~25.6 Metal-Linked Polymer Floor Finish. Approved brand. A metal-linker polymer floor finish, slip resistant.~~

~~25.7 Solvent Wax. Federal Specification P-W-158E. A slip resistant solvent wax.~~

SCOPE OF WORK (CONT'D)

25.8 Water Emulsion Concrete and Terrazzo Seal. Federal Specification P-F-430C.

25.9 Antistatic Rug Compound.

25.10 Gum Remover.

25.11 Cleaning Compound, Rug and Upholstery. Federal Specification P-C-1632B, Int Am-1. Carpet and rug shampoo.

25.11.1 Water Extraction Method, Dry Foam Method, and Spot Cleaning Solutions. Instructions provided by the manufacturer of the equipment and materials shall be followed during their use.

25.12 Spot Remover.

26. The Contractor shall furnish supplies listed at TE 4 as necessary to perform the services in this contract. Samples shall be submitted to the Contracting Officer for approval prior to contract start date and within 5 working days of a change. ~~Materials shall meet or exceed the quality of the items indicated by the Federal Specifications listed at TE~~ 6. MSDS sheets as required

27. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

28. SPECIFIC TASKS TO BE PERFORMED:

28.1 Custodial Services: The Contractor shall provide custodial services IAW the Task and Frequency Chart listed in TE 2. Floor plans of individual buildings and areas to be serviced are provided at TE 6.

28.2 The Contractor shall furnish a work schedule to the Contracting Officer prior to contract start date that indicates the building or area, the day, time (within 30 minutes), and date of the prescribed frequency that the work shall be performed. The schedule shall be made in 3 copies on FS Form 638-R by individual buildings and by floors. An example is at TE 4. Upon approval by the Contracting Officer, 1 copy each of the schedule will be furnished to the Contractor ~~and building monitor~~. ~~Deviations from the work schedule shall be submitted to the Contracting Officer for approval as soon as possible prior to requested change. The Contracting Officer will provide approval in writing to changes in the work schedule.~~

28.3 The Contractor shall perform routine work at the intervals indicated in TE 2, Task and Frequency Chart. Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for the issuance of a Contract Discrepancy Report to the Contractor.

28.3.1 ~~The Contractor shall remove waste generated between cleaning service to include emptying waste~~ baskets, cigarette butt receptacles, and other trash containers within the area and return each to its initial location. Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of TM's, AR's, and

SCOPE OF WORK (CONT'D)

books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest outside trash collection point / or dumpster.

28.3.2 Washing of Trash Receptacles and Containers. The Contractor shall damp wipe the exterior of designer/closed system waste containers and receptacles with a neutral detergent to remove soil.

28.3.3 The Contractor shall perform floor maintenance. Chairs, trash receptacles, and movable items shall be tilted or moved to clean floor underneath. After receiving floor maintenance, the entire floor shall have uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration's. Floors, unless otherwise stated as having carpet or specified elsewhere as having a floor finish, shall have a uniform coating of nonskid floor finish applied. Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations.

28.3.3.1 The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used to perform floor maintenance. Dirt shall be removed and placed in trash containers.

28.3.3.2 The Contractor shall sweep floors prior to damp mopping floors with a neutral detergent. The Contractor shall use a mop, mop bucket, wringer, and a neutral detergent solution to remove soil and nonpermanent stains. "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. The cleaning solution shall be changed periodically as required. After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, boot black marks, detergent residue, or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand. A germicidal detergent shall be used in the mopping solution for latrine floors.

28.3.4 The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. Carpeted surfaces shall include areas under and around trash receptacles, desks, chairs, and other furniture and furnishings. After the carpeted floor has been completely vacuumed it shall be free of visible litter, soil, and embedded grit. The Contractor shall vacuum carpet in areas as specified.

28.3.4.1 Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs.

28.3.4.2 The Contractor shall treat rugs and carpets with an antistatic rug compound to eliminate rug or carpet shock.

28.3.5 Carpet-type entrance mats, inside or outside the building, shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats, inside or outside the building, shall be swept, vacuumed, or hosed down outside to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

SCOPE OF WORK (CONT'D)

28.3.6 The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces.

28.3.7 The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks. ~~The Contractor shall not dust table tops, chairs, cabinet tops, and sofas/couches in classrooms.~~

28.3.8 The Contractor shall clean drinking fountains to remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

28.3.9 Latrines, Shower Rooms, and Locker Rooms. The Contractor shall clean and supply latrines, shower rooms, and locker rooms as follows:

28.3.9.1 Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

28.3.9.2 Resupply toilet tissue, towels, and hand soap (bar and/or liquid). Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

28.3.9.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toiler bowls, commodes, and urinals by descaling.

28.3.9.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

28.3.9.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

28.3.9.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

28.3.10 The Contractor shall spot clean areas to remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures ~~with a neutral detergent~~. ~~Germicidal detergent shall be used in latrines, locker rooms, break areas, and drinking fountains. Brass hardware, aluminum bars, and other metal on doors and cigarette urns shall be polished with a polishing compound.~~ After spot cleaning the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

28.3.11 The Contractor shall spray-buff floors every two weeks. The Contractor shall sweep floors prior to spray-buffing. ~~The Contractor shall use a single disc floor machine, buffing pad, and spray bottle containing a solution of cleaner and acrylic wax to restore a uniform gloss and protective finish to the floor.~~ Areas accessible to the floor machine shall be spray-buffed. After spray-buffing the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

SCOPE OF WORK (CONT'D)

28.4 The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

28.5 The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes which contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

28.6 In addition to routine work ~~and project work~~, the Contractor shall perform the following special requirement tasks for buildings listed below.

28.6.1 Buildings 455, 1640, 1950, 2875, 2934 and 4700. The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides ~~(IAW TE 2 Schedule). Metal shall be polished to maintain a clean and polished appearance.~~ on regular service days.

28.6.2 Buildings 1945 and 1950. The Contractor shall maintain sidewalks and trash receptables and ash trays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster. ~~Service shall be performed in the daytime of the day schedule for routine work.~~ Areas to be serviced are indicated on the floor plans at TE 6.

28.7 The Contractor shall perform required service on days and times indicated in Technical Exhibit 2. Changes or deletions will be given to the Contractor by the Contracting Officer as they occur.

28.8 The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entrance ways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following Buildings with the Contracting Officer.

Buildings:

| | | |
|---|---|---|
| 455 | 1005 | 1655 |
| 461 | 1640 | ~~3168~~ 1803, 2593, 2595, 2719, 2913, 2934, 3168 |
| 462 | 1645 | 3280, 3281, 4121 |
| 652 | 1651 | 4700 |
| ~~[illegible]~~ | 1721 | |

3166