# APPENDIX

# INDEX TO APPENDIX

Contract DABT39-00-C-4032 ................ 1-180 (Exhibit 1)

H & R Letter dated March 1, 2005 - Request for Adjustment/Training Utilization Increase ................ 181-464 (Exhibit 2)

H & R Letter and attachments dated April 12, 2005 - Mr. Hall's comments ................ 465-566 (Exhibit 3)

H & R Attorney's Letter - May 12, 2006 ................ 567-713 (Exhibit 4)

Government estimate regarding scope of work, bid schedule & technical exhibits ................ 714-755 (Exhibit 5)

Letter dated 6/5/2000 from Sharel McAdoo to the Directorate of Contracting ................ 756-758 (Exhibit 6)

Fax dated 6/11/2002 to H & R Services from Ray Dryz with attachments ................ 759-762 (Exhibit 7)

Fax dated 3/27/2003 to H & R Services from Ray Dryz ................ 763-778 (Exhibit 8)

E-mail from contracting officer dated 11/18/04 providing a memorandum for record meeting ................ 779-780 (Exhibit 9)

Letter dated 10/20/04 to Vicki Highsmith from Roger Hall ................ 781-784 (Exhibit 10)

Contract for DABT39-95-C04021 ................ 785-930 (Exhibit 11)

Letter dated 11/24/2007 to Pure Service Corporation form Sharel McAdoo ................ 931-932 (Exhibit 12)

E-mail to Nancy Smith from Laurie Wheeler regarding supplies ................ 933-934 (Exhibit 13)

Fax dated 12/22/1999 to Pure Service from Laurie Wheeler regarding complaints ................ 935-937 (Exhibit 14)

Letter dated 7/6/2000 to Pure Service from Sharel McAdoo regarding contract discrepancy report ................ 938-943 (Exhibit 15)

Pre-solicitation documents relating to
H & R Services contract........944-960 (Exhibit 16)

Solicitation No. DABT39-00-B-1001
dated 6/5/2000........961-1142 (Exhibit 17)

Fax dated 7/20/2000 from Laurie Wheeler
to H & R Services ........1143 (Exhibit 18)

Memorandum for record dated 8/17/04 setting
forth justification to exercise option year
four on the H & R contract........1144 (Exhibit 19)

Memorandum dated 3/15/2005 from Raineye
Holmes to DPW with attachments........1145-1166 (Exhibit 20)

Memorandum for record dated 8/4/2005
concerning determination and finding for
the type of contract for the follow-on
custodial service contract........1167 (Exhibit 21)

Solicitation dated 8/8/2005 ........1168-1292 (Exhibit 22)

Modification No. 3........1293-1307 (Exhibit 23)

Litigation Report........1308-1312 (Exhibit 24)

Modification breakdown of Cost-Per-Copy
services........1313-1315 (Exhibit 25)

Series of e-mails concerning
Modification NO. 39........1316-1320(Exhibit 26)

Summary of the modification for the
Training Service Center ........1321-1322 (Exhibit 27)