


FLOOR PLAN BLDG. 335

SCALE: 1/8"=1'-0"

Latrines only
160 SF

036530

BLDG. 335



FLOOR PLAN BLDG. 346

SCALE— 1/8"=1'-0"

AT Lot




FLOOR PLAN BLDG. 435
SCALE: 1/8" = 1'-0"



FIRST FLOOR PLAN BLDG. 436
SCALE: 1/4"=1'-0"

Latrines only
170 SF

036'

BLDG. 43


Lot 274 AT
FIRST FLOOR PLAN BLDG. 438
BASEMENT FLOOR PLAN BLDG. 438
N.T.S.
AT 109
AT 110

46




47

'00APR28 PM 3:52 RCVD


BASEMENT FLOOR PLAN
SCALE: 3/32" = 1'-0"
Bldg. 455
lat 90
Carpet 2275 AT 78
Car 2275 AT 78
MECH RM
MATCH LINE
Hallway 264
702
493
190
182
238
168
197
270
480
88
56
con


FIRST FLOOR PLAN
SCALE: 3/32" = 1'-0"
Bldg. 455
CARPET THROUGHOUT UNLESS OTHERWISE NOTED
MATCH LINE
3 BAYS
5 BAYS
UPDATED 5NOV87
2 April 90
BLDG.

49


SECOND FLOOR PLAN
SCALE: 3/32" = 1'-0"
Bldg. 455
CARPET THROUGHOUT UNLESS OTHERWISE NOTED
Rms not to scale
MATCH LINE
MATCH LINE


THIRD FLOOR PLAN
SCALE: 3/32"=1'-0"
Bldg. 455
CARPET THROUGHOUT UNLESS OTHERWISE NOTED
308A
1230
Rm 305 Regimental Conf Room
1129 SF
1519
430
Rm 304
Rm 303
812
Rm 302
868
Rm 308
308-B
308-A Cont.
850
AT


stairs 42
AT 88
Carpet 2061
CT 652
133
2843
Bldg 455
Room 100
carpet
CT
AT
437
307
257
393
255
322
132
160
176
209
48
88
42
52


BASEMENT FLOOR PLAN BLDG. 462
NOTE:
CARPET THROUGHOUT UNLESS NOTED.
MATCH LINE
MATCH LINE
BLDG. 462
2-12
hallway G12
CT
CT
AT
T
LATRINE CT
RUG
RUBBER
RAISED FLOOR AREA
W. Lat AT
12x17
13x13
11x13
24x7
11x11
8x12
11x23
13x14
169
143
168
121
96
253
511
182
221
3115
178
252


NOTE:
DAY CLEAN ONLY
SECOND FLOOR PLAN BLDG. 462
SCALE: 1/8"=1'-0"
AT/RUG
AT
QT
RUG
QT/RUG
Rm 204
345


FIRST FLOOR PLAN-BLDG 462
MATCH LINE
MEN'S LATRINE
WOMEN'S LATRINE
MATCH LINE
N/C
120
113
114
112
UP DATED
BLDG. 462

55


NOTE:
NIGHT CLEAN ONLY
AT


SECOND FLOOR PLAN BLDG. 463
SCALE: 1/8"=1'-0"
Hallway 1260
stairs 60
Car 1968
B
Lot 444
AT
1260
153
car
360
car
25
CT
25
CT
380
Car
394
CT
400
350
Car
Conference Rm
325
1075 total carpet (3 Rms)


add 1 June 92
AT
cav
CT
1332
Hallway 1332
cav 1665
AT 310
3307
Lat 444
FIRST FLOOR PLAN BLDG. 463
SCALE: 1/8"=1'-0"

58


WOMEN'S LATRINE
CARPET
RUG
CARPET
ADMIN.
ADMIN.
CARPET
MEN'S LATRINE
CARPET
FIRST FLOOR PLAN - BLDG 652
NOTE:
CARPET THROUGH-OUT BLDG. EXCEPT AS NOTED
N


N
BASEMENT FLOOR PLAN-BLDG. 652
SCALE: 1/16"=1'-0"
1/16"=1'-0" scale
5 0 10 20 30 40 feet
C
LATRINE

P/3




SECOND FLOOR PLAN-BLDG. 652
SCALE: 1/16"=1'-0"

NOTE:
~~Hood~~ CARPET THROUGH-OUT EXCEPT AS NOTED

1/16"=1'0" 5 0 10 20 30 40 scale feet

RM 207 DELETED
13 Jul 87

Rm 207 PICKED UP
1 Jul 88 [illegible]

Rm 205 + 207
deleted 2 July 90

Rm 205 + 207
picked up 4 Jan 93

6 LAT

TSC




FIRST FLOOR PLAN, BUILDING 700 NORTH

SCALE: 3/32" = 1'-0"

Lat 77+88 = 165 AT

Campet 6311
Con 432
AT 392

## SCOPE OF WORK

REMOVE EXISTING OVERHEAD DOORS WHERE SHOWN. PROVIDE NEW METAL STUD FRAMING, INSULATION, GYPSUM BOARD AND EIFS TO BLOCK OPENING. PROVIDE NEW DOORS, FRAMES AND HARDWARE AS SHOWN.

REMOVE EXISTING WOOD STUD PARTITIONS IN EAST WING COMPLETE. REMOVE ALL EXISTING CARPET IN THE SAME AREA.

REMOVE WOOD STUD PARTITIONS IN CENTRAL NORTH WING AS NOTED. PROVIDE NEW PARTITIONS AND DOORS AS SHOWN.

PROVIDE NEW HANDICAPPED ACCESSIBLE RESTROOMS AND ALL ASSOCIATED PLUMBING AND FIXTURES AS REQUIRED. PROVIDE NEW CEILING, 8'-0" ABOVE FINISH FLOOR IN NEW RESTROOMS. PROVIDE NEW FINISHES AS INDICATED.

: NEW ENTRANCE CANOPY.

PROVIDE NEW MECHANICAL AND ELECTRICAL COMPONENTS AND ACCESSORIES AS INDICATED.

| | |
|---|---|
| REV. DATE | DESCRIPTION |
| TJS | DEPARTMENT OF THE ARMY DIRECTORATE OF PUBLIC WORKS FORT SILL, OKLAHOMA |
| | RELOCATE TASC TO KNOX HALL |
| | FIRST FLOOR PLAN |
| RR00004-7J | JUL 97 JOC |


237/ CC
330 LAT
1085
LATRINE
LATRINE
330
MATCH LINE "A"
MATCH LINE "A"
1286
FLOOR "C" UNLESS OTHERWISE NOTED.
FLOOR PLAN BLDG. 745
SCALE: 1/8" = 1'-0"
1/8" = 1'0"


all concrete
FLOOR PLAN, WEST END BLDG. 747
SCALE: 1/8"=1'-0"
807
24
Lat con
99
con Lat
TS
Hallway 831
Latrines 174
MATCH LINE


BLDG. 750
FIRST FLOOR PLAN BLDG. 750
LATRINE
PORCH
CARPET
352


SHOWERS
CARPET
CT


NOTE:
CARPET THROUGHOUT UNLESS OTHERWISE NOTED.
LAT
CT
CT
SHOWERS
THIRD FLOOR PLAN BLDG 750
SCALE: 1/8" = 1'-0"
1/8" = 1'0"
5 0 5 10 15 20
feet


ALPHA
606
120
96
BRAVO
585
120
FAMILY SUPPORT ROOM
600
EAST WING
BLDG 755
ALL carpet
Hallway 728
Carpet 3567
Lot AT
4295
AG
325
108
94
94
ID CARD
90
99
WEST WING
588
HHB
120
110
728
Hallway


FLOOR PLAN - BLDG 756
CARPET
CARPET


FLOOR PLAN - BLDG. 758
SCALE: 3/32" = 1'-0"
BLDG. 758
AT 48
1010 CARPET
280
240
180
210
LAT 150
LAT 135
Raised Floor
carpet 212
carpet 323
CARPET 153
car 110
carpet
817
162 CARPET
252 CARPET
162 CARPET
car 72
Lat 333 AT
AT 48
Carpet 4163
total 4211

70

BLDG. 759


CARPET UNLESS OTHERWISE NOTED
FLOOR PLAN
SCALE: 1/16"=1'-0"
1/16"=1'-0"
LAT - 300
AT - 400
Car - 3636
Rug
1011
56
240
400
AT
238
170
190
154
564
99
108
686
120

71


FLOOR PLAN BLDG. 811
SCALE: 3/32"=1'-0"
CARPET
CARPET
CARPET
CARPET
CARPET
CARPET
512
324
432
234
312
235
234
298
350
444
LAT c 444
Hallways c 1097
CARPET 1824
total 3365
2921

BLDG. 811




Car 416
AT 864
469
Lat 155

BLDG. 930

73


PARTIAL BASEMENT FLOOR PLAN
SCALE: 1/8"=1'-0"
Bldg. 1005
CARPET
AT
RUG
720
24X30
48
96
391
Carpet 768
AT 96
1533 SF


Carpet 1930
chapel tile - 1710
total Carpet 4366
total AT 1806
total lat 119
FIRST FLOOR PLAN
SCALE 1/8" = 1'-0"
1/8" = 1'0"
512
RUG
96
60
90
212
88
64
28
294
63
228
57x4
120
chapel tile 1710
AT
CT
W
C


Bldg 1273
N
Porch 92
204
204
SF 500



Admin 714 - AT
Lat 53 AT
234
53
LAT
315
AT
165
AT
UP
FLOOR PLAN-BLDG. 1459
SCALE 1/4"=1'-0"


AT
AT
AT
AT
Bldg 1465
FLOOR PLAN
AT 1582
Cat 0
Ld AT 48


16'-0"
12'-0"
FLOOR PLAN
Bldg 1466


FLOOR PLAN – BLDG. 1640
CARPET
CARPET
carpet 18806
AT 1693
Latrine 362
CT 377
21238


FIRST FLOOR PLAN-BLDG 1643
SCALE: 1/8"=1'-0"
PLATFORM
LATRINE
LAT
189
945
130
117
162
180
324
170
180
524
ALL CARPET UNLESS OTHERWISE NOTED
LAT 240
CARPET 2474

81