


82




NOTE:
DAY CLEAN ONLY

AT 144
con Hall 254
stairs 40
con land 20

BASEMENT FLOOR PLAN-BLDG. 1645
SCALE: 1/8"=1'-0"


1st Admin 5477
Lat 264 CT
AT 738
Car 4739
BLDG. 1651
FIRST FLOOR PLAN


SECOND FLOOR PLAN
BLDG. 1
4334
125
stairwell 67
120
186
130
Admin 4645
224
+30
254

85




FIRST FLOOR PLAN BLDG.1655
SCALE:1/16"=1'-0"

86


BLDG. 1655
BASEMENT FLOOR PLAN
SCALE: 1/16" = 1'-0"
B-4,5,6,7,8 RAISE FLOORS
B-8
B-7
B-5-6
B-4
B-9
B-14
Dark Room
CC
AT


SECOND FLOOR PLAN: BLDG 1655
NOTE: CARPET UNLESS OTHERWISE NOTED.
W Hall · 1204
Latrine - 385
Carpet - 520
AT - 5678
7402
Latrine 392
E Hall 1128 = (AT 635 + CAR 493)
Carpet 5515
AT 1128
DOL supply
Deleted
West
East

88




THIRD FLOOR PLAN · BLDG. 1655
SCALE: 1/16" = 1'-0"

1/16" = 1'0" scale 5 0 10 20 30 40 feet

Hallway 1008 sf
stairwell 270 sf
Rms AT 2711
3989

Latrine 468
Carpet 0

Lat 468
TOTAL AT 3989

165 sf delete 314

COR
19 OCT 87




Lat - 70
AT - 169


FLOOR PLAN


DEPARTMENT OF THE ARMY
DIRECTORATE OF PUBLIC WORKS
FORT SILL, OKLAHOMA
RENOVATE BLDG. 1721
FLOOR PLAN
98022-P01
Lat 180 QT
Car 5603
3428
MEN
WOMEN
COMPUTER ROOM
183
FILE / STORAGE
360
TRAINING ROOM
234
JOB INFO.
414
MEETING ROOM
90
STOR.
90
224
COURT ROOM
276
OFFICE
70
OFFICE
70
OFFICE
32
DIRECTOR OFFICE
132
FLOOR PLAN
92




FIRST FLOOR PLAN, BLDG. 1803
SCALE: 1/8"=1'-0"

Latrine 230

carpet - total both 7277
AT - 343 total
Com. 252 total
Stairwell total


SECOND FLOOR PLAN, BLDG. 1803
CARPET
AT
256
total
Carpet
Concrete stairwell
Latrines
72




Latrines only -
M/L - 380
W/L - 70

total - 450

FLOOR PLAN-BLDG. 1935
SCALE: 1/16" = 1'-0"


FIRST FLOOR PLAN · BLDG. 1946
SCALE: 1/8" = 1'-0"
MATCH LINE "K"
1773
CARPET
788
HPL
687

96


car
290
AT
336
car
140
car
63
car
car
137
III Comp Area
Car 493
Hallway 137
AT 336
966
B1920
PARTIAL FIRST FLOOR PLAN
SCALE: 1/8"=1'-0"


PARTIAL FIRST FLOOR PLAN·BLDG. 1950
SCALE:1/8"=1'-0"
MATCH LINE "A"
MATCH LINE "L"
SIDEWALK
CARPETED AREA
W. LAT.
M. LAT.
Carpet 4799
AT 393
Rubber 335
5527
Latrine 168
sidewalk + Front Porch - 1965

98


PARTIAL FIRST FLOOR PLAN - BLDG. 1950
SCALE: 1/8"=1'-0"
NOTE: CARPET UNLESS OTHERWISE NOTED
BREAK ROOM
SCALE: 1/8"=1'-0" (ABOVE DRAFTING)
CARPETED AREA
SIDEWALK
MATCH LINE "L"
PAY ITEM 3
B. 1950-P1
Carpet 2062
AT 1267
Rubber 140
3469
Latrine 187
Update 5 Sep 89


SECOND FLOOR
PARTIAL FIRST FLOOR PLAN
SCALE: 1/8" = 1'-0"
W/L 30
M/L 34
Carpet
576
Housing call
carpet 576
Lot G4 AT
BLDG 1950
100


B-1950-2
PAY ITEM 3
SECOND FLOOR PLAN - BLDG. 1950
SCALE: 1/8" = 1'-0"
NOTE:
CARPET UNLESS OTHERWISE NOTED.
MATCH LINE "C"
MATCH LINE "K"
LATRINE
RUBBER
M. LAT.
Car 3431
AT 248
Rub 199
3878
Lat 163

101

Lot 80
Con 116
AT 81
Cor 713
910

AT




B2103

102


156
car
car
264
car
168
219
car
car
120
Mens latrine AT
carpet
1911
Womens Lat AT
80
608
186
car
car
car
car
car
car
car
108
108
108
108
108
108
B2192
car 4160
Lat 200

B2515

FLOOR PLAN SCALE: 1/8" = 1'-0"

XE-00030-5P

CONSTRUCT STORAGE BLDG.

Lot 153

Car. 483




104


← added 16 July 90
Car 667
Lat 64
2583
added 1 Aug 90
add 1 Feb 94
381
Car
70
Car
84
Car
132
Car
AT
AT
FLOOR PLAN BLDG. 2583 2587, 2590, 2593
SCALE 1/8"=1'-0"


FLOOR PLAN BLDG. 2584
SCALE
1/8"=1'-0"
BLDG 2584


CARPET
684
CARPET
540
M. Lat
AT
192
W. Lat
AT
108
882
stage
AT
72
CARPET
CARPET
FLOOR PLAN-BLDG. 2585
SCALE: 1/8"=1'-0"
ALL CARPET UNLESS NOTED
Lat 300 - AT
Hall 142 - Car
Class. 2106 - Car
stage 72 AT
2320




Latrine 162
Car 2474
AT 668
3142

BLDG 2587

BLDGS. 2581, 2582, 2585, 2589, 2591, 2594, 2595

DEQ classrooms

Lot 3986
140




FLOOR PLAN-BLDG. 2591
SCALE 1/8"=1'-0"




Lot 141
Carpet 3795

BLDG. 2592


B 2593
(AT) LATRINES - 96 Sq. Ft.
(C) CARPET - 2677
TOTAL - 2773
NOTE:
CARPET THRU-OUT UNLESS OTHERWISE NOTED.
W. LAT.
M. LAT.
CT
CT
FLOOR PLAN BLDG. 2593
SCALE: 1/8"=1'-0"
PAY ITEM 3

111


FLOOR PLAN-BLDG 2594
1273
185
1204
1084
Admin 4034
Lot 133
2594

BLDGS. 2581, 2582, 2585, 2589, 2591, 2594, 2595




FLOOR PLAN-BLDG. B2595
SCALE 1/8" = 1'-0"

Lad 108 AT
2584 Car


620
440
260
W
LAT W.
85
385
840
FLOOR PLAN - BLDG. 2596
SCALE: 1/8" = 1'-0"
NOTE:
ALL CONCRETE UNLESS OTHERWISE NOTED.
Lat 104
Total 3190
BLDG. 2596

B2719




Carpet 850
Latrines 131

115




FLOOR PLAN - BLDG. 2866
SCALE: 1/8" = 1'-0"

tot 220 con
car - 2261
4T - 198 } 2459

BLDG. 2866


2868
ALL CARPET UNLESS OTHERWISE NOTED
Car - 2319
AT - 177
Lat 172
C -
69'-4"
71'-4'
CARPET
AT
LATRINE
CARPET
FLOOR PLAN, BLDG. 2868
SCALE 1/8"=1'-0"

117


FLOOR PLAN, BLDG. 2869
SCALE:1/8"=1'-0"
ALL CARPET UNLESS OTHERWISE NOTED
CARPET
AT
carpet
LATRINE
Cor 2095
AT-433

118


BLDG. 2870
ALL CARPET UNLESS OTHERWISE NOTED
FLOOR PLAN - BLDG 2870
SCALE: 1/8" = 1'-0"
1/8" = 1'0"
Hallway 175
Lat 126 AT
Carpet 2259
108
108
216
CARPET
168
539
AT 91
AT 35
AT
175
108
108
202
CARPET
84
112
112
394




FLOOR PLAN, BLDG. 2871
SCALE: 1/8"=1'-0"

Lot - 193 - concrete

BLDG. 2871

120


BLDG. 2874
FLOOR PLAN, BLDG. 2874
SCALE:1/8"=1'-0"
71'-4"
69'-4"