
FLOOR PLAN, BLDG. 2875
SCALE: 1/8"=1'-0"
FLOOR CARPET THROUGHOUT UNLESS NOTED
AT
14
AT
11 154
GLASS PARTITION
M/L 36
W/L 35
Latrine
71 AT
304 AT
2625 Cair
2929
BLDG. 2875


FLOOR PLAN
Bldg. 2913
Lot 179
AT 3426
Rug 250
total 3676


FLOOR PLAN BLDG. 2927
SCALE: 1/4" = 1'-0"
1/4" = 1'0"
NOTE: ALL CARPET UNLESS OTHERWISE NOTED.
308
Car
Car
AT
90
Car
154
Car
90
Lat
AT
220
Car
Lat - 90
AT 381
Car 862
1243
BLDG. 2927



Exis'ing Bldg
CAR
CAR
CAR
CAR
WAITING AREA
CAR
170
170
160
150
47
47
264
W
E
Hall 160
Car 754 } 914
Lat 94
NEW ADDITION FLOOR PLAN, BUILDING 2930
SCALE: 1/4" = 1'-0"


FLOOR PLAN-BLDG.
SCALE: 1/4"=1'-0"
Bldg. 2930
car
car
car
car
lat
63
266
27
90
432
carpet- 851
lat 27


FLOOR PLAN · BLDG. 2936
SCALE: 1/4" = 1'-0"
NOTE:
- CARPET THROUGHOUT UNLESS OTHER WISE NOTED.
Carpet 966
Lot 88




Lat 63 AT

AT 109 } 766
Car 657 }


FLOOR PLAN-BLDG 2943
SCALE: 1/8"=1'-0"
LATRINE AT
LATRINE AT
AT
CAR
ADMINISTRATION
CAR
CAR
CAR
CAR
CARPET
CAR
AT
CAR
Car 153
AT 3128
3281
UPDATED 9 NOV 87
Lat - 300
3281

129

AT Latrine 180
Carpet 2345




130


FLOORS "AT" UNLESS OTHERWISE INDICATED
FIRST FLOOR PLAN, BLDG. 3168
SECOND FLOOR PLAN, BLDG. 3168
CARPET
RUG
LATRINE
AT
1st Fl
Lat 178
Cor 45
AT 359
Car 1494
1898
totals
Lat 288
Cor 45
Stairwell 136
AT 359
Car 2437
2977
2nd Fl
stairwell 136
Lat 110
Car 943



MEETING ROOM
CARPET
770 SF
RUG
CT
LATRINE
STORAGE ROOM
AT
FLOOR PLAN, BLDG. 3280
SCALE: 1/8"=1'-0"
Carpet 3019
AT, 1046
1454 chapel
770
Hallway
390
total 7065
Lat 300
between pews
1080 SF AT


BLDG. 3280


Bldg 3281
Car 1276
AT 2473
CT 3030
Lot 671


DRMO METAL BUILDING FLOOR PLAN
SCALE:1/8"=1'
DRMO METAL BUILDING
B3321
134


U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
TULSA, OKLAHOMA
FORT SILL
LAWTON, OKLAHOMA
PN 3268 FY90
RELIGIOUS EDUCATION FACILITY
B4121
A51
JULY 1991
Lat 674 CT
Car 13873
CT 200 entrances (2)
Lin 592 Stage
AT 168 Kitchen
14883

135



FIRST FLOOR PLAN, BLDG. 4907
SCALE: 1/8"=1'-0"
PAY ITEM I
BLDG. 4907
1st Fl
Car 1926
AT 1758
Lat 190
CARPET - 1,762 SF
AT - 3,237 SF
LAT - 246 SF
Total - 4999 SF
added
12 Mar 90


136


BLDG. 4907
LAT 30
CARPET 1270
SECOND FLOOR, BLDG. 4907
CARPET
202
203
204
205
206
208
209
210
211
212
165
150
180
310
340
60


FIRST FLOOR PLAN
SECOND FLOOR PLAN
THIRD FLOOR PLAN
FOURTH FLOOR PLAN
FIFTH FLOOR PLAN
SIXTH FLOOR PLAN
FLOOR PLANS, CONTROL TOWER, BLDG. 4907
SCALE: 1/4" = 1'-0"
PAY ITEM I
CONTROL TOWER, BLDG. 4907




139


AT
202
418
203
201
AT
206
210
car
156
207
AT
132
lat
car
252
211
220
AT
126
212
213
214
216
217
215
218
219
220
222
221
B491C
2d Floor
AT 886
car 408
lat 299
140
B 4915
'99MAR18 AM 9:42 RC
SECOND FLOOR


FLOOR PLAN, BLDG. 5033
AT 208
AT 176
AT 152
227
1357
AT
con
951
con 241
con 180
212
con
AT
624
con 1670
AT 2744
4414
Lot 224 AT


FIRST FLOOR PLAN, BLDG. 5676
SCALE: 1/16"=1'-0"
carpet thru-out


Hallway 455
Carpet 2215 (includes hall)
Lot 120 CT
Daytime
5678
FIRST FLOOR PLAN
Carpet thru-out
833
G.O.R.
Lounge

35723



TECHNIC (HIBIT 1
LIST OF BUILDING fO BE CLEANED

## REIMBURSABLE CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq.ft.) | LATRINE (sq.ft.) | DAY/NIGHT |
|---|---|---|---|---|
| 340 | Defense Printing Service | 1,441 | 97 | D |
| 461 | CECOM, Software Engineering, Fire Support | 12,614 | 760 | D |
| 467 | CECOM, Fire Support Software Engineering | 3,892 | 161 | D |
| 700N | DPTM | 4,999 | 624 | D |
| 700S | TELOS | 18,618 | 1,356 | D |
| 700S | CECOM , FATDS (net) | 17,548 | 0 | D |
| 911 | TRADOC Regional Coordinating Element F | 2,260 | 118 | D |
| 954 | Fire Direction Data Manager Support Facility (KODAR) | 1,107 | 40 | D |
| 1607 | DFAS | 14,289 | 857 | D |
| 1945 | Corps of Engineers | 2,738 | 363 | N |
| 2285 | Single Stock Fund Admin Office | 1,565 | 132 | D |
| 2287 | Aviation and Missile Command | 837 | 139 | D |
| 2769 | 2d Simulation Excercise Group 1st Bde (BCST) 75th Div. | 2,248 | 192 | D |
| 2770 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 2,913 | 208 | D |
| 2771 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,758 | 208 | D |
| 2778 | Defense Investigative Service/Lawton Resident Agency | 1,511 | 73 | D |
| 2872 | 5045 th Garrison Support Unit | 2,503 | 220 | D |
| 2873 | 5045 th Garrison Support Unit | 2,522 | 257 | D |
| 2934 | DEQ, CEIHOT | 20,367 | 1,618 | N |
| 3166 | DFAS | 10,944 | 521 | D |
| 3354 | 122nd Arcom, ECS GS | 1,759 | 342 | D |
| 4700 | DFAS | 114,338 | 3,770 | D |
| 4922 | 1475th Logistic Support Battalion, 75th Infantry Div. (E) | 10,110 | 353 | D |
| 5030 | US Army Readiness Gp, Ft. Sill | 19,368 | 1,240 | D |
| | **TOTAL - REIMBURSABLE CUSTOMERS** | **274,249** | **13,649** | |

Technical Exhibit 1
DABT39-00-B-1001




FLOOR PLAN BLDG. 340
SCALE: 1/8" = 1'-0"

CAR 874
AT 567
Lot 97


BLDG. 461
FIRST FLOOR PLAN BLDG. 461
SCALE: 1/8" = 1'-0"
WEST BREEZEWAY - 1ST FLOOR
N.T.S.
TO B. 461
MATCH LINE
MATCH LINE
LATRINE
RUG
AT
C
Hallway
150 X 6 car
900
car 99
car 78

147




148


WEST BREEZEWAY 2ND FLOOR
N.T.S.
OUT DOOR CARPET
MATCH LINE
MATCH LINE
SECOND FLOOR PLAN BLDG. 461
SCALE: 1/8"=1'-0"
1/8"=1'-0"
scale
feet
BLDG. 4


UPDATED
5 JUN 87
FIRST FLOOR PLAN, BLDG. 467
SCALE: 3/32" = 1'-0"
LATRINE
AT
T
1035
1085
240
1035
Library
AT
407


BASEMENT FLOOR PLAN BLDG. 700
SCALE: 1/32" = 1'0"
Total Basement
Admin 7738
tot. 1320
North
Hallway 2023
tot 624
South
Admin 5715
tot. 696
1290 sf
373
See Annex Floor Plan
AT 3400
1220 sf
2108
2127
2128
B11
car
B12
B15
sf
378
B-2
car
874
B-3
car
839
B-6
1080
B-7
940
B-8
car
685
B18
975
B19
1014


Admin 6805
1813
Rm A1
4T
PLATFORM
Hallway 4T
1043
720
Rm A-2
4T
216
4T
Rm A-3
4T
960
PLATFORM
Rm A-4
4T
1360
PLATFORM
693
Rm A-5
4T
FLOOR PLAN - BLDG. 700 (ANNEX)
SCALE: 1/8"=1'-0"
Lot 0
Note:
4T unless otherwise noted.




FIRST FLOOR PLAN BLDG. 700
SCALE: 1/32" = 1'-0"


CONFERENCE
TABLE 3
STORAGE
AT
157
HVAC
MEN
TABLE 1
COPIER
BLDG 911
AT 157
CAB 2103
Lat AT 118
2260
204
210
140
126
150
144
252
611
Lat
62
AT
Lat
56
AT

154


1107 Admin Carpet 1023
40-Latrine
ADMIN. CAR 99
ADMIN. CAR 110
ADMIN. CAR
286
CAR 99
ADMIN. AT CAR 242
ADMIN. AT
84
LATRINE 40
CAR 187
FLOOR PLAN BLDG. 954
SCALE: 1/8" = 1'-0"
1/8" = 1'0"
feet
scale


MATCH LINE
PORCH
carpet
2214
334
193
1058
207
15C
LT
car
FIRST FLOOR PLAN, BLDG. 1607
SCALE: 1/8" = 1'-0"
Admin car 3791
lat 362 LT
total Landings & stairwells 497 Rubber
BLDG. 1607
156


MATCH LINE
conf Room
car
1008
MATCH LINE
THIRD FLOOR PLAN, BLDG. 1607
SCALE: 1/8"=1'-0"
Admin 2470
Lot 149
BLDG. 1607



SECOND FLOOR PLAN - BLDG. 1607
384
312
783
416
416
1053
cT 173
Hallway 735
497 landings & stair-walls
cT 173
702
416
702
416
1196
346 cT
Admin 6796
Hallway 735
7531


SECOND FLOOR PLAN-BLDG. 1945, WEST
SCALE: 1/8" = 1'-0"
OFFICE CARPET
308
SECOND FLOOR PLAN-BLDG. 1945, EAST
SCALE: 1/8" = 1'-0"
BREAK ROOM
FIRST FLOOR PLAN-BLDG. 1945
SCALE: 1/8" = 1'-0"
VESTIBULE
OFFICE
WOMENS
MENS
SPRINKLER ROOM
WORK AREA
MECH. ROOM
MATCH LINE "A"
150
192
171
110
162
100
792
815
145
480
345
130




LAT 132
AT 1565
1697

P/2 D

160

BLDG. 2287
036943
MICROFILMED




Hallway 160 AT } 837
Admin 677 AT }
Lat 139 CT

FLOOR PLAN-BLDG. 2287
SCALE: 1/8" = 1'-0"