
FLOOR PLAN, BLDG. 2769
carpet thru out


AS BUILTS SUBMITTED BY
DEPARTMENT OF THE ARMY
JOB ORDER CONTRACTING
FORT SILL, OKLAHOMA
Bldg. 2770
carpet 1081
AT 416
AT Hallway 416
lat 208
1832
total 2913
lat 208
Rm 104
Rm 105
Rm 106
Rm 112
Rm 113
Rm 111
car
AT
143
234
372
780
180
104
132
44
456


AS BUILTS SUBMITTED BY
GWN / FT. SILL JOINT VENTURE, INC.
DEPARTMENT OF THE ARMY
JOB ORDER CONTRACTING
FORT SILL, OKLAHOMA
Bldg. 2771
total 3758
lat 208
Carpet 533
AT 2928
AT Hallway 297
lat 208
3225


Lot 73
Carpet 1314
AT 197
total of 1511
BLDG. 2778
carpet
Carpet
AT
FLOOR PLAN, BLDG. 2778
ALL CARPET EXCEPT AS INDICATED

BLDG. 2872

carpet 1636
AT 867 } 2503
Lat AT 220




FLOOR PLAN BLDG. 2872
SCALE: 1/8"=1'-0"

FLOOR PLAN
SCALE: 1/8" = 1'-0"

Bldg. 2873




Carpet 1538
AT 984 } 2522
Lot AT 257

2873



AUDITORIUM 5799
STAGE
VESTIBULE 144
CLASSROOM 640
CLASSROOM 600
CLASSROOM 660
CLASSROOM 903
CLASSROOM 747
AT MOCK-UP ROOM 576
CONFERENCE 576
AT CLASSROOM 720
BROADCAST CLASSROOM 720
LIBRARY 182
CLASSROOM 577
CLASSROOM 634
B2934
Aud 5799
Vestibule 144
Hallway - 3435
carpet 9693
AT 1296
Lot 1618
20367
CT


BLDG. 3166 -2
CARPET
2373
135
132
LATRINE F
222
378
176
320
192
162
552
276
362
SECOND FLOOR PLAN, BLDG. 3166
AT 136
Lat 521
car
stairwell

169


FIRST FLOOR PLAN, BLDG. 3166
CARPET
CAR
LATRINE


FLOOR PLAN, BLDG. 3354
SUPPLY ROOM
BREAK ROOM
OFFICE
MEN'S LAT.
NOTE: CONCRETE THROUGHOUT UNLESS OTHERWISE NOTED.


GROUND FLOOR


SECOND FLOOR
Bldg A
202
1075
1840
1075
880
595


FOURTH FLOOR PLAN
17023
Admin - 17683
Lat - 685
stairwell
Bldg. 4100

174




8900 - Carpet
21,133 carpet
30,033 carpet
30,218 Lot
283 Lot
242 Lot
525
89 AT
96 AT
185 AT


FIRST FLOOR
Bldg. 4100


ACCOUNTING
THIRD FLOOR PLAN
Bldg. 4770
Admin 17678
Lot 685
stairwell
14712
173
173
231
273
484
288
436
256
211
368
243
120
150
150
LAWTON-FORT SILL OPLOC
THIRD FLOOR PLAN
A4


SECOND FLOOR PLAN
SCALE 1/4" = 1'-0"
S-4
R
MAINT.
R
LOG (OFC/UST)
R
1475th LSB
1st SGT.
R
LSB (CDR)
R
LSB (XO)
R
S-3
R
S-1
R
RT
LIMIT OF WORK
4'-0"
PARTS STORAGE
C
TOOL RM
RT
MAINT. OFFICE
RT
288
CLASSROOM/ADMIN
R
CLASSROOM/ADMIN
RT
FIRST FLOOR PLAN
SCALE 1/4" = 1'-0"
Bldg 4922
MECH. RM.
MECH RM.
CLASSROOM (COMMON)
R
FEMALE LATRINE
CT
444th MAINT. DN.
R
MALE LATRINE
CT
BREAKROOM (COMMON)
CLASSROOM
R
FEMALE LATRINE
CT
AT
Concrete
Carpet


FIRST FLOOR PLAN, BLDG. 5030
SCALE:1/8"=1'-0"
FIRST FLL
N, BLDG. 5030
Rm 112
Rm 111
Rm 110
Rm 109 A
Rm 109
Rm 108
Rm 106
Rm 122
Conf Rm
Classroom
Porch


SECOND FLOOR PLAN, BLDG. 5030
SECOND FLOOR PLAN, BLDG. 5030
SCALE 1/8"=1'-0"
DOWN
UP


THIRD FLOOR PLAN, BLDG. 5030
SCALE: 1/8"=1'-0"
Rm 5122
Hall 1421
6576 AT
Lat 557
THIRD FLOOR PLAN, 5030