EMPIRE PAPER COMPANY
PO BOX 479 · WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK EMERGENCY RESPONSE PHONE #: 800-535-5053

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHA[NDISE] CAREFULLY BEFORE S[IGNING]. SIGNATURE OF BUYE[R] BUYER'S REPRESEN[TATIVE] ACKNOWLEDGES RECEIPT, [TO]TAL LIABILITY FOR PAY[MENT]. ALL MERCHANDISE ON THIS ORDER, ITEMS RECEIVED I[N] CONDITION AND M.S.D.S. WERE RECEIVED.

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307****
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 12770[?] |

**SOLD TO:** H & R SERVICES
PO BOX 40
PIGEON FORGE TN 37863
5803516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670 | 10/25/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | C | [redacted] | [redacted] |
| 7 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 7 | C | [redacted] | [redacted] |
| 7 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 7 | C | [redacted] | [redacted] |
| 1 CS | 4 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | [redacted] | [redacted] |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | [redacted] | [redacted] |
| 1 CS | 6 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | C | [redacted] | [redacted] |

10/24/01
10.26

[redacted]

* * * END OF ORDER * * * RTE: [redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

763

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYEI BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A TAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED II CONDITION AND M.S.D.S. WERE RECEIVED.

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307****
**********************************
SHIP ON:

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 128806 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 40
PIGEON FORGE TN 37863
5002516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670 | 10/26/01 | MUNROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | GPC-TS1636F | MAIN ST 1PLY TISSUE 96/1000 | | C | [redacted] | [redacted] |
| 6 CS | GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | | C | [redacted] | [redacted] |
| 6 CS | GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | | C | [redacted] | [redacted] |
| 1 CS | GPC-RK350E | NATURAL ROLL TOWEL 12/350' | | C | [redacted] | [redacted] |
| 1 CS | DIA-9000 | 2.5OZ DEOD SOAP UNWRAP 1/200 | | C | [redacted] | [redacted] |
| 1 CS | PIT-H43483 | 43X48 H/D LINER 16MIC 1/200 | | C | [redacted] | [redacted] |
| 1 CS | PIT-MR30371 | 30X37 CUPELERS LINER 10MI20/25 | | C | [redacted] | [redacted] |

09:50
10/29/01

[redacted]

* * * END OF ORDER * * *

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

764

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-8628
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIG... SIGNATURE OF BUYER ... BUYER'S REPRESENT... ACKNOWLEDGES RECEIPT AN... LIABILITY FOR PAYME... ALL MERCHANDISE ON THIS ... ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE ...VED.

PAGE 1

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307*****
*************************************

| STOP NO. | TOTAL CASES | INVOICE N... |
|---|---|---|
| | | 129744 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 40
PIGEON FORGE TN 37863
5803516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 305670 | 11/05/01 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | C | [redacted] | |
| 2 CS | 2 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 2 | C | | |
| 3 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 3 | C | | |
| 4 CS | 4 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 4 | C | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |
| 1 CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | | |
| 1 GL | 7 SPA-44504 | SUPER SPRAY BUFF 4/GL | 1 | G | | |
| 2 GL | 8 SPA-30054 | PLUS 5 DRY FOAM SHAMPOO 4/GL | 2 | G | | |

11/05/01 69.00

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

* * * END OF ORDER * * * RTE: LAWTON

765

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA[ ] CAREFULLY BEFORE [ ] SIGNATURE OF BUYE[ ] BUYER'S REPRESE[ ] ACKNOWLEDGES RECEIPT, [ ]TAL LIABILITY FOR PAY[ ] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED [ ] CONDITION AND M.S.D.S. WERE RECEIVED.

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307****
*******************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 13074 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 40
PIGEON FORGE TN 37863
5803516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670 | 11/15/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | C | [illegible] | [illegible] |
| 6 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 6 | C | [illegible] | [illegible] |
| 6 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 6 | C | [illegible] | [illegible] |
| 2 CS | 4 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 2 | C | [illegible] | [illegible] |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | [illegible] | [illegible] |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | C | [illegible] | [illegible] |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | [illegible] | [illegible] |

11/15/01
10:20

766

*** END OF ORDER ***   RTE# LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 · WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 289-9626
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA[...] CAREFULLY BEFORE S[...] SIGNATURE OF BUYE[...] BUYER'S REPRESE[...] ACKNOWLEDGES RECEIPT A[...] TOTAL LIABILITY FOR PAY[...] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I[...] CONDITION AND M.S.D.S. WERE RECEIVED.

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307****
***********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 13180 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 40
PIGEON FORGE TN 37863
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670 | 11/19/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | C | [redacted] | |
| 5 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 5 | C | | |
| 3 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 3 | C | | |
| 1 CS | 4 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | C | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |

11/19/01 09:45

[redacted]

767

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9628
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHA[illegible] CAREFULLY BEFORE S[illegible] SIGNATURE OF BUYE[illegible] BUYER'S REPRESEN[illegible] ACKNOWLEDGES RECEIPT [illegible] TAL LIABILITY FOR PAYM[illegible] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I[illegible] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307****
*****************************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 13243[illegible] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 40
PIGEON FORGE TN 37863

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5003516005

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE[illegible] |
|---|---|---|---|---|---|---|
| 305670 | 11/26/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | C[redacted] | [redacted] | [redacted] |
| | 3 CS | 2 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 3 | C | | |
| | 5 CS | 3 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 5 | C | | |
| | 1 CS | 4 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | C | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |
| X | COMPOUNDS,CLEANING LIQUID,8,NA1760,PGII | | (CONTAINS POTASSIUM HYDROXIDE | | | | |
| | 1 PL | 6 R&C-04805 | *METALIST WAX STRIPPER 5/GL | 1 | P | | |
| | CORR MAT: | 51 LB | | | | | |

08:00
11/26/01

[redacted]

768

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9628
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA[NDISE] CAREFULLY BEFORE SIGNATURE OF BUYE[R] BUYER'S REPRESE[NTATIVE] ACKNOWLEDGES RECEIPT [T]OTAL LIABILITY FOR PAY[MENT] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307*****
****************************************

SHIP ON: 12/03/01 PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 13350 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X *[signature]*

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 40
PIGEON FORGE TN 37863
5803516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670 | 11/30/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | C | | |
| | 4 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 4 | C | | |
| | 4 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 4 | C | | |
| | 1 CS | 4 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | C | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | C | | |

*** END OF ORDER *** RTE: LAWT[ON]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

769

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA[illegible] CAREFULLY BEFORE [illegible] SIGNATURE OF BUYE[illegible] BUYER'S REPRESE[illegible] ACKNOWLEDGES RECEIPT, [illegible]TAL LIABILITY FOR PAY[illegible] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED [illegible] CONDITION AND M.S.D.S. WERE RECEIVED.

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307****
***********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 134550 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 40
PIGEON FORGE TN 37863

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5003516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670 | 12/10/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 3 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | [redacted] | [redacted] |
| | 6 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | [redacted] | [redacted] |
| | 6 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | [redacted] | [redacted] |
| | 1 CS | 4 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | [redacted] | [redacted] |
| | 1 CS | 5 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | [redacted] | [redacted] |
| X | COMPOUNDS, CLEANING | LIQUID, 8, NA1760, PGIII, | (CONTAINS HYDROCHLORIC (MURIAT | | | [redacted] | |
| | 1 CS | 6 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | [redacted] | [redacted] |
| | 1 CS | 7 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | CS | [redacted] | [redacted] |
| | CORR MAT: | 0 LB | | | | | |

0750
12/10/01

24 Dec
31 Dec.
OPEN 6:30 10 am

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

770

EMPIRE PAPER COMPANY

PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... AL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307*****
*************************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 135563 |

**SOLD TO:**
H & R SERVICES

PO BOX 40
PIGEON FORGE TN 37863
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670 | 12/20/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 3 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| DELV DEC. 20TH | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 6 CS | GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| 6 CS | GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| 1 CS | GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | CS | | |
| 1 CS | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |

12/20/01 09:05

771

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

*** END OF ORDER *** RTE: LAWTON ...

EMPIRE PAPER COMPANY

PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHA[…] CAREFULLY BEFORE […] SIGNATURE OF BUYE[…] BUYER'S REPRESE[…] ACKNOWLEDGES RECEIPT, […]TAL LIABILITY FOR PAY[…] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED[…] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307*****
*********************************
SHIP ON: SHIP TO /01

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 13697[…] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

SOLD TO:

H & R SERVICES
PO BOX 40
PIGEON FORGE TN 37863

SHIP TO:

H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5A03516A05

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE[…] |
|---|---|---|---|---|---|---|
| 305670 | 12/28/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| THEY WILL BE OPEN ON THE 31ST | OPEN 6:45AM DELV BEER 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | [redacted] | |
| | 4 CS | 2 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 4 | CS | | |
| | 4 CS | 3 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 4 | CS | | |
| | 1 CS | 4 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | CS | | |
| | 1 CS | 5 PIT-H43483 | 43X48 H/D LINER 16MIC 1/200 | 1 | CS | | |
| | | | 3.250 % SALES TAX ON 336.19 | 10.93 | | | |
| | | | .250 % SALES TAX ON 336.19 | .84 | | | |
| | FUEL SURCHARGE: | 1.50 | 4.500 % SALES TAX ON 336.19 | 15.13 | | | |
| | TOTAL WEIGHT: | 407.900 LBS | | | | | |
| | TOTAL CUBIC VOLUME: | 30.840 | | | | | |
| | | | | | INV[…] | | |

08:25 12/31/01

772

[redacted]

EMPIRE PAPER COMPANY · WICHITA FALLS, TX · LAWTON, OK
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# P. .KING / DELIVERY SLIP

PLEASE CHECK MERCHAN... CAREFULLY BEFORE S... SIGNATURE OF BUYE... BUYER'S REPRESEN... ACKNOWLEDGES RECEIPT ... TAL LIABILITY FOR PAYM... ALL MERCHANDISE ON THIS ...DER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

*****REMIT TO: PO BOX 479*****
*****WICHITA FALLS, TX 76307*****
**************************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 136489 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**

H & R SERVICES

PO BOX 40
PIGEON FORGE TN 37863

**SHIP TO:**

H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5003516005

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670 | 12/27/01 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 3 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| DO NOT DELIVER UNTILL 12/27 | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | [redacted] | [redacted] |
| 5 CS | GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| 6 CS | GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| 1 CS | GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | CS | | |
| 1 CS | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | MMM-20WHT | 20" WHITE POLISH PAD 5/CS | 1 | CS | | |

12/27/01
0810

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

773

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

EMERGENCY RESPONSE PHONE #: 800-535-5053

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT, TOTAL LIABILITY FOR PAYMENT ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 164171 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 305670*** | 07/08/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 3 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 CS | 1 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC | 20/50 | 1 | CS | | |
| 1 CS | 2 | PIT-MR40483 | 40X48 CORELESS LINER 16MI | 10/25 | 1 | CS | | |
| 6 CS | 3 | GPC-MK530E | NATURAL MULTIFOLD TOWEL | 16/250 | 6 | CS | | |
| 5 CS | 4 | GPC-SK1850E | NATURAL SINGLEFOLD TOWEL | 16/250 | 5 | CS | | |
| 2 CS | 5 | GPC-RK350E | NATURAL ROLL TOWEL | 12/350' | 2 | CS | | |
| 4 CS | 6 | GPC-TS1636E | MAIN ST 1PLY TISSUE | 96/1000 | 4 | CS | | |
| 1 CS | 7 | RCM-25122073 | 1/2 FOLD SEAT COVER | 20/250 | 1 | CS | | |
| 5 BX | 8 | SAF-61078L | LARGE LATEX EXAM GLOVE | 10/100 | 5 | BX | | |

TOTAL WEIGHT: 544.000 LBS TOTAL CUBIC VOLUME: 47.020

774

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PLEASE CHECK MERCHAN' 'AREFULLY BEFORE SI SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A .AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 165244 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X *(signature)*

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 07/15/02 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 5 CS | 2 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| 6 CS | 3 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| 1 CS | 4 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 1 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 2 EA | 7 KRS-KD100 | WHITE PLASTIC SEAT COVER DISP. | 2 | EA | | |

TOTAL WEIGHT: 520.900 LBS TOTAL CUBIC VOLUME: 45.290

*** END OF ORDER *** RTE: LAWTON ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

775

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHAN... CAREFULLY BEFORE S... SIGNATURE OF BUYER ... BUYER'S REPRESEN... ACKNOWLEDGES RECEIPT A... TOTAL LIABILITY FOR PAYM... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 166403 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700*** | 07/25/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 8 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 2 CS | 1 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 5 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 5 | CS | | |
| | 5 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| | 4 CS | 4 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| | 1 CS | 5 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 501.900 LBS TOTAL CUBIC VOLUME: 45.130

776

*** END OF ORDER *** RTE = 1 OUIT...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3067

AFFLINK EMERGENCY RESPONSE PHONE #: 800-535-5053

# INVOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT A... TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 16720 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 07/29/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS: ORDER PLACED WITH MONROE

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| | 5 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 5 | CS | | |
| | 5 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| | 2 CS | 4 GPC-RK350E | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| X | COMPOUNDS,CLEANING LIQUID,8,NA1760,PGIII, | | (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | |
| | 1 CS | 7 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |
| | 1 EA (B/O 3 EA) | 8 KRS-KD100 | WHITE PLASTIC SEAT COVER DISP. | 1 | EA | | |

TOTAL WEIGHT: 531.000 LBS TOTAL CUBIC VOLUME: 45.130
CORR MAT: 30 LB

777

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX - LAWTON, OK
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYEI BUYER'S REPRESEN ACKNOWLEDGES RECEIPT, TAL LIABILITY FOR PAYN ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 17708' |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 10/07/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 8 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| | 8 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 669.000 LBS TOTAL CUBIC VOLUME: 62.650

Bob
10/07/02
0830

778

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 179011 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 5803516805 264700*** | 10/21/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

DELIVERY INSTRUCTIONS: ORDER PLACED WITH MONROE

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 4 CS | 1 | GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 6 CS | 2 | AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| 7 CS | 3 | AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 2 CS | 4 | AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 1 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 5 BX | 7 | SAF-61078L | LARGE LATEX EXAM GLOVE 10/100 | 5 | BX | | |

TOTAL WEIGHT: 5[illegible].600 LBS TOTAL CUBIC VOLUME: 51.580

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

779

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHAN CAREFULLY BEFORE S SIGNATURE OF BUYEF BUYER'S REPRESEN ACKNOWLEDGES RECEIPT / AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 180419- |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SHIP ON:

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700 | 10/28/02 | | 1% 10 NET 30 | CASH & CARRY | CUSTOMER | 2( |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| DEWAYNE WILL DELIVER IN AM!! | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | 1 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 4 | CS | 17.35 | 69.4 |
| | 4 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 4 | CS | 17.35 | 69.4 |
| | | | 3.250 % SALES TAX ON 138.80 | 4.51 | | SUB-TOTAL | 138.8 |
| | | | .500 % SALES TAX ON 138.80 | .69 | | | |
| | | | 4.500 % SALES TAX ON 138.80 | 6.25 | | ADD-CHARGES | 11.4 |
| | TOTAL WEIGHT: | 185.600 LBS | | | | INVOICE TOTAL | 150.2 |
| | TOTAL CUBIC VOLUME: | 16.680 | | | | | |

780

**** TO INSURE PROPER CREDITING, PLEASE TEAR ALONG THIS LINE AND MAIL THIS PORTION WITH YOUR REMITTANCE

| CUST # | INVOICE # | DATE | AMOUNT | | |
|---|---|---|---|---|---|
| 264700 | 180419-00 | 10/28/02 | 150.25 | H & R SERVICES | AMOUNT ENCLOSED $ ________ |

* * * END OF ORDER * * *

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 177887 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

**SOLD TO:**

H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:**

H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

JH

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 10/14/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H/M | QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | 4 CS | 1 | GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| | 6 CS | 2 | AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 8 CS | 3 | AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 2 CS | 4 | AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 2 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| | 1 CS | 6 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |

TOTAL WEIGHT: 611.900 LBS TOTAL CUBIC VOLUME: 53.860

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

781

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9628

AFFLINK

# INVOICE

PLEASE CHECK MERCHA[illegible] CAREFULLY BEFORE [illegible] SIGNATURE OF BUYE[illegible] BUYER'S REPRESE[illegible] ACKNOWLEDGES RECEIPT A[illegible] TAL LIABILITY FOR PAY[illegible] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED [illegible] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
| --- | --- | --- |
| | | 18000 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jennette Hairston
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
| --- | --- | --- | --- | --- | --- | --- |
| 264700*** | 10/31/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
| --- | --- |
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- |
| 4 CS | 1 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | [redacted] | CS | [redacted] | [redacted] |
| 2 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | [redacted] | CS | [redacted] | [redacted] |
| 2 CS | 3 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | [redacted] | CS | [redacted] | [redacted] |
| 1 CS | 4 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | [redacted] | CS | [redacted] | [redacted] |
| 1 CS | 5 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | [redacted] | CS | [redacted] | [redacted] |
| 4 CS | 6 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | [redacted] | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 409.300 LBS TOTAL CUBIC VOLUME: 37.180

*** END OF ORDER *** DTE: [illegible]