EMPIRE PAPER COMPANY

AFFLINK

PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3218
FAX (940) 766-3867
TOLL FREE (800) 299-9626

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND ... ALL LIABILITY FOR PAYMENT ... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 18131 |

**SOLD TO:**

H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:**

H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700*** | 11/04/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| | 6 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 7 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, | | (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | |
| | 1 CS | 8 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |

TOTAL WEIGHT: 610.500 LBS TOTAL CUBIC VOLUME: 51.580
CORR MAT: 30 LB

783

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

* * * END OF ORDER * * *

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA[illegible] CAREFULLY BEFORE S[illegible] SIGNATURE OF BUYE[illegible] BUYER'S REPRESEN[illegible] ACKNOWLEDGES RECEIPT [illegible] TAL LIABILITY FOR PAYM[illegible] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I[illegible] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
**********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 18253[illegible] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE[illegible] |
|---|---|---|---|---|---|---|
| 264700*** | 11/11/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 6 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 6 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |

TOTAL WEIGHT: 615.200 LBS TOTAL CUBIC VOLUME: 54.310

Bob 11/11/02 0755

784

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

*** END OF ORDER *** [illegible]

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHAN[DISE] CAREFULLY BEFORE S[IGNING]. SIGNATURE OF BUYER BUYER'S REPRESEN[TATIVE] ACKNOWLEDGES RECEIPT, [AND FINANCI]AL LIABILITY FOR PAYM[ENT]. ALL MERCHANDISE ON THIS [OR]DER. ITEMS RECEIVED I[N GOOD] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 18508( |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 11/25/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| | 5 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| | 7 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-H43483 | 43X48 H/D LINER 16MIC 1/200 | 1 | CS | | |
| | 1 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 561.500 LBS TOTAL CUBIC VOLUME: 49.690

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

785

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHAN[illegible] CAREFULLY BEFORE S[illegible] SIGNATURE OF BUYER [illegible] BUYER'S REPRESEN[illegible] ACKNOWLEDGES RECEIPT [illegible] AL LIABILITY FOR PAYM[illegible] ALL MERCHANDISE ON THIS [illegible]ER. ITEMS RECEIVED I[illegible] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 18373[illegible] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE[illegible] |
|---|---|---|---|---|---|---|
| 264700*** | 11/18/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS ( 5 EA) | 1 AME-20PORKO | 20" PORKO SPRAYBUFF PAD 5/CS | [redacted] | EA | [redacted] | |
| 4 CS | 2 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | | |
| 6 CS | 3 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | | |
| 7 CS | 4 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | | |
| 2 CS | 5 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | | CS | | |
| 1 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | | CS | | |
| 1 CS | 7 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | | CS | | |
| 1 CS | 8 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | | CS | | |

TOTAL WEIGHT: [illegible]4.500 LBS TOTAL CUBIC VOLUME: 51.580

*** END OF ORDER *** RTE: LAWTON [illegible]

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA[N]DISE CAREFULLY BEFORE S[IGNING]. SIGNATURE OF BUYE[R OR] BUYER'S REPRESEN[TATIVE] ACKNOWLEDGES RECEIPT [AND] [TO]TAL LIABILITY FOR PAYM[ENT]. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I[N] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
**********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 18590 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 12/04/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ROGER TO DELIVER | OPEN 6:45AM DELV BEFR 9AM |

| H/M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 7 CS | 1 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 5 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| | 4 CS | 3 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 7 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |

TOTAL WEIGHT: 558.500 LBS TOTAL CUBIC VOLUME: 49.690

787

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3887
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHAN[illegible] CAREFULLY BEFORE S[illegible] SIGNATURE OF BUYE[illegible] BUYER'S REPRESEN[illegible] ACKNOWLEDGES RECEIPT [illegible] [illegible]AL LIABILITY FOR PAY[illegible] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I[illegible] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
**********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 18705[illegible] |

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:** RESCHEDULED
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE[illegible] |
|---|---|---|---|---|---|---|
| [illegible] | 12/09/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 5 CS | 2 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 5 | CS | | |
| 5 CS | 3 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| 2 CS | 4 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| 1 CS | 5 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 1 | CS | | |
| 4 BX | 6 SAF-61078L | LARGE LATEX EXAM GLOVE 10/100 | 4 | BX | | |

TOTAL WEIGHT: 479.400 LBS TOTAL CUBIC VOLUME: 43.010

788

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9826

AFFLINK

# INVOICE

PLEASE CHECK MERCHA[NDISE] CAREFULLY BEFORE [S]IGNATURE OF BUYE[R]. BUYER'S REPRESE[NTATIVE] ACKNOWLEDGES RECEIPT . . . [TO]TAL LIABILITY FOR PAY[MENT OF] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED [IN GOOD] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 18831 |

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 12/16/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 6 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 6 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS ( 5 EA) | 5 MMM-20WHT | 20" WHITE POLISH PAD 5/CS | 5 | EA | | |
| X | COMPOUNDS,CLEANING LIQUID,8,NA1760,PGIII, | | (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | |
| | 1 CS | 6 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |
| | 1 CS | 7 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 610.200 LBS TOTAL CUBIC VOLUME: 54.720
CORR MAT: 30 LB

789

* * * END OF ORDER * * * RTE: I QUIT...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA' CAREFULLY BEFORE S SIGNATURE OF BUYEI BUYER'S REPRESEN ACKNOWLEDGES RECEIPT , TAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 18941 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 12/23/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 6 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 8 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 PL | 8 SPA-40605 | DURA GLOSS LAMINATE 5/GL | 1 | PL | | |

(INCLUDE MATERIAL DATA SAFETY S

TOTAL WEIGHT: 696.900 LBS TOTAL CUBIC VOLUME: 58.870

790

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA[NDISE] CAREFULLY BEFORE [S]IGNATURE OF BUYE[R]. BUYER'S REPRESE[NTATIVE] ACKNOWLEDGES RECEIPT, [T]OTAL LIABILITY FOR PAY[MENT] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I[N] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 19101 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 01/06/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS ( 4 GL) | 1 SPA-30054 | PLUS 5 DRY FOAM SHAMPOO 4/GL | 4 | GL | | |
| | TOTAL WEIGHT: | 37.000 LBS | TOTAL CUBIC VOLUME: .000 | | | | |

791

*** END OF ORDER *** ...

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHAN… CAREFULLY BEFORE S… SIGNATURE OF BUYER… BUYER'S REPRESEN… ACKNOWLEDGES RECEIPT… …AL LIABILITY FOR PAYM… ALL MERCHANDISE ON THI… …ER. ITEMS RECEIVED IN… CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 190061… |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE… |
|---|---|---|---|---|---|---|
| 264700*** | 12/30/02 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 4 CS | 2 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 4 | CS | | |
| 4 CS | 3 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 4 | CS | | |
| 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 PL | 6 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | | |
| | | | (INCLUDE MATERIAL DATA SAFETY S… | | | |

TOTAL WEIGHT: 483.400 LBS TOTAL CUBIC VOLUME: 40.960

792

*** END OF ORDER *** RTF: LAWTN …

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA[NDISE] CAREFULLY BEFORE S[IGNING]. SIGNATURE OF BUYE[R OR] BUYER'S REPRESEN[TATIVE] ACKNOWLEDGES RECEIPT. [...]TAL LIABILITY FOR PAY[MENT]. ALL MERCHANDISE ON THIS [OR]DER. ITEMS RECEIVED I[N GOOD] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
**********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 19091 |

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 01/06/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 4 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 4 | CS | | |
| 5 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 5 | CS | | |
| 1 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 1 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 4 BX | 8 SAF-61078L | LARGE LATEX EXAM GLOVE 10/100 | 4 | BX | | |
| 1 CS | 9 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |

TOTAL WEIGHT: 305.300 LBS TOTAL CUBIC VOLUME: 41.1[illegible]

*** END OF ORDER *** OTE. LAWTON [illegible]

EMPIRE PAPER COMPANY • WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

793

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 19226 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700*** | 01/13/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS ( 5 EA) | 1 MMM-20RED | 20" RED BUFFING PAD 5/CS | 5 | EA | | |
| 1 CS ( 5 EA) | 2 MMM-20WHT | 20" WHITE POLISH PAD 5/CS | 5 | EA | | |
| 4 CS | 3 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 5 CS | 4 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| 6 CS | 5 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| 2 CS | 6 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 1 CS | 7 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 516.200 LBS TOTAL CUBIC VOLUME: 47.820

794

* * * END OF ORDER * * * DTE- LOUT...

EMPIRE PAPER COMPANY • WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA[NDISE] CAREFULLY BEFORE S[IGNING]. SIGNATURE OF BUYE[R OR] BUYER'S REPRESEN[TATIVE] ACKNOWLEDGES RECEIPT, [TO]TAL LIABILITY FOR PAYM[ENT]. ALL MERCHANDISE ON THIS ORDER, ITEMS RECEIVED I[N] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 194424 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 01/23/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 2 PL | 1 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 2 | PL | | |

TOTAL WEIGHT: 92.000 LBS TOTAL CUBIC VOLUME: .000

795

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3857
TOLL FREE (800) 299-9826

AFFLINK

# INVOICE

PLEASE CHECK MERCHA... CAREFULLY BEFORE SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ...OTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 193547 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL... |
|---|---|---|---|---|---|---|
| 264700*** | 01/20/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 2 CS | AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 6 CS | GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| 6 CS | GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| 1 CS | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 547.700 LBS TOTAL CUBIC VOLUME: 49.300

Bob 01/20/03
0800

*** END OF ORDER *** RTE: LOUTO...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

796

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA... CAREFULLY BEFORE S... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT, ...TAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
| --- | --- | --- |
| | | 194843 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
| --- | --- | --- | --- | --- | --- | --- |
| 264700*** | 01/27/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
| --- | --- |
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 7 CS | 2 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 7 CS | 3 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| | 1 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 1 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-H43483 | 43X48 H/D LINER 16MIC 1/200 | 1 | CS | | |
| | 1 CS | 7 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |

TOTAL WEIGHT: 632.000 LBS    TOTAL CUBIC VOLUME: 56.360

* * * END OF ORDER * * *    DTE: LAWTO...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

797

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
**********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 194859 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
5803316805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 01/27/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 BX | 1 SAF-61078L | LARGE LATEX EXAM GLOVE 10/100 | 4 | BX | | |

TOTAL WEIGHT: 4.000 LBS TOTAL CUBIC VOLUME: .000

798

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

* * * END OF ORDER * * *

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA[illegible] CAREFULLY BEFORE [illegible] SIGNATURE OF BUYE[illegible] BUYER'S REPRESE[illegible] ACKNOWLEDGES RECEIPT, [illegible]TAL LIABILITY FOR PAY[illegible] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED [illegible] CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 194884 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 01/27/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | 1 GL | 1 SPA-44504 | SUPER SPRAY BUFF | 4/GL | 1 | GL | | |
| | TOTAL WEIGHT: | 9.250 LBS | TOTAL CUBIC VOLUME: | .000 | | | | |

799

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# 'VOICE

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE, BUYER'S REPRESE ACKNOWLEDGES RECEIPT TAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 19611 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 02/03/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 7 CS | 2 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | [illegible] | CS | | |
| 8 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | [illegible] | CS | | |
| 1 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 1 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | 8 RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | | |

TOTAL WEIGHT: 579.500 LBS TOTAL CUBIC VOLUME: 58.640

CS 2/03/03

800

*** END OF ORDER *** DTE. I OU

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 19750 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 02/10/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 2 CS | 2 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 8 CS | 3 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 6 CS | 4 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 2 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | | | |
| | 1 CS | 6 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |

TOTAL WEIGHT: 672.000 LBS TOTAL CUBIC VOLUME: 58.870
CORR MAT: 30 LB

801

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

HMHMI

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCH. CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 19864 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 02/17/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| JEANETTE | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 5 CS | 1 | GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 2 CS | 2 | AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 7 CS | 4 | GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 8 CS | 5 | GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 1 CS | 6 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 7 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 8 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 5 BX | 9 | SAF-61078L | LARGE LATEX EXAM GLOVE 10/100 | 5 | BX | | |
| 1 CS | 10 | DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |

TOTAL WEIGHT: 706.700 LBS TOTAL CUBIC VOLUME: 60.760

~~Closed for Holiday~~
Bob 02/17/03
0830
Delivered 10:05

802

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# 'VOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT ,OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 20105' |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

SOLD TO:
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 03/03/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 8 CS | 2 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 7 CS | 3 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 3 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 PL | 8 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | | |
| 1 PL | 9 SPA-40045 | SHINELINE SEALER 5/GL | 1 | PL | | |

(INCLUDE MATERIAL DATA SAFETY SI

TOTAL WEIGHT: 790.300 LBS TOTAL CUBIC VOLUME: 62.880

803

EMPIRE PAPER COMPANY

PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# 'VOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT A. OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
**********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 19991 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

SOLD TO:
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

5803516805

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 02/24/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| H/M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 6 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| | 7 CS | 3 GPC-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 588.800 LBS TOTAL CUBIC VOLUME: 56.200

* * * END OF ORDER * * * ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 20240[illegible] |

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5002516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700*** | 03/10/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | [illegible] |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DEL'Y BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 CS | GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | [illegible] | CS | [illegible] | |
| 6 CS | AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | [illegible] | CS | [illegible] | |
| 8 CS | AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | [illegible] | CS | [illegible] | |
| 3 CS | AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | [illegible] | CS | [illegible] | |
| 5 BX | SAF-61078L | LARGE LATEX EXAM GLOVE 10/100 | [illegible] | BX | [illegible] | |
| 2 CS | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | [illegible] | CS | [illegible] | |

TOTAL WEIGHT: 716.400 LBS TOTAL CUBIC VOLUME: 54.770

805

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9628

AFFLINK

# 'VOICE

PLEASE CHECK MERCHA' CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEN ACKNOWLEDGES RECEIPT . . . TAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 203683 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 03/17/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | 5 CS | 1 | GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 7 CS | 2 | AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| | 7 CS | 3 | AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 3 CS | 4 | AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 1 CS | 5 | PIT-H43483 | 43X48 H/D LINER 16MIC 1/200 | 1 | CS | | |
| | 1 CS | 6 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 7 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 8 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | | | | |
| | 1 CS | 9 | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |

TOTAL WEIGHT: 722.800 LBS TOTAL CUBIC VOLUME: 60.600
CORR MAT: 30 LB

806

* * * END OF ORDER * * * RTE: 1 OUT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9628

AFFLINK

# 'VOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT, .OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 20613 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 475
OWENS CROSS RDS AL 35763
580-351-6005

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 254720*** | 03/31/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 7 CS | 2 GPC-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 7 CS | 3 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| | 2 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 2 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| B/O | 0 CS (B/O 1 CS) | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 0 | CS | | |

TOTAL WEIGHT: 652.700 LBS TOTAL CUBIC VOLUME: 58.400

807

*** END OF ORDER *** RTE: LAW

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# 'VOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEI ACKNOWLEDGES RECEIPT A OTAL LIABILITY FOR PAYI ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 20488 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X Jeanette Hairston

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
5803516805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 03/24/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 GPC-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 8 CS | 2 AFX-SFK100 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 6 CS | 3 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 3 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 7 RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | | |

TOTAL WEIGHT: 692.400 LBS TOTAL CUBIC VOLUME: 60.990

808

* * * END OF ORDER * * * RTE: LOUT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY

PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 20623... |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700*** | 03/31/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 BX | 1 SAF-61078L | IND LG LATEX EXAM GLOVE 10/100 | 5 | BX | | |

TOTAL WEIGHT: 5.000 LBS TOTAL CUBIC VOLUME: .000

* * * END OF ORDER * * * RTE: LAWTON ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

809

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 207558 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X *Jeanette Hairston*

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700*** | 04/07/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 7 CS | 2 SCA-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 7 CS | 3 AFX-MFK200 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 3 CS | 4 AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 2 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | 8 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |

TOTAL WEIGHT: 727.100 LBS TOTAL CUBIC VOLUME: 60.600

*B03 04/07/03*

*** END OF ORDER *** RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

810

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# 'VOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE. BUYER'S REPRESE ACKNOWLEDGES RECEIPT A. OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 206135 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 04/03/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 10.000 LBS TOTAL CUBIC VOLUME: .000

B03 04/03/03 07:40

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

811

EM IRE
PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# 'VOICE

PLEASE CHECK MERCHA' CAREFULLY BEFORE S SIGNATURE OF BUYEI BUYER'S REPRESEI ACKNOWLEDGES RECEIPT A. OTAL LIABILITY FOR PAYI ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 208965 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 04/14/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 7 CS | 2 | SCA-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 8 CS | 3 | SCA-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 3 CS | 4 | AFX-RTK350 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 659.200 LBS TOTAL CUBIC VOLUME: 62.490

*** END OF ORDER *** RTE: LAWT 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

812

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 211606 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 04/28/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 7 CS | 3 SCA-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 3 CS | 4 GPC-26401 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 7 PIT-H43483 | 43X48 H/D LINER 16MIC 1/200 | 1 | CS | | |
| 1 CS | 8 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 5 BX | 9 SAF-91078L | LG LATEX EXAM GLOVE MED 10/100 | 5 | BX | | |

TOTAL WEIGHT: 756.200 LBS TOTAL CUBIC VOLUME: 64.290

Bob
04/28/03
0900

813

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT, OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 21030 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
X PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700*** | 04/21/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 6 CS | 3 SCA-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 2 CS | 4 GPC-26401 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| X | COMPOUNDS, CLEANING | LIQUID,8,NA1760,PGIII, | (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | CS | | |
| | 1 CS | 7 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |

TOTAL WEIGHT: 721.900 LBS TOTAL CUBIC VOLUME: 60.200
CORR MAT: 30 LB

814

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4 HMHMI

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 214504 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 05/12/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 8 CS | 3 SCA-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| | 2 CS | 4 GPC-26401 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-H43483 | 43X48 H/D LINER 16MIC 1/200 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 8 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |

TOTAL WEIGHT: 784.800 LBS TOTAL CUBIC VOLUME: 63.980

BOB
05/12/03
0745

815

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 21301... |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO:
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 2
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700*** | 05/05/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 6 CS | 3 SCA-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 3 CS | 4 GPC-26401 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 PL | 8 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | | |
| X | COMPOUNDS, CLEANING | LIQUID, 8, NA1760, PGII | (CONTAINS POTASSIUM HYDROXIDE) | | | | |
| | 0 PL (B/O 1 PL) | 9 R&C-04805 | **METALIST WAX STRIPPER 5/GL | 0 | PL | | |
| | | | NOTE: STRIPPER WILL FOLLOW | | | | |

TOTAL WEIGHT: 773.200 LBS TOTAL CUBIC VOLUME: 62.400

816

* * * END OF ORDER * * * ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
P.O BOX 479 WICHITA FALLS, TX 76307
WICHITA FALLS, TX (940) 766-3216
LAWTON, OK (580) 355-4321
TOLL FREE (800) 299-9626
FAX (940) 766-3867

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT A... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
***********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 216162 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 05/19/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ROGER TO DELIVER | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 CS | 1 GPC-26401 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, N.O.S., 8, NA1760, PGII (CONTAINS SODIUM HYDROXIDE) | | | | | | |
| | 1 PL | 2 SPA-00845 | EMULSIFIER PLUS STRIPPER 5/GL | 1 | PL | | |
| | | | (INCLUDE MATERIAL SAFETY DATA SH | | | | |
| | 1 CS | 3 PIT-H40483 | 40X48 H/D LINER 16MIC 1/250 | 1 | CS | | |

TOTAL WEIGHT: 143.700 LBS TOTAL CUBIC VOLUME: 7.570
CORR MAT: 46 LB

817

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9628

AFFLINK

# NVOICE

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 21598: |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 05/22/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 2 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| | TOTAL WEIGHT: | 34.000 LBS | TOTAL CUBIC VOLUME: .000 | | | | |

818

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PLEASE CHECK MERCHAN CAREFULLY BEFORE S SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT, TAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED II CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 217228 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jennifer Hairston
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 05/27/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 8 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 3 CS | 2 | GPC-26401 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 3 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 4 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 7 CS | 5 | SCA-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 7 CS | 6 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |

TOTAL WEIGHT: 725.400 LBS TOTAL CUBIC VOLUME: 62.490

* * * END OF ORDER * * * RTE: L 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

819

EMPIRE PAPER COMPANY

PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT, JTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 21852 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 06/05/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 2 GL | 6 SPA-30054 | PLUS 5 DRY FOAM SHAMPOO 4/GL | 2 | GL | | |
| | TOTAL WEIGHT: | 18.500 LBS | TOTAL CUBIC VOLUME: .000 | | | | |

*** END OF ORDER *** RTE: 1 OUT

EMPIRE PAPER COMPANY • WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

820

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT. TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 22025 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 06/09/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 8 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 6 CS | SCA-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 2 CS | GPC-26401 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | | | |
| | 1 CS | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |
| | 1 CS | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 2 CS | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |

TOTAL WEIGHT: 733.000 LBS TOTAL CUBIC VOLUME: 60.200
CORR MAT: 30 LB

~~RA 220350-00~~ B03
~~[illegible] 40483~~ 08:00
~~[illegible]~~ 06/09/03
~~[illegible] Roll [illegible] only~~

*** END OF ORDER *** RTE: LAWTON 4 HMHMI

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

821

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT, ...TAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 22166… |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE… |
|---|---|---|---|---|---|---|
| 264700* | 06/16/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | … |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 8 CS | 2 | SCA-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 8 CS | 3 | SCA-MK530E | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 0 CS (B/O 3 CS) | 4 | GPC-26401 | NATURAL ROLL TOWEL 12/350' | 0 | CS | | |
| 1 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 678.900 LBS TOTAL CUBIC VOLUME: 63.420

BOB 06/16/03

822

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS