EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... TAL LIABILITY FOR PAYMENT ... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
**********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4. | | 221668 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 06/17/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | TOTAL WEIGHT: | 75.900 LBS | TOTAL CUBIC VOLUME: 5.700 | | | | |

823

* * * END OF ORDER * * * PTE: DEL TIME ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY

PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA... CAREFULLY BEFORE S... SIGNATURE OF BUYE... BUYER'S REPRESEN... ACKNOWLEDGES RECEIPT A... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 223048 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X Jeanette Hairston

PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 06/23/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 3 CS | 2 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 8 CS | 3 SCA-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 7 CS | 4 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 1 CS | 5 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |
| 1 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 756.700 LBS TOTAL CUBIC VOLUME: 65.900

BOB 06/23/03 08:00

*** END OF ORDER *** DTE: ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

824

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCH/ CAREFULLY BEFO. SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 21852 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 06/02/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | ~~MAIN ST~~ 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 3 CS | 2 | GPC-26401 | ~~NATURAL~~ ROLL TOWEL 12/350' | 3 | CS | | |
| | 6 CS | 3 | SCA-MK530E | ~~NATURAL~~ MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 8 CS | 4 | GPC-23504 | ~~NATURAL~~ SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 1 GL | 5 | SPA-44504 | SUPER SPRAY BUFF 4/GL | 1 | GL | | |
| | 1 GL (B/O .5 CS) | 6 | SPA-30054 | PLUS 5 DRY FOAM SHAMPOO 4/GL | 1 | GL | | |
| | 1 GL | 7 | HDP-GL7925 | HDX HVY DUTY EXTRACTION 4/GL | 1 | GL | | |
| | 1 CS | 8 | PIT-H40483 | 40X48 H/D LINER 16MIC 1/250 | 1 | CS | | |
| | 1 CS | 9 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | | | | NOTE: ***2GL - PLUS 5 WILL FOLLOW, | | | | |
| | | | | NOTE: THANK YOU...** | | | | |

TOTAL WEIGHT: 749.750 LBS TOTAL CUBIC VOLUME: 62.400

825

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# NVOICE

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT, ...TAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 224402 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 06/30/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 6 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 6 CS | 3 SCA-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| | 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | | | |
| | 1 CS | 8 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |

TOTAL WEIGHT: 703.200 LBS TOTAL CUBIC VOLUME: 59.640
CORR MAT: 30 LB

826

*** END OF ORDER *** RTE: 1

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3218
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT, TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 225417 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 07/07/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 5 CS | 2 | SCA-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 5 | CS | | |
| 5 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 | PIT-H43483 | 43X48 H/D LINER 16MIC 1/200 | 1 | CS | | |
| 1 CS | 7 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | 8 | RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | | |

TOTAL WEIGHT: 661.800 LBS TOTAL CUBIC VOLUME: 54.750

7-8-03 delivered

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

827

EM IRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9826

AFFLINK

# NVOICE

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEN ACKNOWLEDGES RECEIPT TAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
******************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 227099 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
FEDERAL CONTRACT & ASSOC
(OLD H&R SERVICES)
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:**
RESCHEDULED
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 07/14/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 CS (B/O 5 CS) | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 1 | CS | | |
| 8 CS | 2 | SCA-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 8 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 2 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 1 CS | 6 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 7 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 8 | PIT-MR24339 | 24X33 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | 9 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 524.400 LBS TOTAL CUBIC VOLUME: 39.194

*** END OF ORDER *** RTE: LAUT

EMPIRE PAPER COMPANY • WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

828

EM IRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3667
TOLL FREE (800) 299-9626

AFFLINK

# NVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT AN TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 22709 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** FEDERAL CONTRACT & ASSOC
(OLD H&R SERVICES)
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 07/17/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |

TOTAL WEIGHT: 230.000 LBS TOTAL CUBIC VOLUME: 25.050

829

*** END OF ORDER *** RTE: ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA' CAREFULLY BEFOR SIGNATURE OF BUYE BUYER'S REPRES. ACKNOWLEDGES RECEIPT, TAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
**********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 228481 |

SOLD TO: FEDERAL CONTRACT & ASSOC
(OLD H&R SERVICES)
PO BOX 175
OWENS CROSS RDS AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 07/21/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 2 CS | 2 PIT-H40483 | 40X48 H/D LINER 16MIC 1/250 | 2 | CS | | |
| | 3 CS | 3 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 7 CS | 4 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 7 CS | 5 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |

TOTAL WEIGHT: 732.900 LBS TOTAL CUBIC VOLUME: 60.260

Bo3 07/21/03 08:00

*** END OF ORDER *** RTE: LOUT

EMPIRE PAPER COMPANY • WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

830

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND LEGAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 230278 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
FEDERAL CONTRACT & ASSOC
(OLD H&R SERVICES)
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 07/28/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 6 | CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE | 96/1000 | 6 | CS | | |
| 7 | CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL | 16/250 | 7 | CS | | |
| 7 | CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL | 16/250 | 7 | CS | | |
| 3 | CS | 4 GPC-26008 | NATURAL ROLL TOWEL | 12/350' | 3 | CS | | |
| 2 | CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI | 10/25 | 2 | CS | | |
| 1 | CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC | 20/50 | 1 | CS | | |
| 1 | CS | 7 PIT-MR30371 | 30X37 CORELESS LINER 10MI | 20/25 | 1 | CS | | |
| 1 | CS | 8 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP | 1/200 | 1 | CS | | |
| 1 | PL | 9 SPA-40455 | SUNNY SIDE FLOOR FINISH | 5GL | 1 | PL | | |

TOTAL WEIGHT: 834.200 LBS TOTAL CUBIC VOLUME: 60.260

Bob 07/28/03 07:45

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

831

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHAN... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TAL LIABILITY FOR PAY... ALL MERCHANDISE ON TH... DER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 23153 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 08/04/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 6 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 735.600 LBS TOTAL CUBIC VOLUME: 60.360

B03
08/04/03
08:00

832

* * * END OF ORDER * * * RTE: LAWT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EM IRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# NVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PLEASE CHECK MERCH CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT A TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 23295 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 08/11/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 7 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 7 CS | 3 | SCA-SK1850E | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 GL | 5 | SPA-44504 | SUPER SPRAY BUFF 4/GL | 1 | GL | | |
| 1 CS | 6 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 7 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |

TOTAL WEIGHT: 721.850 LBS TOTAL CUBIC VOLUME: 62.346

*** END OF ORDER *** RTE: LAWT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

833

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOIC |
|---|---|---|
| 4 | | 23332 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 08/14/03 | 005 | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| SMALLER CORE SIZE THEN NORMAL PLEASE TRY. | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 1 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | |
| | TOTAL WEIGHT: | 28.800 LBS | TOTAL CUBIC VOLUME: 1.900 | | | | |

834

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHA... CAREFULLY BEFORE S... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 234446 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hausto...
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700* | 08/18/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

DELIVERY INSTRUCTIONS: SEND PALLET JACK

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV: BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 7 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 7 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 1 CS | 4 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |
| 1 CS | 5 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 3 CS | 7 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |

TOTAL WEIGHT: 734.100 LBS TOTAL CUBIC VOLUME: 60.260

Bob
08/18/03
07:30

835

*** END OF ORDER *** RTE: LAWTON 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3667
TOLL FREE (800) 299-9826

AFFLINK

# INVOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT. TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 23478( |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 08/21/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | | | |
| | 1 CS | 1 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |

TOTAL WEIGHT: 30.000 LBS TOTAL CUBIC VOLUME: .000
CORR MAT: 30 LB

836

* * * END OF ORDER * * *

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY

PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE. BUYER'S REPRESE ACKNOWLEDGES RECEIPT A... TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 23459 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 08/21/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 1 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | TOTAL WEIGHT: | 17.000 LBS | TOTAL CUBIC VOLUME: .000 | | | | |

837

*** END OF ORDER ***

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

EMPIRE PAPER COMPANY
BOX 479 WICHITA FALLS, TX 76307
766-3216
(940) 766-3867
FREE (800) 299-9826

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ...S RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 235775-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO:
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
800-351-6805

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 64700* | 08/25/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | | Y |
| 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | | Y |
| 7 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | | Y |
| 0 CS (B/O 2 CS) | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 0 | CS | | | Y |
| 1 CS | 5 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | | Y |
| 1 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | | Y |
| 12 EA | 7 CON-922HL | PISTOL GRIP SPRAYER 9" | 12 | EA | | | Y |

TOTAL WEIGHT: 697.000 LBS TOTAL CUBIC VOLUME: 58.260

Bob 08/24/03

838

*** END OF ORDER *** RTE: LAWTON ... 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
PO BOX 479 WICHITA FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3667
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCH/ ... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 23577[illegible] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X (signature)

PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE[S] |
|---|---|---|---|---|---|---|
| 264700* | 08/28/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSCTRUCTIONS:

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 2 CS0 | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |

TOTAL WEIGHT: 50.600 LBS TOTAL CUBIC VOLUME: 3.800

* * * END OF ORDER * * * PTE ... OUT ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
... APPRECIATES YOUR BUSINESS

839

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

LAWTON OK 73501

SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 08/28/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 CS | 1 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 3 | CS | | |
| | 2 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 2 | CS | | |

TOTAL WEIGHT: 122.200 LBS TOTAL CUBIC VOLUME: 8.800

840

* * * END OF ORDER * * * DTE- LAUT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

PAPER COMPANY
PO BOX 479 FALLS, TX 76307
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

EMERGENCY RESPON PHONE #: 800-535-5053

CONDITION AND M.S.D.S. WE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ****

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 234715 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
800 351-6605

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 2647000 | 09/02/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 | FCA-TS1626E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | |
| 8 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 8 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 8 | CS | | |
| 1 CS | 4 | PIT-MR404023 | 40X48 CORELESS LINER 12MI10/25 | 1 | CS | | |
| 1 CS | 5 | PIT-MR303713 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 6 | PIT-MR242419 | 24X24 CORELESS LINER 6MI20/50 | 1 | CS | | |
| 1 CS | 7 | DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |
| 3 CS | 8 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 3 | CS | | |

TOTAL WEIGHT: 829.900 LBS TOTAL CUBIC VOLUME: 53.750

Customer found ... Wound 2.00% must have next Monday

[redacted]

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY · WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

841

EMPIRE PAPER COMPANY
BOX 479 WICHITA FALLS, TX 76307
) 766-3216
(940) 766-3867
L FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE C/ LY BEFORE SIGNING. SIGNATURE OF BUYER OR REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOT. LITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. EMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 238322-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO:
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
80-351-6805

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 64700* | 09/04/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

DELIVERY INSTRUCTIONS: OGER TO DELIVER

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 2 CS | 1 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | | Y |

TOTAL WEIGHT: 50.600 LBS TOTAL CUBIC VOLUME: 3.800

842

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

* * * END OF ORDER * * * RTE: DELIVERY BY SALESMAN

EMPIRE PAPER COMPANY
BOX 479 WICHITA FALLS, TX 76307
766-3216
(940) 766-3867
FREE (800) 299-9628

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CA Y BEFORE SIGNING. SIGNATURE OF BUYER OR B REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL ITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 238665-00 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
30-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 54700* | 09/08/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

DELIVERY INSTRUCTIONS: MONROE

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | | Y |
| 3 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 3 | CS | | | Y |
| 3 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 3 | CS | | | Y |
| 1 CS | 4 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | | Y |
| 1 CS | 5 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | | Y |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | | Y |
| 1 CS | 7 RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | | | Y |

TOTAL WEIGHT: 495.500 LBS TOTAL CUBIC VOLUME: 40.560

B03
08/08/03
08:00

843

*** END OF ORDER *** RTE: LAUT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
OX 479 WICHITA FALLS, TX 76307
766-3216
(940) 766-3867
FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. [...] RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 238855-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
90-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 54700* | 09/08/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| OGER TO DELIVER | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 3 CS | 1 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | | Y |
| TOTAL WEIGHT: | 75.900 LBS | TOTAL CUBIC VOLUME: 5.700 | | | | | |

844

*** END OF ORDER *** RTE: DELIVERY BY SALESMAN 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
BOX 479 WICHITA FALLS, TX 76307
766-3216
(940) 766-3867
FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER, AND RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PAGE 1 -OK-

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 240254-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
00-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 547000* | 09/15/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 3 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 3 | CS | | | Y |
| 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | | Y |
| 8 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | | Y |
| 2 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | | Y |
| 1 CS | 5 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | | Y |
| 2 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | | Y |
| 1 CS | 7 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | | Y |
| 1 CS | 8 PIT-MR24339 | 24X33 CORELESS LINER 6MIC20/50 | 1 | CS | | | Y |
| 1 CS | 9 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | | Y |
| 1 PL | 10 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | | | Y |
| COMPOUNDS, CLEANING LIQUID, N.O.S., 8, NA1760, PGII (CONTAINS SODIUM HYDROXIDE) | | | | | | | |
| 1 PL | 11 SPA-00845 | EMULSIFIER PLUS STRIPPER 5/GL | 1 | PL | | | Y |

TOTAL WEIGHT: 768.600 LBS TOTAL CUBIC VOLUME: 49.700
CORR MAT: 46 LB

803 09:00
09/15/03

845

*** END OF ORDER *** RTE: LAWT 4 HMHMHMHM

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

MPI E
PER COMPANY
X 479 WICHITA FALLS, TX 76307
66-3216
40) 766-3867
FREE (800) 299-9626

AFFLINK

# IN CE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAP Y BEFORE SIGNING. SIGNATURE OF BUYER OR BI REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL TY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
********************************

PAGE 1 -OK-

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 241794-00 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
0-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| STOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 4700* | 09/22/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 4 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | | Y |
| 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | | Y |
| 6 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | | Y |
| 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | | Y |
| 2 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | | Y |
| 1 GL | 6 SPA-44504 | SUPER SPRAY BUFF 4/GL | 1 | GL | | | Y |

TOTAL WEIGHT: 643.950 LBS TOTAL CUBIC VOLUME: 50.340

BOB 09/22/03 07:45

846

*** END OF ORDER *** RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
BOX 479 WICHITA FALLS, TX 76307
) 766-3216
(940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE C/ Y BEFORE SIGNING. SIGNATURE OF BUYER OR REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*******************************

PAGE 1 -OK-

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
80-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 243417-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 54700* | 09/29/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | | Y |
| 9 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | CS | | | Y |
| 7 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | | Y |
| 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | | Y |
| 1 CS | 5 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | | Y |
| 1 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | | Y |
| 1 CS | 7 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | | Y |
| COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | | | | |
| 1 CS | 8 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | | Y |

TOTAL WEIGHT: 835.600 LBS
CORR MAT: 30 LB
TOTAL CUBIC VOLUME: 65.760

08:00
Bob 09/29/03

847

* * * END OF ORDER * * *

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

EMPIRE PAPER COMPANY
BOX 479 WICHITA FALLS, TX 76307
766-3216
(940) 766-3867
FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. GOODS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

**** REMIT TO: PO BOX 479 ****
**** WICHITA FALLS, TX 76307 ***
*********************************

PAGE 1 -OK-

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 244766-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
30-351-6805

SHIP TO: H. & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 54700* | 10/06/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|---|
| 4 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | | Y |
| 8 CS | 2 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | | Y |
| 7 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | | Y |
| 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | | Y |
| 1 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | | Y |
| 1 CS | 6 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | | Y |
| 1 CS | 7 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | | Y |

TOTAL WEIGHT: 666.000 LBS TOTAL CUBIC VOLUME: 52.040

Bob rec 10-6-03 7:40 a

848

*** END OF ORDER *** RTE: LAWTON AREA MAIN 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
BOX 479 WICHITA FALLS, TX 76307
766-3216
(940) 766-3867
FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BI... REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL ...TY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ... RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

REMIT TO: 2708 CENTRAL FRWY E
WICHITA FALLS, TX 76301-8050
********************************

PAGE 1 -OK-

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 245483-00 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
...0-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| ...4700* | 10/09/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 126 |

DELIVERY INSTRUCTIONS: ...ONROE

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 4 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | | Y |
| 3 CS | 2 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | | Y |
| 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | | Y |
| 7 CS | 4 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | | Y |
| 0 CS (B/O 1 CS) | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 0 | CS | | | Y |
| 1 CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | | Y |
| 1 CS | 7 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | | Y |
| 1 CS ( 5 EA) | 8 MMM-20WHT | 20" WHITE POLISH PAD 5/CS | 5 | EA | | | Y |
| 4 BX | 9 SAF-91079L | LG P.F. LATEX GLOVE MED 10/100 | 4 | BX | | | Y |

TOTAL WEIGHT: 657.000 LBS TOTAL CUBIC VOLUME: 52.450

849

*** END OF ORDER *** RTE: LAWTON ... 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

.MPI-E
.PER COM...NY
– Since 1926 –
CENTRAL FREEWAY EAST
IITA FALLS, TX 76301
766-3216
940) 766-3867
FREE (800) 299-9626

AFFLINK

**INVC E**

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CA Y BEFORE SIGNING. SIGNATURE OF BUYER OR R REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTA ITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ...S RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

REMIT TO: 2708 CENTRAL FRWY E
WICHITA FALLS, TX 76301-8050
*********************************

PAGE 1 -OK-

RESCHEDULED

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 245483-01 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
80-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| STOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 54700* | 10/16/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ONROE | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | | Y |
| TOTAL WEIGHT: | 17.000 LBS | TOTAL CUBIC VOLUME: .000 | | | | | |

850

*** END OF ORDER *** RTE: LAWTON 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

**EMPIRE PAPER COMPANY** — Since 1926 —
CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
766-3218
(940) 766-3867
FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER, ALL ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

REMIT TO: 2708 CENTRAL FRWY E
WICHITA FALLS, TX 76301-8050
********************************

PAGE 1 -OK-

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 247706-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X *[signature]*
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
80-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 54700* | 10/20/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|---|
| ✓6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | | Y |
| ✓5 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | | Y |
| ✓6 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | | Y |
| ✓3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | | Y |
| 4 CS | 5 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 3 | CS | | | Y |
| ✓1 CS | 6 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | | Y |
| 1 CS | 7 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | | Y |
| 1 CS | 8 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | | Y |

TOTAL WEIGHT: 690.400 LBS TOTAL CUBIC VOLUME: 56.960

*BS rec 10-20-03 7:25am*

851

*** END OF ORDER *** RTE: LAWT [illegible]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EM IRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3667
TOLL FREE (800) 299-9626

AFFLINK

/OICE

PLEASE CHECK MERCH CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

REMIT TO: 2708 CENTRAL FRWY E
WICHITA FALLS, TX 76301-8050
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 24908 |

SOLD TO:
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jennette Hairston
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 10/27/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 8 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| | 7 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 1 CS | 4 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 5 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | | | |
| | 1 CS | 6 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |
| | 1 GL | 7 SPA-44504 | SUPER SPRAY BUFF 4/GL | 1 | GL | | |
| | 3 CS | 8 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |

TOTAL WEIGHT: 777.950 LBS TOTAL CUBIC VOLUME: 61.960
CORR MAT: 30 LB

Boss
07:45
10/27/03

852

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYER'S BUYER'S REPRESE ACKNOWLEDGES RECEIPT. TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

REMIT TO: 2708 CENTRAL FRWY E
WICHITA FALLS, TX 76301-8050
*********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25057 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 11/03/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 6 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| | 6 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 2 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 8 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 9 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |
| | 1 CS | 10 RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | | |

TOTAL WEIGHT: 748.600 LBS TOTAL CUBIC VOLUME: 54.860 26

853

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EM IRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

'OICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT A... OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

REMIT TO: 2708 CENTRAL FRWY E
WICHITA FALLS, TX 76301-8050
********************************

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25196 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 11/10/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 6 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 2 CS | 4 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| | 2 CS | 5 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 6 PIT-MR24339 | 24X33 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 715.100 LBS TOTAL CUBIC VOLUME: 58.460

Bob 11/10/03 08:45

Kerpatrick Miller

854

* * * END OF ORDER * * * RTE- L OUT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EM IRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# 'OICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT . OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE
CLOSED FOR THANKSGIVING
NOVEMBER 27 AND NOVEMBER 28.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25344 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jennifer Hairston
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 11/17/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 2 CS | 2 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 7 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| | 7 CS | 4 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| X | COMPOUNDS, CLEANING | LIQUID, N.O.S., 8, NA1760, PGII | (CONTAINS SODIUM HYDROXIDE) | | | | |
| | 1 PL | 8 SPA-00845 | EMULSIFIER PLUS STRIPPER 5/GL | 1 | PL | | |
| | 1 PL | 10 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | | |

TOTAL WEIGHT: 798.900 LBS TOTAL CUBIC VOLUME: 59.330
CORR MAT: 46 LB

855

* * * END OF ORDER * * * RTE: ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# VOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE
CLOSED FOR THANKSGIVING
NOVEMBER 27 AND NOVEMBER 28.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25386 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 11/20/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS | 1 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | |

TOTAL WEIGHT: 28.800 LBS TOTAL CUBIC VOLUME: 1.900

856

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# VOICE

PLEASE CHECK MERCH CAREFULLY BEFORE SIGNATURE OF BUY BUYER'S REPRESE ACKNOWLEDGES RECEIPT TOTAL LIABILITY FOR PA ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE
CLOSED FOR THANKSGIVING
NOVEMBER 27 AND NOVEMBER 28.

PAGE 1

| STOP NO. | TOTAL CASES | INVOIC |
|---|---|---|
| 4 | | 25506 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 11/24/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS ( 4 GL) | 1 SPA-30054 | PLUS 5 DRY FOAM SHAMPOO 4/GL | 4 | GL | | |

TOTAL WEIGHT: 37.000 LBS TOTAL CUBIC VOLUME: .000

BoB 11/24/03 08:00

857

* * * END OF ORDER * * *

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3887
TOLL FREE (800) 299-9626

AFFLINK

# 'OICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE
CLOSED FOR THANKSGIVING
NOVEMBER 27 AND NOVEMBER 28.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25495 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 11/24/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 6 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| 6 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| 3 CS | 4 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 3 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 668.600 LBS TOTAL CUBIC VOLUME: 56.760

B03 11/24/03 08:00

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

858

EMPIRE PAPER COMPANY AFFLINK 'OICE

– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

PLEASE CHECK MERCH' CAREFULLY BEFORE SIGNATURE OF BUYI BUYER'S REPRESE ACKNOWLEDGES RECEIPT OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE
CLOSED FOR THANKSGIVING
NOVEMBER 27 AND NOVEMBER 28.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25514 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 11/26/03 | CREDIT:254953 | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 EA | 1 | EMP-NOTE NOTE<br>NOTE: P/U FOR CREDIT, 3CS<br>NOTE: GPC-26301, ROLL TOWEL<br>NOTE: RR02:ITEM ERROR | 1 | EA | | |

TOTAL WEIGHT: .000 LBS TOTAL CUBIC VOLUME: .000

11-26-03
P/u 3-cs-GPC-26301
Dan

859

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EM IRE PAPER COMPANY
– Since 1926 –

AFFLINK

/OICE

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEI ACKNOWLEDGES RECEIPT, JTAL LIABILITY FOR PAYI ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE
CLOSED FOR THANKSGIVING
NOVEMBER 27 AND NOVEMBER 28.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25513 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

**SOLD TO:**

H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
500-351-6805

**SHIP TO:**

H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 11/26/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 CS | 1 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |

TOTAL WEIGHT: 75.900 LBS TOTAL CUBIC VOLUME: 5.700

860

* * * END OF ORDER * * *

EMPIRE PAPER COMPANY • WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

'OICE

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEN ACKNOWLEDGES RECEIPT, JTAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE CLOSED FOR THE HOLIDAYS DECEMBER 24th, 25th AND JANUARY 1, 2004.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25586: |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 12/02/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 2 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 6 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| 6 CS | 4 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| 1 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 612.700 LBS TOTAL CUBIC VOLUME: 49.850

* * * END OF ORDER * * * RTF: 1 OUT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

861

EM IRE PAPER COMPANY
— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

OICE

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A. JTAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED II CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE CLOSED FOR THE HOLIDAYS DECEMBER 24th, 25th AND JANUARY 1, 2004.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 257298 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 12/08/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 6 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 6 | CS | | |
| | 6 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 2 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 1 CS | 5 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | |
| | 2 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| | 1 CS | 7 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |

TOTAL WEIGHT: 651.500 LBS TOTAL CUBIC VOLUME: 51.750

BOB
12/08/03

862

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

* * * END OF ORDER * * * PTS- I OUT