EM IRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

OICE

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYEI BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A TAL LIABILITY FOR PAYN ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE CLOSED FOR
THE HOLIDAYS DECEMBER 24th, 25th AND
JANUARY 1, 2004.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25899[illegible] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 12/15/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 6 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |
| 1 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | 8 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |

TOTAL WEIGHT: 774.600 LBS TOTAL CUBIC VOLUME: 60.360

Boz
08:15
12/15/03

863

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EM IRE
PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

'OICE

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEN ACKNOWLEDGES RECEIPT TAL LIABILITY FOR PAYN ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE CLOSED FOR
THE HOLIDAYS DECEMBER 24th, 25th AND
JANUARY 1, 2004.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 259877 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 12/18/03 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, (CONTAINS HYDROCHLORIC (MURIATIC) ACID) | | | | | | |
| | 2 CS | 1 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 2 | CS | | |

TOTAL WEIGHT: 60.000 LBS TOTAL CUBIC VOLUME: .000
CORR MAT: 60 LB

864

* * * END OF ORDER * * * RTE: LAWTON 4 HMHMH

EM IRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# OICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYEF BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A TAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMPIRE PAPER COMPANY WILL BE CLOSED FOR THE HOLIDAYS DECEMBER 24th, 25th AND JANUARY 1, 2004.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 260326 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 12/22/03 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV. BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 4 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 7 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 7 CS | 4 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 1 CS | 5 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |
| 1 CS | 6 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 7 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 8 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 659.100 LBS TOTAL CUBIC VOLUME: 50.240

Happy Holidays Bob 12/22/03 0830

865

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

'OICE

PLEASE CHECK MERCHAN... CAREFULLY BEFORE S... SIGNATURE OF BUYER ... BUYER'S REPRESEN... ACKNOWLEDGES RECEIPT ... TAL LIABILITY FOR PAYM... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER COMPANY WILL BE CLOSED FOR
THE HOLIDAYS DECEMBER 24th, 25th AND
JANUARY 1, 2004.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 261065 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO:
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 12/31/03 | JEANETTE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 3 | CS | | |
| | 1 CS | 2 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | |
| | 5 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 5 | CS | | |
| | 5 CS | 4 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 450.700 LBS TOTAL CUBIC VOLUME: 34.430

866

* * * END OF ORDER * * * RTE: CUTOFF...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EM IRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

/OICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE, BUYER'S REPRESE ACKNOWLEDGES RECEIPT A TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 26263 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Hairston
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 01/08/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 CS | 1 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 6 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| | 3 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 3 | CS | | |
| | 1 CS | 4 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 5 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 PL | 6 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | | |
| X | COMPOUNDS, CLEANING LIQUID, N.O.S., 8, NA1760, PGII (CONTAINS SODIUM HYDROXIDE) | | | | | | |
| | 1 PL | 7 SPA-00845 | EMULSIFIER PLUS STRIPPER 5/GL | 1 | PL | | |
| | | | NOTE: THANK YOU | | | | |

TOTAL WEIGHT: 406.700 LBS TOTAL CUBIC VOLUME: 22.270
CORR MAT: 46 LB

Rcvd. MAR 3, 2005
W/ltr. H+R services

867

* * * END OF ORDER * * * RTE: LAWTON 4 HMHMI

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# VOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCH... CAREFULLY BEFORE SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOIC... |
|---|---|---|
| 4 | | 26345 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jennifer Houston
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700* | 01/12/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 3 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 3 | CS | | |
| 2 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS ( 5 EA) | 6 MMM-20WHT | 20" WHITE POLISH PAD 5/CS | 5 | EA | | |

TOTAL WEIGHT: 529.200 LBS TOTAL CUBIC VOLUME: 43.750

Bo 13 01/12/04 07:45

868

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EM IRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# 'OICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHA... CAREFULLY BEFORE S... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT A... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 26363... |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 01/15/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS (10 BX) | 1 SAF-91079L | LG P.F. LATEX GLOVE MED 10/100 | 10 | BX | | |
| | TOTAL WEIGHT: | 10.000 LBS | TOTAL CUBIC VOLUME: .000 | | | | |

869

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EM IRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

'OICE

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT A. JTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 26470 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 01/19/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 7 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 8 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 2 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 2 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| 3 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 3 | CS | | |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

TOTAL WEIGHT: 732.100 LBS TOTAL CUBIC VOLUME: 55.050

870

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2709 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
| --- | --- | --- |
| 4 | | 26633 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
| --- | --- | --- | --- | --- | --- | --- |
| 264700* | 01/26/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- |
| 4 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 5 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| 7 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 2 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 GL | 6 SPA-44504 | SUPER SPRAY BUFF 4/GL | 1 | GL | | |
| 1 CS | 7 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | |

TOTAL WEIGHT: 582.250 LBS TOTAL CUBIC VOLUME: 46.840

B03
08 15
01/26/04

871

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3218
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 26801 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 02/02/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 8 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 PIT-MR24339 | 24X33 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | 7 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |

TOTAL WEIGHT: 732.200 LBS TOTAL CUBIC VOLUME: 58.750

Bob
02/02/04
08:00

872

* * * END OF ORDER * * * RTE:

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCH[ANDISE] CAREFULLY BEFORE SIGNATURE OF BUY[ER]. BUYER'S REPRESE[NTATIVE] ACKNOWLEDGES RECEIPT, [T]OTAL LIABILITY FOR PAY[MENT]. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVO[ICE] |
|---|---|---|
| 4 | | 2694[...] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL[ES] |
|---|---|---|---|---|---|---|
| 264700* | 02/09/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| | 3 CS | 2 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 1 CS | 3 RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | | |
| | 1 CS | 4 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 7 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | |

TOTAL WEIGHT: 412.600 LBS TOTAL CUBIC VOLUME: 32.650

Bob
02/09/04
07:35

873

*** END OF ORDER *** RTF: [illegible]

EMPIRE PAPER COMPANY · WICHITA FALLS, TX

EMPIRE PAPER COMPANY
— Since 1926 —

AFFLINK

# VOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT A... TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 26964 |

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME [signature]

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 02/10/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ROGER WILL DELIVER ON TUESDAY | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 8 CS | 1 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 8 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |

TOTAL WEIGHT: 285.600 LBS TOTAL CUBIC VOLUME: 28.000

874

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT OF TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 27020 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jennette Hansta
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700* | 02/12/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | 1 PL | 1 SPA-40455 | SUNNY SIDE FLOOR FINISH | 5GL | 1 | PL | | |
| X | COMPOUNDS, CLEANING LIQUID, N.O.S., 8, NA1760, PGII (CONTAINS SODIUM HYDROXIDE) | | | | | | | |
| | 1 PL | 2 SPA-00845 | EMULSIFIER PLUS STRIPPER | 5/GL | 1 | PL | | |
| | 1 GL | 3 SPA-43304 | BOUNCE BACK RESTORER | 4/GL | 1 | GL | | |

(INCLUDE MATERIAL SAFETY DATA S

TOTAL WEIGHT: 101.250 LBS TOTAL CUBIC VOLUME: .970
CORR MAT: 46 LB

Bot 02/11/04 07:65

875

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3667
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCH... CAREFULLY BEFORE SIGNATURE OF BUY... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED... CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 27082 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700* | 02/16/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 5 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | | |
| 5 CS | 2 | GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 5 | CS | | |
| 5 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| 2 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 2 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| 1 CS | 6 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS ( 5 EA) | 7 | MMM-20RED | 20" RED BUFFING PAD 5/CS | 5 | EA | | |
| 1 CS ( 5 EA) | 8 | MMM-20WHT | 20" WHITE POLISH PAD 5/CS | 5 | EA | | |

NOTE: THANK YOU

TOTAL WEIGHT: 573.600 LBS TOTAL CUBIC VOLUME: 46.760

876

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# VOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA... CAREFULLY BEFORE SIGNATURE OF BUYER ... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 2713... |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700* | 02/19/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 PL | 1 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | | |
| | TOTAL WEIGHT: | 46.000 LBS | TOTAL CUBIC VOLUME: .000 | | | | |

877

* * * END OF ORDER * * * RTE: LA... EMPIRE PAPER COMPANY WICHITA FALLS, TX 4

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# VOICE

PLEASE CHECK MERCH/ CAREFULLY BEFORE SIGNATURE OF BUYEI BUYER'S REPRESEI ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYI ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 27228' |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X *[signature]*
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 02/23/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| MONROE | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| 7 CS | 2 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 7 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |
| 1 CS | 6 | DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |
| 1 CS ( 5 EA) | 7 | MMM-20BLK | 20" BLACK STRIPPING PAD 5/CS | 5 | EA | | |
| 1 PL | 8 | SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | | |

TOTAL WEIGHT: 797.200 LBS TOTAL CUBIC VOLUME: 60.260

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY WICHITA FALLS, TX

4

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# VOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCH/ ... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 27392 |

RESCHEDULED

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA... |
|---|---|---|---|---|---|---|
| 264700* | 03/01/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 1 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | |
| | TOTAL WEIGHT: | 28.800 LBS | TOTAL CUBIC VOLUME: 1.900 | | | | |

879

*** END OF ORDER *** RTE: LAWT... 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 27386 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO:
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 03/01/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | | |
| | 2 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| | 8 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 8 CS | 4 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| | 1 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 1 CS | 7 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 8 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |
| | | | NOTE: THANK | YOU | | | | |

TOTAL WEIGHT: 774.000 LBS TOTAL CUBIC VOLUME: 61.860

880

* * * END OF ORDER * * * DTE- ... OUT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# INVOICE

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 27529 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 03/08/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 4 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 4 | CS | | |
| 8 CS | 2 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 6 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | | |
| 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 2 CS | 5 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| 1 CS | 6 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 0 CS (B/O .25 CS) | 7 | SPA-44504 | SUPER SPRAY BUFF 4/GL | 0 | GL | | |

TOTAL WEIGHT: 644.700 LBS TOTAL CUBIC VOLUME: 50.340

881

* * * END OF ORDER * * * RTF: I

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACK/DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER, BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 2767[illegible] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6005

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 03/15/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS: OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C[redacted] | [redacted] | [redacted] |
| 8 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | C[redacted] | [redacted] | [redacted] |
| 8 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | C[redacted] | [redacted] | [redacted] |
| 2 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | C[redacted] | [redacted] | [redacted] |
| 1 CS | 5 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | C[redacted] | [redacted] | [redacted] |
| 1 CS | 6 | PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C[redacted] | [redacted] | [redacted] |
| 1 CS | 7 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | C[redacted] | [redacted] | [redacted] |
| 1 CS | 8 | PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C[redacted] | [redacted] | [redacted] |
| 1 CS | 9 | PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | C[redacted] | [redacted] | [redacted] |
| 0 CS (B/O .25 CS) | 10 | SPA-44504 | SUPER SPRAY BUFF 4/GL | 0 | G[redacted] | [redacted] | [redacted] |

TOTAL WEIGHT: 742.400 LBS TOTAL CUBIC VOLUME: 66.530

[redacted]

* * * END OF ORDER * * * RTE: LAW[illegible] 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9620

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1 -OK

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 278022-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Houston
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700* | 03/22/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | |
| 8 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| X COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, | | (CONTAINS HYDROCHLORIC (MURIAT | | | | |
| 1 CS | 8 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |
| 0 CS (B/O .25 CS) | 9 SPA-44504 | SUPER SPRAY BUFF 4/GL | 0 | GL | | |

TOTAL WEIGHT: 748.000 LBS TOTAL CUBIC VOLUME: 66.920
CORR MAT: 30 LB

883

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

EMPIRE PAPER COMPANY
– Since 1926 –

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKI / DELIVERY SLIP

PLEASE CHECK MERCH. CAREFULLY BEFORE SIGNATURE OF BUYE. BUYER'S REPRESE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 27802 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 03/25/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | 1 GL | SPA-44504 | SUPER SPRAY BUFF | 4/GL | 1 | GL | [redacted] | [redacted] |
| | TOTAL WEIGHT: | 9.250 LBS | TOTAL CUBIC VOLUME: | .289 | | | | |

[redacted]

*** END OF ORDER *** RTE: ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX

884

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKI' 'DELIVERY SLIP

PLEASE CHECK MERCHA... CAREFULLY BEFORE S... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT... OTAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 2752 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 03/25/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 GL | 1 SPA-44504 | SUPER SPRAY BUFF 4/GL | | | [redacted] | [redacted] |

TOTAL WEIGHT: 9.250 LBS TOTAL CUBIC VOLUME: .288

[redacted]

885

* * * END OF ORDER * * * RTE: I OUT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 27679 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700* | 03/25/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 GL | 10 SPA-44504 | SUPER SPRAY BUFF 4/GL | 1 | GL | [redacted] | [redacted] |
| TOTAL WEIGHT: | 9.250 LBS | TOTAL CUBIC VOLUME: .200 | | | | |

[redacted]

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

886

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKIN' / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... TAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 27935 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700* | 03/29/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H/M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS (10 BX) | 1 SAF-91079L | LG P.F. LATEX GLOVE MED 10/100 | 10 | B[redacted] | [redacted] | [redacted] |
| | 6 CS | 2 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C[redacted] | [redacted] | [redacted] |
| | 7 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | C[redacted] | [redacted] | [redacted] |
| | 7 CS | 4 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | C[redacted] | [redacted] | [redacted] |
| | 3 CS | 5 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | C[redacted] | [redacted] | [redacted] |
| | 1 CS | 6 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C[redacted] | [redacted] | [redacted] |
| | 1 CS | 7 PIT-MR24339 | 24X33 CORELESS LINER 6MIC20/50 | 1 | C[redacted] | [redacted] | [redacted] |

TOTAL WEIGHT: 582.900 LBS TOTAL CUBIC VOLUME: 62.540

Bob
03/29/04

887

[redacted]

* * * END OF ORDER * * * RTE: LAWT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EM IRE PAPER COMPANY
— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3887
TOLL FREE (800) 299-9626

AFFLINK

# PACKI' 'DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT . JTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOI |
| --- | --- | --- |
| 4 | | 28033 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
| --- | --- | --- | --- | --- | --- | --- |
| 264700* | 04/01/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
| --- | --- |
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 4 EA | *EUR-684 | 12" SANITAIRE | | E | | |

TOTAL WEIGHT: .000 LBS TOTAL CUBIC VOLUME: .000

888

* * * END OF ORDER * * * RTE: LAW EMPIRE PAPER COMPANY WICHITA FALLS, TX 4
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK MEMBER

# PACKI' / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT OTAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 2007 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 04/05/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C | | |
| | 8 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | C | | |
| | 8 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | C | | |
| | 6 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 6 | C | | |
| | 1 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |
| | 1 CS | 6 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | C | | |
| | 1 CS | 7 PIT-MR24249 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | | |
| | 1 CS | 8 PIT-MR30371 | 30X37 CORELESS LINER 10MI20/25 | 1 | C | | |
| | 1 CS | 9 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | C | | |

TOTAL WEIGHT: 8[illegible]2.200 LBS TOTAL CUBIC VOLUME: 73.200

BoB
04/05/04
0810

889

* * * END OF ORDER * * * RTE: LAW

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT, TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 281/7... |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 04/06/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 EA | *UNS-CM12 | 12"MAGNET<br>NOTE: THANK YOU | 5 | EA | [redacted] | [redacted] |

TOTAL WEIGHT: .000 LBS TOTAL CUBIC VOLUME: .000

[redacted]

* * * END OF ORDER * * * RTE: ...

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

890

EM IRE
PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKIN 'DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESEN ACKNOWLEDGES RECEIPT, TAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVO |
|---|---|---|
| 4 | | 28093 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700* | 04/06/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ROGER TO DELIVER | OPEN 6:45AM DELV BEFR 9AM |

| H/M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 1 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | [redacted] | [redacted] |
| | | | NOTE: THANK YOU | | | | |
| | TOTAL WEIGHT: | 25.200 LBS | TOTAL CUBIC VOLUME: 1.950 | | | | |

[redacted]

*** END OF ORDER *** RTE: D 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

891

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKI / DELIVERY SLIP

PLEASE CHECK MERCHA... CAREFULLY BEFORE ... SIGNATURE OF BUYE... BUYER'S REPRESE... ACKNOWLEDGES RECEIPT ... TAL LIABILITY FOR PAY... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOI... |
|---|---|---|
| 4 | | 28222... |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA... |
|---|---|---|---|---|---|---|
| 264700* | 04/12/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H/M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | [redacted] |
| | 8 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| | 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| | 1 CS | 4 RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | | |
| | 2 CS | 5 PIT-MR40483 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| | 1 CS | 6 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | | | NOTE: THANK YOU | | | | |

TOTAL WEIGHT: 684.800 LBS TOTAL CUBIC VOLUME: 60.98...

[redacted]

* * * END OF ORDER * * * RTE: LAW... 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

892