EM IRE
PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKIN' 'DELIVERY SLIP

PLEASE CHECK MERCHA' CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT. TAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 2828 |

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| 264700* | 04/15/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 15 EA | 1 CON-922HL | PISTOL GRIP SPRAYER 9" | 15 | E | [redacted] | [redacted] |
| | | NOTE: THANK YOU | | | | |

TOTAL WEIGHT: 3.750 LBS TOTAL CUBIC VOLUME: .150

[redacted]

893

* * * END OF ORDER * * * RTE: LAWT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY

— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKI / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYEI BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A TOTAL LIABILITY FOR PAYN ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 28350 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700* | 04/19/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [illegible] | [illegible] |
| | 8 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | [illegible] | [illegible] |
| | 8 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | [illegible] | [illegible] |
| | 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | [illegible] | [illegible] |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | [illegible] | [illegible] |
| | 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | [illegible] | [illegible] |

TOTAL WEIGHT: 712.680 LBS TOTAL CUBIC VOLUME: 65.140

BOB 4/19/04

894

*** END OF ORDER *** RTE: L[illegible] 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY

– Since 1926 –

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING/DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT, TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 28376 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700* | 04/22/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H/M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 1 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | [redacted] | |
| | 4 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 4 | CS | | |

TOTAL WEIGHT: 103.200 LBS TOTAL CUBIC VOLUME: 8.830

895

[redacted]

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

Case 1:06-cv-00582-TCW Document 22-14 Filed 01/18/2008 Page 4 of 20

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

PLEASE CHECK MERCHANDISE FULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 2850120 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700* | 04/26/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 7 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 7 | CS | [redacted] | [redacted] |
| 3 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | [redacted] | [redacted] |
| 12 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 12 | CS | [redacted] | [redacted] |
| 8 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | [redacted] | [redacted] |
| 2 CS | 64L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | [redacted] | [redacted] |
| 2 CS | 64L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 2 | CS | [redacted] | [redacted] |
| 1 CS | 64L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | [redacted] | [redacted] |
| X COMPOUNDS,CLEANING LIQUID,8,NA1760,PGIII, | | (CONTAINS HYDROCHLORIC (MURIA | | | | |
| 1 CS | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | | CS | [redacted] | [redacted] |

TOTAL WEIGHT: [illegible]8.040 LBS TOTAL CUBIC VOLUME: 80.120
CORR MAT: 30 LB

[redacted]

896

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

MPIR
ER COMPANY
– Since 1926 –
TRAL FREEWAY EAST
FALLS, TX 76301
3216
766-3867
E (800) 299-9626

AFFLINK

# PACKING / DE ERY SLIP

EMERGENCY RESPONSE PHONE : 800-535-5053

PLEASE CHECK MERCHANDISE CAREF EFORE SIGNING. SIGNATURE OF BUYER OR BUYE PRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIA FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEM ECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2700 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

LD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | [illegible] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| MER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 700* | 05/03/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|---|
| 7 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 7 | C | [redacted] | | |
| 9 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | C | | | |
| 8 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 8 | C | | | |
| 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | C | | | |
| 1 CS | 5 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | C | | | |
| 1 CS | 6 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | | |
| | | | NOTE: THANK YOU | | | | | |

TOTAL WEIGHT: 787.160 LBS TOTAL CUBIC VOLUME: 73.150

897

[redacted]

* * * END OF ORDER * * * RTE: L 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

MPIR
R COMPANY
– Since 1926 –
RAL FREEWAY EAST
ALLS, TX 76301
316
'66-3867
(800) 299-9626

AFFLINK

# PACKING / DE ERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFU FORE SIGNING. SIGNATURE OF BUYER OR BUYEI PRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIAB. OR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 287944-00 |

D TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| MER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 700* | 05/10/04 | JANETTE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T. |
|---|---|---|---|---|---|---|---|
| 5 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | [illegible] | C | [redacted] | | |
| 3 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | [illegible] | C | | | |
| 3 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | [illegible] | C | | | |
| 4 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | [illegible] | C | | | |
| 1 CS | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | [illegible] | C | | | |
| 1 CS | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | [illegible] | C | | | |
| 1 CS | PIT-MR30373 | 30X37 CORELESS LINER16MIC10/25 | [illegible] | C | | | |
| 1 CS | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | [illegible] | C | | | |

NOTE: THANK YOU

TOTAL WEIGHT: 750.760 LBS TOTAL CUBIC VOLUME: 68.400

898

[redacted]

* * * END OF ORDER * * * RTE: LAW 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
...0216
...766-3867
...E (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 289417-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 700# | 05/17/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| GL ( 1.25 CS) | SPA-30054 | PLUS 5 DRY FOAM SHAMPOO 4/GL | [illegible] | GL | [redacted] | | |
| CS ( 5 EA) | MMM-20RED | 20" RED BUFFING PAD 5/CS | [illegible] | EA | | | |
| CS | 04L-00000009 | 40X48 CORELESS LINER 16MI10/25 | [illegible] | CS | | | |
| CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | [illegible] | CS | | | |
| CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | [illegible] | CS | | | |
| CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | [illegible] | CS | | | |
| CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | [illegible] | CS | | | |
| CS ( 5 EA) | MMM-20WHT | 20" WHITE POLISH PAD 5/CS | [illegible] | EA | | | |

TOTAL WEIGHT: 576.410 LBS TOTAL CUBIC VOLUME: 51.50

Rec'd 05/17/04 07:50

899

[redacted]

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

MPIR
R COMPANY
– Since 1926 –
RAL FREEWAY EAST
ALLS, TX 76301
216
'66-3867
(800) 299-9626

AFFLINK

# PACKING / DELI RY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-3053

PLEASE CHECK MERCHANDISE CAREFU FORE SIGNING. SIGNATURE OF BUYER OR BUYEF PRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIAE OR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS CEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 290921-00 |

.D TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| MER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 00 | 05/24/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | [redacted] | [redacted] |
| CS | GPC-26000 | NATURAL ROLL TOWEL 12/350' | | CS | [redacted] | [redacted] |
| 0 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | [redacted] | [redacted] |
| CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | [redacted] | [redacted] |
| CS | 64L-00000005 | 30X37 CORELESS LINER 10MI20/25 | | CS | [redacted] | [redacted] |
| CS | 64L-00000009 | 40X48 CORELESS LINER 16MI10/25 | | CS | [redacted] | [redacted] |
| CS | 64L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | | CS | [redacted] | [redacted] |
| CS | DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | | CS | [redacted] | [redacted] |

OTAL WEIGHT: 5.080 LBS TOTAL CUBIC VOLUME: 65.24

900

[redacted]

* * * END OF ORDER * * * RIE: L EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EPIRE
ER COMPANY
– Since 1926 –
TRAL FREEWAY EAST
FALLS, TX 76301
1216
766-3867
E (800) 299-9628

AFFLINK MEMBER

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIA. OR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 291205-00 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 700* | 05/25/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ER TO DELIVER | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION | T |
|---|---|---|---|---|---|---|---|
| 1 CS | GPC-26301 | NATURAL ROLL TOWEL 6/800' | | CS | [redacted] | | |
| | NOTE: THANK YOU | | | | | | |

TOTAL WEIGHT: 25.200 LBS TOTAL CUBIC VOLUME: 1.950

901

[redacted]

* * * END OF ORDER * * * RTE: DE EMPIRE PAPER COMPANY (WICHITA FALLS) TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY

— Since 1926.—

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL RESPONSIBILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 292256-00 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6905

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X Jeanette Houston
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700* | 06/01/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| [illegible] | 1 [illegible] | [illegible] | 6 | CS | [redacted] | [redacted] |
| [illegible] | 2 [illegible] | NATURAL [illegible] | [illegible] | [illegible] | [redacted] | [redacted] |
| [illegible] | 3 [illegible] | NATURAL [illegible] | [illegible] | CS | [redacted] | [redacted] |
| [illegible] | 4 [illegible] | NATURAL [illegible] | [illegible] | [illegible] | [redacted] | [redacted] |
| [illegible] | 5 [illegible] | 40X48 CORELESS LINER [illegible] | [illegible] | CS | [redacted] | [redacted] |
| [illegible] | 6 [illegible] | 30X37 CORELESS LINER [illegible] | 1 | CS | [redacted] | [redacted] |
| [illegible] | 7 [illegible] | 24X24 CORELESS [illegible] | 1 | CS | [redacted] | [redacted] |
| LB POUNDS; WARNING | LIQUID, 8, NA1760, PGIII | CONTAINS HYDROCHLORIC ACID | | | | |
| [illegible] | 8 SPA-7130 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | [redacted] | [redacted] |
| | NOTE: THANK YOU | | | | | |

TOTAL WEIGHT: 792.690 LBS TOTAL CUBIC VOLUME: 66.980
FORR MAT: 30 LB

902

[redacted]

* * * END OF ORDER * * * RTE: LAWTON 4 HMHMHHHM

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING ELIVERY SLIP

PLEASE CHECK MERCHAN AREFULLY BEFORE SI SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A. AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 29342? |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501
MONROE

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 06/07/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 CS | GPC-26000 | NATURAL ROLL TOWEL 12/350' | | CS | [redacted] | |
| 1 CS | GPC-26301 | NATURAL ROLL TOWEL 6/800' | | CS | | |
| 6 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | | |
| 4 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | | |
| 6 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | | |
| 2 CS | G4L-00000009 | 40X48 CORELESS LINER 16M110/25 | | CS | | |

TOTAL WEIGHT: 908.920 LBS TOTAL CUBIC VOLUME: 54.71

[redacted]

* * * END OF ORDER * * * RTE: LAWT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

903

EMPIRE PAPER COMPANY

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-533-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 29483 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 06/14/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | | |
| CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | | |
| CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | | |
| CS | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | | CS | | |
| 1 CS | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | | CS | | |
| 1 CS | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | | CS | | |
| 2 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | | CS | | |

TOTAL WEIGHT: 700.580 LBS TOTAL CUBIC VOLUME: 63.86

904

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... TAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER, ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X (signature)
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 204700 | 06/21/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 4 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | [illegible] | CS | [redacted] | [redacted] |
| 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | [illegible] | CS | [redacted] | [redacted] |
| 3 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | [illegible] | CS | [redacted] | [redacted] |
| 2 CS | 4 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | [illegible] | CS | [redacted] | [redacted] |
| 3 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | [illegible] | CS | [redacted] | [redacted] |
| 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | [illegible] | CS | [redacted] | [redacted] |
| 1 CS | 7 | G4L-00000003 | 24X33 CORELESS LINER 6MIC20/50 | [illegible] | CS | [redacted] | [redacted] |
| 1 CS | 8 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | [illegible] | CS | [redacted] | [redacted] |

TOTAL WEIGHT: [illegible]7.000 LBS TOTAL CUBIC VOLUME: 59.9[illegible]

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

905

EMPIRE PAPER COMPANY
– Since 1926 –

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 29753 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME:

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6005

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501
MONROE

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 06/28/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS (10 BX) | SAF-91079L | LG P.F. LATEX GLOVE MED 10/100 | [illegible] | BX | [redacted] | [redacted] |
| 2 CS | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | [illegible] | CS | [redacted] | [redacted] |
| 3 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | [illegible] | CS | [redacted] | [redacted] |
| 9 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | [illegible] | CS | [redacted] | [redacted] |
| 10 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | [illegible] | CS | [redacted] | [redacted] |
| 6 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | [illegible] | CS | [redacted] | [redacted] |

TOTAL WEIGHT: [illegible]1.920 LBS TOTAL CUBIC VOLUME: 71.32[illegible]

Bo B 06/28/04
07.15

[redacted]

* * * END OF ORDER * * * RTE: L[illegible]

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

# EMPIRE PAPER COMPANY

AFFLINK

## PACKING DELIVERY SLIP

— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHA[NDISE] CAREFULLY BEFORE [SIGNING]. SIGNATURE OF BUYE[R OR] BUYER'S REPRESE[NTATIVE] ACKNOWLEDGES RECEIPT [AND TO]TAL LIABILITY FOR PAY[MENT OF] ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED [IN GOOD] CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 25685 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700* | 07/06/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | [redacted] | [redacted] |
| | 9 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | | |
| | 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | | |
| | 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | | CS | | |
| | 1 CS | 5 GPC-26301 | NATURAL ROLL TOWEL 6/800' | | CS | | |
| | 1 CS | 6 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | | CS | | |
| | 1 CS | 7 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | | CS | | |
| | 1 CS | 8 G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | | CS | | |
| | 1 CS | 9 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, | | (CONTAINS HYDROCHLORIC MURIAT | | | | |
| | 1 CS | 10 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | | CS | | |

TOTAL WEIGHT: 770.680 LBS TOTAL CUBIC VOLUME: 66.25
CORR MAT: 30 LB

[redacted]

907

* * * END OF ORDER * * * RTE: LAWTON

EMPIRE PAPER COMPANY / WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EM IRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA CAREFULLY BEFORE SIGNATURE OF BUYE BUYER'S REPRESE ACKNOWLEDGES RECEIPT TAL LIABILITY FOR PAY ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 29950 |

SOLD TO: H & R SERVICES
PO BOX 175
OWE'S CROSSROAD AL 35763
580-351-6001

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 07/08/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 EA | *EUR-684 | 12" SANITAIRE | | EA | [redacted] | [redacted] |
| | 5 EA | *UNS-CM12 | 12"MAGNET | | EA | [redacted] | [redacted] |
| | | NOTE: THANK YOU | | | | | |
| | TOTAL WEIGHT: | .000 LBS | TOTAL CUBIC VOLUME: .000 | | | | |

[redacted]

908

* * * END OF ORDER * * * RTE: LAW

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT. TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 3000[illegible] |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700# | 07/12/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 4 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | [redacted] | [redacted] |
| | 7 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | [redacted] | [redacted] |
| | 7 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | [redacted] | [redacted] |
| | 3 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | | CS | [redacted] | [redacted] |
| | 1 CS | RCM-25122073 | 1/2 FOLD SEAT COVER 20/250 | | CS | [redacted] | [redacted] |
| | 1 CS | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | | CS | [redacted] | [redacted] |
| | 1 CS | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | | CS | [redacted] | [redacted] |
| | 1 CS | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | | CS | [redacted] | [redacted] |
| | 1 CS | DIA-9000 | 2.5OZ DEOD SOAP UNWRAP 1/200 | | CS | [redacted] | [redacted] |

TOTAL WEIGHT: [illegible]0.580 LBS TOTAL CUBIC VOLUME: 54.30

[redacted]

* * * END OF ORDER * * * RTE: L 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

909

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN ... CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
320-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA... |
|---|---|---|---|---|---|---|
| | | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 5:45AM DELIVER ... |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| [illegible] CS | SCA-T516366 | MAIN ST 1PLY TISSUE 96/1000 | [illegible] | CS | [redacted] | [redacted] |
| [illegible] CS | GPC-26000 | NATURAL ROLL TOWEL 12/350' | [illegible] | CS | [redacted] | [redacted] |
| [illegible] CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | [illegible] | CS | [redacted] | [redacted] |
| [illegible] CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | [illegible] | CS | [redacted] | [redacted] |
| [illegible] CS | 64L-00000009 | 40X48 CORELESS LINER 16MI10/25 | [illegible] | CS | [redacted] | [redacted] |
| [illegible] CS | 64L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | [illegible] | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 7?9.760 LBS TOTAL CUBIC VOLUME: 69.6?

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

910

EM IRE PAPER COMPANY
— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEN ACKNOWLEDGES RECEIPT TAL LIABILITY FOR PAYI ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOI |
|---|---|---|
| 4 | | 30285 |

SOLD TO:
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6905

SHIP TO:
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED,
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700X | 07/26/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | [redacted] | [redacted] |
| | 9 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | [redacted] | [redacted] |
| | 6 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | [redacted] | [redacted] |
| | 3 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | | CS | [redacted] | [redacted] |
| | 1 CS | GPC-26301 | NATURAL ROLL TOWEL 6/800' | | CS | [redacted] | [redacted] |
| | 1 CS | G4L-00000009 | 40X40 CORELESS LINER 16MI10/25 | | CS | [redacted] | [redacted] |
| | 1 CS | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | | CS | [redacted] | [redacted] |
| | 1 CS | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 7?9.780 LBS TOTAL CUBIC VOLUME: 71.25

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

* * * END OF ORDER * * * RTE. 1 QUTY

911

EM IRE PAPER COMPANY

— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 768-3867
TOLL FREE (800) 299-9628

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHA... CAREFULLY BEFORE S... SIGNATURE OF BUYE... BUYER'S REPRESEN... ACKNOWLEDGES RECEIPT, ...TAL LIABILITY FOR PAYM... ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 30431 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X (signature)
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 254700* | 08/02/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | [redacted] |
| [illegible] CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | [illegible] | CS | [redacted] | [redacted] |
| 8 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | [redacted] | [redacted] |
| 3 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | [redacted] | [redacted] |
| 2 CS | 04L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | [redacted] | [redacted] |
| 1 CS | 04L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: [illegible].620 LBS TOTAL CUBIC VOLUME: 65.80

4 DAMAGE Case REFUSED Short 1 Case Deliver 1?

Bob B 08/02/04 08:00

[redacted]

* * * END OF ORDER * * * RTE: [redacted]

EMPIRE PAPER COMPANY • WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

912