EM IRE PAPER COMPANY

— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING ELIVERY SLIP

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYEI BUYER'S REPRESEN ACKNOWLEDGES RECEIPT OTAL LIABILITY FOR PAYN ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED II CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 30446 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
500-351-6005

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 08/05/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 1 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 1 | CS | [redacted] | [redacted] |
| | TOTAL WEIGHT: | 2.400 LBS | TOTAL CUBIC VOLUME: 1.760 | | | | |

[redacted]

* * * END OF ORDER * * * RTE: LAWT

4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

913

EMPIRE PAPER COMPANY
– Since 1926 –
08 CENTRAL FREEWAY EAST
ICHITA FALLS, TX 76301
40) 766-3216
X (940) 766-3867
LL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 300455-00 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501
MONROE

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 5647001 | 08/09/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | | | [redacted] | [redacted] |

[redacted]

914

* * * END OF ORDER * * * RTE: LAW

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING ELIVERY SLIP

PLEASE CHECK MERCHA CAREFULLY BEFORE SI SIGNATURE OF BUYEI BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A. .IAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOIC |
|---|---|---|
| 4 | | 30724 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580 351-5805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501
MONROE

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 08/16/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | [redacted] | |
| 3 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | | CS | | |
| 3 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | | |
| 2 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | | |
| 1 CS | 64L-00000009 | 40X48 CORELESS LINER 16MI10/25 | | CS | | |
| 1 CS | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | | CS | | |
| 1 CS | PIT-MR30373 | 30X37 CORELES LINER 16MIC10/25 | | CS | | |
| 1 CS | 64L-00000003 | 24X33 CORELESS LINER 6MIC20/50 | | CS | | |
| 1 CS | 64L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | | CS | | |

TOTAL WEIGHT: 7[illegible]4.180 LBS TOTAL CUBIC VOLUME: 70.62

[redacted]

915

* * * END OF ORDER * * * RTE: LAWT

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER'S REPRESENTATIVE. BUYER'S SIGNATURE ACKNOWLEDGES RECEIPT OF TOTAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 308 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
800-351-8805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700* | 08/23/04 | MUNROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | [redacted] | [redacted] |
| 3 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | | CS | [redacted] | [redacted] |
| 7 CS | GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | | CS | [redacted] | [redacted] |
| 9 CS | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | [redacted] | [redacted] |
| 2 CS | 64L-00000009 | 40X48 CORELESS LINER 16MI10/25 | | CS | [redacted] | [redacted] |
| 1 CS | DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | | CS | [redacted] | [redacted] |
| | NOTE: THANK YOU | | | | | |

TOTAL WEIGHT: 754.720 LBS TOTAL CUBIC VOLUME: 66.08

[redacted]

*** END OF ORDER *** RTE: L

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

916

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TO[TAL] LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 310246-00 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
380-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501
MONROE

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700* | 08/20/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | 1 [illegible] | [illegible] | 6 | [illegible] | [redacted] | [redacted] |
| | 2 [illegible] | NATURAL [illegible] | 9 | [illegible] | [redacted] | [redacted] |
| | 3 [illegible] | NATURAL [illegible] TOWEL | [illegible] | [illegible] | [redacted] | [redacted] |
| | 4 [illegible] | NATURAL ROLL TOWEL | [illegible] | [illegible] | [redacted] | [redacted] |
| | 5 [illegible] | [illegible] LINER [illegible] | 1 | [illegible] | [redacted] | [redacted] |
| | 6 [illegible] | [illegible] CORELESS LINER [illegible] | 1 | CS | [redacted] | [redacted] |
| | 7 [illegible] | [illegible] CORELESS LINER [illegible] | 1 | CS | [redacted] | [redacted] |
| | 8 SAF-310710 | LG P.F. LATEX GLOVE [illegible] | 10 | BX | [redacted] | [redacted] |
| [illegible] | | [illegible] (CONTAINS HYDROCHLORIC ACID) | | | | |
| | 9 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | [redacted] | [redacted] |
| | 10 SPA-40455 | SUNNY SIDE FLOOR FINISH 5GL | 1 | PL | [redacted] | [redacted] |
| COMPOUNDS, CLEANING | | LIQUID, N.O.S., 8, NA1760, PGII (CONTAINS SODIUM HYDROXIDE) | | | | |
| | 11 SPA-00815 | EMULSIFIER PLUS STRIPPER 5/GL | | PL | [redacted] | [redacted] |
| | 12 GPL-26301 | NATURAL ROLL TOWEL 6/800' | | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 914.800 LBS TOTAL CUBIC VOLUME: 74.17
CORR MAT: 26 LB

[redacted]

*** END OF ORDER *** RTE: LA[WTON] 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

HMHMHMHM

917

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHAN CAREFULLY BEFORE S SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT, FAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
| --- | --- | --- |
| 4 | | 31163 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
| --- | --- | --- | --- | --- | --- | --- |
| 264700* | 09/07/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
| --- | --- |
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | [redacted] |
| | 7 CS | 2 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | [redacted] | [redacted] |
| | 7 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | [redacted] | [redacted] |
| | 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | [redacted] | [redacted] |
| | 1 CS | 5 RCM-25180573 | 1/2 FOLD SEAT COVER 20/250 | 1 | CS | [redacted] | [redacted] |
| | 1 CS | 6 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | [redacted] | [redacted] |
| | 1 CS | 7 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | [redacted] | [redacted] |
| | 1 CS | 8 G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | [redacted] | [redacted] |
| | 0 CS (B/O 1 CS) | 9 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 0 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 721.680 LBS TOTAL CUBIC VOLUME: 63.300

[redacted]

* * * END OF ORDER * * * RTE: LA[redacted]

EMPIRE PAPER COMPANY / WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

918

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHAN CAREFULLY BEFORE SI SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 311630 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 09/07/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 9 64L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 10.000 LBS TOTAL CUBIC VOLUME: .660

[redacted]

* * * END OF ORDER * * * RTE: LA

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

919

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT, ... AL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 31356 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 09/16/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 2 CS | 5 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 43.520 LBS TOTAL CUBIC VOLUME: 1.320

920

[redacted]

* * * END OF ORDER * * * RTE: LAWT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHAN CAREFULLY BEFORE S SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT AL LIABILITY FOR PAYM ALL MERCHANDISE ON THI ER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| | | 3102[illegible] |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501
MONROE

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 08/31/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 CS | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | [illegible] | [illegible] |

TOTAL WEIGHT: 66.300 LBS TOTAL CUBIC VOLUME: 5.82[illegible]

921

*** END OF ORDER *** RTE: L[illegible]

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

Case 1:06-cv-00582-TCW Document 22-15 Filed 01/18/2008 Page 10 of 20

EMPIRE PAPER COMPANY

— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3667
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT / ... AL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ...ER. ITEMS RECEIVED IN ... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 31355? |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X *(signature)*

PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 09/13/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 5 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | [redacted] | |
| | 3 CS | 2 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 9 CS | 3 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 5 | CS | | |
| | 8 CS | 4 GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 0 | CS | | |
| | 0 CS (B/O 2 CS) | 5 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 0 | CS | | |
| | 1 CS | 6 G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| | 2 CS | 7 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 2 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, N.O.S., 8, NA1760, PGII (CONTAINS SODIUM HYDROXIDE) | | | | | | |
| | 1 PL | 8 SPA-00845 | EMULSIFIER PLUS STRIPPER 5/GL | 1 | PL | | |

TOTAL WEIGHT: 730.820 LBS TOTAL CUBIC VOLUME: 63.930
CORR MAT: 46 LB

*(handwritten: Bo? 09/13/04)*

*** END OF ORDER *** RTE: LAWTON ...

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4 HMHMH

922

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3887
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND LEGAL LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 315615 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700* | 09/20/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | | CS | | |
| 7 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | | CS | | |
| 9 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | | CS | | |
| 2 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | | CS | | |
| 1 CS | 5 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | | CS | | |
| | | NOTE: THANK YOU | | | | |

TOTAL WEIGHT: 677.660 LBS TOTAL CUBIC VOLUME: 62.600

B 03 09/20/04 08:30

923

*** END OF ORDER *** RTE: LAWTON

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND LEGAL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 317283 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 09/27/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C | [redacted] | [redacted] |
| 10 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 10 | C | [redacted] | [redacted] |
| 10 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 10 | C | [redacted] | [redacted] |
| 2 CS | 4 GPC-26000 | NATURAL ROLL TOWEL 12/350' | 2 | C | [redacted] | [redacted] |
| 1 CS | 5 PIT-MR43403 | 43X48 16MIC CORELESS LINER8/25 | 1 | C | [redacted] | [redacted] |
| 1 CS | 6 PIT-MR30373 | 30X37 CORELES LINER 16MIC10/25 | 1 | C | [redacted] | [redacted] |
| 1 CS | 7 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | [redacted] | [redacted] |

TOTAL WEIGHT: 770.600 LBS TOTAL CUBIC VOLUME: 70.860

[redacted]

* * * END OF ORDER * * * RTE: L

EMPIRE PAPER COMPANY · WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

924

**EMPIRE PAPER COMPANY**
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-8867
TOLL FREE (800) 299-9826

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT / ... AL LIABILITY FOR PAYMENT ... ALL MERCHANDISE ON THIS ... ER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 3178[illegible] |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700# | 09/30/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS | 1 04L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | [redacted] | [redacted] |
| | | NOTE: THANK YOU | | | | |
| TOTAL WEIGHT: | 21.760 LBS | TOTAL CUBIC VOLUME: .600 | | | | |

925

[redacted]

* * * END OF ORDER * * * RTE: LA[illegible] 4

EMPIRE PAPER COMPANY / WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

# EMPIRE PAPER COMPANY

– Since 1926 –

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT / ... AL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ...ER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
| --- | --- | --- |
| 4 | | 319200 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
500-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
| --- | --- | --- | --- | --- | --- | --- |
| 264700# | 10/04/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
| --- | --- |
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | |
| | 3 CS | 2 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| | 10 CS | 3 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 10 | CS | | |
| | 10 CS | 4 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 10 | CS | | |
| | 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| | 1 CS | 6 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| | 1 CS | 7 | DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | CS | | |
| X | COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, | | | (CONTAINS HYDROCHLORIC (MURIAT | | | | |
| | 1 CS | 8 | SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |

TOTAL WEIGHT: 859.660 LBS TOTAL CUBIC VOLUME: 74.260
CORR MAT: 30 LB

BOB
10/04/04

[redacted]

926

4

HMHMH

* * * END OF ORDER * * * RTE: L...

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3667
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

PLEASE CHECK MERCHAN... CAREFULLY BEFORE S... SIGNATURE OF BUYER ... BUYER'S REPRESEN... ACKNOWLEDGES RECEIPT ... AL LIABILITY FOR PAYM... ALL MERCHANDISE ON THIS ...DER. ITEMS RECEIVED IN... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 31943 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6905

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700* | 10/05/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ROGER TO DELIVER | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS | 1 04L-00000009 | 40X48 CORELESS LINER 16MI10/25<br>NOTE: THANK YOU | 1 | CS | | |

TOTAL WEIGHT: 21.760 LBS TOTAL CUBIC VOLUME: .660

927

* * * END OF ORDER * * * RTE: DELIVERY ... 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 3204... |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X (signature)
PRINT NAME: (handwritten)

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 10/11/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS | 1 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | C | [redacted] | [redacted] |
| 6 CS | 2 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C | [redacted] | [redacted] |
| 3 CS | 3 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | C | [redacted] | [redacted] |
| 10 CS | 4 GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 10 | C | [redacted] | [redacted] |
| 10 CS | 5 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 10 | C | [redacted] | [redacted] |
| 1 CS | 6 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | [redacted] | [redacted] |
| 1 CS | 7 G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | C | [redacted] | [redacted] |
| 1 CS | 8 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | [redacted] | [redacted] |

TOTAL WEIGHT: 831.680 LBS TOTAL CUBIC VOLUME: 74.750

(handwritten) B.W. 10/11/04 OK

928

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK MEMBER

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO'
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE S... SIGNATURE OF BUYER BUYER'S REPRESEN... ACKNOWLEDGES RECEIPT ... AL LIABILITY FOR PAYM... ALL MERCHANDISE ON THIS ...ER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 32276... |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
500-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL... |
|---|---|---|---|---|---|---|
| 264700* | 10/18/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [illegible] | [illegible] |
| | 8 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | [illegible] | [illegible] |
| | 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 8 | CS | [illegible] | [illegible] |
| | 4 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 4 | CS | [illegible] | [illegible] |
| | 2 CS | 5 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | [illegible] | [illegible] |
| | 1 CS | 6 G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | [illegible] | [illegible] |
| | 1 CS | 7 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | [illegible] | [illegible] |

NOTE: THANK YOU

TOTAL WEIGHT: 766.540 LBS TOTAL CUBIC VOLUME: 68.400

929

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND ... AL LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ...ER. ITEMS RECEIVED IN ... CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 32430 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 10/25/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C | [redacted] | |
| 8 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | C | | |
| 10 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 10 | C | | |
| 3 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | C | | |
| 1 CS | 5 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | C | | |
| 1 CS | 6 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | C | | |
| 1 CS | 7 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |
| 1 CS | 8 G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | C | | |
| 1 CS | 9 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | | |
| | | NOTE: THANK YOU | | | | |
| | | NOTE: THANK YOU | | | | |

TOTAL WEIGHT: 811.580 LBS TOTAL CUBIC VOLUME: 71.970

Bob 10/25/04 08:40

930

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPI E
APER COMPANY
— Since 1926 —
8 CENTRAL FREEWAY EAST
CHITA FALLS, TX 76301
0) 766-3216
X (940) 766-3867
LL FREE (800) 299-9626

AFFLINK

# PACKING / D VERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE C LY BEFORE SIGNING. SIGNATURE OF BUYER OR S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOT. ILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. EMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 326116-00 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700% | 11/01/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 0 CS (B/O 6 CS) | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 0 | C [redacted] | | |
| 10 CS | 2 | OPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 10 | C | | |
| 8 CS | 3 | OPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 8 | C | | |
| 3 CS | 4 | OPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | C | | |
| 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |
| 1 CS | 6 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | | |
| 1 CS | 7 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | C | | |
| 1 CS | 8 | G4L-00000003 | 24X33 CORELESS LINER 6MIC20/50 | 1 | C | | |
| COMPOUNDS, CLEANING LIQUID, 8, NA1760, PGIII, | | | (CONTAINS HYDROCHLORIC (MURIA | | | | |
| 1 CS | 9 | OPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | C | | |
| | | NOTE: THANK YOU | | | | | |

TOTAL WEIGHT: 531.700 LBS TOTAL CUBIC VOLUME: 41.020
CORR MAT: 30 LB.

931

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PLEASE CHECK MERCHAN CAREFULLY BEFORE S SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 327333 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X (signature)

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
500-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SA |
|---|---|---|---|---|---|---|
| 264700* | 11/04/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 EA | 1 GOL-AJU36ITW | 5X36 COTTON DUSTMOP HEAD | 3 | EA | [redacted] | [redacted] |
| | 1 CS (10 BX) | 2 SAF-91079L | LG P.F. LATEX GLOVE MED 10/100 | 10 | BX | [redacted] | [redacted] |

TOTAL WEIGHT: 25.000 LBS TOTAL CUBIC VOLUME: 1.500

[redacted]

* * * END OF ORDER * * * RTE: LAW 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS