EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND LIABILITY FOR PAYMENT. ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

| STOP NO. | TOTAL CASES | INVOICE |
| --- | --- | --- |
| 4 | | 326111 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6005

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X (signature)

PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
| --- | --- | --- | --- | --- | --- | --- |
| 264700* | 11/04/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
| --- | --- |
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 273.600 LBS TOTAL CUBIC VOLUME: 30.000

933

[redacted]

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE REMIT TO: EMPIRE PAPER CO
2708 CENTRAL FRWY EAST
WICHITA FALLS, TX 76301

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 32805 |

SOLD TO: H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

SHIP TO: H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 11/08/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

DELIVERY INSTRUCTIONS

ACCOUNT BILLING INSTRUCTIONS
OPEN 6:45AM DELV BEFR 9AM

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C | [redacted] | |
| 3 CS | 2 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | C | | |
| 9 CS | 4 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 9 | C | | |
| 9 CS | 5 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 9 | C | | |
| 1 CS | 6 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | C | | |
| 1 CS | 7 64L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |
| 1 CS | 8 64L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | | |
| 0 CS (B/O 1 CS) | 9 DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 0 | C | | |
| 1 CS | 10 RCM-25180573 | 1/2 FOLD SEAT COVER 20/250 | 1 | C | | |

TOTAL WEIGHT: 805.960 LBS TOTAL CUBIC VOLUME: 71.590

B/O 3
11/05

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3887
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

PLEASE CHECK MERCHA… CAREFULLY BEFORE S… SIGNATURE OF BUYER … BUYER'S REPRESEN… ACKNOWLEDGES RECEIPT A… TAL LIABILITY FOR PAYM… ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I… CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
NOVEMBER 25 AND 26 FOR THANKSGIVING

PAGE 1

| STOP NO. | TOTAL CASES | INVOIC… |
|---|---|---|
| 4 | | 32910… |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501
MONROE

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE… |
|---|---|---|---|---|---|---|
| 254700* | 11/15/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C | [redacted] | [redacted] |
| | 0 CS (B/O 3 CS) | 2 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 0 | C | [redacted] | [redacted] |
| | 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | C | [redacted] | [redacted] |
| | 2 CS (B/O 6 CS) | 4 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 2 | C | [redacted] | [redacted] |
| | 1 CS | 5 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | C | [redacted] | [redacted] |
| | 2 CS | 6 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | C | [redacted] | [redacted] |
| | 1 CS | 7 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | [redacted] | [redacted] |

TOTAL WEIGHT: 564.220 LBS TOTAL CUBIC VOLUME: 50.320

Bob
11/15/04

935

[redacted]

*** END OF ORDER *** RTE: …

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3218
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHAN... CAREFULLY BEFORE S... SIGNATURE OF BUYER... BUYER'S REPRESEN... ACKNOWLEDGES RECEIPT ...AL LIABILITY FOR PAY... ALL MERCHANDISE ON TH... ...ER. ITEMS RECEIVED I... CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
NOVEMBER 25 AND 26 FOR THANKSGIVING

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 32910... |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:**
H & R SERVICES

PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

MONROE

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE... |
|---|---|---|---|---|---|---|
| 264700* | 11/15/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| HM | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 3 CS | 2 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | [redacted] | [redacted] |
| | 0 CS (B/O 6 CS) | 4 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 0 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 66.300 LBS TOTAL CUBIC VOLUME: 5.020

BOB
11/15/04

936

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

* * * * END OF ORDER * * * RTE: LAWTON ABCD M/TH

4

EM IRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9628

AFFLINK

# PACKING DELIVERY SLIP

PLEASE CHECK MERCHAN CAREFULLY BEFORE SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT AL LIABILITY FOR PAYM ALL MERCHANDISE ON THI DER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
NOVEMBER 25 AND 26 FOR THANKSGIVING

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 33021 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:**
H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:**
H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 11/16/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ROGER EVANS WILL DELIVER | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 6 | CS | [redacted] | [redacted] |
| TOTAL WEIGHT: | 117.000 LBS | TOTAL CUBIC VOLUME: 10.380 | | | | |

[redacted]

937

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

*** END OF ORDER *** RTE: DELIVERY BY SALESMAN 4

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
NOVEMBER 25 AND 26 FOR THANKSGIVING

PLEASE CHECK MERCHAN CAREFULLY BEFORE SI SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 331208 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 11/22/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | |
| 8 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 8 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | | |
| 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | | |
| 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 0 CS (B/O 1 CS) | 8 | DIA-9800 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 0 | CS | | |

TOTAL WEIGHT: 722.680 LBS TOTAL CUBIC VOLUME: 65.800

[redacted]

938

* * * END OF ORDER * * * RTE: LAWTON 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9826

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
NOVEMBER 25 AND 26 FOR THANKSGIVING

PLEASE CHECK MERCHA[NDISE] CAREFULLY BEFORE S[IGNING]. SIGNATURE OF BUYE[R OR] BUYER'S REPRESE[NTATIVE] ACKNOWLEDGES RECEIPT [...]TAL LIABILITY FOR PAY[MENT] ALL MERCHANDISE ON THIS [OR]DER. ITEMS RECEIVED I[N] CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 33120 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
590-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL[ES] |
|---|---|---|---|---|---|---|
| 264700* | 11/24/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS | B DIA-9000 | 2.5OZ DEOD SOAP UNWRAP 1/200 | 1 | C[illegible] | [illegible] | [illegible] |

TOTAL WEIGHT: 39.000 LBS TOTAL CUBIC VOLUME: 1.000

* * * END OF ORDER * * * RTE: LAW[illegible] 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

939

EMPIRE PAPER COMPANY
— Since 1926 —
708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TO LIABILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
NOVEMBER 25 AND 26 FOR THANKSGIVING

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 332193-00 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700* | 11/29/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 CS | 1 SCA-TS1536E | MAIN ST 1PLY TISSUE 96/1000 | 5 | CS | [redacted] | |
| 8 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | | |
| 8 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL 16/250 | 8 | CS | | |
| 3 CS | 4 GPC-26000 | NATURAL ROLL TOWEL 12/350' | 3 | CS | | |
| 1 CS | 5 94L-00000009 | 40X48 CORELESS LINER 16M110/25 | 1 | CS | | |
| 1 CS | 6 94L-00000025 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | | |
| 1 CS | 7 94L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |
| 1 CS | 8 PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | CS | | |
| X CLEANING LIQUID,8,NA1760,PGIII | | (CONTAINS HYDROCHLORIC (MURIA | | | | |
| 1 CS | 9 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | CS | | |

TOTAL WEIGHT: 725.980 LBS TOTAL CUBIC VOLUME: 62.500
CORR MAT: 30 LB

940

[redacted]

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

* * * END OF ORDER * * * RTE: LAWTON 4

HMHMHMHM

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING ELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

PLEASE CHECK MERCHAN AREFULLY BEFORE SI SIGNATURE OF BUYER 3UYER'S REPRESEN ACKNOWLEDGES RECEIPT A. AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMPIRE PAPER WILL BE CLOSED
DECEMBER 24 FOR THE CHRISTMAS HOLIDAYS

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 33402 |

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 12/06/04 | MONROE | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 6 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | |
| 7 CS | 2 GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 7 | CS | | |
| 7 CS | 3 GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | CS | | |
| 2 CS | 4 GPC-26008 | NATURAL ROLL TOWEL 12/350' | 2 | CS | | |
| 1 CS | 5 GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | CS | | |
| 2 CS | 6 G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | CS | | |
| 1 CS | 7 G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | | |

NOTE: THANK YOU

TOTAL WEIGHT: 689.820 LBS TOTAL CUBIC VOLUME: 62.31

Bo 12/06/04

941

* * * END OF ORDER * * * RTE: LA 4

EMPIRE PAPER COMPANY, WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
– Since 1926 –
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

PLEASE CHECK MERCHAN CAREFULLY BEFORE S SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
DECEMBER 24 FOR THE CHRISTMAS HOLIDAYS

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 33569 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501
MONROE

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 12/13/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 2 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 3 CS | 1 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | C | [redacted] | |
| 1 CS | 2 | GPC-26301 | NATURAL ROLL TOWEL 6/800' | 1 | C | | |
| 6 CS | 3 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | C | | |
| 7 CS | 4 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 7 | C | | |
| 8 CS | 5 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | C | | |
| 1 CS | 6 | PIT-MR43483 | 43X48 16MIC CORELESS LINER8/25 | 1 | C | | |
| 1 CS | 7 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | C | | |
| 1 CS | 8 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | C | | |
| 1 CS | 9 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | C | | |

TOTAL WEIGHT: 744.380 LBS TOTAL CUBIC VOLUME: 66.630

Bag 12/13/04 0745

942

*** END OF ORDER *** RTE: LAWT

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

4

EMPIRE PAPER COMPANY
— Since 1926 —

2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
DECEMBER 31 FOR THE NEW YEAR'S HOLIDAY

PLEASE CHECK MERCHA CAREFULLY BEFORE S SIGNATURE OF BUYE BUYER'S REPRESEN ACKNOWLEDGES RECEIPT, TAL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED I CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 33718 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X: [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SAL |
|---|---|---|---|---|---|---|
| 264700* | 12/28/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| ROGER EVANS WILL DELIVER | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 6 CS (3 delivered) | 1 | SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 6 | CS | [redacted] | [redacted] |
| 8 CS | 2 | GPC-23304 | NATURAL MULTIFOLD TOWEL 16/250 | 8 | CS | [redacted] | [redacted] |
| 8 CS | 3 | GPC-23504 | NATURAL SINGLEFOLD TOWEL16/250 | 8 | CS | [redacted] | [redacted] |
| 3 CS | 4 | GPC-26008 | NATURAL ROLL TOWEL 12/350' | 3 | CS | [redacted] | [redacted] |
| 1 CS | 5 | G4L-00000009 | 40X48 CORELESS LINER 16MI10/25 | 1 | CS | [redacted] | [redacted] |
| 1 CS | 6 | G4L-00000005 | 30X37 CORELESS LINER 10MI20/25 | 1 | CS | [redacted] | [redacted] |
| 1 CS | 7 | G4L-00000001 | 24X24 CORELESS LINER 6MIC20/50 | 1 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 722.680 LBS TOTAL CUBIC VOLUME: 65.000

[redacted]

943

* * * END OF ORDER * * * RTE: DEL 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
DECEMBER 31 FOR THE NEW YEAR'S HOLIDAY

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNATURE OF BUYER. BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT ... AL LIABILITY FOR PAYMENT ... ALL MERCHANDISE ON THIS ... ER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 338951 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.

SIGNED X [signature]

PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALES |
|---|---|---|---|---|---|---|
| 264700* | 12/30/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| H M | QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | 1 CS | 1 MMM-20WHT | 20" WHITE POLISH PAD 5/CS | 1 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 4.000 LBS TOTAL CUBIC VOLUME: 1.430

[redacted]

944

*** END OF ORDER *** RTE: LAWT 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
2708 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3867
TOLL FREE (800) 299-9626

AFFLINK

# PACKING DELIVERY SLIP

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
DECEMBER 31 FOR THE NEW YEAR'S HOLIDAY

PLEASE CHECK MERCHAN CAREFULLY BEFORE S SIGNATURE OF BUYER BUYER'S REPRESEN ACKNOWLEDGES RECEIPT A AL LIABILITY FOR PAYM ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN CONDITION AND M.S.D.S. WERE RECEIVED.

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE |
|---|---|---|
| 4 | | 338893 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X [signature]
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALE |
|---|---|---|---|---|---|---|
| 264700* | 12/30/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 3 CS | 1 SCA-TS1636E | MAIN ST 1PLY TISSUE 96/1000 | 3 | CS | [redacted] | [redacted] |

TOTAL WEIGHT: 136.800 LBS TOTAL CUBIC VOLUME: 15.000

945

[redacted]

* * * END OF ORDER * * * RTE: L 4

EMPIRE PAPER COMPANY WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS

EMPIRE PAPER COMPANY
— Since 1926 —
08 CENTRAL FREEWAY EAST
WICHITA FALLS, TX 76301
(940) 766-3216
FAX (940) 766-3667
TOLL FREE (800) 299-9626

AFFLINK

# PACKING / DELIVERY SLIP

PLEASE CHECK MERCHANDISE CAREFULLY BEFORE SIGNING. SIGNATURE OF BUYER OR BUYER'S REPRESENTATIVE ACKNOWLEDGES RECEIPT AND TOTAL RESPONSIBILITY FOR PAYMENT OF ALL MERCHANDISE ON THIS ORDER. ITEMS RECEIVED IN GOOD CONDITION AND M.S.D.S. WERE RECEIVED.

EMERGENCY RESPONSE PHONE #: 800-535-5053

EMPIRE PAPER WILL BE CLOSED
DECEMBER 31 FOR THE NEW YEAR'S HOLIDAY

PAGE 1

| STOP NO. | TOTAL CASES | INVOICE NO. |
|---|---|---|
| 4 | | 338912-00 |

TERMS AS PROVIDED ABOVE ARE AGREED TO AND RECEIPT OF GOODS ACKNOWLEDGED.
SIGNED X
PRINT NAME

**SOLD TO:** H & R SERVICES
PO BOX 175
OWENS CROSSROAD AL 35763
580-351-6805

**SHIP TO:** H & R SERVICES INC
1930 FERRIS STE 3
LAWTON OK 73501

| CUSTOMER NO. | INVOICE DATE | PURCHASE ORDER NUMBER | TERMS | SHIP VIA | F.O.B. | SALESMAN |
|---|---|---|---|---|---|---|
| 264700* | 12/30/04 | | 1% 10 NET 30 | OUR TRUCK | CUSTOMER | 26 |

| DELIVERY INSTRUCTIONS | ACCOUNT BILLING INSTRUCTIONS |
|---|---|
| | OPEN 6:45AM DELV BEFR 9AM |

| QUANTITY | ITEM NUMBER | DESCRIPTION | QUANTITY BILLED | BILLED UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 CS | 1 GPC 25301 | NATURAL ROLL TOWEL 6/800' | 1 | C | [redacted] | [redacted] |
| 2 CS | 2 GAL-00000009 | 40X48 CORELESS LINER 16MI10/25 | 2 | C | [redacted] | [redacted] |
| 1 CS | 3 GAL-00000003 | 24X32 CORELESS LINER 8MIC20/50 | 1 | C | [redacted] | [redacted] |
| CLEANING LIQUID, 8, NA1760, PGIII | | (CONTAINS HYDROCHLORIC (MURIA | | | [redacted] | [redacted] |
| 1 CS | 4 SPA-7120 | GERMICIDAL BOWL CLEANER 12/QT | 1 | C | [redacted] | [redacted] |
| 1 CS (12 BX) | 5 SAF 91079L | LS P.F. LATEX GLOVE MED 10/100 | 10 | B | [redacted] | [redacted] |
| 1 CS | 6 PJA 0900 | 8.5OZ DEOD SOAP UNWRAP 1/200 | 1 | C | [redacted] | [redacted] |

TOTAL WEIGHT: 170.340 LBS TOTAL CUBIC VOLUME: 6.950
CORR MAT: 30 LB

[redacted]

946

* * * END OF ORDER * * * RTE: LAWT 4

EMPIRE PAPER COMPANY - WICHITA FALLS, TX
WE APPRECIATE YOUR BUSINESS