# PURCHASE REQUEST AND COMMITMENT

For use of this form, see AR 37-1; the proponent agency is OASA(FM)

1. PURCHASE INSTRUMENT NO.

2. REQUISITION NO. W44DQ7 0068 N010

3. DATE 8 March 00

PAGE OF PAGES

4. TO: Contract Support Division

5. THRU:

6. FROM: Directorate of Public Works
Engineering Division
Fort Sill, Oklahoma 73503

It is requested that the supplies and services enumerated below or on attached list be

7. PURCHASED FOR SERVICE

8. DELIVERED TO Post Wide

9. NOT LATER THAN (Date)

The supplies and services listed below cannot be secured through normal supply channels or other Army supply sources in the immediate vicinity, and their procurement will not violate existing regulations pertaining to local purchases for stock, therefore, local procurement is necessary for the following reason: (Check appropriate box and complete item.)

10. NAME OF PERSON TO CALL FOR ADDITIONAL INFORMATION
Carl Riemer, Engineering Division

11. TELEPHONE NUMBER
(580) 442-4250

✓ 12. LOCAL PURCHASES AUTHORIZED AS THE NORMAL MEANS OF SUPPLY FOR THE FOREGOING BY
AR 420-10, 2 JUL 87

13. REQUISITIONING DISCLOSES NONAVAILABILITY OF ITEMS AND LOCAL PURCHASE IS AUTHORIZED BY

EMERGENCY SITUATION PRECLUDES USE OF REQUISITION CHANNELS FOR SECURING ITEM

| 14. ITEM | 15. DESCRIPTION OF SUPPLY OR SERVICES | 16. QUANTITY | 17. UNIT | 18. ESTIMATED UNIT PRICE a | ESTIMATED TOTAL COST b |
|---|---|---|---|---|---|
| 1 | Furnish all labor and materials necessary to provide Service Contract for Custodial Services Postwide 01 Oct 2000 thru 30 Sep 2001. Work Order Number is KK00006-0S. 7349 $ym | 1 | JOB | $300,520.00 | $300,520.00 |

## FUND CERTIFICATION

The supplies and services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been committed.

19. ACCOUNTING CLASSIFICATION AND AMOUNT
Statement is not a commitment of funds. Funds are not presently available for acquisition. No contract award will be made until appropriated funds available for contract payment. Funds are contingent upon Congress enacting appropriations. This statement is not a commitment of funds.

20. TYPED NAME AND TITLE OF CERTIFYING OFFICER
for PATRICIA L. WALLER
Chief, BMD

21. SIGNATURE Linda R Thompson

22. DATE 8 Mar 00

23. DISCOUNT TERMS
'00MAR09 AM 8:11 RCVD

24. PURCHASE ORDER NUMBER

25. THE FOREGOING ITEMS ARE REQUIRED NOT LATER THAN AS INDICATED ABOVE FOR THE FOLLOWING PURPOSE

26. DELIVERY REQUIREMENTS
ARE MORE THAN 7 DAYS REQUIRED TO INSPECT AND ACCEPT THE REQUESTED GOODS OR SERVICES YES ☐ NO ☐
IF YES, NUMBER OF DAYS REQUIRED

27. TYPED NAME AND GRADE OF INITIATING OFFICER
for DONALD W. PRICE, Ch, Engineering

28. SIGNATURE Lev C Hon

29. DATE 8 Aug 00

30. TELEPHONE NUMBER
(580) 442-5708

31. TYPED NAME AND GRADE OF SUPPLY OFFICER

32. SIGNATURE

33. DATE

34. TYPED NAME AND GRADE OF APPROVING OFFICER OR DESIGNEE
for GARY W. WRIGHT
Col, EN
Director of Public Works

35. SIGNATURE Dennis J Hergen

36. DATE 9 Mar 00

EXHIBIT 6

DA FORM 3953, MAR 91 EDITION OF AUG 76 IS OBSOLETE USAPPC V2.00

ATZR-EE

March 7, 2000

MEMORANDUM FOR Chief Contract Support Division, ATTN: Sharel McAdoo

SUBJECT: New Custodial Contract, Fort Sill, Oklahoma

1. Enclosed are (1) original, two (2) copies and one (1) 3 ½" disk of the subject solicitation for 1 October 2000 through 30 September 2005.

2. The Government estimate is enclosed. The purchase request will be sent at a later date.

3. A request for wage rates from the Department of Labor is as follows:

| | | |
|---|---|---|
| Supervisor | WS 2/2 | 2 Each |
| Work Leader | WL 2/2 | 2 Each |
| Janitor/Custodian | WG 1/2 | 15 Each |
| Typist | WG 2/2 | 1 Each |

4. Point of contact is Carl L. Riemer, Engineering Division, 442-4250.

for Carl L Riemer

DONALD W. PRICE
Chief, Engineering Division

'00MAR07 PM 3:55 RCVD

# GOVERNMENT ESTIMATE

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| | NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2). |
| 0001. | BASE PERIOD: 1 October 2000 through 30 September 2001. |
| 0001AA. | SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $ .0217 | = | ~~$8,748.00~~ 8,728.37 | x | 12 MO | = | ~~$104,980.00~~ 104,740.44 |

| ITEM NO. | |
|---|---|
| 0001AB. | SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $ .0377 | = | ~~$8,149.00~~ 8,149.38 | x | 12 MO | = | ~~$97,793.00~~ 97,792.56 |

| ITEM NO. | |
|---|---|
| 0001AC. | SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $ .2193 | = | $7,812.80 | x | 12 MO | = | $93,753.~~00~~ 56 |

TOTAL ESTIMATED AMOUNT, ITEMS 0001AA. THROUGH 0001AC. ~~$296,526.00~~ 296,286.56

**FOR OFFICIAL USE ONLY**

GOVERNMENT ESTIMATE (Cont'd)

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2).

0002. OPTION PERIOD ONE: 1 October 2001 through 30 September 2002.

0002AA. SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $ .0217 | = | $8,748.00 | x | 12 MO | = | $104,980.00 |

0002AB. SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $ .0377 | = | $8,149.00 | x | 12 MO | = | $97,793.00 |

0002AC. SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $ .2193 | = | $7,812.80 | x | 12 MO | = | $93,753.00 |

TOTAL ESTIMATED AMOUNT, ITEMS 0002AA. THROUGH 0002AC. $296,526.00

FOR OFFICIAL USE ONLY

GOVERNMENT ESTIMATE (Cont'd)

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| | NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2). |
| 0003. | OPTION PERIOD TWO: 1 October 2002 through 30 September 2003. |
| 0003AA. | SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $ .0217 | = | $8,748.00 | x | 12 MO | = | $104,980.00 |

0003AB. SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $ .0377 | = | $8,149.00 | x | 12 MO | = | $97,793.00 |

0003AC. SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $ .2193 | = | $7,812.80 | x | 12 MO | = | $93,753.00 |

TOTAL ESTIMATED AMOUNT, ITEMS 0003AA. THROUGH 0003AC. $296,526.00

FOR OFFICIAL USE ONLY

GOVERNMENT ESTIMATE (Cont'd)

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2).

0004. OPTION PERIOD THREE: 1 October 2003 through 30 September 2004.

0004AA. SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $ .0217 | = | $8,748.00 | x | 12 MO | = | $104,980.00 |

0004AB. SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $ .0377 | = | $8,149.00 | x | 12 MO | = | $97,793.00 |

0004AC. SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $ .2193 | = | $7,812.80 | x | 12 MO | = | $93,753.00 |

TOTAL ESTIMATED AMOUNT, ITEMS 0004AA. THROUGH 0004AC. $296,526.00

FOR OFFICIAL USE ONLY

GOVERNMENT ESTIMATE (Cont'd)

ITEM
NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2).

0005. OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005.

0005AA. SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $ .0217 | = | $8,748.00 | x | 12 MO | = | $104,980.00 |

0005AB. SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $ .0377 | = | $8,149.00 | x | 12 MO | = | $97,793.00 |

0005AC. SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $ .2193 | = | $7,812.80 | x | 12 MO | = | $93,753.00 |

TOTAL ESTIMATED AMOUNT, ITEMS OOO5AA. THROUGH 0005AC. $296,526.00

TOTAL ESTIMATED AMOUNT, FOR ITEMS 0001AA. THROUGH 0005AC. (BASE PERIOD, OPTION PERIOD ONE, OPTION PERIOD TWO, OPTION PERIOD THREE, OPTION PERIOD FOUR) $1,482,630.00

**FOR OFFICIAL USE ONLY**

BID SCHEDULE

ITEM NO. — SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2).

0001. BASE PERIOD : 1 October 2000 through 30 September 2001.

0001AA. SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $ ______ | = | $______ | x | 12 MO | = | $__________ |

0001AB. SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $ _____ | = | $________ | x | 12 MO | = | $_________ |

0001AC. SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $ _____ | = | $________ | x | 12 MO | = | $ _________ |

TOTAL ESTIMATED AMOUNT, ITEM 0001AA. THROUGH 0001AC. $____________

BID SCHEDULE (Cont'd)

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2).

0002. OPTION PERIOD ONE: 1 October 2001 through 30 September 2002.

0002AA. SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $______ | = | $________ | x | 12 MO | = | $________ |

0002AB. SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $______ | = | $________ | x | 12 MO | = | $__________ |

0002AC. SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $_____ | = | $________ | x | 12 MO | = | $__________ |

TOTAL ESTIMATED AMOUNT, ITEMS 0002AA. THROUGH 0002AC. $__________

BID SCHEDULE (Cont'd)

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2).

0003. OPTION PERIOD TWO: 1 October 2002 through 30 September 2003.

0003AA. SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $_____ | = | $________ | x | 12 MO | = | $__________ |

0003AB. SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $______ | = | $________ | x | 12 MO | = | $__________ |

0003AC. SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $_____ | = | $________ | x | 12 MO | = | $__________ |

TOTAL ESTIMATED AMOUNT, ITEMS 0003AA. THROUGH 0003AC. $__________

BID SCHEDULE (Cont'd)

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| | NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2). |
| 0004. | OPTION PERIOD THREE: 1 October 2003 through 30 September 2004. |
| 0004AA. | SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $_____ | = | $________ | x | 12 MO | = | $_________ |

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| 0004AB. | SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $_____ | = | $________ | x | 12 MO | = | $_________ |

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| 0004AC. | SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $_____ | = | $________ | x | 12 MO | = | $_________ |

TOTAL ESTIMATED AMOUNT, 0004AA. THROUGH 0004AC. $_________

BID SCHEDULE (Cont'd)

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| | NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2). |
| 0005. | OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005. |
| 0005AA. | SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $______ | = | $________ | x | 12 MO | = | $_________ |

| | |
|---|---|
| 0005AB. | SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $______ | = | $________ | x | 12 MO | = | $_________ |

| | |
|---|---|
| 0005AC. | SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $_____ | = | $________ | x | 12 MO | = | $_________ |

TOTAL ESTIMATED AMOUNT, ITEMS 0005AA. THROUGH 0005AC. $__________

TOTAL ESTIMATED AMOUNT, FOR ITEMS 0001AA. THROUGH 0005AC. (BASE PERIOD, OPTION PERIOD ONE, OPTION PERIOD TWO, OPTION PERIOD THREE, OPTION PERIOD FOUR). $__________

BID SCHEDULE (Cont'd)

BID SCHEDULE NOTES:

1. Offerors shall submit prices for all bid items. Offerors shall complete "Price Per Sq. Ft.", "Cost Per Mo.", and Cost Per Year" for Bid Items 0001AA through 0001AC, 0002AAthrough 0002AC, 0003AA through 0003AC, 0004AAthrough 0004AC and 0005AA through 0005AC. Offerors shall complete "Unit Price" and 'Total Price" for Bid Items 0001AD through 0001AH, 0002AD through 0002AH, 0003AD through 0003AH, 0004AD through 0004AH and 0005AD through 0005AH.

2. Measurements. The square foot floor area listed in in Section B has been computed by physical measurements of the area to be cleaned. The Drawings (Floor Plans), Technical Exhibit 3 , show the location of these areas. Drawings have been reduced in scale and the measurements therein are not accurate. Shaded areas as shown on the drawings shall not be cleaned. The Task and Frequency Chart, Technical Exhibit 2, shows a consolidated schedule of buildings per bid item.

3. Notification of Change. The Government reserves the right to add or delete buildings or portions of buildings, change of days and service, change routine cleaning time of buildings, and specific cleaning times in other buildings as required to meet customers schedule, during the contract period at no increase in the square foot price. The Contractor will be given, as a minimum, 24 hours notice of any change. Additions or deletions of buildings or portions of buildings will be made by the Contractor upon notification from the Contracting Officer. These changes will be confirmed by a modification to the contract at the end of each month.

4. Additions or Deletions of Buildings. At any time during the life of this contract, the Contracting Officer will, at his discretion, issue change orders to the contract for additions or deletions of buildings or portions of buildings from one pay item to another. The additions or deletions will be made at the contract unit price per square foot per bid item.

5. Adjustments. If buildings (or areas of buildings) are added during the month and service for les than a month, a payment will be calculated on the following basis:

$$\frac{\text{Days Service x Square Feet of Serviced Area x Unit Price}}{\text{Number of work Days for Pay Item During Month}} = \text{Payment Due}$$

All buildings or areas added shall be calculated as above, and the sum of all monetary amounts added to the base payment. If buildings (or area of buildings) to be serviced are deducted during the month, deductions to the base payment will be calculated as follows:

$$\frac{\text{Days Removed from Service x Square feet of Serviced Area x Unit Price}}{\text{Number of Work Days for Pay Item During Month}} = \text{Amount}$$

All buildings or areas to be deducted will be calculated as above, and the sum of all monetary amounts deducted from the base payment.

SCOPE OF WORK (CONT'D)

DESCRIPTION, SPECIFICATIONS AND WORK STATEMENT

1. Scope of Work. The Contractor shall provide labor, management, supervision, personnel, tools, chemicals, equipment, materials, and supplies required to perform custodial services at Fort Sill, Oklahoma. The work shall be conducted in accordance with (IAW) the terms and conditions of this contract. The Contractor shall perform work that meets or exceeds the standards and rates of tolerance specified or included in applicable referenced documents or directives.

1.1 The Contractor shall perform related administrative services necessary to perform this contract. Examples are: quality control; maintenance of accurate and complete records and files.

1.2 Area of Responsibility. Work is to be performed at Fort Sill, Oklahoma. Facilities to be serviced consist of major headquarters, admin areas, libraries and latrines.

2. Background Information. Fort Sill, Oklahoma is the U.S. Army Field Artillery Center, located in the southwestern part of the state. The Center provides training for all branches of the Armed Forces and allies and is of high visibility.

3. Hours of Operation. Normal hours for operations shall be Monday thru Friday from 7:00 a.m. to 4:00 p.m. for day cleaning and 4:00 p.m. to 6:00 a.m. for night cleaning, excluding legal public holidays, as set forth in Title 5, United States Code (USC) 6103 (a).

3.1 Legal Public Holidays.

New Year's Day, 1 January
Martin Luther King JR's Birthday, third Monday in January
President' Day, third Monday in February
Memorial Day, last Monday in May
Independence Day, 4 July
Labor Day, first Monday in September
Columbus Day, second Monday in October
Veterans Day, 11 November
Thanksgiving Day, fourth Thursday in November
Christmas Day, 25 December

4. Installation Closures. When an unforeseen installation closure occurs on a regularly scheduled day of work, the Government will have the following options:

4.1 Reschedule the work to be performed the following workday, unless the following day is a Saturday, Sunday, or legal public holiday and routine work is not scheduled for Saturday, Sunday, or holiday.

4.2 Reschedule the work on any day as determined by the Contracting Officer.

4.3 The Contracting Officer will negotiate with the Contractor to determine those positions that are essential and work that must be performed during installation closures.

4.4 For those daily tasks that are not rescheduled, the Government will deduct the payment for the

SCOPE OF WORK (CONT'D)

service not rescheduled.

5. Personnel. The Contractor shall provide the names, addresses, and telephone numbers of the Project Manager and Alternate to the Contracting Officer 10 calendar days prior to contract start date. The Contractor shall provide notice, in writing, to the Contracting Officer 24 hours in advance of any change of Project Manager or Alternate. The Project Manager and Alternate shall be able to understand, speak, read, and write the English language.

5.1 The Contractor shall provide an on-site Project Manager or a designated representative to be physically present during the normal hours of operation to act with full authority for the Contractor. This individual shall be responsible for the supervision, overall administration, and coordination of the required services. The Project Manager shall be the point of contact with the Government and have the authority to act or make decisions for the Contractor.

5.2 An alternate shall be designated to act for the Project Manager when work is being performed at hours other than as listed above or during absences of the Project Manager, such as illness and vacation.

5.3 The Project Manager or Alternate shall return calls from the Contracting Officer within 30 minutes during normal working hours (7:00 a.m. to 4:00 p.m.). During nonworking hours (after 4:00 p.m. and on weekends and holidays), the Project Manager or Alternate shall return all calls from the Contracting Officer within 2 hours.

5.4 The Contractor shall provide personnel who are trained to perform required services as specified in this contract.

6. The Contractor shall safeguard classified supplies, material, and documents in accordance with Department of Defense (DOD) 5220.22M, Army Regulation (AR) 380-5, and United States Army Field Artillery Center and Fort Sill (USAFACFS) Supplement to AR 380-5.

6.1 Contractor personnel shall not enter any Restricted or Sensitive Area without escort by an appropriately cleared Government employee. To gain access to facilities where no representative is on hand to permit entry, the Contractor shall contact the Contracting Officer.

6.2 Contractor personnel who discover classified material in the course of their duties shall bring the material under positive control and report it immediately to their supervisor. The supervisor shall report the discovery immediately to the Contracting Officer.

7. The Contractor shall obtain vehicle registration for Contractor-owned vehicles and shall require Contractor personnel to obtain vehicle registration for privately-owned vehicles at the Law Enforcement Command, Vehicle Registration Section, Building 1670. Vehicles shall be registered within five working days after contract start date, or within 2 working days when a new employee is hired after the contract start date. The Contractor shall contact the Vehicle Registration Section to cancel registrations within two working days when an employee is no longer in the service of the Contractor and two working days prior to the completion or termination of the contract.

8. The Contractor shall prepare and submit reports and other data incidental to the performance of service as specified in Technical Exhibit (TE) 1.

9. The Contractor shall not release any news (including photographs and films, public announcements, or

SCOPE OF WORK (CONT'D)

denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program without the prior written approval of the Contracting Officer.

10. The Contractor shall submit a Management Plan to the Contracting Officer, for review and approval, 15 calendar days prior to contract start date. The Management Plan shall reflect an understanding of tasks specified in this contract and describe an approach to satisfy these requirements. The Plan shall be implemented on contract start date. Any revision to the Management Plan, after contract award, shall have the approval of the Contracting Officer. As a minimum, the Plan shall include:

10.1 A Quality Control Plan shall be established and maintained by the Contractor to assure the requirements of the contract are provided as specified. The Program shall include the following:

10.1.1 An inspection system covering the services to be performed as specified in this contract. The system shall specify areas to be inspected on either a scheduled or unscheduled basis, how often inspection will be accomplished, and the job title of the individuals who will perform the inspection.

10.1.2 A method for identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable.

10.1.3 Maintenance of a file of inspections conducted by the Contractor and the corrective action taken. The Contractor shall maintain a file of inspections or tests conducted, to include any corrective actions taken. The file shall be retained by the Contractor and made available to the Contracting Officer as required. This file shall be subject to Government review any time during performance of the contract. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract.

11. The Contractor shall appoint in writing, a Key Custodian and shall provide a copy of the appointment letter to the Contracting Officer not later than 15 calendar days prior to contract start date and within 24 hours of any change. The Key Custodian shall be responsible for issuing, controlling, safeguarding, and accounting for keys IAW AR 190-51 and USAFACFS Regulation 190-1. The Contractor shall:

11.1 Prohibit duplication of keys by anyone other than the Government. The Contractor shall also prohibit the use of Government issued keys by a person other than authorized Contractor employees.

11.2 Reimburse the Government for replacement of locks and rekeying that is required as a result of the Contractor or Contractor personnel losing keys. If a key is lost or duplicated, locks and keys for that system shall be replaced by the Contractor.

11.3 Report any occurrence of lost or stolen keys telephonically to the Contracting Officer within 30 minutes of the discovery of loss. The Contractor shall provide the Contracting Officer a written report by close of business the next day, providing all details of lost or stolen key occurrence.

11.4 Upon completion or termination of this contract, the Contractor shall tag the keys by building number and return keys to Contracting Officer.

11.5 Contractor personnel shall secure buildings before leaving by locking doors and windows or make positive determination that building officials are present and notified of their departure.

12. The first 30 calendar days of Contractor performance will constitute the phase-in period. Although the Contractor is responsible for fulfilling contractual requirements during this period, the Government recognizes

that performance may be below the acceptable quality (AQL) level required during sustained Contractor operations. For this reason, the Government will be evaluating performance in accordance with the relaxed AQL specified in the Performance Requirements Summary for the phase-in period. The Contractor shall provide to the Contracting Officer a phase-in plan, in writing, prior to contract start date.

13. Thirty calendar days prior to the completion of the contract, a transition period shall be made available by the Contractor at which time management personnel of the incoming work force may observe operations of the incumbent Contractor.

14. The Project Manager shall meet with the Quality Assurance Evaluator and Contracting Officer every two weeks during the first two months of the contract. Meetings will be held as often as necessary thereafter as determined by the Contracting Officer. However, a meeting will be held each time a Contract Discrepancy Report is issued. A mutual effort shall be made by the Contractor and Contracting Officer to resolve problems identified. The written minutes, prepared by the Government representative present at these meetings shall be signed by the Project Manager, Contracting Officer, and Quality Assurance Evaluator. Should the Contractor not concur with the minutes, the Contractor shall state, in writing to the Contracting Officer, within 24 hours, any areas that he/she does not concur.

15. Payments for project work will not be made until that work has been performed in accordance with contract specifications. If project work has not been started by the scheduled time, the Government reserves the right to cancel all or part of that project work prior to work start resulting in no payment due to the Contractor.

16. Access to Facilities.

16.1 The Contractor will be provided access to facilities as required to accomplish performance under this contract.

16.2 The Contractor shall not permit any person access to the facilities except those Contractor personnel engaged in the performance of work required in this contract.

17. The Contractor shall provide a Labor Report to the Contracting Officer on the first regular workday of each month. This report shall contain the total number of employees, full and part-time, the total number of hours each employee has worked, and each employee's hourly wage.

18. The Contractor shall contact the Contracting Officer each workday, Monday through Friday, by telephone, between 7:30 a.m. and 8:00 a.m. with a verbal report of the previous day's work. The report shall include, as a minimum, areas not serviced, building/room number, reason for no service or problems encountered, project work completed and any temporary changes in time schedules.

19. Local building storage areas (janitorial closets) may be provided by the occupants of buildings receiving custodial services. The Contractor shall coordinate with the building monitor for the availability and use of such space. Areas that are assigned to the Contractor shall be maintained using the same cleanliness standards as the rest of the building.

20. The Government will furnish water, electricity, sewage disposal, and natural gas during the performance of this contract. The Contractor shall make no changes to outlets in buildings listed in this contract. The Contractor and his personnel shall not utilize telephones located in buildings receiving service unless prior consent is obtained from the Contracting Officer.

SCOPE OF WORK (CONT'D)

21. The Contractor shall furnish materials, tools, chemicals, detergents, floor finishes, sealers, equipment and supplies that conform to the requirements of applicable Federal Specifications listed in this contract. Those not covered by Federal Specifications shall be approved by the Contracting Officer before use. The Contractor shall furnish an adequate supply of cleaning and polishing materials, plastic bags, tools, and any other necessary items at the work site.

22. The Contractor shall furnish materials, supplies, vehicles, and equipment which are not specified herein as Government-furnished and which are necessary to comply with the requirements of this contract. A list shall be submitted to the Contracting Officer 10 calendar days prior to contract start date detailing the equipment to be used in the performance of this contract. Revisions to the list shall be submitted to the Contracting Officer 5 calendar days prior to any changes. Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operated using existing building circuits. Vacuum cleaners shall be heavy duty commercial upright and wet/dry tank type.

22.1 The Government will not be liable for loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

23. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaced, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area specified in this contract. Materials used in the performance of this contract shall be approved by the Contracting Officer.

24. The Contractor shall furnish tools necessary to perform the work defined in this contract. As a minimum, the Contractor shall have the tools listed in TE 4.

25. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. Chemicals used in performance of tasks specified in this contract shall be approved by the Contracting Officer. The following types of cleaning chemicals with applicable specifications shall be used by the Contractor:

25.1 Natural Detergent. Federal Specification P-D-225A, Int Am-1. A synthetic neutral detergent concentrate.

25.2 Germicidal Detergent. Federal Specification O-D-1277A. A quaternary ammonium germicidal detergent concentrate.

25.3 Cleaning Compound, Toilet Bowl. Federal Specification P-C-447C. An acid type bowl cleaner.

25.4 Glass Cleaner. Federal Specification P-G-406D.

25.5 Polish, Metal. Federal Specification P-P-556D (1). A stainless steel cleaner and polish.

25.6 Metal-Linked Polymer Floor Finish. Approved brand. A metal-linker polymer floor finish, slip resistant.

25.7 Solvent Wax. Federal Specification P-W-158E. A slip resistant solvent wax.

SCOPE OF WORK (CONT'D)

25.8 Water Emulsion Concrete and Terrazzo Seal. Federal Specification P-F-430C.

25.9 Antistatic Rug Compound.

25.10 Gum Remover.

25.11 Cleaning Compound, Rug and Upholstery. Federal Specification P-C-1632B, Int Am-1. Carpet and rug shampoo.

25.11.1 Water Extraction Method, Dry Foam Method, and Spot Cleaning Solutions. Instructions provided by the manufacturer of the equipment and materials shall be followed during their use.

25.12 Spot Remover.

26. The Contractor shall furnish supplies listed at TE 6 as necessary to perform the services in this contract. Samples shall be submitted to the Contracting Officer for approval prior to contract start date and within 5 working days of a change. Materials shall meet or exceed the quality of the items indicated by the Federal Specifications listed at TE 6.

27. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

28. SPECIFIC TASKS TO BE PERFORMED:

28.1 Custodial Services: The Contractor shall provide custodial services IAW the Task and Frequency Chart listed in TE 2. Floor plans of individual buildings and areas to be serviced are provided at TE 6.

28.2 The Contractor shall furnish a work schedule to the Contracting Officer prior to contract start date that indicates the building or area, the day, time (within 30 minutes), and date of the prescribed frequency that the work shall be performed. The schedule shall be made in 3 copies on FS Form 638-R by individual buildings and by floors. An example is at TE 4. Upon approval by the Contracting Officer, 1 copy each of the schedule will be furnished to the Contractor and building monitor. Deviations from the work schedule shall be submitted to the Contracting Officer for approval as soon as possible prior to requested change. The Contracting Officer will provide approval in writing to changes in the work schedule.

28.3 The Contractor shall perform routine work at the intervals indicated in TE 2, Task and Frequency Chart. Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for the issuance of a Contract Discrepancy Report to the Contractor.

28.3.1 The Contractor shall remove waste generated between cleaning service to include emptying waste baskets, cigarette butt receptacles, and other trash containers within the area and return each to its initial location. Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of TM's, AR's, and

books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest outside trash collection point.

28.3.2 Washing of Trash Receptacles and Containers. The Contractor shall damp wipe the exterior of designer/closed system waste containers and receptacles with a neutral detergent to remove soil.

28.3.3 The Contractor shall perform floor maintenance. Chairs, trash receptacles, and movable items shall be tilted or moved to clean floor underneath. After receiving floor maintenance, the entire floor shall have uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration's. Floors, unless otherwise stated as having carpet or specified elsewhere as having a floor finish, shall have a uniform coating of nonskid floor finish applied. Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations.

28.3.3.1 The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used to perform floor maintenance. Dirt shall be removed and placed in trash containers.

28.3.3.2 The Contractor shall sweep floors prior to damp mopping floors with a neutral detergent. The Contractor shall use a mop, mop bucket, wringer, and a neutral detergent solution to remove soil and nonpermanent stains. "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. The cleaning solution shall be changed periodically as required. After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, boot black marks, detergent residue, or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand. A germicidal detergent shall be used in the mopping solution for latrine floors.

28.3.4 The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. Carpeted surfaces shall include areas under and around trash receptacles, desks, chairs, and other furniture and furnishings. After the carpeted floor has been completely vacuumed it shall be free of visible litter, soil, and embedded grit. The Contractor shall vacuum carpet in areas as specified.

28.3.4.1 Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs.

28.3.4.2 The Contractor shall treat rugs and carpets with an antistatic rug compound to eliminate rug or carpet shock.

28.3.5 Carpet-type entrance mats, inside or outside the building, shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats, inside or outside the building, shall be swept, vacuumed, or hosed down outside to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

28.3.6 The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces.

28.3.7 The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks. The Contractor shall not dust table tops, chairs, cabinet tops, and sofas/couches in classrooms.

28.3.8 The Contractor shall clean drinking fountains to remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

28.3.9 Latrines, Shower Rooms, and Locker Rooms. The Contractor shall clean and supply latrines, shower rooms, and locker rooms as follows:

28.3.9.1 Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

28.3.9.2 Resupply toilet tissue, towels, and hand soap (bar and/or liquid). Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

28.3.9.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toiler bowls, commodes, and urinals by descaling.

28.3.9.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

28.3.9.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

28.3.9.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

28.3.10 The Contractor shall spot clean areas to remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures with a neutral detergent. Germicidal detergent shall be used in latrines, locker rooms, break areas, and drinking fountains. Brass hardware, aluminum bars, and other metal on doors and cigarette urns shall be polished with a polishing compound. After spot cleaning the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

28.3.11 The Contractor shall spray-buff floors every two weeks. The Contractor shall sweep floors prior to spray-buffing. The Contractor shall use a single disc floor machine, buffing pad, and spray bottle containing a solution of cleaner and acrylic wax to restore a uniform gloss and protective finish to the floor. Areas accessible to the floor machine shall be spray-buffed. After spray-buffing the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

SCOPE OF WORK (CONT'D)

28.4 The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

28.5 The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes which contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

28.6 In addition to routine work and project work, the Contractor shall perform the following special requirement tasks for buildings listed below.

28.6.1 Buildings 455, 1640, 1950, 2875, 2934 and 4700. The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides (IAW TE 2 Schedule). Metal shall be polished to maintain a clean and polished appearance.

28.6.2 Buildings 1945 and 1950. The Contractor shall maintain sidewalks and trash receptables and ash trays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster. Service shall be performed in the daytime of the day schedule for routine work. Areas to be serviced are indicated on the floor plans at TE 6.

28.7 The Contractor shall perform required service on days and times indicated in Technical Exhibit 2. Changes or deletions will be given to the Contractor by the Contracting Officer as they occur.

28.8 The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entrance ways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following Buildings with the Contracting Officer.

Buildings:

| | | |
|---|---|---|
| 455 | 1005 | 1655 |
| 461 | 1640 | 3168 |
| 462 | 1645 | 3280 |
| 652 | 1651 | |

TECHNICAL EXHIBIT 1

DELIVERABLES (REPORTS)

(2 Pages)

TECHNICAL EXHIBIT 1
DELIVERABLES (REPORTS)

| Reference | Title | Format | Required Date | Number of Cys | Dist. |
|---|---|---|---|---|---|
| 5. | Project Manager and Alternate | Contractor's choice | 10 calendar days prior to start date and 24 hours in advance of any change | 2 | 1-KO<br>1-File |
| 10. | Management Plan | Contractor's choice | 15 calendar days prior to contract start date and within 3 work days before any change. | 2 | 1-KO<br>1-File |
| 11. | Key Custodian | Contractor's choice | NLT 15 calendar days prior to contract start date and within 3 working days before any change | 2 | 1-KO<br>1-File |
| 11.3 | Lost key report | Contractor's choice | Telephonically within 30 minutes after discovery of loss; written report by COB the next work day. | 2 | 1-KO<br>1-File |
| 12. | Phase-In plan | Contractor's choice | 15 calendar days prior to contract start date. | 2 | 1-KO<br>1-File |
| 14. | Performance Evaluation Meeting | Contractor's choice | Within 24 hours after non-concurrence of minutes. | 2 | 1-KO<br>1-File |
| 17. | Labor Report | Contractor's choice | First regular work day of each month | 2 | 1-KO<br>1-File |
| 18. | Daily Work Report | Contractor's choice | Each work day, Monday through Friday. Between 7:30 a.m. and 8:00 a.m. with a verbal report. | 1 | 1-KO |

TECHNICAL EXHIBIT 1 (CONT'D)
DELIVERABLES (REPORTS)

| Reference | Title | Format | Required Date | Number of Cys | Dis. |
|---|---|---|---|---|---|
| 22. | Equipment List | Contractor's choice | NLT 10 calendar days prior to contract start date and within 5 calendar days prior to ant change | 2 | 1-KO<br>1-File |
| 26. | Supplies | Contractor's choice | NLT 10 calendar days prior to contract start date and within 5 working days before any change | 1 | 1-KO |
| 28.2 | Work Schedule | FS Form 638-R | NLT 15 calendar days prior to contract start date and NLT 10 work days prior to change | 3 | 3-KO |

TECHNICAL EXHIBIT 2

WORKLOAD
TASK AND FREQUENCY CHART

(5 Pages)

TECHNICAL EXHIBIT 2

1. Bid items receive custodial services as indicated below:

DAILY
Trash Removal
Sweep, Dust Mop
Damp Mop
Descale Toilet Bowls/Commodes and Urinals
Clean and Resupply Latrines, Shower/locker Rooms

ONCE WEEKLEY – DIRECT COST CUSTOMERS
TWICE WEEKLY – REIMBURSABLE COST CUSTOMERS
Vacuum Carpets, Rugs, Walk-off/Entrance Mats
Clean Drinking Fountains
Spot Clean

WEEKLY (W)
Washing of Trash Receptacles/Containers
Clean Chalkboards and Liquid Chalk Writing Systems, Trays and Tracks

EVERY 2 WEEKS (2M)
Regular Dusting
Interior Glass Cleaning
Spray Buffing

2. Buildings listed below as Direct Cost Customers (Schedule One) shall have one day per week routine custodial service every Friday. Bid Items 0001AA, 0002AA, 0003AA, 0004AA and 0005AA.

3. Buildings listed below as Reimbursable Customers (Schedule Two) shall have two day per week routine custodial service, Tuesday and Friday (unless otherwise directed by the Contracting Officer). Bid Items 0001AB, 0002AB, 0003AB, 0004AB and 0005AB.

4. All buildings listed below (Schedule Three) shall have five day per week service for toiled/shower rooms only, Monday through Friday. Bid Items 0001AC, 0002AC, 0003AC, 0004AC and 0005AC.

TECHNICAL EX .BIT 2
WORKLOAD
TASK AND FREQUENCY CHART
SCHEDULE ONE
DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq. ft.) | LATRINE (sq. ft.) | DAY / NIGHT |
|---|---|---|---|---|
| 160 | DPTM--Museum | 0 | 165 | D |
| 207 | Directorate of Civilian Personnel | 12,199 | 494 | D |
| 208 | DPTM--Tasc | 0 | 347 | D |
| 335 | DPTM--Museum | 0 | 160 | D |
| 346 | DPTM-Museum | 0 | 78 | D |
| 435 | DPTM--Museum | 0 | 114 | D |
| 436 | DPTM--Museum | 0 | 170 | D |
| 438 | DPTM--Museum | 0 | 274 | D |
| 441 | DPTM--Security Division | 3,002 | 108 | D |
| 455 | USAFAC--Headquarters Command | 37,425 | 784 | N |
| 462 | HQ Cmd, DOIM, IG, SJA | 27,215 | 1,110 | D/N |
| 463 | Chaplain | 6,595 | 888 | D |
| 652 | DOIM | 11,946 | 1,054 | D |
| 700N | DPTM - Training Service Center | 7,135 | 165 | D |
| 745 | FAS - 30th Regiment Student Post Office | 2,371 | 230 | D |
| 746 | FAS-Trng Cmd,30thRegiment-Field Artillery Bulletin/FA Assn | 1,025 | 216 | N |
| 747 | DPTM-TASC Photo Lab | 831 | 174 | D |
| 750 | FAS, Fire Support and Combined Arms Operation Dept. | 352 | 1,311 | N |
| 755 | FAS-30th Regiment 3/8 FA (Prov) | 4,295 | 188 | N |
| 756 | FAS-30th Regiment 3/8 FA (Prov) | 4,111 | 171 | N |
| 758 | FAS-Resource Management Office | 4,211 | 333 | N |
| 759 | FAS-Marine Corps Artillery Detachment | 4,759 | 300 | N |
| 811 | FAS-Marine Corps Artillery Detachment | 2,921 | 444 | N |
| 930 | DOIM, Post Locator | 1,749 | 155 | D |
| 1005 | Chaplain | 6,172 | 119 | D |
| 1273 | DEQ, White Water Crossing--DPW | 0 | 500 | D |
| 1450 | DEQ | 1,924 | 25 | D |

TECHNICAL E .BIT 2
WORKLOAD
TASK AND FREQUENCY CHART
SCHEDULE ONE
DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq. ft.) | LATRINE (sq. ft.) | DAY / NIGHT |
|---|---|---|---|---|
| 1459 | DEQ | 714 | 53 | D |
| 1465 | DEQ | 1,582 | 48 | D |
| 1466 | DEQ | 1,010 | 0 | D |
| 1640 | DCA, Nye Library | 20,834 | 404 | N (Mo/Fr) |
| 1643 | LEC | 0 | 240 | N |
| 1645 | DOIM-Phone Co. | 4,397 | 256 | D |
| 1651 | Red Cross | 6,737 | 254 | D |
| 1651 | Army Community Service | 3,385 | 254 | N |
| 1655 | TEXCOM Fire Support Test Directorate | 36,922 | 1,932 | D/N |
| 1670 | LEC, Vehicle / Weapons Registration | 169 | 70 | D |
| 1713 | DOD Thrift Store | 0 | 72 | D |
| 1803 | Directorate of Contracting | 7,944 | 230 | D |
| 1935 | DPW Equipment Maint. | 0 | 450 | D |
| 1946 | DPW Data Systems/ Supply | 4,493 | 88 | D |
| 1950 | DPW | 16,381 | 582 | N |
| 2103 | DOIM, Publication Supply | 910 | 80 | D |
| 2192 | Consolidated Property Book DOL | 4,160 | 200 | D |
| 2285 | DOL OIL Analysis Lab -Testing | 1,565 | 132 | D |
| 2515 | DEQ, Supply Division | 483 | 153 | D |
| 2583 | DPTM, Range Division | 667 | 109 | D |
| 2584 | DPTM, Range Division | 2,370 | 42 | N |
| 2585 | DPTM, NBC School | 2,320 | 300 | N |
| 2587 | DEQ, Compliance and Awareness Training Center | 3,142 | 162 | N |
| 2591 | EEO Classroom | 3,986 | 140 | N |
| 2592 | DEQ, Material and Waste Management Branch | 3,795 | 141 | D |
| 2593 | SJA, Legal Assistance | 2,677 | 96 | D |
| 2594 | Fort Sill Logistic Assistance Office (LAO) Army Material Cmd | 4,034 | 133 | D |
| 2595 | SJA, Claims Branch | 2,584 | 108 | D |
| 2596 | DOL | 3,190 | 104 | D |
| 2719 | DCA, Family Support Division | 850 | 131 | D |

TECHNICAL E... IBIT 2
WORKLOAD
TASK AND FREQUENCY CHART
SCHEDULE ONE
DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq. ft.) | LATRINE (sq. ft.) | DAY / NIGHT |
|---|---|---|---|---|
| 2866 | DCA, ACAP Classroom /VA Assistance Office | 2,459 | 220 | N |
| 2868 | DCA, NAF Procurement Office | 2,496 | 172 | N |
| 2869 | DCA | 2,528 | 188 | N |
| 2870 | DCA, Drug and Alcohol Abuse Control Div | 2,434 | 126 | N |
| 2871 | DCA, Drug and Alcohol Abuse Control Div | 2,640 | 193 | D |
| 2874 | MP Det Case (CID) | 2,416 | 192 | D |
| 2875 | MP Det Case (CID) | 2,929 | 71 | D |
| 2913 | DCA, Army Career and Alumni Program | 3,676 | 179 | N |
| 2927 | AE Post Re-enlistment | 1,243 | 90 | D |
| 2930 | DEQ | 1,765 | 121 | N |
| 2936 | Military Intelligence Gp | 966 | 88 | D |
| 2941 | DPW, FMO | 766 | 63 | N |
| 2943 | DCA, Central Accounting Office | 3,281 | 300 | D |
| 2951 | DOL, Carlson Travel | 2,345 | 180 | D |
| 3168 | Chaplain | 2,977 | 288 | N |
| 3280 | Chaplain | 7,065 | 300 | D (Mo/Fr) |
| 3281 | DPTM, Education Center | 18,279 | 671 | N |
| 4121 | Chaplain, Frontier Chapel | 14,833 | 674 | D |
| 4907 | DPTM, Henry Post Army Airfield/ OPHS/ Tower | 6,274 | 276 | N |
| 4915 | DPTM, 82nd Medivac | 1,294 | 299 | D |
| 5032 | DPTM, Air Traffic Control Maint | 1,524 | 92 | D |
| 5033 | US Army TMDE Support Center | 4,414 | 224 | D (TU/Th) |
| 5045 | CECOM | 1,504 | 33 | N |
| 5046 | CECOM | 1,416 | 65 | N |
| 5676 | DPW, Family Housing | 3,977 | 150 | N |
| 5723 | DCA, Polo Field | 0 | 416 | D |
| | **TOTAL** | **377,040** | **22,712** | |

**T. .HNICAL EXHIBIT 2**
**WORKLOAD**
**TASK AND FREQUENCY CHART**
**SCHEDULE TWO**
**REIMBURSABLE CUSTOMERS**

| BLDG. | OCCUPANT | ADMIN (sq.ft.) | LATRINE (sq.ft.) | DAY/NIGHT |
|---|---|---|---|---|
| 340 | Defense Printing Service | 1,441 | 97 | D |
| 461 | CECOM, Software Engineering, Fire Support | 12,614 | 760 | D |
| 467 | CECOM, Fire Support Software Engineering | 3,892 | 161 | D |
| 700N | DPTM | 4,999 | 624 | D |
| 700S | TELOS | 18,618 | 1,356 | D |
| 700S | CECOM , FATDS (net) | 11,631 | 0 | D |
| 911 | TRADOC Regional Coordinating Element F | 2,260 | 118 | D |
| 954 | Fire Direction Data Manager Support Facility (KODAR) | 1,107 | 40 | D |
| 1607 | DFAS | 14,289 | 857 | D |
| 1945 | Corps of Engineers | 2,738 | 363 | N |
| 2287 | Aviation and Missile Command | 837 | 139 | D |
| 2769 | 2d Simulation Excercise Group 1st Bde (BCST) 75th Div. | 2,248 | 192 | D |
| 2770 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 2,913 | 208 | D |
| 2771 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,758 | 208 | D |
| 2778 | Defense Investigative Service/Lawton Resident Agency | 1,511 | 73 | D |
| 2872 | 5045 th Garrison Support Unit | 2,503 | 220 | D |
| 2873 | 5045 th Garrison Support Unit | 2,522 | 257 | D |
| 2934 | DEQ, CEIHOT | 20,367 | 1,618 | N |
| 3166 | DFAS | 10,944 | 521 | D |
| 3323 | DRMO | 4,189 | 221 | D |
| 3354 | 122nd Arcom, ECS GS | 1,759 | 342 | D |
| 4700 | DFAS | 30,218 | 525 | D |
| 4922 | 1475th Logistic Support Battalion, 75th Infantry Div. (E) | 10,110 | 353 | D |
| 5030 | US Army Readiness Gp, Ft. Sill | 19,368 | 1,240 | D |
| 5678 | FAS, 3d Regiment, International Student Division | 3,048 | 120 | D |
| | **TOTAL** | **189,884** | **10,613** | |

TECHNICAL EXHIBIT 3

TOOLS

(1 Page)

TECHNICAL EXHIBIT 3

TOOLS

Spray Bottles
Sponges
Dust Mop
Wet Mop
Putty Scrapers
Dust Pan
Mop Buckets and Wringers
Toilet Bowl Mops
Rubber Gloves
Push Brooms
Radiator Brushes
Vacuum cleaner (upright)
Floor machine (buffer)
Snow Shovel

TECHNICAL EXHIBIT 4

SUPPLY ITEMS

(1 Page)

# TECHNICAL EXHIBIT 4

## SUPPLY ITEMS

Estimated monthley usage of supply items is as follows:

| | | |
|---|---|---|
| Toilet paper | | 13 cases |
| Rolled towels | | 8 cases |
| Single fold towels | | 38 cases |
| Multi-fold towles | | 12 cases |
| Trash bags, | large | 4 cases |
| | medium | 3 cases |
| | small | 2 cases |
| Plastic gloves | | 2 cases |
| Dust mop oil | | 1 gallon |
| Toilet bowl cleaner | | 2 cases |
| Spray buff cleaner | | 2 gallons |
| General purpose cleaner | | 2 gallons |
| Windax | | 1/2 pint |
| Bar soap | | 1 case |
| Liquid hand soap | | 5 gallons |

TECHNICAL EXHIBIT 5

STANDARDS FOR CUSTODIAL AND HOUSEKEEPING SERVICES
OF GOVERTMENT-FURNISHED FACILITIES

(1 Page)

TECHNICAL EXHIBIT 5

STANDARDS FOR CUSTODIAN AND HOUSEKEEPING SERVICES
OF GOVERNMENT-FURNISHED FACILITY

1. The Contractor shall maintain cleanliness in accordance with the following criteria:

a. Carpets and rugs are free of all visible litter, soil, and embedded grit, contain no heavy stains, and are vacuumed in such a way that the carpet pile presents a uniform appearance.

b. Floors in office areas are free of dust, dry soil, litter, scuff marks, heel marks, and other stains, and present a uniform appearance with no streaks, swirl marks, detergent residue, or mop strands.

c. Floors in warehouse areas are free of debris and heavy accumulations of dirt.

d. Drinking fountains are free of streaks, stains, spots, smudges, scale, and other obvious removable soil.

e. Office furniture surfaces have a uniform appearance, free of streaks, smudges, dust, lint and litter.

f. Glass surfaces (excluding exterior windows), walls, and partitions present a clean, uniform appearance, free of streaks, spots and other evidence of removable soil.

g. Storage bins, warehouse shelving, and work benches are free of debris and heavy accumulations of dirt.

h. Sinks are free of stains, streaks, spots, smudges, scale, and other obvious soil.

i. Commodes and urinals are clean and free of streaks, stains, scale, scum, mineral deposits, rust stains and other obvious removable soil.

j. Bathroom floors present a clean, uniform appearance with no streaks, stains, swirl marks, detergent residue, or evidence of soil.

k. All trash, waste, debris and litter are removed from the work area and placed in proper trash receptacles or dumpsters.

l. Wastebaskets contain plastic liners which are not obviously soiled or torn. The exteriors of wastebaskets are free of evident soil, and the interiors are free of wet spills and garbage.

TECHNICAL EXHIBIT 6

FLOOR PLANS

(150 Pages)

TECHNICAL EXHIBIT 7

CONTRACT DISCREPANCY REPORT

( 1 Page )

TECHNICAL EXHIBIT 7

# CONTRACT DISCREPANCY REPORT

| | | |
|---|---|---|
| 1. CONTRACT NUMBER | 2. REPORT NUMBER FOR THIS DISCREPANCY | |
| 3. TO: *(Contractor and Managers Name)* | 4. FROM: *(Name of QAE)* | |
| 5. DATES | | |
| PREPARED | RETURNED BY CONTACTOR | ACTION COMPLETE |
| 6. DISCREPANCY OR PROBLEM *(Describe in detail: include reference to SOW/Directive: attach continuation sheet if necessary.)* | | |
| 7. SIGNATURE OF CONTRACTING OFFICER | | |
| 8. TO: *(Contracting Officer)* | FROM: *(Contractor)* | |
| 10. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRANCE: ATTACH CONTINUATION SHEET IF NECESSARY. *(Cite applicable Q.C. program procedures or new Q.C. procedures.)* | | |
| 10. SIGNATURE OF CONTRACTOR REPRESENTATIVE | DATE | |
| 11. GOVERNMENT EVALUATION *(Acceptance, partial acceptance, rejection: attach continuation sheet if necessary.)* | | |
| 12. GOVERNMENT ACTIONS *(Payment deduction, cure notice, show cause, other.)* | | |

CLOSE OUT

| | NAME-TITLE | SIGNATURE | DATE |
|---|---|---|---|
| CONTRACTOR NOTIFIED | | | |
| QAE | | | |
| ACO | | | |

FS Form 912

TECHNICAL EXHIBIT 8

TASK AND FREQUENCY SCHEDULE

(1 Page)

TECHNICAL EXHIBIT 8

TASK AND FREQUENCY SCHEDULE

BUILDING NUMBER________________ BID ITEM________________________

D = DAILY
2M = EVERY TWO WEEKS

| ROUTINE WORK | | M | T | W | TH | F | S | SU | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| TRASH REMOVAL | (D) | | | | | | | | |
| SWEEP, DUST, MOP | (D) | | | | | | | | |
| DAMP MOP | (D) | | | | | | | | |
| VACUUM CARPETS / RUGS | (D) | | | | | | | | |
| INTERIOR GLASS CLEANING | (2M) | | | | | | | | |
| CLEAN DRINKING FOUNTIAN | (D) | | | | | | | | |
| WALK-OFF/ENTRANCE MATS | (D) | | | | | | | | NOTE: BUILDING OCCUPANTS REGISTER COMPLAINTS TO MONITOR |
| SPOT CLEAN | (D) | | | | | | | | |
| CLEAN AND RESUPPLY LATRINES SHOWERS / LOCKER ROOMS | (D) | | | | | | | | NAME:________________ PHONE:________________ |
| DESCALE TOILET BOWLS AND URINALS | (D) | | | | | | | | |

FS FORM 638-R
REVISED MAR '00