DEPARTMENT OF THE ARMY
HEADQUARTERS, U.S. ARMY FIELD ARTILLERY CENTER AND FORT SILL
FORT SILL, OKLAHOMA

REPLY TO
ATTENTION OF:

June 5, 2000

Directorate of Contracting

SUBJECT: Solicitation DABT39-00-B-1001, Custodial Services, Fort Sill, OK

Attached is the copy of the solicitation for Custodial Services at Fort Sill, OK, you requested. Since many prospective bidders requested the information, a copy of the bid schedule for Fiscal Year 2000 (FY00) is also included in the solicitation package.

The incumbent contractor is Pure Service Corporation, Oklahoma City, OK. Pure Service Corporation has been performing under the current contract since October 1995. The current contract was for a one-year base period with four one-year option periods. All options were exercised. The current contract price for FY00 (as modified through 1 Apr 2000) is $221,219.85.

There is no collective bargaining agreement applicable to this procurement. Performance and payment bonds are not required.

The new solicitation differs from the current contract in the following areas:

a. Acceptance of the Government IMPAC Credit Card for monthly payments is required throughout the life of the contract.

b. No Government-furnished facility will be provided under the new contract. In other words, no office space will be provided to the Contractor on Fort Sill, OK.

c. No "project work", i.e., carpet shampooing, stripping and rewaxing floors and cleaning of upholstered furniture, will be performed under this contract. Individual Government credit card holders will have these services performed as individual purchases.

If you have any further questions, please contact Laurie Wheeler at (580) 442-3225/4315 or by e-mail at wheelerl@sill.army.mil.

Sincerely,

Sharel S. McAdoo

Sharel S. McAdoo
Contracting Officer

EXHIBIT
6

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 3 (TE 3).

0005 OPTION PERIOD FOUR: 1 October 1999 through 30 September 2000.

0005AA SCHEDULE ONE. Routine Work (Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 390,838 | x | $ .0183 | = | $7,152.34 | x | 12 MO | = | $85,828.08 |

0005AB SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 178,253 | x | $ .0321 | = | $5,721.92 | x | 12 MO | = | $68,663.04 |

0005AC SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 34,022 | x | $ .1488 | = | $5,062.47 | x | 12 MO | = | $ 60,749.64 |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

SCHEDULE FOUR. Project Work. The following services are shown in the Task and Frequency Chart under Project Work and shall be performed on an as ordered basis (see Paragraph C.1.25.2). Contractor will receive a list of buildings/areas from the Contracting Officer at the beginning of the month stating which services are required by square feet or pieces.

| ITEM NO. | SUPPLIES/SERVICES | ESTIMATED AREA | UNIT | UNIT PRICE | ESTIMATED TOTAL AMOUNT |
|---|---|---|---|---|---|
| 0005AD | Strip and Rewax Floors | 100,174 | sq. ft. | $ .035 | $3,506.09 |
| 0005AE | Shampoo Carpet/Rugs | 121,000 | sq. ft. | $ .028 | $3,388.00 |
| 0005AF | Dust Venetian Blinds | 576 | sq. ft. | $ .03 | $ 17.28 |
| 0005AG | High Dusting | 1,486 | sq. ft. | $ .02 | $ 29.72 |
| 0005AH | Clean Upholstered Furniture | 16 | each | $ 2.25 | $ 36.00 |

TOTAL ESTIMATED AMOUNT, ITEMS 0005AA THROUGH 0005AH $222,217.85