FAX

# Conversation Record

PD

from the desk of Ray Dryz

| Call Date | Call Time |
|---|---|
| 6/11/2002 | 3:32 PM |

**Subject**

DABT39-00-C-4032, Custodial, Fort Sill, OK

| First Name | Last Name | City | State/Province |
|---|---|---|---|
| Hope | Hall | Ownes Crossroads | AL |
| **Company Name** | **Title** | **Work Phone** | **Work Extension** |
| H & R Services, Inc. | President | (256) 533-5889 | |
| **Mobile Phone** | **Fax Number** | **Email Name** | |
| | (256) 539-8531 | | |

**Conversation Notes**

FAX HAS 3 PAGES INCLUDING THIS COVER

Attached is a letter to you dated June 11, 2002 and an attachedment to that letter dated June 5, 2002. Thank:

Ray Dryz
Contracting Officer



File

EXHIBIT 7

DEPARTMENT OF THE ARMY
HEADQUARTERS, U.S. ARMY FIELD ARTILLERY CENTER AND FORT SILL
PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501
June 11, 2002

REPLY TO
ATTENTION OF:

Directorate of Contracting, Construction Branch

H&R Services, Inc
ATTN: Hope Hall
PO Box 175
Owens Crossroads, AL 35763

Re: Contract DABT39-00-C-4032, Custodial Services, Fort Sill, OK

Dear Ms. Hall:

Request you provide a proposal for additional service in Building 1651, Fort Sill. The current service in the Building is 1 day per week, full service. The requested additional service is empty all trash cans 5 days per week. I request to send the proposal no later than 4:00 PM, Tuesday, June 18.

Also consider this a verbal confirmation of the requested additional service described in the attached memorandum to me dated June 5, 2002 from Evans P. Warner. A formal modification for the additional service will be issued before the end of this month.

Feel free to call or e-mail if you wish to further discuss this letter with me. My phone number is 580-442-3225 and my e-mail address is dryzr@sill.army.mil .

Sincerely,

Ray Dryz

RAY DRYZ
Contracting Officer

1 Attachment

Copy to
Pete Webb, DPW
File

ATZR-EEC

June 5, 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Ray Dryz

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 10 June 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost June | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B4700 | 02AA | 21946 | .0171 | 3/4 | $281.46 | $375.28 | $1407.30 |
| B4700 | 02AC | 525 | .1144 | 15/20 | $45.00 | $60.06 | $225.18 |

2. ACS has moved and occupied the 1st floor North side of B4700 .

3. This modification represents an overall decrease/increase of $1632.48 for the remainder of the contract period. The accounting classification is as follows:

21220200000057108232000000000252G82K19HW44DQ70100N010K19H82034031

for Jamie Brennan

PATRICIA L. WALLER
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

daw 5-0

**Webb, Peter K Mr**

**From:** Webb, Peter K Mr
**Sent:** Monday, April 29, 2002 10:06 AM
**To:** Dryz, Ray Mr
**Cc:** Wilkinson, Patrician A Ms
**Subject:** request for proposal ( Custodial )

Ray,

The manager ,Jerry Adkinson, of the Red Cross, B1651, is requesting a change in scope. They are wishing to have all of their trash cans be emptied 5 days a week. They currently have 1 day/week full service.

Thanx Pete