# FAX FORM

| | | | |
|---|---|---|---|
| FROM: | RAY DRYZ, DIRECTORATE OF CONTRATING | FORT SILL, OK | VOICE: 580-442-4315<br>FAX: 580-442-4621<br>EMAIL: dryzr@sill.army.mil |
| TO: | Roger | Hall | Huntsville AL |

| Company Name | Work Phone | Work Extension | Fax Number |
|---|---|---|---|
| H & R Services, Inc. | (256) 533-5889 | | (256) 533-3176 |

Subject DABT39-00-C-4032, Custodial, Fort Sill, OK

Notes

FAX HAS 3 PAGES INCLUDING THIS COVER

Mr. And Ms. Hall:

Attached please find a request for proposal on work you have, for the most part, already changed.

Feel free to call or e-mail if you have any questions.

Raymond J. Dryz
Contracting Officer

Thursday, March 27, 2003

EXHIBIT
tabbies
8

DEPARTMENT OF THE ARMY
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT SILL DIRECTORATE OF CONTRACTING
BUILDING 1803, PO BOX 33501
FORT SILL, OKLAHOMA 73503-0501

March 27, 2003

ACA-DOC, Construction Branch

H & R Services, Inc.
ATTN: Hope or Roger Hall
1428 Weatherly Road 101
Huntsville, AL 35815

Re: DABT39-00-C-4032, Custodial Services, Fort Sill, OK

Dear Mr.and Ms. Hall:

I request you provide a proposal for the following changes in services to the subject contract:

**Effective 16 Dec 02**

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Dec | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B700 | 0003AA | 3656 | 0.0171 | 2/4 | 31.26 | 62.52 | 593.92 |
| B700 | 0003AC | 1122 | 0.1144 | 11/22 | 64.18 | 128.36 | 1219.39 |
| TOTAL | | | | | | | 1813.31 |

**Effective 1 Mar 03**

| Delete | Bid Item | SF | Cost per SF | Clean Days | | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2515 | 0003AA | 483 | -0.0171 | 4/4 | | -8.26 | -57.82 |
| B2515 | 0003AC | 153 | -0.1144 | 21/21 | | -17.5 | -122.5 |
| TOTAL | | | | | | | -180.32 |

**Effective 3 Mar 03**

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B5678 | 0003AA | 3048 | -0.0171 | 4/4 | -52.12 | -52.12 | -364.84 |
| B5678 | 0003AC | 120 | -0.1144 | 21/21 | -13.73 | -13.73 | -96.11 |
| Add | | | | | | | |
| B5676 | 0003AA | 999 | 0.0171 | 4/4 | 17.08 | 17.08 | 119.56 |
| B5676 | 0003AC | 100 | 0.1144 | 21/21 | 11.44 | 11.44 | 80.08 |
| TOTAL | | | | | | | -261.31 |

**Effective 24 Mar 03**

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3161 | 0003AA | 5349 | 0.0171 | 1/4 | 22.87 | 91.47 | 571.67 |
| B3161 | 0003AC | 504 | 0.1144 | 6/26 | 16.49 | 57.66 | 362.44 |
| TOTAL | | | | | | | 934.11 |

**Effective 1 Apr 03**

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Apr | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2869 | 003AA | 2528 | 0.0171 | 4/4 | 43.23 | 43.23 | 259.38 |
| B2869 | 003AC | 188 | 0.1144 | 22/22 | 21.51 | 21.51 | 129.06 |
| B2868 | 003AA | 2528 | 0.0171 | 4/4 | 43.23 | 43.23 | 259.38 |
| B2868 | 003AC | 188 | 0.1144 | 22/22 | 21.51 | 21.51 | 129.06 |
| | | | | | | | |
| Delete | | | | | | | |
| B2874 | 003AA | 2416 | -0.0171 | | -41.31 | -41.31 | -247.86 |
| B2874 | 003AC | 192 | -0.1144 | | -21.96 | -21.96 | -131.76 |
| B2875 | 003AA | 2929 | -0.0171 | | -50.09 | -50.09 | -300.54 |
| B2875 | 003AC | 71 | -0.1144 | | -8.12 | -8.12 | -48.72 |
| B747 | 003AA | 831 | -0.0171 | | -14.21 | -14.21 | -85.26 |
| B747 | 003AC | 174 | -0.1144 | | -19.91 | -19.91 | -119.46 |
| TOTAL | | | | | | | -156.72 |

Note that the costs provided here are the government estimate for these changes. If your proposal price differs from this estimate, I request you provide your figures in the same table format as provided above. Also my purpose in requesting this proposal is to make a modification that definitizes some actions you have already taken. Therefore if your effective date differs from the effective I show above, I request your proposal show the actual effective date.

I request this proposal no later than the close of business on April 9, 2003.

Feel free to call or e-mail me if you have any questions. My phone number is 580-442-3225 and my e-mail address is dryzr@sill.army.mil .

Sincerely,

Raymond J. Dryz

RAYMOND J. DRYZ
Contracting Officer

COPY TO:
Don Price, DPW
Evans P. Warner, DPW
Pete Webb, DPW

ATZR-EEC 19 March 2003

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Patrician Wilkinson

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, Mar 24 2003, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Mar | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B3161 | 003AA | 5349 | .0171 | 1 / 4 | 22.88 | 91.47 | 548.82 |
| B3161 | 003AC | 504 | .1144 | 6/26 | 16.50 | 57.66 | 345.96 |

2. Request addition per Col Steubers E-mail.

3. This modification represents an overall increase of $894.78 for the remainder of the contract period. The accounting classification is as follows:

21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031

for Charlene Conley
Debbie Anschutz
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Herschel W. Tuck for
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

Raw 3-24-03

# Bldg 3161 - SRP Site




CARP 5349 SF
LAT 504 SF

**Webb, Peter K Mr**

---

**From:** Bailey, Peggy A Ms
**Sent:** Wednesday, March 12, 2003 4:56 PM
**To:** Webb, Peter K Mr
**Cc:** Jameson, Robert R Mr; Hodgini, Thomas J COL
**Subject:** FW: CRC Walk-thru Comments

**Importance:** High

Mr. Webb
I believe you have done the estimates for AG in the past. Can you please do an estimate for adding bldg 3161 to our SLOS contract. Attached is a diagram with dimensions. The CG wants us to get everything done ASAP and I need the estimated cost.
Thanks

JPEG
3161 SRP Site 11 Feb
03.jpg

Peggy
***Peggy A. Bailey***
Adjutant General
Fort Sill, OK 73503
DSN: 639-3007/5277
Comm: 580-442-3007
Fax: 442-7152
peggy.bailey@sill.army.mil

-----Original Message-----
**From:** **Steuber, George W COL**
**Sent:** Tuesday, March 11, 2003 5:36 PM
**To:** Banks, Kathy Ms; 'Rob Pflager'; Bailey, Peggy A Ms; Spencer, Brenda J Ms
**Cc:** Cline, Robert A COL; Hanson, Robert L Jr Mr; Barwick, Bill Mr; Gant, Murray Mr; Palermo, James M COL; Hergenrether, Dennis Mr; Hodgini, Thomas J COL; Rozell, David A COL; Pinion, Mitchel J Mr; Gray, Larry V MAJ; Valdez, Bernard Mr
**Subject:** CRC Walk-thru Comments
**Importance:** High

All:

The CG's intends that anyone coming to the Fort Sill CRC have a good impression of a professional operation. There are still a number of things that need to be done before the first iteration of personnel arrive for CRC processing:

Building 1603 - The CG knows we can't work miracles, but he wants the rooms standardized so that everyone has at least a bed and wall locker of their own and at least one desk per room. He asked specifically about waste baskets in the rooms; CRC cadre have already signed for waste baskets for latrines and admin spaces. The CG asked if additional telephones for private use could be located in the building or vicinity so incoming personnel could call home; this should be an AAFES issue. He also wanted to know if we could designate a room on each floor so soldiers could plug in their personal laptop computers to have e-mail access if possible. If this is not feasible, then the PX central court kiosks are available. The CG said he wants the first 200 spaces cleaned and set up to standard so he can see them prior to the first group arriving on 23 MAR. Once those are set, then the next 100 and then the final 100 spaces required to meet projected CRC fills. This still leaves approximately 190 spaces in the building, but some of them will surely be used by personnel requiring a longer processing time.

Building 3161 - The CG directed that Peggy Bailey look at what the building needs to present a professional appearance, and specifically approved purchasing a new carpet if required. Delta Det, 546th PSB will vacate the building by COB 12 MAR, so we need an estimate of what is required ASAP to get repairs made and the SRP established there before 23 MAR.

Building 2863 - I have already forwarded the outstanding work orders to DPW to work on.

The CG's intent is clear, we just need to execute. As we do so, remember that all these costs need to be captured so DRM can track them and forward for reimbursement. Please get back to me soonest if you see any problems in meeting this mission.

Thanks,

;OL Steuber

**Webb, Peter K Mr**

---

**From:** Bailey, Peggy A Ms
**Sent:** Tuesday, March 18, 2003 3:38 PM
**To:** Webb, Peter K Mr
**Subject:** RE: cleaning contract

As soon as possible for 24th on. We start using the building next Monday! We are doing new carpets and set up this week.

Peggy

***Peggy A. Bailey***
Adjutant General
Fort Sill, OK 73503
DSN: 639-3007/5277
Comm: 580-442-3007
Fax: 442-7152
peggy.bailey@sill.army.mil

-----Original Message-----
**From:** **Webb, Peter K Mr**
**Sent:** Tuesday, March 18, 2003 1:40 PM
**To:** Bailey, Peggy A Ms
**Subject:** RE: cleaning contract

When did you want it to go into effect?

-----Original Message-----
**From:** Bailey, Peggy A Ms
**Sent:** Tuesday, March 18, 2003 12:52 PM
**To:** Webb, Peter K Mr
**Cc:** Johnston, Frances Ms; Jameson, Robert R Mr
**Subject:** cleaning contract

Pete
I couldn't remember if I told you or not but it is approved to add b3161 to our cleaning contract.
Thanks.
Peggy

***Peggy A. Bailey***
Adjutant General
Fort Sill, OK 73503
DSN: 639-3007/5277
Comm: 580-442-3007
Fax: 442-7152
peggy.bailey@sill.army.mil

ATZR-EEC

24 March 2003

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Patrician Wilkinson

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective April 1, 2003, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Apr | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B2869 | 003AA | 2528 | .0171 | 4 / 4 | 43.23 | 43.23 | 259.38 |
| B2869 | 003AC | 188 | .1144 | 22/22 | 21.51 | 21.51 | 129.06 |
| B2868 | 003AA | 2528 | .0171 | 4/4 | 43.23 | 43.23 | 259.38 |
| B2868 | 003AC | 188 | .1144 | 22/22 | 21.51 | 21.51 | 129.06 |
| Delete | | | | | | | |
| B2874 | 003AA | 2416 | .0171 | | (41.31) | (41.31) | (247.86) |
| B2874 | 003AC | 192 | .1144 | | ( 21.96) | (21.96) | (131.76) |
| B2875 | 003AA | 2929 | .0171 | | (50.09) | (50.09) | (300.54) |
| B2875 | 003AC | 71 | .1144 | | (8.12) | (8.12) | (48.72) |
| B747 | 003AA | 831 | .0171 | | (14.21) | (14.21) | (85.26) |
| B747 | 003AC | 174 | .1144 | | (19.91) | (19.91) | (119.46) |

2. Request additions/deletions per Janet Nelson's E-mail.

3. This modification represents an overall decrease of ($156.72) for the remainder of the contract period. The accounting classification is as follows:

21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031

for Charlene Conley

Debbie Anschutz
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'03MAR25 AM

**Webb, Peter K Mr**

**From:** Nelson, Janet E Ms
**Sent:** Monday, March 24, 2003 12:57 PM
**To:** Webb, Peter K Mr
**Subject:** bd 747

Hey, this building will become vacant within the next few days. Someone will probably move in eventually - is it worth the hassle to drop it for 2 months and then possibly pick it back up?

Janet Nelson
Facility Utilization Specialist
Engineering Division, DPW
Phone - 580-442-2670
Fax - 580-442-7438

**Webb, Peter K Mr**

---

**From:** Nelson, Janet E Ms
**Sent:** Monday, March 24, 2003 12:55 PM
**To:** Webb, Peter K Mr
**Cc:** Conley, Charlene M Ms; Pickens, Toni L Ms
**Subject:** Bd 2875 and 2874

CID is moving from building 2874 and 2875 into buildings 2869 and 2870 - please discontinue service for 2874 and 2875. We are required by the Interservice Agreement to provide standard service - which would be the custodial please add the new buildings to your list - thanks!

Ps thanks for keeping us straight!

Janet Nelson
Facility Utilization Specialist
Engineering Division, DPW
Phone - 580-442-2670
Fax - 580-442-7438

X

ATZR-EEC 9 December 2002

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Patrician Wilkinson

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 16 Dec 2002, to incorporate the following changes:

| Add | Bid Item | SF | Cost per SF | Clean Days | Cost Dec | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B700 | 03AA | 3656 | .0171 | 2/4 | 31.26 | 62.52 | $593.94 |
| B700 | 03AC | 1122 | .1144 | 11/22 | 50.71 | ~~101~~.40 128.36 | $963.31 1155.29 |

2. Occupant is requesting service due to the RCF cleaning crew's poor performance.

3. This modification represents an overall increase of $1557.25 for the remainder of the contract period. The accounting classification is as follows:

21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031

163.92/mo
1967.04/yr

Janet Nelson
Debbie Anschutz
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

Reimbursable
MH11


SECOND FLOOR PLAN
SCALE 1/32" = 1'-0"
CARPET
LATRINE (M)
LATRINE (F)
STAIRS
DIRECTOR OF FACILITIES ENGINEERING
FORT SILL, OKLAHOMA
SECOND FLOOR PLAN BLDG. 700
SCALE: A/S
Approved:
Submitted By:
Checked By:
Drawn By:
Designed By:
Revision
Date
Description
By
PARTITIONED AREAS CARPET, RUGS & PIECES
HALL CARPET 3396
LAT 1122
19,890
24,249

ATZR-EEC

19 February 2003

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Patrician Wilkinson

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 1 Mar 2003, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Cost per Month | Total Cost |
|---|---|---|---|---|---|
| B2515 | 003AA | 483 | .0171 | ( $8.26 ) | ( $57.82 ) |
| B2515 | 003AC | 153 | .1144 | ( $17.50) | ($122.50) |

2. This modification represents an overall decrease of ($180.32) for the remainder of the contract period. The accounting classification is as follows:

21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031

for Charlene Conley
Debbie Anschutz
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner
EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

'03FEB19 AM11:05

**Webb, Peter K Mr**

**From:** Nelson, Janet E Ms
**Sent:** Friday, February 14, 2003 10:32 AM
**To:** Webb, Peter K Mr
**Subject:** RE: bldg. 2515

Pete did I answer you on this? I would stop the custodial. It is probably going to be vacant for a while. We may move a reserve unit in there for like 2 weeks or something but they can clean their own.

-----Original Message-----
**From:** Webb, Peter K Mr
**Sent:** Monday, February 10, 2003 9:39 AM
**To:** Nelson, Janet E Ms
**Subject:** FW: bldg. 2515

Hey, Is this going to be occupied by someone else or remove??

-----Original Message-----
**From:** Quickle, Allen Mr
**Sent:** Monday, February 03, 2003 12:25 PM
**To:** Webb, Peter K Mr
**Subject:** bldg. 2515

Pete We want to stop the cleaning in bldg. 2515. No one is out there at this time. Can you take care of this? Will this lower the cost of our contract or does the price stay the same?

ATZR-EEC

3 March 2003

MEMORANDUM FOR DOC, Contract Support Division, ATTN; Patrician Wilkinson

SUBJECT: Contract DABT39-00-C-4032 – Custodial Contract

1. Request a modification to the subject contract, effective 3 March 2003, to incorporate the following changes:

| Delete | Bid Item | SF | Cost per SF | Clean Days | Cost May | Cost per Month | Total Cost |
|---|---|---|---|---|---|---|---|
| B5678 | 003AA | 3048 | .0171 | 4/4 | ( 52.12 ) | ( 52.12 ) | ($364.84) |
| B5678 | 003AC | 120 | .1144 | 21/21 | ( 13.73 ) | ( 13.73 ) | ($96.11) |
| Add | | | | | | | |
| B5676 | 003AA | 999 | .0171 | 4/4 | 17.08 | 17.08 | $119.56 |
| B5676 | 003AC | 100 | .1144 | 21/21 | 11.44 | 11.44 | $80.08 |

2. Occupant is having to temporarily move for approx 2 months due to office renovation.

3. This modification represents an overall decrease of ($261.31) for the remainder of the contract period. The accounting classification is as follows:

21320200000057108232000000000252G82K19HW44DQ70100N011K19H82034031

Jamie Bressman
for
Debbie Anschutz
C, BMD, DPW

4. Point of contact is Pete Webb, DPW, Construction Branch, 442-6475.

Evans P. Warner

EVANS P. WARNER
C, Construction Branch
Engineering Division, DPW

03MAR03 PM 1:55

**Webb, Peter K Mr**

**From:** Moore, Brenda Ms
**Sent:** Thursday, February 27, 2003 4:15 PM
**To:** Webb, Peter K Mr
**Subject:** International Student Division

The International Student Division has moved its office for approximately 2 months.

We are no longer in Building 5678, Allin Hall. We are located in Building 5676, Aultman Hall, rooms 133, 134, 136 and 140.

If at all possible, we would like trash pickup, vacuuming and the bathrooms cleaned at our temporary quarters.

Thank You

Brenda Moore
442-4600/3322
mooreb@sill.army.mil
Fax 442-5142