## Highsmith, Patricia V Mrs

**From:** Arkeketa-Rendon, Annette Ms
**Sent:** Thursday, November 18, 2004 12:48 PM
**To:** Webb, Peter K Mr; Hicks, Patricia A Ms; Pickens, Toni L Ms; Highsmith, Patricia V Mrs
**Cc:** Langford, Linda Ms; Warner, Evans P Mr
**Subject:** DABT39-00-C-4032 Memorandum For Record Meeting 17 November 2004
**Signed By:** annette.arkeketarendon@us.army.mil
**Importance:** High

Attendees: Annette Arkeketa-Rendon, Contracting Officer
Patricia (Vicki) Highsmith, Contract Specialist
Peter Webb, DPW
Pat Hicks, DPW
Toni L. Pickens, DPW

The subject meeting was held to address the following issues regarding the current Custodial Contract:

1. Reviewing subject contract files with Pete Webb DPW Engineering Division customer, Pat Hicks DPW PR Web customer, and Toni Pickens DPW Budget. We discussed mod files that Mr. Webb held and it was found that he had all mods issued for this contract.

2. We discussed the process for customer requests and what DOC requires to process customer requests.

- -PR web generation of the request, which will be initiated by the customer, DPW (Pat Hicks)
- -Independent Government Estimate, which shows the Item, Square Footage, Bldg., New Clin if needed, Cost per Unit, and estimated amount for each Clin of the new requirement from DPW Engineering customer. We also decided that GWOT funding requirements would be segregated by a separate Clin to show contingency requirements and to help track GWOT requirement activity.
- -Funds Availability Memorandum, which will be issued by Budget (Toni)

3. Invoice reconciliation. This issue was discussed at length. One issue that will be corrected resulting from this memorandum is verifying the invoice with the contract.
In an Email sent out by Linda Langford to DPW on October 7th, the process she outlines will remain the same. Review by DPW means they will verify invoice requests for payments are correct.
As the Contracting Officer, I expect DPW (Pete Webb) to verify that the square footage, rate of square footage, and the total amounts are correct. This contract does not have a designated COR on file (this was researched after our meeting), however, DPW does conduct the oversight to insure the work is done and the DD250's are signed off by DPW Quality Assurance. Mr. Webb has agreed to verify that the invoice for payment is correct and a DD250 will be issued. The DD250 and a copy of the invoice will be sent to Contract Specialist, Vicki Highsmith, for review and verification that all documents are attached and correct then she will process for payment authorization. A copy of the invoice and DD250 will be kept in our files. A copy will be sent to Shari Greggs to authorize payment by credit card.

If there is a discrepancy found in the invoice document, DPW will notify in writing to the Contracting Officer the discrepancy with supporting evidence, and the Contracting Officer will request a corrected invoice from the Contractor. Or if the Contracting Officer finds a discrepancy, the contractor will be notified.

4. DD250 correction on Block 12 should show payment will be made by: Credit Card/Ft. Sill, OK
To be paid by Government Purchase Card
Ft. Sill, OK

5. Authorization for additional work. A discussion was held regarding workload waiting on the issue of a

EXHIBIT
tabbies
9

modification. After discussing this issue with Linda Langford, I would like to clarify my responsibility regarding this issue. I want to be very clear and specific about workload that is not currently covered on this contract. The Contracting Officer is the only one authorized to request workload from the contractor. This authorization is done by a mod to the existing contract. We discussed situations where workload is not yet on a modification. DPW cannot ask the contractor to continue work. If there is workload not covered on the contract, DPW should make those requests immediately to the Contracting Officer and follow the steps outlined in paragraph number 2 of this memorandum. We realize situations come up when there is an urgent need for services, again, I emphasize, we need to follow step 2 in processing your request. This process protects DPW from engaging in unauthorized/illegal acts to obligate the government.

6. Today, we will be requesting a proposal from the contractor to adjust the rates to include the current DOL Health and Welfare increase changes. We will also revise the square footage requirements that Mr. Webb will provide on the TE1. We will be working on this mod which will reflect current square footage requirements and rates to this contract. Current rates are incorrect and were not generated during the last option mod in PD2. When the new mod P00019 is issued with the Health and Welfare adjustments, the Contract Specialist and KO will verify that the rates are correct to reflect the rate adjustments include the increase in Mod P00014.

We appreciate the customer support from DPW. This meeting was held to bring the contract issues up to date and resolve problems cited. If there are any issues that need clarification, or corrections that need to be made by the meeting attendees, please reply to this Email. If there are no corrections that need to be made, I will conclude that you concur with this MFR.

It was a great opportunity to work these problems out together and to meet each of you. I look forward to our continued efforts to support the troops.

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card