0 • *
0 • *
42314 • 81 +
63271 • 01 +
34242 • 09 +
003
139827 • 91 *

October 20, 2004

Department of The Army
Directorate of Contracting
Fort Sill, OK 73503-0501

Sub: Contract / Adjustment DABT39-00-C-4032
Custodial Services.

Ms. Vicki Highsmith
Directorate of Contracting

Dear Ms. Highsmith,

Based on conversation with Mr. Dryz concerning increase due to population and usage of the attached list of building beginning in the second quarter of 2002. We are submitting our request for price adjustment from that date. Provided as attachment a monthly cost summary for each operational month beginning the last quarter of 2001. This was done to demonstrate the progressive cost increase due to the referenced building.

The Summary is based upon records maintained on site at the Oakloma Office. Mr. Monroe and Ms. Hairston can provide these upon request for clarification. (351-6805).

We submit this with the request to be paid for increased hours and supplies associated with these buildings. If you require any further information Mr. Monroe can provide this locally to expedite our request, or contact me at 256-694-9933 or by fax 256-533-3176.

Thank you for your consideration in an advance.

Sincerely,

Roger Hall
G.M.

EXHIBIT
tabbies
10

Fort Sill Summary / Cost index
From Oct 01 thru Sept 04 (rent 600.00 monthly/utilities 200.00 Total 800.00)
Labor Based on combined Rate and H&W or 9.77 per hour worked.

**Year 2001**

| Month/hours | | Payroll/taxes | Mgmt | Supplies | Total net utilities | + or - |
|---|---|---|---|---|---|---|
| Oct | 1210 | 11,822.+999. | 3687. | 17734. | 17,710.14 | -23.86 |
| Nov | 1228 | 11,998.+1014. | 3687. | 18040. | 17,709.94 | -330.06 |
| Dec | 1357 | 13,258.+1120. | 3687. | 19254. | 17,710.14 | -1543.86 |

**Year 2002**

| Month/hours | | Payroll / taxes / mgmt / supplies/total/rent&uti/ total / | Billed | |
|---|---|---|---|---|
| Jan | 1333 | 13026.+1101+3687.+1402=19216.+800.00=20,016.- | 17710.14= | -2305.86 |
| Feb | 1404 | 13717.+1159+3687.+1603=20166.+800.00=20,966. - | 17714.61= | -3251.39 |
| Mar | 1594 | 15573.+1316.+3687.+1689=22265.+800.00=23,065. - | 17689.06= | -5375.94 |
| Apr | 1331 | 13003.+1099+3687.+2246=20035.+800.00=20,835. - | 17674.12= | -3160.88 |
| May | 1395 | 13629.+1152+3687.+1808=20276.+800.00=21,076. - | 17674.12= | -3401.88 |
| June | 1368 | 13373.+1130+3687+1793=19983.+800.00=20,783. - | 17998.08= | -2784.92 |
| July | 1350 | 13192+1115+3687+2172=20166.+800.00=20,966. - | 17803.27= | -3162.73 |
| Aug | 1571 | 15349.+1297+3687+1995=22328+800.00=23,128. - | 18364.46= | -4763.54 |
| Sept | 1449 | 14156.+1196+3687.+2570=21549+800.00=22,349. - | 19156.84= | -3192.16 |
| Oct | 1541 | 15056.+1272+3687.+1989=22004.+800.00=22,804. - | 19156.84= | -3647.16 |
| Nov | 1547 | 15114.+1277+3687.+1950=22028+800.00=22,828. - | 19156.84= | -3671.16 |
| Dec | 1495 | 14606.+1234+3687.+2589=22036.+800.00=22,836. - | 19238.81= | -3597.19 |

**Total Loses - 2002 ( - 42,314.81)**

Does not include petty cash or
vehicle cost / fuel etc.

**YEAR 2003**

| Month/Hours | | Payroll / taxes / mgmt / supplies/total/ rent&uti/total/ Billed | |
|---|---|---|---|
| Jan | 1714 | 16746.+1416+3687.+2191=24040+800.00=24,840- 19347.92 | -5492.08 |
| Feb | 1454 | 14206.+1200+3687+2422=21515+800.00=22,315.- 19347.92 | -2967.08 |
| Mar | 1540 | 15046.+1271+3687.+3312=23316+800.00=24,116.- 19387.30 | -4728.70 |
| Apr | 1576 | 15397.+1301+3687.+2652=23037+800.00=23,837.- 19258.50 | -4578.50 |
| May | 1638 | 16003.+1352+3687.+2821=23863+800.00=24,663- 19345.00 | -5318.00 |
| June | 1660 | 16218.+1370+3687+3359=24634.+800.00=25,434- 19455.59 | -5978.41 |
| July | 1628 | 15906.+1344+3687+2739=23676.+800.00=24,476.- 20052.11 | -4423.89 |
| Aug | 1585 | 15485.+1308.+3687+2748=23228+800.00=24,028.-20,052.11 | -3975.89 |
| Sept | 1666 | 16276.+1375+3687+3210=24548+800.00=25,348.-9,545.81 | -15802.19 |
| Oct | 1704 | 16648.+1406+3687+2476=24217.+800.00=25,017.-21,020.82 | -3996.18 |
| Nov | 1528 | 14929.+1261+3687+2722=22599.+800.00=23,399.-21,020.82 | -2378.18 |
| Dec | 1639 | 16013.+1353+3687+2827=23880.+800.00=24,680.-21,048.09 | -3631.91 |

**Total Loss 2003=(-63,271.01)**

**Year 2004**

| | | | |
|---|---|---|---|
| Jan | 1637 | 15993.+1351+3687+2024=23055.+800.00=23,855.-21013.39 | -2841.61 |
| Feb | 1624 | 15866.+1340+3687+2815=23708.+800.00=24,508.-21,013.39 | -3494.61 |
| Mar | 1657 | 16189.+1368+3687+3395=24639+800.00=25,439.-21,013.39 | -4425.61 |
| Apr | 1663 | 16248.+1373+3687+3961=25269.+800.00=26,069.-21,013.39 | -5055.61 |
| May | 1539 | 15036.+1271+3687+2857=22851.+800.00=23,651.-21,013.39 | -2637.61 |
| June | 1566 | 15300.+1293+3687+3472=23752.+800.00=24,552.-21,013.39 | -3538.61 |
| July | 1625 | 15876.+1342+3687+3605=24510.+800.00=25,310.-21,013.39 | -4296.61 |
| Aug | 1578 | 15417.+1303+3687+3882=24289.+800.00=25,089.-21,013.39 | -4075.61 |
| Sept | 1652 | 16140.+1364+3687+2970=24161.+800.00=24,961.-21,084.79 | -3876.21 |

**Total Loss 2004=(-34,242.09)**

Supply Increased since buildings used more supplies / due to personnel increase

| | |
|---|---|
| # 455 | # 3040 |
| # 700 North & South | # 3161 |
| # 1005 | # 3162 |
| # 1651 | # 3164 |
| # 2769 | # 3166 |
| # 2770 | # 4121 |
| # 2771 | # 4915 |
| # 2868 | # 4922 |
| # 2869 | # 4700 |
| # 2872 | # 5030 |
| # 2873 | |

Reasons:

A - Weekend Training
B - Daily Heavy Workload
C - End of the Physical Year Workload

Case:

| | |
|---|---|
| Toilet Paper increase weekly from | 5 - 6 3/4 |
| Multifold Towels increase weekly from | 4 - 5 1/2 |
| Singlefold Towels increase weekly from | 5 - 7 |
| Roll Towels increase weekly from | 3 - 4 |
| Trash liner Lg. increase weekly from | 2 - 2 1/2 |
| Trash liner Med. increase weekly from | 2 - 2 3/4 |
| Trash liner Sm. increase weekly from | 2 - 2 1/2 |

Supplies continue to increase see chart!