CUSTODIAL SERVICES, F : SILL, OK

**SOLICITATION, OFFER AND AWARD**

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE 1 OF PAGES 117

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| DABT39-95-C-4021 | DABT39-95-B-0026 | [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 05/19/95 | W44DQ7-5060-N192 |

7. ISSUED BY CODE csd
DIRECTORATE OF CONTRACTING
CONTRACT SPT DIV, ATZR-QD
P.O. BOX 33189 BLDG 1950
FORT SILL OK 73503-0189

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 3 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in DOC, Bldg 1950, Fort Sill, OK until 1:00 PM (Hour) local time 06/19/95 (Date)

CAUTION – LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME Ramon Rodriguez a25 B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (405) 442-4315

## 11. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I – THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 24 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 12 | | | PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| x | C | DESCRIPTION/SPECS./WORK STATEMENT | 32 | X | J | LIST OF ATTACHMENTS | 1 |
| x | D | PACKAGING AND MARKING | 1 | | | PART IV – REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 19 |
| | F | DELIVERIES OR PERFORMANCE | 1 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | 1 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 13 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 11 | X | M | EVALUATION FACTORS FOR AWARD | 1 |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calender days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | 0001 | 5-19-95 | | |

15A. NAME AND ADDRESS OF OFFEROR CODE FACILITY
DEEP CLEAN INDUSTRIES, INC. 73156
1528 Linwood; P.O. Box 20893; Oklahoma City, OK
CAGE:0CPL5 CEC: 05961-5898

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
MICHAEL A. WORKU, PRESIDENT

15B. TELEPHONE NO. (Include area code) (405)239-2282

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE. [X]

17. SIGNATURE XMichael A. Worku

18. OFFER DATE 6/14/95

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED Items 0001AA THRU 0001AG

20. AMOUNT ESTIMATED $243,578.77

21. ACCOUNTING AND APPROPRIATION SUBJECT TO THE AVAILABILITY OF FUNDS

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304 (c) ( ) [ ] 41 U.S.C. 253 (c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ITEM G.1

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE
DFAS, ATTN: DFAS-IN/EM-TJA (A/P)
PO Box 33328, Fort Sill, OK 73503-0328

26. NAME OF CONTRACTING OFFICER (Type or Print)
SHAREL S. McADOO

27. UNITED STATES OF AMERICA
Sharel S. McAdoo
(Signature of Contracting Officer)

28. AWARD DATE 07JUL95

EXHIBIT 11

IMPORTANT – Award will be made on this Form, or on [...]d official written notice.

NSN 7540-01-152-8064
PREVIOUS EDITION NOT USABLE
33-132
STANDARD FORM 33 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(c)

SECTION B
SUPPLIES OR SERVICES AND PRICES/COST

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 3 (TE 3).

0001. BASE PERIOD: 1 October 1995 through 30 September 1996.

0001AA. SCHEDULE ONE. Routine Work: Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 556,657 | | $ .0327 | = | $18,202.69 | x | 12 Mo. | = | $ 218,432.28 |

0001AB SCHEDULE TWO. Toilet/Shower Rooms. Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 31,809 | | $ .024 | = | $763.41 | x | 12 Mo. | = | $ 9,160.92 |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

SCHEDULE THREE. Project Work: The following services are shown in the Task and Frequency Chart under Project Work and shall be performed on an as order basis (see Paragraph C.1.25.2). The Contractor will receive a list of buildings/areas from the Contracting Officer at the beginning of the month stating which services are required by square feet or pieces.

| | | ESTIMATED AREA | UNIT | UNIT PRICE | ESTIMATED TOTAL PRICE |
|---|---|---|---|---|---|
| 0001AC. | Strip and Rewax Floors | 260,870 | sq. ft. | $ .035 | $9,130.45 |
| 0001AD. | Shampoo Carpet/Rugs | 230,000 | sq. ft. | $ .028 | $6,440.00 |
| 0001AE. | Dust Venetian Blinds | 2,884 | sq. ft. | $ .03 | $ 86.52 |
| 1AF. | High Dusting | 7,430 | sq. ft. | $ .02 | $ 148.60 |
| 0001AG. | Clean Upholstered Furniture | 80 | each | $ 2.25 | $ 180.00 |
| | TOTAL ESTIMATED AMOUNT, ITEMS 0001AA THROUGH 0001AG | | | | $243,578.77 |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 3 (TE 3).

0002. OPTION PERIOD ONE: 1 October 1996 through 30 September 1997.

0002AA. SCHEDULE ONE. Routine Work: Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 556,657 | | $ .0327 | = | $ 18,202.69 | x | 12 Mo. | = | $ 218,432.28 |

0002AB SCHEDULE TWO. Toilet/Shower Rooms. Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 31,809 | | $ .024 | = | $ 763.41 | x | 12 Mo. | = | $ 9,160.92 |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

SCHEDULE THREE. Project Work: The following services are shown in the Task and Frequency Chart under Project Work and shall be performed on an as order basis (see Paragraph C.1.25.2). The Contractor will receive a list of buildings/areas from the Contracting Officer at the beginning of the month stating which services are required by square feet or pieces.

| | | ESTIMATED AREA | UNIT | UNIT PRICE | ESTIMATED TOTAL PRICE |
|---|---|---|---|---|---|
| 0002AC. | Strip and Rewax Floors | 260,870 | sq. ft. | $ .035 | $ 9,130.45 |
| 0002AD. | Shampoo Carpet/Rugs | 230,000 | sq. ft. | $ .028 | $ 6,440.00 |
| 0002AE. | Dust Venetian Blinds | 2,884 | sq. ft. | $ .03 | $ 86.52 |
| 2AF. | High Dusting | 7,430 | sq. ft. | $ .02 | $ 148.60 |
| 0002AG. | Clean Upholstered Furniture | 80 | each | $ 2.25 | $ 180.00 |
| | TOTAL ESTIMATED AMOUNT, ITEMS 0002AA THROUGH 0002AG | | | | $ 243,578.77 |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 3 (TE 3).

0003. OPTION PERIOD TWO: 1 October 1997 through 30 September 1998.

0003AA. SCHEDULE ONE. Routine Work: Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 556,657 | | $ .0327 | = | $18,202.69 | x | 12 Mo. | = | $ 218,432.28 |

0003AB SCHEDULE TWO. Toilet/Shower Rooms. Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 31,809 | | $ .024 | = | $ 763.41 | x | 12 Mo. | = | $9,160.92 |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

SCHEDULE THREE. Project Work: The following services are shown in the Task and Frequency Chart under Project Work and shall be performed on an as order basis (see Paragraph C.1.25.2). The Contractor will receive a list of buildings/areas from the Contracting Officer at the beginning of the month stating which services are required by square feet or pieces.

| ITEM NO. | SUPPLIES/SERVICES | ESTIMATED AREA | UNIT | UNIT PRICE | ESTIMATED TOTAL PRICE |
|---|---|---|---|---|---|
| 0003AC. | Strip and Rewax Floors | 260,870 | sq. ft. | $ .035 | $ 9,130.45 |
| 0003AD. | Shampoo Carpet/Rugs | 230,000 | sq. ft. | $ .028 | $ 6,440.00 |
| 0003AE. | Dust Venetian Blinds | 2,884 | sq. ft. | $ .03 | $ 86.52 |
| 0003AF. | High Dusting | 7,430 | sq. ft. | $ .02 | $ 148.60 |
| 0003AG. | Clean Upholstered Furniture | 80 | each | $2.25 | $ 180.00 |
| | TOTAL ESTIMATED AMOUNT, ITEMS 0003AA THROUGH 0003AG | | | | $243,578.77 |

SECTION B (Cont'd)

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| | NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 3 (TE 3). |
| 0004. | OPTION PERIOD THREE: 1 October 1998 through 30 September 1999. |
| 0004AA. | SCHEDULE ONE. Routine Work: Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3). |

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 556,657 | | $ .0327 | = | $ 18,202.69 | x | 12 Mo. | = | $ 218,432.28 |

| | |
|---|---|
| 0004AB | SCHEDULE TWO. Toilet/Shower Rooms. Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3). |

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 31,809 | | $ .024 | = | $ 763.41 | x | 12 Mo. | = | $ 9,160.92 |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

SCHEDULE THREE. Project Work: The following services are shown in the Task and Frequency Chart under Project Work and shall be performed on an as order basis (see Paragraph C.1.25.2). The Contractor will receive a list of buildings/areas from the Contracting Officer at the beginning of the month stating which services are required by square feet or pieces.

| | | ESTIMATED AREA | UNIT | UNIT PRICE | ESTIMATED TOTAL PRICE |
|---|---|---|---|---|---|
| 0004AC. | Strip and Rewax Floors | 260,870 | sq. ft. | $ .035 | $ 9,130.45 |
| 0004AD. | Shampoo Carpet/Rugs | 230,000 | sq. ft. | $ .028 | $ 6,440.00 |
| 0004AE. | Dust Venetian Blinds | 2,884 | sq. ft. | $ .03 | $ 86.52 |
| 0004AF. | High Dusting | 7,430 | sq. ft. | $ .02 | $ 148.60 |
| 0004AG. | Clean Upholstered Furniture | 80 | each | $2.25 | $ 180.00 |
| | TOTAL ESTIMATED AMOUNT, ITEMS 0004AA THROUGH 0004AG | | | | $ 243,578.7[illegible] |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 3 (TE 3).

0005. OPTION PERIOD FOUR: 1 October 1999 through 30 September 2000.

0005AA. SCHEDULE ONE. Routine Work: Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 556,657 | | $ .0327 | = | $ 18,202.69 | x | 12 Mo. | = | $ 218,432.28 |

0005AB SCHEDULE TWO. Toilet/Shower Rooms. Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 3).

| Bldg No. | Estimated Square Ft | x | Price per Sq Ft | = | Cost Per Mo | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 3 | 31,809 | | $ .024 | = | $ 763.41 | x | 12 Mo. | = | $ 9,160.92 |

SECTION B (Cont'd)

ITEM NO. SUPPLIES/SERVICES

SCHEDULE THREE. Project Work: The following services are shown in the Task and Frequency Chart under Project Work and shall be performed on an as order basis (see Paragraph C.1.25.2). The Contractor will receive a list of buildings/areas from the Contracting Officer at the beginning of the month stating which services are required by square feet or pieces.

| ITEM NO. | SUPPLIES/SERVICES | ESTIMATED AREA | UNIT | UNIT PRICE | ESTIMATED TOTAL PRICE |
|---|---|---|---|---|---|
| 0005AC. | Strip and Rewax Floors | 260,870 | sq. ft. | $ .035 | $ 9,130.45 |
| 0005AD. | Shampoo Carpet/Rugs | 230,000 | sq. ft. | $ .028 | $ 6,440.00 |
| 0005AE. | Dust Venetian Blinds | 2,884 | sq. ft. | $ .03 | $ 86.52 |
| 0005AF. | High Dusting | 7,430 | sq. ft. | $ .02 | $ 148.60 |
| 0005AG. | Clean Upholstered Furniture | 80 | each | $ 2.25 | $ 180.00 |
| | TOTAL ESTIMATED AMOUNT, ITEMS 0005AA THROUGH 0005AG | | | | $ 243,578.77 |

TOTAL ESTIMATED AMOUNT, FOR ITEMS 0001AA THROUGH 0005AG, (BASE PERIOD, OPTION PERIOD ONE, OPTION PERIOD TWO, OPTION PERIOD THREE, AND OPTION PERIOD FOUR) $ 1,217,893.85

SECTION B (Cont'd)

BID SCHEDULE NOTES:

1. Offerors shall submit prices for all bid items. Offerors shall complete "Price Per Sq. Ft.", "Cost Per Mo.", and "Cost Per Year" for Bid Items 0001AA and 0001AB, 0002AA and 0002AB, 0003AA and 0003AB, 0004AA and 0004AB, and 0005AA and 0005AB. Offerors shall complete "Unit Price" and "Total Price" for Bid Items 0001AC through 0001AG, 0002AC through 0002AG, 0003AC through 0003AG, 0004AC through 0004AG, and 0005AC through 0005AG.

2. Measurement. The square foot floor area listed in Section B has been computed from physical measurement of areas to be cleaned. The Drawings (Floor Plans), Technical Exhibit 7, show the location of these areas. Drawings have been reduced in scale and the measurements therein are not accurate. Shaded areas as shown on the drawings shall not be cleaned. The Task and Frequency Chart, Technical Exhibit 3, shows a consolidated schedule of buildings per bid item.

3. Notification of Changes. The Government reserves the right to add or delete buildings or portions of buildings, change of days of service, change routine cleaning time of buildings, and specify cleaning times in other buildings as required to meet customer schedule, during the contract period at no additional increase in the square foot price. The Contractor will be given, as a minimum, 24 hours notice of any change. Additions or deletions of buildings or portions of buildings shall be made by the Contractor upon notification from the Contracting Officer. These changes will be confirmed by a modification to the contract at the end of each month.

4. Additions or Deletions of Buildings. At any time during the life of this contract, the Contracting Officer will, at his discretion, issue change orders to the contract for additions or deletions of buildings or portions of buildings from one pay item to another. The additions or deletions will be made at the contract unit price per square foot per bid item.

5. Adjustments. If buildings (or areas of buildings) are added during the month and serviced for less than a month, a payment will be calculated on the following basis:

$$\frac{\text{Days Services} \times \text{Square Feet of Serviced Area} \times \text{Unit Price}}{\text{Number of Work Days for Pay Item During Month}} = \text{Payment Due}$$

All buildings or areas added shall be calculated as above, and the sum of all monetary amounts added to the base payment. If buildings (or area of buildings) to be serviced are deducted during the month, deductions to the base payment will be calculated as follows:

SECTION B (Cont'd)

$$\frac{\text{Days Removed from Service x Square Feet of Serviced Area x Unit Price}}{\text{Number of work Days for Pay Item During Month}} = \text{Amount}$$

All buildings or areas to be deducted will be calculated as above, and the sum of all monetary amounts deducted from the base payment.

SECTION C
DESCRIPTION, SPECIFICATIONS AND WORK STATEMENT

C.1 GENERAL:

C.1.1 Scope of Work. The Contractor shall provide labor, management, supervision, personnel, tools, chemicals, equipment, materials, and supplies, except as specified in Section "C3" as Government furnished, required to perform custodial services at Fort Sill, Oklahoma. The work shall be conducted in accordance with the terms and conditions of this contract. The Contractor shall perform work that meets or exceeds the standards and rates of tolerance specified or included in applicable referenced documents or directives.

C.1.1.1 The Contractor shall perform related administrative services necessary to perform this contract. Examples are: quality control; maintenance of accurate and complete records and files; maintenance of regulations, technical manuals, and other publications listed in Section C.6.

C.1.1.2 Area of Responsibility. Work is to be performed at Fort Sill, Oklahoma. Facilities to be serviced consist of major headquarters, admin areas, libraries and latrines.

C.1.2 Background Information. Fort Sill, Oklahoma is the U.S. Army Field Artillery Center, located in the southwestern part of the state. The Center provides training for all branches of the Armed Forces and allies and is of high visibility.

C.1.3 Hours of Operation. Normal hours for operations shall be Monday thru Friday from 7:00 a.m. to 4:00 p.m. for day cleaning and 4:00 p.m. to 6:00 a.m. for night cleaning, excluding legal public holidays, as set forth in Title 5, United States Code (USC) 6103 (a).

C.1.3.1 Legal Public Holidays.

New Year's Day, 1 January
Martin Luther King Jr.'s Birthday, third Monday in January
President' Day, third Monday in February
Memorial Day, last Monday in May
Independence Day, 4 July
Labor Day, first Monday in September
Columbus Day, second Monday in October
Veterans Day, 11 November
Thanksgiving Day, fourth Thursday in November
Christmas Day, 25 December

C.1.4 Installation Closures. When an unforeseen installation closure occurs on a regularly scheduled day of work, the Government

will have the following options:

C.1.4.1 Reschedule the work to be performed the following workday, unless the following day is a Saturday, Sunday, or legal public holiday and routine work is not scheduled for Saturday, Sunday, or holiday.

C.1.4.2 Reschedule the work on any day as determined by the Contracting Officer.

C.1.4.3 The Contracting Officer will negotiate with the Contractor to determine those positions that are essential and work that must be performed during installation closures.

C.1.4.4 For those daily tasks that are not rescheduled, the Government will deduct the payment for the service not rescheduled.

C.1.5 Personnel. The Contractor shall provide the names, addresses, and telephone numbers of the Project Manager and Alternate to the Contracting Officer 10 calendar days prior to contract start date. The Contractor shall provide notice, in writing, to the Contracting Officer 24 hours in advance of any change of Project Manager or Alternate. The Project Manager and Alternate shall be able to understand, speak, read, and write the English language.

C.1.5.1 Project Manager. The Contractor shall provide an on-site Project Manager or a designated representative to be physically present during the normal hours of operation to act with full authority for the Contractor. This individual shall be responsible for the supervision, overall administration, and coordination of the required services. The Project Manager shall be the point of contact with the Government and have the authority to act or make decisions for the Contractor.

C.1.5.2 Alternate. An alternate shall be designated to act for the Project Manager when work is being performed at hours other than as listed above or during absences of the Project Manager, such as illness and vacation.

C.1.5.3 Response Time. The Project Manager or Alternate shall return calls from the Contracting Officer within 30 minutes during normal working hours (7:00 a.m. to 4:00 p.m.). During nonworking hours (after 4:00 p.m. and on weekends and holidays), the Project Manager or Alternate shall return all calls from the Contracting Officer within 2 hours.

C.1.5.4 Other Personnel. Contractor shall provide personnel that are legal residents of the United States to accomplish work

and service specified in this contract.

C.1.5.4.1 No alien shall be employed who does not have a valid U.S. Immigration Alien Registration Card (Form I-551, Registration Receipt) or can otherwise demonstrate lawful presence in this country.

C.1.5.4.2 Contract employees that come into contact with personnel being served shall be able to speak, read, write and understand the English language.

C.1.5.4.3 Employment of off duty military personnel or Government civilian personnel is permissible provided such employment is in accordance with the policies set forth in DOD Joint Ethics Regulation 5500.7-R.

C.1.5.5 Qualifications. The Contractor shall provide personnel who are trained to perform required services as specified in this contract.

C.1.6 Identification Badges. Contractor personnel shall wear Contractor furnished name badges while performing tasks specified in this contract. Badges shall contain, as a minimum, the employee's last name and the Contractor's trade name. In addition, identification badges for the Project Manager and Alternate shall indicate their job title(s). Badges shall be worn on outer clothing centered on left chest. Badges shall be made of a nonmetallic material to prevent electrical shock.

C.1.7 Security. The Contractor shall safeguard classified supplies, material, and documents in accordance with DOD 5220.22M, AR 380-5, and USAFACFS Supplement to AR 380-5.

C.1.7.1 Contractor personnel shall not enter any Restricted or Sensitive Area without escort by an appropriately cleared Government employee. To gain access to facilities where no representative is on hand to permit entry, the Contractor shall contact the Contracting Officer.

C.1.7.2 The Contractor shall conduct an initial and an annual security briefing for all employees.

C.1.7.3 Contractor personnel who discover classified material in the course of their duties shall bring the material under positive control and report it immediately to their supervisor. The supervisor shall report the discovery immediately to the Contracting Officer.

SECTION C (CONT'D)

C.1.8 Conflict of Interest. The Contractor shall not employ any person whose employment will violate the requirements of DOD Joint Ethics Regulation 5500.7-R.

C.1.9 Conduct of Personnel. The Contractor shall be responsible for the performance and conduct of Contractor employees at all times while performing under this contract. Contractor employees may be denied entry to the installation by the military police if it is determined that such entry may be contrary to good order, discipline or the security of the installation. In accordance with Army Regulation (AR) 210-10 and 18 United States Code (US) 1382, the Installation Commander has the authority to bar individuals from the installation. Contractor employees barred or denied entry onto the installation shall not relieve the Contractor of its responsibilities to perform IAW the terms and conditions of the contract.

C.1.9.1 The Contractor shall not allow the use of alcoholic beverages or illegal drugs by Contractor personnel on duty or while in any government-furnished facility. The Contractor shall, upon discovery, remove from duty, any employee performing contractual services on the installation found to be under the influence of alcohol, drugs,or other incapacitating agents.

C.1.9.2 Contractor employees engaged in the performance of duty shall not carry firearms or other lethal weapons IAW USAFACFS Supplement 1 to AR 190-1.

C.1.10 Search and Seizure. Contractor personnel and property shall be subject to search and seizure upon entering, while on, and leaving the installation of Fort Sill, Oklahoma confines in accordance with Paragraph 2.2, AR 190-22.

C.1.11 Facilities Access. The Contractor shall notify the Contracting Officer within 30 minutes of any inspection visit by an agent or agents of any regulatory agency (other than Occupational, Safety, and Health Administration (OSHA)). The Contracting Officer will issue instructions as to how to proceed in cooperating with inspector(s). The Contractor shall submit a written report to the Contracting Officer by close of business of the next working day following completion of the inspection or visit, to include the name(s), identification number(s), agency of the inspector(s), and the reason for the visit. The Contractor shall include a copy of reports received. If samples are collected by the regulatory agency, the Contractor shall submit similar samples with the report to the Contracting Officer. The samples submitted by the Contractor shall be accompanied by a statement signed by the Contractor validating their authenticity.

SECTION C (CONT'D)

C.1.12 <u>Emergency Medical Service (Reference: AR 40-3, Medical, Dental and Veterinary Care)</u>. Medical services for Contractor personnel are the responsibility of the Contractor. However, the Government will provide, on an emergency basis, medical services for on-the-job injuries while an employee is performing under this contract. The Contractor shall reimburse the Government for emergency medical services received upon receipt of invoice from the medical facility. Medical facilities on Fort Sill are located in Building 4300.

C.1.12.1 The Government may conduct occupational and industrial hygienic surveys, evaluations, and inventories. The Contracting Officer will notify the Contractor of any recommendations or evaluations which reveal real or potential health hazards that require protective measures to be implemented. Contractor employees shall be instructed by the Contractor to notify the Contractor of any potential health hazards that require attention.

C.1.13 <u>Vehicle Registration</u>. The Contractor shall obtain vehicle registration for Contractor-owned vehicles and shall require Contractor personnel to obtain vehicle registration for privately-owned vehicles at the Law Enforcement Command, Vehicle Registration Section, Building 1670. Vehicles shall be registered within five working days after contract start date, or within 2 working days when a new employee is hired after the contract start date. The Contractor shall contact the Vehicle Registration Section to cancel registrations within two working days when an employee is no longer in the service of the Contractor and two working days prior to the completion or termination of the contract.

C.1.14 <u>Lost, Damaged, or Destroyed Property</u>. The Contractor shall comply with reporting provisions of AR 735-5, Chapter 3, when the Government-furnished property is lost, damaged, or destroyed while in the possession of the Contractor. The Contracting Officer will determine the appointing and approving authority for Reports of Survey initiated by the Contractor. Adjustment documents initiated by the Contractor shall be forwarded to the Contracting Officer within five working days.

C.1.15 <u>Deliverables</u>. The Contractor shall prepare and submit reports and other data incidental to the performance of service as specified in TE 2.

C.1.16 <u>Accident Reporting</u>. The Contractor shall comply with OSHA and USAFACFS Regulation 385-10-1 for record keeping and reporting of accidents resulting in death, trauma, occupational disease, or environmental insult. The Contractor shall provide a

verbal report to the Contracting Officer within 4 hours of occurrence and a written follow up report within 3 working days of occurrence whenever an accident involving Contractor personnel occurs.

C.1.17 Release of Information. The Contractor shall not release any news (including photographs and films, public announcements, or denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program without the prior written approval of the Contracting Officer.

C.1.18 Communications Services. The Government will provide the telephone services listed at C.3.3, Government-furnished item. The Contractor shall utilize the Government communications for official Government business only.

C.1.19 Management Plan. The Contractor shall submit a Management Plan to the Contracting Officer, for review and approval, 15 calendar days prior to contract start date. Subsequent changes to the Management Plan shall be submitted to the Contracting Officer for review and approval within three work days prior to the change. The Management Plan shall reflect an understanding of tasks specified in this contract and describe an approach to satisfy these requirements. The Plan shall be implemented on contract start date. Any revision to the Management Plan, after contract award, shall have the approval of the Contracting Officer. As a minimum, the Plan shall include:

C.1.19.1 Quality Control (QC) Program: The Contractor shall establish and maintain a Quality Control Plan to assure the requirements of the contract are provided as specified. The Program shall include the following:

C.1.19.1.1 An inspection system covering the services to be performed as specified in this contract. The system shall specify areas to be inspected on either a scheduled or unscheduled basis, how often inspection will be accomplished, and the job title of the individuals who will perform the inspection.

C.1.19.1.2 A method for identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable.

C.1.19.1.3 Maintenance of a file of inspections conducted by the Contractor and the corrective action taken. The Contractor shall maintain a file of inspections or tests conducted, to include any corrective actions taken. The file shall be retained by the Contractor and made available to the Contracting Officer as required. This file shall be subject to Government review any time

during performance of the contract. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract.

C.1.19.2 Energy Conservation Plan. The Contractor's Plan shall require the conservation of utility and energy usage as prescribed in AR 11-27 and Fort Sill Supplement 1 to AR 11-27. The Contractor shall be subject to unannounced energy conservation inspections by the Government. The Contractor will require Contractor personnel to be aware of energy conservation measures and procedures, and to comply with requirements.

C.1.19.3 Physical Security Plan. The Contractor shall establish and maintain a Physical Security and Crime Prevention Plan to prevent unauthorized access, vandalism, pilferage, larceny, sabotage, and fire, and to provide internal safeguards for the security of Government-furnished property. The Contractor shall adhere to the provisions of the physical security and crime prevention regulations designated as Mandatory (M) in paragraph C.6. The Contractor shall be subject to unannounced physical security and crime prevention inspections by the Government.

C.1.19.4 Fire Prevention and Protection Plan. The Contractor shall establish and implement a Fire Prevention and Protection Plan in accordance with AR 420-90 and USAFACFS Regulation 420-90. The Contractor will be provided advice from the installation Fire Chief in establishing a Fire Prevention Program upon request to the Contracting Officer. The Contractor shall be subject to fire inspections by the Government.

C.1.19.5 Environmental Protection Program Plan. The Contractor shall establish and implement an Environmental Protection Plan, 30 calendar days prior to contract start date and within 5 workdays after any changes. This plan shall comply with AR 40-5, AR 200-1, USAFACFS Supplements to AR 40-5 and 200-1, and Federal and State Environmental Regulations. The Contractor shall be subject to inspections by the Government.

C.1.19.6 Occupational Safety and Health Plan. The Contractor shall establish and implement an Occupational Safety and Health Plan 30 calendar days prior to the contract start date and within 5 workdays after any changes. The Contractor's plan shall comply with the provisions in AR 385-10, Army Safety Program, and TRADOC and USAFACFS Supplements 385-10-1, which define and implement the Department of Defense (DOD) Occupational Safety and Health Program as well as Occupational Safety and Health Administration (OSHA) Act, Part 1960.

SECTION C (CONT'D)

C.1.20 Key Control. The Contractor shall appoint in writing, a Key Custodian and shall provide a copy of the appointment letter to the Contracting Officer not later than 15 calendar days prior to contract start date and within 24 hours of any change. The Key Custodian shall be responsible for issuing, controlling, safeguarding, and accounting for keys IAW AR 190-51 and USAFACFS Regulation 190-1. The Contractor shall:

C.1.20.1 Prohibit duplication of keys by anyone other than the Government. The Contractor shall also prohibit the use of Government issued keys by a person other than authorized Contractor employees.

C.1.20.2 Reimburse the Government for replacement of locks and rekeying that is required as a result of the Contractor or Contractor personnel losing keys. If a key is lost or duplicated, locks and keys for that system shall be replaced by the Contractor.

C.1.20.3 Report any occurrence of lost or stolen keys telephonically to the Contracting Officer within 30 minutes of the discovery of loss. The Contractor shall provide the Contracting Officer a written report by close of business the next day, providing all details of lost or stolen key occurrence.

C.1.20.4 The Contractor shall conduct a quarterly inventory of locks and keys and shall maintain a record reflecting the date inventory was conducted and results of inventory. Records shall be made available to the Contracting Officer upon request.

C.1.20.5 Upon completion or termination of this contract, the Contractor shall tag the keys by building number and return keys to Contracting Officer.

C.1.20.6 Contractor personnel shall secure buildings before leaving by locking doors and windows or make positive determination that building officials are present and notified of their departure.

C.1.21 Phase-In Period. The first 30 calendar days of Contractor performance will constitute the phase-in period. Although the Contractor is responsible for fulfilling contractual requirements during this period, the Government recognizes that performance may be below the acceptable quality level (AQL) required during sustained Contractor operations. For this reason, the Government will be evaluating performance in accordance with the relaxed AQL specified in the Performance Requirements Summary for the phase-in period. The Contractor shall provide to the Contracting Officer a phase-in plan, in writing, 15 calendar days prior to contract start date.

SECTION C (CONT'D)

C.1.22 Phase-Out Period. Thirty calendar days prior to the completion of the contract, a transition period shall be made available by the Contractor at which time management personnel of the incoming work force may observe operations of the incumbent Contractor.

C.1.23 Performance Evaluation Meeting. The Project Manager shall meet with the Quality Assurance Evaluator and Contracting Officer every two weeks during the first two months of the contract. Meetings will be held as often as necessary thereafter as determined by the Contracting Officer. However, a meeting will be held each time a Contract Discrepancy Report is issued. A mutual effort shall be made by the Contractor and Contracting Officer to resolve problems identified. The written minutes, prepared by the Government representative present at these meetings shall be signed by the Project Manager, Contracting Officer, and Quality Assurance Evaluator. Should the Contractor not concur with the minutes, the Contractor shall state, in writing to the Contracting Officer, within 24 hours, any areas that he/she does not concur.

C.1.24 Smoking Policy. The Contractor shall comply with AR 600-63 and USAFACFS Circular 600-87-1 for controlling smoking in Government buildings and facilities. Contractor employees shall smoke in designated areas only.

C.1.25 Payments and Deductions.

C.1.25.1 Routine Work. Deductions for failure to comply with contract specifications will be as outlined below.

C.1.25.1.1 Failure to comply with timeliness standards for initial performance will result in deductions to contract payments as described in TE 1.

C.1.25.1.2 Failure to comply with timeliness standards for reperformance of work will result in deductions to contract payments as described in TE 1.

C.1.25.1.3 When the Contracting Officer decides that reperformance of work is not in the best interest of the Government, the value of that task will be deducted from contract payment as described in TE-1.

C.1.25.2 Project Work. Payments for project work will not be made until that work has been performed in accordance with contract specifications. If project work has not been started by the scheduled time, the Government reserves the right to cancel all or part of that project work prior to work start resulting in no

payment due to the Contractor.

C.1.26 Access to Facilities.

C.1.26.1 The Contractor will be provided access to facilities as required to accomplish performance under this contract.

C.1.26.2 The Contractor shall not permit any person access to the facilities except those Contractor personnel engaged in the performance of work required in this contract.

C.1.26.3 The Contractor shall provide access to Government-owned, Contractor operated facilities for inspection by any Government Agency or individual authorized access by the Contracting Officer.

C.1.26.4 The Contractor shall be responsible for the security and safeguarding of facilities occupied by Contractor personnel

C.1.27 Lost and Found Property. Upon discovery, the Contractor shall turn in to the Provost Marshal, articles of personal or monetary value found by the Contractor's employees.

C.1.28 Labor Report. The Contractor shall provide a Labor Report to the Contracting Officer on the first regular workday of each month. This report shall contain the total number of employees, full and part-time, the total number of hours each employee has worked, and each employee's hourly wage.

C.1.29 Daily Work Report. The Contractor shall contact the Contracting Officer each workday, Monday through Friday, by telephone, between 7:30 a.m. and 8:00 a.m. with a verbal report of the previous day's work. The report shall include, as a minimum, areas not serviced, building/room number, reason for no service or problems encountered, project work completed and any temporary changes in time schedules.

C.1.30 Contingency Mission, Mobilization and Mobilization Support.

C.1.30.1 Contingency Plans and Procedures. The Government establishes contingency plans and contingency training missions to support mobilization or a national emergency or to augment local Government in the event of national disasters.

C.1.30.1.1 The Contractor shall prepare and submit to the Contracting Officer for review and approval, as specified in Technical Exhibit 2, clear and concise plans to meet any new demands such as increased Contractor-furnished property, extended

work hours, and expansion of the Contractor work force.

C.1.30.1.2 The Contractor shall implement contingency plans, continue normal work, and expand Contractor performance for contingencies such as:

C.1.30.1.2.1 A sudden buildup of military force in preparation for war, police action, international crisis, etc.

C.1.30.1.2.2 A natural disaster which impacts upon either the Government's or Contractor's ability to perform.

C.1.30.1.2.3 Civil disturbances (e.g., riots, mass demonstrations, etc.). **(Also see paragrah H.16 on page H-8).**

C.1.30.1.2.4 Local Government emergencies such as accidents, fire, etc. In all cases, the Contractor shall assume that the Army cannot provide any supplemental support to the Contractor and will continue to need the same level of support under the contract.

C.1.30.1.2.5 Labor strikes which impact upon either the Government's or Contractor's ability to perform.

C.1.30.1.3 The Contractor shall provide in writing to the Contracting Officer on contract start date and within 24 hours after changes occur, a single point of contact within the Contractor's organization for participation in and coordination of contingency and mobilization planning activities. Upon direction of the Contracting Officer and within 2 hours, the Contractor shall provide qualified personnel to accomplish specified requirements for extended periods of time.

C.1.30.2 Changes to the scope of the contract as a result of contingency mission and mobilization support from the Contractor will be effected via the "Changes - Fixed Price ALT II" Clause in Section I of the contract.

C.1.30.2.1 When performance pursuant to the change order causes an increase or decrease in the Contractor's cost of, or the time required for, performance of any portion of the work under this contract, an equitable adjustment will be negotiated:

C.1.30.2.1.1 In the cost or delivery schedule, or both, and

C.1.30.2.1.2 In such other provisions of the contract as may be affected. The contract will be modified in writing accordingly.

SECTION C (CONT'D)

C.2. DEFINITIONS AND ACRONYMS. Definitions of special terms and phrases and acronyms used in connection with this PWS are included in AR 310-25 and AR 310-50, with the addition of the following:

C.2.1 Definitions.

Acceptable Quality Level (AQL): The maximum percent defective that can be considered satisfactory on the average. The allowable leeway or variance from a standard before the Government will reject a specific service. An AQL does not imply that the Contractor may knowingly perform in a defective way. It implies that the Government recognizes that defective performance sometimes happens unintentionally. As long as the defective performance does not exceed the AQL, or other designated acceptance standards, the service will not be rejected by the Government. The Contractor, however, must reperform defective work within the time frame specified.

Administer. That stage of the contracting cycle in which the Contracting Officer ensures that the total contract is being followed, makes necessary changes to the contract, and ensures progress toward contract completion.

Area. A distinct part of section, as of a building, set aside for a specified function.

Building Monitor. Occupant from each building or area within a larger building appointed custodian monitor.

Classified Materials. Information or material that is (1) owned by, produced for or by, or under control of the U.S. Government, (2) determined under EO 12356 or prior orders and AR 380-5 to require protection against unauthorized disclosure, and (3) so designated (AR 380-5, paragraph 1-305).

Clean. As used generally, means removal of dirt or impurities. As used for acceptance of work, means free from dirt or residues, contamination or impurities, unsoiled, unstained, recently laundered, fresh and unused, having no flows or roughness; clear.

Contract Discrepancy Report (CDR). A report that the Contractor must respond to whenever performance is unsatisfactory. The CDR requires the Contractor to explain, in writing, why performance was unsatisfactory; how performance shall be returned to acceptable levels; and how recurrence of the problem shall be prevented in the future.

SECTION C (CONT'D)

Contracting Officer (KO). A person duly appointed with the authority to enter into and administer contracts on behalf of the Government.

Contracting Officer's Representative (COR). An individual designated by the Contracting Officer to perform specific contract administration functions.

Contractor. The Contractor as used herein refers to both the prime Contractor and any subcontractor.

Descale. To remove a thin coating, layer, or encrustation.

Disinfectant. A chemical agent which is used on inanimate surfaces to destroy potentially infectious micro-organisms.

For Official Use Only (FOUO). Information that has not been given a security classification pursuant to the criteria of an executive order, but which may be withheld from the public for one or more reasons cited in DOD 5400.7R.

Fort Sill: For purposes of this contract Fort Sill includes cantonment area, family housing areas, and other areas within the established boundaries of Fort Sill, Oklahoma.

GSA Approved Containers. The GSA establishes and publishes minimum standards, specifications, and supply schedules for containers, vault doors, alarm systems, and associated security devices suitable for storage and protection of classified information (AR 380-5, Chapter 5).

Germicidal Detergent. A chemical product which is formulated with cleaning agents and germicides selected for soil removal and simultaneous disinfection.

Lot. A collection of service outputs from which a sample is to be drawn and inspected to determine conformance with the standard.

Lot Size. The number of service outputs in a lot.

National Agency Check (NAC). A personnel security investigation consisting of a records review of certain national agencies, including at technical fingerprint search of the files of the Federal Bureau of Investigation (FBI) (AR 604-5, paragraph 1-310).

Percent of Sample Found Defective: Determined by dividing the number of defects by the sample size when the reject number has

been equalled or exceeded. The resulting number is used to make an equitable deduction from the contract price for nonperformance by the Contractor.

<u>Performance Indicator</u>: A characteristic of an output of a work process that can be measured.

<u>Performance Value</u>: A composite of a standard and an acceptable quality level which describes the quality of an output of a work process.

<u>Quality</u>: The stage of the contracting cycle in which one determines that the Contractor's work satisfies the requirements of the contract.

<u>Quality Assurance (QA)</u>: Those actions taken by the Government to check goods and services to determine that they meet the requirements of the contract.

<u>Quality Assurance Evaluator (QAE)</u>: A representative of the Contracting Officer who performs surveillance of the Contractor's performance.

<u>Quality Control (QC)</u>: Those actions taken by the Contractor to control the production of goods or services so that they meet the requirements of the contract.

<u>Random Number Table</u>: A table of numbers arranged in a random fashion. A table used to make random samples.

<u>Random Sample</u>: A sampling method whereby each service output in a lot has an equal chance of being selected.

<u>Random Sampling</u>: A method of looking at a few individual items in a lot to determine the quality of that lot against a standard.

<u>Routine Work</u>. A group of cleaning tasks that can be performed in conjunction with each other.

<u>Sample</u>: A sample consists of one or more service outputs drawn from a lot, with outputs being chosen at random. The number of outputs in the sample is the sample size.

<u>Sampling Guide</u>: The part of the Surveillance Plan which contains the information needed to perform a random sample.

<u>Sampling Plan</u>: A plan which indicates the AQL, the number of units from each lot which are to be inspected (sample size) and the

criteria for determining the acceptability of the lot (acceptance and rejection numbers) used to develop the sampling guide.

Service: A job performed to the standard and within the Acceptable Quality Level. The Contractor must do the specific job, meet the standard, and meet the Acceptable Quality Level before one can say that performance has been acceptable and that he/she should be paid.

Shall: This word is used in connection with the Contractor and specifies that the provision is binding.

Surveillance Plan: An organized written document used for quality assurance surveillance. The document contains sampling guides, checklists, and decision tables.

Upholstered Furniture: Fabric covered chairs, couches, and pews.

Will: This word is used to express a declaration of purpose on the part of the Government.

C.2.2 ACRONYMS.

| | |
|---|---|
| AIS | Automated Information Systems |
| AQL | Acceptable Quality Level |
| AR | Army Regulation |
| AT | Asphalt Tile |
| C or CC | Concrete |
| CDR | Contract Discrepancy Report |
| CT | Ceramic Tile |
| DEH | Directorate/Director of Engineering and Housing |
| DOD | Department of Defense |
| DOT | Department of Transportation |
| FAR | Federal Acquisition Regulation |
| FAS | Field Artillery School |

SECTION C (CONT'D)

| | |
|---|---|
| GSA | General Services Administration |
| HPL | High Pressure Laminated Floor Tile |
| IAW | In Accordance With |
| KO | Contracting Officer |
| NLT | No Later Than |
| PRS | Performance Requirements Summary |
| PWS | Performance Work Statement |
| QA | Quality Assurance |
| QAE | Quality Assurance Evaluator |
| QC | Quality Control |
| QT | Quarry Tile |
| SAEDA | Subversion and Espionage Directed Against the U.S. Army and Deliberate Security Violations |
| T | Terrazzo |
| TE | Technical Exhibit |
| TM | Technical Manual |
| TRADOC | United States Army Training and Doctrine Command |
| UL | Underwriters Laboratory |
| USAFACFS | United States Army Field Artillery Center and Fort Sill |
| V | Vinyl |

SECTION C (CONT'D)

C.3 GOVERNMENT-FURNISHED PROPERTY (GFP) AND SERVICES:

C.3.1 Facilities. The Government will furnish Building 2944 which shall be used only in connection with the performance of this contract. In addition, this building contains a mounted key control container adequate for the purpose of securing keys issued to the Contractor by the Government.

C.3.1.1 The Government will provide maintenance and general upkeep for Building 2944 as similar to other areas occupied by the Government. The Contractor shall restore the building to the condition in which received, fair wear and tear excepted, at the time of contract completion or termination except as otherwise approved in writing by the Contracting Officer. The Government reserves the right to reassign facilities as required.

C.3.1.2 The Contractor and the Contractor's employees shall comply with applicable installation command policies regarding the use of such building space. The Contractor shall not make any alterations to the space except with written permission of the Contracting Officer.

C.3.1.3 Local building storage areas (janitorial closets) may be provided by the occupants of buildings receiving custodial services. The Contractor shall coordinate with the building monitor for the availability and use of such space. Areas that are assigned to the Contractor shall be maintained using the same cleanliness standards as the rest of the building.

C.3.2 Utilities. The Government will furnish water, electricity, sewage disposal, and natural gas during the performance of this contract. The Contractor shall make no changes to outlets in buildings listed in this contract. The Contractor and his personnel shall not utilize telephones located in buildings receiving service unless prior consent is obtained from the Contracting Officer.

C.3.3 Telephones. The Government will provide existing Class C telephone service (one line) for use during this contract. Class C telephones are those authorized for transaction of official business without access to the commercial telephone system, local or long distance lines. This type of telephone is for on-post use only, except for incoming local calls.

C.3.3.1 When any changes to the telephone services are required, e.g., additional telephone instruments, system modifications, or removal of Government-furnished telephone instruments and telephone distribution systems, the Contractor shall prepare and submit DA Form 3938 (Local Service Request) to

the Contracting Officer for approval. Additions and modifications to the existing system will be made by the Government at Contractor's expense. Contractor personnel shall not relocate Government-furnished telephone equipment or in any way tamper with the telephone distribution systems. The Contractor shall notify the Contracting Officer when maintenance and repair of telephones are required.

C.3.4 It may be necessary for Government-furnished facility to be occupied by the outgoing Custodial Contractor during the phase-in period of the new Contractor. The Contractor's occupation of the building during the phase-in period will be coordinated by the Contracting Officer.

C.3.5 Government-Furnished Publications and Blank Forms. The Contractor shall request, receive, distribute, maintain, and use Government blank forms listed in Section C.6 which are required to accomplish the tasks specified in this contract. The Contractor shall establish and maintain requirements for future needs. Requests for blank forms shall be submitted according to AR 310-2 and TRADOC/USAFACFS Supplements thereto. The Contractor shall maintain a 30 workday supply of blank forms required for the performance of this contract. Upon termination of the contract, unused blank forms shall be returned to the Government.

C.3.6 Reserved

C.3.7 Maintenance and Repair. The Contractor shall initiate DA Form 4283, Facilities Engineering Work Request, for maintenance and repair of Government-furnished facilities in accordance with AR 420-17. Requests for new work or routine maintenance and repair shall be submitted to DPW, Inspection Branch, on DA Form 4283 within 1 workday after maintenance support is required and shall notify the Work Order Section, DPW, of such requirements via telephone or messenger. The Contractor shall notify the Inspection Branch, DPW, within 2 hours, when such requests are made.

SECTION C (CONT'D)

C.4 CONTRACTOR-FURNISHED ITEMS:

C.4.1 General. The Contractor shall furnish materials, tools, chemicals, detergents, floor finishes, sealers, equipment and supplies that conform to the requirements of applicable Federal Specifications listed in this contract. Those not covered by Federal Specifications shall be approved by the Contracting Officer before use. The Contractor shall furnish an adequate supply of cleaning and polishing materials, plastic bags, tools, and any other necessary items at the work site.

C.4.2 Equipment: The Contractor shall furnish materials, supplies, vehicles, and equipment which are not specified herein as Government-furnished and which are necessary to comply with the requirements of this contract. A list shall be submitted to the Contracting Officer no later than 10 calendar days prior to contract start date detailing the equipment to be used in the performance of this contract. Revisions to the list shall be submitted to the Contracting Officer 5 calendar days prior to any changes. Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operated using existing building circuits. Vacuum cleaners shall be heavy duty commercial upright and wet/dry tank type.

C.4.2.1 The Government will not be liable for loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

C.4.3 Materials. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaced, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area specified in this contract. Materials used in the performance of this contract shall be approved by the Contracting Officer.

C.4.3.1 Samples. The Contractor shall submit samples of liquid type materials to the Contracting Officer no later than 15 calendar days prior to contract start date for inspection. Samples shall have identification labels affixed to the container. The Contractor may submit alternate samples. Samples found to be unacceptable by the Contracting Officer shall be replaced by the Contractor. Only Contracting Officer approved materials shall be used.

C.4.4 Tools. The Contractor shall furnish tools necessary to perform the work defined in this contract. As a minimum, the

Contractor shall have the tools listed in TE 5.

C.4.5 Chemicals. The Contractor shall furnish chemicals necessary to perform the work defined in this contract. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. Chemicals used in performance of tasks specified in this contract shall be approved by the Contracting Officer as specified in C.4.3.1. The following types of cleaning chemicals with applicable specifications shall be used by the Contractor:

C.4.5.1 Natural Detergent. Federal Specification P-D-225A, Int Am-1. A synthetic neutral detergent concentrate.

C.4.5.2 Germicidal Detergent. Federal Specification O-D-1277A. A quaternary ammonium germicidal detergent concentrate.

C.4.5.3 Cleaning Compound, Toilet Bowl. Federal Specification P-C-447C. An acid type bowl cleaner.

C.4.5.4 Glass Cleaner. Federal Specification P-G-406D.

C.4.5.5 Polish, Metal. Federal Specification P-P-556D (1). A stainless steel cleaner and polish.

C.4.5.6 Metal-Linked Polymer Floor Finish. Approved brand. A metal-linker polymer floor finish, slip resistant.

C.4.5.7 Floor Finish Remover. Federal Specification P-R-1760. An ammoniated floor finish remover.

C.4.5.8 Solvent Wax. Federal Specification P-W-158E. A slip resistant solvent wax.

C.4.5.9 Water Emulsion Concrete and Terrazzo Seal. Federal Specification P-F-430C.

C.4.5.10 Antistatic Rug Compound.

C.4.5.11 Gum Remover.

C.4.5.12 Cleaning Compound, Rug and Upholstery. Federal Specification P-C-1632B, Int Am-1. Carpet and rug shampoo.

C.4.5.12.1 Water Extraction Method, Dry Foam Method, and Spot Cleaning Solutions. Instructions provided by the manufacturer of the equipment and materials shall be followed during their use.

SECTION C (CONT'D)

C.4.5.13 Spot Remover.

C.4.6 Supplies. The Contractor shall furnish supplies listed at TE 6 as necessary to perform the services in this contract. Samples shall be submitted to the Contracting Officer for approval no later than 10 calendar days prior to contract start date and within 5 working days of a change.

C.4.7 Government Inspections. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

SECTION C (CONT'D)

C.5 SPECIFIC TASKS TO BE PERFORMED:

C.5.1 Custodial Services: The Contractor shall provide custodial services IAW the Task and Frequency Chart listed in TE 3. Floor plans of individual buildings and areas to be serviced are provided at TE 7.

C.5.2 Work Schedule: The Contractor shall furnish a work schedule to the Contracting Officer no later than 15 calendar days prior to contract start date that indicates the building or area, the day, time (within 30 minutes), and date of the prescribed frequency that the work shall be performed. The schedule shall be made in 3 copies on FS Form 638-R by individual buildings and by floors. An example is at TE 4. Upon approval by the Contracting Officer, 1 copy each of the schedule will be furnished to the Contractor and building monitor. Deviations from the work schedule shall be submitted to the Contracting Officer for approval no later than 10 workdays prior to requested change. The Contracting Officer will provide approval in writing to changes in the work schedule.

C.5.3 Routine Work. The Contractor shall perform the tasks at the intervals indicated in TE 3, Task and Frequency Chart. Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective routine work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for the issuance of a CDR to the Contractor.

C.5.3.1 Trash Removal. The Contractor shall remove waste generated between cleaning service to include emptying waste baskets, cigarette butt receptacles, and other trash containers within the area and return each to its initial location. Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of TM's, AR's, and books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest outside trash collection point.

SECTION C (CONT'D)

C.5.3.2 Washing of Trash Receptacles and Containers. The Contractor shall damp wipe the exterior of designer/closed system waste containers and receptacles with a neutral detergent to remove soil. Wet spills in the interior of the containers shall be removed. Containers in rest rooms shall be cleaned with germicidal detergent in lieu of neutral detergent.

C.5.3.3 Floor Maintenance. The Contractor shall perform floor maintenance. Chairs, trash receptacles, and movable items shall be tilted or moved to clean floor underneath. After receiving floor maintenance, the entire floor shall have uniform glossy appearance, free of scuff marks, heel marks, and other stains and discolorations. Floors, unless otherwise stated as having carpet or specified elsewhere as having a floor finish, shall have a uniform coating of nonskid floor finish applied. Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations.

C.5.3.3.1 The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used. Dirt shall be removed and placed in trash containers.

C.5.3.3.2 The Contractor shall sweep floors prior to damp mopping floors with a neutral detergent. The Contractor shall use a mop, mop bucket, wringer, and a neutral detergent solution to remove soil and nonpermanent stains. "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. The cleaning solution shall be changed periodically as required. After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, boot black marks, detergent residue, or evidence of soil The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand. A germicidal detergent shall be used in the mopping solution for latrine floors.

C.5.3.4 Carpet Maintenance. The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. Carpeted surfaces shall include areas under and around trash receptacles, desks, chairs, and other furniture and furnishings. After the carpeted floor has been completely vacuumed it shall be free of visible litter, soil, and embedded grit. The Contractor shall vacuum carpet in areas as specified.

SECTION C (CONT'D)

C.5.3.4.1 Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs.

C.5.3.4.2 The Contractor shall treat rugs and carpets with an antistatic rug compound to eliminate rug or carpet shock.

C.5.3.5 Walk-Off Mat Cleaning. Carpet-type entrance mats, inside or outside the building, shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats, inside or outside the building, shall be swept, vacuumed, or hosed down outside to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

C.5.3.6 Interior Glass Cleaning. The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces.

C.5.3.7 Regular Dusting. The Contractor shall remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks. The Contractor shall not dust table tops, chairs, cabinet tops, and sofas/couches in classrooms.

C.5.3.8 Drinking Fountains. The Contractor shall remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

C.5.3.9 Chalkboards, Greaseboards, and Liquid Chalk Writing Systems. Permanently mounted and temporary boards shall be cleaned by removing dust, streaks, marks, and smudges from the boards, chalk trays, chalkboard tracks, and areas immediately adjacent to chalkboards, greaseboards, and liquid chalk writing systems.

C.5.3.10 Latrines, Shower Rooms, and Locker Rooms. The Contractor shall clean and supply latrines, shower rooms, and locker rooms as follows:

SECTION C (CONT'D)

C.5.3.10.1 Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

C.5.3.10.2 Resupply toilet tissue, towels, and hand soap (bar and/or liquid). Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

C.5.3.10.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toiler bowls, commodes, and urinals by descaling.

C.5.3.10.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

C.5.3.10.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

C.5.3.10.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

C.5.3.11 Spot Clean. The Contractor shall remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures with a neutral detergent. Germicidal detergent shall be used in latrines, locker rooms, break areas, and drinking fountains. Brass hardware, aluminum bars, and other metal on doors and cigarette urns shall be polished with a polishing compound. After spot cleaning the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

C.5.3.12 Spray-Buff. The Contractor shall spray-buff floors every two weeks. The Contractor shall sweep floors prior to spray-buffing. The Contractor shall use a single disc floor machine, buffing pad, and spray bottle containing a solution of cleaner and acrylic wax to restore a uniform gloss and protective finish to the floor. Areas accessible to the floor machine shall be spray-buffed. After spray-buffing the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

C.5.4 Project Work. The Contractor shall perform project work as requested by the Government. At the beginning of each month the Contracting Officer will give a list of buildings or areas to the Contractor where project work is required. Should there be project work needed but not listed, the Contracting

Officer will notify the Contractor 48 hours prior to the date such services are required. The Contractor shall notify the Contracting Officer between 7:30 a.m. and 8:00 a.m. the following working day after completion of project work. Estimated square footage for project work is listed in TE 3. Project work shall be performed IAW standards set forth in this contract. The following tasks shall be performed when requested by the Contracting Officer:

C.5.4.1 Strip and Rewax. The Contractor shall strip wax and sealer from the floor surface using a stripping chemical compatible with the floor surface. Stripping shall also remove scuff marks, stains, and heel marks from the floor. Floor surfaces on which stripping chemicals are used shall be thoroughly rinsed with clean water to ensure having a uniform appearance with no streaks, swirl marks, grit, and chemical residue. After refinishing, the reflectancy shall be uniform and no streaks, swirls, dust or other soil shall be visible. No stripping solution or finish solution shall be left on baseboards, walls, doors, furniture, or other nonfloor surfaces.

C.5.4.1.1 Strip Floors While Wet. Floors shall be kept adequately wet during stripping operation. The Contractor shall not perform dry stripping. After stripping and before application of the new wax, the floor shall be cleaned while it is wet.

C.5.4.2 Carpet Shampooing. The Contractor shall vacuum, spot treat, operate the water extraction equipment, and revacuum carpet. The Contractor shall make an inspection of areas prior to cleaning, noting any spots, stains, discoloration, faded areas, tears, loose tufts or misshapen weave, and the general wear and use conditions. The Contractor shall notify the Contracting Officer by telephone within 4 working hours upon discovery of any discoloration or other conditions that cannot be removed by usual professional cleaning methods. The Contracting Officer will determine whether or not to authorize the Contractor to proceed with the service. Stains shall be removed if it can be accomplished by an accepted cleaning method which will not jeopardize the serviceability or mar the appearance of the rug or carpet. The Contractor shall pre-spot the carpet and allow it to dry. The Contractor shall reinspect for spots and stains and accomplish finish work such as respotting, touching up, and recleaning. The cleaning process shall be safe and harmless to the carpet and shall leave no lingering or objectionable odors. There shall be no shrinkage factor allowed on installed carpets. The cleaning process shall include sizing when requested. Cleaning shall not adversely affect appearance or durability of the carpet.

C.5.4.2.1 The Contractor shall not be required to move office desks, file cabinets, computer cabinets or heavy furniture for

carpet shampooing. Furnishings such as tables, chairs and trash containers shall be removed when shampooing carpet and returned to their original location prior to 6:00 a.m.

C.5.4.3 <u>High Dusting</u>. The Contractor shall remove dust, cobwebs, and oily film from grilles, pipes, ledges, walls, ceilings, and vents 7 feet above finish floor to the ceiling. Areas shall be free from soil removable by dusting or damp wiping.

C.5.4.4 <u>Venetian Blinds</u>. The Contractor shall remove grit, fingerprints, and dust from both sides of venetian blind slats, related hardware, and blind tapes.

C.5.4.5 <u>Upholstered Furniture</u>. The Contractor shall vacuum upholstered furniture in office areas, conference rooms, and lounges. Vacuuming shall include under and between cushions. Furniture surfaces shall be free of dust and streaks.

C.5.5 <u>Clean-Up</u>. The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

C.5.6 <u>Combustible Materials</u>. The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes which contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

C.5.7 <u>Special Requirements</u>. In addition to routine work and project work, the Contractor shall perform the following special requirement tasks for buildings listed below.

C.5.7.1. Building Number 462 (Basement), additional trash removal is required on Monday, Wednesday and Thursday.

C.5.7.2 <u>Building Numbers</u>. 207, 455, 1640, 1950, 2875 and 5020 - The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides (ICW TE 3 Schedule). Metal shall be polished to maintain a clean and