polished appearance.

C.5.7.3 <u>Building Numbers 1945 and 1950</u>. The Contractor shall maintain sidewalks and trash receptacles and ash trays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster. Service shall be performed in the daytime of the day schedule for routine work. Areas to be serviced are indicated on the floor plans at TE 7.

C.5.8 <u>Special Cleaning Times</u>. The Contractor shall perform required service on days and times indicated in Technical Exhibit 3. Changes or deletions will be given to the Contractor by the Contracting Officer as they occur.

C.5.9 <u>Snow and Ice Removal</u>. The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entrance ways to prevent refreezing after snow and ice have been removed. Locations are as follows:

<u>Buildings</u>:

| | | |
|---|---|---|
| 207 | 750 | 1655 |
| 455 | 1005 | 1945 |
| 461 | 1640 | 1950 |
| 462 | 1645 | 3168 |
| 652 | 1651 | 3280 |

SECTION C (CONT'D)

C.6 APPLICABLE REGULATIONS AND DIRECTIVES.

C.6.1 General. Publications and forms applicable to the Performance Work Statement (PWS) are listed below. The publications have been coded as Mandatory (M) or Advisory (A). The Contractor shall comply with those coded (M) and shall be guided by those coded (A) to the extent necessary to accomplish the requirements of this PWS. The publications (that is a specific procedure in a paragraph, section, chapter, or volume) are (M) to the extent specified in the PWS. All publications will be furnished to the Contractor at the start of the contract. Supplements or amendments to (M) publications may be issued during the life of the contract. Supplements and amendments will be considered in effect upon receipt by the Contractor. The Contractor shall post and update (M) publications. The Government shall make the publications listed available for Contractor's review during the solicitation period. Upon completion of this contract, the Contractor shall return to the Government all publications provided to the Contractor by the Government.

C.6.2 Army Regulations:

| | | |
|---|---|---|
| AR 11-27 | Oct 82 | Army Energy Program (M) |
| AR 40-3 | Feb 85 | Medical, Dental and Veterinary Care (A) |
| AR 40-5 | Jun 85 | Preventive Medicine (A) |
| AR 190-13 | Jun 85 | Physical Security (M) |
| AR 190-22 | Jun 83 | Search and Seizure and Disposition of Property (M) |
| AR 190-51 | Mar 86 | Security of Army Property at Unit/Installation Level (M) |
| AR 200-1 | Jun 82 | Environmental Protection (M) |
| AR 210-10 | Sep 77 | Administration (A) |
| AR 310-2 | Jul 76 | Military Publications (M) |
| AR 310-25 | Oct 83 | Dictionary of United States Army Terms (M) |
| AR 320-50 | Nov 85 | Catalog of Abbreviations and Brevity Codes (A) |

SECTION C (CONT'D)

| | |
|---|---|
| AR 340-17 Oct 82 | Release of Information and Records from Army Files (M) |
| AR 380-5 Feb 88 | Army Information Security Program (M) |
| AR 380-19 Aug 90 | Information Security System (M) |
| AR 381-12 Jul 81 | Subversion and Espionage Directed Against U.S. Army (SAEDA) (M) |
| AR 385-10 Feb 79 | Army Safety Program (M) |
| AR 385-40 Apr 87 | Accident Reporting and Records (M) |
| AR 420-17 Dec 76 | Real Property and Resource Mgmt (M) |
| AR 420-90 Feb 85 | Fire Prevention and Protection (M) |
| AR 530-1 Oct 85 | Operation Security (M) |
| AR 600-63 Nov 87 | Army Health Promotion (M) |
| AR 604-5 Feb 84 | DA Personnel Security Program Regulations (M) |
| AR 735-5 Jan 88 | Basic Policies and Procedures for Property Accounting (M) |

C.6.3 <u>United States Army Field Artillery Center and Fort Sill (USAFACFS) Regulations</u>:

| | |
|---|---|
| USAFACFS Reg 190-1 Feb 87 | Physical Security of Weapons, Ammunition, Explosives and Other Sensitive/Critical Items (M) |
| USAFACFS Reg 190-5 Feb 87 | Motor Vehicle Traffic Supervision (M) |
| USAFACFS Reg 200-2 Jun 78 | Environment Protection and Enhancement (M) |
| USAFACFS Reg 385-10-1 Dec 86 | Safety Regulation (M) |

SECTION C (CONT'D)

| | |
|---|---|
| USAFACFS Reg 420-1 Nov 87 | Energy Conservation Program (M) |
| USAFACFS Reg 420-90 Apr 87 | Post Fire Regulation (M) |

C.6.4 United States Army Field Artillery Center and Fort Sill (USAFACFS) Supplements:

USAFACFS Suppl 1 to:

| | |
|---|---|
| AR 11-27 23 Aug 85 | Army Energy Program (M) |
| AR 40-5 | Preventive Medicine (A) |
| AR 190-5 Mar 89 | Motor Vehicle Traffic Supervision (M) |
| AR 200-1 | Environmental Protection (M) |
| AR 380-5 | Army Information Security Program (M) |
| AR 385-10 | Army Safety Program (M) |

C.6.5 United States Army Training and Doctrine Command (TRADOC) Supplements:

TRADOC Supplement to:

| | |
|---|---|
| AR 380-5 | Army Information Security Program (M) |
| AR 385-10 | Army Safety Program (M) |

C.6.5 United States Army Field Artillery Center and Fort Sill (USAFACFS) Circulars:

| | |
|---|---|
| USAFACFS Cir 600-87-1 May 87 | Tobacco Cessation Plan (M) |

C.6.6 Technical Manuals:

| | |
|---|---|
| TM 5-608 Mar 78 | Contract for Custodial Services at Army Facilities Other Than Medical/Industrial Facilities (M) |
| TM 5-608 w/C2 Sep 69 | Custodial Service Manual (M) |

SECTION C (CONT'D)

C.6.7 Military Standards:

| | |
|---|---|
| MIL-STD-105D Mar 63 | Sampling Procedures and Tables for Inspection and Attributes (A) |

C.6.8 Department of Defense Directives:

| | |
|---|---|
| DOD Dir 5220.22M Sep 87 | Industrial Security Manual (M) |
| DOD Dir 5400.7-R Jun 87 | DOD Freedom of Information Act Program (M) |
| DOD Reg 5500.7-R | Joint Ethics Regulation (M) |

C.6.9 Blank Forms:

C.6.9.1 Department of the Army Form Number:

| | |
|---|---|
| 3938 Dec 77 | Local Service Request |
| 5513-R Mar 86 | Key Control Register |
| 4283 Aug 78 | Facilities Engineering Work Request |

C.6.9.2 Fort Sill Form Number:

| | |
|---|---|
| 638-R Oct 88 | Task and Frequency Schedule |
| 895 Dec 85 | Customer Complaint Record |
| 899 Dec 85 | Checklist for Routine Work |
| 912 Dec 85 | Contract Discrepancy Report |

C.6.10 Miscellaneous Publications:

| | |
|---|---|
| Title 5, United States Code (USC) 6103(a) | Holidays (A) |
| 18 U.S.C 1382 June 48 | Entering Military, Naval, or Coast Guard Property (M) |

END OF SECTION C

## SECTION D

## PACKAGING AND MARKING

Not Applicable

END OF SECTION D

SECTION E
INSPECTION AND ACCEPTANCE

E.1 52.246-2 INSPECTION OF SUPPLIES--FIXED-PRICE (JUL 1985)
(Reference 46.302)

E.2 52.246-4 INSPECTION OF SERVICES--FIXED-PRICE (FEB 1992)
(Reference 46.304)

E.3 52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984)
(Reference 46.316)

E.4 INSPECTION AND ACCEPTANCE OF SERVICES

Inspection and acceptance will be of services rendered and will be in accordance with the terms and conditions of this contract.

END OF SECTION E

SECTION F
DELIVERIES OR PERFORMANCE

F.1 CONTRACT PERIOD

Any contract awarded as a result of bids submitted under this Invitation for Bids shall extend from 1 October 1995 , or date of contract award, whichever is later, through 30 September 1996 , unless sooner terminated under the terms of the contract.

F.2 PLACE OF PERFORMANCE

Place of performance will be at Fort Sill, Oklahoma.

F.3 SERVICE IS FOR:

Custodial Services, Fort Sill, Oklahoma

F.4 PERMITS AND RESPONSIBILITY FOR WORK

The Contractor shall, without additional expenses to the Government, obtain all licenses and permits required for the prosecution of the work. The Contractor shall be responsible for all damages to persons or property that occur as a result of his/her fault or negligence in connection with the prosecution of the work.

END OF SECTION F

SECTION G
CONTRACT ADMINISTRATION DATA

G.1 INVOICES AND PAYMENT

Payment will be made no more often than once each calendar month. Payment will be paid on the basis of properly certified invoices submitted in original and four copies by the Contractor directly to the Contract Support Division, ATZR-QD, Directorate of Contracting, Bldg. 1950, PO Box 33189, Fort Sill, Oklahoma 73503-0189, after the close of each calendar month to cover the services performed during that month. The Contracting Officer shall approve and certify invoices proper for payment. Any deductions due to deficiencies shall be withheld in accordance with the Performance Requirements Summary (PRS) or as otherwise specified herein.

END OF SECTION G

SECTION H
SPECIAL CONTRACT REQUIREMENTS

**H.1 Reserved**

H.2 NOTICE OF COLLECTIVE BARGAINING AGREEMENT NEGOTIATIONS

In addition to the clause entitled "Notice to the Government of Labor Disputes," Section I, the Contractor shall notify the Contracting Officer thirty (30) days prior to commencement of any collective bargaining

agreement negotiations. The Contractor agrees to provide the Contracting Officer a copy of any collective bargaining agreement applicable to employees performing under this contract.

H.3 FAIR LABOR STANDARDS ACT AMENDMENT (MAY 74)

Notwithstanding any other provision of this contract, the minimum wage payment shall be as specified by P.L. 93-259 or the Service Contract Act Wage Determination Rate, if any, whichever is greater.

H.4 SERVICE CONTRACT ACT WAGE DETERMINATIONS OF THE SECRETARY OF LABOR

This contract is subject to the provisions of the Service Contract Act of 1965 (P.L. 89-286) and the requirements of the Service Contract Act, as amended by P.L. 92-473, 9 October 1972. Bidder's/Offeror's attention is invited to the obligation of the Contractor under Section 4(c) of the amended Service Contract Act. The Contractor, in performing this contract, shall adhere to the provisions of said Act and the regulations of the Secretary of Labor. Any questions regarding the extent of these obligations should be addressed to the Department of Labor.

H.5 LABOR STATISTICS

The Contractor shall report, and shall, by agreement, require his subcontractors to report, at such times, in such manner, and covering such matters as the Contracting Officer may direct, such labor statistics, applicable only to the work performed under this contract at the site of the work, as may be required for transmittal to the Department of Labor.

H.6 APPLICABLE WAGE DETERMINATION(S)

The following U.S. Department of Labor Wage Determination(s) is (are) applicable to this procurement: (A copy of each Determination is incorporated herein and made a part hereof -- See Attachment A.)

| Wage Determination No. | Date |
|---|---|
| 92-2525 (Rev. 4) | 01/03/1995 |

H.7 INSURANCE REQUIREMENTS

(Also see Paragraph I.53 Section I). In addition to any Insurance which may be legally required, the Contractor and any subcontractors shall procure and maintain during the entire period of performance under this contract the following minimum insurance: (See FAR 28.307-2)

a. GENERAL LIABILITY INSURANCE: The limits for bodily injury liability insurance shall not be less than $500,000 per occurrence.

b. AUTOMOBILE LIABILITY INSURANCE: The limits of bodily injury liability insurance shall not be less than $200,000 per person and $500,000 per occurrence, and limit for property damage liability insurance shall not be less than $20,000 per occurrence on the comprehensive form of policy.

c. Worker's Compensation and Employer's Liability Insurance shall not be less than $100,000.

H.8 CERTIFICATE OF INSURANCE

At all times during performance, the Contractor shall maintain with the Contracting Officer, a current Certificate of Insurance showing at least the insurance required above, and providing for thirty (30) days written notice to the Contracting Officer by the Insurance Company prior to cancellation or material change in policy coverage.

H.9 PERMITS, TAXES, LICENSES, ORDINANCES AND REGULATIONS

Contractor shall obtain all necessary permits, give all notices, pay all license fees and taxes, comply with all Federal, State, municipal, county, and local Board of Health ordinances, rules and regulations applicable to the business carried on under this contract, and be responsible for all applicable State Sales and Use Taxes.

H.10 GOVERNMENT-CONTRACTOR RELATIONSHIPS

a. The Government and the Contractor understand and agree that the services to be delivered under this contract by the Contractor to the Government are non-personal services and the parties recognize and agree that no employer-employee or master-servant relationship exists or will exists under the contract between the Government and the Contractor and/or between the Government and the Contractor's employees. It is therefore in the best interest of the Government to afford both parties a full and complete understanding of their respective obligations.

b. Contractor personnel under this contract shall not:

(1) Be placed in a position where thay are employed by a Federal Office or are under the supervision, direction, or evaluation of a Federal Officer, military or civilian.

(2) Be placed in a position of command, supervision, administration or control over DA military or civilian personnel, or personnel of other Contractors, or become a part of the Government organization.

(3) Be used in administration or supervision of military procurement activities.

c. Employee relationship:

(1) The services to be performed under this contract do not require the Contractor or his employees to exercise personal judgment and discretion on behalf of the Government, but rather, the Contractor's employees will act and exercise personal judgment and discretion on behalf of the Contractor.

(2) Rules, regulations, directives and requirements which are issued by DA Military Command Authorities, under their responsibility for good order, administration, and security, are applicable to all personnel who enter the installation, or who travel on Government transportation. This is not to be construed or interpreted to establish any degree of Government control which is inconsistent with a non-personal services contract.

d. Inapplicability of Employees Benefits: This contract does not create an employer-employee relationship. Accordingly, entitlements and benefits applicable to such relationships do not apply.

(1) Payments under this contract are not subjet to Federal income tax withholding.

(2) Payments under this contract are not subject to Federal Insurance Contributions Act.

(3) The Contractor is not entitled to unemployment compensation benefits under the Social Security Act, as amended, by virtue of performance under this contract.

(4) The Contractor is not entitled to any Workmen's Compensation benefits by virtue of this contract.

(5) The entire consideration and benefits to the Contractor for performance of this contract is contained in the provisions for payment under this contract.

H.11 MODIFICATION OF GOVERNMENT PROPERTY

Any modification or retrofit of Government owned property not required under the specifications, but which are necessary to bring the property up to Government standards, shall be brought to the attention of the Contracting Officer upon discovery of such deficiencies. The Contractor shall include a description of the deficiencies, recommend whether correction is required or not, including appropriate rational, and if modification of the property is recommended, submit a proposal for the necessary effort.

H.12 CONSERVATION OF UTILITIES

The Contractor shall, while performing service on a Government installation, operate in compliance with Federal, state, local, and installation utilities and environmental regulations and programs as listed in Section C6. The Contractor shall be solely responsible for any noncompliances to include any fines and penalties levied. The Government shall not be liable for such additional costs incurred by the Contractor. The Contractor shall be subject to unannounced utilities conservation inspections by the Directorate of Public Works (DPW).

H.13 IMPROVEMENTS TO BUILDINGS OR LAND OWNED BY THE GOVERNMENT

The Contractor shall not construct or install, at its own expense, any fixed improvement or structural alterations in Government buildings or other real property without advance written approval of the Contracting Officer. Fixed improvement or structural alterations, as used herein, means any alteration or improvement in the nature of the building or other real property that, after completion, cannot be removed without substantial loss of value or damage to the premises. The term does not include foundations for production equipment.

H.14 COMMERCIAL WARRANTY

The Contractor agrees that the supplies or services furnished under this contract shall be covered by the most favorable commercial warranties the Contractor gives to any customer for such supplies or services. Furthermore, the rights and remedies provided herein are in addition to, and do not limit, any rights afforded to the Government by any other clause of this contract.

H.15 GOVERNMENT PERFORMANCE OF SERVICES

a. If, for any reason, the Contractor fails to satisfactorily perform any services covered by this contract, or should an emergency require performance of services beyond the capability of the Contractor, the Government may, if the Contracting Officer determines that the mission at Fort Sill and/or its satellited activities is endangered, perform or supplement performance of such contract services with Government personnel. Such performance shall not constitute a breach of contract by the Government.

b. If the Government performs services with Government personnel because of the Contractor's inability or failure to satisfactorily perform as provided in paragraph a above, the Contractor shall permit the Government to use and operate such equipment as is necessary to perform the services during a period not to exceed one hundred twenty (120) days at the location covered by the contract. The Government's right to use Contractor equipment, pursuant to this Subparagraph b, shall cease in the event of termination pursuant to 52.249-2, Termination for Convenience of the Government (Fixed-Price). During this period the Contractor-owned equipment used by the Government shall be maintained by the Government.

c. The Government shall be entitled to an equitable adjustment for the services, if any, which are performed by Government personnel for any services the Contractor is required to perform in accordance with other provisions of this contract. Such performance and such adjustment shall not constitute a termination for convenience by the Government within the meaning of FAR 52.249-2.

H.16 MOBILIZATION AND OTHER CONTINGENCY PLANNING

a. The attention of the Contractor is invited to the clause in Section I entitled "Changes - Fixed Price Alt II". This clause permits the Contracting Officer to make changes within the general scope of the contract to include the definition of services, and place and time of performance.

b. Upon direction of the Contracting Officer, the Contractor shall respond to abnormal situations and take whatever measures are needed to proceed with performance requirements under the terms of this contract. Examples of abnormal situations are: natural disasters, civil disturbances, national emergencies, mobilization, labor strikes or other labor disruptions. In all cases, the Contractor shall assume that the Government cannot provide any supplemental forces and continues to require the same or additional levels of performance under this contract which the Contractor shall be required to meet. The Contractor shall have on file a contingency/mobilization plan for review by the Contracting Officer. The Contractor's contingency/mobilization plan(s) shall specify the manner in which the requirements of the contract shall be met in the event of mobilization or other abnormal situation. The Contractor's contingency/mobilization plan shall identify and address the effect on the number of United States armed Forces Reserves (AFR) and National Guard (NG) personnel employed.

c. When performance pursuant to a change order causes an increase or decrease in the Contractor's cost of, or the time required for, performance of any portion of the work under this contract, an equitable adjustment shall be negotiated:

(1) in the cost or delivery schedule, or both, and

(2) in such other provisions of the contract as may be affected; and the contract shall be modified in writing accordingly.

H.17 POINT OF CONTACT

The Contractor shall provide a local telephone number, or a long distance telephone number with reverse charges, that is answered 24 hours a day, seven (7) days a week, and a local address where the Contractor can be notified or contacted of emergency work. The Government shall not be expected to call a series of phone numbers in order to locate the Contractor or his designated representative. Electronic answering devices, beepers, or pagers will not suffice for this requirement.

H.18 REGULATIONS

The site of the contracted work is on a military reservation, and rules and regulations issued by the Commander, Fort Sill, or other appropriate commanders, covering fire, safety, sanitation, severe weather requirements, admission to installation, and conduct of operations shall be observed by the Contractor and his employees. All such regulations are hereby set forth in Section C6.

H.19 VEHICLE REGISTRATION

All vehicles operated on Fort Sill and its satellite activities in support of this contract shall be registered with the Law Enforcement Command within five (5) working days after contract start date, licensed and safety inspected in accordance with Federal, State, and local vehicle regulations.

H.20 PUBLIC AFFAIRS

No news release (including photographs and films, media interviews, public announcemnts or denial or confirmation of same) on any part of the subject matter of this contractor any phase of any program hereunder shall be made prior to written approval of the Public Affairs Office, Fort Sill,

Oklahoma. Such requests shall be made through the Contracting Officer.

H.21 AUTHORITY

The Contractor shall not in any way represent that he is a part of the United States Government or that he has the authority to contract or procure supplies on the credit of the United States of America.

H.22 IDENTIFICATION OF CONTRACTOR EMPLOYEES AND VEHICLES

Each side of Contractor-owned vehicles shall bear the Contractor's name in 2-inch letters. Each Contractor employee shall possess an identification card to include employee's name, name of Contractor, current photo, and card serial number. Additionally, each Contractor employee shall display on his/her person a badge or name tag which shall include the name of the employee and the Contractor's name.

H.23 CONTRACT DATA REQUIREMENTS

Technical Exhibit 2 hereby sets forth a recapitulation of data required in the performance of this contract. The Contractor shall be obligated to furnish data required elsewhere, not specified in Technical Exhibit 2.

H.24 CONTRACTUAL AUTHORITY

No written or oral statements of any person whosoever other than the Contracting Officer will, in any manner or degree, modify or otherwise affect the terms of this contract. The Contracting Officer is the only person authorized to approve changes in any of the requirements under this

contract, and notwithstanding any provisions contained elsewhere in this contract, the said authority remains solely with the Contracting Officer.

END OF SECTION H

SECTION I
CONTRACT CLAUSES

I.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

(End of clause)

I.2 52.202-1 DEFINITIONS (SEPT 1991)

(a) "Head of the agency" (also called "agency head") or "Secretary" means the Secretary (or Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, including any deputy or assistant chief official of the agency; and the term "authorized representative" means any person, persons, or board (other than the Contracting Officer) authorized to act for the head of the agency or Secretary.

(b) "Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

(c) Except as otherwise provided in this contract, the term "subcontracts" includes, but is not limited to, purchase orders and changes and modifications to purchase orders under this contract.

(End of clause)
(R 7-103.1 1979 MAR)
(R 7-203.1)
(R 7-302.1)
(R 7-402.1)
(R 7-901.1)
(R 7-1902.1)
(R 7-1909.1)

I.3 52.203-1 OFFICIALS NOT TO BENEFIT (APR 1984)
(Reference 3.102-2)

I.4 52.203-3 GRATUITIES (APR 1984)
(Reference 3.202)

I.5 52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984)
(Reference 3.404(c))

I.6 52.203-6 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985)
(Reference 3.503-2)

I.7 52.203-7 ANTI-KICKBACK PROCEDURES (OCT 1988)
(Reference 3.502-3)

I.8 52.203-9 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY--MODIFICATION
(NOV 1990)

(a) Definitions. The definitions set forth in FAR 3.104-4 are hereby incorporated in this clause.

(b) The Contractor agrees that it will execute the certification set forth in paragraph (c) of this clause when requested by the Contracting Officer in connection with the execution of any modification of this contract.

(c) Certification. As required in paragraph (b) of this clause, the officer or employee responsible for the modification proposal shall execute the following certification:

CERTIFICATE OF PROCUREMENT INTEGRITY--MODIFICATION (NOV 1990)

(1) I, ________________________[Name of certifier] am the officer or employee responsible for the preparation of this modification proposal and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certification, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d) or (f) of the Office of Federal Procurement Policy Act, as amended+ (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement ___________________(contract and modification number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of ________________________[Name of Offeror] who has participated personally and substantially in the preparation or submission of this proposal has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d), or (f) of the Act, as implemented in the

FAR, pertaining to this procurement.

(3) Violations or possible violations: (Continue on plain bond paper if necessary and label Certificate of Procurement Integrity--Modification (Continuation Sheet), ENTER "NONE" IF NONE EXISTS)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

[Signature of the officer or employee responsible for the modification proposal and date]

______________________________________________

[Typed name of the officer or employee responsible for the modification proposal]

+ Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(End of certification)

(d) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer or bid, may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the Contractor. If a Contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for a period of 6 years from the date a certifying employee's employment with the company ends or, for an agency, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(e) The certification required by paragraph (c) of this clause is a material representation of fact upon which reliance will be placed in executing this modification.

(End of clause)

| | | |
|---|---|---|
| I.9 | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990) (Reference 3.104-10(c)) |
| I.10 | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990) (Reference 3.808(b)) |
| I.11 | 252.203-7000 | STATUTORY PROHIBITION ON COMPENSATION TO FORMER DEPARTMENT OF DEFENSE EMPLOYEES (DEC 1991) (Reference 03.170-4) |
| I.12 | 252.203-7001 | SPECIAL PROHIBITION ON EMPLOYMENT (APR 1993) (Reference 03.570-5) |
| I.13 | 252.203-7003 | PROHIBITION AGAINST RETALIATORY PERSONNEL ACTIONS (APR 1992) (Reference 03.7108) |
| I.14 | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992) (Reference 04.404-70(b) |
| I.15 | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991) (Reference 05.470-2) |
| I.16 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (NOV 1992) (Reference 9.409(b)) |
| I.17 | 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY (DEC 1991) |

(a) The Contractor shall not deny consideration for a subcontract award under this contract to a potential subcontractor subject to on-site inspection under the INF Treaty, or a similar treaty, solely or in part because of the actual or potential presence of Soviet inspectors at the subcontractor's facility, unless the decision is approved by the Contracting Officer.

(b) The Contractor shall incorporate this clause, including this paragraph (b), in all solicitations and contracts over the dollar limitation in section 13.000 of the Federal Acquisition Regulation, except those for commercial or commercial-type products.

(End of clause)

I.18 52.210-5 NEW MATERIAL (APR 1984)
(Reference 10.011(e)(1)

I.19 52.210-7 USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY (APR 1984)
(Reference 10.011(g)(1)

I.20 52.214-26 AUDIT--SEALED BIDDING (APR 1985)
(Reference 14.201-7(a))

I.21 52.214-27 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (NOV 1994)
(Reference 14.201-7(b))

I.22 52.214-28 SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (NOV 1994)
(Reference 14.201-7(c))

I.23 52.214-29 ORDER OF PRECEDENCE--SEALED BIDDING (JAN 1986)
(Reference 14.201-7(d))

I.24 52.217-8 OPTION TO EXTEND SERVICES (AUG 1989)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within the period specified in the Schedule.

(End of clause)

I.25 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 1989)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days; provided, that the Government shall

give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.

(End of clause)

I.26 252.217-7026 IDENTIFICATION OF SOURCES OF SUPPLY (DEC 1991)

(a) The Government is required under 10 U.S.C. 2384 to obtain certain information on the actual manufacturer or sources of supplies it acquires.

(b) The apparently successful Offeror agrees to complete and submit the following table before award:

TABLE

DELETED

| Line items (1) | National stock No. (2) | Commercial item (Y or N) (3) | Source of supply: Company (4) | Source of supply: Address (4) | Source of supply: Part No. (5) | Actual mfg? (6) |
|---|---|---|---|---|---|---|
| ___ | _______ | _______ | _______ | _______ | _______ | _______ |

(1) List each deliverable item of supply and item of technical data.

(2) If there is no national stock number, list "none."

(3) Use "Y" if the item is a commercial item sold in substantial quantities to the general public and was priced in the offer using established catalog or market price; otherwise, use "N". If "Y" is listed, the Offeror need not complete the remaining columns in the table.

(4) For items of supply, list all sources. For technical data, list the source.

(5) For items of supply, list each source's part number for the item.

(6) Use "Y" if source of supply is actual manufacturer; "N" if it is not; and "U" if unknown.

(End of provision)

I.27 252.219-7002 NOTICE OF SMALL DISADVANTAGED BUSINESS SET-ASIDE (MAY 1994)

(a) Definitions.

"Historically black colleges and universities," as used in this clause, means institutions determined by the Secretary of Education to meet the requirements of 34 CFR Section 608.2. The term also means any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

"Minority institutions," as used in this clause, means institutions meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3)). The term also include Hispanic-serving institutions as defined in Section 316(b)(1) of such Act (20 U.S.C. 1059c (b)(1)).

"Small disadvantaged business concern," as used in this clause, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively.

"United States," as used in this clause, means the United States, its territories and possessions, the Commonwealth of Puerto Rico, the U.S. Trust Territory of the Pacific Islands, or the District of Columbia.

(b) General. Offers are solicited only from small disadvantaged business concerns. Offers received from concerns that are not small disadvantaged businesses are nonresponsive and will be rejected.

(c) Agreement. A small disadvantaged business manufacturer or regular dealer, submitting an offer in its own name, agrees to furnish in performing this contract only end items manufactured or produced by small disadvantaged business concerns in the United States, except, as provided in Section 8051 of Pub. L. 103-139, for contracts awarded during fiscal year 1994, a small disadvantaged business manufacturer or regular dealer owned by an Indian tribe, including an Alaska Native Corporation, agrees to furnish only end items manufactured or produced by small business concerns in the United States.

(End of clause)

I.28 52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS (FEB 1990)
(Reference 19.708(a))

I.29 52.219-13 UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES (AUG 1986)
(Reference 19.902)

I.30 52.220-1 PREFERENCE FOR LABOR SURPLUS AREA CONCERNS (APR 1984)

(a) This acquisition is not a set-aside for labor surplus area (LSA) concerns. However, the offeror's status as such a concern may affect (1) entitlement to award in case of tie offers, or (2) offer evaluation in accordance with the Buy American Act clause of this solicitation. In order to determine whether the offeror is entitled to a preference under (1) or (2) above, the offeror must identify, below, the LSA in which the costs to be incurred on account of manufacturing or production (by the offeror or the first-tier subcontractors) amount to more than 50% of the contract price.

____________________ ____________________

____________________ ____________________

(b) Failure to identify the locations as specified above will preclude consideration of the offeror as an LSA concern. If the offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the offeror shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

(End of provision)

I.31 52.220-3 UTILIZATION OF LABOR SURPLUS AREA CONCERNS (APR 1984)
(Reference 20.302(a))

I.32 52.222-1 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (APR 1984)
(Reference 22.103-5(a))

I.33 52.222-3 CONVICT LABOR (APR 1984)
(Reference 22.202)

| | | |
|---|---|---|
| I.34 | 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT (APR 1984)<br>(Reference 22.610(b)) |
| I.35 | 52.222-26 | EQUAL OPPORTUNITY (APR 1984)<br>(Reference 22.810(e)) |
| I.36 | 52.222-35 | AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1984)<br>(Reference 22.1308(a)(1) |
| I.37 | 52.222-36 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (APR 1984)<br>(Reference 22.1408(a)) |
| I.38 | 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1988)<br>(Reference 22.1308(b)) |
| I.39 | 52.222-41 | SERVICE CONTRACT ACT OF 1965, AS AMENDED (MAY 1989)<br>(Reference 22.1006(a)) |
| I.40 | 52.222-43 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) (MAY 1989)<br>(Reference 22.1006(c)(1) |
| I.41 | | STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)<br>(FAR 52.222-42) |

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION

| EMPLOYEE CLASS | MONETARY WAGE - FRINGE BENEFITS |
|---|---|
| Supervisor | $11.42 |
| Work Leader | 8.37 |
| Janitor/Custodian | 7.05 |
| Clerk Typist | 6.97 |

*Federal Wage Board (Blue Collar) and General Schedule (White Collar) Wages and Fringe Benefits Applicable to Service Employee Classifications. The following statement is included in contracts pursuant to section 2(a)(5) of the Act and is for informational purposes only:

The above classes of service employees expected to be employed under the contract with the Government would be subject, if employed by the contracting agency, to the provisions of 5 U.S.C. 5341 or 5 U.S.C. 5332 and would, if so employed, be paid not less than the following rates of wages and fringe benefits:

1. Contribution of five point one (5.1) percent of basic hourly rate for health and insurance.

2. Contribution of seven (7) percent of basic hourly rate for retirement.

3. Ten paid holidays as follows: New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day.

4. Paid annual leave (vacation) as follows:

a. Two (2) hours of annual leave each week for an employee with less than three (3) years of service.

b. Three (3) hours of annual leave each week for an employee with three (3) but less than fifteen (15) years of service.

c. Four (4) hours of annual leave each week for an employee with fifteen (15) or more years of service.

NOTE: Federal employees hired after December 31, 1983 are covered under Public Law 98-21, 98-168 and 99-335. In addition employees currently covered by the Civil Service Retirement System may elect to be covered by the Federal Employees Retirement System.

| | | |
|---|---|---|
| I.42 | 52.223-2 | CLEAN AIR AND WATER (APR 1984)<br>(Reference 23.105(b)) |
| I.43 | 52.223-6 | DRUG-FREE WORKPLACE (JUL 1990)<br>(Reference 23.505(b)) |
| I.44 | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (MAY 1992)<br>(Reference 25.704) |
| I.45 | 252.225-7001 | BUY AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM (JAN 1994)<br>(Reference 25.109(d)) |
| I.46 | 252.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS (DEC 1991)<br>(Reference 25.109-70(a) |
| I.47 | 252.225-7009 | DUTY-FREE ENTRY--QUALIFYING COUNTRY END PRODUCTS AND SUPPLIES (DEC 1991)<br>(Reference 25.605-70(b) |
| I.48 | 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (MAY 1994)<br>(Reference 25.7002-4)(a)) |
| I.49 | 252.225-7026 | REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES (APR 1993)<br>(Reference 25.7203) |
| I.50 | 52.227-1 | AUTHORIZATION AND CONSENT (APR 1984)<br>(Reference 27.201-2(a)) |
| I.51 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (APR 1984)<br>(Reference 27.202-2) |
| I.52 | 52.227-3 | PATENT INDEMNITY (APR 1984)<br>(Reference 27.203-1(b)) |
| I.53 | 52.228-5 | INSURANCE--WORK ON A GOVERNMENT INSTALLATION (SEP 1989)<br>(Reference 28.310) |
| I.54 | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES (JAN 1991)<br>(Reference 29.401-3) |
| I.55 | 52.229-5 | TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)<br>(Reference 29.401-5) |

I.56 252.231-7000 SUPPLEMENTAL COST PRINCIPLES (DEC 1991)
(Reference 31.100-70)

DELETED

I.57 52.232-1 PAYMENTS (APR 1984)

The Government shall pay the Contractor, upon the submission of proper invoices or vouchers, the prices stipulated in this contract for supplies delivered and accepted or services rendered and accepted, less any deductions provided in this contract. Unless otherwise specified in this contract, payment shall be made on partial deliveries accepted by the Government if--

(a) The amount due on the deliveries warrants it; or

(b) The Contractor requests it and the amount due on the deliveries is at least $1,000 or 50 percent of the total contract price.

(End of clause)
(R 7-103.7 1958 JAN)
(R 1-7.102-7)

I.58 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (APR 1989)
(Reference 32.111(c)(1)

I.59 52.232-9 LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984)

DELETED

If more than one clause or Schedule term of this contract authorizes the temporary withholding of amounts otherwise payable to the Contractor for supplies delivered or services performed, the total of the amounts withheld at any one time shall not exceed the greatest amount that may be withheld under any one clause or Schedule term at that time; provided, that this limitation shall not apply to--

(a) Withholdings pursuant to any clause relating to wages or hours of employees;

(b) Withholdings not specifically provided for by this contract;

(c) The recovery of overpayments; and

(d) Any other withholding for which the Contracting Officer determines that this limitation is inappropriate.

(End of clause)
(R 7-104.21 1958 SEP)
(R 7-403.12 1959 FEB)

I.60 52.232-11 EXTRAS (APR 1984)

Except as otherwise provided in this contract, no payment for extras shall be made unless such extras and the price therefor have been authorized in writing by the Contracting Officer.

(End of clause)
(V 7-103.3 1949 JUL)
(V 1-7.102-3)

I.61 52.232-17 INTEREST (JAN 1991)
(Reference 32.617(a)&()

I.62 52.232-18 AVAILABILITY OF FUNDS (APR 1984)
(Reference 32.705-1(a))

I.63 52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986)
(Reference 32.806(a)(1)

I.64 52.232-25 PROMPT PAYMENT (MAR 1994)

Notwithstanding any other payment clause in this contract, the Government will make invoice payments and contract financing payments under the terms and conditions specified in this clause. Payment shall be considered as being made on the day a check is dated or an electronic funds transfer is made. Definitions of pertinent terms are set forth in 32.902. All days referred to in this clause are calendar days, unless otherwise specified.

(a) Invoice Payments.

(1) For purposes of this clause, "invoice payment" means a Government disbursement of monies to a Contractor under a contract or other authorization for supplies or services accepted by the Government. This includes payments for partial deliveries that have been accepted by the Government and final cost or fee payments where amounts owed have been settled between the Government and the Contractor.

(2) Except as indicated in subparagraph (a)(3) and paragraph (c) of this clause, the due date for making invoice payments by the designated payment office shall be the later of the following two events:

(i) The 30th day after the designated billing office has received a proper invoice from the Contractor.

(ii) The 30th day after Government acceptance of supplies delivered or services performed by the Contractor. On a final invoice where the payment amount is subject to contract settlement actions, acceptance shall be deemed to have occurred on the effective date of the contract settlement. However, if the designated billing office fails to annotate the invoice with the actual date of receipt, the invoice payment due date shall be deemed to be the 30th day after the date the Contractor's invoice is dated, provided a proper invoice is received and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(3) The due date on contracts for meat, meat food products, or fish; contracts for perishable agricultural commodities, contracts for dairy products, edible fats or oils, and food products prepared from edible fats or oils, and contracts not requiring the submission of an invoice shall be as follows:

(i) The due date for meat and meat food products, as defined in section 2(a)(3) of the Packers and Stockyard Act of 1921 (7 U.S.C. 182(3)) and further defined in Pub. L. 98-181 to include any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product, will be as close as possible to, but not later than, the 7th day after product delivery.

(ii) The due date for fresh or frozen fish, as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986 (16 U.S.C. 4003(3)), will be as close as possible to, but not later than, the seventh day after product delivery.

(iii) The due date for perishable agricultural commodities, as defined in section 1(4) of the Perishable Agricultural Commodities Act of 1930 (7 U.S.C. 499a(44)), will be as close as possible to, but not later than, the 10th day after product delivery, unless another date is specified in the contract.

(iv) The due date for dairy products, as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), edible fats or oils, and food products prepared from edible fats or oils, will be as close as possible to, but not later than, the 10th day after the date on which a proper invoice has been received.

(v) If the contract does not require submission of an invoice for payment (e.g., periodic lease payments), the due date will be as specified in the contract.

(4) An invoice is the Contractor's bill or written request for payment

under the contract for supplies delivered or services performed. An invoice shall be prepared and submitted to the designated billing office specified in the contract. A proper invoice must include the items listed in subdivisions (a)(4)(i) through (a)(4)(viii) of this clause. If the invoice does not comply with these requirements, then the Contractor will be notified of the defect within 7 days after receipt of the invoice at the designated billing office (3 days for meat, meat food products, or fish, and 5 days for perishable agricultural commodities, edible fats or oils, and food products prepared from edible fats or oils). Untimely notification will be taken into account in the computation of any interest penalty owed the Contractor in the manner described in subparagraph (a)(6) of this clause.

(i) Name and address of the Contractor.

(ii) Invoice date.

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.

(v) Shipping and payment terms (e.g., shipment number and date of shipment, prompt payment discount terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number and mailing address of person to be notified in event of a defective invoice.

(viii) Any other information or documentation required by other requirements of the contract (such as evidence of shipment).

(5) An interest penalty shall be paid automatically by the Government, without request from the Contractor, if payment is not made by the due date and the conditions listed in subdivisions (a)(5)(i) through (a)(5)(iii) of this clause are met, if applicable.

(i) A proper invoice was received by the designated billing office.

(ii) A receiving report or other Government documentation authorizing payment was processed and there was no disagreement over quantity, quality, or contractor compliance with any contract term or condition.

(iii) In the case of a final invoice for any balance of funds due the Contractor for supplies delivered or services performed, the amount was not subject to further contract settlement actions between the

Government and the Contractor.

(6) The interest penalty shall be at the rate established by the Secretary of the Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) that is in effect on the day after the due date, except where the interest penalty is prescribed by other governmental authority. This rate is referred to as the "Renegotiation Board Interest Rate," and it is published in the Federal Register semiannually on or about January 1 and July 1. The interest penalty shall accrue daily on the invoice payment amount approved by the Government and be compounded in 30-day increments inclusive from the first day after the due date through the payment date. That is, interest accrued at the end of any 30-day period will be added to the approved invoice payment amount and be subject to interest penalties if not paid in the succeeding 30-day period. If the designated billing office failed to notify the contractor of a defective invoice within the periods prescribed in subparagraph (a)(4) of this clause, then the due date on the corrected invoice will be adjusted by subtracting the number of days taken beyond the prescribed notification of defects period. Any interest penalty owed the Contractor will be based on this adjusted due date. Adjustments will be made by the designated payment office for errors in calculating interest penalties, if requested by the Contractor.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance shall be deemed to have occurred constructively on the 7th day (unless otherwise specified in this contract) after the Contractor delivered the supplies or performed the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or contractor compliance with a contract provision. In the event that actual acceptance occurs within the constructive acceptance period, the determination of an interest penalty shall be based on the actual date of acceptance. The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The following periods of time will not be included in the determination of an interest penalty:

(A) The period taken to notify the Contractor of defects in invoices submitted to the Government, but this may not exceed 7 days (3 days for meat, meat food products, or fish, and 5 days for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils).

(B) The period between the defects notice and resubmission of the corrected invoice by the Contractor.

(iii) Interest penalties will not continue to accrue after the filing of a claim for such penalties under the clause at 52.233-1, Disputes, or for more than 1 year. Interest penalties of less than $1.00 need not be paid.

(iv) Interest penalties are not required on payment delays due to disagreement between the Government and Contractor over the payment amount or other issues involving contract compliance or on amounts temporarily withheld or retained in accordance with the terms of the contract. Claims involving disputes, and any interest that may be payable, will be resolved in accordance with the clause at 52.233-1, Disputes.

(7) An interest penalty shall also be paid automatically by the designated payment office, without request from the Contractor, if a discount for prompt payment is taken improperly. The interest penalty will be calculated as described in subparagraph (a)(6) of this clause on the amount of discount taken for the period beginning with the first day after the end of the discount period through the date when the Contractor is paid.

(8) If this contract was awarded on or after October 1, 1989, a penalty amount, calculated in accordance with regulations issued by the Office of Management and Budget, shall be paid in addition to the interest penalty amount if the Contractor--

(i) Is owed an interest penalty;

(ii) Is not paid the interest penalty within 10 days after the date the invoice amount is paid; and

(iii) Makes a written demand, not later than 40 days after the date the invoice amount is paid, that the agency pay such a penalty.

(b) Contract Financing Payments.

(1) For purposes of this clause, "contract financing payment" means a Government disbursement of monies to a Contractor under a contract clause or other authorization prior to acceptance of supplies or services by the Government. Contract financing payments include advance payments, progress payments based on cost under the clause at 52.232-16, Progress Payments, progress payments based on a percentage or stage of completion (32.102(e)(1)) other than those made under the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, or the clause at 52.232-10, Payments Under Fixed-Price Architect-Engineer Contracts, and interim payments on cost type contracts.

(2) For contracts that provide for contract financing, requests for

payment shall be submitted to the designated billing office as specified in this contract or as directed by the Contracting Officer. Contract financing payments shall be made on the _________ day after receipt of a proper contract financing request by the designated billing office. In the event that an audit or other review of a specific financing request is required to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the due date specified.

(3) For advance payments, loans, or other arrangements that do not involve recurrent submissions of contract financing requests, payment shall be made in accordance with the corresponding contract terms or as directed by the Contracting Officer.

(4) Contract financing payments shall not be assessed an interest penalty for payment delays.

(c) If this contract contains the clause at 52.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

(End of clause)

I.65 252.232-7006 REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD (AUG 1992)

(a) 10 U.S.C. 2307(e) permits the head of the agency to reduce or suspend further payments to the Contractor upon a written determination by the agency head that substantial evidence exists that the Contractor's request for advance, partial, or progress payments is based on fraud. The provisions of 10 U.S.C. 2307(e) are in addition to any other rights or remedies provided the Government by law or under contract.

(b) Actions taken by the Government in accordance with 10 U.S.C. 2307(e) shall not constitute an excusable delay under the Default clause of this contract or otherwise relieve the Contractor of its obligations to perform under this contract.

(End of clause)

I.66 52.233-1 DISPUTES (MAR 1994)
(Reference 33.215)

I.67 52.233-3 PROTEST AFTER AWARD (AUG 1989)
(Reference 33.106(b))

I.68 252.233-7000 CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (MAY 1994)

(a) Any contract claim, request for equitable adjustment to contract terms, request for relief under Pub. L. 85-804, or other similar request exceeding $100,000 shall bear, at the time of submission, the following certificate given by an individual who has knowledge of the basis of the claim or request, knowledge of the accuracy and completeness of the supporting data, and knowledge of the claim or request:

> I certify that the claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

______________________________
(Official's Name)

______________________________
(Title)

(b) The certification in paragraph (a) of this clause requires full disclosure of all relevant facts, including cost and pricing data.

(c) The certification requirement in paragraph (a) of this clause does not apply to:

(1) Requests for routine contract payments; for example, those for payment for accepted supplies and services, routine vouchers under cost-reimbursement type contracts, and progress payment invoices; or

(2) Final adjustments under incentive provisions of contracts.

(d) In those situations where no claim certification for the purposes of 10 U.S.C. 2410e has been submitted prior to the inception of a contract dispute, a single certification, using the language prescribed by the Contract Disputes Act (41 U.S.C. 601 et seq.) but signed by an individual who is authorized to bind the contractor and who has knowledge of the basis of the claim or request, knowledge of the accuracy and completeness of the supporting data, and knowledge of the claim or request, will satisfy the certification requirements of both statutes.

(e) If this is a request for equitable adjustment under a substantially

completed contract or a completed contract, the certification will be expanded to include the following:

> This claim includes only costs for performing the alleged change, and does not include any costs which have already been reimbursed or which have been separately claimed. All indirect costs claimed are properly allocable to the alleged change in accordance with applicable acquisition regulations. I am aware that the submission of a false claim to the Government can result in the assessment of significant criminal and civil penalties and fines.

(End of clause)

I.69 52.237-2 PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (APR 1984)
(Reference 37.110(b))

I.70 52.237-3 CONTINUITY OF SERVICES (JAN 1991)
(Reference 37.110(c))

I.71 52.242-13 BANKRUPTCY (APR 1991)

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail, written notification of the bankruptcy to the Contracting Office responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

(End of clause)

I.72 252.242-7000 POSTAWARD CONFERENCE (DEC 1991)

The Contractor agrees to attend any postaward conference convened by the

contracting activity or contract administration office in accordance with Federal Acquisition Regulation Subpart 42.5.

(End of clause)

I.73 52.243-1 II CHANGES--FIXED-PRICE (AUG 1987)--ALTERNATE II (APR 1984) (Reference 43.205(a)(3)

I.74 252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991) (Reference 43.205-71)

I.75 52.244-1 SUBCONTRACTS (FIXED-PRICE CONTRACTS) (FEB 1995) (Reference 44.204(a)(1)

I.76 52.245-1 PROPERTY RECORDS (APR 1984) (Reference 45.106(a))

I.77 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989) (Reference 45.106(b)(1)

I.78 52.246-25 LIMITATION OF LIABILITY--SERVICES (APR 1984) (Reference 46.805(a)(4)

I.79 252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)

(a) Definitions. As used in this clause--

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense (DoD)" means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime Contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) Supplies includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ U.S.-flag vessels in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that--

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(c) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum--

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone

notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(d) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information--

(1) Prime contract number;
(2) Name of vessel;
(3) Vessel flag of registry;
(4) Date of loading;
(5) Port of loading;
(6) Port of final discharge;
(7) Description of commodity;
(8) Gross weight in pounds and cubic feet if available;
(9) Total ocean freight in U.S. dollars; and
(10) Name of the steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| | Item Description | Contract Line Items | Quantity |
|---|---|---|---|
| Total........ | | | |

(f) If the final invoice does not include the required representation,

the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The Contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the small purchase limitation of section 13.000 of the Federal Acquisition Regulation.

(End of clause)

I.80 52.248-1 VALUE ENGINEERING (MAR 1989)
(Reference 48.201)

I.81 52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (APR 1984)
(Reference 49.502(b)(1)

I.82 52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984)
(Reference 49.504(a)(1)

I.83 52.252-4 ALTERATIONS IN CONTRACT (APR 1984)

Portions of this contract are altered as follows:

__________

(End of clause)
(R 7-105.1(a) 1949 JUL)

I.84 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2 ) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

(NM)

END OF SECTION I

SECTION J
LIST OF ATTACHMENTS


| | | |
|---|---|---|
| Attachment A | U.S. Department of Labor Wage Determination No. 94-2525 (Rev. 4) dated 01/03/1995 | 9 |
| Technical Exhibit 1 | Performance Requirements Summary | 9 |
| Technical Exhibit 2 | Deliverables (Reports) | 3 |
| Technical Exhibit 3 | Workload Task & Frequency Chart | 4 |
| Technical Exhibit 4 | Task and Frequency Schedule | 1 |
| Technical Exhibit 5 | Tools | 1 |
| Technical Exhibit 6 | Supply Items | 1 |
| Technical Exhibit 7 | Floor Plans | 150 |
| Technical Exhibit 8 | Standards for Custodian and Housekeeping Services of Government-Furnished Facility | 2 |


END OF SECTION J

SECTION K

REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

K.1 52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that--

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory--

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2)(i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above MICHAEL A. WORKU

(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

(End of provision)

K.2 52.203-4 CONTINGENT FEE REPRESENTATION AND AGREEMENT (APR 1984)

(a) Representation. The offeror represents that, except for full-time bona fide employees working solely for the offeror, the offeror--
[Note: The offeror must check the appropriate boxes. For interpretation of the representation, including the term "bona fide employee," see Subpart 3.4 of the Federal Acquisition Regulation.]

(1) /_/ has, /X/ has not employed or retained any person or company to solicit or obtain this contract; and

(2) /_/ has, /X/ has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(b) Agreement. The offeror agrees to provide information relating to the above Representation as requested by the Contracting Officer and, when subparagraph (a)(1) or (a)(2) is answered affirmatively, to promptly submit to the Contracting Officer--

(1) A completed Standard Form 119, Statement of Contingent or Other Fees, (SF 119); or

(2) A signed statement indicating that the SF 119 was previously submitted to the same contracting office, including the date and applicable solicitation or contract number, and representing that the prior SF 119 applies to this offer or quotation.

(End of provision)
(R 7-2002.1 1974 APR)
(R 1-1.505)

K.3 52.203-8 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY (NOV 1990)

(a) Definitions. The definitions at FAR 3.104-4 are hereby incorporated in this provision.

(b) Certifications. As required in paragraph (c) of this provision, the officer or employee responsible for this offer shall execute the following certification:

CERTIFICATE OF PROCUREMENT INTEGRITY

(1) I, MICHAEL A. WORKU , am the officer or

employee responsible for the preparation of this offer and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certificate, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended+ (41.U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement DABT39-95-B-0026 (solicitation number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that, to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of DEEP CLEAN INDUSTRIES, INC. [Name of Offeror] who has participated personally and substantially in the preparation or submission of this offer has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: (Continue on plain bond paper if necessary and label Certificate of Procurement Integrity (Continuation Sheet), ENTER NONE IF NONE EXIST)

NONE

(4) I agree that, if awarded a contract under this solicitation, the certifications required by subsection 27(e)(1)(B) of the Act shall be maintained in accordance with paragraph (f) of this provision.

x Michael A. Worku

[Signature of the officer or employee responsible for the offer and date]

MICHAEL A. WORKU

[Typed name of the officer or employee responsible for the offer]

\+ Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(End of certification)

(c)(1) For procurements using sealed bidding procedures, the signed

certifications shall be submitted by each bidder with the bid submission except for procurements using two-step sealed bidding procedure (see Subpart 14.5). For those procurements, the certifications shall be submitted with submission of the step two sealed bids. A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(2) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(3) Failure of a bidder to submit the signed certificate with its bid shall render the bid nonresponsive.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation or possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offeror.

(f) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the Contractor. If a Contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for 6 years from the date a certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

(End of provision)

K.4 52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)
(Reference 3.808(a))

K.5 CONFLICT OF INTEREST CERTIFICATION

By signing this bid/offer, the bidder/offeror certifies that the following information is true and correct:

a. Bidder ( ) is (X) is not currently a Government employee.

b. Bidder ( ) is (X) is not the spouse or dependent of a Government employee.

c. Bidder ( ) is (X) is not now nor will be in violation of DOD 5500.7R, Joint Ethics Regulation, as a result of his/her duties under this contract.

K.6 52.204-3 TAXPAYER IDENTIFICATION (MAR 1994)

(a) Definitions.
"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.
"Corporate status," as used in this solicitation provision, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.
"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.
(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the

information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN).

/X/ TIN: 73-11581216.

/_/ TIN has been applied for.

/_/ TIN is not required because:

/_/ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

/_/ Offeror is an agency or instrumentality of a foreign government;

/_/ Offeror is an agency or instrumentality of a Federal, state, or local government;

/_/ Other. State basis. ______________________________

(d) Corporate Status.

/_/ Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;

/X/ Other corporate entity;

/_/ Not a corporate entity;

/_/ Sole proprietorship

/_/ Partnership

/_/ Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent.

/X/ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.

/_/ Name and TIN of common parent:

Name ______________________________

TIN ______________________________

(End of provision)

K.7 52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAY 1989)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are / / are not /X/ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any

Federal agency;

(B) Have / / have not /X/, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are / / are not /X/ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has / / has not /X/, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that

which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

K.8 REFERENCES

Bidders/Offerors shall identify Government and private contracts performed within the last three (3) years, giving the following information for each such contract performed:

| INSTALLATION/ GOVERNMENT AGENCY/ COMMERCIAL FIRM | POINT OF CONTACT AREA CODE & PHONE NO. | CONTRACT # | COMMODITY/ SERVICE | DOLLAR AMT OF CONTRACT |
|---|---|---|---|---|
| U.S.ARMY RESERVE | Larisa Hall 405-442-5053 | DABT39-93-G4081 | CUSTODIAL | 192,000/yr |
| U.S.CUSTOMS | Glen Lewis 405-686-6405 | NONE | CUSTODIAL | 96,000/yr |
| 3M CORP. | Ken Hawkins 405-774-3492 | NONE | CUSTODIAL | 146,472/yr |
| OKC COMMUNITY COLLEGE | Gary Phillips 405-682-7554 | NONE | CUSTODIAL | 132,000/yr |

K.9 252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (SEP 1994)
(Reference 09.104-70)

K.10 52.214-2 TYPE OF BUSINESS ORGANIZATION--SEALED BIDDING (JUL 1987)

The bidder, by checking the applicable box, represents that--

(a) It operates as /X/ a corporation incorporated under the laws of the State of OKLAHOMA, /_/ an individual, /_/ a partnership, /_/ a nonprofit organization, or /_/ a joint venture; or

(b) If the bidder is a foreign entity, it operates as /_/ an individual, /_/ a partnership, /_/ a nonprofit organization, /_/ a joint venture, or /_/ a corporation, registered for business in ________________________.
(country)

(End of provision)

K.11 52.214-14 PLACE OF PERFORMANCE--SEALED BIDDING (APR 1985)

(a) The bidder, in the performance of any contract resulting from this solicitation, /_/ intends, /X/ does not intend [check applicable box] to use one or more plants or facilities located at a different address from the address of the bidder as indicated in this bid.

(b) If the bidder checks "intends" in paragraph (a) above, it shall insert in the spaces provided below the required information:

| Place of Performance (Street Address, City, County, State, Zip Code) | Name and Address of Owner and Operator of the Plant or Facility if Other than Bidder |
|---|---|
| ________________________ | ________________________ |
| ________________________ | ________________________ |

(End of provision)

K.12 52.214-16 MINIMUM BID ACCEPTANCE PERIOD (APR 1984)

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the Government for awarding a contract from the date specified in this solicitation for receipt of bids.

(b) This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The Government requires a minimum acceptance period of 60 calendar days.

(d) In the space provided immediately below, bidders may specify a longer acceptance period than the Government's minimum requirement. The bidder allows the following acceptance period: 60 calendar days.

(e) A bid allowing less than the Government's minimum acceptance period will be rejected.

(f) The bidder agrees to execute all that it has undertaken to do, in compliance with its bid, if that bid is accepted in writing within (1) the acceptance period stated in paragraph (c) above or (2) any longer acceptance period stated in paragraph (d) above.

(End of provision)

(R 2-201(a) Sec. L(xvii) (A) and (B) 1975 MAR)

(R 2-201(b)(xii)(B) 1975 MAR)

(R 1-2.201(a)(15))

K.13 52.219-1 SMALL BUSINESS CONCERN REPRESENTATION (FEB 1995)

(a) Representation. The offeror represents and certifies as part of its offer that it is: /X/ a small business concern, /_/ not a small business concern.

(b) Definition.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in this solicitation.

(c) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of a fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

K.14 52.219-3 WOMEN-OWNED SMALL BUSINESS REPRESENTATION (APR 1984)

(a) Representation. The offeror represents that it /_/ is, /X/ is not a women-owned small business concern.

(b) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.

"Women-owned," as used in this provision, means a small business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

(End of provision)

(R FPR Temp. Reg. 48 1978 DEC)

K.15 252.219-7000 SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION (DoD CONTRACTS) (APR 1994)

(a) Definition. "Small disadvantaged business concern," as used in this provision, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively. In general, 13 CFR Part 124 describes a small disadvantaged business concern as a small business concern--

(1) Which is at least 51 percent unconditionally owned by one or more socially and economically disadvantaged individuals; or

(2) In the case of any publicly owned business, at least 51 percent of the voting stock is unconditionally owned by one or more socially and

economically disadvantaged individuals; and

(3) Whose management and daily business operations are controlled by one or more such individuals.

(b) Representations. Check the category in which your ownership falls--

_____ Subcontinent Asian (Asian-Indian) American (U.S. citizen with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, or Nepal)

_____ Asian-Pacific American (U.S. citizen with origins from Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam, U.S. Trust Territory of the Pacific Islands (Republic of Palau), the Northern Mariana Islands, Laos, Kampuchea (Cambodia), Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, or the Federated States of Micronesia)

__X__ Black American (U.S. citizen)

_____ Hispanic American (U.S. citizen with origins from South America, Central America, Mexico, Cuba, the Dominican Republic, Puerto Rico, Spain, or Portugal)

_____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians, including Indian tribes or Native Hawaiian organizations)

__X__ Individual/concern, other than one of the preceding, currently certified for participation in the Minority Small Business and Capital Ownership Development Program under Section 8(a) of the Small Business Act

_____ Other

(c) Certifications. Complete the following--

(1) The offeror is __X__ is not _____ a small disadvantaged business concern.

(2) The Small Business Administration (SBA) has __X__ has not _____ made a determination concerning the offeror's status as a small disadvantaged business concern. If the SBA has made a determination, the date of the determination was __1-88__ and the offeror--

__X__ Was found by SBA to be socially and economically disadvantaged and no circumstances have changed to vary that determination.

_____ Was found by SBA not to be socially and economically disadvantaged but circumstances which caused the determination have changed.

(d) Penalties and Remedies. Anyone who misrepresents the status of a concern as a small disadvantaged business for the purpose of securing a contract or subcontract shall--

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under

authority of the Small Business Act.

(End of provision)

K.16 52.222-19 WALSH-HEALEY PUBLIC CONTRACTS ACT REPRESENTATION (APR 1984)

The offeror represents as a part of this offer that the offeror is /_/ or is not /X/ a regular dealer in, or is /_/ or is not /X/ a manufacturer of, the supplies offered.

(End of provision)
(41 CFR 50-201.1)

K.17 52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES (APR 1984)

(a) "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(b) By the submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in the contract.

(c) The offeror further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will--

(1) Obtain identical certifications from proposed subcontractors before the award of subcontracts under which the subcontractor will be subject to the Equal Opportunity clause;

(2) Retain the certifications in the files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical

certifications for specific time periods):
NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES.

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract under which the subcontractor will be subject to the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

(End of provision)
(R 7-2003.14(b)(1)(A) 1970 AUG)
(R 1-12.803-10(d))

K.18 52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984)

The offeror represents that--

(a) It /_/ has, /X/ has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It /_/ has, /X/ has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)
(R 7-2003.14(b)(1)(B) 1973 APR)

K.19 52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)

The offeror represents that (a) it /_/ has developed and has on file, /X/ has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it /X/ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(End of provision)
(R 7-2003.14(b) 1979 SEP)
(R 1-12.805-4)

K.20 52.223-1 CLEAN AIR AND WATER CERTIFICATION (APR 1984)

The Offeror certifies that--

(a) Any facility to be used in the performance of this proposed contract is /_/ is not /X/ listed on the Environmental Protection Agency (EPA) List of Violating Facilities;

(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the EPA, indicating that any facility that the Offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The Offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

(End of provision)
(AV 7-2003.71 1977 JUN)
(AV 1-1.2302-1)

K.21 52.223-5 CERTIFICATION REGARDING A DRUG-FREE WORKPLACE (JUL 1990)
(Reference 23.505(a))

K.22 252.225-7000 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM CERTIFICATE (DEC 1991)

(a) Definitions. "Domestic end product," "qualifying country," "qualifying country end product," and "nonqualifying country end product" have the meanings given in the Buy American Act and Balance of Payments Program clause of this solicitation.

(b) Evaluation. Offers will be evaluated by giving preference to domestic end products and qualifying country end products over nonqualifying country end products.

(c) Certifications. (1) The Offeror certifies that--

(i) Each end product, except those listed in paragraphs (c)(2) or (3) of this clause, is a domestic end product; and