(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The Offeror certifies that the following end products are qualifying country end products:

QUALIFYING COUNTRY END PRODUCTS

| Line item No. | Country of origin |
|---|---|
| ________ | ________ |

(List only qualifying country end products.)

(3) The Offeror certifies that the following end products are nonqualifying country end products:

NONQUALIFYING COUNTRY END PRODUCTS

| Line item No. | Country of origin (If known) |
|---|---|
| ________ | ________ |

(End of provision)

K.23 252.225-7003 INFORMATION FOR DUTY-FREE ENTRY EVALUATION (AUG 1992)

(a) Is the offer based on furnishing any supplies (i.e., end items, components, or material) of foreign origin other than those for which duty-free entry is to be accorded pursuant to the Duty-Free Entry--Qualifying Country End Products and Supplies clause of this solicitation?

Yes ( )

No (X)

(b) If the answer in paragraph (a) is yes, answer the following

questions:

(1) Are such foreign supplies now in the United States?

Yes ( )

No ( )

(2) Has the duty on such foreign supplies been paid?

Yes ( )

No ( )

(3) If the answer to paragraph (b)(2) is no, what amount is included in the offer to cover such duty? $_______________

(c) If the duty has not been paid, the Government may elect to make award on a duty-free basis. If so, the offered price will be reduced in the contract award by the amount specified in paragraph (b)(3). The Offeror agrees to identify, at the request of the Contracting Officer, the foreign supplies which are subject to duty-free entry.

(d) Offers will be evaluated on a duty included basis except to the extent that--

(1) The supplies are qualifying country end products as defined in the Buy American Act and Balance of Payments Program clause of this solicitation; or

(2) The duty-free price is specified for use in the evaluation procedure.

(End of provision)

K.24 252.225-7006 BUY AMERICAN ACT--TRADE AGREEMENTS--BALANCE OF PAYMENTS PROGRAM CERTIFICATE (JAN 1994)

(a) Definitions. "Caribbean Basin country end product," "designated country end product," "domestic end product," "NAFTA country end product," "nondesignated country end product," "qualifying country end product," and "U.S. made end product" have the meanings given in the Trade Agreements or Buy American Act and Balance of Payments Program clauses of this solicitation.

(b) Evaluation. Offers will be evaluated by giving preference to U.S. made end products, qualifying country end products, designated country end products, NAFTA country end products, and Caribbean Basin country end products over other end products.

(c) Certifications.

(1) The Offeror certifies that--

(i) Each end product, except the end products listed in paragraph

(c)(2) of this provision, is a domestic end product (as defined in the Buy American Act and Balance of Payments Program clause of this solicitation); and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The Offeror must identify and certify all end products that are not domestic end products.

(i) The Offeror certifies that the following supplies qualify as U.S. made end products but do not meet the definition of domestic end product:

____________________
(insert line item number)

(ii) The Offeror certifies that the following supplies are qualifying country end products:

____________________ ____________________
(insert line item number) (insert country of origin)

(iii) The Offeror certifies that the following supplies qualify as designated country end products:

____________________ ____________________
(insert line item number) (insert country of origin)

(iv) The Offeror certifies that the following supplies qualify as Caribbean Basin country end products:

____________________ ____________________
(insert line item number) (insert country of origin)

(v) The Offeror certifies that the following supplies qualify as NAFTA country end products:

____________________ ____________________
(insert line item number) (insert country of origin)

(vi) The Offeror certifies that the following supplies are other nondesignated country end products.

____________________ ____________________
(insert line item number) (insert country of origin)

(End of provision)

K.25 252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it--

_____ Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

__X__ Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

END OF SECTION K

SECTION L
INSTRS., CONDS., AND NOTICES TO OFFERORS

L.1 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (JUN 1988)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

(End of provision)

L.2 252.204-7001 COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING (DEC 1991)

(a) The Offeror is requested to enter its CAGE code on its offer in the block with its name and address. The CAGE code entered must be for that name and address. Enter CAGE before the number.

(b) If the Offeror does not have a CAGE code, it may ask the Contracting Officer to request one from the Defense Logistics Services Center (DLSC). The Contracting Officer will--

(1) Ask the Contractor to complete section B of a DD Form 2051, Request for Assignment of a Commercial and Government Entity (CAGE) Code;

(2) Complete section A and forward the form to DLSC; and

(3) Notify the Contractor of its assigned CAGE code.

(c) Do not delay submission of the offer pending receipt of a CAGE code.

(End of provision)

L.3 PRE-AWARD SURVEY

A two-part pre-award survey to evaluate the financial and technical capability of the apparent low bidder may be conducted within 10 workdays after bid opening. The following evaluation criteria will be used to determine if the low responsive bidder is responsible to perform the services called for hereunder.

a. Part One of this pre-award survey will be conducted by either the Contracting Officer or the appropriate Defense Contract Administration Service (DCAS) Office, who may contact the bidder to determine his financial capability to perform these services. Current financial statements and pertinent data should be available at that time.

ATTACHMENT A

U.S. DEPARTMENT OF LABOR
WAGE DETERMINATIONS
94-2525 (Rev.4)
dtd 01/03/1995

9 Pages

DABT39-95-B-0026

REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

Alan L. Moss
Director

Division of Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

Wage Determination No.: 94-2525
Revision No.: 4
Date of Last Revision: 01/03/1995

State(s): Oklahoma, Texas

Area: OKLAHOMA COUNTIES OF COMANCHE, COTTON, GREER, HARMON, JACKSON, JEFFERSON, KIOWA, STEPHENS, TILLMAN.
TEXAS COUNTIES OF ARCHER, BAYLOR, CLAY, WICHITA, WILBARGER.

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| **ADMINISTRATIVE SUPPORT AND CLERICAL:** | |
| 01011 Accounting Clerk I | $ 6.46 |
| 01012 Accounting Clerk II | $ 8.00 |
| 01013 Accounting Clerk III | $ 9.40 |
| 01014 Accounting Clerk IV | $ 10.53 |
| 01030 Court Reporter | $ 9.77 |
| 01050 Dispatcher, Motor Vehicle | $ 7.82 |
| 01060 Document Preparation Clerk | $ 7.73 |
| 01090 Duplicating Machine Operator | $ 7.73 |
| 01110 Film/Tape Librarian | $ 9.14 |
| 01115 General Clerk I | $ 6.34 |
| 01116 General Clerk II | $ 7.12 |
| 01117 General Clerk III | $ 7.73 |
| 01118 General Clerk IV | $ 8.68 |
| 01120 Housing Referral Assistant | $ 10.93 |
| 01131 Key Entry Operator I | $ 6.32 |
| 01132 Key Entry Operator II | $ 7.55 |
| 01191 Order Clerk I | $ 8.95 |
| 01192 Order Clerk II | $ 9.77 |
| 01220 Order Filler | $ 8.28 |
| 01261 Personnel Assistant (Employment) I | $ 7.73 |
| 01262 Personnel Assistant (Employment) II | $ 8.68 |
| 01263 Personnel Assistant (Employment) III | $ 9.77 |
| 01264 Personnel Assistant (Employment) IV | $ 10.93 |
| 01270 Production Control Clerk | $ 10.93 |
| 01290 Rental Clerk | $ 8.68 |
| 01300 Scheduler, Maintenance | $ 8.42 |
| 01311 Secretary I | $ 8.68 |
| 01312 Secretary II | $ 9.77 |
| 01313 Secretary III | $ 10.93 |
| 01314 Secretary IV | $ 12.18 |
| 01315 Secretary V | $ 12.89 |
| 01320 Service Order Dispatcher | $ 8.05 |
| 01341 Stenographer I | $ 10.59 |
| 01342 Stenographer II | $ 11.23 |
| 01400 Supply Technician | $ 12.18 |

**ATTACHMENT A**
**DABT39-95-B-0026**

| | | |
|---|---|---|
| 01420 | Survey Worker(Interviewer) | $ 9.77 |
| 01460 | Switchboard Operator-Receptionist | $ 6.80 |
| 01531 | Travel Clerk I | $ 6.40 |
| 01532 | Travel Clerk II | $ 6.81 |
| 01533 | Travel Clerk III | $ 7.15 |
| 01551 | Typist I | $ 7.12 |
| 01552 | Typist II | $ 7.95 |
| 01611 | Word Processor I | $ 7.73 |
| 01612 | Word Processor II | $ 8.68 |
| 01613 | Word Processor III | $ 9.77 |

**AUTOMATIC DATA PROCESSING:**

| | | |
|---|---|---|
| 03010 | Computer Data Librarian | $ 9.43 |
| 03041 | Computer Operator I | $ 7.75 |
| 03042 | Computer Operator II | $ 9.24 |
| 03043 | Computer Operator III | $ 10.98 |
| 03044 | Computer Operator IV | $ 14.39 |
| 03045 | Computer Operator V | $ 15.97 |
| 03071 | Computer Programmer I 1/ | $ 11.62 |
| 03072 | Computer Programmer II 1/ | $ 14.11 |
| 03073 | Computer Programmer III 1/ | $ 17.27 |
| 03074 | Computer Programmer IV 1/ | $ 19.00 |
| 03101 | Computer Systems Analyst I 1/ | $ 14.39 |
| 03102 | Computer Systems Analyst II 1/ | $ 17.96 |
| 03103 | Computer Systems Analyst III 1/ | $ 19.38 |
| 03160 | Peripheral Equipment Operator | $ 9.43 |

**UTOMOTIVE SERVICE:**

| | | |
|---|---|---|
| 05005 | Automobile Body Repairer, Fiberglass | $ 15.02 |
| 05010 | Automotive Glass Installer | $ 13.52 |
| 05040 | Automotive Worker | $ 13.52 |
| 05070 | Electrician, Automotive | $ 15.02 |
| 05100 | Mobile Equipment Servicer | $ 12.02 |
| 05130 | Motor Equipment Metal Mechanic | $ 15.02 |
| 05160 | Motor Equipment Metal Worker | $ 13.52 |
| 05190 | Motor Vehicle Mechanic | $ 15.02 |
| 05220 | Motor Vehicle Mechanic Helper | $ 11.11 |
| 05250 | Motor Vehicle Upholstery Worker | $ 13.44 |
| 05280 | Motor Vehicle Wrecker | $ 13.52 |
| 05310 | Painter, Automotive | $ 14.27 |
| 05340 | Radiator Repair Specialist | $ 13.52 |
| 05370 | Tire Repairer | $ 12.02 |
| 05400 | Transmission Repair Specialist | $ 15.02 |

**FOOD PREPARATION AND SERVICE:**

| | | |
|---|---|---|
| 07010 | Baker | $ 9.38 |
| 07041 | Cook I | $ 8.15 |
| 07042 | Cook II | $ 9.38 |
| 07070 | Dishwasher | $ 6.08 |
| 07100 | Food Service Worker | $ 6.08 |
| 07130 | Meat Cutter | $ 9.38 |
| 07250 | Waiter/Waitress | $ 6.63 |

**FURNITURE MAINTENANCE AND REPAIR:**

| | | |
|---|---|---|
| 09010 | Electrostatic Spray Painter | $ 14.20 |
| 09040 | Furniture Handler | $ 11.04 |
| 09070 | Furniture Refinisher | $ 14.20 |
| 09100 | Furniture Refinisher Helper | $ 11.04 |
| 09110 | Furniture Repairer, Minor | $ 12.58 |
| 09130 | Upholsterer | $ 14.06 |

**General Services and Support Occupations, Transportation, and Miscellaneous:**

| | | |
|---|---|---|
| 11030 | Cleaner, Vehicles | $ 6.08 |
| 11060 | Elevator Operator | $ 6.08 |
| 11090 | Gardener | $ 6.99 |
| 11121 | Housekeeping Aide I | $ 6.08 |
| 11122 | Housekeeping Aide II | $ 6.87 |
| 11150 | Janitor | $ 6.08 |
| 11180 | Laborer | $ 9.50 |
| 11210 | Laborer, Grounds Maintenance | $ 6.63 |
| 11240 | Maid or Houseman | $ 5.65 |
| 11270 | Pest Controller | $ 8.63 |
| 11300 | Refuse Collector | $ 6.08 |
| 11360 | Window Cleaner | $ 6.63 |
| 99740 | Vending Machine Repairer Helper | |

**HEALTH:**

| | | |
|---|---|---|
| 12010 | Ambulance Driver | $ 9.19 |
| 12040 | Emergency Medical Technician | $ 9.09 |
| 12070 | Licensed Practical Nurse | $ 9.09 |
| 12100 | Medical Assistant | $ 8.13 |
| 12130 | Medical Laboratory Technician | $ 8.13 |
| 12160 | Medical Record Clerk | $ 8.13 |
| 12190 | Medical Record Technician | $ 11.26 |
| 12220 | Nursing Assistant | $ 7.24 |
| 12250 | Pharmacy Technician | $ 10.13 |
| 12280 | Phlebotomist | $ 8.13 |
| 12311 | Registered Nurse I | $ 11.26 |
| 12312 | Registered Nurse II | $ 13.77 |
| 12313 | Registered Nurse II, Specialist | $ 13.77 |
| 12314 | Registered Nurse III | $ 16.66 |
| 12315 | Registered Nurse III, Anesthetist | $ 16.66 |
| 12316 | Registered Nurse IV | $ 19.97 |

**INFORMATION AND ARTS:**

| | | |
|---|---|---|
| 13002 | Audiovisual Librarian | $ 12.18 |
| 13011 | Exhibits Specialist I | $ 12.97 |
| 13012 | Exhibits Specialist II | $ 14.49 |
| 13013 | Exhibits Specialist III | $ 16.99 |
| 13041 | Illustrator I | $ 12.97 |
| 13042 | Illustrator II | $ 14.49 |
| 13043 | Illustrator III | $ 16.99 |
| 13050 | Library Technician | $ 9.77 |
| 13071 | Photographer I | $ 11.77 |
| 13072 | Photographer II | $ 13.23 |
| 13073 | Photographer III | $ 14.77 |

| | | |
|---|---|---|
| 13074 | Photographer IV | $ 17.68 |
| 13075 | Photographer V | $ 21.45 |

**LAUNDRY, DRY CLEANING, PRESSING:**

| | | |
|---|---|---|
| 15010 | Assembler | $ 4.94 |
| 15030 | Counter Attendant | $ 4.94 |
| 15040 | Dry Cleaner | $ 6.36 |
| 15070 | Finisher, Flatwork, Machine | $ 4.94 |
| 15090 | Presser, Hand | $ 4.94 |
| 15100 | Presser, Machine, Dry Cleaning | $ 4.94 |
| 15130 | Presser, Machine, Shirts | $ 4.94 |
| 15160 | Presser, Machine, Wearing Apparel, Laundry | $ 4.94 |
| 15190 | Sewing Machine Operator | $ 6.73 |
| 15220 | Tailor | $ 7.12 |
| 15250 | Washer, Machine | $ 5.43 |

**MACHINE TOOL OPERATION AND REPAIR:**

| | | |
|---|---|---|
| 19010 | Machine-tool Operator (Toolroom) | $ 13.44 |
| 19040 | Tool and Die Maker | $ 17.34 |

**MATERIALS HANDLING AND PACKING:**

| | | |
|---|---|---|
| 21010 | Fuel Distribution System Operator | $ 11.85 |
| 21020 | Material Coordinator | $ 11.04 |
| 21030 | Material Expediter | $ 11.04 |
| 21040 | Material Handling Laborer | $ 8.72 |
| 21071 | Forklift Operator | $ 10.95 |
| 21100 | Shipping/Receiving Clerk | $ 9.32 |
| 21130 | Shipping Packer | $ 8.40 |
| 21150 | Stock Clerk | $ 9.05 |
| 21210 | Tools and Parts Attendant | $ 11.04 |
| 21400 | Warehouse Specialist | $ 9.73 |

**MECHANICS AND MAINTENANCE AND REPAIR:**

| | | |
|---|---|---|
| 23010 | Aircraft Mechanic | $ 15.02 |
| 23040 | Aircraft Mechanic Helper | $ 11.04 |
| 23060 | Aircraft Servicer | $ 12.61 |
| 23070 | Aircraft Worker | $ 13.44 |
| 23100 | Appliance Mechanic | $ 14.06 |
| 23120 | Bicycle Repairer | $ 11.84 |
| 23125 | Cable Splicer | $ 15.02 |
| 23130 | Carpenter, Maintenance | $ 14.20 |
| 23140 | Carpet Layer | $ 13.69 |
| 23160 | Electrician, Maintenance | $ 16.65 |
| 23181 | Electronics Technician, Maintenance I | $ 15.54 |
| 23182 | Electronics Technician, Maintenance II | $ 16.36 |
| 23183 | Electronics Technician, Maintenance III | $ 17.34 |
| 23260 | Fabric Worker | $ 12.58 |
| 23290 | Fire Alarm System Mechanic | $ 15.02 |
| 23310 | Fire Extinguisher Repairer | $ 12.61 |
| 23340 | Fuel Distribution System Mechanic | $ 15.02 |
| 23370 | General Maintenance Worker | $ 13.44 |

| | | |
|---|---|---|
| 23400 | Heating, Refrigeration and Air Conditioning Mechanic | $ 15.02 |
| 23430 | Heavy Equipment Mechanic | $ 15.02 |
| 23460 | Instrument Mechanic | $ 15.02 |
| 23500 | Locksmith | $ 14.06 |
| 23530 | Machinery Maintenance Mechanic | $ 15.02 |
| 23550 | Machinist, Maintenance | $ 15.02 |
| 23580 | Maintenance Trades Helper | $ 11.04 |
| 23640 | Millwright | $ 15.02 |
| 23700 | Office Appliance Repairer | $ 14.06 |
| 23740 | Painter, Aircraft | $ 14.45 |
| 23760 | Painter, Maintenance | $ 14.20 |
| 23790 | Pipefitter, Maintenance | $ 15.02 |
| 23800 | Plumber, Maintenance | $ 14.20 |
| 23820 | Pneudraulic Systems Mechanic | $ 15.02 |
| 23850 | Rigger | $ 14.80 |
| 23870 | Scale Mechanic | $ 13.44 |
| 23890 | Sheet-metal Worker, Maintenance | $ 15.02 |
| 23910 | Small Engine Mechanic | $ 13.32 |
| 23930 | Telecommunications Mechanic I | $ 15.02 |
| 23940 | Telecomunications Mechanic II | $ 15.77 |
| 23950 | Telephone Lineman | $ 15.02 |
| 23960 | Welder, Combination, Maintenance | $ 15.02 |
| 23965 | Well Driller | $ 14.80 |
| 23970 | Woodcraft Worker | $ 14.80 |
| 23980 | Woodworker | $ 11.84 |

**PERSONAL NEEDS:**

| | | |
|---|---|---|
| 24570 | Child Care Attendant | $ 7.62 |
| 24600 | Chore Aide | $ 5.65 |
| 24630 | Homemaker | $ 10.61 |

**PLANT AND SYSTEM OPERATION:**

| | | |
|---|---|---|
| 25010 | Boiler Tender | $ 14.80 |
| 25040 | Sewage Plant Operator | $ 14.20 |
| 25070 | Stationary Engineer | $ 15.02 |
| 25190 | Ventilation Equipment Tender | $ 10.95 |
| 25210 | Water Treatment Plant Operator | $ 14.45 |

**PROTECTIVE SERVICE:**

| | | |
|---|---|---|
| 27004 | Alarm Monitor | $ 7.29 |
| 27010 | Court Security Officer | $ 9.13 |
| 27040 | Detention Officer | $ 9.13 |
| 27070 | Firefighter | $ 9.13 |
| 27101 | Guard I | $ 6.51 |
| 27102 | Guard II | $ 9.13 |
| 27130 | Police Officer | $ 9.13 |

**TECHNICAL:**

| | | |
|---|---|---|
| 29020 | Archeological Technician | $ 14.49 |
| 29030 | Cartographic Technician | $ 14.49 |
| 29040 | Civil Engineering Technician | $ 14.49 |
| 29061 | Drafter I | $ 9.31 |
| 29062 | Drafter II | $ 11.54 |
| 29063 | Drafter III | $ 12.97 |
| 29064 | Drafter IV | $ 14.49 |

| | | |
|---|---|---|
| 29070 | Embalmer | $ 13.77 |
| 29081 | Engineering Technician I | $ 9.31 |
| 29082 | Engineering Technician II | $ 11.54 |
| 29083 | Engineering Technician III | $ 12.97 |
| 29084 | Engineering Technician IV | $ 14.49 |
| 29085 | Engineering Technician V | $ 17.68 |
| 29086 | Engineering Technician VI | $ 21.45 |
| 29090 | Environmental Technician | $ 14.39 |
| 29210 | Laboratory Technician | $ 11.21 |
| 29240 | Mathematical Technician | $ 14.49 |
| 29330 | Mortician | $ 13.77 |
| 29390 | Photooptics Technician | $ 14.49 |
| 29480 | Technical Writer | $ 16.99 |
| 29620 | Weather Observer, Senior 2/ | $ 12.19 |
| 29621 | Weather Observer, Combined 2/ Upper Air and Surface Programs | $ 10.98 |
| 29622 | Weather Observer, Upper Air 2/ | $ 10.98 |

**TRANSPORTATION/MOBILE EQUIPMENT OPERATION:**

| | | |
|---|---|---|
| 31030 | Bus Driver | $ 10.50 |
| 31100 | Driver Messenger | $ 9.77 |
| 31200 | Heavy Equipment Operator | $ 15.02 |
| 31290 | Shuttle Bus Driver | $ 9.94 |
| 31300 | Taxi Driver | $ 9.19 |
| 31361 | Truckdriver, Light Truck | $ 9.94 |
| 31362 | Truckdriver, Medium Truck | $ 10.50 |
| 31363 | Truckdriver, Heavy Truck | $ 11.17 |
| 36364 | Truckdriver, Tractor-Trailer | $ 11.17 |

**MISCELLANEOUS:**

| | | |
|---|---|---|
| 99005 | Aircraft Quality Control Inspector | $ 18.16 |
| 99020 | Animal Caretaker | $ 6.99 |
| 99030 | Cashier | $ 6.26 |
| 99040 | Child Care Center Clerk | $ 9.52 |
| 99050 | Desk Clerk | $ 7.62 |
| 99260 | Instructor | $ 14.39 |
| 99300 | Lifeguard | $ 6.80 |
| 99350 | Park Attendant (Aide) | $ 8.57 |
| 99400 | Photofinishing Worker | $ 6.80 |
| 99500 | Recreation Specialist | $ 10.12 |
| 99510 | Recycling Worker | $ 7.60 |
| 99610 | Sales Clerk | $ 6.80 |
| 99630 | Sports Official | $ 6.80 |
| 99658 | Survey Party Chief | $ 12.66 |
| 99659 | Surveying Technician | $ 11.73 |
| 99660 | Surveying Aide | $ 8.57 |
| 99690 | Swimming Pool Operator | $ 8.23 |
| 99720 | Vending Machine Attendant | $ 7.33 |
| 99730 | Vending Machine Repairer | $ 9.18 |
| 99740 | Vending Machine Repairer Helper | $ 7.60 |

**** Fringe Benefits Required For All Occupations Included In This Wage Determination ****

HEALTH & WELFARE: $0.90 per hour or $36.00 per week or $156.00 per month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 4.173)

HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

1/

Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See 29 CFR 4.156)

2/

APPLICABLE TO WEATHER OBSERVERS ONLY - NIGHT PAY & SUNDAY PAY: If you work at night as a part of a regular tour of duty, you will earn a NIGHT DIFFERENTIAL and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

**** UNIFORM ALLOWANCE ****

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and

maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

**** NOTES APPLYING TO THIS WAGE DETERMINATION ****

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by First Supplement December 1993, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This

report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

TECHNICAL EXHIBIT 1

PERFORMANCE REQUIREMENTS SUMMARY (PRS)

(9 Pages)

DABT39-95-B-0026

TECHNICAL EXHIBIT 1

PERFORMANCE REQUIREMENTS SUMMARY (PRS)

1. The purpose of this exhibit is to:

1.1 List the contract requirements considered most critical to acceptable contract performance.

1.2 Show the maximum allowable degree of deviation (Acceptable Quality Level or AQL) from perfect performance for each requirement that will be allowed by the Government before contract performance is considered unsatisfactory.

1.3 Define the procedure the Government will use in reducing the Contractor's monthly payment to the actual value of services received if satisfactory performance is not rendered by the Contractor.

1.4 Explain the quality assurance methods the Government will use to evaluate the Contractor's performance in meeting the contract requirements.

1.5 The Government has identified two distinct characteristics of each task to be performed under this contract - timeliness and quality. Timeliness is affected by not performing at the date and time required, whether it be initial performance or reperformance. Quality is affected by either nonperformance or failure to perform to the specifications of the contract. Reperformance may be directed in the absence of initial performance or as a result of poor performance. The Government has determined that timeliness of initial performance and timeliness of reperformance are critical tasks. When contract surveillance personnel determine that the initial service was not performed at the date and time scheduled, a defect will be counted. If the service was not performed at all or if the quality of performance was not in compliance with contract specifications, the Government may require reperformance. Reperformance also has a timeliness standard. If the timeliness of reperformance is not in compliance with contract specifications, a defect will be counted in connection with that entry on the PRS. Services not in compliance with the quality specifications of the contract shall be reperformed as directed by the Contracting Officer. NOTE: Timeliness standards are applicable to these instances of reperformance. The Contracting Officer may decide that reperformance is of no value to the Government. In those instances, the value of that service will be deducted from the next contract payment.

TECHNICAL EXHIBIT 1 (CONT'D)

2. THE CRITERIA FOR ACCEPTABLE AND UNACCEPTABLE PERFORMANCE IS AS FOLLOWS:

2.1 For Areas Surveilled by Sampling: When the number of defects in the Contractor's performance discovered by the QAE exceeds the allowable number of defects, the Contractor shall be required to complete a Contract Discrepancy Report (CDR). The CDR will require the Contractor to explain, in writing, why performance was unsatisfactory, when performance will be returned to satisfactory levels, and how performance will be returned to acceptable levels, and how recurrence of the problem will be prevented in the future. The Contractor may be required to reperform the services that were unsatisfactorily performed; otherwise, the contract price will be equitable adjusted.

2.2 Other Requirements: The criteria for other nonsampled requirements were derived from estimates of the level of performance deemed acceptable to the Government. The use of the CDR and nonpayment provisions, as described above, applies to these requirements as well.

3. MONTHLY PAYMENT TO THE CONTRACTOR WILL BE REDUCED FOR UNSATISFACTORY PERFORMANCE USING THE FOLLOWING METHODS:

3.1 Each month, Contractor performance will be compared to contract standards and acceptable quality levels using the Quality Assurance Surveillance Plan.

3.2 If the performance in any required service is unsatisfactory, and the performance is the fault of the Contractor, Contractor monthly payments will be reduced. The payment deduction methodology is shown below.

4. THE AMOUNT TO BE PERMANENTLY DEDUCTED FOR UNSATISFACTORY PERFORMANCE WILL BE COMPUTED AS FOLLOWS:

4.1 For areas surveilled by sampling, total monthly contract price times the percentage of the function represented by the required service (Column 6 of the Performance Requirements Summary) times the percentage of the sample found defective equals the deduction.

Example:

If: Timeliness of Routine work is unsatisfactory (AQL of 10% exceeded)

TECHNICAL EXHIBIT 1 (CONT'D)

And: Contract price is $10,000 per month

And: Deduct percentage shown in Column 6 is 30%

And: Sample Size is 200 per month

And: The number of defects found is 30 (reject number is 10)

Then: Deduction from the current month's invoice is:

| | |
|---|---|
| Contract Price Per Month = | $10,000 |
| x Deduct Percentage = | .30 |
| | $ 3,000 |
| x Percent of Sample Defective (30/200) = | .15 |
| Deduction Amount = | $ 450 |

4.2 When areas are surveilled by random sampling, tasks either pass or fail, at the time of inspection, and defects will be counted.

4.3 Customer complaints and deliverables monitoring will be accomplished as appropriate. A customer complaint by itself will not count as a defect. However, a customer complaint can be used to substantiate prior or subsequent findings by a Quality Assurance Evaluator and to generate a requirement for reperformance.

5. For areas not surveilled by sampling the applicable percentage of the monthly contract price as indicated in TE 1 will be deducted.

If: Service quality does not meet contract specifications after reperformance <u>OR</u> the Contracting Officer determines that it is not in the best interest of the Government to direct reperformance (e.g., damp mopping performed after duty hours is determined to not be in compliance with specifications at 7:30 a.m. the following morning via validated customer complaint or planned sampling. The Contracting Officer determines that reperformance is of no value to the Government because the floor will be mopped again that evening as part of the routine service.)

Then: The value of the applicable tasks will be deducted from the contract payment as services not received.

TECHNICAL EXHIBIT 1 (CONT'D)

EXAMPLE:

If: The total value of the contract is $10,000,

If: Damp mopping equals 10% of the value of performance of the contract

And: 100 possible points are available for the damp mopping task during the evaluation period,

And: The value of the points associated with the tasks to not be reperformed is 50 or 50% of the total possible points,

Then:

$.10 \times .50 \times \$10{,}000 = \$500$

6. During the first month of the contract (not option periods) a larger error rate (AQL) may be allowed for some areas to recognize normal phase-in problems. The figures contained in parenthesis in the sixth column of the Performance Requirements Summary Chart are the AQL's that will be used during the phase-in period to determine satisfactory or unsatisfactory performance and any deductions.

7. The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in this solicitation. Specifically, the Government reserves the rights under the Inspection of Services Clause. Any deductions shall reflect the reduced value of services performed. The Contractor shall not be relieved of full performance of the services.

TECHNICAL EXHIBIT 1 (CONT'D)

PERFORMANCE REQUIREMENTS SUMMARY CHART

| REQUIRED SERVICE | CONTRACT PARAGRAPH | STANDARD | METHOD OF SURVEILLANCE | DEFECTS PER 100 | DEDUCT % AMOUNT |
|---|---|---|---|---|---|
| 1. Routine Work (Timeliness) | C.5.3 | The Contractor shall perform tasks at the day and time specified. | Random Sampling | 2.5% (4) | 30% |
| 2. Reperformance Routine Work Resulting From Random Sampling (Timeliness) | C.5.3 | The Contractor shall reperform tasks within 4 hours of notification. | 100% Inspection | 1% (2) | 5% |
| 3. Reperformance Routine Work Resulting From Customer Complaint and Planned Sampling (Timeliness) | C.5.3 | The Contractor shall reperform tasks within 4 hours of notification. | 100% Inspection | 1% (2) | 5% |

TECHNICAL EXHIBIT 1 (CONT'D)

INSPECTION OF SERVICES

| REQUIRED SERVICE | CONTRACT PARAGRAPH | STANDARD | DEDUCTION FROM CONTRACT PRICE FOR EXCEEDING AQL |
|---|---|---|---|
| Employee ID Badges | C.1.6 | Employee badges shall be supplied and worn ICW referenced paragraph. | 1% |
| Quality Control Program | C.1.19.1 | Quality control shall be ICW referenced paragraph. | 1% |
| Occupa-tional Safety and Health | C.1.19.6 | Safety program shall be ICW referenced paragraph. | 1% |
| Key Control | C.1.20 | Key control shall be ICW referenced paragraph. | 1% |
| Trash Removal | C.5.3.1 | Empty waste baskets, cigarette butt receptacles, and trash containers and return to initial location. Replace soiled or torn plastic liners. Trash shall be disposed of in plastic bags. Boxes and paper placed near trash receptacles marked "trash" shall be removed. | 3% |
| Washing of Receptacles/ Containers | C.5.3.2 | The exterior of designer/closed system trash receptacles/containers shall be damp wiped. Wet spills in the interior shall be removed. Container in latrines shall be washed/wiped with a germicidal detergent. | 2% |

TECHNICAL EXHIBIT 1 (CONT'D)

| REQUIRED SERVICE | CONTRACT PARAGRAPH | STANDARD | DEDUCTION FROM CONTRACT PRICE FOR EXCEEDING AQL |
|---|---|---|---|
| Sweep, Dust Mop or Vacuum Floors | C.5.3.3<br>C.5.3.3.1 | After sweeping, dust mopping or vacuuming floors, there shall be no litter on floors, behind radiators, behind doors, in corners, under desks, on stair landings or steps, or under furniture. Chairs, trash cans, and other easily movable items shall be tilted or moved for access to floor. Spots shall be removed as soon as noticed. Carpets shall be free of embedded grit and soil. | 4% |
| Damp Mop Floor | C.5.3.3.2 | After damp mopping, floor shall have a uniform appearance with no streaks, swirl marks, boot black marks, detergent residue, or other removable soil. There shall be no splashing on baseboards, furniture, or walls. There shall be no mop strands left in the area. | 4% |
| Walk-Off/ Entrance Mat | C.5.3.5 | Carpet type mats shall be vacuumed to remove grit and soil. Rubber/polyester mats shall be swept, vacuumed or hosed down (outside) to remove grit or soil. Soil or moisture underneath mats shall be removed. | 4% |
| Interior Glass Cleaning | C.5.3.6 | Remove smudges, tape, oily film and other removable soil from glass doors (entrance and interior), walls, partitions, display cases, pictures, and other glass areas (includes both surfaces) except display cases and pictures. Spills and splashes to adjacent areas shall be removed. | 2% |

TECHNICAL EXHIBIT 1 (CONT'D)

| REQUIRED SERVICE | CONTRACT PARAGRAPH | STANDARD | DEDUCTION FROM CONTRACT PRICE FOR EXCEEDING AQL |
|---|---|---|---|
| Regular Dusting | C.5.3.7 | After dusting, there shall be no dust, lint, cobwebs, litter or dry soil on horizontal surfaces such as chairs, table tops, cabinets, ledges, window sills, radiators, sofa/couches, return air grilles in walls, doors, and stair rails, from the floor surface to a height of 7 feet. The Contractor shall not dust office desks. | 2% |
| Clean Drinking Fountains | C.5.3.8 | Remove trash, streaks, smudges, and other soil with a disinfectant detergent from porcelain and metal surfaces to include the orifice, drain, and cabinet. | 2% |
| Cl[illegible]n Cl[illegible]kboards, Greaseboards, and Liquid Chalk Writing Systems, Trays, and Tracks | C.5.3.9 | Unless marked "Do Not Erase," remove writing, dust, streaks, marks, and smudges from the chalkboards, greaseboards, and liquid chalk writing systems, surface, trays, and tracks. Chalk dust on areas immediately adjacent to chalkboards shall be removed. | 4% |
| Clean and Descale Toilet Bowls, Commodes and Urinals | C.5.3.10 | After descaling, toilet bowls, commodes, and urinals shall be free of scale, scum, mineral deposits, and rust stains and shall appear clean and free of other removable soil. | 3% |
| Clean and Resupply Latrines, Shower and Locker Rooms | C.5.3.10 | Cleaning shall be ICW paragraphs specified in C.5.3.10 through C.5.3.10.6 | 3% |
| Spot Clean | C.5.3.11 | Remove smudges, fingerprints marks, streaks, and stains from washable surfaces of walls, partitions, doors, and fixtures. | 3% |

TECHNICAL EXHIBIT 1 (CONT'D)

| REQUIRED SERVICE | CONTRACT PARAGRAPH | STANDARD | DEDUCTION FROM CONTRACT PRICE FOR EXCEEDING AQL |
|---|---|---|---|
| Spray-Buff | C.5.3.12 | **Spray-buff areas accessible to floor machine every two weeks. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.** | **1%** |
| Project Work | C.5.4 | **Project work shall be performed ICW paragraphs C.5.4 through C.5.4.5** | **10%** |

TECHNICAL EXHIBIT 2

DELIVERABLES (REPORTS)

(3 Pages)

DABT39-95-B-0026

TECHNICAL EXHIBIT 2

DELIVERABLES (REPORTS)

| Reference | Title | Format | Required Date | Number of Cys | Dist |
|---|---|---|---|---|---|
| C.1.5 | Project Manager and Alternate | Contractor's Choice | 10 calendar days prior to start date and 24 hours in advance of any change. | 2 | 1-KO<br>1-File |
| C.1.11 | Facility Access Report | Contractor's Choice | Verbal within 30 minutes and written report by COB of next workday following completion of inspection. | 2 | 1-KO<br>1-File |
| C.1.14 | Adjustment Document | Report of Survey | Within 5 workdays of discovery of lost, damaged, or destroyed property. | 4 | 3-KO<br>1-File |
| C.1.16 | Accident Report | Contractor's Choice | Verbal within 4 hours of occurrence. Written report within 3 workdays of occurrence. | 2 | 1-KO<br>1-File |
| C.1.19<br>C.1.19.1<br>C.1.19.2<br>C.1.19.3<br>C.1.19.4<br>C.1.19.5<br>C.1.19.6 | Management Plan<br>Quality Control Plan<br>Energy Conservation Plan<br>Physical Security Plan<br>Fire Prevention & Protection Plan<br>Environmental Protection Plan<br>Occupational Safety & Health Plan | Contractor's Choice | 15 calendar days prior to contract start date and within 3 work days before any change. | 2 | 1-KO<br>1-File |
| C.1.20 | Key Custodian | Contractor's Choice | NLT 15 calendar days prior to contract start date and within 24 hours before any change. | 2 | 1-KO<br>1-File |

TECHNICAL EXHIBIT 2 (CONT'D)

| Reference | Title | Format | Required Date | Number of Cys | Dist |
|---|---|---|---|---|---|
| C.1.20.3 | Lost Key Report | Contractor's Choice | Telephonically with 30 minutes after discovery of loss; written report by COB the next workday. | 2 | 1-KO 1-File |
| C.1.21 | Phase-In Plan | Contractor's Choice | 15 calendar days prior to contract start date. | 2 | 1-KO 1-File |
| C.1.23 | Performance Evaluation Meeting | Contractor's Choice | Within 24 hours after non-concurrence of minutes. | 1 | 1-KO 1-File |
| C.1.28 | Labor Report | Contractor's Choice | First regular workday of each month. | 2 | 1-KO 1-File |
| C.1.29 | Daily Work Report | Contractor's Choice | Each work day, Monday through Friday. Between 7:30 a.m. and 8:00 a.m.with a verbal report. | 1 | 1-KO |
| C.3.7 | Facilities Engineering Work Request | DA Form 4283 | Within 1 work day after requirement is identified and within 2 hours after such request are made. | 1 | 1-DEH Inspect-ion |
| C.4.2 | Equipment List | Contractor's Choice | NLT 10 calendar days prior to contract start date and within 5 calendar days prior to any changes. | 2 | 1-KO 1-File |
| C.4.3.1 | Samples of Liquid Type Materials | Contractor's Choice | NLT 15 calendar days prior to contract start date. | | 1-KO |

TECHNICAL EXHIBIT 2 (CONT'D)

| Reference | Title | Format | Required Date | Number of Cys | Dist |
|---|---|---|---|---|---|
| C.4.6 | Supplies | Contractor's Choice | NLT 10 calendar days prior to contract start date and within 5 working days before any change. | 1 | 1-KO |
| C.5.2 | Work Schedule | FS Form 638-R | NLT 15 calendar days prior to contract start date and NLT 10 workdays prior to change. | 3 | 3-KO |
| C.5.4 | Project Work | FS Form 638-R | Between 7:30 a.m. and 8:00 a.m. the following workday after completion of the project work. | 2 | 1-KO<br>1-File |

TECHNICAL EXHIBIT 3
WORKLOAD

TASK AND FREQUENCY CHART

(4 Pages)

DABT39-95-B-0026

# TECHNICAL EXHIBIT 3
## WORKLOAD
## TASK AND FREQUENCY CHART

1. Bid items receive custodial services as indicated below:

<u>DAILY</u>
Trash Removal
Sweep, Dust Mop
Damp Mop
Descale Toilet Bowls/Commodes and Urinals
Clean and Resupply Latrines, Shower/Locker Rooms

<u>TWICE WEEKLY</u>
Vacuum Carpets, Rugs, Walk-off/Entrance Mats
Clean Drinking Fountains
Spot Clean

<u>WEEKLY (W)</u>
Washing of Trash Receptacles/Containers
Clean Chalkboards and Liquid Chalk Writing Systems, Trays, and Tracks

<u>EVERY 2 WEEKS (2M)</u>
Regular Dusting
Interior Glass Cleaning
Spray Buffing

<u>*PROJECT WORK</u>
Stripping and Rewaxing
Shampooing Carpets
High Dusting
Dust Venetian Blinds
Clean Upholstered Furniture

1.1 Services indicated by asterisk in the above chart, will be a separate bid item to be purchased as needed by square foot. Notification of need shall be as specified in C.5.4.

2. Buildings listed below at Schedule One shall have two day week routine custodial service, Tuesday and Friday. Bid Items 0001AA, 0002AA, 0003AA,0004AA, and 0005AA.

2.1 Buildings listed below at Schedule Two shall have five day week service for toilet/shower rooms only, Monday through Friday. Bid Items 0001AB, 0002AB, 0003AB, 0004AB, and 0005AB.

TECHNICAL EXHIBIT 3 (CONT'D)
WORKLOAD
TASK AND FREQUENCY CHART

| BLDG | TYPE OCCUPATION | SCHEDULE ONE SQ FT | SCHEDULE TWO SQ FT | SCHEDULE |
|---|---|---|---|---|
| 160 | Latrine | 0 | 165 | D |
| 207 | Admin | 16,095 | 494 | N |
| 208 | Latrine | 0 | 347 | D |
| 210 | Admin | 14,837 | 1,391 | N |
| 260 | Admin | 3,834 | 225 | N |
| 266 | Admin | 33,324 | 260 | N |
| 335 | Latrine | 0 | 160 | D |
| 340 | Latrine | 0 | 97 | D |
| 367 | Latrine | 0 | 60 | D |
| 435 | Latrine | 0 | 114 | D |
| 436 | Latrine | 0 | 170 | D |
| 441 | Latrine | 0 | 71 | D |
| 455 | Admin | 37,425 | 784 | N |
| 461 | Admin | 12,614 | 760 | D |
| 462 | Admin | 27,215 | 1,110 | D/N |
| 463 | Admin | 8,656 | 1,014 | D |
| 467 | Admin | 3,892 | 161 | D |
| 652 | Admin | 11,164 | 1,006 | D |
| 745 | Stu Post Office | 2,371 | 230 | D |
| 746 | Admin | 4,207 | 216 | N |
| 747 | Admin | 3,407 | 174 | D |
| 750 | Admin | 31,061 | 1,311 | D/N |
| 755 | Admin | 3,518 | 168 | D |
| 756 | Admin | 2,788 | 171 | D |
| 758 | Admin | 4,211 | 333 | N |
| 759 | Admin | 4,759 | 300 | N |
| 761 | Admin | 1,929 | 187 | D |
| 811 | Admin | 2,291 | 444 | N |
| 922 | Admin | 7,524 | 192 | D |
| 930 | Post Locator | 1,749 | 155 | D |
| 954 | Admin | 1,041 | 40 | D |
| 1005 | Chapel | 6,192 | 119 | D |
| 1273 | Latrine | 0 | 500 | D |
| 1607 | Admin | 7,004 | 1,007 | D |
| 1640 | Nye Library | 20,834 | 404 | N (Mo&Fr) |
| 1643 | Admin | 0 | 240 | N |
| 1645 | Admin | 3,244 | 256 | D |
| 1651 | Admin | 12,179 | 730 | D |
| 1655 | Admin | 43,867 | 2,317 | D/N |
| 1670 | Admin | 0 | 70 | D |
| 1721 | Admin | 1,363 | 0 | D |
| 1803 | Admin | 7,944 | 230 | D |
| 1935 | Admin | 0 | 450 | D |
| 1941 | Conf Room | 1,120 | 0 | N |

TECHNICAL EXHIBIT 3 (CONT'D)
WORKLOAD
TASK AND FREQUENCY CHART

| | | | | | |
|---|---|---|---|---|---|
| 1945 | Admin | 5,284 | 363 | N | |
| 1946 | Computer | 1,984 | 88 | D | |
| 1950 | Admin | 15,415 | 518 | N | |
| 2026 | Admin | 1,146 | 63 | N | |
| 2036 | Admin | 697 | 660 | D | |
| 2181 | Admin | 2,086 | 217 | D | |
| 2285 | Oil Lab | 1,565 | 132 | D | |
| 2582 | Classroom | 2,011 | 49 | N | |
| 2583 | Admin | 667 | 109 | D | |
| 2584 | Admin | 2,370 | 42 | N | |
| 2586 | Admin | 3,156 | 128 | N | |
| 2587 | Admin | 3,142 | 162 | N | |
| 2588 | Classroom | 3,107 | 112 | N | |
| 2589 | Admin | 1,302 | 60 | D | |
| 2591 | Classroom | 3,986 | 140 | N | |
| 2592 | Admin | 3,795 | 141 | D | |
| 2593 | Admin | 2,677 | 96 | D | |
| 2595 | Admin | 2,584 | 108 | D | |
| 2596 | Classroom | 3,190 | 104 | N | |
| 2607 | Admin | 5,900 | 385 | N | |
| 2608 | Admin | 5,429 | 232 | N | |
| 2719 | Admin | 850 | 131 | D | |
| 2751 | Admin | 1,846 | 182 | D | |
| 2770 | Admin | 2,913 | 208 | D | |
| 2771 | Admin | 3,758 | 208 | D | |
| 2773 | Admin | 1,831 | 224 | D | |
| 2774 | Classroom | 2,728 | 234 | N | |
| 2778 | Admin | 1,511 | 73 | N | |
| 2800 | Admin | 4,137 | 224 | D | |
| 2865 | Classroom | 3,151 | 73 | N | |
| 2866 | Classroom/Admin | 2,459 | 220 | N | |
| 2867 | Admin | 2,043 | 145 | N | |
| 2868 | Admin | 2,496 | 172 | N | |
| 2869 | Admin | 2,528 | 188 | N | |
| 2870 | Admin | 2,434 | 126 | N | |
| 2871 | Admin | 2,640 | 193 | D | |
| 2874 | Admin | 2,416 | 192 | D | |
| 2875 | Admin | 2,929 | 71 | D | |
| 2912 | Admin | 1,159 | 77 | D | (Tu&Th) |
| 2927 | Admin | 1,243 | 90 | D | |
| 2930 | Admin | 851 | 27 | N | |
| 2936 | Admin | 966 | 88 | D | |
| 2943 | Admin | 3,281 | 300 | D | |
| 2951 | Admin | 2,345 | 180 | D | |
| 3003 | Admin | 2,600 | 104 | N | |

TECHNICAL EXHIBIT 3 (CONT'D)
WORKLOAD
TASK AND FREQUENCY CHART

| | | | | | |
|---|---|---|---|---|---|
| 3168 | Admin | 5,359 | 262 | N | |
| 3224 | Admin | 4,188 | 48 | N | |
| 3234 | Classroom | 5,805 | 48 | N | |
| 3280 | Chapel | 7,065 | 300 | D | (Mo&Fr) |
| 3323 | Admin | 4,189 | 221 | D | |
| 3354 | Admin | 1,759 | 342 | D | |
| 4010 | Admin | 2,332 | 128 | D | |
| 4068 | Admin | 2,341 | 128 | D | |
| 4069 | Admin | 2,355 | 128 | D | |
| 4070 | Admin | 2,360 | 128 | D | |
| 4121 | Admin | 14,833 | 674 | D | (Mo&Fr) |
| 4302 | Admin | 2,780 | 30 | D | |
| 4907 | Tower Opns/Admin | 7,234 | 276 | N | |
| 5020 | Classroom | 2,200 | 130 | D | |
| 5030 | Admin | 17,232 | 1,114 | D | |
| 5033 | Admin | 4,598 | 224 | D | (Tu&Th) |
| 5046 | Classroom | 1,416 | 65 | N | |
| 5047 | Admin | 3,450 | 150 | N | |
| 5048 | Admin | 3,796 | 150 | N | |
| 5049 | Admin | 4,292 | 150 | N | |
| 5215 | Latrine | 0 | 96 | D | |
| 5219 | Classroom | 1,440 | 0 | D | |
| 5637 | Admin | 1,610 | 170 | N | |
| 5639 | Admin | 7,472 | 455 | N | |
| 5676 | Admin | 2,626 | 0 | N | |
| 5678 | Admin | 3,048 | 120 | D | |
| | TOTAL | 556,657 | 31,809 | | |

TECHNICAL EXHIBIT 4

TASK AND FREQUENCY SCHEDULE

(1 Page)

DABT39-95-B-0026

TECHNICAL EXHIBIT 4

TASK AND FREQUENCY SCHEDULE

BUILDING NUMBER ____________ BID ITEM ____________ NIGHT-DAY

D=DAILY
W=WEEKLY
M=MONTHLY
AO=AS ORDERED
2M=EVERY TWO WEEKS

| ROUTINE WORK | M | T | W | TH | F | S | SU | PROJECT WORK | |
|---|---|---|---|---|---|---|---|---|---|
| TRASH REMOVAL (D) | | | | | | | | SPRAY-BUFFING (2M) | |
| WASHING OF TRASH RECEPTACLES & CONTAINERS (M) | | | | | | | | STRIP AND REWAX | AO |
| SWEEP, DUST, MOP (D) | | | | | | | | CARPET SHAMPOO | AO |
| DAMP MOP (D) | | | | | | | | DUST VENETIAN BLINDS | AO |
| VACUUM CARPETS/RUGS (D) | | | | | | | | HIGH DUSTING | AO |
| INTERIOR GLASS CLEANING (2M) | | | | | | | | CLEAN UPHOLSTERED FURNITURE | AO |
| REGULAR DUSTING (2M) | | | | | | | | | |
| CLEAN DRINKING FOUNTAIN (D) | | | | | | | | | |
| CLEAN CHALKBOARDS (M) | | | | | | | | | |
| WALK-OFF/ENTRANCE MATS (D) | | | | | | | | | |
| SPOT CLEAN (D) | | | | | | | | | |
| CLEAN AND RESUPPLY LATRINES SHOWERS/LOCKER ROOMS (D) | | | | | | | | | |
| DESCALE TOILET BOWLS/ COMMODE & URINALS (D) | | | | | | | | | |
| SPRAY BUFFING (2M) | | | | | | | | | |
| | | | | | | | | | |

NOTE:
BUILDING OCCUPANTS REGISTER COMPLAINTS TO MONITOR

NAME: ____________

PHONE: ____________

NOTE:
CONTRACTOR SHALL SCHEDULE WORK OTHER THAN DAILY

FS FORM638-R
REVISED OCT '88



DABT39-95-B-0026

TECHNICAL EXHIBIT 5

TOOLS

(1 Page)

DABT39-95-B-0026

# TECHNICAL EXHIBIT 5

## TOOLS

Spray Bottles
Sponges
Dust Mops
Wet Mops
Putty Scrapers
Dust Pans
Mop Buckets and Wringers
Toilet Bowl Mops
Rubber Gloves
Push Brooms
Radiator Brushes
Vacuum Cleaner (upright)
Floor Machine (buffer)
Snow Shovels

TECHNICAL EXHIBIT 6

SUPPLY ITEMS

(1 Page)

DABT39-95-B-0026

# TECHNICAL EXHIBIT 6

## SUPPLY ITEMS

<u>SUPPLY ITEMS</u>

Estimated monthly usage of supply items is as follows:

| | | |
|---|---|---|
| Towel, Paper; Single Fold 5-1/2" Depth | 3,622 | Pks |
| Towel, Paper; Multi-Fold 3-1/2" Depth | 565 | Pks |
| Towel, Paper; 400 Ft Roll | 200 | Rolls |
| Tissue, Toilet, Single Ply, 1000 Sht | 1,585 | Rolls |
| Bag, Plastic, 10 Gallon | 4,285 | Each |
| Bag, Plastic, 32 Gallon | 2,571 | Each |
| Soap, Liquid, Toilet | 2 | Gallons |
| Soap, Toilet, 2-oz. Cake | 5,785 | Cakes |
| Carpet Cleaner | 10 | Gallons |
| Spot Remover | 1 | Gallon |
| Floor Stripper | 10 | Gallons |
| Floor Was | 10 | Gallons |
| Floor Machine Pads | 7 | Pads |

TECHNICAL EXHIBIT 7

FLOOR PLANS

(150 Pages)

DABT39-95-B-0026

# TECHNICAL EXHIBIT 8

## STANDARDS FOR CUSTODIAN AND HOUSEKEEPING SERVICES OF GOVERNMENT-FURNISHED FACILITY

(2 Pages)

# TECHNICAL EXHIBIT 8

## STANDARDS FOR CUSTODIAN AND HOUSEKEEPING SERVICES OF GOVERNMENT-FURNISHED FACILITY

1. The Contractor shall maintain cleanliness in accordance with the following criteria:

a. Carpets and rugs are free of all visible litter, soil, and embedded grit, contain no heavy stains, and are vacuumed in such a way that the carpet pile presents a uniform appearance.

b. Floors in office areas are free of dust, dry soil, litter, scuff marks, heel marks, and other stains, and present a uniform appearance with no streaks, swirl marks, detergent residue, or mop strands.

c. Floors in warehouse areas are free of debris and heavy accumulations of dirt.

d. Drinking fountains are free of streaks, stains, spots, smudges, scale, and other obvious removable soil.

e. Office furniture surfaces have a uniform appearance, free of streaks, smudges, dust, lint and litter.

f. Glass surfaces (excluding exterior windows), walls, and partitions present a clean, uniform appearance, free of streaks, spots and other evidence of removable soil.

g. Storage bins, warehouse shelving, and work benches are free of debris and heavy accumulations of dirt.

h. Sinks are free of stains, streaks, spots, smudges, scale, and other obvious soil.

i. Commodes and urinals are clean and free of streaks, stains, scale, scum, mineral deposits, rust stains and other obvious removable soil.

j. Bathroom floors present a clean, uniform appearance with no streaks, stains, swirl marks, detergent residue, or evidence of soil.

k. All trash, waste, debris and litter are removed

TECHNICAL EXHIBIT 8 (CONT'D)

from the work area and placed in proper trash receptacles or dumpsters.

1. Wastebaskets contain plastic liners which are not obviously soiled or torn. The exteriors of wastebaskets are free of evident soil, and the interiors are free of wet spills and garbage.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 2

2. AMENDMENT/~~MODIFICATION~~ NO. 0001

3. EFFECTIVE DATE 05/19/95

4. REQUISITION/PURCHASE REQ. NO. W44DQ7-5060-N192

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE
DIRECTORATE OF CONTRACTING
CONTRACT SPT DIV, ATZR-QD
P.O. BOX 33189 BLDG 1950
FORT SILL, OK 73503-0189
RAMON RODRIGUEZ A25(405)442-5351

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
DEEP CLEAN INDUSTRIES, INC.
P.O. Box 20893
1528 Linwood
Oklahoma City, OK 73156

(✓) X 9A. AMENDMENT OF SOLICITATION NO. DABT39-95-B-0026

9B. DATED (SEE ITEM 11) 05/19/95

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [XX] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 3 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓)

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/~~MODIFICATION~~ (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CUSTODIAL SERVICES, FORT SILL, OK

See attached page for amended items.

BIDDERS ATTENTION IS INVITED TO BLOCK 11 ABOVE REQUIRING ACKNOWLEDGEMENT OF THIS AMENDMENT

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
MICHAEL A. WORKU, PRESIDENT

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR
X Michael A- Worku
(Signature of person authorized to sign)

15C. DATE SIGNED 6/14/95

16B. UNITED STATES OF AMERICA
BY ______________________
(Signature of Contracting Officer)

16C. DATE SIGNED

SF 30 CONTINUATION SHEET

1. The purpose of this amendment is to delete three clauses.

2. Delete in Section I, the clauses listed below:

a. Page I-6, paragraph I.26 - Clause 252.217-7026 IDENTIFICATION OF SOURCES OF SUPPLY (DEC 1991);

b. Page I-12, paragraph I.56 - Clause 252.231-7000 SUPPLEMENTAL COST PRINCIPLES (DEC 1991);

c. Page I-12, paragraph I.59 - Clause 52.232-9 LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984) (pen and ink the changes).

3. All other specifications remain the same.