73503-0189

November 24, 1997

Directorate of Contracting

Pure Service Corporation
PO Box 20893
Oklahoma City, OK 73156-0893

Dear Mr. Worku:

Reference contract number DABT39-95-C-4021, Custodial Services, Fort Sill, Oklahoma.

It has come to my attention that the latrines serviced under this contract are not being stocked sufficiently. We have received numerous complaints concerning this problem, especially from facilities with large concentrations of personnel.

I would like to remind you that paragraph C.5.3.10.2 of your contract states that "Latrines shall be stocked so that supplies do not run out before the next scheduled service is due."

Please respond with the action(s) you intend to take to correct these deficiencies. If this continues to be a problem, I will have no option but to consider issuing a Contract Discrepancy Report (CDR) which could include a deduction in the contract payment.

Feel free to contact me or Laurie Wheeler at (580) 442-3225 or 442-4315 if you have any further questions.

Sincerely,

Sharel S. McAdoo
Contracting Officer

Copy Furnished: DPW, Construction Branch
(Mr. Hovis)

EXHIBIT
12

ATZR-EEC

19 Nov 1997

Sharel

MEMORANDUM FOR DOC, Contract Support Division/ATTN: Sharel McAdoo

SUBJECT: Contract DABT39-95-C-4021 - Custodial Contract

1. The restocking of supplies at latrines has become a problem installation-wide. Our office presently receives numerous complaints on a daily basis, especially from facilities with large concentrations of personnel.

2. Request that the Contractor be reminded of the provisions of paragraph C.5.3.10.2 of the above referenced contract. Point of contact regarding this matter is Steve Hovis, Inspector, DPW, 442-5582.

JERRY A. ROBERTS
C, Construction Branch
Engineering Division, DPW