## Wheeler, Laurie

**To:** Smith, Nancy
**Cc:** Hovis, Larry; McAdoo, Sharel
**Subject:** RE: Supplies

The Contractor uses the following average number of supplies each month: (I've included prices because he just gave them to me again this morning. I don't know if they are different than the ones I gave you before.)
Toilet paper - 13 cases ($36.40/cs)
Rolled towels - 8 cases ($20/cs)
Single fold towels - 38 cases ($14/cs)
Multi-fold towels - 12 cases ($15/cs)
Trash bags, large - 3 1/2 to 4 cases ($16/cs)
medium - 3 cases ($15.50/cs)
small - 2 cases ($12/cs)
Plastic gloves - 2 cases (100 per case @ $8.50 per case)
Dust mop oil - $10.64/gal (a gallon lasts a long time)
Toilet bowl cleaner - 2 cases ($14.05 per case) (12 pints/case)
Spray buff cleaner - 2 gal. ($5.52/gal.)
General purpose cleaner - 2 gal. ($4.15 per gal.) (1 gal. makes 5 gal.)
Windex - 1/2 pint ($7.62 per 1/2 pint) (1/2 pint makes 5 gal.)
Bar soap - 1 case ($40.00 per case) (200 bars per case)
Liquid Hand Soap - 5 gal ($5 per gal)
Carpet shampoo ($5.50 per gal.) depends on how much carpet shampooing we order under project work
Wax - depends on how much we order also ($50.70 per case) (5 gal. per case) (1500 sq ft/gal.)

The project manager confirmed that they spend $1,500 per month for supplies. I asked about the vacuum cleaner bags. He said that they don't use paper disposable bags like we do at home. Their vacuums come with a cloth bag. They just empty the bags when they get full and then reuse. The bags last approximately one year. Replacement cost is $8 to $9 each.

I sent your message to Steve Hovis in case he wants to add anything. (His e-mail is "Hovis, Larry". I will be here today and won't be back until the 26th of May. I will be here until 3:00 today, so if you need anything else, let me know.

---------

**From:** Smith, Nancy
**Sent:** Wednesday, May 13, 1998 8:11 AM
**To:** Wheeler, Laurie
**Subject:** Supplies

Laurie, I noticed in your list of concerns that you had shown the cost of the prisoner-cleaned bldgs to be $0.11 per sq ft. How did you compute that amount? Do you have a list of the supplies that they use? I'm estimating some of the supplies to be used in the contract, but I'm having a problem on some of the items - like the cleaners that's sold in bulk and diluted with water. Do you have a list of the amount of supplies the contractor uses on the average in a month? If so, it would help in my estimating. I have estimates on toilet paper, paper towels, single- and multi-fold towels, trash bags. So far, the cost of just those items is $2570/mon. By the time I add in the hand soap, bathroom cleaner, toilet bowl cleaner, glass cleaner, and all the floor cleaner, stripper, wax, etc., it will be well over double what the contractor is spending. So any info on amounts you can give me will help.

Also, I couldn't find a cost in the GSA catalog for vacuum cleaner bags. I've never seen a vacuum cleaner that didn't require the bags changed when full. Do you know if the contractor replaces the bags?

Nancy Smith, DRM MD, Ft Sill OK
(580) 442-2597 DSN 639-2597/5519

EXHIBIT
tabbies
13

from Monroe 13 May

averages
$1500

t.p. 13 cases ($36.40/cs)
r. towels 8 case (19.44/cs)
sf towels 38 (14.05/cs)
mf " " 12 (14.60/cs)
large bags 3 1/4-4, med. 3 (500/case) sm. 2 cases (1000/bx)
plastic gloves 2 cases 100@$8.50

cloth bag → $8-9/piece

hand (bar) soap → $40/mo. 1 case - 200 bars
liq soap → 4-5 gal./mo. ($5/gal.)
general purpose / daily cleaner → 2 gal. ~~$9 something per gal.~~ $4.15 (1 gal makes 5 gal

dustmop oil - $10.64/gal.

large - $16.10/case (250/case)
med - $15.50/case (500/case)
small - $11.78/case (1000/case)

$14.05 bowl cleaner
12 pints/case
2 per mo.

Windex $7.62 (1/2 pint makes 5 gal.)
(use 1/2 pint/mo.)

spray buff $5.52/gal. 2 gal/mo.

shampoo $5.50/gal. (

wax (1500 sq ft/gal.) $50.70/case 5 gal/case)