# DIRECTORATE of CONTRACTING

## Contract Support Team

PO Box 33501, Bldg. 1950
Fort Sill, OK 73503-0501
(580) 442-3225/4315
Fax: (580) 442-4621

***Date:*** December 22, 1999

***To:*** PureService (Mr. Worku)

***Fax:*** 405-239-2295

***Re:*** DABT39-95-C-4021

***Sender:*** Laurie Wheeler

*YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (580) 442-3225/4315.*

---

tabbies EXHIBIT 14

73503-0501

December 22, 1999

Directorate of Contracting

Pure Service Corporation
PO Box 20893
Oklahoma City, OK 73156

Gentlemen:

Reference contract number DABT39-95-C-4021, Custodial Services, Fort Sill, Oklahoma.

It has again come to my attention that the restocking of supplies in latrines has become a problem installation-wide. The Government's quality assurance personnel have reported to me that the number of complaints regarding lack of adequate supplies is increasing.

As your contract states in paragraph C.5.3.10.2., "Latrines shall be stocked so that supplies do not run out before the next scheduled service is due."

Please respond with the action(s) that you intend to take to correct these deficiencies. If this continues to be a problem, I will have no other recourse than to issue a Contract Discrepancy Report (CDR) which could include a deduction in the contract payment.

Feel free to contact Laurie Wheeler or me at (580) 442-3225/4315 if you have any further questions.

Sincerely,

SMc

Sharel S. McAdoo
Contracting Officer

Copy Furnished: DPW (Steve Hovis)

ATZR-EEC

14 Dec 99

MEMORANDUM FOR DOC, Contract Support Division, ATTN: Sharel McAdoo

SUBJECT: Contract DABT 39-95-C-4021

1. The restocking of supplies in latrines has again become a problem installation-wide. Our office has noticed an increase in complaints regarding lack of adequate supplies.

2. We have previously addressed this issue with the contractor on 19 November 1997.

3. Request the contractor be reminded of his requirement to adhere to the provisions of paragraph C.5.3.10.2 of the above referenced contract.

4. Point of Contact is Steve Hovis, Inspector, DPW, Engineering Br., telephone 442-5582.

Evans P. Warner

EVANS P. WARNER
C, Construction Br.
Engineering Div., DPW

'99DEC16 AM 8:35 RCVD