73503-0501

July 6, 2000

Directorate of Contracting

Pure Service Corporation
PO Box 20893
Oklahoma City, OK 73156

Dear Sirs,

Reference contract number DABT39-95-C-4021, Custodial Services, Fort Sill, Oklahoma.

Completed Contract Discrepancy Report (CDR) No. 001 is attached for your signature. Please acknowledge your notification in the block under "Close Out" and return to this office. A signed copy will be forwarded upon completion.

Contact me or Laurie Wheeler at (580) 442-3225 or 442-4315 if you have any questions.

Sincerely,

Attachments

Sharel S. McAdoo
Contracting Officer

EXHIBIT
15

## CONTRACT DISCREPANCY REPORT

For use of this form, see DA PAM 715-15; the proponent agency is OCSLOG.

| | |
|---|---|
| 1. CONTRACT NUMBER | DABT39-95-C-4021 |
| 2. TO: (Contractor and Manager Name) PURE SERVICE CORPORATION P.O. BOX 20893 OKLAHOMA CITY, OKLAHOMA | 3. FROM: (Name of QAE) DPW, CONSTRUCTION BRANCH STEVE HOVIS, INSPECTOR |

DATES

| PREPARED | ORAL NOTIFICATION | RETURNED BY CONTRACTOR | ACTION COMPLETE |
|---|---|---|---|
| 30 MAY 2000 | | | |

4. DISCREPANCY OR PROBLEM (Describe in Detail: Include reference in PWS/Directive; Attach continuation sheet if necessary.)

ON FRIDAY, 26 MAY 2000, PURE SERVICE WAS REQUIRED TO PERFORM LATRINE SERVICE. THIS SERVICE WAS NOT PERFORMED. IN ADDITION, DURING THE LAST WEEK OF EACH MONTH, RUNNING OUT OF LATRINE SUPPLIES IS A CONTINUING PROBLEM.

5. SIGNATURE OF CONTRACTING OFFICER

Sharel S. McAdoo

SHAREL S. MCADOO, CONTRACTING OFFICER

| | |
|---|---|
| 6. TO: (Contracting Officer) DIRECTORATE OF CONTRACTING CONTRACT SUPPORT TEAM PO BOX 33501 FORT SILL, OK 73503-0501 | 7. FROM: (Contractor) PURE SERVICE CORPORATION PO BOX 20893 OKLAHOMA CITY, OK 73156 |

8. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRENCE. ATTACH CONTINUATION SHEET IF NECESSARY. (Cite applicable Q.A. program procedures or new A.Q. procedures.)

We simple made an over-sight by not providing custodial service on Friday May 26, 2000. In order to correct this we will make communication checks with DPW and customers to ensure we do not fail to service the customer in the future. We have programmed and requested more supplies to ensure that we have sufficient supplies to last the entire months operation. Steps taken now will alert us when customers are performing work on other than routine days so we may forcast the re-supply needs early and therfore get items most commonly used on timely manners.

9. SIGNATURE OF CONTRACTOR REPRESENTATIVE

[signature]

10. DATE 12 June 2000

11. GOVERNMENT EVALUATION (Acceptance, partial acceptance, rejection; attach continuation sheet if necessary.)

Friday, 26 May 2000, was a regular work day for the Contractor. Regular service should have been performed in the latrines. The cost of one day's latrine service will be deducted from the invoice for June 2000.

12. GOVERNMENT ACTIONS (Payment reduction, cure notice, show cause, other.)

36,342 SF (CLIN0005AC) x .1488 per sq ft - $5,407.69 (cost of service for May)

$5,407.69 / 22(number of service days in May) = $245.80 (daily cost of service for May)

$245.80 deducted from invoice for June 2000

CLOSE OUT

| | NAME AND TITLE | SIGNATURE | DATE |
|---|---|---|---|
| CONTRACTOR NOTIFIED | | | |
| QAE | Steve Hovis Inspector | | |
| CONTRACTING OFFICER | Sharel S. McAdoo Contracting Officer | | |

DA FORM 5479-R, NOV 85

## Hovis, Larry S Mr

**From:** Hovis, Larry S Mr
**Sent:** Friday, June 23, 2000 1:01 PM
**To:** McAdoo, Sharel Ms
**Cc:** Warner, Evans P Mr
**Subject:** Custodial Contract - CDR

I propose the following deduction - $245.80 based on the following:

36,342 SF of Latrine service in the month of May
x.1488 Cost of the monthly service per Square Foot
$5407.69 Cost of Latrine Service for May

$5407.69 Divided by 22 (number of service days in May) = $245.80 daily rate for Latrine Service which was lost on 26 May 2000.

# PureService®

## JUST THE FAX

**FROM:** Mike Worku **DATE:** 6-16-00

**PHONE #:** (405) 239-2282

**FAX #:** (405) 239-2295

**NOTE:** ORIGINAL DOCUMENTS FOLLOWED BY MAIL
☐ YES ☐ NO

**TO:** Laurie Wheeler

**@ FAX #:** 580-442-4621

**# OF PAGES:** ________ **INCLUDING COVER**

**MESSAGES:**

**THANK YOU!**

73503-0501

June 9, 2000

Directorate of Contracting

Pure Service Corporation
PO Box 20893
Oklahoma City, OK 73156

Dear Sirs,

Reference contract number DABT39-95-C-4021, Custodial Services, Fort Sill, Oklahoma.

Request you respond to the attached Contract Discrepancy Report (CDR ) by explaining, in writing, how performance will be returned to acceptable levels and how recurrence of the problem will be prevented. Please complete blocks 8 through 10 and return to me.

Your response is required within seven calendar days after receipt of this CDR.

Contact me or Laurie Wheeler at (580) 442-3225 or 442-4315 if you have any questions.

Sincerely,

SMc

Sharel S. McAdoo
Contracting Officer

Attachments

# CONTRACT DISCREPANCY REPORT

For use of this form, see DA PAM 715-15; the proponent agency is DCSLOG.

1. CONTRACT NUMBER
DABT39-95-C-4021

2. TO: *(Contractor and Manager Name)*
PURE SERVICE CORPORATION
P.O. BOX 20893
OKLAHOMA CITY, OKLAHOMA

3. FROM: *(Name of QAE)*
DPW, CONSTRUCTION BRANCH
STEVE HOVIS, INSPECTOR

DATES

| PREPARED | ORAL NOTIFICATION | RETURNED BY CONTRACTOR | ACTION COMPLETE |
|---|---|---|---|
| 30 MAY 2000 | | | |

4. DISCREPANCY OR PROBLEM *(Describe in Detail: Include reference in PWS/Directive: Attach continuation sheet if necessary.)*
ON FRIDAY, 26 MAY 2000, PURE SERVICE WAS REQUIRED TO PERFORM LATRINE SERVICE. THIS SERVICE WAS NOT PERFORMED. IN ADDITION, DURING THE LAST WEEK OF EACH MONTH, RUNNING OUT OF LATRINE SUPPLIES IS A CONTINUING PROBLEM.

5. SIGNATURE OF CONTRACTING OFFICER
Sharel S. McAdoo
SHAREL S. MCADOO, CONTRACTING OFFICER

6. TO: *(Contracting Officer)*
DIRECTORATE OF CONTRACTING
CONTRACT SUPPORT TEAM
PO BOX 33501
FORT SILL, OK 73503-0501

7. FROM: *(Contractor)*
PURE SERVICE CORPORATION
PO BOX 20893
OKLAHOMA CITY, OK 73156

8. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRENCE. ATTACH CONTINUATION SHEET IF NECESSARY. *(Cite applicable Q.A. program procedures or new A.W. procedures.)*

9. SIGNATURE OF CONTRACTOR REPRESENTATIVE

10. DATE

11. GOVERNMENT EVALUATION *(Acceptance, partial acceptance, rejection: attach continuation sheet if necessary.)*

12. GOVERNMENT ACTIONS *(Payment deduction, cure notice, show cause, other.)*

CLOSE OUT

| | NAME AND TITLE | SIGNATURE | DATE |
|---|---|---|---|
| CONTRACTOR NOTIFIED | | | |
| QAE | | | |
| CONTRACTING OFFICER | | | |

DA FORM 5479-R, NOV 85

'00MAY30 AM10:09 RCVD