CONTRACT FILE INDEX (Continued)

## A - PRE-SOLICITATION DOCUMENTS

| TAB NUMBER | | CHECK IF INCLUDED |
|---|---|---|
| A-1 | MISCELLANEOUS CORRESPONDENCE | |
| A-2 | DD FORM 1391, PROJECT DOCUMENTS, PURCHASE REQUEST, COST ESTIMATE, PRELIMINARY SOW REVIEWS, ETC. | |
| A-3 | SECURITY REQUIREMENTS DOCUMENTATION, DD FORM 254 | ✓ |
| A-4 | NOTICE OF INTENTION, SF 98 | |
| A-5 | SMALL BUSINESS COORDINATION, DA FORM 1877 SECTION 8(A) CORRESPONDENCE | ✓ |
| A-6 | D & F (ALL TYPES) | ✓ |
| A-7 | PRE-INVITATION NOTICE/RESPONSES | |
| A-8 | ADVANCE CONTRACTING PLAN | |
| A-9 | BIDDER'S MAILING LIST | |
| A-10 | SYNOPSIS | ✓ |
| A-11 | PRE-BID CONFERENCE/NOTICE/MINUTES/SITE VISIT | ✓ |
| A-12 | CONTRACT REVIEW COMMITTEE & HQ TRADOC REVIEW COMMENTS | |
| A-13 | SJA REVIEW, | ✓ |
| A-14 | IFP/RFP (INCLUDING AMENDMENTS) | ✓ (Separate folder) |

EXHIBIT 16

TRADOC F...

mine

# BID SCHEDULE

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| | NON-PERSONAL SERVICES: Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, Oklahoma, in strict accordance with the specifications, floor plans, and Task and Frequency Chart requirements in Technical Exhibit 2 (TE 2). |
| 0001. | BASE PERIOD: 1 October 2000 through 30 September 2001. |
| 0001AA. | SCHEDULE ONE. Routine Work(Direct Cost Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 402,229 | x | $ ______ | = | $______ | x | 12 MO | = | $__________ |

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| 0001AB. | SCHEDULE TWO. Routine Work (Reimbursable Customers): Includes services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 216,164 | x | $ ______ | = | $______ | x | 12 MO | = | $__________ |

| ITEM NO. | SUPPLIES/SERVICES |
|---|---|
| 0001AC. | SCHEDULE THREE. Toilet/Shower Rooms (Direct Cost and Reimbursable Customers): Include services described in the specifications, at the frequencies indicated in the Task and Frequency Chart (TE 2). |

| Bldg. No. | Estimated Square Ft. | x | Price per Sq Ft | = | Cost Per Mo. | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|---|
| See TE 2 | 35,626 | x | $ ______ | = | $______ | x | 12 MO | = | $__________ |

TOTAL ESTIMATED AMOUNT, ITEM 0001AA. THROUGH 0001AC. $__________

approval of cleaning supplies?
locking bathrooms?



Plf. App.945

SCOPE OF WORK (CONT'D)

25.8 Water Emulsion Concrete and Terrazzo Seal. Federal Specification P-F-430C.

25.9 Antistatic Rug Compound.

25.10 Gum Remover.

25.11 Cleaning Compound, Rug and Upholstery. Federal Specification P-C-1632B, Int Am-1. Carpet and rug shampoo.

25.11.1 Water Extraction Method, Dry Foam Method, and Spot Cleaning Solutions. Instructions provided by the manufacturer of the equipment and materials shall be followed during their use.

25.12 Spot Remover.

26. The Contractor shall furnish as a minimum supplies listed at TE 6 as necessary to perform the services in this contract. Samples shall be submitted to the Contracting Officer for approval prior to contract start date and within 5 working days of a change. Materials shall meet or exceed the quality of the items indicated by the Federal Specifications listed at TE 6.

27. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

28. SPECIFIC TASKS TO BE PERFORMED:

28.1 Custodial Services: The Contractor shall provide custodial services IAW the Task and Frequency Chart listed in TE 2. Floor plans of individual buildings and areas to be serviced are provided at TE 6.

Task + Frequency Chart (TE-8) shall be completed for each building –

28.2 The Contractor shall furnish a work schedule to the Contracting Officer prior to contract start date that indicates the building or area, the day, time (within 30 minutes), and date of the prescribed frequency that the work shall be performed. The schedule shall be made in 3 copies on FS Form 638-R by individual buildings and by floors. An example is at TE 4. Upon approval by the Contracting Officer, 1 copy each of the schedule will be furnished to the Contractor and building monitor. Deviations from the work schedule shall be submitted to the Contracting Officer for approval as soon as possible prior to requested change. The Contracting Officer will provide approval in writing to changes in the work schedule.

28.3 The Contractor shall perform routine work at the intervals indicated in TE 2, Task and Frequency Chart. Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for the issuance of a Contract Discrepancy Report to the Contractor.

28.3.1 ~~The Contractor shall remove waste generated between cleaning service to include emptying waste baskets, cigarette butt receptacles, and other trash containers within the area and return each to its initial location.~~ Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of TM's, AR's, and

SCOPE OF WORK (CONT'D)

books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest outside trash collection point.

28.3.2 Washing of Trash Receptacles and Containers. The Contractor shall damp wipe the exterior of designer/closed system waste containers and receptacles with a neutral detergent to remove soil.

28.3.3 The Contractor shall perform floor maintenance. Chairs, trash receptacles, and movable items shall be tilted or moved to clean floor underneath. After receiving floor maintenance, the entire floor shall have uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration's. ~~Floors, unless otherwise stated as having carpet or specified elsewhere as having a floor finish, shall have a uniform coating of nonskid floor finish applied.~~ Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations.

28.3.3.1 The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas as indicated on the floor plans. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used to perform floor maintenance. ~~Dirt shall be removed and placed in trash containers.~~

28.3.3.2 ~~The Contractor shall sweep floors prior to damp mopping floors with a neutral detergent. The Contractor shall use a mop, mop bucket, wringer, and a neutral detergent solution to remove soil and nonpermanent stains.~~ "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. ~~The cleaning solution shall be changed periodically as required.~~ After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, ~~boot black mar~~ks, detergent residue, or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand. ~~A germicidal detergent shall be used in the mopping solution for latrine floors.~~

28.3.4 The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. ~~Carpeted surfaces shall include areas under and around trash receptacles, desks, chairs, and other furniture and furnishings.~~ After the carpeted floor has been completely vacuumed it shall be free of visible litter, soil, and embedded grit. ~~The Contractor shall vacuum carpet in areas as specified.~~

28.3.4.1 Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs.

28.3.4.2 The Contractor shall treat rugs and carpets with an antistatic rug compound to eliminate rug or carpet shock.

28.3.5 Carpet-type entrance mats, ~~inside or outside the building,~~ shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats, ~~inside or outside the building,~~ shall be swept or vacuumed, ~~or hosed down outside~~ to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

SCOPE OF WORK (CONT'D)

28.3.6 The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces.

28.3.7 The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks. ~~The Contractor shall not dust table tops, chairs, cabinet tops, and sofas/couches in classrooms.~~

28.3.8 The Contractor shall clean drinking fountains to remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

28.3.9 Latrines, Shower Rooms, and Locker Rooms. The Contractor shall clean and supply latrines, shower rooms, and locker rooms as follows:

28.3.9.1 Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

28.3.9.2 Resupply toilet tissue, towels, and hand soap (bar and/or liquid). Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

28.3.9.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toilet bowls, commodes, and urinals by descaling.

28.3.9.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

28.3.9.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

28.3.9.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

28.3.10 The Contractor shall spot clean areas to remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures. ~~with a neutral detergent. Germicidal detergent shall be used in latrines, locker rooms, break areas, and drinking fountains. Brass hardware, aluminum bars, and other metal on doors and cigarette urns shall be polished with a polishing compound.~~ After spot cleaning, the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

28.3.11 The Contractor shall spray-buff floors every two weeks. The Contractor shall sweep floors prior to spray-buffing. ~~The Contractor shall use a single disc floor machine, buffing pad, and spray bottle containing a solution of cleaner and acrylic wax to restore a uniform gloss and protective finish to the floor.~~ Areas accessible to the floor machine shall be spray-buffed. After spray-buffing, the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

SCOPE OF WORK (CONT'D)

28.4 The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

28.5 The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes which contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

28.6 In addition to routine work ~~and project work~~, the Contractor shall perform the following special requirement tasks for buildings listed below.

28.6.1 Buildings 455, 1640, 1950, 2875, 2934 and 4700. The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides (IAW TE 2 Schedule). ~~Metal shall be polished to maintain a clean and polished appearance.~~

28.6.2 Buildings 1945 and 1950. The Contractor shall maintain sidewalks and trash receptables and ash trays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster. ~~Service shall be performed in the daytime of the day schedule for routine work.~~ Areas to be serviced are indicated on the floor plans at TE 6.

28.7 The Contractor shall perform ~~required service~~ on days ~~and times~~ indicated in ~~Technical Exhibit~~ 2. Changes or deletions will be given to the Contractor by the ~~Contracting~~ Officer as they occur.

28.8 The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entrance ways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following Buildings with the Contracting Officer.

<u>Buildings</u>:

| | | | | | |
|---|---|---|---|---|---|
| 455 | 1005 | 1655 | 1803 | 2913 | 3166 |
| 461 | 1640 | ~~3168~~ 1721 | 2593 | 2934 | |
| 462 | 1645 | ~~3280~~ | 2595 | 3168 | |
| 652 | 1651 | 4700 | 2719 | 3280 | |
| 3401 | | | | 3281 | |
| | | | | 4121 | |

9

TECHNICAL EXHIBIT 1
DELIVERABLES (REPORTS)

| Reference | Title | Format | Required Date | Number of Cys | Dist. |
|---|---|---|---|---|---|
| 5. | Project Manager and Alternate | Contractor's choice | 10 calendar days prior to start date and 24 hours in advance of any change | 2 | 1-KO 1-File |
| 10. | Management Plan | Contractor's choice | 15 calendar days prior to contract start date and within 3 work days before any change. | 2 | 1-KO 1-File |
| 11. | Key Custodian | Contractor's choice | NLT 15 calendar days prior to contract start date and within 3 working days before any change | 2 | 1-KO 1-File |
| 11.3 | Lost key report | Contractor's choice | Telephonically within 30 minutes after discovery of loss; written report by COB the next work day. | 2 | 1-KO 1-File |
| 12. | Phase-In plan | Contractor's choice | 15 calendar days prior to contract start date. | 2 | 1-KO 1-File |
| 14. | Performance Evaluation Meeting | Contractor's choice | Within 24 hours after non-concurrence of minutes. | 2 | 1-KO 1-File |
| 17. | Labor Report | Contractor's choice | First regular work day of each month | 2 | 1-KO 1-File |
| 18. | Daily Work Report | Contractor's choice | Each work day, Monday through Friday. Between 7:30 a.m. and 8:00 a.m. with a verbal report. | 1 | 1-KO |

TECHNICAL EXHIBIT 1 (CONT'D)
DELIVERABLES (REPORTS)

| Reference | Title | Format | Required Date | Number of Cys | Dis. |
|---|---|---|---|---|---|
| 22. | Equipment List | Contractor's choice | NLT 10 calendar days prior to contract start date and within 5 calendar days prior to ant change | 2 | 1-KO 1-File |
| 26. | Supplies | Contractor's choice | NLT 10 calendar days prior to contract start date and within 5 working days before any change | 1 | 1-KO |
| 28.2 | Work Schedule | FS Form 638-R | NLT 15 calendar days prior to contract start date and NLT 10 work days prior to change | 3 | 3-KO |

TECHNICAL EXHIBIT 2

1. Bid items receive custodial services as indicated below:

DAILY
Trash Removal
Sweep, Dust Mop
Damp Mop
Descale Toilet Bowls/Commodes and Urinals
Clean and Resupply Latrines, Shower/locker Rooms

ONCE WEEKLEY – DIRECT COST CUSTOMERS
TWICE WEEKLY – REIMBURSABLE COST CUSTOMERS
Vacuum Carpets, Rugs, Walk-off/Entrance Mats
Clean Drinking Fountains
Spot Clean

WEEKLY (W)
Washing of Trash Receptacles/Containers
Clean Chalkboards and Liquid Chalk Writing Systems, Trays and Tracks

EVERY 2 WEEKS (2M)
Regular Dusting
Interior Glass Cleaning
Spray Buffing

2. Buildings listed below as Direct Cost Customers (Schedule One) shall have one day per week routine custodial service every Friday. Bid Items 0001AA, 0002AA, 0003AA, 0004AA and 0005AA.

3. Buildings listed below as Reimbursable Customers (Schedule Two) shall have two day per week routine custodial service, Tuesday and Friday (unless otherwise directed by the Contracting Officer). Bid Items 0001AB, 0002AB, 0003AB, 0004AB and 0005AB.

4. All buildings listed below (Schedule Three) shall have five day per week service for toiled/shower rooms only, Monday through Friday. Bid Items 0001AC, 0002AC, 0003AC, 0004AC and 0005AC.

TECHNICAL EXHIBIT 3

TOOLS

delete?

Spray Bottles
Sponges
Dust Mop
Wet Mop
Putty Scrapers
Dust Pan
Mop Buckets and Wringers
Toilet Bowl Mops
Rubber Gloves
Push Brooms
Radiator Brushes
Vacuum cleaner (upright)
Floor machine (buffer)
Snow Shovel

TECHNICAL EXHIBIT 4

SUPPLY ITEMS

List of supplies, may not be all inclusive.

Estimated monthley usage of supply items is as follows:

| | |
|---|---|
| Toilet paper | 13 cases |
| Rolled towels | 8 cases |
| Single fold towels | 38 cases |
| Multi-fold towles | 12 cases |
| Trash bags, large | 4 cases |
| medium | 3 cases |
| small | 2 cases |
| ~~Plastic gloves~~ | 2 cases |
| ~~Dust mop oil~~ | 1 gallon |
| ~~Toilet bowl cleaner~~ | 2 cases |
| ? ~~Spray buff cleaner~~ | 2 gallons |
| ~~General purpose cleaner~~ | 2 gallons |
| ~~Windax~~ | 1/2 pint |
| Bar soap | 1 case |
| Liquid hand soap | 5 gallons |

TECHNICAL EXHIBIT 7

# CONTRACT DISCREPANCY REPORT

| | | |
|---|---|---|
| 1. CONTRACT NUMBER | 2. REPORT NUMBER FOR THIS DISCREPANCY | |
| 3. TO: *(Contractor and Managers Name)* | 4. FROM: *(Name of QAE)* | |
| 5. DATES | | |
| PREPARED | RETURNED BY CONTACTOR | ACTION COMPLETE |
| 6. DISCREPANCY OR PROBLEM *(Describe in detail: include reference to SOW/Directive: attach continuation sheet if necessary.)* | | |
| 7. SIGNATURE OF CONTRACTING OFFICER | | |
| 8. TO: *(Contracting Officer)* | FROM: *(Contractor)* | |
| 10. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRANCE: ATTACH CONTINUATION SHEET IF NECESSARY. *(Cite applicable Q.C. program procedures or new Q.C. procedures.)* | | |
| 10. SIGNATURE OF CONTRACTOR REPRESENTATIVE | DATE | |
| 11. GOVERNMENT EVALUATION *(Acceptance, partial acceptance, rejection: attach continuation sheet if necessary.)* | | |
| 12. GOVERNMENT ACTIONS *(Payment deduction, cure notice, show cause, other.)* | | |

CLOSE OUT

| | NAME-TITLE | SIGNATURE | DATE |
|---|---|---|---|
| CONTRACTOR NOTIFIED | | | |
| QAE | | | |
| ACO | | | |

FS Form 912
(DEA) 1 Dec 85

SCOPE OF WORK (CONT'D)

21. The Contractor shall furnish materials, tools, chemicals, detergents, floor finishes, sealers, equipment and supplies that ~~conform to the requirements of applicable Federal Specifications listed in~~ this contract. Those not covered by Federal Specifications shall be approved by the Contracting Officer before use. The Contractor shall furnish an adequate supply of cleaning and polishing materials, plastic bags, tools, and any other necessary items at the work site. Liquid soap ^ trash ^

22. The Contractor shall furnish materials, supplies, vehicles, and equipment which are not specified herein as Government-furnished and which are necessary to comply with the requirements of this contract. A list shall be submitted to the Contracting Officer 10 calendar days prior to contract start date detailing the equipment to be used in the performance of this contract. Revisions to the list shall be submitted to the Contracting Officer 5 calendar days prior to any changes. Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operated using existing building circuits. Vacuum cleaners shall be heavy duty commercial upright and wet/dry tank type. — w/ HEPA Filters

22.1 The Government will not be liable for loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

23. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaced, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area specified in this contract. Materials used in the performance of this contract shall be approved by the Contracting Officer.

24. The Contractor shall furnish tools necessary to perform the work defined in this contract. As a minimum, the Contractor shall have the tools listed in TE 4.

25. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. Chemicals used in performance of tasks specified in this contract shall be approved by the Contracting Officer. ~~The following types of cleaning chemicals with applicable specifications shall be used by the Contractor:~~

~~25.1 Natural Detergent. Federal Specification P-D-225A, Int Am-1. A synthetic neutral detergent concentrate.~~

~~25.2 Germicidal Detergent. Federal Specification O-D-1277A. A quaternary ammonium germicidal detergent concentrate.~~

~~25.3 Cleaning Compound, Toilet Bowl. Federal Specification P-C-447C. An acid type bowl cleaner.~~

~~25.4 Glass Cleaner. Federal Specification P-G-406D.~~

~~25.5 Polish, Metal. Federal Specification P-P-556D (1). A stainless steel cleaner and polish.~~

~~25.6 Metal-Linked Polymer Floor Finish. Approved brand. A metal-linker polymer floor finish, slip resistant.~~

~~25.7 Solvent Wax. Federal Specification P-W-158E. A slip resistant solvent wax.~~

SCOPE OF WORK (CONT'D)

25.8 Water Emulsion Concrete and Terrazzo Seal. Federal Specification P-F-430C.

25.9 Antistatic Rug Compound.

25.10 Gum Remover.

25.11 Cleaning Compound, Rug and Upholstery. Federal Specification P-C-1632B, Int Am-1. Carpet and rug shampoo.

25.11.1 Water Extraction Method, Dry Foam Method, and Spot Cleaning Solutions. Instructions provided by the manufacturer of the equipment and materials shall be followed during their use.

25.12 Spot Remover.

26. The Contractor shall furnish supplies listed at TE 4 as necessary to perform the services in this contract. Samples shall be submitted to the Contracting Officer for approval prior to contract start date and within 5 working days of a change. ~~Materials shall meet or exceed the quality of the items indicated by the Federal Specifications listed at TE 6.~~ MSDS sheets as required

27. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

28. SPECIFIC TASKS TO BE PERFORMED:

28.1 Custodial Services: The Contractor shall provide custodial services IAW the Task and Frequency Chart listed in TE 2. Floor plans of individual buildings and areas to be serviced are provided at TE 6.

28.2 The Contractor shall furnish a work schedule to the Contracting Officer prior to contract start date that indicates the building or area, the day, time (within 30 minutes), and date of the prescribed frequency that the work shall be performed. The schedule shall be made in 3 copies on FS Form 638-R by individual buildings and by floors. An example is at TE 4. Upon approval by the Contracting Officer, 1 copy each of the schedule will be furnished to the Contractor ~~and building monitor~~. ~~Deviations from the work schedule shall be submitted to the Contracting Officer for approval as soon as possible prior to requested change. The Contracting Officer will provide approval in writing to changes in the work schedule.~~

28.3 The Contractor shall perform routine work at the intervals indicated in TE 2, Task and Frequency Chart. Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for the issuance of a Contract Discrepancy Report to the Contractor.

28.3.1 ~~The Contractor~~ shall remove waste generated between cleaning service to include emptying waste baskets, cigarette butt receptacles, and other trash containers within the area and return each to its initial location. Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of TM's, AR's, and

SCOPE OF WORK (CONT'D)

books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest outside trash collection point/ or dumpster.

28.3.2 Washing of Trash Receptacles and Containers. The Contractor shall damp wipe the exterior of designer/closed system waste containers and receptacles with a neutral detergent to remove soil.

28.3.3 The Contractor shall perform floor maintenance. Chairs, trash receptacles, and movable items shall be tilted or moved to clean floor underneath. After receiving floor maintenance, the entire floor shall have uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration's. ~~Floors, unless otherwise stated as having carpet or specified elsewhere as having a floor finish, shall have a uniform coating of nonskid floor finish applied.~~ Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations.

28.3.3.1 The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used to perform floor maintenance. ~~Dirt shall be removed and placed in trash containers.~~

28.3.3.2 The Contractor shall sweep floors prior to damp mopping floors with a neutral detergent. The Contractor shall use a mop, mop bucket, wringer, and a neutral detergent solution to remove soil and nonpermanent stains. "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. The cleaning solution shall be changed periodically as required. After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, ~~bootblack marks~~, detergent residue, or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand. ~~A germicidal detergent shall be used in the mopping solution for latrine floors.~~

28.3.4 The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. ~~Carpeted surfaces shall include areas under and around trash receptacles, desks, chairs, and other furniture and furnishings.~~ After the carpeted floor has been completely vacuumed it shall be free of visible litter, soil, and embedded grit. ~~The Contractor shall vacuum carpet in areas as specified.~~

28.3.4.1 Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs.

~~28.3.4.2 The Contractor shall treat rugs and carpets with an antistatic rug compound to eliminate rug or carpet shock.~~

28.3.5 Carpet-type entrance mats, ~~inside or outside the building,~~ shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats, ~~inside or outside the building,~~ shall be swept, vacuumed, or ~~hosed down outside to remove soil and grit~~. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

SCOPE OF WORK (CONT'D)

28.3.6 The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces.

28.3.7 The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks. The Contractor shall not dust table tops, chairs, cabinet tops, and sofas/couches in classrooms.

28.3.8 The Contractor shall clean drinking fountains to remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

28.3.9 Latrines, Shower Rooms, and Locker Rooms. The Contractor shall clean and supply latrines, shower rooms, and locker rooms as follows:

28.3.9.1 Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

28.3.9.2 Resupply toilet tissue, towels, and hand soap (bar and/or liquid). Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

28.3.9.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toiler bowls, commodes, and urinals by descaling.

28.3.9.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

28.3.9.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

28.3.9.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

28.3.10 The Contractor shall spot clean areas to remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures with a neutral detergent. Germicidal detergent shall be used in latrines, locker rooms, break areas, and drinking fountains. Brass hardware, aluminum bars, and other metal on doors and cigarette urns shall be polished with a polishing compound. After spot cleaning the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

28.3.11 The Contractor shall spray-buff floors every two weeks. The Contractor shall sweep floors prior to spray-buffing. The Contractor shall use a single disc floor machine, buffing pad, and spray bottle containing a solution of cleaner and acrylic wax to restore a uniform gloss and protective finish to the floor. Areas accessible to the floor machine shall be spray-buffed. After spray-buffing the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

SCOPE OF WORK (CONT'D)

28.4 The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

28.5 The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes which contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

28.6 In addition to routine work ~~and project work~~, the Contractor shall perform the following special requirement tasks for buildings listed below.

28.6.1 Buildings 455, 1640, 1950, 2875, 2934 and 4700. The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides ~~(IAW TE 2 Schedule). Metal shall be polished to maintain a clean and polished appearance.~~ on regular service days.

28.6.2 Buildings 1945 and 1950. The Contractor shall maintain sidewalks and trash receptables and ash trays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster. ~~Service shall be performed in the daytime of the day schedule for routine work.~~ Areas to be serviced are indicated on the floor plans at TE 6.

28.7 The Contractor shall perform required service on days and times indicated in Technical Exhibit 2. Changes or deletions will be given to the Contractor by the Contracting Officer as they occur.

28.8 The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entrance ways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following Buildings with the Contracting Officer.

Buildings:

| | | |
|---|---|---|
| 455 | 1005 | 1655 |
| 461 | 1640 | ~~3168~~ 1803, 2593, 2595, 2719, 2913, 2934, 3168 |
| 462 | 1645 | 3280, 3281, 4121 |
| 652 | 1651 | 4700 |
| ~~[illegible]~~ | 1721 | |

3100