CUSTODIAL SERVICES, FORT SILL, OK

## SOLICITATION/CONTRACT/ORDER FC OMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISI UMBER: W44DQ7 ,38-N010

PAGE 1 OF 34

2. CONTRACT NO.

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER: DABT39-00-B-1001

6. SOLICITATION ISSUE DATE: 05-Jun-2000

7. R SOLICITATION INFORMATION CALL
a. NAME: Laura L. Wheeler
b. TELEPHONE NUMBER *(No Collect Calls)*: 580-442-3225

8. OFFER DUE DATE/LOCAL TIME: 05-Jul-2000 13:00

9. ISSUED BY — CODE: DABT39
DIRECTORATE OF CONTRACTING
PO BOX 33501
FT SILL, OK 73503-0501
TEL: (580)442-3225/4315
FAX: (580)442-4621

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE: 100 %FOR
[X] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 7349
SIZE STANDARD: $12 million

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13 a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13 b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [X] IFB [ ] RFP

15. DELIVER TO — CODE: DABT39
DIRECTORATE OF CONTRACTING
ATTN: LAURIE WHEELER
PO BOX 33501
FORT SILL, OK 73503-0501

16. ADMINISTERED BY — CODE

**SEE ITEM 9**

17 a. CONTRACTOR/ OFFEROR — CODE — FACILITY CODE

TELEPHONE NO.

18 a. PAYMENT WILL BE MADE BY — CODE

[ ] 17 b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18 b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18 a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT

[X] 27 a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[ ] 27 b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES
[X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE
[ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30 a. SIGNATURE OF OFFEROR/CONTRACTOR

31 a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30 b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*

30 c. DATE SIGNED

31 b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*

31 c. DATE SIGNED

32 a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
[ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32 b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32 c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41 a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41 b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41 c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

EXHIBIT 17
tabbies

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

SECTION SF 1449 CONTINUATION SHEET

ITEM NO 0001 SUPPLIES/SERVICES

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

BASE PERIOD: 1 October 2000 through 30 September 2001.
PURCHASE REQUEST NUMBER W44DQ7-0068-N010

**SEE PARAGRAPH 22.1 FOR DEFINITION OF "DIRECT COST" AND "REIMBURSABLE" CUSTOMERS.**

ITEM NO
0001AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0001AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0001AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0002

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD ONE: 1 October 2001 through 30 September 2002.

ITEM NO
0002AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0002AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0002AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0003

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

BASE PERIOD: 1 October 2002 through 30 September 2003.

ITEM NO
0003AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0003AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0003AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0004

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD THREE: 1 October 2003 through 30 September 2004.

ITEM NO
0004AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0004AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0004AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0005

NON PERSONAL SERVICES:
Furnish all supervision, labor, equipment, materials and supplies to perform custodial services at Fort Sill, OK, in accordance with the statement of work and standard commercial practices.

OPTION PERIOD FOUR: 1 October 2004 through 30 September 2005.

ITEM NO
0005AA

ROUTINE WORK (DIRECT COST CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 379,471 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0005AB

ROUTINE WORK (REIMBURSABLE CUSTOMERS)

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 274,249 | x | $________ | = | $________ | x | 12 MO | = | $__________ |

ITEM NO
0005AC

LATRINES, SHOWER AND LOCKER ROOMS

| Estimated Sq. Feet | x | Price per sq.ft. | = | Cost per month | x | Qty/ Unit | = | Estimated Cost per Year |
|---|---|---|---|---|---|---|---|---|
| 36,342 | x | $_________ | = | $_________ | x | 12 MO | = | $___________ |

TOTAL AMOUNT, BASE PERIOD THROUGH OPTION PERIOD FOUR
(CLINS 0001 THRU 0005AC) $_____________

## SCOPE OF WORK

1. Scope of Work. The Contractor shall provide labor, management, supervision, personnel, tools, chemicals, equipment, materials, and supplies required to perform custodial services at Fort Sill, Oklahoma. The work shall be conducted in accordance with (IAW) the terms and conditions of this contract and standard commercial practices for custodial services. Facilities to be serviced consist of major headquarters, administrative areas, libraries and latrines.

2. Hours of Operation. Normal hours for operations shall be Monday through Friday from 7:30 a.m. to 4:00 p.m. for day cleaning and 4:00 p.m. to 6:00 a.m. for night cleaning, excluding legal public holidays, as set forth in Title 5, United States Code (USC) 6103 (a).

2.1 Legal Public Holidays.

New Year's Day, 1 January
Martin Luther King Jr.'s Birthday, third Monday in January
President' Day, third Monday in February
Memorial Day, last Monday in May
Independence Day, 4 July
Labor Day, first Monday in September
Columbus Day, second Monday in October
Veterans Day, 11 November
Thanksgiving Day, fourth Thursday in November
Christmas Day, 25 December

3. Installation Closures. When a holiday, training holiday (designated by the Commanding General) or an unforeseen installation closure occurs on a regularly scheduled day of work, the Government will have the following options:

3.1 Reschedule the work to be performed the following workday, unless the following day is a Saturday, Sunday, or legal public holiday and routine work is not scheduled for Saturday, Sunday, or holiday.

3.2 Reschedule the work on any day as determined by the Contracting Officer.

3.3 For those daily tasks that are not rescheduled, the Government will withhold payment for the service not rescheduled.

4. Personnel. The Contractor shall provide the names, addresses, and telephone numbers of the Project Manager and Alternate to the Contracting Officer 10 calendar days prior to contract start date. The Contractor shall provide notice, in writing, to the Contracting Officer 5 working days in advance of any change of Project Manager or Alternate. Contractor employees shall be able to understand, speak, read, and write the English language.

4.1 The Contractor shall provide an on-site Project Manager or a designated representative to be physically present during the normal hours of operation to act with full authority for the Contractor. This individual shall be responsible for the supervision, overall administration, and coordination of the required services. The Project Manager shall be the point of contact with the Government and have the authority to act or make decisions for the Contractor.

4.2 An Alternate Project Manager shall be designated to act for the Project Manager when work is being performed at hours other than as listed above or during absences of the Project Manager, such as illness and vacation.

4.3 The Project Manager or Alternate shall return calls from the Contracting Officer within 30 minutes during normal working hours (7:30 a.m. to 4:00 p.m.). During non-working hours (after 4:00 p.m. and on weekends and holidays), the Project Manager or Alternate shall return all calls from the Contracting Officer within 2 hours.

4.4 The Contractor shall train all personnel that will be performing services required by this contract.

5. Contractor personnel shall wear Contractor-furnished name badges while performing tasks specified in this contract. Badges shall contain, as a minimum, the employee's name and the Contractor's trade name. Badges shall be worn on outer clothing.

5.1 Contractor personnel shall not enter any Restricted or Sensitive Area without escort by an appropriately cleared Government employee. To gain access to facilities where no representative is on hand to permit entry, the Contractor shall contact the Contracting Officer.

5.2 Contractor personnel who discover classified material in the course of their duties shall bring the material under positive control and report it immediately to their supervisor. The supervisor shall report the discovery immediately to the Contracting Officer.

6. The Contractor shall not release any news (including photographs and films, public announcements, or denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program without the prior written approval of the Contracting Officer.

7. The Contractor shall submit a Quality Control Plan to the Contracting Officer, for review and approval, 10 calendar days prior to contract start date. As a minimum, the Plan shall include:

7.1 An inspection system covering the services to be performed as specified in this contract. The system shall specify areas to be inspected on either a scheduled or unscheduled basis, how often inspections will be accomplished, and the job title of the individuals who will perform the inspection.

7.2 A method for identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable.

7.3 The Contractor shall maintain a file of inspections or tests conducted, to include any corrective actions taken. The file shall be retained by the Contractor and made available to the Contracting Officer upon request. This file shall be subject to Government review any time during performance of the contract. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract.

8. The Contractor shall appoint in writing, a Key Custodian and shall provide a copy of the appointment letter to the Contracting Officer not later than 15 calendar days prior to contract start date and within 24 hours of any change. The Key Custodian shall be responsible for issuing, controlling, safeguarding, and accounting for keys IAW AR 190-51 and USAFACFS Regulation 190-1. The Contractor shall:

8.1 Prohibit duplication of keys by anyone other than the Government. The Contractor shall also prohibit the use of Government issued keys by a person other than authorized Contractor employees.

8.2 Reimburse the Government for replacement of locks and re-keying required as a result of the Contractor or Contractor personnel losing keys. If a key is lost or duplicated, the Contractor shall replace locks and keys for that system.

8.3 Report any occurrence of lost or stolen keys telephonically to the Contracting Officer within 30 minutes of the discovery of loss. The Contractor shall provide the Contracting Officer a written report by close of business the next day, providing all details of lost or stolen key occurrence.

8.4 Upon completion or termination of this contract, the Contractor shall tag the keys by building number and return keys to Contracting Officer.

8.5 Contractor personnel shall secure buildings before leaving by locking doors and windows or make positive determination that building officials are present and notified of their departure.

9. Thirty calendar days prior to the completion of the contract, a transition period shall be made available by the Contractor at which time management personnel of the incoming work force may observe operations of the incumbent Contractor.

10. The Contractor will be provided access to facilities as required to accomplish performance under this contract. The Contractor shall not permit any person access to the facilities except Contractor personnel engaged in the performance of work required in this contract.

11. The Contractor shall provide a written Labor Report to the Contracting Officer on the first regular workday of each month. This report shall contain, as a minimum, the total number of employees, full and part-time, the total number of hours each employee has worked, and each employee's hourly wage.

12. Each workday, the Contractor shall provide to the Contracting Officer a written report of the previous day's work. The report shall include, as a minimum, areas not serviced, building/room number, reason for no service or problems encountered and any temporary changes in time schedules.

13. The occupants of buildings receiving custodial services may make janitorial closets and/or storage areas available to the Contractor. The Contractor shall coordinate with the building monitors for the availability and use of such space. Areas that are assigned to the Contractor shall be maintained using the same cleanliness standards as the rest of the building.

14. The Government will furnish water, electricity, sewage disposal, and natural gas necessary for performance of work under this contract. The Contractor shall make no changes to electrical outlets in buildings listed in this contract. The Contractor and his personnel shall not utilize telephones located in buildings receiving service unless prior consent is obtained from the Contracting Officer.

15. The Contractor shall furnish all materials, supplies, and vehicles necessary to comply with the requirements of this contract. Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operated using existing building circuits. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaces, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area specified in this contract. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. All applicable Material Safety Data Sheets (MSDS) shall be provided to the Contracting Officer prior to contract start date.

16. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item.

17. The Government will not be liable for loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

18. The following list of supplies required is for informational purposes only. It is not meant to be all-inclusive:

Toilet paper
Rolled towels
Single fold towels
Multi-fold towels
Plastic trash bags: large, medium, small
Bar soap
Liquid hand soap

19. The square footage listed in the bid schedule has been computed by physical measurements of the area to be cleaned. The Floor Plans, Technical Exhibit 3, show the location of these areas. Drawings have been reduced in scale and the measurements therein are not accurate. Shaded areas as shown on the drawings shall not be cleaned.

The List of Buildings to Receive Custodial Service, Technical Exhibit 1, shows a consolidated schedule of buildings per bid item.

20. The Government reserves the right to add or delete buildings or portions of buildings, change days of service, and specify cleaning times in buildings as required to meet customer's schedules at no increase in the square foot price. The Contracting Officer will notify the Contractor telephonically as these changes occur. These changes will be confirmed by a modification to the contract at the end of each month.

21. If buildings (or areas of buildings) are added during the month and service for less than a month, a payment will be calculated on the following basis:

<u>Days Service x Square Feet of Serviced Area x Unit Price</u> = Payment Due
Number of work Days for Pay Item During Month

All buildings or areas added shall be calculated as above, and the sum of all monetary amounts added to the base payment. If buildings (or area of buildings) to be serviced are deducted during the month, deductions to the base payment will be calculated as follows:

<u>Days Removed from Service x Square feet of Serviced Area x Unit Price</u> = Amount
Number of Work Days for Pay Item During Month

All buildings or areas to be added or deducted will be calculated as above, and the sum of all monetary amounts added to or deducted from the base payment.

22. SPECIFIC TASKS TO BE PERFORMED:

22.1 <u>Routine Custodial Service:</u>

Direct Cost Customers (CLINS 0001AA, 0002AA, 0003AA, 0004AA and 0005AA) shall receive the following services every Friday (unless otherwise indicated on Technical Exhibit 1):

Reimbursable Customers (CLINS 0001AB, 0002AB, 0003AB, 0004AB and 0005AB) shall receive the following services every Tuesday and Friday (unless otherwise indicated on Technical Exhibit 1):

22.1.1. <u>Floor maintenance:</u> The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas as indicated on the floor plans. Chairs, trash receptacles, and movable items shall be tilted or moved to clean the floor underneath. The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpeted surfaces. After the carpeted floor has been completely vacuumed, it shall be free of visible litter, soil, and embedded grit. After non-carpeted floors have been mopped, the entire floor shall have a uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration. Floor maintenance solutions shall be removed from baseboards, furniture, and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations. The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners, and under furniture. Baseboards, furniture, and equipment shall not be damaged by equipment being used to perform floor maintenance.

22.1.2. <u>Trash removal</u>. Boxes, cans, and papers placed near a trash receptacle and marked "Trash" shall be removed. Boxes exceeding 14 x 14 (flattened), recycle papers (shredded), and excessive amounts of Technical Manuals, Army Regulations, and books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted down prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may fall onto the floor or grounds during the removal of such collected trash. The trash shall be deposited in the nearest outside trash collection point or dumpster. Rugs and carpet shall be spot cleaned as necessary or as directed by the Contracting Officer. The Contractor shall use gum remover to remove gum, grease, paint, and other sticky substances from carpets and rugs

22.1.3. Clean drinking fountains. The Contractor shall clean drinking fountains to remove trash, soil, streaks, and smudges from drinking fountains and disinfect porcelain and polished metal surfaces including the orifices and drains on drinking fountains and cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, scale, and other removable soil.

22.1.4. Spot clean. The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks, and water marks from glass in interior partitions, walls, doors, display cases, pictures, and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray, and drip marks shall be removed from adjacent surfaces

22.1.5 Regular dusting. The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter, and dry soil from the horizontal surfaces of chairs, table tops, cabinet tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors, and stair rails from a height of 7 feet to the top of the finished floor surface. The Contractor shall not dust office desks.

22.1.6 Carpet-type entrance mats shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats shall be swept or vacuumed to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location.

22.2 Latrines, Shower Rooms and Locker Rooms: (CLINS 0001AC, 0002AC, 0003AC, 0004AC and 0005AC) shall receive the following services every workday, Monday through Friday:

22.2.1. Remove trash, dust, spot clean, sweep floors, and damp mop with a disinfectant.

22.2.2. Resupply toilet tissue, towels, and hand soap (bar and/or liquid). All wall-mounted soap dispensers will be utilized. Bar soap will be substituted if no wall-mounted liquid soap dispenser is available. Latrines shall be stocked so that supplies do not run out before the next scheduled service is due.

22.2.3 Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping, and related surfaces. Remove scale, scum, mineral deposits, and rust stains from toilet bowls, commodes, and urinals by descaling.

22.2.4 Clean and disinfect partitions, stalls, stall doors, and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl, and basins.

22.2.5 Clean mirrors, soap dishes, towel and soap dispensers, and exposed pipes, valves, and miscellaneous fixtures.

22.2.6 After completion of these tasks, the latrines, shower rooms, and locker rooms shall be free of streaks, stains, trash, grit, and other removable soil.

22.2.7 The Contractor shall spot clean areas to remove smudges, fingerprints, marks, and streaks from washable surfaces of walls, partitions, doors, and fixtures. After spot cleaning, the surface shall have a clean, uniform appearance, free of streaks, spots, and soil.

22.3. "Caution Wet Floors" signs shall be placed at entrances and on mop buckets. After being damp mopped, the floor shall have a uniform appearance with no streaks, swirl marks, detergent residue, or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls, and baseboards. The Contractor shall remove mop strands in the area. Difficult areas, such as corners and behind fixtures, shall be mopped by hand.

22.4 The Contractor shall prepare a Task and Frequency Chart similar to the one shown in Technical Exhibit 2 (TE-2). The form shall be submitted to the Contracting Officer 10 working days prior to contract start date. A Task and Frequency Chart shall be completed by the Contractor for each building to be cleaned under this contract. The Contractor shall ensure that a copy is posted in the Women's latrine of each building receiving custodial service.

22.5 The Contractor shall spray-buff floors once per month. The Contractor shall sweep floors prior to spray-buffing. Areas accessible to the floor machine shall be spray-buffed. After spray-buffing, the entire floor shall have a uniform, glossy appearance, free of scuff marks, heel marks, and other stains. Spray-buff solution shall be removed from baseboards, furniture, and trash receptacles.

22.6 The Contractor shall keep supplies, equipment, and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment, and machines at the end of each work period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

22.7 Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective services reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified, shall be cause for a reduction in contract payment.

22.8 The Contractor shall store combustible materials as directed by the installation's fire and safety directives. Rags, mops, or brushes that contain residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

22.9 In addition to routine work, the Contractor shall perform the following special requirement tasks for buildings listed below:

22.9.1 Buildings 455, 1640, 1950, 2875, 2934 and 4700. The Contractor shall clean entrance doors, metal push bars and plates, kick plates, and frames and trim on both sides each day routine service is scheduled.

22.9.2 Buildings 1945 and 1950. The Contractor shall maintain sidewalks and trash receptacles and ashtrays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster.

22.9.3 The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entranceways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following buildings with the Contracting Officer.

| | | | | |
|---|---|---|---|---|
| 340 | 1005 | 1721 | 2913 | 3281 |
| 455 | 1640 | 1803 | 2934 | 4121 |
| 461 | 1645 | 2593 | 3166 | 4700 |
| 462 | 1651 | 2595 | 3268 | |
| 652 | 1655 | 2719 | 3280 | |

**TELEGRAPHIC, FACSIMILE OR TELEFAXED BIDS**
Telegraphic, facsimile or telefaxed bids and mailgrams **will not be** accepted.

**CLARIFICATION OF THIS SOLICITATION**
Prospective bidders are cautioned against soliciting views, clarification, interpretations, etc., of this solicitation from agencies or individuals of the Government other than the office issuing this solicitation. Any desired explanation of this solicitation should be made in writing to the Directorate of Contracting, Contract Support Team, ATTN: ATZR-QD, PO Box 33501, Fort Sill, OK 73503-0501. Sufficient time should be allowed for a reply to reach bidders/offerors before submission of their bids/offers. Oral explanations will not be binding.

**REFERENCES**
Bidders/Offerors shall identify Government and/or private contracts performed within the last three (3) years, giving the following information for each contract performed:

- Government installation, agency or commercial firm
- Point of Contact (to include name, address and telephone number)
- Contract number (if applicable)
- Title of project

This information shall be included when submitting a bid/offer.

**BASIS FOR AWARD**
Only one award will be made as a result of this solicitation. Award will be made in the aggregate to the low responsive, responsible offeror whose bid/offer, conforming to the solicitation, is most advantageous to the Government, considering only price and price-related factors specified in the solicitation. Bidder/offeror is required to submit bid/offer on all bid items. Failure to do so will be cause for rejection of the bid/offer.
NOTE: All extensions of the unit prices shown will be subject to verification by the Government. In case of variation between the unit price and the extension, the unit price will be considered to be the bid/offer. If a modification to a bid/offer based on unit prices is submitted, which provides for a lump sum adjustment to the total estimated cost, the application of the lump sum adjustment to each unit price in the bid schedule must be stated. If it is not stated, the bidder/offeror agrees that the lump sum adjustment shall be applied on a pro-rata basis to every unit price in the bid schedule.

**AWARD FOR BASE PERIOD ONLY**
Any award made as a result of this solicitation will be for the base period only and will not include any option period.

**CONTRACT PERIOD**
Any contract awarded as a result of bids submitted under this Invitation for Bids shall extend from 1 October 2000, or date of contract award, whichever is later, through 30 September 2001, unless sooner terminated under the terms of the contract.
NOTE: Exercise of the Government's option(s) to extend this contract may extend the above 20 September 2001 date to as late as 30 September 2005.

**OPTION TO EXTEND SERVICES**
(a) Services described herein may be extended as described at FAR 52.217-8 by the Contracting Officer's written notice to the Contractor anytime before contract expiration or within 30 calendar days after funds for the exercise of the option become available, whichever is later. This option is intended to protect the Government from disruption of mission essential service in the event of unusual administrative problems or other extenuating circumstances.
(b) No legal liability on the part of the Government for payment of any money for performance under any option beyond 30 September of the contract year shall arise unless and until funds are made available to the Contracting Officer for such performance and notice of such availability, to be confirmed in writing by the Contracting Officer, is given to the Contractor.

**IMPAC PAYMENT**
(a) The Government will process payments for supplies/services rendered under this contract through the Government-wide Commercial Purchase Card (IMPAC). The Contractor shall maintain the capability to accept the Government IMPAC Credit Card during the life of this contract.
(b) Within 3 working days after the beginning of each month, the Contractor shall submit to the Contracting Officer an invoice for services performed during the preceding month in accordance with FAR Clause 52.212-4, paragraph (g). The Contractor shall furnish the Contracting Officer a credit card receipt of the transaction within 24 hours after performance of services.

**SERVICE CONTRACT ACT WAGE DETERMINATIONS OF THE SECRETARY OF LABOR**
This contract is subject to the provisions of the Service Contract Act of 1965 (P.L. 89-286) and the requirements of the Service Contract Act, as amended by P.L. 92-473, 9 October 1972. Attention is invited to the obligation of the Contractor under Section 4(c) of the amended Service Contract Act. The Contractor, in performing this contract, shall adhere to the provisions of said Act and the regulations of the Secretary of Labor. Any questions regarding the extent of these obligations should be addressed to the Department of Labor.

**APPLICABLE WAGE DETERMINATION(S)**
The following U.S. Department of Labor Wage Determination is applicable to this procurement: (A copy of the wage determination is incorporated herein and made a part hereof (See Attachment A.))

| Wage Determination No. | Date |
|---|---|
| 94-2525 (Rev. 14) | 08/31/1999 |

**NOTICE OF COLLECTIVE BARGAINING AGREEMENT NEGOTIATIONS**
The Contractor shall notify the Contracting Officer thirty (30) calendar days prior to commencement of any collective bargaining agreement negotiations. The Contractor agrees to provide the Contracting Officer a copy of any collective bargaining agreement applicable to employees performing under this contract.

**FAIR LABOR STANDARDS ACT AMENDMENT (MAY 74)**
Notwithstanding any other provision of this contract, the minimum wage payment shall be as specified by P.L. 93-259 or the applicable Service Contract Act Wage Determination Rate, if any, whichever is greater.

**EQUIVALENT RATES FOR FEDERAL HIRES**
(See paragraph (c)(2) of FAR Clause 52.212-5.)
THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION.

| EMPLOYEE CLASS | MONETARY WAGE-FRINGE BENEFITS | |
|---|---|---|
| Supervisor | $13.48 | 32.45% |
| Work Leader | $9.88 | 32.45% |
| Janitor/Custodian | $8.32 | 32.45% |
| Typist | $8.98 | 32.45% |

**PERMITS, TAXES, LICENSES, ORDINANCES, AND REGULATIONS**
Contractor shall obtain all necessary permits, give all notices, pay all license fees and taxes, comply with all Federal, state, municipal, county, and local Board of Health ordinances, rules and regulations applicable to the business carried on under this contract, and be responsible for all applicable state sales and use taxes.

**TRADOC PROTEST RULES**
(a) Bidders/offerors filing a protest may now file their protest with HQ, TRADOC as an alternative to filing the protest with the Contracting Officer.
(b) Interested parties are encouraged to consult with the Contracting Officer before initiating protests. If the parties cannot resolve their dispute, the interested party may file an agency protest. There are two agency protest forums available to interested parties (1) a Contracting Officer protest and (2) a HQ, TRADOC protest. An interested party may file with one forum or the other, but not both.

(c) A copy of the TRADOC FINAL PROTEST FULES will be furnished to interested parties upon request. Rules may also be accessed on the Internet at the following address: http://www.tradoc-acq.army.mil/library.html , then click on "TRADOC Final Protest Rules".

**CLAUSES INCORPORATED BY REFERENCE:**

| | | |
|---|---|---|
| 52.212-4 | Contract Terms and Conditions--Commercial Items | MAY 1999 |
| 52.219-6 | Notice Of Total Small Business Set-Aside | JUL 1996 |
| 52.212-5 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items | FEB 2000 |
| 52.212-1 | Instructions to Offerors--Commercial Items | NOV 1999 |
| 252.212-7000 | Offeror Representations and Certifications- Commercial Items | NOV 1995 |

Addendum to FAR Clause 52.212-4, Contract Terms and Conditions—Commercial Items (MAY 99)

a. The following sentence is deleted from paragraph (g)(8): "Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment."

(b) Paragraph (i) is deleted in its entirety.

**CLAUSES INCORPORATED BY FULL TEXT**

**52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within the period specified in the Schedule.

(End of clause)

**52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (NOV 1999)**

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.

(End of clause)

**52.232-18 AVAILABILITY OF FUNDS (APR 1984)**

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

**52.232-36 PAYMENT BY THIRD PARTY (MAY 1999)**

(a) General. The Contractor agrees to accept payments due under this contract, through payment by a third party in lieu of payment directly from the Government, in accordance with the terms of this clause. The third party and, if applicable, the particular Governmentwide commercial purchase card to be used are identified elsewhere in this contract.

(b) Contractor payment request. In accordance with those clauses of this contract that authorize the Contractor to submit invoices, contract financing requests, other payment requests, or as provided in other clauses providing for payment to the Contractor, the Contractor shall make such payment requests through a charge to the Government account with the third party, at the time and for the amount due in accordance with the terms of this contract.

(c) Payment. The Contractor and the third party shall agree that payments due under this contract shall be made upon submittal of payment requests to the third party in accordance with the terms and conditions of an agreement between the Contractor, the Contractor's financial agent (if any), and the third party and its agents (if any). No payment shall be due the Contractor until such agreement is made. Payments made or due by the third party under this clause are not payments made by the Government and are not subject to the Prompt Payment Act or any implementation thereof in this contract.

(d) Documentation. Documentation of each charge against the Government's account shall be provided to the Contracting Officer upon request.

(e) Assignment of claims. Notwithstanding any other provision of this contract, if any payment is made under this clause, then no payment under this contract shall be assigned under the provisions of the assignment of claims terms of this contract or the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

(f) Other payment terms. The other payment terms of this contract shall govern the content and submission of payment requests. If any clause requires information or documents in or with the payment request, that is not provided in the third party agreement referenced in paragraph (c) of this clause, the Contractor shall obtain instructions from the Contracting Officer before submitting such a payment request.

(End of clause)

**ADDENDUM TO FAR 52.232-36 PAYMENT BY THIRD PARTY (MAY 1999)**

(g) The third party is:
US Bank
IMPAC Payment Services
PO Box 6347
Fargo, ND 58125-6347

(h) The purchase card to be used is:
GSA Smart Pay CARD (I.M.P.A.C.)

**252.212-7001 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (MAR 2000)**

(a) The Contractor agrees to comply with any clause that is checked on the following list of DFARS clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

_XX_252.205-7000 Provision of Information to Cooperative Agreement Holders (10 U.S.C. 2416).
_N/A_ 252.206-7000 Domestic Source Restriction (10 U.S.C. 2304)
_N/A_252.219-7003 Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts) (15 U.S.C. 637).
_XX_ 252.225-7001 Buy American Act and Balance of Payment Program (41 U.S.C. 10a-10d, E.O. 10582).

_N/A_ 252.225-7007 Buy American Act--Trade Agreements--Balance of Payments Program _____Alternate I (41 U.S.C.10a-10d, 19 U.S.C. 2501-2518, and 19 U.S.C. 3301 note).
_XX_ 252.225-7012 Preference for Certain Domestic Commodities.
_N/A_ 252.225-7014 Preference for Domestic Specialty Metals (10 U.S.C. 2241 note).
_N/A_ 252.225-7015 Preference for Domestic Hand or Measuring Tools (10 U.S.C. 2241 note).
_N/A_ 252.225-7021 Trade Agreements _N/A_Alternate I (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).
_N/A_ 252.225-7027 Limitation on Sales Commissions and Fees (12 U.S.C. 2779).
_N/A_ 252.225-7028 Exclusionary Policies and Practices of Foreign Governments (22 U.S.C. 2755).
_N/A_ 252.225-7029 Preference for United States or Canadian Air Circuit Breakers (10 U.S.C. 2534(a)(3)).
_N/A_ 252.225-7036 Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payment Program (_N/A_ Alternate I) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).
_N/A_ 252.227-7015 Technical Data--Commercial Items (10 U.S.C. 2320).
_N/A_ 252.227-7037 Validation of Restrictive Markings on Technical Data (10 U.S.C. 2321).
_N/A_ 252.243-7002 Certification of Requests for Equitable Adjustment (10 U.S.C. 2410).
_XX_ 252.247-7023 Transportation of Supplies by Sea (__N/A__Alternate I) (__N/A__Alternate II) (10 U.S.C. 2631).
_XX_ 252.247-7024 Notification of Transportation of Supplies by Sea (10 U.S.C. 2631).

(b) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (Federal Acquisition Regulation 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014 Preference for Domestic Specialty Metals, Alternate I (10 U.S.C. 2241 note).

252.247-7023 Transportation of Supplies by Sea (10 U.S.C. 2631).252.247-7024 Notification of Transportation of Supplies by Sea (10 U.S.C. 2631).

252.247-7024 Notification of Transportation of Supplies by Sea (10 U.S.C. 2631)

(End of clause)

**52.217-5 EVALUATION OF OPTIONS (JUL 1990)**

(a) Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(b) The Government may reject an offer as nonresponsive if it is materially unbalanced as to prices for the basic requirement and the option quantities. An offer is unbalanced when it is based on prices significantly less than cost for some work and prices which are significantly overstated for other work.

(End of provision)

**52.237-1 SITE VISIT (APR 1984)**

(a) Offerors or quoters are urged and expected to inspect the site where services are to be performed and to satisfy themselves regarding all general and local conditions that may affect the cost of contract performance, to the extent that the information is reasonably obtainable. In no event shall failure to inspect the site constitute grounds for a claim after contract award.

**52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS--COMMERCIAL ITEMS (FEB 2000) ALTERNATE I (OCT 1998)**

(a) Definitions. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the standard industrial classification code designated.

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

"Women-owned small business concern" means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of it's stock is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).

( ) TIN:------------------------------------------------------

( ) TIN has been applied for.

( ) TIN is not required because:

( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

( ) Offeror is an agency or instrumentality of a foreign government;

( ) Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.

( ) Sole proprietorship;

( ) Partnership;

( ) Corporate entity (not tax-exempt);

( ) Corporate entity (tax-exempt);

( ) Government entity (Federal, State, or local);

( ) Foreign government;

( ) International organization per 26 CFR 1.6049-4;

( ) Other-------------------------------------------------------

(5) Common parent.

( ) Offeror is not owned or controlled by a common parent;

Name and TIN of common parent:

Name------------------------------------------------------------------

TIN--------------------------------------------------------------------

(c) Offerors must complete the following representations when the resulting contract is to be performed inside the United States, its territories or possessions, Puerto Rico, the Trust Territory of the Pacific Islands, or the District of Columbia. Check all that apply.

(1) Small business concern. The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) Small disadvantaged business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) Women-owned small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, ( ) is not a women-owned small business concern.

Note: Complete paragraphs (c)(4) and (c)(5) only if this solicitation is expected to exceed the simplified acquisition threshold.

(4) Women-owned business concern (other than small business concern). (Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, ( ) is not a women-owned business concern.

(5) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

_________________________________________

(6) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. (Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.)

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).) The offeror represents as part of its offer that it ( ) is, ( ) is not an emerging small business.

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

Average Annual

Number of Employees Gross Revenues

( ) 50 or fewer ( ) $1 million or less

( ) 51 - 100 ( ) $1,000,001 - $2 million

( ) 101 - 250 ( ) $2,000,001 - $3.5 million

( ) 251 - 500 ( ) $3,500,001 - $5 million

( ) 501 - 750 ( ) $5,000,001 - $10 million

( ) 751 - 1,000 ( ) $10,000,001 - $17 million

( ) Over 1,000 ( ) Over $17 million

(7) (Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.)

(i) General. The offeror represents that either--

(A) It ( ) is, ( ) is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It ( ) has, ( ) has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(7)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ____________.]

(8) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(2) or (c)(7) of this provision.) [The offeror shall check the category in which its ownership falls]:

____Black American.

____Hispanic American.

____Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____Individual/concern, other than one of the preceding.

(d) Certifications and representations required to implement provisions of Executive Order 11246--

(1) Previous Contracts and Compliance. The offeror represents that--

(i) It ( ) has, ( ) has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation; and

(ii) It ( ) has, ( ) has not filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that--

(i) It ( ) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR Subparts 60-1 and 60-2), or

(ii) It ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) Buy American Act--Balance of Payments Program Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act--Balance of Payments Program--Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product as defined in the clause of this solicitation entitled ``Buy American Act--Balance of Payments Program--Supplies" and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

(2) Foreign End Products:

Line Item No.:---------------------------------------------------------
Country of Origin:----------------------------------------------------

(List as necessary)

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program Certificate. (Applies only if the clause at FAR 52.225-3, Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product as defined in the clause of this solicitation entitled ``Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program" and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States.

(ii) The offeror certifies that the following supplies are NAFTA country end products or Israeli end products as defined in the clause of this solicitation entitled ``Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program":

NAFTA Country or Israeli End Products

Line Item No.:---------------------------------------------------------
Country of Origin:----------------------------------------------------

(List as necessary)

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled ``Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products

Line Item No.:---------------------------------------------------------
Country of Origin:----------------------------------------------------

(List as necessary)

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(2) Buy American Act--North American Free Trade Agreements--Israeli Trade Act--Balance of Payments Program Certificate, Alternate I (Feb 2000). If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled ``Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program":

Canadian End Products

Line Item No.:---------------------------------------------------------

(List as necessary)

(3) Buy American Act--North American Free Trade Agreements--Israeli Trade Act--Balance of Payments Program Certificate, Alternate II (Feb 2000). If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled ``Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program":

Canadian or Israeli End Products

Line Item No.:--------------------------------------------------------
Country of Origin:----------------------------------------------------

(List as necessary)

(4) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made, designated country, Caribbean Basin country, or NAFTA country end product, as defined in the clause of this solicitation entitled ``Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products.

Other End Products

Line Item No.:--------------------------------------------------------
Country of Origin:----------------------------------------------------

(List as necessary)

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items subject to the Trade Agreements Act, the Government will evaluate offers of U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products without regard to the restrictions of the Buy American Act or the Balance of Payments Program. The Government will consider for award only offers of U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549). The offeror certifies, to the best of its knowledge and belief, that --

(1) The offeror and/or any of its principals ( ) are, ( ) are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency, and

(2) ( ) Have, ( ) have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and ( ) are,

( ) are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(End of provision)

ATTACHMENT A

WAGE DETERMINATION NO: 94-2525 REV (14) AREA: TX,WICHITA FALLS

***FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL***

| | |
|---|---|
| REGISTER OF WAGE DETERMINATION UNDER THE SERVICE CONTRACT ACT By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION WAGE AND HOUR DIVISION Washington, D.C. 20210 |
| Division of Wage Determinations | Wage Determination No.: 94-2525 Revision No.: 14 Date of Last Revision: 08/31/1999 |

State): **Oklahoma**, Texas

Areas: **Oklahoma** COUNTIES OF Comanche, Cotton, Greer, Harmon, Jackson, Jefferson, Kiowa, Stephens, Tillman
Texas COUNTIES OF Archer, Baylor, Clay, Wichita, Wilbarger

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| Administrative Support and Clerical Occupations: | |
| 01011 Accounting Clerk I | $ 8.32 |
| 01012 Accounting Clerk II | $ 9.39 |
| 01013 Accounting Clerk III | $ 10.54 |
| 01014 Accounting Clerk IV | $ 11.79 |
| 01030 Court Reporter | $ 12.89 |
| 01050 Dispatcher, Motor Vehicle | $ 10.34 |
| 01060 Document Preparation Clerk | $ 7.73 |
| 01070 Messenger (Courier) | $ 6.34 |
| 01090 Duplicating Machine Operator | $ 7.73 |
| 01110 Film/Tape Librarian | $ 9.98 |
| 01115 General Clerk I | $ 6.97 |
| 01116 General Clerk II | $ 7.83 |
| 01117 General Clerk III | $ 8.50 |
| 01118 General Clerk IV | $ 9.55 |
| 01120 Housing Referral Assistant | $ 12.57 |
| 01131 Key Entry Operator I | $ 6.45 |
| 01132 Key Entry Operator II | $ 7.71 |
| 01191 Order Clerk I | $ 8.95 |
| 01192 Order Clerk II | $ 9.77 |
| 01261 Personnel Assistant (Employment) I | $ 9.07 |
| 01262 Personnel Assistant (Employment) II | $ 10.22 |
| 01263 Personnel Assistant (Employment) III | $ 11.46 |
| 01264 Personnel Assistant (Employment) IV | $ 12.82 |
| 01270 Production Control Clerk | $ 12.57 |
| 01290 Rental Clerk | $ 9.98 |
| 01300 Scheduler, Maintenance | $ 9.68 |

| | |
|---|---|
| 01311 Secretary I | $ 9.98 |
| 01312 Secretary II | $ 11.24 |
| 01313 Secretary III | $ 13.78 |
| 01314 Secretary IV | $ 14.01 |
| 01315 Secretary V | $ 14.82 |
| 01320 Service Order Dispatcher | $ 10.65 |
| 01341 Stenographer I | $ 12.18 |
| 01342 Stenographer II | $ 12.91 |
| 01400 Supply Technician | $ 14.01 |
| 01420 Survey Worker (Interviewer) | $ 11.24 |
| 01460 Switchboard Operator-Receptionist | $ 7.64 |
| 01510 Test Examiner | $ 11.24 |
| 01520 Test Proctor | $ 11.24 |
| 01531 Travel Clerk I | $ 7.40 |
| 01532 Travel Clerk II | $ 7.89 |
| 01533 Travel Clerk III | $ 8.28 |
| 01611 Word Processor I | $ 8.77 |
| 01612 Word Processor II | $ 9.81 |
| 01613 Word Processor III | $ 11.04 |
| Automatic Data Processing Occupations: | |
| 03010 Computer Data Librarian | $ 9.43 |
| 03041 Computer Operator I | $ 9.54 |
| 03042 Computer Operator II | $ 10.69 |
| 03043 Computer Operator III | $ 12.30 |
| 03044 Computer Operator IV | $ 16.12 |
| 03045 Computer Operator V | $ 17.89 |
| 03071 Computer Programmer I 1/ | $ 13.36 |
| 03072 Computer Programmer II 1/ | $ 16.23 |
| 03073 Computer Programmer III 1/ | $ 19.86 |
| 03074 Computer Programmer IV 1/ | $ 21.85 |
| 03101 Computer Systems Analyst I 1/ | $ 16.55 |
| 03102 Computer Systems Analyst II 1/ | $ 20.65 |
| 03103 Computer Systems Analyst III 1/ | $ 22.29 |
| 03160 Peripheral Equipment Operator | $ 9.43 |
| Automotive Service Occupations: | |
| 05005 Automobile Body Repairer, Fiberglass | $ 16.20 |
| 05010 Automotive Glass Installer | $ 14.54 |
| 05040 Automotive Worker | $ 14.54 |
| 05070 Electrician, Automotive | $ 15.35 |
| 05100 Mobile Equipment Servicer | $ 12.90 |
| 05130 Motor Equipment Metal Mechanic | $ 16.20 |
| 05160 Motor Equipment Metal Worker | $ 14.54 |
| 05190 Motor Vehicle Mechanic | $ 16.20 |
| 05220 Motor Vehicle Mechanic Helper | $ 12.05 |
| 05250 Motor Vehicle Upholstery Worker | $ 13.70 |
| 05280 Motor Vehicle Wrecker | $ 14.54 |
| 05310 Painter, Automotive | $ 15.35 |
| 05340 Radiator Repair Specialist | $ 14.54 |
| 05370 Tire Repairer | $ 12.90 |
| 05400 Transmission Repair Specialist | $ 16.20 |
| Food Preparation and Service Occupations: | |
| 07010 Baker | $ 10.14 |
| 07041 Cook I | $ 9.00 |
| 07042 Cook II | $ 10.14 |
| 07070 Dishwasher | $ 6.72 |
| 07100 Food Service Worker (Cafeteria Worker) | $ 6.72 |

| | |
|---|---|
| 07130 Meat Cutter | $ 11.53 |
| 07250 Waiter/Waitress | $ 7.29 |
| Furniture Maintenance and Repair Occupations: | |
| 09010 Electrostatic Spray Painter | $ 15.35 |
| 09040 Furniture Handler | $ 11.04 |
| 09070 Furniture Refinisher | $ 15.35 |
| 09100 Furniture Refinisher Helper | $ 12.05 |
| 09110 Furniture Repairer, Minor | $ 13.70 |
| 09130 Upholsterer | $ 15.35 |
| General Service and Support Occupations: | |
| 11030 Cleaner, Vehicles | $ 6.84 |
| 11060 Elevator Operator | $ 6.97 |
| 11090 Gardener | $ 8.60 |
| 11121 Housekeeping Aide I | $ 6.23 |
| 11122 Housekeeping Aide II | $ 6.87 |
| 11150 Janitor | $ 6.72 |
| 11210 Laborer, Grounds Maintenance | $ 7.83 |
| 11240 Maid or Houseman | $ 6.23 |
| 11270 Pest Controller | $ 10.99 |
| 11300 Refuse Collector | $ 6.72 |
| 11330 Tractor Operator | $ 9.00 |
| 11360 Window Cleaner | $ 7.29 |
| Health Occupations: | |
| 12020 Dental Assistant | $ 10.09 |
| 12040 Emergency Medical Technician/Paramedic Ambulance Driver | $ 10.09 |
| 12071 Licensed Practical Nurse I | $ 9.23 |
| 12072 Licensed Practical Nurse II | $ 10.37 |
| 12073 Licensed Practical Nurse III | $ 11.60 |
| 12100 Medical Assistant | $ 9.80 |
| 12130 Medical Laboratory Technician | $ 10.37 |
| 12160 Medical Record Clerk | $ 9.02 |
| 12190 Medical Record Technician | $ 12.49 |
| 12221 Nursing Assistant I | $ 6.55 |
| 12222 Nursing Assistant II | $ 7.36 |
| 12223 Nursing Assistant III | $ 8.03 |
| 12224 Nursing Assistant IV | $ 9.02 |
| 12250 Pharmacy Technician | $ 11.24 |
| 12280 Phlebotomist | $ 10.37 |
| 12311 Registered Nurse I | $ 13.99 |
| 12312 Registered Nurse II | $ 17.18 |
| 12313 Registered Nurse II, Specialist | $ 17.18 |
| 12314 Registered Nurse III | $ 20.71 |
| 12315 Registered Nurse III, Anesthetist | $ 20.71 |
| 12316 Registered Nurse IV | $ 24.82 |
| Information and Arts Occupations: | |
| 13002 Audiovisual Librarian | $ 15.69 |
| 13011 Exhibits Specialist I | $ 12.97 |
| 13012 Exhibits Specialist II | $ 14.49 |
| 13013 Exhibits Specialist III | $ 17.72 |
| 13041 Illustrator I | $ 12.97 |
| 13042 Illustrator II | $ 14.49 |
| 13043 Illustrator III | $ 17.72 |
| 13047 Librarian | $ 16.66 |
| 13050 Library Technician | $ 11.24 |
| 13071 Photographer I | $ 11.77 |
| 13072 Photographer II | $ 13.23 |

| | | |
|---|---|---|
| 13073 | Photographer III | $ 14.77 |
| 13074 | Photographer IV | $ 17.72 |
| 13075 | Photographer V | $ 21.45 |
| Laundry, Drycleaning, Pressing and Related Occups: | | |
| 15010 | Assembler | $ 5.79 |
| 15030 | Counter Attendant | $ 5.79 |
| 15040 | Dry Cleaner | $ 7.21 |
| 15070 | Finisher, Flatwork, Machine | $ 5.79 |
| 15090 | Presser, Hand | $ 5.79 |
| 15100 | Presser, Machine, Drycleaning | $ 5.79 |
| 15130 | Presser, Machine, Shirts | $ 5.79 |
| 15160 | Presser, Machine, Wearing Apparel, Laundry | $ 5.79 |
| 15190 | Sewing Machine Operator | $ 7.73 |
| 15220 | Tailor | $ 8.16 |
| 15250 | Washer, Machine | $ 6.21 |
| Machine Tool Operation and Repair Occupations: | | |
| 19010 | Machine-Tool Operator (Toolroom) | $ 15.35 |
| 19040 | Tool and Die Maker | $ 21.47 |
| Materials Handling and Packing Occupations: | | |
| 21010 | Fuel Distribution System Operator | $ 14.84 |
| 21020 | Material Coordinator | $ 11.30 |
| 21030 | Material Expediter | $ 11.30 |
| 21040 | Material Handling Laborer | $ 8.72 |
| 21050 | Order Filler | $ 9.41 |
| 21071 | Forklift Operator | $ 12.94 |
| 21080 | Production Line Worker (Food Processing) | $ 9.94 |
| 21100 | Shipping/Receiving Clerk | $ 9.73 |
| 21130 | Shipping Packer | $ 9.69 |
| 21140 | Store Worker I | $ 7.93 |
| 21150 | Stock Clerk (Shelf Stocker; Store Worker II) | $ 9.98 |
| 21210 | Tools and Parts Attendant | $ 11.04 |
| 21400 | Warehouse Specialist | $ 9.94 |
| Mechanics and Maintenance and Repair Occupations: | | |
| 23010 | Aircraft Mechanic | $ 16.20 |
| 23040 | Aircraft Mechanic Helper | $ 12.05 |
| 23050 | Aircraft Quality Control Inspector | $ 18.16 |
| 23060 | Aircraft Servicer | $ 13.70 |
| 23070 | Aircraft Worker | $ 14.54 |
| 23100 | Appliance Mechanic | $ 15.35 |
| 23120 | Bicycle Repairer | $ 12.90 |
| 23125 | Cable Splicer | $ 18.63 |
| 23130 | Carpenter, Maintenance | $ 15.35 |
| 23140 | Carpet Layer | $ 14.54 |
| 23160 | Electrician, Maintenance | $ 18.68 |
| 23181 | Electronics Technician, Maintenance I | $ 15.54 |
| 23182 | Electronics Technician, Maintenance II | $ 16.36 |
| 23183 | Electronics Technician, Maintenance III | $ 17.34 |
| 23260 | Fabric Worker | $ 13.70 |
| 23290 | Fire Alarm System Mechanic | $ 16.20 |
| 23310 | Fire Extinguisher Repairer | $ 12.90 |
| 23340 | Fuel Distribution System Mechanic | $ 16.20 |
| 23370 | General Maintenance Worker | $ 14.54 |
| 23400 | Heating, Refrigeration and Air-Conditioning Mechanic | $ 16.20 |
| 23430 | Heavy Equipment Mechanic | $ 16.20 |
| 23440 | Heavy Equipment Operator | $ 15.02 |

| | |
|---|---|
| 23460 Instrument Mechanic | $ 16.20 |
| 23470 Laborer | $ 9.50 |
| 23500 Locksmith | $ 15.35 |
| 23530 Machinery Maintenance Mechanic | $ 16.20 |
| 23550 Machinist, Maintenance | $ 16.40 |
| 23580 Maintenance Trades Helper | $ 12.05 |
| 23640 Millwright | $ 16.20 |
| 23700 Office Appliance Repairer | $ 15.35 |
| 23740 Painter, Aircraft | $ 15.35 |
| 23760 Painter, Maintenance | $ 15.35 |
| 23790 Pipefitter, Maintenance | $ 16.20 |
| 23800 Plumber, Maintenance | $ 15.35 |
| 23820 Pneudraulic Systems Mechanic | $ 16.20 |
| 23850 Rigger | $ 16.20 |
| 23870 Scale Mechanic | $ 14.54 |
| 23890 Sheet-Metal Worker, Maintenance | $ 16.20 |
| 23910 Small Engine Mechanic | $ 14.54 |
| 23930 Telecommunications Mechanic I | $ 18.63 |
| 23931 Telecommunications Mechanic II | $ 19.56 |
| 23950 Telephone Lineman | $ 18.63 |
| 23960 Welder, Combination, Maintenance | $ 16.20 |
| 23965 Well Driller | $ 16.20 |
| 23970 Woodcraft Worker | $ 16.20 |
| 23980 Woodworker | $ 12.90 |
| Personal Needs Occupations: | |
| 24570 Child Care Attendant | $ 7.63 |
| 24580 Child Care Center Clerk | $ 9.52 |
| 24600 Chore Aide | $ 6.62 |
| 24630 Homemaker | $ 10.61 |
| Plant and System Operation Occupations: | |
| 25010 Boiler Tender | $ 16.20 |
| 25040 Sewage Plant Operator | $ 15.35 |
| 25070 Stationary Engineer | $ 16.20 |
| 25190 Ventilation Equipment Tender | $ 12.05 |
| 25210 Water Treatment Plant Operator | $ 15.35 |
| Protective Service Occupations: | |
| 27004 Alarm Monitor | $ 8.38 |
| 27006 Corrections Officer | $ 11.06 |
| 27010 Court Security Officer | $ 11.91 |
| 27040 Detention Officer | $ 11.06 |
| 27070 Firefighter | $ 11.45 |
| 27101 Guard I | $ 7.38 |
| 27102 Guard II | $ 10.32 |
| 27130 Police Officer | $ 14.25 |
| Stevedoring/Longshoremen Occupational Services: | |
| 28010 Blocker and Bracer | $ 13.79 |
| 28020 Hatch Tender | $ 11.99 |
| 28030 Line Handler | $ 11.99 |
| 28040 Stevedore I | $ 11.30 |
| 28050 Stevedore II | $ 12.66 |
| Technical Occupations: | |
| 29010 Air Traffic Control Specialist, Center 2/ | $ 24.90 |
| 29011 Air Traffic Control Specialist, Station 2/ | $ 17.17 |
| 29012 Air Traffic Control Specialist, Terminal 2/ | $ 18.91 |
| 29023 Archeological Technician I | $ 10.45 |
| 29024 Archeological Technician II | $ 11.69 |

| | |
|---|---|
| 29025 Archeological Technician III | $ 14.49 |
| 29030 Cartographic Technician | $ 14.49 |
| 29035 Computer Based Training (CBT) Specialist/Instructor | $ 16.55 |
| 29040 Civil Engineering Technician | $ 14.49 |
| 29061 Drafter I | $ 10.33 |
| 29062 Drafter II | $ 12.81 |
| 29063 Drafter III | $ 14.42 |
| 29064 Drafter IV | $ 16.08 |
| 29081 Engineering Technician I | $ 9.87 |
| 29082 Engineering Technician II | $ 12.23 |
| 29083 Engineering Technician III | $ 13.75 |
| 29084 Engineering Technician IV | $ 15.29 |
| 29085 Engineering Technician V | $ 18.78 |
| 29086 Engineering Technician VI | $ 22.74 |
| 29090 Environmental Technician | $ 14.39 |
| 29100 Flight Simulator/Instructor (Pilot) | $ 20.65 |
| 29150 Graphic Artist | $ 14.39 |
| 29160 Instructor | $ 16.55 |
| 29210 Laboratory Technician | $ 11.21 |
| 29240 Mathematical Technician | $ 16.66 |
| 29361 Paralegal/Legal Assistant I | $ 12.93 |
| 29362 Paralegal/Legal Assistant II | $ 16.11 |
| 29363 Paralegal/Legal Assistant III | $ 19.71 |
| 29364 Paralegal/Legal Assistant IV | $ 23.83 |
| 29390 Photooptics Technician | $ 16.66 |
| 29480 Technical Writer | $ 19.00 |
| 29491 Unexploded Ordnance Technician I | $ 15.82 |
| 29492 Unexploded Ordnance Technician II | $ 19.15 |
| 29493 Unexploded Ordnance Technician III | $ 22.95 |
| 29494 Unexploded Safety Escort | $ 15.82 |
| 29495 Unexploded Sweep Personnel | $ 15.82 |
| 29620 Weather Observer, Senior 3/ | $ 12.20 |
| 29621 Weather Observer, Combined Upper Air & Surface Programs 3/ | $ 10.98 |
| 29622 Weather Observer, Upper Air 3/ | $ 10.98 |
| Transportation/Mobile Equipment Operation Occups: | |
| 31030 Bus Driver | $ 10.50 |
| 31260 Parking and Lot Attendant | $ 9.94 |
| 31290 Shuttle Bus Driver | $ 9.94 |
| 31300 Taxi Driver | $ 9.29 |
| 31361 Truckdriver, Light Truck | $ 9.94 |
| 31362 Truckdriver, Medium Truck | $ 10.50 |
| 31363 Truckdriver, Heavy Truck | $ 12.45 |
| 31364 Truckdriver, Tractor-Trailer | $ 12.45 |
| Miscellaneous Occupations: | |
| 99020 Animal Caretaker | $ 7.84 |
| 99030 Cashier | $ 6.26 |
| 99041 Carnival Equipment Operator | $ 8.41 |
| 99042 Carnival Equipment Repairer | $ 9.00 |
| 99043 Carnival Worker | $ 6.72 |
| 99050 Desk Clerk | $ 7.62 |
| 99095 Embalmer | $ 15.28 |
| 99300 Lifeguard | $ 7.82 |
| 99310 Mortician | $ 16.16 |
| 99350 Park Attendant (Aide) | $ 9.86 |
| 99400 Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | $ 7.82 |
| 99500 Recreation Specialist | $ 10.58 |

| | | |
|---|---|---|
| 99510 | Recycling Worker | $ 8.41 |
| 99610 | Sales Clerk | $ 7.82 |
| 99620 | School Crossing Guard (Crosswalk Attendant) | $ 6.72 |
| 99630 | Sports Official | $ 7.82 |
| 99658 | Survey Party Chief (Chief of Party) | $ 12.76 |
| 99659 | Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | $ 11.73 |
| 99660 | Surveying Aide | $ 8.57 |
| 99690 | Swimming Pool Operator | $ 9.46 |
| 99720 | Vending Machine Attendant | $ 8.41 |
| 99730 | Vending Machine Repairer | $ 10.14 |
| 99740 | Vending Machine Repairer Helper | $ 8.41 |

---

** Fringe Benefits Required For All Occupations Included In This Wage Determination **

HEALTH & WELFARE: $1.63 an hour or $65.20 a week or $282.53 a month.
VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 4.173)
HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

1/ Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See 29 CFR 4.156)

2/ APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3/ WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all

employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Second Supplement, dated August 1995, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)}

When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the

authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

TECHNICAL EXHIBIT 1
LIST OF BUILDINGS TO BE CLEANED

## DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN ( sq. ft. ) | LATRINE ( sq. ft. ) | DAY / NIGHT |
|---|---|---|---|---|
| 160 | DPTM--Museum | 0 | 165 | D |
| 207 | Directorate of Civilian Personnel | 12,199 | 494 | D |
| 208 | DPTM--Tasc | 0 | 347 | D |
| 335 | DPTM--Museum | 0 | 160 | D |
| 346 | DPTM-Museum | 0 | 78 | D |
| 435 | DPTM--Museum | 0 | 114 | D |
| 436 | DPTM--Museum | 0 | 170 | D |
| 438 | DPTM--Museum | 0 | 274 | D |
| 441 | DPTM, Security Division | 3,002 | 60 | D |
| 455 | USAFAC--Headquarters Command | 37,425 | 784 | N |
| 462 | HQ Cmd, DOIM, IG, SJA | 27,215 | 1,110 | D/N |
| 463 | Chaplain | 6,595 | 888 | D |
| 652 | DOIM | 11,946 | 1,054 | D |
| 700N | DPTM - Training Service Center | 7,135 | 165 | D |
| 745 | FAS - 30th Regiment Student Post Office | 2,371 | 230 | D |
| 747 | DPTM-TASC Photo Lab | 831 | 174 | D |
| 750 | FAS, Fire Support and Combined Arms Operation Dept. | 352 | 1,311 | N |
| 755 | FAS-30th Regiment 3/8 FA (Prov) | 4,295 | 188 | N |
| 756 | FAS-30th Regiment 3/8 FA (Prov) | 4,111 | 171 | N |
| 758 | FAS-Resource Management Office | 4,211 | 333 | N |
| 759 | FAS-Marine Corps Artillery Detachment | 4,759 | 300 | N |
| 811 | FAS-Marine Corps Artillery Detachment | 2,921 | 444 | N |
| 930 | DOIM, Post Locator | 1,749 | 155 | D |
| 1005 | Chaplain | 6,172 | 119 | D |
| 1273 | DEQ, White Water Crossing--DPW | 0 | 500 | D |
| 1459 | DEQ | 714 | 53 | D |
| 1465 | DEQ | 1,582 | 48 | D |
| 1466 | DEQ | 1,010 | 0 | D |
| 1640 | DCA, Nye Library | 20,834 | 404 | Thurs N |

Technical Exhibit 1
DABT39-00-B-1001

TECHNICAL EXHIBIT 1
LIST OF BUILDINGS TO BE CLEANED

| | | | | |
|---|---|---|---|---|
| 1643 | LEC | 0 | 240 | N |
| 1645 | DOIM-Phone Co. | 4,397 | 256 | D |
| 1651 | Red Cross | 6,737 | 254 | D |
| 1651 | Army Community Service | 3,385 | 254 | N |
| 1655 | TEXCOM Fire Support Test Directorate | 36,922 | 1,932 | D/N |
| 1670 | LEC, Vehicle / Weapons Registration | 169 | 70 | D |
| 1713 | DOD Thrift Store | 0 | 72 | D |
| 1721 | DCP, EEO | 5,603 | 180 | D |
| 1803 | Directorate of Contracting | 7,944 | 230 | D |
| 1935 | DPW Equipment Maint. | 0 | 450 | D |
| 1946 | DPW Data Systems/ Supply | 4,493 | 88 | D |
| 1950 | DPW | 16,381 | 582 | N |
| 2103 | DOIM, Publication Supply | 910 | 80 | D |
| 2192 | Consolidated Property Book DOL | 4,160 | 200 | D |
| 2515 | DEQ, Supply Division | 483 | 153 | D |
| 2583 | DPTM, Range Division | 667 | 109 | D |
| 2584 | DPTM, Range Division | 2,370 | 42 | N |
| 2585 | DPTM, NBC School | 2,320 | 300 | N |
| 2587 | DEQ, Compliance and Awareness Training Center | 3,142 | 162 | N |
| 2591 | EEO Classroom | 3,986 | 140 | N |
| 2592 | DEQ, Material and Waste Management Branch | 3,795 | 141 | D |
| 2593 | SJA, Legal Assistance | 2,677 | 96 | D |
| 2594 | Fort Sill Logistic Assistance Office (LAO) Army Material Cmd | 4,034 | 133 | D |
| 2595 | SJA, Claims Branch | 2,584 | 108 | D |
| 2596 | DOL | 3,190 | 104 | D |
| 2719 | DCA, Family Support Division | 850 | 131 | D |
| 2866 | DCA, ACAP Classroom /VA Assistance Office | 2,459 | 220 | N |
| 2868 | DCA, NAF Procurement Office | 2,496 | 172 | N |
| 2869 | DCA | 2,528 | 188 | N |
| 2870 | DCA, Drug and Alcohol Abuse Control Div | 2,434 | 126 | N |
| 2871 | DCA, Drug and Alcohol Abuse Control Div | 2,640 | 193 | D |
| 2874 | MP Det Case (CID) | 2,416 | 192 | D |
| 2875 | MP Det Case (CID) | 2,929 | 71 | D |
| 2913 | DCA, Army Career and Alumni Program | 3,676 | 179 | N |
| 2927 | AE Post Re-enlistment | 1,243 | 90 | D |

TECHNICAL EXHIBIT 1
LIST OF BUILDINGS TO BE CLEANED

| | | | | | |
|---|---|---|---|---|---|
| 2930 | DEQ | 1,765 | 121 | | N |
| 2936 | Military Intelligence Gp | 966 | 88 | | D |
| 2941 | DPW, FMO | 766 | 63 | | N |
| 2943 | DCA, Central Accounting Office | 3,281 | 300 | | D |
| 2951 | DOL, Carlson Travel | 2,345 | 180 | | D |
| 3168 | Chaplain | 2,977 | 288 | | N |
| 3280 | Chaplain | 7,065 | 300 | Mon | D |
| 3281 | DPTM, Education Center | 18,279 | 671 | | N |
| 3321 | DRMO | 1,021 | 107 | | D |
| 4121 | Chaplain, Frontier Chapel | 14,833 | 674 | | D |
| 4907 | DPTM, Henry Post Army Airfield/ OPHS/ Tower | 6,274 | 276 | | N |
| 4915 | DPTM, 82nd Medivac | 3,011 | 484 | | D |
| 5033 | US Army TMDE Support Center | 4,414 | 224 | | D |
| 5676 | DPW, Family Housing | 3,977 | 150 | | N |
| 5678 | FAS, 3d Regiment, International Student Division | 3,048 | 120 | | D |
| 5723 | DCA, Polo Field | 0 | 416 | | D |
| | **TOTAL - DIRECT COST CUSTOMERS** | **379,471** | **22,693** | | |

TECHNICAL EXHIBIT 1
LIST OF BUILDINGS TO BE CLEANED

## REIMBURSABLE CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq.ft.) | LATRINE (sq.ft.) | DAY/NIGHT |
|---|---|---|---|---|
| 340 | Defense Printing Service | 1,441 | 97 | D |
| 461 | CECOM, Software Engineering, Fire Support | 12,614 | 760 | D |
| 467 | CECOM, Fire Support Software Engineering | 3,892 | 161 | D |
| 700N | DPTM | 4,999 | 624 | D |
| 700S | TELOS | 18,618 | 1,356 | D |
| 700S | CECOM , FATDS (net) | 17,548 | 0 | D |
| 911 | TRADOC Regional Coordinating Element F | 2,260 | 118 | D |
| 954 | Fire Direction Data Manager Support Facility (KODAR) | 1,107 | 40 | D |
| 1607 | DFAS | 14,289 | 857 | D |
| 1945 | Corps of Engineers | 2,738 | 363 | N |
| 2285 | Single Stock Fund Admin Office | 1,565 | 132 | D |
| 2287 | Aviation and Missile Command | 837 | 139 | D |
| 2769 | 2d Simulation Excercise Group 1st Bde (BCST) 75th Div. | 2,248 | 192 | D |
| 2770 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 2,913 | 208 | D |
| 2771 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,758 | 208 | D |
| 2778 | Defense Investigative Service/Lawton Resident Agency | 1,511 | 73 | D |
| 2872 | 5045 th Garrison Support Unit | 2,503 | 220 | D |
| 2873 | 5045 th Garrison Support Unit | 2,522 | 257 | D |
| 2934 | DEQ, CEIHOT | 20,367 | 1,618 | N |
| 3166 | DFAS | 10,944 | 521 | D |
| 3354 | 122nd Arcom, ECS GS | 1,759 | 342 | D |
| 4700 | DFAS | 114,338 | 3,770 | D |
| 4922 | 1475th Logistic Support Battalion, 75th Infantry Div. (E) | 10,110 | 353 | D |
| 5030 | US Army Readiness Gp, Ft. Sill | 19,368 | 1,240 | D |
| | **TOTAL - REIMBURSABLE CUSTOMERS** | **274,249** | **13,649** | |

SAMPLE

TECHNICAL EXHIBIT 2

TASK AND FREQUENCY SCHEDULE

BUILDING NUMBER______________ BID ITEM____________________

D = DAILY
2M = EVERY TWO WEEKS

| ROUTINE WORK | | M | T | W | TH | F | S | SU | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| TRASH REMOVAL | (D) | | | | | | | | |
| SWEEP, DUST, MOP | (D) | | | | | | | | |
| DAMP MOP | (D) | | | | | | | | |
| VACUUM CARPETS / RUGS | (D) | | | | | | | | |
| INTERIOR GLASS CLEANING | (2M) | | | | | | | | |
| CLEAN DRINKING FOUNTIAN | (D) | | | | | | | | |
| WALK-OFF/ENTRANCE MATS | (D) | | | | | | | | NOTE: BUILDING OCCUPANTS REGISTER COMPLAINTS TO MONITOR |
| SPOT CLEAN | (D) | | | | | | | | |
| CLEAN AND RESUPPLY LATRINES SHOWERS / LOCKER ROOMS | (D) | | | | | | | | NAME:_______________ PHONE:_______________ |
| DESCALE TOILET BOWLS AND URINALS | (D) | | | | | | | | |

FS FORM 638-R
REVISED MAR '00



SAMPLE

# TECHNICAL EXHIBIT 3

# FLOOR PLANS

## DABT39-00-B-1001

DABT39-00-T-0037




Latrines only
165 SF
Bldg. 160

207

1-6


NOTE:
ALL CARPET EXCEPT AS INDICATED.
FLOOR PLAN, BLDG 207
Eff 1 May 97
Eff 1 June 98




FLOOR PLAN BLDG. 208
SCALE 1/16"=1'-0"

Mens latrine 312
Womens latrine 35
347 concrete

BLDG. 335

036580




FLOOR PLAN BLDG. 335

SCALE: 1/8"=1'-0"

Latrines only
160 SF




FLOOR PLAN BLDG. 340
SCALE: 1/8" = 1'-0"

CAR 874
AT 567
Lot 97


AT 36
AT 42
AT Lot
FLOOR PLAN BLDG. 346
SCALE: 1/8"=1'-0"


M/L
W/L
Latrines Only
114 SF
FLOOR PLAN BLDG. 435
SCALE: 1/8" = 1'-0"



FIRST FLOOR PLAN BLDG. 436
SCALE: 1/4"=1'-0"

Latrines only
170 SF

036570

BLDG. 436


Lot 274 AT
FRONT PORCH
AT 56
AT 108
AT 110
FIRST FLOOR PLAN BLDG. 438
SCALE 1/16" = 1'-0"
BASEMENT FLOOR PLAN BLDG. 438
N.T.S.


FLOOR PLAN BLDG. 441
SCALE: 3/32"=1'-0"
BLDG. 441
Carpet 3002
717
414
336
224
144
36
45
172
494
456