
Car 227S
AT 78
carpet 227S
AT 78
Lot 90
BASEMENT FLOOR PLAN
SCALE: 3/32"=1'-0"
Bldg. 455
MATCH LINE
MECH 2M
182
88
56
168
480
270
AT 78
702
197
190
AT 32
con
93
AT
493
45
45
168
182
Hallway 264
238
MATCH LINE


BLDG. 455
UPDATED 5 NOV 87
CARPET THROUGHOUT UNLESS OTHERWISE NOTED
FIRST FLOOR PLAN
SCALE: 3/32" = 1'-0"
Bldg. 455
MATCH LINE
delete 2 April 90


BLDG. 4
SECOND FLOOR PLAN
SCALE: 3/32" = 1'-0"
Bldg. 455
CARPET THROUGHOUT UNLESS OTHERWISE NOTED
Rms not to scale
MATCH LINE
MATCH LINE
SCALE: 3/32" = 1'-0"


BLDG. 4
THIRD FLOOR PLAN
SCALE: 3/32" = 1'-0"
Bldg. 455
CARPET THROUGHOUT UNLESS OTHERWISE NOTED
Rm 302
Rm 303
Rm 304
Rm 305
Regimental Conf Room
Rm 308
1129 SF


stairs 42
AT 88
Carpet 2061
CT 652
Lat 133
2843
Bldg. 455
Room 10D
carpet
257
carpet
437
307
CT
393
carpet
255
carpet
132
carpet
322
carpet
160
W/L 70
CT 50
W/L
48
carpet
176
CT
209
AT
42
88

BLDG. 461


UNEXCAVATED
3 DAYS
BASEMENT FLOOR PLAN BLDG. 461
SCALE: 1/8" = 1'-0"
1/8" = 1'0"
scale
feet
N
LAT
CT
AT
372


FIRST FLOOR PLAN BLDG. 461
SCALE: 1/8" = 1'-0"
MATCH LINE
MATCH LINE
LATRINE
RUG
Hallway
150X6 car
WEST BREEZEWAY · 1ST FLOOR
N.T.S.


BLDG. 461


BLDG. 461
SECOND FLOOR PLAN BLDG. 461
SCALE: 1/8" = 1'-0"
MATCH LINE
MATCH LINE
RUG
AT
LAT
CT
CAV
436
WEST BREEZEWAY 2ND FLOOR
N.T.S.
OUT DOOR CARPET


BASEMENT FLOOR PLAN BLDG. 462
NOTE: CARPET THROUGHOUT UNLESS NOTED.
MATCH LINE
MATCH LINE
RAISED FLOOR AREA
LATRINE
RUBBER
BLDG. 462
2-12


BLDG. 462
CARPET THROUGHOUT UNLESS NOTED
114
112
113
338
13X26
DAY
QT
N/C
WOMEN'S LATRINE
MEN'S LATRINE
120
STRG.
AT
FIRST FLOOR PLAN-BLDG. 462
SCALE:1/8"=1'-0"
(NOTE) Room 112-113-114-120 Daytime
1ST FLOOR EAST
DAY 3 CLEAN


NOTE:
DAY CLEAN ONLY
SECOND FLOOR PLAN BLDG. 462
SCALE: 1/8" = 1'-0"
1/8" = 1'0"
Rm 204
AT/RUG
345
QT
AT
RUG
QT/RUG
A
B
C


NOTE:
NIGHT CLEAN ONLY
THIRD FLOOR PLAN BLDG 462


add 1 June 92
AT
Car
400
CT
394
AT
1332
Car
380
CT
25
CT
25
Car
960
255
153
Car
211
99
117
Hallway 1332
car 1665
AT 310
Lat 444
FIRST FLOOR PLAN BLDG. 463
SCALE: 1/8"=1'-0"






SECOND FLOOR PLAN BLDG. 463
SCALE: 1/8" = 1'-0"

Lot 444

| | |
|---|---|
| Hallway | 1260 |
| stairs | 60 |
| Car | 1968 |
| | 3288 |


FIRST FLOOR PLAN, BLDG. 467
SCALE: 3/32" = 1'-0"
LATRINE
Library
AT
1035
1085
240
467

BLDG. 6


Latrine
C
BASEMENT FLOOR PLAN-BLDG. 652
SCALE: 1/16"=1'-0"
1/16"=1'0" 5 0 10 20 30 40
scale
feet
-N-




FIRST FLOOR PLAN - BLDG 652
SCALE: 1/16" = 1'-0"

NOTE:
~~Wood~~ CARPET THROUGH-OUT BLDG. EXCEPT AS NOTED

1/16" = 1'0" 5 0 10 20 30 40 feet scale

P/3

Rm 207 DELETED
13 Jul 87

Rm 207 PICKED UP
1 Jul 88 [illegible]

Rm 205 + 207
deleted 2 July 90

Rm 205 + 207
picked up 1 Jan 93







SECOND FLOOR PLAN-BLDG. 652

SCALE: 1/16" = 1'-0"

NOTE:
~~WOOD~~ CARPET THROUGH-OUT EXCEPT AS NOTED

1/16" = 1' 0" 5 0 10 20 30 40 scale feet

6 LAT

TSC




FIRST FLOOR PLAN, BUILDING 700 NORTH

SCALE: 3/32" = 1'-0"

Lat 77+88 = 165 AT

Carpet 6311
Con 432
AT 392

## SCOPE OF WORK

REMOVE EXISTING OVERHEAD DOORS WHERE SHOWN. PROVIDE NEW METAL STUD FRAMING, INSULATION, GYPSUM BOARD AND EIFS TO BLOCK OPENING. PROVIDE NEW DOORS, FRAMES AND HARDWARE AS SHOWN.

REMOVE EXISTING WOOD STUD PARTITIONS IN EAST WING COMPLETE. REMOVE ALL EXISTING CARPET IN THE SAME AREA.

REMOVE WOOD STUD PARTITIONS IN CENTRAL NORTH WING AS NOTED. PROVIDE NEW PARTITIONS AND DOORS AS SHOWN.

PROVIDE NEW HANDICAPPED ACCESSIBLE RESTROOMS AND ALL ASSOCIATED PLUMBING AND FIXTURES AS REQUIRED. PROVIDE NEW CEILING, 8'-0" ABOVE FINISH FLOOR IN NEW RESTROOMS. PROVIDE NEW FINISHES AS INDICATED.

: NEW ENTRANCE CANOPY.

PROVIDE NEW MECHANICAL AND ELECTRICAL COMPONENTS AND ACCESSORIES AS INDICATED.

| REV. | DATE | DESCRIPTION |
|---|---|---|
| DESIGNED BY TJS | | DEPARTMENT OF THE ARMY<br>DIRECTORATE OF PUBLIC WORKS<br>FORT SILL, OKLAHOMA |
| DRAWN BY TJS | | RELOCATE TASC TO KNOX HALL |
| CHECKED BY | | FIRST FLOOR PLAN |
| PROJECT NO RR00004-7J | INVITATION NO | DATE JUL 97 / DRAWING NO JOC- |

/stand/toscmove.dgn
31-JUL-1997 07:39




BASEMENT FLOOR PLAN BLDG. 700
SCALE: 1/32" = 1'-0"

South
Admin 5715
Lat 696

Total Basement
Admin 7738
Lat 1320

North
Hallway 2023
Lat 624




FIRST FLOOR PLAN BLDG. 700

SCALE: 1/32" = 1'-0"


Admin 6805
FLOOR PLAN-BLDG. 700 (ANNEX)
SCALE: 1/8"=1'-0"
Lot 0
1813
Rm A1
4T
PLATFORM
Hallway 4T
1043
720
Rm A-2
4T
216
4T
Rm A-3
4T
PLATFORM
960
Rm A-4
4T
PLATFORM
1360
693
Rm 4-5
4T
NOTE:
4T unless otherwise noted.

237/ CC
330 LAT






FLOOR PLAN, WEST END BLDG. 747
SCALE: 1/8"=1'-0"




FIRST FLOOR PLAN BLDG. 750
SCALE: 1/8" = 1'-0"


CARPET
CARPET
CARPET
CARPET
CARPET
CARPET
CT
SHOWERS
CT
CARPET
CARPET
CARPET
CARPET
CARPET
CARPET
CARPET
SECOND FLOOR PLAN BLDG 750
SCALE 1/8" = 1'-0" (THIRD FLOOR PLAN SIMILAR)
1/8" = 1'0"
5 0 5 10 15 20
scale
feet


CT
LAT
CT
SHOWERS
NOTE:
CARPET THROUGHOUT UNLESS OTHERWISE NOTED.
THIRD FLOOR PLAN BLDG.750
SCALE 1/8"=1'-0"
1/8"=1'0"
5 0 5 10 15 20
scale
feet


WEST WING
EAST WING
BLDG 755
HHB
ID CARD
AG
BRAVO
ALPHA
FAMILY SUPPORT ROOM
Hallway 728
Include with East Wing
Lat AT
ALL Carpet
Hallway 728
Carpet 3567
4295
Lat AT 188
110
120
588
99
90
108
94
325
600
585
96
606


LADIES
MEN
URINE
LAT 171
CARPET AT C
3871
240
4111
FLOOR PLAN - BLDG 756
SCALE: 1/8" = 1'-0"
204'-0"
MAIN. RUG 108
417
48
143
143
436
CARPET
CARPET
24
472
240
162
315
630
476
189
308


BLDG. 758
FLOOR PLAN-BLDG. 758
SCALE: 3/32" = 1'-0"
204'-0"
Lat 333 AT
AT 48
Carpet 4163
total 4211
CARPET
LAT 135
LAT 150
AT
48
1010
240
280
180
210
212
323
190
153
817
252
162
72

BLDG. 759


CARPET UNLESS OTHERWISE NOTED
FLOOR PLAN
SCALE: 1/16" = 1'-0"
1/16" = 1'0"
0 10 20 30 40
feet
scale
N
Rug
1011
56
Rug
240
145
LAT LINE
155
400
AT
238
170
190
154
Rug
564
C
99
108
686
Rug
120
LAT - 300
AT - 400
Car - 3636



FLOOR PLAN BLDG. 811
SCALE: 3/32=1'-0"
CARPET
CARPET
CARPET
CARPET
CARPET
CARPET
288
234
312
234
432
324
512
350
444
235
LAT c 444
Hallways c 1097
CARPET 1824
total 3365
2921


CONFERENCE
204
TABLE 3
TABLE 3
STORAGE
HVAC
HVAC
MEN
BLDG 911
COPIER
TABLE 1
DESK 1
DESK 2
BOOKS
140
210
126
126
140
150
G11
144
252


FLOOR PLAN
SCALE 3/32"=1'-0"
SCALE: 3/32" = 1'-0"
BLDG. 930
Car 416
AT 864
469
Lat 155


1107 Admin Carpet 1023
40 - Latrine
ADMIN CAR
99
ADMIN CAR
110
ADMIN CAR
286
CAR
99
ADMIN CAR
242
ADMIN ST
84
LATRINE
40
CAR
187
FLOOR PLAN BLDG 954
SCALE: 1/8"=1'-0"
1/8"=1'0"
5 0 5 10 15 20
scale
feet


Carpet 768
AT 96
CARPET
391
AT
720
RUG
24X30
AT
96
48
CARPET
3X16
CT
C
PARTIAL BASEMENT FLOOR PLAN
SCALE 1/8"=1'-0"
Bldg. 1005
1/8"=1'0"
scale
feet
396
720
294
75
48
120
228
1533 SF


FIRST FLOOR PLAN
SCALE 1/8"=1'-0"
Carpet 1930
chapel tile - 1710
total Carpet 4366
total AT 1806
total Lat 119
512 RUG
96 RUG
60 RUG
90 RUG
88 RUG
212
CT
28
294
63
228 RUG
120 RUG
AT
W
chapel tile 1710


SF 500
204
204
Porch 92
Bldg 1273
N




FLOOR PLAN-BLDG.1459
SCALE 1/4"=1'-0"


Bldg 1465
FLOOR PLAN
AT 1582
Car 0
Lot AT 48
AT
AT
AT
AT