
16'-0"
FLOOR PLAN
SCALE: 1/4"=1'-0"
Bldg 1466


BLDG. 1607
Admin car 3791
lat 362 CT
total Landings + stairwells 497 Rubber
FIRST FLOOR PLAN, BLDG. 1607
SCALE 1/8" = 1'-0"
MATCH LINE
car
1050
car
193
334
207
CT
CT
155
2214
carpet
PORCH
MECH ROOM
PORCH
MATCH LINE


SECOND FLOOR PLAN - BLDG. 1607
1/8"=1'-0"
Lat 346 cT
Admin 6796
Hallway 735
7531
384
312
416
783
416
1053
cT 173
Hallway 735
497 Landings stairwells
cT 173
702
416
702
416
1196


BLDG. 1607
THIRD FLOOR PLAN, BLDG. 1607
SCALE: 1/8" = 1'-0"
MATCH LINE
MATCH LINE
conf Room
1008
286
273
273
273
273
84
car


Carpet 18806
AT 1693
Latrine 362
CT 377
21238
CARPET
9888
CARPET
1596
1484
896
C
735
528
1148
CT 231
594
RUG 192
RUG 288
1377
AT
1189
FLOOR PLAN - BLDG.1640
SCALE: 1/16" = 1'-0"

FIRST FLOOR·BLDG. 1643




NOTE:
DAY CLEAN ONLY
BASEMENT FLOOR PLAN-BLDG. 1645
SCALE: 1/8" = 1'-0"
AT 144
con Hall 254
stairs 40
con Land 20
CAR 144
254
20
40
Lat
AT


Latrine
total
126
1482
120
140
280
336
Lat
Lat
52
10
200
AT
AT
100
AT
100
183
AT
car
260
Lat
BREAK AREA
AT
90
25
AT
252
AT
210
FIRST FLOOR PLAN BLDG.1645
SCALE: 1/8" = 1'-0"


BLDG. 1651
1st Admin 5477
Lat 254 CT
AT 738
car 4739
FIRST FLOOR PLAN
SCALE: 1/8" = 1'-0"


Admin 4645
Lat 224
+30
254
BLDG. 1651
stairwell 67
car
4334
186
120
130
Lat. F
Lat. M 94
125
SECOND FLOOR PLAN
SCALE 1/8"=1'-0"
N


BLDG. 1655
BASEMENT FLOOR PLAN
SCALE: 1/16" = 1'-0"
B-4,5,6,7,8 RAISE FLOORS
CC
B-14
Dark Room
B-13
B-12A
B-12B
B-9
B-8
B-7
B-5-6
B-4


FIRST FLOOR PLAN BLDG.1655
SCALE:1/16"=1'-0"


DOL Supply
Deleted A
West
East
SECOND FLOOR PLAN: BLDG 1655
NOTE:
CARPET UNLESS OTHERWISE NOTED.
W Hall - 1204
Latrine - 385
Carpet - 520
AT - 5678
7402
— AT
— Carpet
Latrine 392
E Hall 1128 = (AT 635 + CAR 493)
Carpet 5515
AT 1128




THIRD FLOOR PLAN: BLDG. 1655
SCALE: 1/16" = 1'-0"

1/16" = 1'0" scale 5 0 10 20 30 40 feet

Hallway 1008 sf
stairwell 270 sf
Rms AT 2711
3989

Latrine 468
Carpet 0

Lat 468
TOTAL AT 3989

165 sf delete 314 B

BLDG. 1655

CDR
19 OCT 87
DAJ




Lat - 70
AT - 169


FLOOR PLAN
B1713
OFFICE


DEPARTMENT OF THE ARMY
DIRECTORATE OF PUBLIC WORKS
FORT SILL, OKLAHOMA
RENOVATE BLDG. 1721
FLOOR PLAN
98022-P01
3428
MEN
63
WOMEN
79
COMPUTER ROOM
183
FILE / STORAGE
360
TRAINING ROOM
234
JOB INFO.
414
MEETING ROOM
90
STOR.
90
224
COURT ROOM
276
OFFICE
70
OFFICE
70
OFFICE
32
DIR. CEO OFFICE
132
MAIN ENTRANCE
FLOOR PLAN
Lat 180 QT
Car 5603


FIRST FLOOR PLAN, BLDG. 1803
SCALE 1/8"=1'-0"
CARPET
CARPET
CARPET
CARPET
CARPET
CARPET
total both
7277 total
carpet - 343 total
AT - 252 total
Con 72
Stairwell
Latrine 230
west


SECOND FLOOR PLAN, BLDG. 1803
SCALE 1/8"=1'-0"
1/8"= 1'0" scale
feet
CARPET
CARPET
CARPET
CARPET
CARPET
AT
256
60
16
16
10
7277 total
Carpet
AT 343
Concrete stairwell
total 252
72
Latrines 223
Stairs 6 x 4 = 24
8 x 3 Landing 24
6 x 4 24
72


FLOOR PLAN-BLDG. 1935
SCALE: 1/16"=1'-0"
1/16"=1'0"
5 0 10 20 30 40
scale
feet
Latrines only -
M/L - 380
W/L - 70
total - 450
ADMIN
BREAK AREA


SECOND FLOOR PLAN-BLDG. 1945, WEST
SCALE: 1/8" = 1'-0"
OFFICE CARPET
308
DN
SECOND FLOOR PLAN-BLDG. 1945, EAST
SCALE: 1/8" = 1'-0"
BREAK ROOM
1158
363 LAT AT
244 STAIRS AT
VESTIBULE &
FIRST FLOOR PLAN-BLDG. 1945
SCALE: 1/8" = 1'-0"
MATCH LINE "A"
WOMENS
MENS
OFFICE
VESTIBULE
UP
SPRINKLER ROOM
WORK AREA
MECH. ROOM
171
192
150
145
145
145
110
162
100
792
66
615
126
661
71
130
480
1345
99


FIRST FLOOR PLAN · BLDG. 1946
SCALE: 1/8" = 1'-0"
PARTIAL SECOND FLOOR PLAN · BLDG. 1946
MATCH LINE "K"
LAT AT
STAIRS & HALLWAYS AT
HPL
CARPET
AT
88
338
678
968 + 308 - 1276
1984
2201
4493
HPL
CARPET
1773
788


290
car
AT
336
car
140
63
car
car
137
III Corp Area
Car 493
Hallway 137
AT 336
966
B1950
PARTIAL FIRST FLOOR PLAN
SCALE 1/8"=1'-0"


PARTIAL FIRST FLOOR PLAN · BLDG. 1950
SCALE: 1/8" = 1'-0"
MATCH LINE "A"
MATCH LINE "L"
SIDEWALK
CARPETED AREA
M. LAT.
W. LAT.
CARPET
RUBBER
AT
1052
1570
549
360
220
236
231
Carpet 4799
AT 393
Rubber 335
5527
Latrine 168
sidewalk + Front Porch - 1965
total sf - 14839
total latrine 518


PARTIAL FIRST FLOOR PLAN · BLDG. 1950
SCALE: 1/8" = 1'-0"
BREAK ROOM
SCALE: 1/8" = 1'-0" (ABOVE DRAFTING)
NOTE: CARPET UNLESS OTHERWISE NOTED
MATCH LINE "L"
SIDEWALK
CARPETED AREA 423
RUBBER 140
L. LAT. AT 77
RUG 132
RUG 72
RUG 90
AT 36
RUG 104
RUG 88
RUG 100
RUG 88
RUG 88
RUG 72
RUG 80
RUG 99
RUG 88
AT 295
M LAT 110
AT 630
RUG 117
54
AT
Rug 421
AT 252
Carpet 2062
AT 1267
Rubber 140
3469
Latrine 187
update 5 Sep 89
B. 1950-PI
PAY ITEM 3



Housing Call
Carpet 576
Lat G4 AT
BLDG 1950
Carpet
576
W/L 30
M/L 34
PARTIAL FIRST FLOOR PLAN
SCALE 1/8"=1'-0"
SECOND FLOOR


B-1950-2
PAY ITEM 3
NOTE:
CARPET UNLESS OTHERWISE NOTED.
SECOND FLOOR PLAN · BLDG. 1950
SCALE: 1/8" = 1'-0"
MATCH LINE "C"
MATCH LINE "K"
LATRINE
CT
RUBBER
AT
M. LAT.
Car 3431
AT 248
Rub 199
3878
Lat 163

B2103




AT
Lot 80
Car 116
AT 81
Car 713
910


156
car
car
26A
car
168
219
car
120
Mens Latrine AT
carpet
car
1911
80
Womens Lat AT
60B
186
car
car
108
car
108
car
108
car
108
car
108
car
108
B2192
car 4160
Lat 200

P/2 D

LAT 132
AT 1565
1697

ALL AT






FLOOR PLAN-BLDG. 2287
SCALE: 1/8" = 1'-0"

Hallway 160 AT } 837
Admin 677 AT }
Lat 139 CT

036943
MICROFILMED
BLDG 2287


Lot 153
Car 483
B2515
FLOOR PLAN SCALE: 1/8"=1'-0"
XE00030-5P
CONSTRUCT STORAGE BLDG.
CAR 483
OFFICE
WOMEN
MEN
STORAGE
15'x25'+-
JANIT ROOM
COMPRESS ROOM
VALVE ROOM


Car 667
Lat 64
2583
← added 16 July 90
added 1 Aug 90
add. 1 Feb 94
Car
381
Car
70
Car
84
Car
132
AT
AT
49
60
FLOOR PLAN BLDG. 2583 2587, 2590, 2593
SCALE 1/8"=1'-0"

BLDG 2584




FLOOR PLAN BLDG. 2584

SCALE 1/8"=1'-0"

Carpet 1851

AT 519 incl lat

Lat 42

total 2370


CARPET
684
CARPET
540
AT
M. Lat
192
W. Lat AT
108
882
stage AT 72
CARPET
CARPET
FLOOR PLAN-BLDG 2585
SCALE 1/8"=1'-0"
ALL CARPET UNLESS NOTED
Lat 300 - AT
Hall 142 - Car
Class, 2106 - Car
stage 72 AT
2320


BLDG 2587
Latrine 162
Car 2474
AT 668
3142
FLOOR PLAN BLDG. 2587
SCALE: 1/8"=1'-0"
CARPET
84
77
323
63
70
119
132
CARPET
520
AT
72
90
56
106
76
WOMENS LATRINE
MENS LATRINE
90
253
Hall
Car
228
165
270
144

BLDGS. 2581, 2582, 2585, 2589, 2591, 2594, 2595

DEQ classrooms

3986
140
Lat




FLOOR PLAN-BLDG. 2591
SCALE: 1/8"=1'-0"


BLDG. 2592
Lot 141
Carpet 3795
NOTE: ALL AREAS CARPET UNLESS OTHERWISE NOTED
FLOOR PLAN-BLDG. 2592
SCALE 1/8"=1'-0"
car 612
car 372
car 91
car 1204
car 91
car 135
car 91
car 113
135
car 198
car 390
car 363
77
64




NOTE:
CARPET THRU-OUT UNLESS OTHERWISE NOTED.

FLOOR PLAN BLDG. 2593
SCALE: 1/8"=1'-0"

(CT) LATRINES - 96 Sq. Ft.
(C) CARPET - 2677
TOTAL - 2773

PAY ITEM 3

B 2593

BLDG. 2594

Admin 4034
Lat 133



BLDGS. 2581, 2582, 2585, 2589, 2591, 2594, 2595




FLOOR PLAN-BLDG. B2595
SCALE: 1/8"=1'-0"

Lot 108 AT
2584 Car


BLDG. 2596
Lot 104
Total 3190
NOTE: ALL CONCRETE UNLESS OTHERWISE NOTED.
840
385
85
W
260
447
620
FLOOR PLAN - BLDG. 2596
SCALE: 1/8" = 1'-0"
1/8" = 1'0"
0 5 10 15 20
feet
scale

B2719




Carpet 850
Latrines 131


FLOOR PLAN, BLDG. 2769
SCALE: 1/8"=1'-0"
Carpet thru out
AT Hallway Carpet
AT Lat
W. Lat AT 90
M. Lat AT
MECH
472
102
198
140
154
72
216
144
186
191B
192


AS BUILTS SUBMITTED BY
DEPARTMENT OF THE ARMY
JOB ORDER CONTRACTING
FORT SILL, OKLAHOMA
REVISION
DATE
Bldg. 2770
total 2913
lat 208
carpet 1081
AT 1416
AT Hallway 416
lat 208
1832
Rm 104
Rm 105
Rm 106
Rm 112
Rm 113
Rm 111
car
AT
143
234
372
780
180
104
132
44
456


AS BUILTS SUBMITTED BY
GWN / FT. SILL JOINT VENTURE, INC.
DESCRIPTION
DEPARTMENT OF THE ARMY
JOB ORDER CONTRACTING
FORT SILL, OKLAHOMA
BLDG 2771
RENOVATION
JOC
Carpet 533
AT 2928
AT Hallway 297
3225
Lat 208
Bldg. 2771
total 3758
Lat 208
AT
car
1026
140
1002
132
297
104
121
900


BLDG. 2778
Lot 73
Carpet 1314
AT 197
total sf 1511
carpet
AT
FLOOR PLAN, BLDG. 2778
SCALE: 1/4"=1'-0"
ALL CARPET EXCEPT AS INDICATED


BLDG. 2866
lat 220 con
car - 2261
AT - 198
2459
STORAGE
car
209
CAR
1026
AT
113
con
45
con
175
AT 85
car
1235
FLOOR PLAN - BLDG. 2866
SCALE: 1/8" = 1'-0"


2868
ALL CARPET UNLESS OTHERWISE Noted
Car - 2319
AT - 177
C -
Lat
172
69'-4"
CARPET
AT
AT
LATRINE
AT
AT
CARPET
71'-4"
FLOOR PLAN, BLDG. 2868
SCALE 1/8"=1'-0"
N


ALL CARPET UNLESS OTHERWISE NOTED
AT-433
carpet
carpet
carpet
carpet
CARPET
AT
LATRINE
AT
AT
AT
carpet
carpet
carpet
CARPET
AT
FLOOR PLAN, BLDG. 2869
SCALE:1/8"=1'-0"