BLDG. 2870

ALL CARPET UNLESS OTHERWISE NOTED




FLOOR PLAN - BLDG 2870
SCALE: 1/8" = 1'-0"

1/8" = 1'0" 5 0 5 10 15 20 feet scale

BLDG. 2871

Lot - 193 - concrete




FLOOR PLAN, BLDG. 2871
SCALE:1/8"=1'-0"

BLDG. 2872

Carpet 1636 } 2503
AT 867 }
Lat AT 220




FLOOR PLAN BLDG. 2872
SCALE: 1/8"=1'-0"


carpet
342
carpet
154
carpet
154
carpet
154
AT
49
W/L
AT
130
AT 473
M/L
AT
127
carpet
342
carpet
238
carpet
154
AT
462
FLOOR PLAN
SCALE: 1/8" = 1'-0"
Bldg. 2873
Carpet 1538
AT 984
2522
Lat AT 257

BLDG. 2873

BLDG. 2874

Lat 192
AT 2416
Car 0




FLOOR PLAN, BLDG. 2874
SCALE: 1/8"=1'-0"

$\frac{1}{8}$"=1'0"


BLDG. 2875
FLOOR CARPET THROUGHOUT UNLESS NOTED
FLOOR PLAN, BLDG. 2875
SCALE: 1/8"=1'-0"
Latrine
71 AT
304 AT
2625 Car
2929
M/L 36
W/L 35
glass partition
counter
AT
LATRINE


FLOOR PLAN
SCALE: 1/8"=1'-0"
Bldg. 2913
Lot 179
AT 3426
Rug 250
total 3676

BLDG.2927


NOTE: ALL CARPET UNLESS OTHERWISE NOTED.
Lat - 90
AT 381
Car 862
1243
FLOOR PLAN BLDG. 2927
SCALE 1/4"=1'-0"
1/4" = 1'0"
Car
220
LAT. AT
Car
90
Car
90
AT
Car
154
Car
308


Exis'ing Bldg 7
CAR
170
CAR
170
160
CAR
WAITING AREA
CAR
150
47
47
47
47
CAR
264
W
E
Hall 160
Car 754
914
Lot 94
NEW ADDITION FLOOR PLAN, BUILDING 2930
SCALE: 1/4" = 1'-0"




Carpet- 851
Lat 27

FLOOR PLAN-BLDG.
SCALE: 1/4"=1'-0"

Bldg. 2930


AUDITORIUM
5799
STAGE
VESTIBULE
144
918
CORR
CLASSROOM
640
CLASSROOM
660
CLASSROOM
903
CLASSROOM
747
LOUNGE
544
CONFERENCE
576
BROADCAST CLASSROOM
720
A.T.
CLASSROOM
720
CLASSROOM
571
CLASSROOM
634
LIBRARY
182
A.T.
MOCK-UP ROOM
576
B2934
Aud 5799
Vestibule 144
Hallway - 3435
carpet 9693
AT 1296
Lat 1618
20367
CT


Carpet 966 Lot 88
NOTE:
-CARPET THROUGHOUT UNLESS
-OTHER WISE NOTED.
FLOOR PLAN-BLDG. 2936
SCALE: 1/4" = 1'-0"




Lat 63 AT

AT 109
Car 657 } 766

BLDG. 2943

Lat - 360

3281

UPDATED 9 NOV 87

Car 153
AT 3128
3281



AT Latrine 180
Carpet 2345




BLDG. 3166-1
FIRST FLOOR PLAN, BLDG. 3166
CARPET
345
210
162
437
108
135
904
216
LATRINE
41
378
CAR
465
286
120
456
1045
126


BLDG. 3166 -2
CARPET
2373
LATRINE
SECOND FLOOR PLAN, BLDG. 3166
SCALE: 1/8"=1'-0"


BLDG. 3168
1st FL
Lat 178
Con 45
AT 359
Car 1494
1898
2d FL
stairwell 136
Lat 110
Car 943
CARPET
RUG
LATRINE
AT
FIRST FLOOR PLAN, BLDG. 3168
SCALE 1/8"=1'-0"
SECOND FLOOR PLAN, BLDG. 3168
SCALE 1/8"=1'-0"
FLOORS "AT" UNLESS OTHERWISE INDICATED
totals
Lat 288
Con 45
stairwell 136
AT 359
Car 2437
2977


FLOOR PLAN, BLDG. 3280
SCALE: 1/8"=1'-0"
MEETING ROOM
CARPET
770 SF
STORAGE ROOM
LATRINE
LATRINE
Carpet 3019
AT , 4046
1454 chapel
770
Hallway
390
total 7065
Lat 300
between pews
1080 SF AT
BLDG. 3280


Lot 671
Car 1276
AT 2473
CT 3030
Bldg 3281
RECEPTION
LEARNING CENTER
TESTING
TEST SECURITY
CLASSROOM
COUNSELING CENTER
COUNSELOR
CAMERON UNIVERSITY
WEBSTER UNIVERSITY
OKLAHOMA UNIVERSITY
ADMISSIONS
CUSTOMER SERVICE
TUITION ASSISTANCE OFFICE
EDUCATION RECORDS
SATELLITE SOLDIER SVCS
CT 940

DRMO METAL BUILDING

B332

| SIZE | DATE: 12/15/99 | SCALE: 1/8"=1' |
|---|---|---|
| CONTRACT NO. | DEL. ORDER NO. | DWG. BY B.L. |
| SHEET | | |




DRMO METAL BUILDING FLOOR PLAN

SCALE: 1/8"=1'


NOTE:
CONCRETE THROUGHOUT UNLESS OTHERWISE NOTED.
AT 535
CC 1224
LAT 342
FLOOR PLAN, BLDG. 3354
288
AT
MEN'S LAT.
WOMEN'S LAT.
OFFICE
AT
247
BREAK ROOM
CON
246
132
SUPPLY ROOM
CON
696






GROUND FLOOR
Bldg A
Lot 378
12,657
Admin
Hallway
Snack/Vend
Stairwell
FAC SUPPORT
SNACK/VENDING
1302



FIRST FLOOR
Admin 24K4
Lot 832
West Stairwell 773
Middle Stairwell 236
East Stairwell 806
Elevators 160
Bldg. 4100


SECOND FLOOR
Bldg 4100
202
1075
1840
1555
1075
880
595


ACCOUNTING
THIRD FLOOR PLAN
LAWTON-FORT SILL OPLOC
THIRD FLOOR PLAN
14712
Admin 17678
Lost 685
stairwell
368
255
436
288
484
243
120
96
211
150
273
231
173


FOURTH FLOOR PLAN
LAWTON-FORT SILL OPLOC
A5
17023
150
150
243
120
96
240
173
173
Admin - 17683
Lat - 685
stairwell -
Bldg. 4100


added 12 Mar 90
FIRST FLOOR PLAN, BLDG. 4907
SCALE: 1/8" = 1'-0"
1/8" = 1'0"
scale
feet
BLDG. 4907
PAY ITEM I
N
Carpet - 1,762 SF
AT - 3,237 SF
LAT - 246 SF
Total - 4991 SF
1st Fl
Car 1926
AT 1758
Lat 190
CARPET
AT
CAR
LAT.
LATRINE
NOTE:

BLDG. 4907

LAT 30
CARPET 1270




THIRD FLOOR PLAN
AT
450
SIXTH FLOOR PLAN
306
SECOND FLOOR PLAN
216
LATRINE
28
AT
215
450
FIFTH FLOOR PLAN
502
AT
450
FLOOR PLANS, CONTROL TOWER, BLDG. 4907
SCALE:1/4"=1'-0"
FIRST FLOOR PLAN
AT
103
FOURTH FLOOR PLAN
403
LATRINE
CT
28
402
AT
450
CONTROL TOWER, BLDG. 4907
PAY ITEM I




AT 1425
car 292
1717

Lot - 185 LT

B 4915

N →

FIRST FLOOR


AT
202
418
201
203
205
204
AT
206
210
car
156
207
AT
132
car
252
CT
52 211
Lat
CT
220
AT
126
212
213
214
216
215
217
218
219
220
222
221
B4915
2d Floor
AT 886
Car 408
Lat 299
B 4915
'99MAR18 AM 9:42 RCV
SECOND FLOOR


SECOND FLOOR PLAN
SCALE: 1/8" 1'-0"
S-4
S-1
S-3
MAINT.
LOG (OFC/UST
1475th LSB 1st SGT.
LSB (CDR)
LSB (XO)
LIMIT OF WORK
4'-0"
PARTS STORAGE
TOOL RM
MAINT. OFFICE
CLASSROOM/ADMIN
FIRST FLOOR PLAN
SCALE: 1/8" 1'-0"
MECH. RM.
CLASSROOM (COMMON)
FEMALE LATRINE
MALE LATRINE
BREAKROOM (COMMON)
CLASSROOM
444th MAINT. BN.
Bldg 4922
Lat 383
AT
Concrete
Carpet

FIRST FLOOR PLAN, BLDG. 5030

2991 Rms
839 Hallway
3830 - AT

stairs - concrete
120 SF
25 landing




FIRST FLOOR PLAN, BLDG. 5030
SCALE: 1/8"=1'-0"

Din Fac
Conf Rm
1 May 97


SECOND FLOOR PLAN, BLDG. 5030
Rm 205 AT 255
Rm 206 AT 187
Rm 207 AT 220
Rm 208 AT 187
Rm 209 car 255
Rm 204 AT 275
Rm 203 AT 265
Rm 210 car 240
410 CT
Rm 211 AT 180
Rm 212 car 288
DOWN C 25
675 UP
1421 AT
UP
DOWN
Rm 227 AT 288
Rm 213 car 288
Rm 225 AT 272
Rm 214 car 272
Rm 221 AT 272
CT 54
Rm 223 AT 110
CT 39
Rm 219 car 280
CT 54
Rm 218 AT 256
Rm 217 AT 272
Rm 216 AT 201
Rm 215 car 292
Rm 5155
Hall 1421
AT 6576
stairs 80
Landing 25
Lot 557
SECOND FLOOR PLAN, BLDG. 5030
SCALE:1/8"=1'-0"


THIRD FLOOR PLAN, BLDG. 5030
THIRD FLOOR PLAN, BLDG. 5030
SCALE 1/8"=1'-0"
Lat 557
Rm 5122
Hall 1421
6576 AT
Rm 305 AT 255
Rm 306 ? 187
Rm 307 ? 220
Rm 308 AT 187
Rm 309 ? 255
Rm 304 AT 275
Rm 303 AT 265
Rm 310 AT 240
410
Rm 311 AT 180
283
Rm 312 Car
1421 AT
UP
DOWN
Rm 327 AT 283
Rm 313 AT 288
Rm 325 Car 272
39 AT
Rm 314 AT 272
Rm 321 AT 272
54 AT
Rm 323 AT 110
Rm 319 AT 280
54 AT
Rm 318 AT 256
Rm 317 AT 272
Rm 316 AT 201
Rm 315 AT 292


FLOOR PLAN BLDG. 5033
SCALE: 1/16"=1'-0"
AT 208
AT 176
AT 152
227
1357
AT
951
con
AT 624
212
con
CARPET
CARPET
con 1670
AT 2744
4414
Lat 224 AT


FIRST FLOOR PLAN, BLDG. 5676
SCALE: 1/16"=1'-0"
Admin ofc 1056
Hallway 295
Lat 150
cff 1 Dec 99
Car 2626
carpet thru-out
176
176
176
176
176
176
176
120
165
1326


Hallway 455
Carpet 2215 (includes hall)
Lat 120 CT
Daytime
5678
carpet thru-out
FIRST FLOOR PLAN
Rm 159
Rm 157
Rm 156
Rm 155
Rm 154
Rm 150
Lounge
833


Women Latrine
con
162
con
92
162
Men Latrine
con
B5723