# DIRECTORATE of CONTRACTING

## Contract Support Team

PO Box 33501, Bldg. 1950
Fort Sill, OK 73503-0501
(580) 442-3225/4315
Fax: (580) 442-4621

**Date:** July 20, 2000

**To:** H&R Services, Inc. ATTN: Roger Hall

**Fax:** 256-881-1827

**Re:** DABT39-00-B-1001, Custodial Services, Fort Sill, OK

**Sender:** Laurie Wheeler

*YOU SHOULD RECEIVE 1 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (580) 442-3225/4315.*

---

Mr. Hall,

Although you have confirmed your bid on this solicitation, the Contracting Officer has requested that you submit your proposed workforce on this contract. Please include number of personnel and number of working hours proposed. We are still concerned that your bid price may be unrealistically low.

I also need the following information to perform an informal pre-award survey:

- at least two more references for contracts you have performed in the last three years
- at least two supplier that you have active accounts with
- your company's financial institution (name and phone number of point of contact you have regular dealings with)

Please call me if you have any questions.

EXHIBIT 18