SFCA-SR-SI (715k)

17 August 04

MEMORANDUM FOR RECORD

SUBJECT: Justification to Exercise Option Year Four, Contract Number DABT39-00-C-4032, Custodial Services, Fort Sill, Oklahoma.

1. Reference FAR 17.207, "Exercise of Options", and FAR Clause 52.217-9, "Option To Extend The Term of The Contract".

2. It is determined to be in the best interest of the Government to exercise the fourth option period (1 October 2004 through 30 September 2005) of subject contract for the following reasons:

a. Funds have been programmed for renewal of subject contract for an additional period and it is reasonably expected these funds will be available.

b. The requirement covered by the option period fulfills an existing Government need as no in-house capability has been developed to provide these services and none is contemplated to be available in FY 05.

c. Exercise of the option period is the most advantageous method of fulfilling the Government's need, price and other factors considered. Factors considered in the determination are as follows:

(1) The costs of preparation of a new solicitation and subsequent award are eliminated and will result in savings to the Government.

(2) Extension of the present contract will provide continuity of services without disruption to the Government.

(3) The solicitation was advertised, evaluated and awarded 100% Small Business Set Aside, Price reasonableness was based on comparison with other offers, received and the Government estimate. Award of the contract was made to the responsible offeror on a best value basis.

d. An informal market survey/price analysis was conducted and it was determined that the option year prices are fair and reasonable. According to the survey, a new solicitation would not provide a better price.

e. The four priced option years were synopsized and evaluated before the initial award of the contract.

f. This action is in accordance with the terms of the option and the requirements of FAR Part 17.207. It was evaluated as part of the initial competition and is exercisable at a fair and reasonable price.

g. The Contractor's performance is satisfactory.

3. Based on the above factors, it is determined that a better price could not be obtained and exercise of option period four, to extend the contract terms will be in the best interest of the Government. The option modification for FY 05 is in accordance with the terms of the contract.

Annette Arkeketa-Rendon

ANNETTE ARKEKETA-RENDON
Contracting Officer

EXHIBIT 19