DEPARTMENT OF THE ARMY
U.S. ARMY CONTRACTING AGENCY
SOUTHERN REGION CONTRACTING CENTER-WEST
2107 17TH STREET BLDG 4197
FORT SAM HOUSTON TX 78234-5015

ACA-SR-CC-W 15 March 2005

MEMORANDUM FOR Directorate of Public Works, Engineering Division, Fort Sill OK, Attn: Mr. Donald Price, Chief

SUBJECT: Custodial Services, Fort Sill OK

1. The Southern Region Contracting Center-West (SRCC-W) has completed its review of the draft Performance Work Statement (PWS) and Technical Exhibits (TEs) that were submitted to this office on 2 March 2005.

2. An edited copy of the PWS and the TEs are attached for your review and consideration.

3. Please respond to the following questions/comments concerning the PWS:

Paragraph 2, "Hours of Operation", is night cleaning (4:00 p.m. – 6:00 a.m.) required Monday through Friday? Friday night cleaning leads into Saturday morning, which is a weekend, and that requires overtime and overtime is not authorized on this requirement. Please clarify. Paragraphs 7. through 7.3 contain information that should also be used for proposal technical evaluation criteria. Please provide a separate list of the evaluation criteria.

4. Please respond to the following questions/comments concerning the TEs:

Two of the TEs are identified as "Technical Exhibit 2". One is the Workload Task and Frequency Chart and the other is the Equipment and Supplies list. Also, some of the pages of the Chart are missing, only 3 pages were received. Please provide TE 4, Floor Plans. TE 5, Task and Frequency Schedule, who completes this form? Is this an inspection form?

5. The Independent Government Estimate (IGE) appears to be a repetition of the Bid Schedule. The IGE must breakout the cost of labor, equipment and supplies for each year. (I have a example if you need one.)

6. Since all services are required to be performance-based, a Performance Requirements Summary (PRS) is required to capture the desired outcomes, performance objectives and standards and the AQLs. (I have a example if you need one.)

7. Since all services are required to be performance-based, a Performance Assessment Plan (PAP) is required. The PAP describes how the Government will evaluate and assess contractor performance. (I have a example if you need one.)

EXHIBIT 20

Printed on Recycled Paper

ACA-SR-CC-W
SUBJECT: Custodial Services, Fort Sill OK

8. Please provide the final PWS, TEs, IGE, PRS and PAP to this office no later than 23 March 2005.

9. The points of contact at SRCC-W are Ms. Diane Cook, Contract Specialist, at telephone number (210) 221-4541, email address diane.cook@amedd.army.mil, or Ms. Raineye Holmes, Contracting Officer, (210) 221-4060, raineye.holmes@samhouston.army.mil. The facsimile number is (210) 221-3285.

Encl

Raineye R. Holmes
RAINEYE R. HOLMES
Contracting Officer

~~SCOPE OF WORK (CONT'D)~~

Performance Work Statement

D~~ESCRIPTION, SPECIFICATIONS AND WORK STATEMENT~~

1. Scope of Work. The Contractor shall provide labor, management, supervision, personnel, tools, chemicals, equipment, materials, and supplies required to perform custodial services at Fort Sill, Oklahoma. The work shall be conducted in accordance with (IAW) the terms and conditions of this contract and commercial practices for custodial services. Facilities to be serviced consist of major headquarters, administrative areas, libraries and latrines.

2. Hours of Operation. Normal hours for operations shall be Monday thru Friday from 7:00 a.m. to 4:00 p.m. for day cleaning and 4:00 p.m. to 6:00 a.m. for night cleaning, excluding legal public holidays, as set forth in Title 5, United States Code (USC) 6103 (a). 6 a.m. on Sat? ~~Sat + Sun?~~ 4:00 p.m. – ~~midni~~ 12 a.m.

2.1 Legal Public Holidays.

New Year's Day, 1 January
Martin Luther King JR's Birthday, third Monday in January
President' Day, third Monday in February
Memorial Day, last Monday in May
Independence Day, 4 July
Labor Day, first Monday in September
Columbus Day, second Monday in October
Veterans Day, 11 November
Thanksgiving Day, fourth Thursday in November
Christmas Day, 25 December

3. Installation Closures. When an unforeseen installation closure occurs on a regularly scheduled day of work, the Government will have the following options:

3.1. Reschedule the work to be performed the following workday, unless the following day is a Saturday, Sunday, or legal public holiday and routine work is not scheduled for Saturday, Sunday, or holiday.

3.2. Reschedule the work on any day as determined by the Contracting Officer. and the COR. When a… How?

3.3. For those daily ~~tasks that are not rescheduled, the~~ Government will deduct the payment for the service not rescheduled. When + How?

4. Personnel. The Contractor shall provide the names, addresses, and telephone numbers of the Project Manager and Alternate to the Contracting Officer within 10 calendar days prior to contract start date. The Contractor shall provide notice, in writing, to the Contracting Officer w/i 5 working days in advance of any change of Project Manager or Alternate. Contractor employees shall be able to understand, speak, read, and write the English language.

4.1. The Contractor shall provide an on-site Project Manager or a designated representative to be physically present during the normal hours of operation to act with full authority for the Contractor. This individual shall be responsible for the supervision, overall administration, and coordination of the required services. The Project Manager shall be the point of contact with the Government and shall have the authority to act or make decisions for the Contractor. does this include 4pm - 6am? verify

SCOPE OF WORK (CONT'D)

4.2. An Alternate Project Manager shall be designated to act for the Project Manager when work is being performed at hours other than as listed above or during absences of the Project Manager, such as illness and vacation. 4 pm - 6 am?

4.3. The Project Manager or Alternate shall return calls from the Contracting Officer or the COR within 30 minutes during normal working hours (~~7:30 a.m. to 4:00 p.m.~~). During nonworking hours (~~after 4:00 p.m. and~~ on weekends and holidays), the Project Manager or Alternate shall return all calls from the Contracting Officer or the C within 2 hours. 7:00? (See A 2) what about 4 pm - 6 am?

4.4. The Contractor shall train personnel who will be performing services required by this contract. What type of training is Required?

5. Contractor personnel shall wear Contractor-furnished name badges while performing tasks specified in this contract. Badges shall contain as a minimum, the employee's name and the Contractor's trade name. Badges shall be worn on outer clothing.

5.1. Contractor personnel shall not enter any Restricted or Sensitive Area without escort by an appropriately cleared Government employee. To gain access to facilities where no representative is on hand to permit entry, the Contractor shall contact the Contracting Officer. or the COR.

5.2. Contractor personnel who discover classified material in the course of their duties shall bring the material under positive control and report it immediately to their supervisor. The supervisor shall report the discovery immediately to the Contracting Officer. or the COR.

6. The Contractor shall not release any news (including photographs and films, public announcements, or denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program without the prior written approval of the Contracting Officer.

7. ~~The Contractor~~ Offerors shall submit a Quality Control Plan to the Contracting Officer along with their proposals. ~~for review and approval, 10 calendar days prior to contract start date~~. As a minimum, the Plan shall include:

Eval Criteria

7.1. An inspection system covering the services to be performed as specified in this ~~contract~~ work statement. The system shall specify areas to be inspected on either a scheduled or unscheduled basis, how often inspection will be accomplished and the job title of the individuals who will perform the inspection.

7.2. A method for identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable.

7.3. The Contractor shall maintain a file of inspections, to include any corrective actions taken. The file shall be retained by the Contractor and made available to the Contracting Officer or the COR as required. T~~his file shall be subject to Government review any time during performance of the contract~~. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract. Why?

Submit (ys to COR + to the KO)

8. The Contractor shall appoint in writing, a Key Custodian and shall provide a copy of the appointment letter to the Contracting Officer not later than 15 calendar days prior to contract start date and within 24 hours of any change. The Key Custodian shall be responsible for issuing, controlling, safeguarding, and accounting for keys IAW AR 190-51 and USAFACFS Regulation 190-1. The Contractor shall:

SCOPE OF WORK (CONT'D)

8.1. Prohibit duplication of keys by anyone other than the Government. The Contractor shall also prohibit the use of Government issued keys by a person other than authorized Contractor employees.

8.2. Reimburse the Government for replacement of locks and re-keying that is required as a result of the Contractor or Contractor personnel losing keys. If a key is lost or duplicated, the Contractor shall replace locks and keys for that system.

8.3. Report any occurrence of lost or stolen keys telephonically to the ~~Contracting Officer~~ COR within 30 minutes of the discovery of loss. The Contractor shall provide the ~~Contracting Officer~~ COR a written report by close of business the next day, providing all details of lost or stolen key occurrence.

8.4. Upon completion or termination of this contract, the Contractor shall tag the keys by building number and return keys to ~~Contracting Officer or to~~ the COR.

8.5. Contractor personnel shall secure buildings before leaving by locking doors and windows or make positive determination that building officials are present and notified of their departure.

~~9. Thirty calendar days prior to the completion of the contract, a transition period shall be made available by the Contractor at which time management personnel of the incoming work force may observe operations of the incumbent Contractor.~~ Contract Clause

9. ~~10.~~ ~~The Contractor will be provided access to facilities as required to accomplish performance under this contract.~~ The Contractor shall not permit any person access to the facilities except those Contractor personnel engaged in the performance of work required in this contract.

10. ~~11.~~ The Contractor shall provide a written Labor Report to the ~~Contracting Officer~~ COR ~~on the~~ by the first ~~regular~~ workday of each month. This report shall contain, as a minimum, the total number of employees, full and part-time, the total number of hours each employee has worked, and each employee's hourly wage.

~~12. Each workday, the Contractor shall provide to the Contracting Officer a verbal report of the previous day's work. The report shall include, as a minimum, areas not serviced, building/room number, reason for no service or problems encountered and any temporary changes in time schedules.~~

~~13.~~ The occupants of buildings receiving custodial service may make janitorial closets and/or storage areas available to the Contractor. The Contractor shall coordinate with the building monitor for the availability and use of such space. Areas that are assigned to the Contractor shall be maintained using the same cleanliness standards as the rest of the building.

~~14.~~ The Government will furnish water, electricity, sewage disposal, and natural gas during the performance of this contract. The Contractor shall make no changes to outlets in buildings listed in this contract. The Contractor and his personnel shall not utilize telephones located in buildings receiving service unless prior consent is obtained from the Contracting Officer.

~~15. The Contractor shall furnish equipment and supplies necessary to comply with the requirements of this contract.~~ Equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operate using existing building circuits. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaces, furniture, or other items being cleaned. Materials bearing DOT red label (acid) shall not be used in any building or area ~~specified in this contract.~~ The

SCOPE OF WORK (CONT'D)

Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. All applicable Material Safety Data Sheets (MSDS) shall be provided to the Contracting Officer prior to contract start date.

16. The Government reserves the right to inspect supplies, equipment, materials, and chemicals used to perform the requirements of this contract. The Government's inspection will not constitute acceptance nor will it in any way replace the Contractor's inspection system or otherwise relieve the Contractor of his responsibility to furnish an acceptable end item. Delete. Contract Clause

17. The Government will not be liable for the loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

Contractor or Gov't Furnished ?

18. The following is a list of supplies that may be required by the Contractor. The list of supplies is for informational purposes only and not meant to be all-inclusive. See Technical Exhibit 4 for an estimated monthly usage of supplies. 2 ??

| | |
|---|---|
| Toilet paper | Plastic trash bags: large, medium, small |
| Rolled towels | Bar soap |
| Single fold towels | Liquid soap |
| Multi-fold towels | |

What about the other items? (See TE 2)

19. The square footage listed in the bid schedule has been computed by physical measurements of the area to be cleaned. The Floor Plans, Technical [illegible] the location of these areas. Drawings have been reduced in scale and the measurements therein are not accurate. Shaded areas as shown on the drawings shall not be cleaned. The list of buildings to receive custodial service, Technical Exhibit 1, shows a consolidated schedule of buildings per bid item.

20. The Government reserves the right to add or delete buildings or portions of buildings, change days of service, and specify cleaning times in buildings as required to meet the customer's schedules at no increase in the square foot price. The Contracting Officer will notify the telephonically as these changes occur. These changes will be confirmed by a modification to the contract at the end of each month.

Clarify

21. If buildings (or areas of buildings) are added during the month and service for less than a month, a payment will be calculated on the following basis:

$$\frac{\text{Days Service x Square Feet of Serviced Area x Unit Price}}{\text{Number of work Days for Pay Items During Month}} = \text{Payment Due}$$

All building or areas added shall be calculated as above, and the sum of all monetary amounts added to the base payment will be calculated as follows: ?

$$\frac{\text{Days removed from Service x Square feet of Serviced Area x Unit Price}}{\text{Number of work Days for Pay Item During Month}} = \text{Amount}$$

All buildings or areas to be added or deducted will be calculated as above, and the sum of all monetary amounts added to or deducted from the base payment.

22. SPECIFIC TASKS TO BE PERFORMED:

SCOPE OF WORK (CONT'D)

22.1. Routine Custodial Service: Task + Frequency Chart will show this info

Direct Cost Customers (CLINS 0001AA, 0002AA, 0003AA, 0004AA and 0005AA) shall receive the following service every Friday (unless otherwise indicated on Technical Exhibit 1):

Reimbursable Customers (CLINS 0001AB, 0002AB, 0003AB, 0004AB and 0005AB) shall receive the following service every Tuesday and Friday (unless otherwise indicated on Technical Exhibit 1):

22.1.1. Floor maintenance: The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas ~~as indicated on the floor plans~~. ~~Chairs, trash receptacles, and movable items shall be tilted or moved to clean~~ underneath. ~~The Contractor shall vacuum carpet by removing surface litter and embedded grit from carpet surfaces~~. After carpeted floor has been vacuumed, it shall be free of visible litter, soil and embedded grit. After non-carpeted floors have been mopped, the entire floor shall have a uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration. (Floor maintenance solutions shall be removed from baseboards, furniture and trash receptacles.) After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations. ~~The Contractor shall remove litter on the floor, behind radiators, behind doors, in corners and under furniture.~~ Baseboards, furniture and equipment shall not be damaged by equipment being used to perform floor maintenance.

~~22.1.2.~~ Trash removal: Boxes, cans and papers placed near a trash receptacle shall be removed. Boxes exceeding 14" x 14" (flattened), recycle papers (shredded) and excessive amounts of Technical Manuals, Army Regulations and books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted thoroughly prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may have fallen on the floor or ground during the removal. The trash shall be deposited in the nearest outside trash collection point or dumpster.

~~22.1.3.~~ Clean drinking fountains: The Contractor shall clean drinking fountains to remove trash, soil, streaks and smudges, and disinfect porcelain and polish metal surfaces including the orifices and drains on drinking fountain cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges, ? scale and other removable scale. ?

~~22.1.4.~~ Spot clean: The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks and water marks from glass interior partitions, walls, doors, display cases, pictures and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray and drip marks shall be removed from adjacent surfaces.

22.1.5. Regular dusting: The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter and dry soil from the horizontal surfaces of chairs, table tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors and stair rails from a height of 7 feet to the top of the finished floor. The Contractor shall not dust office desks.

~~22.1.6.~~ Carpet and rugs: Carpet type entrance mats shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats shall be swept or vacuumed to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location. Rugs and carpet mats shall be spot cleaned as necessary. ~~or as directed by the Contracting Officer.~~ The Contractor

SCOPE OF WORK (CONT'D)

shall use gum remover to remove gum, grease, paint and other sticky substances from carpet and rugs.

22.2. Latrines, Showers Rooms and Locker Rooms: Should be on chart Task + Freq

Direct Cost Customers (CLINS 0001AC, 0002AC, 0003AC, 0004AC and 0005AC) shall receive the following service every workday, Monday thru Friday:

Reimbursable Customers (CLINS 0001AD, 0002AD, 0003AD, 0004AD and 0005AD) shall receive the following service every workday, Monday thru Friday:

22.2.1. Remove trash, dust, spots clean, sweep floors and damp mop with a disinfectant.

22.2.2. Resupply toilet tissue, towels and hand soap (bar and/or liquid): All wall-mounted soap dispensers will be utilized. Bar soap will be substituted if no wall-mounted liquid soap dispenser is available. Latrines shall be stocked so that supplies do not run out before the next service is due. OSHA?

22.2.3. Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping and related surfaces. Remove scale, scum, mineral deposits and rust stains from toilet bowls, commodes and urinals by de-scaling. ?

22.2.4. Clean and disinfect partitions, stalls, stall doors and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl and basin.

22.2.5. Clean mirrors, soap dishes, towel and soap dispensers and exposed pipes, valves and miscellaneous fixtures.

Keep - Do not delete 22.2.6. After completion of the above tasks the latrines, shower rooms and locker rooms shall be free of streaks, stains, trash, grit and other removable soil.

22.2.7. The Contractor shall spot clean areas to remove smudges, fingerprints, marks and streaks from washable surfaces of walls, partitions, doors and fixtures. After spot cleaning, the surface shall have a clean, uniform appearance, free of streaks, spots and soil.

22.3. "Caution Wet Floor" signs shall be placed at entrances and on mop buckets. After being damped mopped, the floor shall have a uniform appearance with no streaks, swirl marks, detergent residue or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls and baseboards. The Contractor shall remove strands and strings in the area. Difficult areas, such as corners and behind fixtures shall be moped by hand. ?

22.4. The Contractor shall prepare a Task and Frequency Chart similar to the one shown in Technical Exhibit 1. The form shall be submitted along with the proposal. to the Contracting Officer 10 working days prior to contract start date. A Task and Frequency Chart shall be completed by the Contractor for each building to be cleaned. under this contract. The Contractor shall ensure that a copy is posted in the janitors closet of each building receiving custodial service.

22.5. The Contractor shall spray-buff floors once per month. ? The Contractor shall sweep floors prior to spray-buffing. Areas accessible to the floor machine shall be spray-buffed. After spray buffing, the entire floor shall have a uniform, glossy appearance, free of scuffmarks, heel marks and other stains. Spray-buff solution shall be removed from baseboards, furniture and trash receptacles.

Will contractor do? Do not have to approve

SCOPE OF WORK (CONT'D)

22.6. The Contractor shall keep supplies, equipment and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment and machines at the end of each work day period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the ~~next~~ closest container.

22.7. Defective routine work subject to reperformance shall be reperformed by the Contractor. The Government will determine which defective work is reperformable. Reperformance shall begin within 2 hours of notification of the defects to the Project Manager or his representative and shall be corrected within 4 hours of notification. Defective service reported to the Contractor will be inspected and if not reperformed satisfactorily within the time frame specified shall be cause for a reduction in contract payment. Needs to be i PRS

22.8. The Contractor shall store combustible materials IAW ~~as director by~~ the installation's fire and safety directives. Rags, mops or brushes that contain any residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

22.9. In addition to routine work, the Contractor shall perform the following special requirement tasks for buildings listed below:

22.9.1. Buildings 455, 1640, 1950, 2875, 2934 and 4700; The Contractor shall clean entrance doors, metal push bars and plates, kick plates and frames and trim on both sides each day routine service is scheduled.

22.9.2. Buildings 1945 and 1950; The Contractor shall maintain sidewalks and trash receptacles and ashtrays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster.

see ¶ 2

22.9.3. The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Area shall be applied on steps and entranceways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following buildings with the Contracting Officer Representative (COR).

| | | | | |
|---|---|---|---|---|
| 340 | 1005 | 1721 | 2913 | 3281 |
| 455 | 1640 | 1803 | 2934 | 4121 |
| 461 | 1645 | 2593 | 3166 | 4700 |
| 462 | 1651 | 2595 | 3168 | |
| 652 | 1655 | 2719 | 3280 | |

22.10. DFAS, Building 4700.

22.10.1. The Contractor shall remove full bags of trash from the break room only at DFAS, building 4700 on Monday, Wednesday and Thursday. The Contractor shall dispose of these items as normal trash.

22.10.2. The Contractor shall remove bagged, shredded paper at the points specified on the floor plans at Technical Exhibit 4 at DFAS, building 4700. The Contractor shall remove only closed and tied bags. The

SCOPE OF WORK (CONT'D)

Contractor shall remove full bags at Station #1 once per workday. The Contractor shall remove full bags at Stations 2 through 7 each day the building receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the Contracting Officer. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.

what bldg?

TECHNICAL EXHIBIT 2 /

WORKLOAD
TASK AND FREQUENCY CHART

(5 Pages)

TECHNICAL EXHIBIT 1
WORKLOAD
TASK AND FREQUENCY CHART

SCHEDULE ONE
DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN ( sq. ft. ) | LATRINE ( sq. ft. ) | DAY / NIGHT |
|---|---|---|---|---|
| 160 | DPTM--Museum | 0 | 165 | D |
| 208 | DPTM--Tasc | 0 | 347 | D |
| 335 | DPTM--Museum | 0 | 160 | D |
| 346 | DPTM-Museum | 0 | 78 | D |
| 435 | DPTM--Museum | 0 | 114 | D |
| 436 | DPTM--Museum | 0 | 170 | D |
| 438 | DPTM--Museum | 0 | 274 | D |
| 441 | DPTM--Security Division | 3,002 | 60 | D |
| 455 | USAFAC--Headquarters Command | 37,425 | 784 | N |
| 462 | HQ Cmd, DOIM, IG, SJA | 27,215 | 1,110 | D/N |
| 463 | DPTM--Security Division | 6,595 | 888 | D |
| 652 | DOIM | 11,946 | 1,054 | D |
| 700 | 2nd Floor Offices | 3,656 | 1,122 | D |
| 700N | DPTM | 4,999 | 624 | D |
| 700N | DPTM, Training Service Center | 7,135 | 165 | D |
| 745 | FAS - 30th Regiment Student Post Office | 2,371 | 230 | D |
| 750 | FAS, Fire Support and Combined Arms Operation Dept. | 352 | 1,311 | N |
| 755 | FAS-30th Regiment 3/8 FA (Prov) | 4,295 | 188 | N |
| 756 | FAS-30th Regiment 3/8 FA (Prov) | 4,111 | 171 | N |
| 758 | FAS-Resource Management Office | 2,243 | 333 | N |
| 759 | FAS-Marine Corps Artillery Detachment | 4,759 | 300 | N |
| 811 | FAS-Marine Corps Artillery Detachment | 2,921 | 444 | N |
| 930 | DOIM, Post Locator | 1,749 | 155 | D |
| 1005 | Chaplain | 6,172 | 119 | D |
| 1273 | DEQ, White Water Crossing--DPW | 0 | 500 | D |
| 1451 | DEQ, Land Management | 1,060 | 95 | D |
| 1459 | DEQ | 714 | 53 | D |
| 1465 | DEQ | 1,582 | 48 | D |
| 1466 | DEQ | 1,010 | 0 | D |
| 1640 | DCA, Nye Library | 20,834 | 404 | Thur N |
| 1643 | LEC | 0 | 240 | N |
| 1645 | DOIM-Phone Co. | 4,397 | 256 | D |
| 1651 | Red Cross | 6,737 | 254 | D |
| 1651 | Army Community Service | 3,385 | 254 | N |
| 1655 | TEXCOM Fire Support Test Directorate | 36,922 | 1,932 | D/N |
| 1670 | LEC, Vehicle / Weapons Registration | 169 | 70 | D |
| 1713 | DOD Thrift Store | 0 | 72 | D |
| 1721 | DCP, EEO | 5,789 | 180 | D |
| 1803 | Directorate of Contracting | 7,944 | 230 | D |
| 1925 | DPW, Grounds Maint | 0 | 110 | D |
| 1935 | DPW Equipment Maint. | 0 | 450 | D |
| 1945 | LB&B, Confined Space | 2,371 | 28 | D |
| 1946 | DPW Data Systems/ Supply | 4,493 | 88 | D |
| 1950 | DPW | 16,729 | 582 | N |
| 1953 | LB&B Ofices | 684 | 62 | D |
| 2103 | DOIM, Publication Supply | 910 | 80 | D |
| 2192 | Consolidated Property Book DOL | 4,160 | 200 | D |
| 2583 | DPTM, Range Division | 943 | 109 | D |
| 2584 | DPTM, Range Division | 2,370 | 42 | N |
| 2585 | DPTM, NBC School | 2,320 | 300 | N |
| 2587 | DEQ, Compliance and Awareness Training Center | 3,142 | 162 | N |
| 2591 | EEO Classroom | 3,986 | 140 | N |
| 2592 | DEQ, Material and Waste Management Branch | 3,795 | 141 | D |

TECHNICAL EXHIBIT 1
WORKLOAD
TASK AND FREQUENCY CHART

SCHEDULE ONE
DIRECT COST CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq. ft.) | LATRINE (sq. ft.) | DAY / NIGHT |
|---|---|---|---|---|
| 2593 | SJA, Legal Assistance | 2,677 | 96 | D |
| 2594 | Fort Sill Logistic Assistance Office (LAO) Army Material Cmd | 4,034 | 133 | D |
| 2595 | SJA, Claims Branch | 2,584 | 108 | D |
| 2596 | DOL | 3,190 | 104 | D |
| 2719 | DCA, Family Support Division | 850 | 131 | D |
| 2855 | 5045th Garrison Support | 8,910 | 391 | D |
| 2866 | DCA, ACAP Classroom /VA Assistance Office | 2,459 | 220 | N |
| 2868 | MP Det Case (CID) | 2,528 | 188 | D |
| 2869 | MP Det Case (CID) | 2,528 | 188 | D |
| 2870 | DCA, Drug and Alcohol Abuse Control Div | 2,434 | 126 | N |
| 2871 | DCA, Drug and Alcohol Abuse Control Div | 2,640 | 193 | D |
| 2913 | DCA, Army Career and Alumni Program | 3,676 | 179 | N |
| 2927 | AE Post Re-enlistment | 1,243 | 90 | D |
| 2930 | DEQ | 1,765 | 121 | N |
| 2934 | Chaplin | 20,367 | 1,618 | N |
| 2936 | Internal Review Office | 966 | 88 | D |
| 2941 | DPW, FMO | 766 | 63 | N |
| 2951 | DOL, Carlson Travel | 2,345 | 180 | D |
| 3040 | Battle Lab, I-SEE-O Hall | 16,100 | 2,499 | D |
| 3161 | AG | 5,349 | 504 | D |
| 3162 | AG | 16,930 | 1,079 | D |
| 3164 | AG | 15,419 | 1,012 | D |
| 3280 | Chaplain | 7,065 | 300 | (Mo/Fr) D |
| 3281 | DPTM, Education Center | 18,279 | 671 | N |
| 3321 | DRMO | 1,021 | 107 | D |
| 3325 | DRMO | 925 | 111 | D |
| 4121 | Chaplain, Frontier Chapel | 14,833 | 674 | D |
| 4700 | DPW, Family Housing, DCA | 21,712 | 525 | D |
| 4907 | DPTM, Henry Post Army Airfield/ OPHS/ Tower | 6,274 | 276 | N |
| 4915 | DPTM, 82nd Medivac | 3,011 | 484 | D |
| 5033 | US Army TMDE Support Center | 4,414 | 224 | D |
| 5678 | FAS, 3rd Regiment, International Student Divison | 3,048 | 120 | D |
| 5723 | DCA, Polo Field | 0 | 416 | D |
| | **TOTAL** | **467,734** | **30,667** | |

TECHNICAL EXHIBIT 1
WORKLOAD
TASK AND FREQUENCY CHART

SCHEDULE TWO
REIMBURSABLE CUSTOMERS

| BLDG. | OCCUPANT | ADMIN (sq.ft.) | LATRINE (sq.ft.) | DAY/NIGHT |
|---|---|---|---|---|
| 461 | CECOM, Software Engineering, Fire Support | 12,614 | 760 | D |
| 467 | CECOM, Fire Support Software Engineering | 3,892 | 161 | D |
| 700S | TELOS | 18,618 | 1,356 | D |
| 700S | CECOM , FATDS (net) | 18,758 | 0 | D |
| 911 | TRADOC Regional Coordinating Element F | 2,260 | 118 | D |
| 954 | Fire Direction Data Manager Support Facility (KODAR) | 1,107 | 40 | D |
| 1945 | Corps of Engineers | 2,738 | 363 | N |
| 2287 | Aviation and Missile Command | 837 | 139 | D |
| 2769 | 2nd Simulation Excercise Group 1st Bde (BCST) 75th Div. | 2,248 | 192 | D |
| 2770 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,043 | 208 | D |
| 2771 | 2nd Simulation Exercise Group 1st Bde (BCST) 75th Div. | 3,758 | 208 | D |
| 2778 | Defense Investigative Service/Lawton Resident Agency | 1,511 | 73 | D |
| 2872 | 5045 th Garrison Support Unit | 2,503 | 220 | D |
| 2873 | 5045 th Garrison Support Unit | 2,522 | 257 | D |
| 3166 | DFAS | 10,944 | 521 | D |
| 3354 | 122nd Arcom, ECS GS | 1,759 | 342 | D |
| 4700 | DFAS | 84,120 | 3,245 | D |
| 4908 | DOL, Blackhawk Contractor, GWOT | 1,818 | 312 | D |
| 4922 | 1475th Logistic Support Battalion, 75th Infantry Div. (E) | 10,110 | 353 | D |
| 5030 | US Army Readiness Gp, Ft. Sill | 20,337 | 1,240 | D |
| | **TOTAL** | **205,497** | **10,108** | |

TECHNICAL EXHIBIT 2

EQUIPMENT & SUPPLIES

(1 Page)

TECHNICAL EXHIBIT 2

EQUIPMENT & SUPPLIES

K~~tr~~R or Gov't-Furnished?

**EQUIPMENT**

Spray Bottles
Sponges
Dust Mop
Wet Mop
Putty Scrapers
Dust Pan
Mop Buckets and Wringers
Toilet Bowl Mops
Rubber Gloves
Push Brooms
Radiator Brushes
Vacuum cleaner (upright)
Floor machine (buffer)
Snow Shovel

**SUPPLIES**

Estimated monthly usage of supply items is as follows:

| | |
|---|---|
| Toilet paper | 13 cases |
| Rolled towels | 8 cases |
| Single fold towels | 38 cases |
| Multi-fold towels | 12 cases |
| Trash bags, Large | 4cases |
| Medium | 3 cases |
| Small | 2 cases |
| Plastic gloves | 2 cases |
| Dust mop oil | 1 gallon |
| Toilet bowl cleaner | 2 cases |
| Spray buff cleaner | 2 gallons |
| General purpose cleaner | 2 gallons |
| Windex | 1 pint |
| Bar soap | 1 case |
| Liquid hand soap | 5 gallons |

TECHNICAL EXHIBIT 3

STANDARDS FOR CUSTODIAL AND HOUSEKEEPING SERVICES
OF GOVERTMENT-FURNISHED FACILITIES

(1 Page)

What is the purpose of this?

TECHNICAL EXHIBIT 3

STANDARDS FOR CUSTODIAN AND HOUSEKEEPING SERVICES
OF GOVERNMENT-FURNISHED FACILITY

1. The Contractor shall maintain cleanliness in accordance with the following criteria:

a. Carpets and rugs are free of all visible litter, soil, and embedded grit, contain no heavy stains, and are vacuumed in such a way that the carpet pile presents a uniform appearance.

b. Floors in office areas are free of dust, dry soil, litter, scuffmarks, heel marks, and other stains, and present a uniform appearance with no streaks, swirl marks, detergent residue, or mop strands.

c. Floors in warehouse areas are free of debris and heavy accumulations of dirt.

d. Drinking fountains are free of streaks, stains, spots, smudges, scale, and other obvious removable soil.

e. Office furniture surfaces have a uniform appearance, free of streaks, smudges, dust, lint and litter.

f. Glass surfaces (excluding exterior windows), walls, and partitions present a clean, uniform appearance, free of streaks, spots and other evidence of removable soil.

g. Storage bins, warehouse shelving, and workbenches are free of debris and heavy accumulations of dirt.

h. Sinks are free of stains, streaks, spots, smudges, scale, and other obvious soil.

i. Commodes and urinals are clean and free of streaks, stains, scale, scum, mineral deposits, rust stains and other obvious removable soil.

j. Bathroom floors present a clean, uniform appearance with no streaks, stains, swirl marks, detergent residue, or evidence of soil.

k. All trash, waste, debris and litter are removed from the work area and placed in proper trash receptacles or dumpsters.

l. Wastebaskets contain plastic liners that are not obviously soiled or torn. The exteriors of wastebaskets are free of evident soil, and the interiors are free of wet spills and garbage.

TECHNICAL EXHIBIT 4

FLOOR PLANS

(169 Pages)

TECHNICAL EXHIBIT 5

TASK AND FREQUENCY SCHEDULE

(1 Page)

who fills this in?

TECHNICAL EXHIBIT 5

TASK AND FREQUENCY SCHEDULE

BUILDING NUMBER_____________ BID ITEM____________________

D = DAILY
2M = EVERY TWO WEEKS

| ROUTINE WORK | | M | T | W | TH | F | S | SU | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| TRASH REMOVAL | (D) | | | | | | | | |
| SWEEP, DUST, MOP | (D) | | | | | | | | |
| DAMP MOP | (D) | | | | | | | | |
| VACUUM CARPETS / RUGS | (D) | | | | | | | | |
| INTERIOR GLASS CLEANING | (2M) | | | | | | | | |
| CLEAN DRINKING FOUNTIAN | (D) | | | | | | | | |
| WALK-OFF/ENTRANCE MATS | (D) | | | | | | | | NOTE: BUILDING OCCUPANTS REGISTER COMPLAINTS TO MONITOR |
| SPOT CLEAN | (D) | | | | | | | | |
| CLEAN AND RESUPPLY LATRINES SHOWERS / LOCKER ROOMS | (D) | | | | | | | | NAME:______________ PHONE:______________ |
| DESCALE TOILET BOWLS AND URINALS | (D) | | | | | | | | |

FS FORM 638-R
REVISED MAR '00

ATZR-EED 1 March 2005

MEMORANDUM FOR Directorate of Contracting, Fort Sam Houston ATTN: Raineye Holmes

SUBJECT: Custodial Services, Fort Sill, Ok.

1. Enclosed for your review is a copy of the subject contract above for the proposed solicitation from 1 October 2005 through 30 September 2006.

2. The Government estimate for $275,631.84 is also enclosed. Funds will be sent separately.

3. Wage rates to be requested from the department of labor for this contract are as follows:

| | | |
|---|---|---|
| Supervisor | WS 7/2 | 1 each |
| Work Leader | WL 10/2 | 2 each |
| Janitor / Custodian | WG 2/2 | 15 each |
| Typist | WG 2/2 | 1 each |

4. Point of contact is Carl Riemer, Engineering Design Branch, DPW, 442-4620.

DONALD W. PRICE
Chief, Engineering Div.