SFCA-SR-CC-W-GSD

MEMORANDUM FOR RECORD

SUBJECT: Determination and Finding for the Type of Contract, solicitation W9124J-05-R-1003, Custodial Services at Fort Sill, Oklahoma.

1. The Army Contracting Agency, Southern Region Contracting Center West, General Support Division is issuing subject solicitation to provide Custodial Services at Fort Sill, Oklahoma for the base period of 1 Oct 2005 through 30 Sep 2006, with four option years through 30 Sep 2010. The estimated value of this requirement is $1,852,378.75.

2. Finding: The varying pattern of customer demand at Fort Sill leads to a continuing adjustment in the number of square feet to be cleaned. Consequently, the custodial services must change accordingly. Firm, fixed-price or cost type contracts will not provide the flexibility needed for t : type of requirement. The Indefinite quantity-Indefinte delivery (IDIQ) type of ontract, as described in FAR 16.5, authorizes the creation of task orders, which give a greater flexibility to meet the changing demands of the requirement.

3. Determination: Therefore, considering the facts stated in paragragh 2 above, an indefinite delivery, indefinite quantity contract will be used for this acquisition.

Raineye R. Holmes

Raineye R. Holmes
Contracting Officer

4 Aug 05
Date

EXHIBIT
21