**SOLICITATION/CONTRACT/ORDER FOR CO..MERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: W44DQ75126N001

PAGE 1 OF 68

2. CONTRACT NO.:
3. AWARD/EFFECTIVE DATE:
4. ORDER NUMBER:
5. SOLICITATION NUMBER: W9124J-05-R-1003
6. SOLICITATION ISSUE DATE: 08-Aug-2005

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: DIANE R. COOK
b. TELEPHONE NUMBER *(No Collect Calls)*: 210-221-4145
8. OFFER DUE DATE/LOCAL TIME: 04:00 PM 26 Aug 2005

9. ISSUED BY CODE W9124J
SOUTHERN REGION CONTRACTING CENTER-WEST
ATTN: SFCA-SR-CC-W
2107 17TH STREET
BLDG. 4197, SUITE 15
FT SAM HOUSTON TX 78234-5015

TEL: 210-221-5930 (DSN 471)
FAX: 210-221-4452

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE: 100 % FOR
[ ] SMALL BUSINESS
[X] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS: 561720
SIZE STANDARD: $14MIL

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO CODE W44DQ7
DIRECTORATE OF PUBLIC WORKS FORT SILL OK
CARL RIEMER
ENGINEERING DIVISION
FORT SILL OK 73503
TEL: 580-442-4620 FAX:

16. ADMINISTERED BY CODE

17a. CONTRACTOR/ OFFEROR CODE

TEL. FACILITY CODE

18a. PAYMENT WILL BE MADE BY CODE

17b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. [ ] CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 0 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. [ ] AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

31c. DATE SIGNED

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*
TEL: EMAIL:

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

EXHIBIT 22

STANDARD FORM 1449 (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

**SOLICITATION/CONTRACT/ORDER FO.. .COMMERCIAL ITEMS (CONTINUED)**

PAGE 2 OF 68

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ____________________

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER (PARTIAL / FINAL) | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| | | | | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|
| | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

A( )RIZED FOR LOCAL REPRODUCTION
PR..VIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002) BACK
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

SCHEDULE STATEMENT # 1

In accordance with FAR 52.216-22, "Indefinite Quantity" the minimum and maximum quantities are:
1. The MINIMUM quantity for the base period of the contract is 335,683 Square Feet.
2. If all four options are exercised, the MAXIMUM quantity for this contract is 3,561,020 Square Feet.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |
| | NON PERSONAL SERVICES<br>FFP<br>FURNISH ALL MANAGEMENT, SUPERVISION, LABOR, EQUIPMENT, MATERIALS AND SUPPLIES NECESSARY TO PROVIDE CUSTODIAL SERVICES FOR FORT SILL, OK IN ACCORDANCE WITH PERFORMANCE WORK STATEMENT (PWS). PERIOD OF PERFORMANCE (POP): 1 OCTOBER 2005 - 30 SEPTEMBER 2006.<br>PURCHASE REQUEST NUMBER: W44DQ75126N001 | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 12 | Months | | |

DIRECT COST CUSTOMERS - ROUTINE WORK
FFP
Estimated 467,524.0 Square Feet at $____________ Per Square Foot Per month.
Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.
PURCHASE REQUEST NUMBER: W44DQ75126N001

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 12 | Months | | |

DIRECT COST CUSTOMERS - LATRINES
FFP
Estimated 30,667.0 Square Feet at $____________ Per Square Foot Per month.
Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.
PURCHASE REQUEST NUMBER: W44DQ75126N001

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 12 | Months | | |

REIMBURSABLE CUSTOMERS - ROUTINE WORK
FFP
Estimated 203,842.0 Square Feet at $___________ Per Square Foot Per month.
Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.
PURCHASE REQUEST NUMBER: W44DQ75126N001

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 12 | Months | | |

REIMBURSABLE CUSTOMERS - LATRINES
FFP
Estimated 10,171.0 Square Feet at $___________ Per Square Foot Per month.
Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.
PURCHASE REQUEST NUMBER: W44DQ75126N001

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 1 | Unit | | |

CONTRACTOR MANPOWER REPORTING
FFP
In Accordance With (IAW) Performance Work Statement (PWS) Paragraphs 21.0 through 21.1.
PURCHASE REQUEST NUMBER: W44DQ75126N001

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | | | | |
| OPTION | NON PERSONAL SERVICES | | | | |

FFP
FURNISH ALL MANAGEMENT, SUPERVISION, LABOR, EQUIPMENT, MATERIALS AND SUPPLIES NECESSARY TO PROVIDE CUSTODIAL SERVICES FOR FORT SILL, OK IN ACCORDANCE WITH PERFORMANCE WORK STATEMENT (PWS). PERIOD OF PERFORMANCE (POP): 1 OCTOBER 2006 - 30 SEPTEMBER 2007.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AA | | 12 | Months | | |
| OPTION | DIRECT COST CUSTOMERS - ROUTINE WORK | | | | |

FFP
Estimated 467,524.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AB | | 12 | Months | | |
| OPTION | DIRECT COST CUSTOMERS - LATRINES | | | | |

FFP
Estimated 30,667.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AC | | 12 | Months | | |
| OPTION | REIMBURSABLE CUSTOMERS - ROUTINE WORK<br>FFP<br>Estimated 203,842.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month. | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AD | | 12 | Months | | |
| OPTION | REIMBURSABLE CUSTOMERS - LATRINES<br>FFP<br>Estimated 10,171.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month. | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AE | | 1 | Unit | | |
| OPTION | CONTRACTOR MANPOWER REPORTING<br>FFP<br>In Accordance With (IAW) Performance Work Statement (PWS) Paragraphs 21.0 through 21.1. | | | | |

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001 | | | | | |
| OPTION | NON PERSONAL SERVICES<br>FFP<br>FURNISH ALL MANAGEMENT, SUPERVISION, LABOR, EQUIPMENT, MATERIALS AND SUPPLIES NECESSARY TO PROVIDE CUSTODIAL SERVICES FOR FORT SILL, OK IN ACCORDANCE WITH PERFORMANCE WORK STATEMENT (PWS). PERIOD OF PERFORMANCE (POP): 1 OCTOBER 2007 - 30 SEPTEMBER 2008. | | | | |

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AA | | 12 | Months | | |
| OPTION | DIRECT COST CUSTOMERS - ROUTINE WORK<br>FFP<br>Estimated 467,524.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month. | | | | |

NET AMT ______________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AB | | 12 | Months | | |
| OPTION | DIRECT COST CUSTOMERS - LATRINES<br>FFP<br>Estimated 30,667.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month. | | | | |

NET AMT ______________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AC | | 12 | Months | | |
| OPTION | REIMBURSABLE CUSTOMERS - ROUTINE WORK | | | | |

FFP
Estimated 203,842.0 Square Feet at $__________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AD | | 12 | Months | | |
| OPTION | REIMBURSABLE CUSTOMERS - LATRINES | | | | |

FFP
Estimated 10,171.0 Square Feet at $__________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AE<br>OPTION | CONTRACTOR MANPOWER REPORTING<br>FFP<br>In Accordance With (IAW) Performance Work Statement (PWS) Paragraphs 21.0 through 21.1. | 1 | Unit | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001<br>OPTION | NON PERSONAL SERVICES<br>FFP<br>FURNISH ALL MANAGEMENT, SUPERVISION, LABOR, EQUIPMENT, MATERIALS AND SUPPLIES NECESSARY TO PROVIDE CUSTODIAL SERVICES FOR FORT SILL, OK IN ACCORDANCE WITH PERFORMANCE WORK STATEMENT (PWS). PERIOD OF PERFORMANCE (POP): 1 OCTOBER 2008 - 30 SEPTEMBER 2009. | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AA | | 12 | Months | | |
| OPTION | DIRECT COST CUSTOMERS - ROUTINE WORK | | | | |

FFP
Estimated 467,524.0 Square Feet at $__________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AB | | 12 | Months | | |
| OPTION | DIRECT COST CUSTOMERS - LATRINES | | | | |

FFP
Estimated 30,667.0 Square Feet at $__________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AC | | 12 | Months | | |
| OPTION | REIMBURSABLE CUSTOMERS - ROUTINE WORK | | | | |

FFP
Estimated 203,842.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT ___________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AD | | 12 | Months | | |
| OPTION | REIMBURSABLE CUSTOMERS - LATRINES | | | | |

FFP
Estimated 10,171.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT ___________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AE | | 1 | Unit | | |
| OPTION | CONTRACTOR MANPOWER REPORTING<br>FFP<br>In Accordance With (IAW) Performance Work Statement (PWS) Paragraphs 21.0 through 21.1. | | | | |

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001 | | | | | |
| OPTION | NON PERSONAL SERVICES<br>FFP<br>FURNISH ALL MANAGEMENT, SUPERVISION, LABOR, EQUIPMENT, MATERIALS AND SUPPLIES NECESSARY TO PROVIDE CUSTODIAL SERVICES FOR FORT SILL, OK IN ACCORDANCE WITH PERFORMANCE WORK STATEMENT (PWS). PERIOD OF PERFORMANCE (POP): 1 OCTOBER 2009 - 30 SEPTEMBER 2010. | | | | |

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AA | | 12 | Months | | |
| OPTION | DIRECT COST CUSTOMERS - ROUTINE WORK | | | | |

FFP

Estimated 467,524.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AB | | 12 | Months | | |
| OPTION | DIRECT COST CUSTOMERS - LATRINES | | | | |

FFP

Estimated 30,667.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AC | | 12 | Months | | |
| OPTION | REIMBURSABLE CUSTOMERS - ROUTINE WORK | | | | |

FFP
Estimated 203,842.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AD | | 12 | Months | | |
| OPTION | REIMBURSABLE CUSTOMERS - LATRINES | | | | |

FFP
Estimated 10,171.0 Square Feet at $___________ Per Square Foot Per month. Note 1: The contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increases or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AE | | 1 | Unit | | |
| OPTION | CONTRACTOR MANPOWER REPORTING<br>FFP<br>In Accordance With (IAW) Performance Work Statement (PWS) Paragraphs 21.0 through 21.1. | | | | |

NET AMT

FOB: Destination

PERFORMANCE WORK STATEMENT

PERFORMANCE WORK STATEMENT (PWS)

1. Scope of Work. The Contractor shall provide labor, management, supervision, personnel, tools, chemicals, equipment, materials, and supplies required to perform custodial services at Fort Sill, Oklahoma. The work shall be conducted in accordance with (IAW) the terms and conditions of this contract and commercial practices for custodial services. Facilities to be serviced consist of major headquarters, administrative areas, libraries and latrines.

2. Hours of Operation. Normal hours for operations shall be Monday thru Friday from 7:30 a.m. to 4:00 p.m. for day cleaning and 4:00 p.m. to 12:00 a.m. for night cleaning, excluding legal public holidays, as set forth in Title 5, United States Code (USC) 6103 (a).

3. Installation Closures. When an unforeseen installation closure occurs on a regularly scheduled day of work, the Government will have the following options:

3.1. Reschedule the work to be performed the following workday, unless the following day is a Saturday, Sunday, or legal public holiday and routine work is not scheduled for Saturday, Sunday, or holiday.

3.2. Reschedule the work on any day as determined by the Contracting Officer (KO) or the Contracting Officer's Representative (COR).

4. Personnel. The Contractor shall provide the names, addresses, and telephone numbers of the Project Manager and Alternate to the KO and the COR within 10 calendar days prior to contract start date. The Contractor shall provide notice, in writing, to the KO and the COR within 5 working days in advance of any change of Project Manager or Alternate. Contractor employees shall be able to understand, speak, read, and write the English language.

4.1. The Contractor shall provide an on-site Project Manager or a designated representative to be physically present from 7:30 a.m. to 4:00 p.m., Monday thru Friday. This individual shall be responsible for the supervision, overall administration, and coordination of the required services. The Project Manager shall be the point of contact with the Government and shall have the authority to act or make decisions for the Contractor.

4.2. An Alternate Project Manager shall be designated to act for the Project Manager when work is being performed at night from 4:00 p.m. to 12:00 a.m. or during absences of the Project Manager, such as illness and vacation.

4.3. The Project Manager or Alternate shall return calls from the KO or the COR within 30 minutes during normal working hours (7:30 a.m. to 4:00 p.m.). During night cleaning hours (after 4:00 p.m. and on weekends and holidays), the Project Manager or Alternate shall return all calls from the KO or the COR within 2 hours.

5. Contractor personnel shall wear Contractor-furnished name badges while performing tasks specified in this contract. Badges shall contain as a minimum, the employee's name and the Contractor's trade name. Badges shall be worn on outer clothing.

5.1. Contractor personnel shall not enter any Restricted or Sensitive Area without escort by an appropriately cleared Government employee. To gain access to facilities where no representative is on hand to permit entry, the Contractor shall contact the KO or the COR.

5.2. Contractor personnel who discover classified material in the course of their duties shall bring the material under positive control and report it immediately to their supervisor. The supervisor shall report the discovery immediately to the KO or the COR.

6. The Contractor shall not release any news (including photographs and films, public announcements, or denial or confirmation of same) on any part of the subject matter of this contract or any phase of any program without the prior written approval of the KO.

7. Contractor shall maintain:

7.1. An inspection system covering the services to be performed as specified in this work statement. The system shall specify areas to be inspected on either a scheduled or unscheduled basis, how often inspection will be accomplished and the job title of the individuals who will perform the inspection.

7.2. A method for identifying deficiencies in the quality of services performed before the level of performance becomes unacceptable.

7.3. The Contractor shall maintain a file of inspections, to include any corrective actions taken. The file shall be retained by the Contractor and made available to the KO and/or the COR as required. This file shall be subject to Government review any time during performance of the contract. The file shall be the property of the Government and shall be turned over to the Government upon completion or termination of the contract.

8. The Contractor shall appoint, in writing, a Key Custodian and shall provide a copy of the appointment letter to the KO and the COR not later than 15 calendar days prior to contract start date and within 24 hours of any change. The Key Custodian shall be responsible for issuing, controlling, safeguarding, and accounting for keys IAW AR 190-51 and USAFACFS Regulation 190-1. The Contractor shall:

8.1. Prohibit duplication of keys by anyone other than the Government. The Contractor shall also prohibit the use of Government issued keys by a person other than authorized Contractor employees.

8.2. Reimburse the Government for replacement of locks and re-keying that is required as a result of the Contractor or Contractor personnel losing keys. If a key is lost or duplicated, the Contractor shall replace locks and keys for that system.

8.3. Report any occurrence of lost or stolen keys telephonically to the KO or the COR within 30 minutes of the discovery of loss. The Contractor shall provide the KO or the COR a written report by close of business the next day, providing all details of lost or stolen key occurrence.

8.4. Upon completion or termination of this contract, the Contractor shall tag the keys by building number and return keys to the COR.

8.5. Contractor personnel shall secure buildings before leaving by locking doors and windows or make positive determination that building officials are present and notified of their departure.

9. The Contractor shall not permit any person access to the facilities except those Contractor personnel engaged in the performance of work required in this contract.

10. The Contractor shall provide a written Labor Report to the COR by the first workday of each month. This report shall contain, as a minimum, the total number of employees, full and part-time, the total number of hours each employee has worked, and each employee's hourly wage.

11. Each workday, the Contractor shall provide to the COR a verbal report of the previous day's work. The report shall include, as a minimum, areas not serviced, building/room number, reason for no service or problems encountered and any temporary changes in time schedules.

12. The occupants of buildings receiving custodial service will have a janitorial closets and/or storage area available to the Contractor. The Contractor shall coordinate with the building monitor for the availability and use of such space. Areas that are assigned to the Contractor shall be maintained using the same cleanliness standards as the rest of the building.

13. The Government will furnish water, electricity, sewage disposal, and natural gas during the performance of this contract. The Contractor shall make no changes to outlets in buildings listed in this contract. The Contractor and its personnel shall not use telephones located in buildings receiving service unless prior consent is obtained from the KO.

14. Contractor's equipment shall have bumpers and guards to prevent marking or scratching fixtures, furnishings, or finished wall surfaces. Electrically powered equipment used by the Contractor shall be UL approved or equal and operate using existing building circuits. Materials shall not be used that will damage floors, floor coverings, toilet fixtures, woodwork, painted surfaces, furniture, or other items being cleaned. Materials bearing Department of Transportation (DOT) red label (acid) shall not be used in any building or area. The Contractor shall purchase and use chemicals in the original manufacturer's containers or use chemical containers labeled with the type of chemical, instructions for use and dilution, and hazard warnings. All applicable Material Safety Data Sheets (MSDS) shall be provided to the KO and the COR 10 calendar days prior to contract start date.

15. The Government will not be liable for the loss or damage to property, equipment, or materials of the Contractor or Contractor's employees or the Contractor's privately owned possessions.

16. The following is a list of supplies that shall be furnished by the Contractor. The list of supplies is for informational purposes only and not meant to be all-inclusive. See Technical Exhibit E for an estimated monthly usage of the following supplies.

| | |
|---|---|
| Toilet paper | Plastic trash bags: large, medium, small |
| Rolled towels | Bar soap |
| Single fold towels | Liquid soap |
| Multi-fold towels | |

17. The square footage listed in the bid schedule has been computed by physical measurements of the area to be cleaned. The contractor shall verify all measurements in the field and report significant (more than 25 square feet) discrepancies to the contracting officer and the COR. The Floor Plans, Technical Exhibit C, show the location of these areas. Drawings have been reduced in scale and the measurements therein are not accurate. Shaded areas as shown on the drawings shall not be cleaned. The list of buildings to receive custodial service, Technical Exhibit A, shows a consolidated schedule of buildings per bid item.

18. The Government reserves the right to add or delete buildings or portions of buildings, change days of service, and specify cleaning times in buildings as required to meet the customer's schedules at no increase in the square foot price. The KO will notify the contractor telephonically as these changes occur. These changes will be confirmed by a modification to the contract at the end of each month.

19. If buildings (or areas of buildings) are added during the month and service for less than a month, a payment will be calculated on the following basis:

Days Service x Square Feet of Serviced Area x Unit Price = Payment Due
Number of work Days for Pay Items During Month

All building or areas added shall be calculated as above, and the sum of all monetary amounts added to the base payment.

Days removed from Service x Square feet of Serviced Area x Unit Price = Amount
Number of work Days for Pay Item During Month

All buildings or areas to be deleted shall be calculated as above, and the sum of all monetary amounts deducted from the base payment.

20. SPECIFIC TASKS TO BE PERFORMED:

20.1. Routine Custodial Service:

20.1.1. Floor maintenance: The Contractor shall sweep, dust mop, and vacuum floors, stairways, and entrance areas. After carpeted floor has been vacuumed, it shall be free of visible litter, soil and embedded grit. After non-carpeted floors have been mopped, the entire floor shall have a uniform glossy appearance, free of scuff marks, heel marks, and other stains and discoloration. Floor maintenance solutions shall be removed from baseboards, furniture and trash receptacles. After cleaning operations have been completed, office furniture or other items moved shall be returned to their original locations. Baseboards, furniture and equipment shall not be damaged by equipment being used to perform floor maintenance.

20.1.2. Trash removal: Boxes, cans and papers placed near a trash receptacle shall be removed. Boxes exceeding 14" x 14" (flattened), recycle papers (shredded) and excessive amounts of Technical Manuals, Army Regulations and books are not considered normally generated trash and shall not be removed. Soiled or torn plastic trash liners in receptacles shall be replaced. Ashes and debris shall be removed from cigarette butt receptacles and placed in a nonflammable container (smoking material shall be cool to touch or wetted thoroughly prior to disposal). Trash shall be disposed of in plastic bags secured at the top. The Contractor shall pick up any trash that may have fallen on the floor or ground during the removal. The trash shall be deposited in the nearest outside trash collection point or dumpster.

20.1.3. Clean drinking fountains: The Contractor shall clean drinking fountains to remove trash, soil, streaks and smudges, and disinfect porcelain and polish metal surfaces including the orifices and drains on drinking fountain cabinets. The entire drinking fountain shall be free from streaks, stains, spots, smudges and other removable scale.

20.1.4. Spot clean: The Contractor shall remove dust, smudges, tape, oily film, and other types of soil, streaks and water marks from glass interior partitions, walls, doors, display cases, pictures and other glass areas including both surfaces on exterior doors and vestibules. Glass cleaner splash, overspray and drip marks shall be removed from adjacent surfaces.

20.1.5. Regular dusting: The Contractor shall perform regular dusting to remove cobwebs, dust, lint, litter and dry soil from the horizontal surfaces of chairs, table tops, ledges, window sills, radiators, sofas/couches, grilles for return air in walls and doors and stair rails from a height of 7 feet to the top of the finished floor. The Contractor shall not dust office desk.

20.1.6. Carpet mats and rugs: Carpet type entrance mats shall be vacuumed to remove soil and grit to restore resiliency of the carpet pile. Rubber or polyester entrance mats shall be swept or vacuumed to remove soil and grit. Soil and moisture underneath entrance mats shall be removed and mats returned to their original location. Rugs and carpet mats shall be spot cleaned as necessary. The Contractor shall remove gum, grease, paint and other sticky substances from carpet and rugs.

20.2. Latrines, Showers Rooms and Locker Rooms:

20.2.1. Remove trash, dust, spots clean, sweep floors and damp mop with a disinfectant.

20.2.2. Resupply toilet tissue, towels and hand soap (bar and/or liquid): All wall-mounted liquid soap dispensers shall be filled with liquid soap and the Contractor shall not substitute bar soap unless no wall mounted liquid soap receptacle is available in the latrine. Latrines shall be stocked so that supplies do not run out before the next service is due.

20.2.3. Clean and disinfect the interior and exterior surfaces of toilet bowls, commodes, urinals, lavatories, basins, sinks, showers, dispensers, piping and related surfaces. Remove scale, scum, mineral deposits and rust stains from toilet bowls, commodes and urinals.

20.2.4. Clean and disinfect partitions, stalls, stall doors and wall areas adjacent to mounted lavatories, commodes, urinals, sinks, toilet bowl and basin.

20.2.5. Clean mirrors, soap dishes, towel and soap dispensers and exposed pipes, valves and miscellaneous fixtures.

20.2.6. After completion of the above task, the latrines, shower rooms and locker rooms shall be free of streaks, stains, trash, grit and other removable soil.

20.2.7. The Contractor shall spot clean areas to remove smudges, fingerprints, marks and streaks from washable surfaces of walls, partitions, doors and fixtures. After spot cleaning, the surface shall have a clean, uniform appearance, free of streaks, spots and soil.

20.3. "Caution Wet Floor" signs shall be placed at entrances and on mop buckets. After being damped mopped, the floor shall have a uniform appearance with no streaks, swirl marks, detergent residue or evidence of soil. The Contractor shall remove splash marks and mop streaks on furniture, walls and baseboards. The Contractor shall remove strands and strings in the area.

20.4. The Contractor shall prepare a Task and Frequency Chart similar to the one shown in Technical Exhibit D. A Task and Frequency Chart shall be completed by the Contractor for each building to be cleaned. The Contractor shall ensure that a copy is posted in the janitor's closet of each building receiving custodial service.

20.5. The Contractor shall spray-buff floors once per month. The Contractor shall sweep floors prior to spray buffing. After spray buffing, the entire floor shall have a uniform, glossy appearance, free of scuffmarks, heel marks and other stains. Spray-buff solution shall be removed from baseboards, furniture and trash receptacles.

20.6. The Contractor shall keep supplies, equipment and machines out of traffic lanes or areas where they might be hazardous and shall secure supplies, equipment and machines at the end of each work day period in closets or other facilities provided for this purpose. Dirt and debris shall be disposed of daily in outside containers upon completion of the required cleaning task for each building. Cleaning solutions shall be disposed of in plumbing fixtures provided for this purpose, i.e., mop sinks and floor drains. Other debris shall be disposed of by depositing into the proper trash collection container. In the event the container is full, debris shall be taken to the next closest container.

20.7. The Contractor shall store combustible materials in accordance with the installation's fire and safety directives. Rags, mops or brushes that contain any residue of any materials which may become a source of spontaneous combustion shall be disposed of or stored outside buildings in tightly covered metal containers.

20.8. In addition to routine work, the Contractor shall perform the following special requirement task for buildings listed below:

20.8.1. Buildings 455, 1640, 1950, 2875, 2934 and 4700; The Contractor shall clean entrance doors, metal push bars and plates, kick plates and frames and trim on both sides each day routine service is scheduled.

20.8.2. Buildings 1945 and 1950; The Contractor shall maintain sidewalks and trash receptacles and ashtrays at the same frequency as routine work. Sidewalks shall be swept and free of trash and refuse. Debris swept and collected shall be deposited in the nearest dumpster.

20.8.3. The Contractor shall remove snow and ice from steps and entrances of buildings to provide a safe entrance for pedestrian traffic at the start of the working day, prior to 7:30 a.m., and again if accumulation reaches 1 inch prior to 4:00 p.m., Monday through Friday. Urea shall be applied on steps and entranceways to prevent refreezing after snow and ice have been removed. The Contractor shall coordinate priority of snow and ice removal at the following buildings with the COR.

| | | | | |
|---|---|---|---|---|
| 340 | 1005 | 1721 | 2913 | 3281 |
| 455 | 1640 | 1803 | 2934 | 4121 |
| 461 | 1645 | 2593 | 3166 | 4700 |
| 462 | 1651 | 2595 | 3168 | |
| 652 | 1655 | 2719 | 3280 | |

20.9. DFAS, Building 4700:

20.9.1. The Contractor shall remove full bags of trash from the break room only at DFAS, building 4700 on Monday, Wednesday and Thursday. The Contractor shall dispose of these items as normal trash.

20.9.2. The Contractor shall remove bagged, shredded paper at the points specified on the floor plans at Technical Exhibit C. The Contractor shall remove only closed and tied bags. The Contractor shall remove full bags at Station #1 once per workday. The Contractor shall remove full bags at Stations 2 through 7 each day the building

receives regular custodial service (usually Tuesday and Friday), unless otherwise directed by the COR. The Contractor shall dispose of these items as normal trash. The Government will provide bags for the shredded paper.

21.0 CONTRACTOR MANPOWER REPORTING (CMR) The Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs) operates and maintains a secure Army data collection site where the contractor shall report ALL contractor manpower (including subcontractor manpower) required for performance of this contract. The contractor shall completely fill in all the information in the format using the following web address: https:\\contractormanpower.army.pentagon.mil. The required information includes: (1) Contracting Office, Contracting Officer, Contracting Officer's Technical Representative; (2) Contract number, including task or delivery order number; (3) Beginning and ending dates covered by reporting period; (4) Contractor name, address, phone number, e-mail address, identity of contractor employee entering data; (5) Estimated direct labor hours (including sub-contractors); (6) Estimated direct labor dollars paid this reporting period (including sub-contractors); (7) Total payments (including sub-contractors); (8) Predominant Federal Service Code (FSC) reflecting services provided by contractor (and separate predominant FSC for each sub-contractor if different); (9) Estimated data collection cost; (10) Organizational title associated with Unit Identification Code (UIC) for the Army Requiring Activity (the Army Requiring Activity is responsible for providing the contractor with its UIC for the purposes of reporting this information); (11) Locations where contractor and sub-contractors perform the work (specified by zip code in the United States and nearest city, country, when in an overseas location, using standardized nomenclature provided on website); (12) Presence of deployment or contingency contract language; and (13) Number of contractor and sub-contractor employees deployed in theater this reporting period (by country). As part of its submission, the contractor will also provide the estimated total cost (if any) incurred to comply with this reporting requirement. Reporting period will be the period of performance not to exceed 12 months ending 30 September of each government fiscal year and must be reported by 31 October of each calendar year. Contractors may use a direct XML data transfer to the database server or fill in the fields on the website. The XML direct transfer is a format for transferring files from a contractor's systems to the secure web site without the need for separate data entries for each required data element at the web site. The specific formats for the XML direct transfer may be downloaded from the website.

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 0001AA | Destination | Government | Destination | Government |
| 0001AB | Destination | Government | Destination | Government |
| 0001AC | Destination | Government | Destination | Government |
| 0001AD | Destination | Government | Destination | Government |
| 0001AE | Destination | Government | Destination | Government |
| 1001 | Destination | Government | Destination | Government |
| 1001AA | Destination | Government | Destination | Government |

| | | | | |
|---|---|---|---|---|
| 1001AB | Destination | Government | Destination | Government |
| 1001AC | Destination | Government | Destination | Government |
| 1001AD | Destination | Government | Destination | Government |
| 1001AE | Destination | Government | Destination | Government |
| 2001 | Destination | Government | Destination | Government |
| 2001AA | Destination | Government | Destination | Government |
| 2001AB | Destination | Government | Destination | Government |
| 2001AC | Destination | Government | Destination | Government |
| 2001AD | Destination | Government | Destination | Government |
| 2001AE | Destination | Government | Destination | Government |
| 3001 | Destination | Government | Destination | Government |
| 3001AA | Destination | Government | Destination | Government |
| 3001AB | Destination | Government | Destination | Government |
| 3001AC | Destination | Government | Destination | Government |
| 3001AD | Destination | Government | Destination | Government |
| 3001AE | Destination | Government | Destination | Government |
| 4001 | Destination | Government | Destination | Government |
| 4001AA | Destination | Government | Destination | Government |
| 4001AB | Destination | Government | Destination | Government |
| 4001AC | Destination | Government | Destination | Government |
| 4001AD | Destination | Government | Destination | Government |
| 4001AE | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | POP 01-OCT-2005 TO 30-SEP-2006 | N/A | DIRECTORATE OF PUBLIC WORKS FORT SILL OK<br>CARL RIEMER<br>ENGINEERING DIVISION<br>FORT SILL OK 73503<br>580-442-4620<br>FOB: Destination | W44DQ7 |
| 0001AA | POP 01-OCT-2005 TO 30-SEP-2006 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W44DQ7 |
| 0001AB | POP 01-OCT-2005 TO 30-SEP-2006 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W44DQ7 |
| 0001AC | POP 01-OCT-2005 TO 30-SEP-2006 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W44DQ7 |
| 0001AD | POP 01-OCT-2005 TO 30-SEP-2006 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W44DQ7 |

| | | | | |
|---|---|---|---|---|
| 0001AE | POP 01-OCT-2005 TO 30-SEP-2006 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 1001 | POP 01-OCT-2006 TO 30-SEP-2007 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 1001AA | POP 01-OCT-2006 TO 30-SEP-2007 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 1001AB | POP 01-OCT-2006 TO 30-SEP-2007 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 1001AC | POP 01-OCT-2006 TO 30-SEP-2007 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 1001AD | POP 01-OCT-2006 TO 30-SEP-2007 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 1001AE | POP 01-OCT-2006 TO 30-SEP-2007 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 2001 | POP 01-OCT-2007 TO 30-SEP-2008 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 2001AA | POP 01-OCT-2007 TO 30-SEP-2008 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 2001AB | POP 01-OCT-2007 TO 30-SEP-2008 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 2001AC | POP 01-OCT-2007 TO 30-SEP-2008 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 2001AD | POP 01-OCT-2007 TO 30-SEP-2008 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 2001AE | POP 01-OCT-2007 TO 30-SEP-2008 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 3001 | POP 01-OCT-2008 TO 30-SEP-2009 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 3001AA | POP 01-OCT-2008 TO 30-SEP-2009 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 3001AB | POP 01-OCT-2008 TO 30-SEP-2009 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 3001AC | POP 01-OCT-2008 TO 30-SEP-2009 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |

| | | | | |
|---|---|---|---|---|
| 3001AD | POP 01-OCT-2008 TO 30-SEP-2009 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 3001AE | POP 01-OCT-2008 TO 30-SEP-2009 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 4001 | POP 01-OCT-2009 TO 30-SEP-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 4001AA | POP 01-OCT-2009 TO 30-SEP-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 4001AB | POP 01-OCT-2009 TO 30-SEP-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 4001AC | POP 01-OCT-2009 TO 30-SEP-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 4001AD | POP 01-OCT-2009 TO 30-SEP-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |
| 4001AE | POP 01-OCT-2009 TO 30-SEP-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W44DQ7 |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.237-2 | Protection Of Government Buildings, Equipment, And Vegetation | APR 1984 |
| 52.245-1 | Property Records | APR 1984 |
| 52.245-2 | Government Property (Fixed Price Contracts) | MAY 2004 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-1 INSTRUCTIONS TO OFFERORS--COMMERCIAL ITEMS (JAN 2005)

(a) North American Industry Classification System (NAICS) code and small business size standard. The NAICS code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

(b) Submission of offers. Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. As a minimum, offers must show--

(1) The solicitation number;

(2) The time specified in the solicitation for receipt of offers;

(3) The name, address, and telephone number of the offeror;

(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;

(5) Terms of any express warranty;

(6) Price and any discount terms;

(7) "Remit to" address, if different than mailing address;

(8) A completed copy of the representations and certifications at FAR 52.212-3 (see FAR 52.212-3(j) for those representations and certifications that the offeror shall complete electronically);

(9) Acknowledgment of Solicitation Amendments;

(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and

(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

(c) Period for acceptance of offers. The offeror agrees to hold the prices in its offer firm for 30 calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

(d) Product samples. When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during preaward testing.

(e) Multiple offers. Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

(f) Late submissions, modifications, revisions, and withdrawals of offers:

(1) Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that offers or revisions are due.

(2)(i) Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(A) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of offers; or

(B) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(C) If this solicitation is a request for proposals, it was the only proposal received.

(ii) However, a late modification of an otherwise successful offer, that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(3) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(4) If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received at the Government office designated for receipt of offers by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(5) Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

(g) Contract award (not applicable to Invitation for Bids). The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

(h) Multiple awards. The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(i) Availability of requirements documents cited in the solicitation. (1)(i) The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to--GSA Federal Supply Service Specifications Section, Suite 8100, 470 East L'Enfant Plaza, SW, Washington, DC 20407, Telephone (202) 619-8925, Facsimile (202) 619-8978.

(ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.

(2) The DoD Index of Specifications and Standards (DoDISS) and documents listed in it may be obtained from the-- Department of Defense Single Stock Point (DoDSSP), Building 4, Section D, 700 Robbins Avenue, Philadelphia, PA 19111-5094, Telephone (215) 697-2667/2179, Facsimile (215) 697-1462.

(i) Automatic distribution may be obtained on a subscription basis.

(ii) Order forms, pricing information, and customer support information may be obtained--

(A) By telephone at (215) 697-2667/2179; or

(B) Through the DoDSSP Internet site at http://dodssp.daps.mil.

(3) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

(j) Data Universal Numbering System (DUNS) Number. (Applies to all offers exceeding $25,000, and offers of $25,000 or less if the solicitation requires the Contractor to be registered in the Central Contractor Registration (CCR) database. The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address. The DUNS +4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see FAR Subpart 32.11) for the same parent concern. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. An offeror within the United States may contact Dun and Bradstreet by calling 1-866-705-5711 or via the internet at http://www.dnb.com. An offeror located outside the United States must contact the local Dun and Bradstreet office for a DUNS number.

(k) Central Contractor Registration. Unless exempted by an addendum to this solicitation, by submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance and through final payment of any contract resulting from this solicitation. If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror. Offerors may obtain information on registration and annual confirmation requirements via the Internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

(l) Debriefing. If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(1) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(2) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(3) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

(4) A summary of the rationale for award;

(5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(6) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(End of provision)

ADDENDUM TO FAR 52.212-1
Addendum to FAR 52.212-1, Instructions for Preparation of Proposals

1. Replace paragraph (a) in its entirety with the following: The North American Industry Classification System (NAICS) code and small business size standard. The NAICS code **561720** and small business size standard for the acquisition is reflected in Block 10 of the solicitation cover sheet (SF 1449) - **$14M**.

2. Add the following subparagraph (12) to paragraph (b) as a replacement for subparagraphs (1) and (3):

(12) Offerors shall submit proposals to the office indicated in Block 9 of the Standard Form (SF) 1449, Solicitation Offer and Award, to arrive no later than the date and time specified in Block 8, SF 1449. The proposal shall have a title page identifying the offeror, the solicitation number and the contents.

Written proposals shall be prepared in 3 parts (Part I, II, and III) and submitted as follows:

Part I: Administrative
Part II: Technical
Part III: Past Performance

**PART I – ADMINISTRATIVE**

a. Requests for Proposal - Solicitation, Offer and Award (SF 1449) to include Acknowledgement of all Amendments, if applicable. Three copies of page 1 (SF 1449) which contain ORIGINAL SIGNATURES of a corporate offeror authorized to negotiate for the company.

b. Representations and Certifications. One complete copy of Representations and Certifications at FAR 52.212-3, ALT I; DFARS 252.212-7000; and FAR 52.219-1 that contains ORIGINAL SIGNATURES with CORPORATE SEALS as required.

c. Pricing. Three copies of the Proposed Pricing for each contract line item (CLIN). Offerors must submit a price for all CLINs to be considered for award. The price proposal must be submitted in triplicate (original and two copies) as a separate and detachable volume for the purpose of evaluation independent of the technical aspects. All information related to cost or pricing must be included in this section of the proposal and defined as cost/pricing data. This volume will stand alone in supporting the offeror's approach to reasonableness and completeness of the overall price of this effort. UNDER NO CRICUMSTANCES should cost or pricing data be included elsewhere in the proposal.

(1) Price Breakdown. The contractor shall provide a separate breakdown of the prices proposed for the base period and each option year. The breakdown, to support the prices submitted and the realism of the overall approach, shall be provided by cost element, by specialty (i.e., direct labor, indirect labor, fringe benefits, other costs (direct or indirect), overhead, general and administrative expenses, and profit are examples of information to be provided).

(2) Offerors are required to submit a narrative explanation on how the offeror arrived at these prices and justification to support the reasonableness and completeness of their price proposal. Indicate whether pricing is for the Base Year or Option Years. Provide three copies of each breakdown with your proposal. FAILURE TO

PROVIDE ADEQUATE PRICE DATA MAY DELAY CONSIDERATION OF THE PROPOSAL OR MAY RESULT IN THE OFFEROR BEING DECLARED UNACCEPTABLE.

This instruction is to assist the offeror in developing and presenting information required to support the price proposal. Proper presentation and adequate supporting documentation will ensure that the price proposal will be evaluated fairly by the government.

(3) Replace paragraph (c.) with the following: The offeror agrees to hold the price in its offer firm for 120 days from the date specified for receipt of offers or date of final proposal revisions, whichever is later. Offerors providing less than 120 calendar days from the date offers are due, for government acceptance, will not be considered and will be rejected.

**PART II – TECHNICAL.** Offerors shall submit one original technical proposal. Offerors shall also submit three (3) copies of their technical proposal that have been sanitized to exclude any information that would identify them or their company (i.e. name, address, telephone numbers, employees' names, etc.). The sanitized pages shall contain the offeror's Commercial and Government Entity (CAGE) Code on the top right corner of each page of the sanitized technical proposal. After review of initial proposals by the Contracting Officer, the Source Selection Evaluation Board will conduct an in-depth evaluation of the offeror's technical proposal. Prior to being considered for award, an offeror shall fully demonstrate that it possesses the capabilities which the Government has determined essential to the reliable, efficient and timely accomplishment of the required services. (Enumerated below). **NOTE**: Lack of any of these significant capabilities shall be considered sufficient cause for proposal to be determined unacceptable. THE TECHNICAL PROPOSAL SHALL PROVIDE SUFFICIENT DETAIL FOR THE GOVERNMENT TO DETERMINE WHETHER THE PROPOSAL MEETS THE MINIMUM REQUIREMENTS OF THE SPECIFICATION. Statements that the offeror understands, can or will comply with all specifications, or statements paraphrasing the specifications of parts thereof, or phrases such as "standard procedures will be used" or "well-known techniques will be used", will be considered insufficient. The technical proposal shall provide a narrative and supporting data with the following sections organized separately so that the evaluation subfactors listed below are included: The following information must be submitted as part of the technical proposal:

Offerors shall address the following factors in writing: NOTE: Information pertaining to items below shall also be reflected in the Cost Proposal if required.

FACTOR 1: ON-SITE WORK EXECUTION

Sub-Factor 1A Management – Work execution management is the planning, controlling and organizing necessary to optimize scheduling, timeliness, efficiency and effectiveness of services rendered and encompasses the recognition of the full scope of services. Describe how work will be accomplished (Procedure Manual) and controlled to ensure quality, timeliness and efficiency of the full contract requirements. Describe in detail total proposed staffing. Describe ranks/skill levels and what responsibilities each has to meet Government needs. Provide a detailed staffing chart. Discuss any proposed subcontracting.

Sub-Factor 1B Scheduling – Describe in detail and provide a chart indicating the scheduling of all work by building and task. Chart should clearly identify the appropriate frequency for each task in accordance with **Technical Exhibits A and D**. Provide an Emergency Preparedness Plan/Contingency Plan.

Sub-Factor 1C Supply & Equipment Estimating/Provisioning – Describe in detail the method for estimating the supplies and equipment necessary to perform the requirements of the contract and how you plan to stock and re-provision consumable supplies. Provide a description of the supplies (consumable and durable) and equipment to be acquired in performance of the contract. The listing does not need to be exhaustive, but in sufficient detail to demonstrate a firm understanding of the types and quantities of supplies and equipment required for performance.

Sub-Factor 1D Phase-In Plan – Describe in detail what phase-in procedures will be utilized during the transition period.

FACTOR 2 QUALITY CONTROL

Sub-Factor 2A Inspection Techniques – Describe what measures and controls will be taken to ensure that quality control inspections are met. Describe what measures will be taken to correct deficiencies. Inspection techniques should be simple, practical and consistent with quality concept and provide effective measures of contract performance.

Sub-Factor 2B Corrective Action Program – Describe in detail procedures for deficiency identification, correction and control. Include a plan to prevent reoccurrence of identified deficiencies within the timeframes for correction. Outline response time to respond to rework in accordance with the PWS, PRS, or Inspection of Service Clause (as applicable) and for requests for spot cleaning. Describe what measures will be taken to avoid rework.

Sub-Factor 2C Documentation & Reports – Submit proposed quality control documents and reports in support of the contractor's Quality Control Program and Inspection System.

Sub-Factor 2D Complaint Program – Describe how Government requirements will be properly identified and satistfied. Descirbe how offeror will respond to and handle complaints.

**PART III - PRESENT/PAST PERFORMANCE.** The offer shall submit one original and one copy of the following information as part of their proposal: (Attachment 2)

(a) A statement of contractor experience as a company in providing custodial services, especially those services to institutions of similar size and scope covered by this solicitation. Provide a list of all contracts and subcontracts similar in nature (size and complexity) to the acquisition, awarded or performed during the past three (3) years. Contracts listed should include those entered into with the Federal Government, state and local governments and commercial customers. Offers shall include the size of facility (square footage) where services were performed. The information shall include contract numbers, contract award dates, contract types and total prices. The description must include the following for the previous 3 years:

(1) A narrative description of each contract listed and why you consider it similar to the effort required by this solicitation.

(2) For each contract listed, provide the points of contact names, telephone and fax numbers, and Email addresses (i.e., customer's technical representative, customer's contract administration activity, and the administrative contracting officer).

(3) Information on all contracts that have been terminated, in whole or in part, for default during the past 3 years, including those currently in the process of termination. The offeror may provide information on problems encountered on the contracts/subcontracts identified.

(4) Description of any corrective actions taken by the offeror to resolve those problems.

If you do not have any government experience, or none of the magnitude set forth in this solicitation, then private sector contracts for similar services which you consider relevant compared with the services required by this solicitation may be submitted.

Based upon the information provided in each past performance record, the Government will conduct a past performance survey of those individuals and organizations specified and responses shall be used to evaluate your firm's past performance.

An evaluation will be conducted for each offeror on his/her performance under existing and prior contracts for similar custodial services. Performance information will be used for both responsibility determination and as an evaluation factor. The Government will focus on information to include performance risk that demonstrates quality of performance relative to the size and complexity of the procurement under consideration. Both independent data and data provided by offerors in their proposals will be used to evaluate offeror's past performance. On the rare occasion that the offeror has virtually no past performance history the offerors lack of past performance shall be rated neutral.

Since the government may not necessarily interview all the sources provided by the offerors, it is incumbent upon the offeror to explain the relevance of data provided. The government does not assume the duty to search for data to cure deficiencies it finds in proposals. The burden of providing thorough and complete past performance information remains with the offerors. Proposals that do not contain the information requested risk being removed from consideration by the government.

3. Paragraphs 52.212-1 (d), (e), (h), and (i) are hereby deleted.

---

4. The following text concerning Site Visit is added:

NOTICE TO PROSPECTIVE OFFERORS OF SITE VISIT

A site visit will be held on Thursday, August 18, 2005 at 08:00 AM Central Standard Time (CST). The location of the site visit will be:

Directorate of Contracting (DOC),
2nd Floor Conference Room,
Bldg 1803,
Macomb Road,
Fort Sill, OK 73503.

Offerors interested in attending the site visit shall pre register by providing the name of the company and the name of the representative in writing to Army Contracting Agency; Southern Region Contracting Center; General Support Division; Diane Cook, Contract Specialist, FAX (210) 221-3285, EMAIL diane.cook@samhouston.army.mil; 2107 17th Street, Building 4195, Suite 15; Fort Sam Houston, TX 78234-5015, by 4:00 PM Central Standard Time (CST) on Monday, August 15, 2005. Offerors are asked to limit their participation to two (2) representatives per company.

---

5. The following text concerning Pre Proposal Conference is added:

NOTICE TO PROSPECTIVE OFFERORS OF PRE-PROPOSAL CONFERENCE

A pre-proposal conference will be held on Thursday, August 18, 2005 at 01:45 PM Central Standard Time (CST). The location of the pre-proposal conference will be:

Directorate of Contracting (DOC),
2nd Floor Conference Room,

Bldg 1803,
Macomb Road,
Fort Sill, OK 73503.

Offerors are requested to review solicitation W9124J-05-R-1003 and to submit any questions in writing to: Army Contracting Agency; Southern Region Contracting Center; General Support Division; Diane Cook, Contract Specialist, FAX (210) 221-3285, EMAIL diane.cook@samhouston.army.mil; 2107 17th Street, Building 4195, Suite 15; Fort Sam Houston, TX 78234-5015, by 4:00 PM Central Standard Time (CST) on Monday, August 15, 2005 to allow for preparation of answers to be provided during the pre-proposal conference.

Offerors interested in attending the pre-proposal conference shall pre register by providing the name of the company and the name of the representative in writing to Army Contracting Agency; Southern Region Contracting Center; General Support Division; Diane Cook, Contract Specialist, FAX (210) 221-3285, EMAIL diane.cook@samhouston.army.mil; 2107 17th Street, Building 4195, Suite 15; Fort Sam Houston, TX 78234-5015, by 4:00 PM Central Standard Time (CST) on Monday, August 15, 2005. Offeror are asked to limit their participation to two (2) representatives per company.

---

CLAUSES INCORPORATED BY FULL TEXT

52.212-2 EVALUATION--COMMERCIAL ITEMS (JAN 1999)

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers: See Addendum to FAR 52.212-2

Technical and past performance, when combined, are See Addendum to FAR 52.212-2 .

(b) Options. The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

(End of clause)

ADDENDUM TO FAR 52.212-2
Addendum to FAR 52.212-2, Evaluation—Commercial Items

Replace paragraph FAR 52.212-2(a) with the following:

EVALUATION FACTORS

The Government intends to award a contract resulting from this solicitation to the responsible offeror whose proposal represents the Lowest Price Technically Acceptable (LPTA) proposal after evaluation in accordance with the solicitation

The Government intends to evaluate proposals and award a contract without discussions with offerors (except communications conducted for the purpose of minor clarification). Therefore, each initial offer should contain the offeror's best terms from a technical and price standpoint. However, the Government reserves the right to conduct discussions if it is later determined by the Contracting Office to be necessary.

The Government will evaluate each proposal strictly in accordance with its contents and will not assume that performance will include areas not specified in the offeror's proposal. A proposal that is unrealistic in terms of technical quality or price will be deemed reflective of an inherent lack of technical competence or indicative of failure to comprehend the complexity and risks of the contractual requirements. Such proposals may be rejected as unacceptable without further evaluation or discussion.

The Government will award to the most advantageous offeror based on on-site work execution and quality control; (including subfactors therein); present and past performance and price. Subject to terms and conditions contained herein, a single contract will be awarded against this solicitation.

Only those proposals determined technically acceptable will be eligible for further consideration for award. Proposals not deemed to be technically acceptable shall be rejected and will not be further evaluated.

One award will be made from the lowest priced, technically acceptable offer that meets the mandatory minimum criteria in the solicitation. Tradeoffs are not permitted and no additional credit is given for exceeding acceptability. However, proposals will be evaluated to determine whether they meet the technical acceptability levels established in the solicitation for each non-price evaluation factor. A price comparison of acceptable offers will be performed and award will be made to the offeror with the lowest evaluated price meeting the acceptability requirements.

For a proposal to be "Technically Acceptable" and receive consideration for award, a rating of "Acceptable" must be achieved for the sub-factors.

Proposals will be evaluated based on the technical merit of the proposal.

TECHNICAL MERIT

Acceptable: Proposal provides sufficient details that the Government can determine that the proposal satisfactorily meets the specified minimum performance or capability requirements of the Performance Work Statement and solicitation through adequately addressing all the requirements. Proposal clearly shows that the offeror fully understands and can perform the requirements as delineated in its proposal for the proposed price indicated in its proposal. There is a satisfactory probability of meeting requirements with little or no technical risk.

Unacceptable: Proposal does not meet the specified minimum performance or capability requirements necessary for acceptable contract performance. Proposal has been presented with major omissions or misunderstandings or has inadequate detail to assure the evaluator of an understanding of the proposal. Proposal clearly shows that the offeror does not fully understand and cannot perform the requirements as delineated in its proposal for the total proposed price indicated in its proposal. There is little or no probability of meeting the requirements with a high technical risk. The proposal cannot meet the requirements without major revisions.

<u>DEFINITIONS OF KEY EVALUATION TERMS</u>:

A. Deficiency. A material failure of a proposal to meet a Government requirement or a combination of significant weaknesses in a proposal that increases the risk of unsuccessful contractor performance to an unacceptable level. Examples of deficiencies include a statement by the offeror that it cannot or will not meet a requirement, an approach that clearly does not meet a requirement, or omission of data required to assess compliance with the requirement.

B. Strength. An aspect of a proposal that appreciably decreases the risk of unsuccessful contract performance or that represents a significant benefit to the Government.

C. Weakness. A flaw in the proposal that increases the risk of unsuccessful contract performance. A "significant weakness" in the processes is a flaw that appreciably increases the risk of unsuccessful contract performance.

D. Uncertainty. Any aspect of the proposal for which the intent of the offeror is unclear because there may be more than one way to interpret the offer or because inconsistencies in the offer indicate that there may be an error, omission, or mistake. Examples include a mistake in calculation or measurement and contradictory statements within different parts of the proposal.

PROPOSAL RISK:

Proposal Risk is defined as "ratings that assess the risks associated with each offeror's proposal approach for accomplishing the requirements stated in the solicitation and the likelihood of success in performing them. The following rating scheme for Proposal Risk will be used: Low Risk, Neutral Risk, Moderate Risk, and High Risk.

A. Low Risk – Any proposal weaknesses have little potential to cause disruption of schedule, increase in cost, or degradation of performance. Normal contractor effort and normal Government monitoring will probably minimize any difficulties. Offeror's past performance record provides little or no doubt that the offeror will successfully perform the required effort.

B. Moderate Risk - Approach has weaknesses that can potentially cause some disruption of schedule, increase in cost, or degradation of performance. However, special contractor emphasis and close Government monitoring will probably minimize difficulties. Offeror's past performance record provides some doubt that the offeror will successfully perform the required effort.

C. High Risk – Approach has weaknesses that have the potential to cause serious disruption of schedule, increase in cost, or degradation of performance even with special contractor emphasis and close Government monitoring. Offeror's past performance record provides substantial DOUBT that the offeror will successfully perform the required effort.

PERFORMANCE RISK:

Performance Risk is defined as "ratings that assess the risks associated with each offeror's likelihood of success in performing the requirements stated in the solicitation based on the offeror's performance record on similar contract efforts. The following rating scheme for Performance Risk will be used: Low Risk, Neutral Risk, Moderate Risk, and High Risk.

A. Low Risk. Based on the offeror's past performance record, essentially no doubt exists that the offeror will successfully perform the required effort.

B. Neutral/Unknown Risk. No relevant performance record is identifiable upon which to base a meaningful performance risk prediction. A thorough search was unable to identify any relevant past performance information for the offeror or key team members/subcontractors or their key personnel. This is neither a negative r positive assessment.

C. Moderate Risk. Based on the offeror's past performance record, some doubt exists that the offeror will successfully perform the required effort.

D. High Risk. Based on the offeror's past performance record, extreme doubt exists that the offeror will successfully perform the required effort.

Present/Past Performance will be evaluated based on an assessment of the performance risk demonstrated on previous, recent, and relevant contracts to determine each offeror's likelihood of success in performing the requirements stated in the solicitation. Past performance will be evaluated against the following criteria:

A. Quality of Service
B. Timeliness of Performance
C. Business/Customer Relations
D. Customer Satisfaction

Subject to the provisions contained herein, award will be made to a single offeror. Any award to be made will be based on appropriate consideration given to the evaluation factors stated herein, proposal risk, and performance risk. Offers must bid on all line items.

All proposals will be evaluated by a team of government personnel. In order for the Government to determine the quality of the offeror's proposal as related to the factors and subfactors contained herein, the team will evaluate:

- The extent to which the proposal exhibits a clear understanding of the work requirements and the means required to fulfill the requirements.

- Completeness of the offeror's analysis of each factor and subfactor. The Government will evaluate the extent to which the proposal demonstrates an ability to meet the task requirements defined in the solicitation and the quality of service which is likely to result from implementation of the offeror's proposed methods.

- In selecting the offeror for award the government will consider the following:

PART II. TECHNICAL:

Factor 1: On-Site Work Execution
Subfactor 1A. Management
Subfactor 1B. Scheduling
Subfactor 1C. Supply & Equipment Provisioning
Subfactor 1D. Phase-In Plan

Factor 2: Quality Control
Subfactor 2A. Inspection Techniques
Subfactor 2B. Corrective Action Program
Subfactor 2C. Documentation & Reports
Subfactor 2D. Complaint Program

Factor 3: Past Performance

The government will survey references provided in the past and present performance part of your proposal to verify information provided to assess the quality of your past and present performance. Other customers known to the government may also be surveyed. Information will also be considered regarding any significant subcontractors, and

key personnel records. Evaluation of past and present performance will often be quite subjective based on consideration of all relevant facts and circumstances. It will include a determination of the offeror's commitment to customer satisfaction within the terms of the contract.

Factor 4: Price/Cost

Price/Cost will be evaluated using price and/or cost analysis techniques and price and/or cost realism to determine price/cost reasonableness.

The Government will evaluate the offeror's technical approach for fulfilling the requirements, with an emphasis on the following elements:

FACTOR 1: ON-SITE WORK EXECUTION

Sub-Factor 1A Management – The Government will evaluate and assess the quality and feasibility of the Offeror's proposed capability to manage Custodial Services relevant to each of the key Performance Work Statement activities of the contract listed below and necessary to perform the requirements of the contract:

(1) Proposed planning, controlling and organizing necessary to optimize scheduling, timeliness, efficiency and effectiveness of of services rendered recognizing the full scope of services,
(2) Proposed work accomplishment and work control to ensure timeliness and efficiency of full contract requirements,
(3) Proposed staffing, ranks, skill levels, and responsibilities to meet Government needs,
(4) Proposed reliance on subcontracting.

Sub-Factor 1B Scheduling – The Government will evaluate and assess the quality and feasibility of the Offeror's proposed capability to schedule Custodial Services relevant to each of the key Performance Work Statement activities listed below and necessary to perform the requirements of the contract:

(1) Proposed work frequency for each building and task in accordance with Technical Exhibits A and D,
(2) Proposed Emergency Preparedness Plan and Contingency Plan.

Sub-Factor 1C Supply & Equipment Estimating/Provisioning – The Government will evaluate and assess the quality and feasibility of the Offeror's proposed capability to supply and equip Custodial Services relevant to each of the key Performance Work Statement activities listed below and necessary to perform the requirements of the contract:

(1) Proposed description of supplies and equipment,
(2) Proposed estimated types and quantities of supplies and equipment to be acquired,
(3) Proposed method for estimating types and quantities of supplies and equipment,
(4) Proposed plans to stock and restock consumable supplies and equipment.

Sub-Factor 1D Phase-In Plan – The Government will evaluate and assess the quality and feasibility of the Offeror's proposed capability to perform the phase-in for the Custodial Services relevant to each of the key Performance Work Statement activities listed below and necessary to perform the requirements of the contract:

(1) Proposed phase-in procedures to be utilized during the transition period.

FACTOR 2 QUALITY CONTROL

Sub-Factor 2A Inspection Techniques – The Government will evaluate and assess the quality and feasibility of the Offeror's proposed inspection techniques necessary to perform the requirements of the contract:
(1) Proposed measures and controls to be taken to ensure that quality control inspections are met,
(2) Proposed measures to be taken to correct deficiencies,
(3) Proposed inspection techniques.

Sub-Factor 2B Corrective Action Program – The Government will evaluate and assess the quality and feasibility of the Offeror's proposed corrective action plan necessary to perform the requirements of the contract:

(1) Proposed procedures for deficiency identification, correction and control,
(2) Proposed plan to prevent reoccurrence of identified deficiencies within the timeframes for correction.
(3) Proposed response time to respond to rework in accordance with the PWS, PRS, or Inspection of Service Clause (as applicable) and for requests for spot cleaning,
(4) Proposed measures to be taken to avoid rework.

Sub-Factor 2C Documentation & Reports – The Government will evaluate and assess the quality and feasibility of the Offeror's proposed documentation & reports necessary to perform the requirements of the contract:

(1) Proposed quality control documents and reports in support of the contractor's Quality Control Program and Inspection System.

Sub-Factor 2D Complaint Program – The Government will evaluate and assess the quality and feasibility of the Offeror's proposed complaint program necessary to perform the requirements of the contract:

(1) Proposed methods for how Government requirements will be properly identified and satistfied, Proposed methods for how the Offeror will respond to and handle complaints.

CLAUSES INCORPORATED BY FULL TEXT

52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS--COMMERCIAL ITEMS (MAR 2005)

An offeror shall complete only paragraph (j) of this provision if the offeror has completed the annual representations and certifications electronically at http://orca.bpn.gov. If an offeror has not completed the annual representations and certifications electronically at the ORCA website, the offeror shall complete only paragraphs (b) through (i) of this provision.

(a) Definitions. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

"Forced or indentured child labor" means all work or service-

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern--

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment

reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).

___ TIN:-------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other-------------------------------------------------------

(5) Common parent.

___ Offeror is not owned or controlled by a common parent;

___ Name and TIN of common parent:

Name------------------------------------------------------------------

TIN-------------------------------------------------------------------

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

(1) Small business concern. The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) Veteran-owned small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(3) Service-disabled veteran-owned small business concern. (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(4) Small disadvantaged business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) Women-owned small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, ( ) is not a women-owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) Women-owned business concern (other than small business concern). (Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, a women-owned business concern.

(7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

________________________________________

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. (Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.)

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the designated industry groups (DIGs).) The offeror represents as part of its offer that it ( ) is, ( ) is not an emerging small business.

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

Average Annual

Number of Employees Gross Revenues

___ 50 or fewer ___ $1 million or less

___ 51 - 100 ___ $1,000,001 - $2 million

___ 101 - 250 ___ $2,000,001 - $3.5 million

___ 251 - 500 ___ $3,500,001 - $5 million

___ 501 - 750 ___ $5,000,001 - $10 million

___ 751 - 1,000 ___ $10,000,001 - $17 million

___ Over 1,000 ___ Over $17 million

(9) (Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.)

(i) General. The offeror represents that either--

(A) It ( ) is, ( ) is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It ( ) has, ( )( has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. (The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ____________.)

(10) HUBZone small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not s joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) Certifications and representations required to implement provisions of Executive Order 11246--

(1) Previous Contracts and Compliance. The offeror represents that--

(i) It ( ) has, ( ) has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the and

(ii) It ( ) has, ( ) has not, filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that--

(i) It ( ) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR Subparts 60-1 and 60-2), or

(ii) It ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) Buy American Act Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act --Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms ``component," ``domestic end product," ``end product," ``foreign end product," and ``United States" are defined in the clause of this solicitation entitled ``Buy American Act--Supplies."

(2) Foreign End Products:

Line Item No.:-----------------------------------------------------
Country of Origin:---------------------------------------------------

(List as necessary)

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) *Buy American Act-Free Trade Agreements-Israeli Trade Act Certificate.* (Applies only if the clause at FAR 52.225-3, Buy American Act-Free Trade Agreements-Israeli Trade Act, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "component," "domestic end product," "end

product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act-Free Trade Agreements-Israeli Trade Act."

(ii) The offeror certifies that the following supplies are end products of Australia, Canada, Chile, Mexico, or Singapore, or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act-Free Trade Agreements-Israeli Trade Act":

End Products of Australia, Canada, Chile, Mexico, or Singapore or Israeli End Products:

| Line Item No. | Country of Origin |
|---|---|
| ______________ | ______________ |
| ______________ | ______________ |
| ______________ | ______________ |

*[List as necessary]*

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American Act-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products:

| Line Item No. | Country of Origin |
|---|---|
| ______________ | ______________ |
| ______________ | ______________ |
| ______________ | ______________ |

[List as necessary]

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.
(2) *Buy American Act-Free Trade Agreements-Israeli Trade Act Certificate, Alternate I (Jan 2004).* If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act-Free Trade Agreements-Israeli Trade Act":

Canadian End Products:

| Line Item No. |
| --- |
| ______________________________ |
| ______________________________ |
| ______________________________ |

[List as necessary]

(3) Buy American Act-Free Trade Agreements-Israeli Trade Act Certificate, Alternate II (Jan 2004). If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act-Free Trade Agreements-Israeli Trade Act":

Canadian or Israeli End Products:

| Line Item No. | Country of Origin |
| --- | --- |
| ____________ | ____________ |
| ____________ | ____________ |
| ____________ | ____________ |

[List as necessary]

(4) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products:

| Line Item No. | Country of Origin |
|---|---|
| ______________ _ | ______________ _ |
| ______________ _ | ______________ _ |
| ______________ _ | ______________ _ |

[List as necessary]

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549). The offeror certifies, to the best of its knowledge and belief, that --

(1) The offeror and/or any of its principals ( ) are, ( ) are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency, and

(2) ( ) Have, ( ) have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(3) ( ) are, ( ) are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1) Listed End Product

| Listed End Product | • Listed Countries of Origin: |
|---|---|
| • | • |
| • | • |
| • | • |

(2) Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]

( )(i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

( ) (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that is has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j)(1) Annual Representations and Certifications. Any changes provided by the offeror in paragraph (j) of this provision do not automatically change the representations and certifications posted on the Online Representations and Certifications Application (ORCA) website.

(2) The offeror has completed the annual representations and certifications electronically via the ORCA website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications--Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs ____

(Offeror to identify the applicable paragraphs at (b) through (i) of this provision that the offeror has completed for the purposes of this solicitation only, if any.

These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.)

(End of provision)

52.212-4 CONTRACT TERMS AND CONDITIONS-- COMMERCIAL ITEMS (OCT 2003)

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement or any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice. (1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include--

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic
Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment.--

(1) Items accepted. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) Prompt payment. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(3) Electronic Funds Transfer (EFT). If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) Discount. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(5) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to

provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(t) Central Contractor Registration (CCR). (1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(2)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in FAR subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

(End of clause)

ADDENDUM TO FAR 52.212-4

Addendum TO FAR 52.212-4, Contract Terms and Conditions - Commercial Items:

Paragraph 52.212-4(c) is changed to read as follows:

Changes in the terms and conditions of this contract may be made only by written agreement of the parties. However, any administrative changes such as change of the finance office, typographical or grammatical errors, bimonthly payment to authorized Contractors, deobligation of excess funds, and other changes, such as, exercise of option to extend services, and the option to extend the term of the contract, may be changed unilaterally by the Government.

Add 52.212-4(t):

HOLIDAYS

The following is a list of legal federal holidays as referred to elsewhere in the contract:

New Year's Day, January 1st
Martin Luther King's Birthday, 3rd Monday in January
Washington's Birthday, 3rd Monday in February
Memorial Day, Last Monday in May
Independence Day, July 4th
Labor Day, 1st Monday in September
Columbus Day, 2nd Monday in October
Veteran's Day, November 11th
Thanksgiving Day, 4th Thursday in November
Christmas Day, December 25th

NOTE: Any of the above holidays falling on a Saturday will be observed on the preceding Friday; holidays falling on a Sunday will be observed on the following Monday.

Add 52.212-4(u):

POINTS OF CONTACT FOR CONTRACT ADMINISTRATION

The offeror shall provide information below regarding points of contact (POCs) for administration of the contract during offeror's normal business hours and after normal business hours. The POC for other than normal business hours will be contacted only in the event of emergencies. Accordingly, the named individual(s) should possess sufficient corporate authority to effectively deal with emergency situations and the telephone number provided should be functioning at all times other than normal business hours. If there are different POCs for different conditions, such as weekdays, weekends, holidays, etc., please furnish all and explain:

a. Offeror's normal business hours/days:

________________ ____________________

________________ ____________________

(NAME) (TELEPHONE)

b. POC(s) during normal business hours:

________________ ____________________

________________ ____________________

(NAME) (TELEPHONE)

c. POC(s) for other than normal business hours:

________________ ____________ ____________

________________ ____________ ____________

________________ ____________ ____________

(NAME) (TELEPHONE) (DAY/TIME)

Add 52.212-4(v):

ADDENDUM T0 52.228-5 INSURANCE:

In accordance with (IAW) FAR 52.306 and FAR clause, Insurance - Work on a Government Installation, the contractor shall acquire and maintain during the entire performance period of this contract, insurance of the specified type and minimum liability amounts specified herein:

a. Worker's Compensation and Employer's Liability Insurance IAW the amounts specified by the laws of the state in which the work is to be performed under this contract. In the absence of state law(s), a minimum amount of $100,000.00 shall be required and maintained throughout the term of the contract.

b. The Contractor will ensure that all employees comply with the local installation requirements for vehicle registration. Any vehicle operated by the contractor in performance of this contract must have the following liability coverage:

Bodily Injury $200,000 per person, $500,000 per accident;
Property Damage $20,000 per occurrence, or the minimum
coverage required by the state, or country, where services
are rendered.

All vehicles operating at the installation are subject to the installation traffic code, copies of which are available in the Office of the installation Provost Marshal. This includes payment of fines rendered to contractor personnel while on the installation.

c. General Liability Insurance with bodily injury liability in the minimum amount of $500,000 per occurrence.

End of Clause

CLAUSES INCORPORATED BY FULL TEXT

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JUL 2005)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(2) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

___ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JUL 1995), with Alternate I (OCT 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

_X__ (2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999) (U.S.C. 657a).

___ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JUL 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer) (U.S.C. 657a).

___(4) (i) 52.219-5, Very Small Business Set-Aside (JUNE 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

____(ii) Alternate I (MAR 1999) to 52.219-5.

____(iii) Alternate II to (JUNE 2003) 52.219-5.

___ (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-6.

___ (iii) Alternate II (MAR 2004) of 52.219-6.

___ (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-7.

___ (iii) Alternate II (MAR 2004) of 52.219-7.

_X__ (7) 52.219-8, Utilization of Small Business Concerns (MAY 2004) (15 U.S.C. 637 (d)(2) and (3)).

___ (8)(i) 52.219-9, Small Business Subcontracting Plan (JAN 2002) (15 U.S.C. 637(d)(4)).

___ (ii) Alternate I (OCT 2001) of 52.219-9

___(iii) Alternate II (OCT 2001) of 52.219-9.

___ (9) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).

___ (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (JUL 2005) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

___ (ii) Alternate I (JUNE 2003) of 52.219-23.

___ (11) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCT 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (12) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004).

_X__ (14) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

___ (15) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (Jun 2004) (E.O. 13126).

_X__ (16) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

_X__ (17) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

___ (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

_X__ (19) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

_X__ (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

_X__ (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

___ (22)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

___ (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

_X__ (23) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

___ (24)(i) 52.225-3, Buy American Act--Free Trade Agreements--Israeli Trade Act (Jan 2005) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).

___ (ii) Alternate I (JAN 2004) of 52.225-3.

___ (iii) Alternate II (JAN 2004) of 52.225-3.

___ (25) 52.225-5, Trade Agreements (Jan 2005) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

___ (26) 52.225-13, Restrictions on Certain Foreign Purchases (MAR 2005) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of Treasury).

___ (27) 52.225-15, Sanctioned European Union Country End Products (FEB 2000) (E.O. 12849).

___ (28) 52.225-16, Sanctioned European Union Country Services (FEB 2000) (E.O. 12849).

___ (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

____ (30) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

_X___ (31) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

____ (32) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332).

_X___ (33) 52.232-36, Payment by Third Party (MAY 1999) (31 U.S.C. 3332).

____ (34) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

____ (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (APR 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631).

____ (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: [Contracting Officer check as appropriate.]

_X___ (1) 52.222-41, Service Contract Act of 1965, as Amended (JUL 2005) (41 U.S.C. 351, et seq.).
____ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

_X___ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act--Price Adjustment (Multiple Year and Option Contracts) (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act--Price Adjustment (February 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (April 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (December 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

(vi) 52.222-41, Service Contract Act of 1965, as Amended (Jul 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (April 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.216-18 ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from October 01, 2005 through September 30, 2010, if all four options are exercised.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than 356,102 Square Feet , the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of 712,204 Square Feet ;

(2) Any order for a combination of items in excess of 1,246,357 Square Feet , or

(3) A series of orders from the same ordering office within 15 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22 INDEFINITE QUANTITY. (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after expiration of the contract term.

(End of clause)

52.217-5 EVALUATION OF OPTIONS (JUL 1990)

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(End of provision)

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary