# MODIFICATION REVIEW CHECKLIST

**CONTRACT NUMBER** W9124J-06-D-0003 **Mod #** 3

realign Funds for GWOT

✓ 1. Sufficient funds are available.
  a. Funding Strip

✓ 2. Funds availability: amount funded matches or exceeds the amount on modification document (SF 30).

✓ 3. Effective date same as or later than funding date.

✓ 4. Proper authority for the mod stated.

NA 5. DD Form 2579 for new work over $10,000. (DFARS 219.201)

✓ 6. Reason for mod stated in Block 14.

NA 7. Technical review.

NA 8. Legal review. (mod exceeding $300,000)

NA 9. Release of claims included, if appropriate. All supplemental agreements. (FAR 43.204(c))

NA 10. Pre/Post Negotiation Memorandums approved.

✓ 11. Modification amount (increase/decrease) stated and new contract amount provided. (See attached sample)

✓ 12. Action validated, approved, signed and distribution complete.

NA 13. CAR properly completed and forwarded. - on delivery order

✓ 14. PD2 contract file is maintained.

REVIEWED BY:

Stephanie Murphree — 1/9/06
CONTRACT SPECIALIST ASSIGNED CONTRACT — DATE

Shari L. Greggs — 1/30/06
CONTRACT SPECIALIST QUALITY REVIEWER — DATE
Attach Comments.

Annette Arketa Rendon — 30JAN06
CONTRACTING OFFICER — DATE

Revised November 2005

EXHIBIT 23

**Murphree, Stephanie C Ms**

**From:** Murphree, Stephanie C Ms
**Sent:** Monday, January 09, 2006 8:36 AM
**To:** 'service@crystalclearmaint.com'
**Subject:** W9124J-06-D-0003 Custodial Contract
**Signed By:** stephanie.murphree@us.army.mil

Attached is modification 3 to Contract number W9124J-06-D-0003. This modification is to reflect realignment of funds to support the Global War on Terrorism. Please sign and fax back to our office. Thank You!

*Stephanie Murphree*
DA Intern
Contract Specialist
Directorate of Contracting
(580) 442-4315
stephanie.murphree@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

## Murphree, Stephanie C Ms

**From:** Murphree, Stephanie C Ms
**Sent:** Monday, January 09, 2006 3:05 PM
**To:** Richardson, Elizabeth C Ms; Pickens, Toni L Ms; Lindsey, Sharyl Ms; Krachinsky, Joe E Mr
**Subject:** W9124J-06-D-0003 Custodial Services
**Signed By:** stephanie.murphree@us.army.mil

**Tracking:**

| Recipient | Read |
|---|---|
| Richardson, Elizabeth C Ms | Read: 1/9/2006 3:14 PM |
| Pickens, Toni L Ms | Read: 1/9/2006 3:11 PM |
| Lindsey, Sharyl Ms | Read: 1/9/2006 3:06 PM |
| Krachinsky, Joe E Mr | Read: 1/9/2006 3:06 PM |

Attached is Mod 3 to realign funds for GWOT. This was released this morning, we ran into the problem I spoke with Liz about while we were working on Modifying the Delivery Order to realign funds.

*Stephanie Murphree*
DA Intern
Contract Specialist
Directorate of Contracting
(580) 442-4315
stephanie.murphree@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing. Visit: ICE Comment Card

**AMENDMENT OF SOLICITATI /MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 7 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00003 | 01-Oct-2005 | W44DQ75126N001 | |

| 6. ISSUED BY CODE W9124L | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| FORT SILL<br>HANIE MURPHREE<br>STEPHANIE.MURPHREE@SILL.ARMY.MIL<br>580-442-4315<br>FORT SILL OK 73503 | See Item 6 |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
CRYSTAL CLEAR MAINTENANCE INC
DOUGLAS CRAFT
124 BLUEBERRY HILL ROAD
TAOS NM 87557-2408

CODE 1WAW9 FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO. W9124J-06-D-0003 |
| X | 10B. DATED (SEE ITEM 13) 01-Oct-2005 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 43.103 (a) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: smurphre06105
CUSTODIAL SERVICES, FORT SILL, OKLAHOMA

SEE CONTINUATION SHEET FOR CHANGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | ANNETTE ARKEKETA-RENDON / CONTRACTING OFFICER<br>TEL: 580-442-4604 EMAIL: annette.arkeketarendon@us.army.mil | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY Annette Arkeketa-Rendon<br>(Signature of Contracting Officer) | 09-Jan-2006 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 7

2. AMENDMENT/MODIFICATION NO.:
3. EFFECTIVE DATE: 01-Oct-2005
4. REQUISITION/PURCHASE REQ. NO.: W44OO75125H001
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: W9124L
ACA FORT SILL
STEPHANIE MURPHREE
STEPHANIE.MURPHREE@SILL.ARMY.MIL
580-442-4315
FORT SILL OK 73503

7. ADMINISTERED BY (If other than Item 6) — CODE:
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
CRYSTAL CLEAR MAINTENANCE INC
DOUGLAS CRAFT
124 BLUEBERRY HILL ROAD
TAOS NM 87557-2408

CODE 1WAW8 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. W9124J-06-D-0003
X 10B. DATED (SEE ITEM 13) 01-Oct-2005

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
43.103 (a)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: smurphre06105
CUSTODIAL SERVICES, FORT SILL, OKLAHOMA

SEE CONTINUATION SHEET FOR CHANGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Endia Craft, Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
TEL: EMAIL:

15B. CONTRACTOR/OFFEROR
Endia Craft
(Signature of person authorized to sign)

15C. DATE SIGNED
1-9-06

16B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

16C. DATE SIGNED

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**AMENDMENT OF SOLICITATI' MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 7 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| | 01-Oct-2005 | W44DQ75126N001 | |

| ISSUED BY CODE W9124L | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| .CA, FORT SILL<br>STEPHANIE MURPHREE<br>STEPHANIE.MURPHREE@SILL.ARMY.MIL<br>580-442-4315<br>FORT SILL OK 73503 | See Item 6 |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
CRYSTAL CLEAR MAINTENANCE INC
DOUGLAS CRAFT
124 BLUEBERRY HILL ROAD
TAOS NM 87557-2408

CODE 1WAW9 FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO. W9124J-06-D-0003 |
| X | 10B. DATED (SEE ITEM 13) 01-Oct-2005 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 43.103 (a) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: smurphre06105

CUSTODIAL SERVICES, FORT SILL, OKLAHOMA

SEE CONTINUATION SHEET FOR CHANGES.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TEL: EMAIL: | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>______<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ______<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**
NARRATIVE

1. The purpose of this modification is to realign funds, adding two Sub-CLINs in support of the Global War on Terrorism (GWOT). The following changes were made to reflect this realignment:

   a. Effective 1 October 2005, Bldg. 4908 (1,818 SF) is deleted from CLIN 0001AC REIMBURSABLE CUSTOMERS – ROUTINE WORK.

      1,818 SF x .02218 = $43.04 per mon. x 12 mon. = ($484.04)
      CLIN 0001AC is decreased by $484.04, from $54,274.20 to $53,790.12.

   b. Effective 1 October 2005, Bldg. 4908 (393 SF) is deleted from CLIN 0001AD REIMBURSABLE CUSTOMERS – LATRINES.

      393 SF x .252372 = $99.18 per mon. x 12 mon. = (1,190.16)
      CLIN 0001AD is decreased by $1,190.16, from $30,802.56 to $29,612.28

   c. Effective 1 October 2005, Bldg. 4908 (1,818 SF) is added, creating CLIN 0001AF ROUTINE WORK (GWOT).

      1,818 SF x .02218 = $43.04 per mon. x 12 mon. = $484.04
      CLIN 0001AF is added in the amount of $484.04

   d. Effective 1 October 2005, Bldg. 4908 (393 SF) is added, creating CLIN 0001AG LATRINES WORK (GWOT).

      393 SF x .252372 = $99.18 per mon. x 12 mon. = $1,190.16
      CLIN 0001AG is added in the amount of $1,190.16.

2. Due to PD2 technical difficulties an off-line Delivery Order was created effective 1 October 2005. This document was recreated in PD2 and the funding cite for each Sub-CLIN was corrected.

3. This change is within the general scope of the contract.

4. Total contract amount remains at $254,684.08.

5. All other terms and conditions remain unchanged.

Contracting Officer: Annette Arkeketa-Rendon
580-442-6222
Annette.arkeketarendon@sill.army.mil

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The discount terms Net 30 Days has been added.

The 'Payment will be made by' organization has changed from

FORT SILL
CREDIT CARD
TO BE PAID BY GOVERNMENT
CREDIT CARD
FORT SILL OK 73503-0501
to
CREDIT CARD/FORT SILL, OK
TO BE PAID BY GOVERNMENT
PURCHASE CARD
FORT SILL OK

SUPPLIES OR SERVICES AND PRICES

SUBCLIN 0001AC

The CLIN extended description has changed from Estimated 203,842.0 Square Feet at $0.022188 Per Square Foot Per month. Note 1: The Contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in th monthly Unit Price due to increase or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The Contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month. to Estimated 202,024.0 Square Feet at $0.022188 Per Square Foot Per month. Note 1: The Contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in th monthly Unit Price due to increase or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The Contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month..

The unit price amount has decreased by $40.34 from $4,522.85 to $4,482.51.

The total cost of this line item has decreased by $484.08 from $54,274.20 to $53,790.12.

SUBCLIN 0001AD

The CLIN extended description has changed from Estimated 10,171.0 Square Feet at $.252372 Per Square Foot Per month. Note 1: The Contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increase or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The Contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month. to Estimated 9,778.0 Square Feet at $.252372 Per Square Foot Per month. Note 1: The Contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increase or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The Contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to

be cleaned during the month times the proposed rate per square foot per month..
The unit price amount has decreased by $99.18 from $2,566.88 to $2,467.70.
The total cost of this line item has decreased by $1,190.16 from $30,802.56 to $29,612.40.

SUBCLIN 0001AF is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 12 | Months | $40.34 | $484.08 NTE |

ROUTINE WORK (GWOT) BLDG 4908
FFP
Estimated 1,818.0 Square Feet at $0.022188 Per Square Foot Per month. Note 1: The Contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in th monthly Unit Price due to increase or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The Contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.
FOB: Destination
PURCHASE REQUEST NUMBER: W44DQ75126N001

NET AMT $484.08

SUBCLIN 0001AG is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | | 12 | Months | $99.18 | $1,190.16 NTE |

LATRINES WORK (GWOT) BLDG 4908
FFP
Estimated 393.0 Square Feet at $.252372 Per Square Foot Per month. Note 1: The Contractor shall fill in the proposed rate per square foot per month. The rate per square foot identified under this sub CLIN is the firm fixed price which shall be used to calculate the amount of any change in the monthly Unit Price due to increase or decreases in square footage as described in the PWS. Extended amounts will be adjusted accordingly. Note 2: The Contractor shall fill in the Unit Price as a monthly price that is equal to the estimated number of square feet to be cleaned during the month times the proposed rate per square foot per month.
FOB: Destination
PURCHASE REQUEST NUMBER: W44DQ75126N001

NET AMT $1,190.16

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item for SUBCLIN 0001AA has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2005 TO 30-SEP-2006 | N/A | DIRECTORATE OF PUBLIC WORKS FORT SILL OK<br>CARL RIEMER<br>ENGINEERING DIVISION<br>FORT SILL OK 73503<br>580-442-4620<br>FOB: Destination | W44DQ7 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2005 TO 30-SEP-2006 | N/A | DIRECTORATE OF PUBLIC WORKS FORT SILL OK<br>CARL RIEMER<br>ENGINEERING DIVISION<br>FORT SILL OK 73503<br>580-442-4620<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0001AF:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2005 TO 30-SEP-2006 | N/A | DIRECTORATE OF PUBLIC WORKS<br>JOE KRACHINSKY<br>BUSINESS OPERATIONS DIV<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>(580) 442-5746<br>FOB: Destination | W44DQ7 |

The following Delivery Schedule item has been added to SUBCLIN 0001AG:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-OCT-2005 TO 30-SEP-2006 | N/A | DIRECTORATE OF PUBLIC WORKS<br>JOE KRACHINSKY<br>BUSINESS OPERATIONS DIV<br>BLDG 1950 BARBOUR RD<br>FORT SILL OK 73503 5100<br>(580) 442-5746<br>FOB: Destination | W44DQ7 |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for SUBCLIN 0001AF:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for SUBCLIN 0001AG:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following have been added by full text:

LOCAL CLAUSES

52.213-4008 IMPAC PAYMENTS

The Government will process payments for supplies/services rendered under this contract through the Government-wide Commercial Purchase Card (IMPAC). The Contractor shall furnish the Government a credit card receipt of the transaction within 24 hours after shipping the supplies or performance of services (see block 9 of the SF1449 or block 6 of the DD1155 for the mailing address).

52.232-4036 PAYMENT BY THIRD PARTY (MAY 1999)

(a) General. The Contractor agrees to accept payments due under this contract, through payment by a third party in lieu of payment directly from the Government, in accordance with the terms of this clause. The third party and, if applicable, the particular Government wide commercial purchase card to be used are identified elsewhere in this contract.

(b) Contractor payment request. In accordance with those clauses of this contract that authorized the Contractor to submit invoices, contract financing requests, other payment requests, or as provided in other clauses providing for payment to the Contractor, the Contractor shall make such payment requests through a charge to the Government account with the third party, at the time and for the amount due in accordance with the terms of this contract.

(c) Payment. The Contractor and the third party shall agree that payments due under this contract shall be made upon submittal of payment requests to the third party in accordance with the terms and conditions of an agreement between the Contractor, the Contractor's financial agent (if any), and the third party and its agents (if any). Payments made or due by the third party under this clause are not payments made by the Government and are not subject to the Prompt Payment Act or any implementation thereof in this contract.

(d) Documentation. Documentation of each charge against the Government's account shall be provided to the Contracting Officer upon request

(e) Assignment of claims. Notwithstanding any other provision of this contract, if any payment is made under this clause, then no payment under this contract shall be assigned under the provisions of the assignment of claims terms of this contract or the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

(f) Other payment terms. The other payment terms of this contract shall govern the content and submission of payment requests. If any clause requires information or documents in or with the payment request that is not provided in the third party agreement referenced in paragraph (c) of this clause, the Contractor shall obtain instructions from the Contracting Officer before submitting such a payment request.

52.232-4036 ADDENDUM TO FAR 52.232-36 PAYMENT BY THIRD PARTY (MAY 1999)

(g) The third party is:

US Bank
IMPAC Payment Services
PO Box 6313
Fargo, ND 58125-6313

(h) The purchase card to be used is:

GSA Smart Pay Purchase Card (I.M.P.A.C.).

52.232-4003 SUBMISSION FORMAT FOR INVOICES

VENDORS/CONTRACTORS MUST SUBMIT THEIR INVOICES IN THE FOLLOWING FORMAT:

1. NAME AND ADDRESS.
2. CONTRACT/PURCHASE ORDER NUMBER, INCLUDING DELIVERY ORDER NUMBER. (MUST INCLUDE COMPLETE NUMBER, (i.e., W9124L-xx-x-xxxx)).
3. DESCRIPTION, PRICE, AND QUANTITY OF PROPERTY OR SERVICES ACTUALLY PROVIDED.
4. SHIPPING AND PAYMENT TERMS.
5. COMPLETE MAILING ADDRESS.
6. TELEPHONE NUMBER AND ADDRESS FOR NOTIFICATION IN CASE OF DEFECTIVE INVOICE.

NOTE: INVOICES MUST MATCH PURCHASE ORDER/CONTRACT IN DESCRIPTION AND UNIT OF ISSUE. DEFECTIVE INVOICES WILL BE RETURNED.

(End of Summary of Changes)

Integrity@SPS Validation Report for Award W9124J-06-D-0003-U00003, 06 Jan 2006, 14:39:51hrs.

| Error Location | Interface Element | Error |
|---|---|---|
| ARMY INFO CLINs | ARMY INFO CLINs | *E-33400: ARMY USERS IGNORE MESSAGES WITH THIS ERROR NUMBER FOR INFO CLINs AND AWARDS PAID BY DFAS CAPS |
| CLIN 0001 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 0001AA | Funding | *W-32902: Line item Funding not = Line Item cost. If award is not incrementally funded, please check line item* |
| CLIN 0001AB | Funding | *W-32902: Line item Funding not = Line Item cost. If award is not incrementally funded, please check line item* |
| CLIN 0001AC | Funding | *W-32902: Line item Funding not = Line Item cost. If award is not incrementally funded, please check line item* |
| CLIN 0001AC | CLIN Unit Price | *E-82112: UP has been changed. If invoices exist, vendor pay cannot accept the changes. DFARS 204.7106(b)(2)(i)(c). |
| CLIN 0001AD | Funding | *W-32902: Line item Funding not = Line Item cost. If award is not incrementally funded, please check line item* |
| CLIN 0001AD | CLIN Unit Price | *E-82112: UP has been changed. If invoices exist, vendor pay cannot accept the changes. DFARS 204.7106(b)(2)(i)(c). |
| CLIN 0001AE | Funding | *W-32902: Line item Funding not = Line Item cost. If award is not incrementally funded, please check line item* |
| CLIN 1001 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 2001 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 3001 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |
| CLIN 4001 - DEL 1 | Shipping Address | *E-33400: Informational CLIN contains ship to information...please correct CLIN* |

**Murphree, Stephanie C Ms**

---

**From:** Highsmith, Patricia V Mrs
**Sent:** Thursday, December 22, 2005 1:46 PM
**To:** Murphree, Stephanie C Ms; Arkeketa-Rendon, Annette Ms; Langford, Linda Ms; Wheeler, Laurie Ms
**Subject:** FW: Custodial Technical
**Signed By:** patricia.highsmith@us.army.mil

This email references building 4908 that has GWOT funding. CLIN 0001 AF and CLIN 0001 AG are GWOT funded. Stephanie get with Annette she will tell you all the changes ( including this funding change ) that will be on your next mods.

You can do it and thanks for all your help!!!

Vicki
-----Original Message-----
**From:** Krachinsky, Joe E Mr
**Sent:** Thursday, December 15, 2005 7:49 AM
**To:** Highsmith, Patricia V Mrs
**Subject:** RE: Custodial Technical

Yes it looks right

> -----Original Message-----
> **From:** Highsmith, Patricia V Mrs
> **Sent:** Wednesday, December 14, 2005 3:38 PM
> **To:** Krachinsky, Joe E Mr; Arkeketa-Rendon, Annette Ms; Langford, Linda Ms
> **Subject:** FW: Custodial Technical
>
> Please provide a written/electronic response to the question below. So that I can maintain an electronic record.
>
> Thanks
> Vicki
> -----Original Message-----
> **From:** Highsmith, Patricia V Mrs
> **Sent:** Friday, November 18, 2005 1:00 PM
> **To:** Pickens, Toni L Ms
> **Subject:** FW: Custodial Technical
>
> -----Original Message-----
> **From:** Highsmith, Patricia V Mrs
> **Sent:** Wednesday, November 16, 2005 3:10 PM
> **To:** Arkeketa-Rendon, Annette Ms; Webb, Peter K Mr
> **Cc:** Langford, Linda Ms; Krachinsky, Joe E Mr; Warner, Evans P Mr
> **Subject:** RE: Custodial Technical
>
> 1. Please verify this information for Building 4908. Please review the following information for accuracy:
>
> 0001AC Routine Work
>
> SQFT Unit Price Monthly Yearly

202,024 X .022188 = $4482.51 X 12 = $53,790.12 - 484.08

0001AD Latrines Work

| SQFT | | Unit Price | | Monthly | | | | Yearly | |
|---|---|---|---|---|---|---|---|---|---|
| 9778 | X | .252372 | = | $2,467.69 | X | 12 | = | $29,612.28 | - 1,190.16 |

***Total funding for 0001AC and 0001AD is $83,402.40**

**GWOT Funding**

0001AF Routine Work

| SQFT | | Unit Price | | Monthly | | | | Yearly |
|---|---|---|---|---|---|---|---|---|
| 1818 | X | .022188 | = | $40.34 | X | 12 | = | $484.08 |

0001AG Latrines Work

| SQFT | | Unit Price | | Monthly | | | | Yearly |
|---|---|---|---|---|---|---|---|---|
| 393 | X | .252372 | = | $99.18 | X | 12 | = | $1190.16 |

***Total GWOT funding for 0001AF and 0001AG is $1674.24**

*** Note the total figures are off by 12 cents.**

**2. IS BUILDING 4908 THE ONLY GWOT FUNDED ITEM? PLEASE ANSWER YES or NO IN THIS EMAIL.**

-----Original Message-----
**From:** Arkeketa-Rendon, Annette Ms
**Sent:** Wednesday, November 16, 2005 11:14 AM
**To:** Webb, Peter K Mr
**Cc:** Langford, Linda Ms; Krachinsky, Joe E Mr; Warner, Evans P Mr; Highsmith, Patricia V Mrs
**Subject:** RE: Custodial Technical

Pete,

Linda and I were reviewing the TE (Technical Exhibit) and one of the buildings was listed under the "Reimbursable" and should be under the "Direct Cost" TE. I asked Joe to "scrub" which means review and make changes if necessary to the TE's that are in the new contract.

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil