# COST - PER- COPY, SERVICES

*MODIFICATION BREAKDOWN*

*CONTRACT NO.# DABT39-00-C-4028*

*AWARD AMOUNT: $*__________

| MODIFICATION. NO# | EFFECTIVE DATE | PURPOSE | $ INC/DEC | TOTAL CONTRACT AMOUNT $ | FYXX |
|---|---|---|---|---|---|
| P00034 | 30 Jul 04 | Relocate & Replace Copiers | $.01 | $652,235.27 | FY04 |
| P00035 | 01 Oct 04 | Option Period Four | N/A | $635,235.26 | FY05 |
| P00036 | 30 Aug 04 | Deobligation<br>Realigned Funds | N/A | $652,235.26 | FY04 |
| P00037 | 01 Oct 04 | FY05 Fund Cite | N/A | $652,235.26 | FY05 |
| P00038 | 01 Feb 05 | Add & Relocate Copiers | $42,786.75 | $695,022.01 | FY05 |
| P00039 | 9 Aug 05 | Realigned Funds | N/A | 3,151,802.25 | FY05 |
| P00040 | 1 Oct 05 | 3 month extension thru 12-31-05 due to protest | 193,455.69 | 3,345,257.94 | FY06 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT
25

# COST - PER- COPY, SERVICES

*MODIFICATION BREAKDOWN*

*CONTRACT NO.# DABT39-00-C-4028*

*AWARD AMOUNT $*________________

| MODIFICATION. NO# | EFFECTIVE DATE | PURPOSE | $ INC/DEC | TOTAL CONTRACT AMOUNT $ | FYXX |
|---|---|---|---|---|---|
| P00033 | 12 May 2004 | ① Change Fund site code ② Relocation of Copier | + 13,020.00 | $652,235.26 | FY04 |
| P00034 | 14 July 04 | ① Relocation of copier ② Replace copier | + $.01 | $652,235.27 | FY04 |
| ("See other folder for further details") | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# MODIFICATION BREAKDOWN

CONTRACT NO. DABT39-00-C-4028

AWARD AMOUNT $___________

| MOD NO. | EFF. DATE | PURPOSE | $ INC/ DEC | TOTAL CONTRACT AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 17 | | Relocate | -344.53 | 607,408.83 | |
| 18 | 3 July 02 | Relocate Copiers | +1396.80 | 608,805.63 | |
| 19 | 1 Oct 02 | Exercise Opt. Yr 2, Update Chang | N/A | 608,805.63 | FY02 |
| 20 | 22 Aug 02 | Add Copiers, Increase Damage Chg 00ZAG | +18,369.60 | 627,175.23 | FY02 |
| 21 | 1 Oct 03 | Funding Avail FY03 / BIK 16 Admin Correction | No Change | 619,805.63 | FY03 |
| 22 | 20 Nov 03 | ~~New FY03 Fund Citation~~ Add, upgrade, remove, relocate Copiers | +10,485.89 | 629,851.52 | FY03 |
| 23 | 8 Jan 03 | Increase FY02 Option to Actual | +6,841.40 | 634,016.83 | FY02 |
| 24 | 5 Feb 03 | Add & Relocate Copiers | +6,758.80 | 636,010.32 | FY03 |
| 25 | 3 June 03 | Decrease FY02 Deobligation/Close | -2,454.04 | 633,562.59 | FY02 |
| 26 | 24 Jun 03 | Remove & Relocate Copiers | +8,205.12 | 627,805.20 | FY03 |
| 27 | | Opt Yr 3 | (See Separate Folder | | FY04 |
| 28 | 22 Sept 03 | Realign Fund Allocation | | 627,805.20 | FY03 |
| 29 | 30 Sept. 03 | Move & Install Copies | +9,410.45 | 637,215.65 | FY03 |
| 30 | 1 Oct 04 | Funding Mod | — | 627,805.20 | FY04 |
| 31 | 19 Nov 03 | delete McAfee FY03 | | | |
| 32 | 24 Feb 04 | Move + Install Copiers | | 637,215.26 | |