**Greggs, Shari L Ms**

**From:** Arkeketa-Rendon, Annette Ms
**Sent:** Tuesday, August 09, 2005 10:38 AM
**To:** Greggs, Shari L Ms
**Subject:** FW: Copier Mod P00039
**Signed By:** annette.arkeketarendon@us.army.mil

**Importance:** High

FYI

-----Original Message-----
From: Arkeketa-Rendon, Annette Ms
Sent: Tuesday, May 24, 2005 8:55 AM
To: 'David Haggerty'
Cc: Crutcher, David Mr; Highsmith, Patricia V Mrs; Abraham, Pauline K Ms
Subject: RE: Copier Mod P00039
Importance: High

Mr. Haggerty,

Thank you for your response. Mod P00039 request remains cancelled. Ft. Sill was able to find other means to support the requirement. However, we do expect there will be other requirements throughout the duration of this contract until it expires in September and will forward requirements to KMBS as we get them. Ft. Sill is expecting a heavy summer surge of mobilization of troops and deployments because of the Global War on Terrorism. Requirements during this time are usually more urgent than the -mal contract activity. Please be advised there may be future .quirements that will be forwarded to KMBS to support until the end of this contract.

It is not the intention for the government to cause any financial burden on KMBS. Our previous request for addtitional requirements were resolved with a price increase that was considered fair and reasonable to the government. My point is, the requirements were met at Ft. Sill by KMBS, and this is the type of contractor/government relationship that is productive and professional and the government would like to continue with KMBS.

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing.
Visit: ICE Comment Card
http://ice.disa.mil/index.cfm?fa=card&site_id=173&service_category_id=14&service_provider_id=14374>

EXHIBIT 26

----Original Message-----

From: David Haggerty [mailto:DHaggerty@kmbs.konicaminolta.us]
Sent: Monday, May 23, 2005 4:21 PM
To: Arkeketa-Rendon, Annette Ms
Cc: Crutcher, David Mr; Highsmith, Patricia V Mrs; Abraham, Pauline K Ms
Subject: RE: Copier Mod P00039

Good Evening,
KMBS never intended the message to indicate a refusal to honor the modification. KMBS would "prefer" not to bear this financial burden as previously indicated, however KMBS will honor the modification if KMBS is given no option but to honor the modification or have our past performance rating impacted in a negative manner.

Please respond by affirming the validity of the requirements and the modification. KMBS will ship the equipment required as soon as possible following the affirmation.
Regards,
David Haggerty
Federal Contracts Manager
2100 Washington Blvd., Suite 100
Arlington, VA 22204
703 842 3212
fax 703 271 1188

"Arkeketa-Rendon, Annette Ms" <annette.arkeketarendon@us.army.mil>
05/17/2005 01:28 PM

To: 'David Haggerty' <DHaggerty@kmbs.konicaminolta.us>
cc: "Crutcher, David Mr" <david.crutcher@us.army.mil>, "Highsmith, Patricia V Mrs" <patricia.highsmith@us.army.mil>, "Abraham, Pauline K Ms" <pauline.abraham@us.army.mil>
Subject: RE: Copier Mod P00039

David,

We will cancel the mod request based on your explaination of how difficult it will be for KMBS to meet the requirements. Ft. Sill is disappointed that you are unable to meet our requirements at this time, based on the reasons you cite in this message. This is the second time added requirements have caused a delay in support under the subject contract. Ft. Sill's copier service requirements change frequently based on activity required to support the Global War on Terrorism, which will create contingency situations at Ft. Sill. Regardless of the war, KMBS did agree to the terms and conditions of this contract, which include contingency situations, and also includes this option year. The poor support by KMBS for the duration of this option year is documented for Past Performance evaluation purposes.

Annette Arkeketa-Rendon
Contracting Officer
Department of the Army
Army Contracting Agency, Southern Region
Fort Sill Directorate of Contracting
Building 1803, P.O. Box 33501
Fort Sill, Oklahoma 73503-0501

Comm: 580-442-6222
Fax: 580-442-8014
DSN: 639
Email: annette.arkeketarendon@sill.army.mil

We cannot afford one unhappy customer. Please tell us how we're doing.
Visit: ICE Comment Card
<http://ice.disa.mil/index.cfm?fa=card&site_id=173&service_category_id=14&
service_provider_id=14374>

-----Original Message-----
From: David Haggerty [mailto:DHaggerty@kmbs.konicaminolta.us]
Sent: Wednesday, May 11, 2005 3:46 PM
To: Highsmith, Patricia V Mrs
Cc: Arkeketa-Rendon, Annette Ms; 'David Haggerty'
Subject: RE: Copier Mod P00039

Good Afternoon,
KMBS has reviewed the modification and determined that in addition to some relocations, the modification requests KMBS to install (9) new copiers, and
upgrade (1).

llowing a reasonable time for accomplishing the installs, there will only
be 4 months total left on the KMBS contract. 4 months of revenue on these copiers can only be expected to generate a few hundred dollars for each copier, and installing new equipment would cost KMBS several thousand dollars, and this option is not economically viable.

Knowing that the contract permits KMBS to install used equipment in the final performance options KMBS is investigating used copiers, however even used copiers will most likely cost KMBS far more to install than the nominal revenue they will be expected to generate in only 4 months. It is not customary in commercial copier markets for contractors to install copiers for such a limited period of performance, and the FAR provisions for the acquisition of commercial items dictate that the Government should not impose conditions on contractors that are not consistent with customary
commercial practices.

KMBS values the business of Ft Sill and the long term relationship, and we are investigating the availability of used copiers to meet this need, but quite frankly would prefer not to be obligated to meet this requirement as it will result in an economic loss for KMBS. In the event there are any other options available to Ft Sill to meet this requirement, KMBS would clearly prefer that these options be explored.

As a manufacturing company KMBS has new equipment readily available at all times, and installations may be accomplished quickly and easily. Used equipment is much harder to find and takes far more time for shipping, assembly, and testing, and ultimately delays the installation process.

KML would appreciate not being required to meet these copier requirements,
owever if there are no alternatives available we will continue to

research
our inventory of used equipment for this short term requirement.

Best regards,

David Haggerty
Federal Contracts Manager
2100 Washington Blvd., Suite 100
Arlington, VA 22204
703 842 3212
fax 703 271 1188

"Highsmith, Patricia V Mrs" <patricia.highsmith@us.army.mil>

05/11/2005 03:44 PM

To: 'David Haggerty' <dhaggerty@minolta.com>
cc: "Arkeketa-Rendon, Annette Ms" <annette.arkeketarendon@us.army.mil>
Subject: RE: Copier Mod P00039

Please response to this request as soon as possible.

Thanks

-----Original Message-----
From: Highsmith, Patricia V Mrs
Sent: Thursday, May 05, 2005 2:33 PM
To: David Haggerty
Cc: Arkeketa-Rendon, Annette Ms
Subject: FW: Copier Mod P00039

David

Please review this bilateral modification and provide a signature.
If you should have any concerns you can reach me at 580-442-4604.

Thanks
Vicki

-----Original Message-----
From: Highsmith, Patricia V Mrs
Sent: Thursday, May 05, 2005 11:07 AM
To: Arkeketa-Rendon, Annette Ms; Crutcher, David Mr; Lindsey, Sharyl Ms; David Haggerty
Subject: Copier Mod P00039

To All:

il Enclosed you will find modification P00039 to update your

If you should have any questions in regards to this modification please contact me at the numbers listed below. ( This modification

was administered by Pauline Abraham, in her absence I have distributed this modification to the respective individuals on the contract. Pauline will remain the Contract Specialist on this contract.

Thanks,

Vicki Highsmith
Contract Specialist
Directorate of Contracting (SFCA-SR-SI)
Ft. Sill, Ok 73503 PH: (580)442-4604
Fax: (580)442-8014; DSN: 639-4604
We cannot afford one unhappy customer. Please tell us how we are doing! Go to ICE : Comment Card
(See attached file: P00039Copier.pdf)