Training Service Center (TSC)
DABT60-02-C-0008

| Mod Number | Effective Date | Purpose | Increase/Decrease | Total Contract Amount |
|---|---|---|---|---|
| P00001 | 01-Apr-03 | To change transition period to 60 days; specification of base period to 18 months; added subCLINs. | $0.00 | $511,057.18 |
| P00002 | 01-Apr-03 | To add subCLINS to differeniate different lines of accounting. Section G modified. | $0.00 | $511,057.18 |
| P00003 | 01-May-03 | To change made to shift estimated labor costs from one subCLIN to another within a given fiscal year. | $1,170.35 | $512,227.53 |
| P00004 | 12-Sep-03 | To reflect funding for the actual award fee (for 1 April - 30 June 03) and adjust CLIN funding. | $0.00 | $512,227.53 |
| P00005 | 15-Sep-03 | To provide interim authorization for the Contractor to purchase items from Government sources as directed by the Contracting Officer. | $0.00 | $512,227.53 |
| P00006 | 17-Sep-03 | To adjust FY03 funds to cover shortages. Add to the description Cost Target and Over/Under | $0.00 | $512,227.53 |
| P00007 | 19-Sep-03 | To add the requirements to include monthly management briefings, Phased Execution Plan, Operating Budget Variance Analysis. | $0.00 | $512,227.53 |
| P00008 | 29-Sep-03 | To add funds to subCLIN 1003AC to cover FY03 costs (overtime for Town Hall meetings, video-taping of returning troops and memorial services ) as a result of contingency operations. | $1,808.08 | $514,035.61 |
| P00009 | 30-Sep-03 | Incorporate revised Award Fee Plan, effective 1 October 2003. | $0.00 | $514,035.61 |
| P00010 | 01-Oct-03 | To apply funding for FY04 contract | $951,967.87 | $1,466,003.48 |
| P00011 | 23-Oct-03 | Adjust FY03 CLIN funds and revise over/under amount. | $0.00 | $1,466,003.48 |
| P00012 | 01-Dec-03 | Revise Objective Performance Standards in Award Fee Plan (Atch 3) and Delete PRS (TEC-1-001) | $0.00 | $1,466,003.48 |
| P00013 | 01-Mar-04 | Added policy clarification, clauses on "special holidays" and "severe weather", clause entitled "Payment of Fee" and deleting QAE from Sec H | $0.00 | $1,466,003.48 |
| P00014 | 12-Mar-04 | Added CLIN 1003AE for Global War on Terrorism (GWOT) | $10,000.00 | $1,476,003.48 |
| P00015 | 19-Mar-04 | Added funding for award fee for the period of 1 July - 30 September 2003 | $0.00 | $1,476,003.48 |
| P00016 | 01-Apr-04 | Add one-time equitable adjustment for DPAS and $3228.43 for Town Hall meetings. | $4,419.16 | $1,480,422.64 |
| P00017 | 16-Apr-04 | Revise format of Performance Evaluation Worksheet and other changes made to Award Fee Plan | $0.00 | $1,480,422.64 |
| P00018 | 11-May-04 | Add CLIN 0006 for Other Direct Costs - Travel | $850.00 | $1,481,272.64 |
| P00019 | 26-May-04 | Add funds to subCLIN 1003AB, Other Direct Costs—Devices. | $6,464.90 | $1,487,737.54 |
| P00020 | 09-Jun-04 | Add funds to subCLIN 10003AD, Other Direct Cost—Other. | $10,000.00 | $1,497,737.54 |

EXHIBIT 27

| | | | | |
|---|---|---|---|---|
| P00021 | 18-Jun-04 | Modification changes Enclosure 1 to the Award Fee Plan. | $0.00 | $0.00 |
| P00022 | 25-Jun-04 | Add funds to subclin 1003AD to cover costs associated with increased workload assigned to the Contractor since Oct 2003 | $15,575.00 | $1,513,312.54 |
| P00023 | 08-Jul-04 | Add funding for obligation for 1st Qtr FY04 Award Fee | $0.00 | $0.00 |
| P00024 | 31-Aug-04 | Add funding for CLIN 1003AD for increased material costs. | $1,600.00 | $1,514,912.54 |
| P00025 | 14-Sep-04 | Add funding for CLIN 1003AB to purchase needed materials and to realign funds to cover shortfalls. | ($5,904.32) | $1,509,008.22 |
| P00026 | 21-Sep-04 | Add funding for CLIN 1003AE and for 3rd Qtr FY04 Award Fee | $3,068.16 | $1,512,076.38 |
| P00027 | 01-Oct-04 | Exercising Option I | $1,055,349.77 | $2,567,426.15 |
| P00028 | 06-Oct-04 | Change unit of issue; add est costs for option periods 2,3 and 4. | $0.00 | $0.00 |
| P00029 | 18-Oct-04 | To allow Contractor to submit bi-weekly invoices | $0.00 | $2,567,426.15 |
| P00030 | 19-Oct-04 | To clarify language in MOD P00029 | $0.00 | $2,567,426.15 |
| P00031 | 29-Nov-04 | Change accounting data and decreasing estimated costs in 0002AE and increasing estimated costs in 0002AF | $0.00 | $2,567,426.15 |
| P00032 | 08-Feb-05 | Realign GWOT costs increasing 0002AE and decreasing 0002AF | $0.00 | $2,567,426.15 |
| P00033 | 1-Jun-05 | Implement electronic invoicing (WAWF) | $0.00 | $2,567,426.15 |
| P00034 P00035 | 30-Jun-05 | Add add funds to GWOT Clins 2003AE ($3,500.00) and 20003AF ($2,000.00; add $353.88 to CLIN 2003AA Obligate 4th qtr FY 04 Award fee CLIN1001AB ($3,197.54), | $45,596.48 | $2,521,829.67 |
| P00035 | 5-Aug-05 | CLIN 1001AD (49335.37) | $0.00 | $2,521,829.67 |
| P00036 | 9-Aug-05 | Replace TE 5.5-002 | $0.00 | $2,521,829.67 |
| P00037 | 15-Aug-05 | Add Provisional Award fee 1st --3rd Qtr FY 05 | $26,764.32 | $2,548,593.99 |
| P00038 | 19-Sep-05 | Increase GWOT Funding CLIN 2003AF ($5,000) | $5,000 | $2,553,593.99 |
| P00039 | 22-Sep-05 | Move GWOT funds from 2003AE to 2003AF | $0.00 | $2,553,593.99 |
| P00040 | 1-Oct-05 | Exercise Option 2 | $1,048,197.68 | $3,601,791.67 |
| P00041 | 17-Oct-05 | Incorporate GWOT funding, 3003AE ($8,600.00) 3003AF ($11,900), add 3003AA ($1,460.59) | $21,960.59 | $3,623,752.26 |