IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| H & R SERVICES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | 06-582 C (Judge Wheeler) |

DEFENDANT'S UNOPPOSED
MOTION TO AMEND BRIEFING SCHEDULE

Defendant respectfully requests that the Court amend the briefing schedule in this matter set by the Court's November 28, 2007 order. First, defendant requests an enlargement of time of 14 days, to and including February 22, 2008, within which to file its response to plaintiff's cross motion for summary judgment and reply to plaintiff's response to our motion for summary judgment. Defendant's brief is now due to be filed on February 8, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request. Second, plaintiff's counsel has indicated to defendant that, if defendant's request is granted, plaintiff would require an additional seven days, until March 14, 2008, to file its reply to defendant's response. Defendant respectfully requests that the Court amend the briefing schedule accordingly.

An enlargement of time is necessary to allow the Government time to complete its brief. Government counsel has recently had to devote his full time and resources to preparing for oral argument in United States v. Universal Fruits, No. 07-1395 (Fed. Cir.) (argument scheduled for February 6, 2008), and to drafting the Government's principal brief in Systems Integrated v. Donald C. Winter, Secretary of the Navy, No. 07-1540 (Fed. Cir.) (brief due February 16, 2008).

Government counsel has also been engaged in preparing the Government's responses to the complaints in Pacific Gas and Elec. Co. et al. v. United States, No. 07-157 (CFC) and California v. United States, No. 07-184 (CFC) (responses due February 7, 2008).

An enlargement of time of 14 days within which to file our response to plaintiff's cross motion for summary judgment and reply to plaintiff's response to our motion for summary judgment should allow us sufficient time to complete a draft and obtain required supervisory review. For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 14-day enlargement of time within which to file its response. Defendant also requests that Court set plaintiff's reply date as March 14, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

January 31, 2008

CERTIFICATE OF FILING

I hereby certify that on this 31st day of January, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara