# In the United States Court of Federal Claims

No. 06-582C

(Filed: February 4, 2008)

```
*************************************** *
                                        *
H&R SERVICES, INC.,                     *
                                        *
                   Plaintiff,           *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                   Defendant.           *
                                        *
*************************************** *
```

**AMENDED SCHEDULING ORDER**

On January 31, 2008, counsel for Defendant filed with the Court an unopposed motion to extend the remaining deadlines for dispositive motions set forth in the Amended Scheduling Order issued on November 28, 2007. For good cause shown, Defendant's motion is GRANTED. The Court accepts the amended schedule as proposed in Defendant's motion, and directs the parties to observe the following remaining deadlines:

1. Defendant shall file its response to Plaintiff's cross motion for summary judgment, and reply to Plaintiff's response to its motion for summary judgment, by February 28, 2008;

2. Plaintiff shall file its reply to Defendant's response by March 14, 2008.

All other provisions in the January 25, 2007 Preliminary Scheduling Order remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge