**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **H & R SERVICES, INC., an Alabama corporation, Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-582C (Judge Wheeler)** |
| **THE UNITED STATES, Defendant** | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE APPENDICES**

**COMES NOW** Plaintiff, H & R Services, Inc. ("H & R"), and requests leave of the Court to file it's Appendices to it's Reply to Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment. In support hereof, H & R states and alleges:

1. On February 28, 2008, Defendant filed it's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (the "Motion").

2. On March 14, 2008, H & R filed it's Reply to said Motion.

3. H & R was unable to attach the two appendices that were to be filed with it's Reply, due to unexpected and unanticipated file format problems.

4. Counsel for Defendant does not oppose this Motion for Leave.

**WHEREFORE**, H & R requests the Court grant its request for leave to re-file its Reply to Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment with the appropriate appendices.

Respectfully submitted,
HICKMAN & FITZPATRICK, PLLC

s/William H. Hickman
William H. Hickman, OBA No. 18395
HICKMAN & FITZPATRICK, PLLC
119 N. Robinson, Suite 250
Oklahoma City, Oklahoma 73102
Telephone: (405) 605-2375
Facsimile: (405) 605-2374

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant(s):

Sean B. McNamara
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20005

s/William H. Hickman