Our Business Is Saving
Your Business Money.℠

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/02/05 12:30 2490 8239 019 836

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | | |
|---|---|---|
| 385767 PAPER TOWELS | 31.88 | T |
| 385767 PAPER TOWELS | 31.88 | T |
| 385767 PAPER TOWELS | 31.88 | T |
| 7 @ 19.43 | | |
| 46974 PAPER TOWELS | 136.01 | T |
| 7 @ 16.57 | | |
| 46922 PAPER TOWELS | 115.99 | T |
| 850357 TRASHBAG | 16.86 | T |
| 850357 TRASHBAG | 16.86 | T |
| 850350 TRASHBAG | 6.88 | T |
| 850364 TRASHBAG | 15.88 | T |
| SUBTOTAL | 404.12 | |
| TAX 1 8.250 % | 33.34 | |
| TOTAL | 437.46 | |
| CASH TEND | 340.00 | |
| SAMS P CREDIT | 97.46 | |
| SAMS CREDIT CASH BACK | 20.00 | |
| TOTAL SAMS CREDIT PURCHASE | 117.46 | |
| ACCOUNT # | 1446 | |
| 97.46 PURCHASE | | |
| 20.00 CASH BACK | | |
| 117.46 TOTAL PURCHASE | | |
| APPROVAL # | 002654 | |
| CHANGE DUE | 20.00 | |

# ITEMS SOLD 21

TC# 7195 9102 7353 0869 7024 5

We Are Open On The 4th Of July!
07/02/05 12:32:20

*** MEMBER COPY ***

Our Business Is Saving
Your Business Money.℠

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/10/05 17:22 1283 8239 016 1100

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | | |
|---|---|---|
| 800350 DIAL 16 BAR | 5.87 | T |
| 800350 DIAL 16 BAR | 5.87 | T |
| 800350 DIAL 16 BAR | 5.87 | T |
| 850364 TRASHBAG | 15.88 | T |
| 76836 ODO BAN | 9.33 | T |
| 850357 TRASHBAG | 16.86 | T |
| 850350 TRASHBAG | 6.88 | T |
| 816884 FINISH MOP | 8.83 | T |
| SUBTOTAL | 75.39 | |
| TAX 1 8.250 % | 6.22 | |
| TOTAL | 81.61 | |
| SAMS P CREDIT | 81.61 | |
| ACCOUNT # | 1446 | |
| APPROVAL # | 010034 | |
| CHANGE DUE | 0.00 | |

# ITEMS SOLD 8

TC# 7506 3019 5851 6574 4059

We are open on Labor Day!
07/10/05 17:24:36

*** MEMBER COPY ***

Our Business Is Saving
Your Business Money.℠

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/11/05 13:01 6825 8239 010 1095

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | | |
|---|---|---|
| 3 @ 31.88 | | |
| 385767 PAPER TOWELS | 95.64 | T |
| SUBTOTAL | 95.64 | |
| 7 @ 19.43 | | |
| 46974 PAPER TOWELS | 136.01 | T |
| 3 @ 16.57 | | |
| 46922 PAPER TOWELS | 49.71 | T |
| 46922 PAPER TOWELS | 16.57 | T |
| 46922 PAPER TOWELS | 16.57 | T |
| 46922 PAPER TOWELS | 16.57 | T |
| 46922 PAPER TOWELS | 16.57 | T |
| SUBTOTAL | 347.64 | |
| SUBTOTAL | 347.64 | |
| TAX 1 8.250 % | 28.68 | |
| TOTAL | 376.32 | |
| CHECK TEND | 376.32 | |
| CHANGE DUE | 0.00 | |

# ITEMS SOLD 17

TC# 5734 6032 4181 2735 5043 3

We are open on Labor Day!
07/11/05 13:04:26

5

APPENDIX 2

Our Business Is Saving Your Business Money.

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/17/05 15:57 9401 8239 018 1108

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | |
|---|---|
| 101 PRIMARY RENW | 30.00 N |
| 130597 PROFORCE | 5.46 T |
| 571929 SCOTCH BRITE | 6.17 T |
| 816377 COTTON MOP | 6.63 T |
| SUBTOTAL | 48.26 |
| TAX 1 8.250 % | 1.51 |
| TOTAL | 49.77 |
| SAMS P CREDIT | 49.77 |
| ACCOUNT # | 1446 |
| APPROVAL # | 017657 |
| CHANGE DUE | 0.00 |

# ITEMS SOLD 4

TC# 0653 2245 0404 9838 6641

We are open on Labor Day!
07/17/05 15:58:24

*** MEMBER COPY ***

Our Business Is Saving Your Business Money.

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/18/05 17:52 9592 8239 018 1100

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

**SUSPEND ITEMS FOLLOW**

| | |
|---|---|
| 6 @ 19.43 | |
| 46974 PAPER TOWELS | 116.58 T |
| 7 @ 16.57 | |
| 46922 PAPER TOWELS | 115.99 T |
| 3 @ 31.88 | |
| 385767 PAPER TOWELS | 95.64 T |
| 850350 TRASHBAG | 6.88 T |
| 850357 TRASHBAG | 16.86 T |
| **SUSPEND ITEMS COMPLETE** | |
| SUBTOTAL | 351.95 |
| SUBTOTAL | 351.95 |
| TAX 1 8.250 % | 29.04 |
| TOTAL | 380.99 |
| CASH TEND | 400.00 |
| CHANGE DUE | 19.01 |

# ITEMS SOLD 18

TC# 4659 5799 0898 9094 9557 6

We are open on Labor Day!
07/18/05 17:52:48

Our Business Is Saving Your Business Money.

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/23/05 13:52 0212 8239 018 189

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

**SUSPEND ITEMS FOLLOW**

| | |
|---|---|
| 7 @ 19.43 | |
| 46974 PAPER TOWELS | 136.01 T |
| 7 @ 16.57 | |
| 46922 PAPER TOWELS | 115.99 T |
| 3 @ 31.88 | |
| 385767 PAPER TOWELS | 95.64 T |
| 850350 TRASHBAG | 6.88 T |
| 850364 TRASHBAG | 15.88 T |
| 850357 TRASHBAG | 16.86 T |
| **SUSPEND ITEMS COMPLETE** | |
| SUBTOTAL | 387.26 |
| TAX 1 8.250 % | 31.95 |
| TOTAL | 419.21 |
| CHECK TEND | 419.21 |
| CHANGE DUE | 0.00 |

# ITEMS SOLD 20

TC# 3032 2424 0042 6521 0886 0

We are open on Labor Day!
07/23/05 13:53:49

CenterPoint Energy

Account Number: 1 091 694 - 8
Customer Name: H & R SERVICES ROGER HALL

| Current Charges Due | Amount Due |
|---|---|
| 07/18/2005 | $ 16.01 |

*** The Amount Due after 07/18/2005 is $16.25 ***
*** which includes a 1.50% Late Charge of $0.24 ***

6

**Questions or Comments?**
CENTERPOINT ENERGY ARKLA
111 SW H AVE
LAWTON OK 73501
For Billing & Service Inquires please call toll free 1-866-275-5265 between 7:00 AM - 7:00 PM CST Monday - Friday.
http://www.centerpointenergy.com

**Account Summary** Date Mailed: Jun 27, 2005

| | |
|---|---|
| Previous Amount Due | 23.81 |
| Payment 06/24/2005 Thank You | - 24.17 |
| Balance Forward | - 0.36 |
| Late Fee 06/17/2005 | 0.36 |
| Total Current Charges | 16.01 |
| Total Due | $16.01 |

Our Business Is Saving
Your Business Money.

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/25/05 09:20 8339 8239 014 444

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | | |
|---|---|---|
| 303284 SPRAY BOTT | 5.24 | T |
| SUBTOTAL | 5.24 | |
| TAX 1 8.250 % | 0.43 | |
| TOTAL | 5.67 | |
| CASH TEND | 6.00 | |
| CHANGE DUE | 0.33 | |

# ITEMS SOLD 1

TC# 8561 6060 2748 3905 1732

We are open on Labor Day!
07/25/05 09:20:49

Our Business Is Saving
Your Business Money.

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/27/05 10:13 7826 8239 013 43

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | | |
|---|---|---|
| 815251 MM ANTIBAC | 7.22 | T |
| 815251 MM ANTIBAC | 7.22 | T |
| 800350 DIAL 16 BAR | 5.87 | T |
| 800350 DIAL 16 BAR | 5.87 | T |
| 800350 DIAL 16 BAR | 5.87 | T |
| SUBTOTAL | 32.05 | |
| TAX 1 8.250 % | 2.64 | |
| TOTAL | 34.69 | |
| CASH TEND | 40.00 | |
| CHANGE DUE | 5.31 | |

# ITEMS SOLD 5

TC# 8295 1612 5430 8096 9275

We are open on Labor Day!
07/27/05 10:13:54

Our Business Is Saving
Your Business Money.

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/28/05 15:26 5999 8239 011 1113

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | | |
|---|---|---|
| 46974 PAPER TOWELS | 19.43 | T |
| 46922 PAPER TOWELS | 16.57 | T |
| 46922 PAPER TOWELS | 16.57 | T |
| 46922 PAPER TOWELS | 16.57 | T |
| SUBTOTAL | 69.14 | |
| TAX 1 8.250 % | 5.70 | |
| TOTAL | 74.84 | |
| SAMS P CREDIT | 74.84 | |
| ACCOUNT # | 1446 | |
| APPROVAL # | 028863 | |
| CHANGE DUE | 0.00 | |

# ITEMS SOLD 4

TC# 2264 0202 3712 7954 1493

W Monroe

We are open on Labor Day
07/28/05 15:26:10

*** MEMBER COPY ***

7

Our Business Is Saving
Your Business Money.™

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/29/05 17:37 1220 8239 018 1100

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | | |
|---|---|---|
| 130590 PROFORCE | 18.62 | T |
| 130597 PROFORCE | 5.46 | T |
| SUBTOTAL | 24.08 | |
| TAX 1 8.250 % | 1.99 | |
| TOTAL | 26.07 | |
| CASH TEND | 40.00 | |
| CHANGE DUE | 13.93 | |

# ITEMS SOLD 2

TC# 6155 3563 3084 9122 65

We are open on Labor Day!
07/29/05 17:38:07

Our Business Is Saving
Your Business Money.™

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
07/31/05 13:26 1548 8239 018 1088

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

**SUSPEND ITEMS FOLLOW**

| | | |
|---|---|---|
| 6 @ 19.43 | | |
| 46974 PAPER TOWELS | 116.58 | T |
| 7 @ 16.57 | | |
| 46922 PAPER TOWELS | 115.99 | T |
| 3 @ 31.88 | | |
| 385767 PAPER TOWELS | 95.64 | T |
| 850360 TRASHBAG | 6.88 | T |
| 850364 TRASHBAG | 15.88 | T |
| 850357 TRASHBAG | 16.86 | T |

**SUSPEND ITEMS COMPLETE**

| | |
|---|---|
| SUBTOTAL | 367.83 |
| TAX 1 8.250 % | 30.35 |
| TOTAL | 398.18 |
| CASH TEND | 400.00 |
| CHANGE DUE | 1.82 |

# ITEMS SOLD 19

TC# 3613 4250 9100 4963 0666 1

We are open on Labor Day!
07/31/05 13:26:55

4

Our Business Is Saving
Your Business Money.™

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
08/07/05 14:13 2808 8239 018 1098

W MEMBER 101-11275161446

**THANK YOU,**
WILBERT MONROE INC

| | | | |
|---|---|---|---|
| | 9 @ 19.43 | | |
| | 46974 PAPER TOWELS | 174.87 | T |
| | 9 @ 19.43 | | |
| | 46974 PAPER TOWELS | 174.87 | T |
| | 3 @ 31.88 | | |
| | 385767 PAPER TOWELS | 95.64 | T |
| | 3 @ 15.88 | | |
| | 850364 TRASHBAG | 47.64 | T |
| VL | 850364 TRASHBAG | 15.88- | T |
| VL | 850364 TRASHBAG | 15.88- | T |
| | 850350 TRASHBAG | 6.88 | T |
| | 850357 TRASHBAG | 16.86 | T |
| | SUBTOTAL | 485.00 | |
| | SUBTOTAL | 485.00 | |
| | 9 @ 19.43 | | |
| VL | 46974 PAPER TOWELS | 174.87- | T |
| | 9 @ 16.57 | | |
| | 46922 PAPER TOWELS | 149.13 | T |
| | SUBTOTAL | 459.26 | |
| | SUBTOTAL | 459.26 | |
| | TAX 1 8.250 % | 37.89 | |
| | TOTAL | 497.15 | |
| | CHECK TEND | 497.15 | |
| | CHANGE DUE | 0.00 | |

**# ITEMS SOLD 24**

TC# 9424 2001 4331 2775 1446 3

We are open on Labor Day!
08/07/05 14:16:55

---

Our Business Is Saving
Your Business Money.™

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
08/11/05 13:19 4176 8239 017 1122

W MEMBER 101-11275161446

**THANK YOU,**
WILBERT MONROE INC

| | | |
|---|---|---|
| **SUSPEND ITEMS FOLLOW** | | |
| 3 @ 5.87 | | |
| 800360 DIAL 16 BAR | 17.61 | T |
| 7 @ 19.43 | | |
| 46974 PAPER TOWELS | 136.01 | T |
| 8 @ 16.57 | | |
| 46922 PAPER TOWELS | 132.56 | T |
| 3 @ 31.88 | | |
| 385767 PAPER TOWELS | 95.64 | T |
| 2 @ 7.22 | | |
| 815261 MM ANTIBAC | 14.44 | T |
| 850350 TRASHBAG | 6.88 | T |
| 850364 TRASHBAG | 15.88 | T |
| 850357 TRASHBAG | 16.86 | T |
| **SUSPEND ITEMS COMPLETE** | | |
| SUBTOTAL | 435.88 | |
| TAX 1 8.250 % | 35.96 | |
| TOTAL | 471.84 | |
| CHECK TEND | 471.84 | |
| CHANGE DUE | 0.00 | |

**# ITEMS SOLD 26**

TC# 0320 5854 6406 7102 9596 4

We are open on Labor Day!
08/11/05 13:21:01

---

6

Our Business Is Saving
Your Business Money.™

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
08/20/05 11:20 4371 8239 012 1100

W MEMBER 101-11275161446

**THANK YOU,**
WILBERT MONROE INC

| | | |
|---|---|---|
| 385767 PAPER TOWELS | 31.88 | T |
| 385767 PAPER TOWELS | 31.88 | T |
| 385767 PAPER TOWELS | 31.88 | T |
| 46974 PAPER TOWELS | 19.43 | T |
| 46974 PAPER TOWELS | 19.43 | T |
| 46974 PAPER TOWELS | 19.43 | T |
| 46974 PAPER TOWELS | 19.43 | T |
| 46974 PAPER TOWELS | 19.43 | T |
| 46974 PAPER TOWELS | 19.43 | T |
| 46974 PAPER TOWELS | 19.43 | T |
| 8 @ 16.57 | | |
| 46922 PAPER TOWELS | 132.56 | T |
| 850350 TRASHBAG | 6.88 | T |
| 850357 TRASHBAG | 16.86 | T |
| 850364 TRASHBAG | 15.88 | T |
| SUBTOTAL | 403.83 | |
| TAX 1 8.250 % | 33.32 | |
| TOTAL | 437.15 | |
| CASH TEND | 440.00 | |
| CHANGE DUE | 2.85 | |

**# ITEMS SOLD 21**

TC# 7355 9149 9573 0889 3524 5

We are open on Labor Day!
08/20/05 11:22:55

Our Business Is Saving
Your Business Money.℠

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
08/25/05 17:01 4411 8239 010 1100

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

**SUSPEND ITEMS FOLLOW**

| | | |
|---|---|---|
| 385767 PAPER TOWELS | 31.88 | T |
| 400759 CLOROX ULTRA | 6.77 | T |
| 816884 FINISH MOP | 8.83 | T |
| 3 @ 5.68 | | |
| 130618 PROFORCE | 17.04 | T |

**SUSPEND ITEMS COMPLETE**

| | |
|---|---|
| SUBTOTAL | 64.52 |
| SUBTOTAL | 64.52 |
| TAX 1 8.250 % | 5.32 |
| TOTAL | 69.84 |
| SAMS P CREDIT | 69.84 |
| ACCOUNT # | 1446 |
| APPROVAL # | 025712 |
| CHANGE DUE | 0.00 |

# ITEMS SOLD 6

TC# 4951 6401 2148 3107 6782

We are open on Labor Day!
08/25/05 17:02:33

*** MEMBER COPY ***

Our Business Is Saving
Your Business Money.℠

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
08/27/05 12:33 9909 8239 016 1110

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

**SUSPEND ITEMS FOLLOW**

| | | |
|---|---|---|
| 9 @ 19.43 | | |
| 46974 PAPER TOWELS | 174.87 | T |
| 9 @ 16.57 | | |
| 46922 PAPER TOWELS | 149.13 | T |
| 3 @ 31.88 | | |
| 385767 PAPER TOWELS | 95.64 | T |
| 850350 TRASHBAG | 6.88 | T |
| 850357 TRASHBAG | 16.86 | T |

**SUSPEND ITEMS COMPLETE**

| | |
|---|---|
| SUBTOTAL | 443.38 |
| TAX 1 8.250 % | 36.58 |
| TOTAL | 479.96 |
| SAMS P CREDIT | 479.96 |
| ACCOUNT # | 1446 |
| APPROVAL # | 027832 |
| CHANGE DUE | 0.00 |

# ITEMS SOLD 23

TC# 4558 1936 5857 5206 5035 8

We are open on Labor Day!
08/27/05 12:34:28

Our Business Is Saving
Your Business Money.℠

SAM'S CLUB

CLUB MANAGER D VILLANUEVA
( 580 ) 248 - 3400
Fax and Pull # (580)248-0363
LAWTON, OK
08/28/05 17:19 6563 8239 018 1088

W MEMBER 101-11275161446

THANK YOU,
WILBERT MONROE INC

| | | |
|---|---|---|
| 816870 COTTON MOP | 7.83 | T |
| SUBTOTAL | 7.83 | |
| TAX 1 8.250 % | 0.65 | |
| TOTAL | 8.48 | |
| CASH TEND | 20.00 | |
| CHANGE DUE | 11.52 | |

# ITEMS SOLD 1

TC# 8667 5264 7293 4186 1117

We are open on Labor Day!
08/28/05 17:19:11