# In the United States Court of Federal Claims

No. 06-582C

(Filed: April 14, 2008)

```
*********************************** *
                                    *
H & R SERVICES, INC.,               *
                                    *
                    Plaintiff,      *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                    Defendant.      *
                                    *
*********************************** *
```

**ORDER**

As mutually agreed with counsel for the parties, the Court will hear oral argument on the parties' cross-motions for summary judgment. Oral argument shall be heard on April 25, 2008 at 10:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The Court has reserved approximately two hours for oral argument, with Defendant to proceed first.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge