# In the United States Court of Federal Claims

No. 06-582C

(Filed: May 8, 2008)

************************************ *
*
H & R SERVICES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

On May 8, 2008, the Court held a telephonic status conference with counsel for the parties, during which the parties requested a stay of proceedings for 30 days while the parties continue to pursue a settlement. Accordingly, all proceedings in this case shall be suspended until June 9, 2008, by which date the parties shall submit a joint status report informing the Court of their progress if a joint notice of dismissal has not yet been filed. If the parties reach an impasse in their settlement negotiations before June 9, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge