IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| H&R SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-582 |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 8, 2008 order, the parties respectfully submit this joint status report concerning settlement of this matter. In its May 8, 2008 order, the Court ordered the parties to submit this status report by June 9, 2008, if a joint notice of dismissal had not yet been filed. The parties have not reached an agreement concerning settlement, but we have been negotiating and will continue to do so if the Court allows. Negotiations have been protracted by the complexity of the issue of mutual mistake, which has required more research than defendant initially anticipated. Defendant has completed that research and forwarded a preliminary analysis and recommendation to the Army, which is now considering the matter. Defendant anticipates a recommendation from the Army next week, at which time the matter will be submitted to the appropriate Department of Justice officials for review. Accordingly, the parties request the continuation of the current stay until June 27, 2008, at which time, if the parties have not filed a joint notice of dismissal, the parties will submit a joint status report informing the Court of the progress of negotiations.

Respectfully submitted,

By:
s/ William Henry Hickman
WILLIAM HENRY HICKMAN
Hickman & Fitzpatrick

GREGORY G. KATSAS
Acting Assistant Attorney General

119 N. Robinson, Suite 250
Oklahoma City, Oklahoma 73102
Tele: (405) 605-2375

Attorneys for Plaintiff

Dated: June 9, 2008

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, DC 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on June 9, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA