# In the United States Court of Federal Claims

No. 06-582C

(Filed: June 9, 2008)

************************************ *
*
H & R SERVICES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

On June 9, 2008, counsel for the parties filed with the Court a joint status report requesting a stay of proceedings for an additional 18 days while the parties continue to pursue a settlement. Accordingly, all proceedings in this case shall be suspended until June 27, 2008, by which date the parties shall submit a joint status report informing the Court of their progress if a joint notice of dismissal has not yet been filed. If the parties reach an impasse in their negotiations before June 27, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge