IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| H&R SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-582 |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's June 9, 2008 order, the parties respectfully submit this joint status report concerning settlement of this matter. In its June 9, 2008 order, the Court ordered the parties to submit this status report by June 27, 2008, if a joint notice of dismissal had not yet been filed. The parties have not reached an agreement concerning settlement, but we have been negotiating and will continue to do so if the Court allows. Defendant received a recommendation concerning settlement from the Army this week, and the parties have engaged in further negotiations. If the parties can reach a tentative agreement, plaintiff's offer will be submitted to the appropriate Department of Justice officials for review. Accordingly, the parties request the continuation of the current stay until July 18, 2008, at which time, if the parties have not filed a joint notice of dismissal, the parties will submit a joint status report informing the Court of the progress of negotiations.

Respectfully submitted,

By:
s/ William Henry Hickman
WILLIAM HENRY HICKMAN
Hickman & Fitzpatrick
119 N. Robinson, Suite 250
Oklahoma City, Oklahoma 73102
Tele: (405) 605-2375

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Attorneys for Plaintiff

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, DC 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

Dated: June 27, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on June 27, 2008, a copy of the foregoing "SECOND JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA