# In the United States Court of Federal Claims

No. 06-582C

(Filed: July 18, 2008)

```
*********************************** *
                                    *
H & R SERVICES, INC.,               *
                                    *
                Plaintiff,          *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*********************************** *
```

**ORDER**

On July 17, 2008, counsel for the parties filed with the Court a joint status report requesting a stay of proceedings for an additional 14 days while the parties continue to pursue a settlement. Accordingly, all proceedings in this case shall be suspended until August 1, 2008, by which date the parties shall submit a joint status report informing the Court of their progress if a joint notice of dismissal has not yet been filed. If the parties reach an impasse in their negotiations before August 1, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge