IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| H & R SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-582 |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to United States Court of Federal Claims Rule 41(a)(1)(ii), defendant, the United States, and plaintiff, H & R Services, Inc., hereby stipulate to dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

By:
s/ William Henry Hickman
WILLIAM HENRY HICKMAN
Hickman & Fitzpatrick
119 N. Robinson, Suite 250
Oklahoma City, Oklahoma 73102
Tele: (405) 605-2375

Attorneys for Plaintiff

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, DC 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

Dated: August 27, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 27, 2008, a copy of the foregoing "JOINT STIPUATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA